**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter ____**7**____

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **White Oak Resources VI, LLC** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |

| | | | |
|---|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1670761** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **16945 Northchase, Suite 1700** **Houston, TX 77060** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.whiteoakenergy.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **White Oak Resources VI, LLC**                                          Case number (*if known*) _____
           Name

**7.**  **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____2111_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

    District _____ When _____ Case number _____

    District _____ When _____ Case number _____

| Debtor | **White Oak Resources VI, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | **See Attachment** |
| District | When |

| | |
|---|---|
| Relationship | |
| Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other **Spill (Winterman / Bonus), Marsh Restoration & Compliance Order(Backridge), Air Permit (Magnet Withers), Dump Valve Leak (Second Bayou), Shut In (Gueydan), SWD MIPT (Lake Verret), MIPT (West Lake Verret), MIPT (Mystic Bayou), and Compliance Order (Little Lake).**

**Where is the property?** **Multiple Fields**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes. Insurance agency **HANOVER INSURANCE COMPANY**

Contact name **LAINEY LENO at INSGRUP**

Phone **713-541-7272**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | | ☐ More than $50 billion |

---

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Debtor   **White Oak Resources VI, LLC**
Name                                                            Case number (*if known*)

☐ $100,000,001 - $500 million

| 16. | **Estimated liabilities** | | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | White Oak Resources VI, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____07/17/2023_____
MM / DD / YYYY

X _____        **Drew McManigle**
Signature of authorized representative of debtor        Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

X _____        Date   07/17/2023
Signature of attorney for debtor                   MM / DD / YYYY

**Richard L Fuqua II**
Printed name

**Fuqua & Associates PC**
Firm name

**8558 Katy Fwy**
**Suite 119**
**Houston, TX 77024-1809**
Number, Street, City, State & ZIP Code

Contact phone   **(713) 960-0277**          Email address _____

**07552300 TX**
Bar number and State

Debtor   **White Oak Resources VI, LLC**                                      Case number *(if known)* _____
         Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
   amended filing

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **White Oak Operating Company, LLC** | | Relationship to you | **Affiliate** |
|---|---|---|---|---|
| District | **Southern District of Texas** | When _____ | Case number, if known | _____ |
| Debtor | **WO Resources VI Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When _____ | Case number, if known | _____ |

**Fill in this information to identify the case:**

Debtor name    **White Oak Resources VI, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/17/2023    X _____
                           Signature of individual signing on behalf of debtor

                           **Drew McManigle**
                           Printed name

                           **Chief Restructuring Officer**
                           Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **White Oak Resources VI, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*...................................................................................................    $ _____ **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................................    $ _____ **11,384,157.38**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................................    $ _____ **11,384,157.38**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $ _____ **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ **13,120,056.89**

4.   **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b       $ _____ **13,120,056.89**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **White Oak Resources VI, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number *(if known)*  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Amegy Bank** | **Checking** | **1000** | **$451,135.36** |
| 3.2. | **Mutual of Omaha Bank - Abandonment Reserve Account** | **Escrow** | **5142** | **$490,607.00** |
| 3.3. | **IBC Bank - Abandonment Reserve Account** | **Escrow** | **4911** | **$1,286,597.00** |
| 3.4. | **JPMorgan Chase Bank - Abandonment Reserve Account** | **Escrow** | **1519** | **$153,712.00** |
| 3.5. | **Amegy Bank of Texas - Commercial Card Pledge of Deposit** | **Commercial** | **7908** | **$50,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,432,051.36 |
|---|

**Part 2:**          **Deposits and Prepayments**

Debtor   **White Oak Resources VI, LLC**                                      Case number *(If known)* _____
         Name

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

    8.1.  **Lease Rental** _____   **$97,246.00**

    8.2.  **Prepaid Insurance** _____   **$199,424.39**

9.    **Total of Part 2.**                                                                       **$296,670.39**
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less: _____ - _____ = .... _____
                         face amount        doubtful or uncollectible accounts

    11b. Over 90 days old: _____ - _____ =.... _____
                       face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:      % of ownership | | |
| 15.1.  **White Oak Operating Company, LLC, Member**   **100%** % | | **Unknown** |

Debtor    **White Oak Resources VI, LLC**             Case number *(If known)* _____
        Name

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.    **Total of Part 4.**

| | |
|---|---|
| | **$0.00** |

        Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**

| | |
|---|---|
| | _____ |

        Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
        ☐ No
        ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ☐ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ☐ No
        ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor   **White Oak Resources VI, LLC**                    Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | |

33. **Total of Part 6.**
   Add lines 28 through 32.  Copy the total to line 85.                        _____

34. **Is the debtor a member of an agricultural cooperative?**
   ☐ No
   ☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **White Oak Resources VI, LLC**_____    Case number *(If known)* _____
                    Name

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

       42.1.    _____

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                                              _____

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ■ No.  Go to Part 9.
     ☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | | | |
| 49.    **Aircraft and accessories** | | | |
| 49.1.. | | | |

Debtor    **White Oak Resources VI, LLC**      Case number *(if known)* _____
       Name

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____   _____   _____   _____

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | |
    |---|
    | _____ |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☐ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    - ☐ No.  Go to Part 10.
    - ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **See attached Exhibit B55 - Oil & Gas Leases and Wells** | | **Unknown** | | **Unknown** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | |
    |---|
    | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ■ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ☐ No.  Go to Part 11.
    - ■ Yes Fill in the information below.

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 6

| Debtor | **White Oak Resources VI, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.whiteoakenergy.com** | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property**<br>**Other Assets (including Tangible and Intangbile Drilling and Completion Costs)** | **Unknown** | | **Unknown** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities**<br>**HANOVER INSURANCE COMPANY - PROPERTY - POLICY NO. RHD H997232 16** | **Unknown** |
| **ALLIED WORLD SURPLUS LINES INSURANCE / CRC INSURANCE SERVICES INC - DIRECTORS AND OFFICERS - POLICY NO. 03137707** | **Unknown** |

Debtor   **White Oak Resources VI, LLC**                    Case number *(If known)* _____
 _____
 Name

| | |
|---|---|
| STARR INDEMNITY & LIABILITY CO / CRC INSURANCE SERVICES INC - DIRECTORS AND OFFICERS - POLICY NO. 1000623461211 | Unknown |
| LLOYD'S LONDON - CERTAIN UNDERWRITER / PRICE FORBES & PARTNERS LTD - GENERAL LIABILITY - POLICY NO. AU2300731 | Unknown |
| LLOYD'S LONDON - CERTAIN UNDERWRITER / PRICE FORBES & PARTNERS LTD - EXCESS LIABILITY - POLICY NO. AU2300732 | Unknown |
| XL SPECIALTY INSURANCE CO / CRC INSURANCE SERVICES INC - DIRECTORS AND OFFICERS - POLICY NO. ELU176086-21 | Unknown |
| LLOYD'S LONDON - CERTAIN UNDERWRITER / J. H. BLADES & CO INC - CONTROL OF WELL - POLICY NO. JHB-CJP-2522 | Unknown |
| OBSIDIAN SPECIALTY INSURANCE COMPANY / CRC INSURANCE SERVICES INC - DIRECTORS AND OFFICERS - POLICY NO. OII113DO120230 | Unknown |
| FIRST LIBERTY INSURANCE CORPORATION - WORKMEN'S COMP - POLICY NO. WCC-641-445232-013 | Unknown |

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Cross Claim - Stream Family Limited Partnership and Matlida Gray Stream vs CPGB, et al**                                        Unknown

Nature of claim              **Contamination**

Amount requested             _____

**Claim - White Oak Resources VI, LLC and White Oak Operating Company, LLC vs Pledger Operating Company, Inc.**                                        Unknown

Nature of claim              **Performance**

Amount requested             _____

**Claim in the bankruptcy case of Siana Oil & Gas Co. LLC as to the Final SUmmary Judgent entered in Case No. 2015-45224; White Oak Operating Company, LLC and White Oak Resources VI, LLC vs Siana Oil & Gas Co, LLC and Kinder Morgan, Inc., In the 164th Judicial District Court of Harris County, Texas**                                        Unknown

Nature of claim              **Final Judgment**

Amount requested                 **$760,028.27**

Debtor    **White Oak Resources VI, LLC**                    Case number *(If known)* _____
          Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Intercompany Accounts Receivable (White Oak
       Operating Company LLC)**                                               **$8,466,097.23**

       **JIB Receivable**                                                          **$534.62**

       **Oil and Gas Receivable**                                               **$4,321.67**

       **Other Receivable**                                                    **$127,670.12**

       **Transition Services Agreement Receivable (405
       Hackberry)**                                                          **$35,000.00**

       **Chato Energy, LLC purchase price balance ($1,800,000
       purchase price, $1,778,1888.01 paid).**                               **$21,811.99**

78.    **Total of Part 11.**                                              | **$8,655,435.63** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **White Oak Resources VI, LLC**                                 Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,432,051.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $296,670.39 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $8,655,435.63 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,384,157.38 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,384,157.38 |

**WHITE OAK RESOURCES VI LLC**
**SCHEDULE A/B #8 EXHIBIT**
**PREPAID INSURANCE**

| Location Type | Location Code | Description | Journal Date | Accrual Date | Source Module Code | Voucher Code | Well Code | Entity Type | Entity Code | Net Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2022-2023 INSURANCE DOWN PMT | 04/30/2022 | 04/25/2022 | JE | 272269 | | V | INS002 | $354,318.49 |
| | | 2022 - 2023 INS NOTE PMT | 05/31/2022 | 05/25/2022 | JE | 275740 | | V | INS002 | $160,062.66 |
| | | 2022-2023 OFFICE INS | 05/31/2022 | 05/25/2022 | JE | 273224 | | V | WHI200 | -$6,560.16 |
| | | MAY22 INSURANCE | 05/31/2022 | 05/25/2022 | JE | 273502 | | V | WHI200 | -$131,384.35 |
| | | MAY22 INSURANCE | 05/31/2022 | 05/25/2022 | JE | 273504 | | V | WHI611 | -$3,677.41 |
| | | JUN22 INSURANCE | 06/30/2022 | 06/25/2022 | JE | 274254 | | V | WHI611 | -$3,677.41 |
| | | JUN22 INSURANCE | 06/30/2022 | 06/25/2022 | JE | 274255 | | V | WHI200 | -$131,384.35 |
| | | 2022 - 2023 INS NOTE PMT | 06/30/2022 | 06/25/2022 | JE | 275741 | | V | INS002 | $160,062.66 |
| | | JUL22 INSURANCE | 07/31/2022 | 07/25/2022 | JE | 275228 | | V | WHI611 | -$3,677.41 |
| | | JUL22 INSURANCE | 07/31/2022 | 07/25/2022 | JE | 275229 | | V | WHI200 | -$131,384.35 |
| | | 2022 - 2023 INS NOTE PMT | 07/31/2022 | 07/25/2022 | JE | 275742 | | V | INS002 | $160,056.66 |
| | | MISSION VALLEY BILLOUT | 07/31/2022 | 07/25/2022 | JE | 276072 | | V | WHI200 | -$28,887.41 |
| | | MISSION VALLEY BILLOUT | 07/31/2022 | 07/25/2022 | JE | 276074 | | V | WHI611 | -$376.52 |
| | | 2022 - 2023 INS NOTE PMT | 08/31/2022 | 08/25/2022 | JE | 275738 | | V | AFC001 | $140,860.55 |
| | | AUG22 INSURANCE | 08/31/2022 | 08/25/2022 | JE | 276073 | | V | WHI200 | -$128,174.64 |
| | | AUG22 INSURANCE | 08/31/2022 | 08/25/2022 | JE | 276075 | | V | WHI611 | -$3,635.57 |
| | | MISSION VALLEY REFUND | 07/31/2022 | 09/25/2022 | JE | 277562 | | V | INS002 | $1,338.85 |
| | | 2022 - 2023 INS NOTE PMT | 09/30/2022 | 09/25/2022 | JE | 276340 | | V | INS002 | $140,860.55 |
| | | SEP22 INSURANCE | 09/30/2022 | 09/25/2022 | JE | 276758 | | V | WHI200 | -$128,174.64 |
| | | SEP22 INSURANCE | 09/30/2022 | 09/25/2022 | JE | 276760 | | V | WHI611 | -$3,635.57 |
| | | 2022 - 2023 INS NOTE PMT | 10/31/2022 | 10/25/2022 | JE | 276952 | | V | INS002 | $140,860.55 |
| | | OCT22 INSURANCE | 10/31/2022 | 10/25/2022 | JE | 277538 | | V | WHI611 | -$3,635.57 |
| | | OCT22 INSURANCE | 10/31/2022 | 10/25/2022 | JE | 277539 | | V | WHI200 | -$128,174.64 |
| | | 2022 - 2023 INS NOTE PMT | 11/30/2022 | 11/25/2022 | JE | 277757 | | V | INS002 | $140,456.18 |
| | | NOV22 INSURANCE | 11/30/2022 | 11/25/2022 | JE | 278172 | | V | WHI200 | -$128,174.64 |
| | | NOV22 INSURANCE | 11/30/2022 | 11/25/2022 | JE | 278174 | | V | WHI611 | -$3,635.57 |
| | | 2022 - 2023 INS NOTE PMT | 12/31/2022 | 12/25/2022 | JE | 278383 | | V | INS002 | $140,456.18 |
| | | DEC22 INSURANCE | 12/31/2022 | 12/25/2022 | JE | 278837 | | V | WHI200 | -$128,174.64 |
| | | DEC22 INSURANCE | 12/31/2022 | 12/25/2022 | JE | 278838 | | V | WHI611 | -$3,635.57 |
| | | 2022 - 2023 INS NOTE PMT | 12/31/2022 | 12/25/2022 | JE | 278996 | | V | INS002 | $7,402.80 |
| | | 2022 - 2023 INS NOTE PMT | 01/31/2023 | 01/25/2023 | JE | 279178 | | V | INS002 | $147,731.32 |
| | | JAN23 INSURANCE | 01/31/2023 | 01/25/2023 | JE | 279634 | | V | WHI200 | -$127,726.65 |
| | | JAN23 INSURANCE | 01/31/2023 | 01/25/2023 | JE | 279636 | | V | WHI611 | -$3,635.57 |
| | | FEB23 INSURANCE | 02/28/2023 | 02/25/2023 | JE | 280208 | | V | WHI611 | -$3,635.57 |
| | | FEB23 INSURANCE | 02/28/2023 | 02/25/2023 | JE | 280209 | | V | WHI200 | -$128,174.64 |
| | | MAR23 INSURANCE | 03/31/2023 | 03/25/2023 | JE | 280636 | | V | WHI200 | -$128,174.64 |
| | | MAR23 INSURANCE | 03/31/2023 | 03/25/2023 | JE | 280637 | | V | WHI611 | -$3,635.57 |
| | | D&O EXTENSION PMT | 12/31/2022 | 12/25/2022 | JE | 278383 | | V | INS002 | $17,981.00 |
| | | JAN23 D&O ACCR | 01/31/2023 | 01/25/2023 | JE | 280581 | | | | | -$5,994.00 |
| | | FEB23 D&O ACCR | 02/28/2023 | 02/25/2023 | JE | 280707 | | | | | -$5,994.00 |
| | | MAR23 D&O ACCR | 02/28/2023 | 03/25/2023 | JE | 281283 | | | | | -$5,993.00 |
| | | | | | | | | | TOTAL | 199,424.39 |

WHITE OAK RESOURCES VI LLC
SCHEDULE A/B #8 EXHIBIT
PREPAID LEASE RENTAL

| Location Code | Location Name | Description | Journal Date | Accrual Date | Source Module Code | Voucher Code | Well Code | Net Value |
|---|---|---|---|---|---|---|---|---|
| 28511-02 | WILLIAMS INC SWD #1 | RECLASS TO PREPAIDS | 03/31/2023 | 03/25/2023 | JE | 281110 | 28511-02 | $5,822.00 |
| 28511-02 | WILLIAMS INC SWD #1 | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28511-02 | -$485.00 |
| | | | | | | | | |
| 28549-00 | WRIGHT NE | RECLASS TO PREPAIDS | 09/30/2022 | 09/25/2022 | JE | 277553 | 28549-00 | $11,794.00 |
| 28549-00 | WRIGHT NE | 09-22 MONTHLY RENTAL | 09/30/2022 | 09/25/2022 | JE | 277553 | 28549-00 | -$983.00 |
| 28549-00 | WRIGHT NE | 10-22 MONTHLY RENTAL | 10/31/2022 | 10/25/2022 | JE | 278323 | 28549-00 | -$983.00 |
| 28549-00 | WRIGHT NE | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 28549-00 | -$983.00 |
| 28549-00 | WRIGHT NE | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 28549-00 | -$983.00 |
| 28549-00 | WRIGHT NE | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 28549-00 | -$983.00 |
| 28549-00 | WRIGHT NE | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 28549-00 | -$983.00 |
| 28549-00 | WRIGHT NE | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28549-00 | -$983.00 |
| | | | | | | | | |
| 28549-00 | WRIGHT NE | RECLASS TO PREPAIDS | 10/31/2022 | 10/25/2022 | JE | 278323 | 28549-00 | $4,914.00 |
| 28549-00 | WRIGHT NE | 10-22 MONTHLY RENTAL | 10/31/2022 | 10/25/2022 | JE | 278323 | 28549-00 | -$410.00 |
| 28549-00 | WRIGHT NE | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 28549-00 | -$410.00 |
| 28549-00 | WRIGHT NE | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 28549-00 | -$410.00 |
| 28549-00 | WRIGHT NE | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 28549-00 | -$410.00 |
| 28549-00 | WRIGHT NE | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 28549-00 | -$410.00 |
| 28549-00 | WRIGHT NE | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28549-00 | -$410.00 |
| | | | | | | | | |
| 28549-00 | WRIGHT NE | RECLASS TO PREPAIDS | 11/30/2022 | 11/25/2022 | JE | 278855 | 28549-00 | $20,639.00 |
| 28549-00 | WRIGHT NE | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 28549-00 | -$1,720.00 |
| 28549-00 | WRIGHT NE | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 28549-00 | -$1,720.00 |
| 28549-00 | WRIGHT NE | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 28549-00 | -$1,720.00 |
| 28549-00 | WRIGHT NE | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 28549-00 | -$1,720.00 |
| 28549-00 | WRIGHT NE | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28549-00 | -$1,720.00 |
| | | | | | | | | |
| 28549-00 | WRIGHT NE | RECLASS TO PREPAIDS | 10/31/2022 | 10/25/2022 | JE | 278323 | 28549-00 | $30,664.00 |
| 28549-00 | WRIGHT NE | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 28549-00 | -$1,297.00 |
| 28559-00 | WRIGHT NE | 11-22 MONTHLY RENTAL-CORR | 11/30/2022 | 12/25/2022 | JE | 279472 | 28549-00 | -$1,258.00 |
| 28549-00 | WRIGHT NE | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 28549-00 | -$2,555.00 |
| 28549-00 | WRIGHT NE | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 28549-00 | -$2,555.00 |
| 28549-00 | WRIGHT NE | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 28549-00 | -$2,555.00 |
| 28549-00 | WRIGHT NE | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28549-00 | -$2,555.00 |
| | | | | | | | | |
| 28552-00 | BACK RIDGE FIELD | RECLASS TO PREPAIDS | 10/31/2022 | 10/25/2022 | JE | 278323 | 28552-00 | $14,920.00 |
| 28552-00 | BACK RIDGE FIELD | 10-22 MONTHLY RENTAL | 10/31/2022 | 10/25/2022 | JE | 278323 | 28552-00 | -$1,243.00 |
| 28552-00 | BACK RIDGE FIELD | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 28552-00 | -$1,243.00 |
| 28552-00 | BACK RIDGE FIELD | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 28552-00 | -$1,243.00 |
| 28552-00 | BACK RIDGE FIELD | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 28552-00 | -$1,243.00 |
| 28552-00 | BACK RIDGE FIELD | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 28552-00 | -$1,243.00 |
| 28552-00 | BACK RIDGE FIELD | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28552-00 | -$1,243.00 |
| | | | | | | | | |
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | RECLASS TO PREPAIDS | 06/30/2022 | 06/25/2022 | JE | 275265 | 28552-01 | $2,500.00 |
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | RECLASS TO PREPAIDS | 06/30/2022 | 06/25/2022 | JE | 275265 | 28552-01 | $2,500.00 |
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | 06-22 MONTHLY RENTAL | 06/30/2022 | 06/25/2022 | JE | 275265 | 28552-01 | -$417.00 |
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | 07-22 MONTHLY RENTAL | 07/31/2022 | 07/25/2022 | JE | 276151 | 28552-01 | -$417.00 |
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | 08-22 MONTHLY RENTAL | 08/31/2022 | 08/25/2022 | JE | 276774 | 28552-01 | -$417.00 |
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | 09-22 MONTHLY RENTAL | 09/30/2022 | 09/25/2022 | JE | 277553 | 28552-01 | -$417.00 |
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | 10-22 MONTHLY RENTAL | 10/31/2022 | 10/25/2022 | JE | 278323 | 28552-01 | -$417.00 |
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 28552-01 | -$417.00 |
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 28552-01 | -$417.00 |

WHITE OAK RESOURCES VI LLC
SCHEDULE A/B #8 EXHIBIT
PREPAID LEASE RENTAL

| Location Code | Location Name | Description | Journal Date | Accrual Date | Source Module Code | Voucher Code | Well Code | Net Value |
|---|---|---|---|---|---|---|---|---|
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 28552-01 | -$417.00 |
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 28552-01 | -$417.00 |
| 28552-01 | DAVIS 26 NO 1 (ABB1A RA SUA) | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28552-01 | -$417.00 |
| | | | | | | | | |
| 28554-00 | BAYOU BOEUF SOUTH FIELD | RECLASS TO PREPAIDS | 09/30/2022 | 09/25/2022 | JE | 277553 | 28554-00 | $4,825.00 |
| 28554-00 | BAYOU BOEUF SOUTH FIELD | 09-22 MONTHLY RENTAL | 09/30/2022 | 09/25/2022 | JE | 277553 | 28554-00 | -$402.00 |
| 28554-00 | BAYOU BOEUF SOUTH FIELD | 10-22 MONTHLY RENTAL | 10/31/2022 | 10/25/2022 | JE | 278323 | 28554-00 | -$402.00 |
| 28554-00 | BAYOU BOEUF SOUTH FIELD | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 28554-00 | -$402.00 |
| 28554-00 | BAYOU BOEUF SOUTH FIELD | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 28554-00 | -$402.00 |
| 28554-00 | BAYOU BOEUF SOUTH FIELD | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 28554-00 | -$402.00 |
| 28554-00 | BAYOU BOEUF SOUTH FIELD | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 28554-00 | -$402.00 |
| 28554-00 | BAYOU BOEUF SOUTH FIELD | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28554-00 | -$402.00 |
| | | | | | | | | |
| 28559-00 | GUEYDAN FIELD | RECLASS TO PREPAIDS | 11/30/2022 | 12/25/2022 | JE | 279472 | 28559-00 | $13,629.00 |
| 28559-00 | GUEYDAN FIELD | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 28559-00 | -$1,136.00 |
| 28559-00 | GUEYDAN FIELD | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 28559-00 | -$1,136.00 |
| 28559-00 | GUEYDAN FIELD | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 28559-00 | -$1,136.00 |
| 28559-00 | GUEYDAN FIELD | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28559-00 | -$1,136.00 |
| | | | | | | | | |
| 28559-36 | NOBLE NO 3 | RECLASS TO PREPAIDS | 07/31/2022 | 07/25/2022 | JE | 276151 | 28559-36 | $21,817.00 |
| 28559-36 | NOBLE NO 3 | 07-22 MONTHLY RENTAL | 07/31/2022 | 07/25/2022 | JE | 276151 | 28559-36 | -$1,818.00 |
| 28559-36 | NOBLE NO 3 | 08-22 MONTHLY RENTAL | 08/31/2022 | 08/25/2022 | JE | 276774 | 28559-36 | -$1,818.00 |
| 28559-36 | NOBLE NO 3 | 09-22 MONTHLY RENTAL | 09/30/2022 | 09/25/2022 | JE | 277553 | 28559-36 | -$1,818.00 |
| 28559-36 | NOBLE NO 3 | 10-22 MONTHLY RENTAL | 10/31/2022 | 10/25/2022 | JE | 278323 | 28559-36 | -$1,818.00 |
| 28559-36 | NOBLE NO 3 | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 28559-36 | -$1,818.00 |
| 28559-36 | NOBLE NO 3 | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 28559-36 | -$1,818.00 |
| 28559-36 | NOBLE NO 3 | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 28559-36 | -$1,818.00 |
| 28559-36 | NOBLE NO 3 | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 28559-36 | -$1,818.00 |
| 28559-36 | NOBLE NO 3 | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28559-36 | -$1,818.00 |
| | | | | | | | | |
| 28610-00 | RAMOS FIELD | RECLASS TO PREPAIDS | 08/31/2022 | 08/25/2022 | JE | 276774 | 28610-00 | $20,020.00 |
| 28610-00 | RAMOS FIELD | 08-22 MONTHLY RENTAL | 08/31/2022 | 08/25/2022 | JE | 276774 | 28610-00 | -$1,672.00 |
| 28610-00 | RAMOS FIELD | 09-22 MONTHLY RENTAL | 09/30/2022 | 09/25/2022 | JE | 277553 | 28610-00 | -$1,668.00 |
| 28610-00 | RAMOS FIELD | 10-22 MONTHLY RENTAL | 10/31/2022 | 10/25/2022 | JE | 278323 | 28610-00 | -$1,668.00 |
| 28610-00 | RAMOS FIELD | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 28610-00 | -$1,668.00 |
| 28610-00 | RAMOS FIELD | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 28610-00 | -$1,668.00 |
| 28610-00 | RAMOS FIELD | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 28610-00 | -$1,668.00 |
| 28610-00 | RAMOS FIELD | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 28610-00 | -$1,668.00 |
| 28610-00 | RAMOS FIELD | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28610-00 | -$1,668.00 |
| | | | | | | | | |
| 28610-00 | RAMOS FIELD | RECLASS TO PREPAIDS | 10/31/2022 | 10/25/2022 | JE | 278323 | 28610-00 | $16,421.00 |
| 28610-00 | RAMOS FIELD | 10-22 MONTHLY RENTAL | 10/31/2022 | 10/25/2022 | JE | 278323 | 28610-00 | -$1,368.00 |
| 28610-00 | RAMOS FIELD | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 28610-00 | -$1,368.00 |
| 28610-00 | RAMOS FIELD | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 28610-00 | -$1,368.00 |
| 28610-00 | RAMOS FIELD | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 28610-00 | -$1,368.00 |
| 28610-00 | RAMOS FIELD | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 28610-00 | -$1,368.00 |
| 28610-00 | RAMOS FIELD | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 28610-00 | -$1,368.00 |
| | | | | | | | | |
| 29532-00 | LOPEZ SOUTHEAST | RECLASS TO PREPAIDS | 09/30/2022 | 09/25/2022 | JE | 277553 | 29532-00 | $10,384.00 |
| 29532-00 | LOPEZ SOUTHEAST | 09-22 MONTHLY RENTAL | 09/30/2022 | 09/25/2022 | JE | 277553 | 29532-00 | -$865.00 |
| 29532-00 | LOPEZ SOUTHEAST | 10-22 MONTHLY RENTAL | 10/31/2022 | 10/25/2022 | JE | 278323 | 29532-00 | -$865.00 |
| 29532-00 | LOPEZ SOUTHEAST | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 29532-00 | -$865.00 |
| 29532-00 | LOPEZ SOUTHEAST | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 29532-00 | -$865.00 |

**WHITE OAK RESOURCES VI LLC**
**SCHEDULE A/B #8 EXHIBIT**
**PREPAID LEASE RENTAL**

| Location Code | Location Name | Description | Journal Date | Accrual Date | Source Module Code | Voucher Code | Well Code | Net Value |
|---|---|---|---|---|---|---|---|---|
| 29532-00 | LOPEZ SOUTHEAST | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 29532-00 | -$865.00 |
| 29532-00 | LOPEZ SOUTHEAST | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 29532-00 | -$865.00 |
| 29532-00 | LOPEZ SOUTHEAST | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 29532-00 | -$865.00 |
| | | | | | | | | |
| 29532-00 | LOPEZ SOUTHEAST | RECLASS TO PREPAIDS | 01/31/2023 | 01/25/2023 | JE | 280258 | 29532-00 | $2,967.00 |
| 29532-00 | LOPEZ SOUTHEAST | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 29532-00 | -$247.00 |
| 29532-00 | LOPEZ SOUTHEAST | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 29532-00 | -$247.00 |
| 29532-00 | LOPEZ SOUTHEAST | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 29532-00 | -$247.00 |
| | | | | | | | | |
| 29551-01 | CHINA TOWNSITE #1 | RECLASS TO PREPAIDS | 09/30/2022 | 09/25/2022 | JE | 277553 | 29551-01 | $20,000.00 |
| 29551-01 | CHINA TOWNSITE #1 | 09-22 MONTHLY RENTAL | 09/30/2022 | 09/25/2022 | JE | 277553 | 29551-01 | -$1,667.00 |
| 29551-01 | CHINA TOWNSITE #1 | 10-22 MONTHLY RENTAL | 10/31/2022 | 10/25/2022 | JE | 278323 | 29551-01 | -$1,667.00 |
| 29551-01 | CHINA TOWNSITE #1 | 11-22 MONTHLY RENTAL | 11/30/2022 | 11/25/2022 | JE | 278855 | 29551-01 | -$1,667.00 |
| 29551-01 | CHINA TOWNSITE #1 | 12-22 MONTHLY RENTAL | 12/31/2022 | 12/25/2022 | JE | 279647 | 29551-01 | -$1,667.00 |
| 29551-01 | CHINA TOWNSITE #1 | 01-23 MONTHLY RENTAL | 01/31/2023 | 01/25/2023 | JE | 280258 | 29551-01 | -$1,667.00 |
| 29551-01 | CHINA TOWNSITE #1 | 02-23 MONTHLY RENTAL | 02/28/2023 | 02/25/2023 | JE | 280700 | 29551-01 | -$1,667.00 |
| 29551-01 | CHINA TOWNSITE #1 | 03-23 MONTHLY RENTAL | 03/31/2023 | 03/25/2023 | JE | 281110 | 29551-01 | -$1,667.00 |
| | | | | | | | **TOTAL** | **97,246.00** |

**White Oak Resources VI, LLC Well List: Schedule A/B #55**
**Exhibit 1**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| SL 16625 SWD #1 | 0.83330000 | | | | LAKE VERRET | LOUISIANA | ASSUMPTION | WHITE OAK OPERATING CO LLC | 1700788053 |
| VUA; SL 16626 #1 | 0.83330000 | | | | LAKE VERRET | LOUISIANA | ASSUMPTION | WHITE OAK OPERATING CO LLC | 1700720486 |
| VUA;SL 16625 #1 | 0.83330000 | | | | LAKE VERRET | LOUISIANA | ASSUMPTION | WHITE OAK OPERATING CO LLC | 1700720492 |
| CM THIBODAUX CO #1 OPERC 3 RB SUA | 0.69216490 | 0.50558299 | | | RAMOS | LOUISIANA | ASSUMPTION | WHITE OAK OPERATING CO LLC | 1700720475 |
| CM THIBODAUX CO #3 OPERC B RB SUA | 0.69216490 | | | | RAMOS | LOUISIANA | TERREBONNE | WHITE OAK OPERATING CO LLC | 1710923692 |
| BREAUX ETAL #1 OPERC B RF SUA | 1.00000000 | | | | RAMOS | LOUISIANA | TERREBONNE | WHITE OAK OPERATING CO LLC | 1710923694 |
| AVOCA INC 47 #1 OPERC C RA SUA | 0.81938966 | 0.61646832 | | | RAMOS | LOUISIANA | ASSUMPTION | WHITE OAK OPERATING CO LLC | 1700720485 |
| THIBODAUX 4 ALT OPERC B RB SUA | 0.95157103 | 0.69329583 | | | RAMOS | LOUISIANA | ASSUMPTION | WHITE OAK OPERATING CO LLC | 1700720491 |
| CM THIBODAUX CO SWD #2 | 0.74000000 | | | | RAMOS | LOUISIANA | ASSUMPTION | WHITE OAK OPERATING CO LLC | 1700788071 |
| CM THIBODAUX CO SWD #1 | 0.74000000 | | | | RAMOS | LOUISIANA | ASSUMPTION | WHITE OAK OPERATING CO LLC | 1700788052 |
| PARDEE 27 #1 (HOSS RA SUC) | 0.25000000 | | | | KINGS DOME | LOUISIANA | BIENVILLE | DIVERSIFIED PRODUCTION LLC | 1701321515 |
| PARDEE 34 #1 (ROD RA SUC) | 0.25000000 | | | | KINGS DOME | LOUISIANA | BIENVILLE | DIVERSIFIED PRODUCTION LLC | 1701321590 |
| DAVIS 26 #1 (ABB 1A RA SUA) | 1.00000000 | | | | BACK RIDGE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322711 |
| DAVIS J A 26 #3 | 1.00000000 | | | | BACK RIDGE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322879 |
| DAVIS 26 #4 (ABB 2 RC SUA) | 0.40033970 | | | | BACK RIDGE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322928 |
| DAVIS, J A 26 #2 | 1.00000000 | | | | BACK RIDGE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322717 |
| HENRY ER & CF 27 #1-SWD | 1.00000000 | | | | BACK RIDGE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322680 |
| HENRY ER & CF 27 #3 (ABB 2 RA SUA) | 1.00000000 | | | | BACK RIDGE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702323201 |
| HENRY ER & CF 27 #2 SWD | 1.00000000 | | | | BACK RIDGE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702388193 |
| 11500 RA SUA; BACCIGALOPI #1 | 1.00000000 | | | | LITTLE CHENIERE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322848 |
| BACCIGALOPI SWD #2 | 1.00000000 | | | | LITTLE CHENIERE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322974 |
| 12600 RA SUA; AMOCO FEE #6 | 1.00000000 | | | | LITTLE CHENIERE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322807 |
| AMOCO FEE SWD #1 | 0.85416665 | | | | LITTLE CHENIERE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322341 |
| U PLAN RA SUB; AMOCO FEE #2 | 0.70833330 | | | | LITTLE CHENIERE | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322528 |
| MIAMI FEE CORP # 1, #1D | 0.52500000 | | | | SECOND BAYOU | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322668 |
| MIAMI FEE CORP # 2 | 0.45000000 | | | | SECOND BAYOU | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322686 |
| MIAMI FEE CORP # 3 | 0.60000000 | | | | SECOND BAYOU | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322726 |
| MIAMI FEE CORP # 5 | 0.60000000 | | | | SECOND BAYOU | LOUISIANA | CAMERON | WHITE OAK OPERATING CO LLC | 1702322774 |
| SL 17780 #1 | 1.0000000 | | | | LITTLE LAKE SOUTH | LOUISIANA | JEFFERSON | WHITE OAK OPERATING CO LLC | 1705120939 |
| SL 18146 #2 | 1.0000000 | | | | LITTLE LAKE SOUTH | LOUISIANA | JEFFERSON | WHITE OAK OPERATING CO LLC | 1705120966 |
| SL 18146 SWD #1 | 1.0000000 | | | | LITTLE LAKE SOUTH | LOUISIANA | JEFFERSON | WHITE OAK OPERATING CO LLC | 1705120964 |
| KINDER CANAL CO. #1 | | 0.01000000 | | | INDIAN VILLAGE | LOUISIANA | JEFFERSON DAVIS | BLACK GOLD EXPLORATION & PROD | 1705321331 |
| BOWIE LUMBER #12 & 12-D (SBBF M RA SU) | 1.00000000 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705721429 |
| BOWIE LUMBER #14, #14D (SBBF M/M1 RA SU) | 1.00000000 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705721553 |
| BOWIE LUMBER #16 (SBBF XRASU), #16D | 0.96808800 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705721742 |
| BOWIE LUMBER #18 (R RC SUA), #18D | 0.95075593 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705721905 |
| BOWIE LUMBER #20 SWD | 0.97269404 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705722230 |
| BOWIE LUMBER #21 (N RCSUA), #21D | 0.93815835 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705722298 |
| BOWIE LUMBER #22 (SBBF O RA SU) | 0.9104875 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705722620 |
| BOWIE LUMBER #25 (M1 RB SUA) | 1.00000000 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705722916 |
| BOWIE LUMBER #3, #3-D (CIB OP NRASUA) | 0.94806680 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705720973 |
| BOWIE LUMBER #8 ALT (NRC SUA), #8D | 0.96852710 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705721330 |
| BOWIE LUMBER #9 (SBBF M1 RA SU), #9D | 0.9688535 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705721377 |
| BOWIE LUMBER ASSOC #1 (SBBF TRC SU) | 0.9873096 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705722506 |
| BOWIE LUMBER SWD #5 | 1.00000000 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705721073 |
| BOWIE LUMBER #5 | 1.00000000 | | | | BAYOU BOEUF SOUTH | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705721099 |

**White Oak Resources VI, LLC Well List: Schedule A/B #55**
**Exhibit 1**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| SL 328 #10 | | 0.01000000 | | | LAKE LONG | LOUISIANA | LAFOURCHE | S2 ENERGY EXPLORATION, LLC | 1705722921 |
| 109500 RB SUA; ROUSSELL #1 | 0.999372706 | | | | PLUM POINT | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO LLC | 1705722930 |
| SL 14561 #1 | 0.01050000 | | | | BRETON SOUND | LOUISIANA | PLAQUEMINES | CENTURY EXPLORATION N.O. LLC | 1772620539 |
| SL 16077 1 | 1.00000000 | | | | BRETON SOUND 11/23 | LOUISIANA | PLAQUEMINES | WHITE OAK OPERATING CO LLC | 1772620529 |
| SL 16273 #1 | 1.00000000 | | | | BRETON SOUND 11/23 | LOUISIANA | PLAQUEMINES | WHITE OAK OPERATING CO LLC | 1772620527 |
| SL 8191 #4 | 0.51533970 | | | | BRETON SOUND 11/23 | LOUISIANA | ST BERNARD | WHITE OAK OPERATING CO LLC | 1772620478 |
| SL 8191 3 SWD | 0.51533970 | | | | BRETON SOUND 11/23 | LOUISIANA | PLAQUEMINES | WHITE OAK OPERATING CO LLC | 1772620260 |
| BURDIN H #13-ALT | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709901487 |
| BURDIN H #21 (Z RC SUA) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920704 |
| BURDIN H #22 (S RA UB) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921147 |
| BURDIN H #23 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921437 |
| BURDIN H #24 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921146 |
| BURDIN H #25 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921179 |
| BURDIN H #28 (WLVE G20 RA SU) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921330 |
| BURDIN H #29 (G 6C RASUA) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921156 |
| BURDIN ST UN 4 #11 (WLVE BB2 RA SU) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921194 |
| BURDIN ST UN 4 #3 (WLVE Q RA SU) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | (Serial #107451) |
| BURDIN ST UN 4 #7, #7D (NR 4A SUD) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920297 |
| BURDIN ST UN 5 #4 (WLVE Q RA SU) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709901498 |
| BURDIN ST UN 5 #8 (J RA SUE) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920190 |
| BURDIN ST UN 5 #9 (WLVE L RASU) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921606 |
| BURDIN ST UN 6 #3 (WLVE G20 RASU), #3D | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920257 |
| BURDIN ST UN 7 #3 (BO-B RA SUG), #3D | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921314 |
| JL&S CO #100 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921080 |
| JL&S CO #101 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921125 |
| JL&S CO #102 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921131 |
| JL&S CO #108 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921197 |
| JL&S CO #109 SWD | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921199 |
| JL&S CO #111 (G 6B RB SUA) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921244 |
| JL&S CO #122 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921437 |
| JL&S CO #127 | 0.50000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921468 |
| JL&S CO #142 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921535 |
| JL&S CO #145 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921548 |
| JL&S CO #147 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921552 |
| JL&S CO #148 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921556 |
| JL&S CO #149 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921559 |
| JL&S CO #153 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921562 |
| JL&S CO #154 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921566 |
| JL&S CO #156 (G10 RA SUA) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921572 |
| JL&S CO #157 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921574 |
| JL&S CO #20 RC | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709901419 |
| JL&S CO #58, #58D | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709901444 |
| JL&S CO #60, #60 D | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709901474 |
| JL&S CO #76, #76D | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920254 |
| JL&S CO #89 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920696 |
| JL&S CO #91 (WLVE KO RB SU) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920830 |

\* - APO interest will only be shown if payout has not yet occurred.

**White Oak Resources VI, LLC Well List: Schedule A/B #55**
**Exhibit 1**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| JL&S CO #98 SWD | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921021 |
| JL&S ST UA #10 (VUD) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921163 |
| JL&S ST UA #11 SWD | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920852 |
| JL&S ST UA #7 (R VUA) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920717 |
| JL&S ST UA #8 (VUD) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920888 |
| JL&S ST UC #3, #3D (WLVE X RASU) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709901500 |
| JL&S ST UD #11 (WLVE G6B RASU) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921542 |
| JL&S ST UD #7 (C4 RA SUB) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921293 |
| JL&S ST UD #8 (C4 RA SUA) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921294 |
| JL&S ST UD #9 ALT | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921398 |
| JL&S ST UG #5 (C2A L RA SUA) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920505 |
| JL&ST UD #10 (VUG) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921533 |
| NORMAN, P R A #11 (VUC) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921327 |
| NORMAN, P R A #7 (WLVE Z1 RB SU) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920358 |
| NORMAN-BREAUX A #14ST (K RASUD) | 0.99258760 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709901404 |
| NORMAN-BREAUX A #21 (WLVE KO RASU) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920570 |
| NORMAN-BREAUX A #22 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921302 |
| NORMAN-BREAUX A #23 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921305 |
| NORMAN-BREAUX A #24 (VUC) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921108 |
| ST MARTIN PA SCH BD #12 (VUC) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920099 |
| ST MARTIN PA SCH BD #36 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921134 |
| ST MARTIN PA SCH BD #40 (VUD) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921193 |
| ST MARTIN PA SCH BD #54 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921328 |
| ST MARTIN PA SCH BD #55 (VUC) | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921329 |
| ST MARTIN PA SCH BD #61 | 1.00000000 | | | | LAKE VERRET WEST | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921563 |
| MARG V RA SUA; DOW NORMAN #2 | 0.87500000 | | | | MURPHY LAKE | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921184 |
| MARG V RA SUB; STOCKSTILL #2 ALT | 0.87793898 | | | | MURPHY LAKE | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920740 |
| MARG V RA SUB; STOCKSTILL ET AL #1 | 0.87793898 | | | | MURPHY LAKE | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921319 |
| 16700 RA SUA; WILLIAMS INC #1 | 1.00000000 | 0.76142000 | | | MYSTIC BAYOU | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709920498 |
| 16700 RA SUA; WILLIAMS INC #2 ALT | 0.75000000 | 0.57642000 | | | MYSTIC BAYOU | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921612 |
| WILLIAMS INC SWD #1 | 0.75000000 | | | | MYSTIC BAYOU | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709988002 |
| WILLIAMS LAND COMPANY LLC A#1 | 0.43231250 | 0.291645550 | | | WILLOW COVE | LOUISIANA | ST MARTIN | WHITE OAK OPERATING CO LLC | 1709921554 |
| BIN VUA #11-7 | 0.01250000 | | | | BELLE ISLE | LOUISIANA | ST MARY | TEXAS PETROLEUM INVESTMENT CO | 1710122102 |
| STATE LEASE 18350 #1 SWD | 0.69141635 | | | | BELLE ISLE SOUTH | LOUISIANA | ST MARY | WHITE OAK OPERATING CO LLC | 1710188074 |
| VUA; ST LEASE 18350 #1 | 0.69141635 | | | | BELLE ISLE SOUTH | LOUISIANA | ST MARY | WHITE OAK OPERATING CO LLC | 1710122229 |
| ALLIANCE TRUST CO #09, #9D | 1.00000000 | | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711300074 |
| ALLIANCE TRUST CO #18 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711300115 |
| ALLIANCE TRUST CO #20 - SWD | 1.00000000 | | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711300116 |
| ALLIANCE TRUST CO #22, #22D | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711320141 |
| ALLIANCE TRUST CO #23, #23D | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711320144 |
| ALLIANCE TRUST CO #24, #24D | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711320177 |
| ALLIANCE TRUST CO #29 ST | 0.97500000 | 0.81179688 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711321345 |
| ALLIANCE TRUST CO #30 ST | 0.97500000 | 0.81179688 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711321434 |
| ALLIANCE TRUST CO #34 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711321581 |
| ALLIANCE TRUST CO #35 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322109 |
| ALLIANCE TRUST CO #37 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322139 |

* - APO interest will only be shown if payout has not yet occurred.                                     3

**White Oak Resources VI, LLC Well List: Schedule A/B #55**
**Exhibit 1**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| ALLIANCE TRUST CO #38 SWD | 1.00000000 | | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322193 |
| ALLIANCE TRUST CO #39 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322200 |
| ALLIANCE TRUST CO #41 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322256 |
| ALLIANCE TRUST CO #42 | 0.97500000 | 0.81179688 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711321618 |
| ALLIANCE TRUST CO #43 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322232 |
| ALLIANCE TRUST CO #44 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322236 |
| ALLIANCE TRUST CO #45 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322261 |
| ALLIANCE TRUST CO #47 | 0.97500000 | 0.81179688 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322296 |
| ALLIANCE TRUST CO #49 | 0.97500000 | 0.81179688 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322276 |
| ALLIANCE TRUST CO #50 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711322271 |
| ALLIANCE TRUST CO #51 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322281 |
| ALLIANCE TRUST CO #52 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322344 |
| ALLIANCE TRUST CO #58 | 0.97500000 | 0.81179688 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322428 |
| ALLIANCE TRUST CO #59 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322466 |
| ALLIANCE TRUST CO #60 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322468 |
| ALLIANCE TRUST CO #61 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO LLC | 1711322474 |
| ALLIANCE TRUST CO #62 | 1.00000000 | 0.82000000 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711322475 |
| CANAL BANK & TRUST CO #1 | 1.00000000 | | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711300124 |
| CANAL BANK & TRUST CO #5 | 1.00000000 | | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711300120 |
| CANAL BANK & TRUST CO SWD #4 | 1.00000000 | | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711300105 |
| NOBLE #1 | 0.77066667 | 0.59050025 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711322287 |
| NOBLE #2 SWD | 0.77066667 | | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711322306 |
| NOBLE #3 | 0.9664306 | 0.737323 | | | GUEYDAN | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711322495 |
| ALFRED DOUCET SWD | 0.99114685 | | | | NE WRIGHT | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711388134 |
| DONALD W GUIDRY #1 (MT RA SU B | 1.00000000 | | | | NE WRIGHT | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711322035 |
| J C TRAHAN #1 ALT (MT RA SU C) | 0.992917 | | | | NE WRIGHT | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711322196 |
| JOHN C MEAUX ESTATE #1 (MT RA SU E) | 0.91983032 | | | | NE WRIGHT | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711322283 |
| JOSEPH LANGLINAIS # 1 ALT (MT RA SU A) | 1.00000000 | | | | NE WRIGHT | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711322121 |
| LULA MEAUX BROUSSARD #1 (MT RA SU C) | 0.992917 | | | | NE WRIGHT | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711322100 |
| THELMA A SIMON # 1 (MT RA SUA) | 1.00000000 | | | | NE WRIGHT | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711321951 |
| MARG H RD SUB; TRAHAN ET AL #1 | 0.500000 | | | | WRIGHT | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711322307 |
| BURKETT 23-7 (APO ONLY) | | | 0.02634521 | 0.02077733 | HOLIDAY CREEK | MISSISSIPPI | JEFFERSON DAVIS | CARL E. GUNGOLL EXPL., INC. | 2306520856 |
| BUCKLEY 28-4 #1 | 0.03101900 | 0.02340800 | | | GREENS CREEK | MISSISSIPPI | MARION | CENTRAL OPERATING, LLC | 2309120556 |
| ROGERS 28-11 #1 | 0.03101920 | 0.02340800 | | | GREENS CREEK | MISSISSIPPI | MARION | J.R. POUNDS, INC. | 2309120089 |
| EC 330 PF | 0.13600000 | | | | EAST CAMERON BLK 330 | OFFSHORE LA | | MCMORAN OIL & GAS LLC | |
| ST 111 (OCS-G05602) | 0.06000000 | | | | SOUTH TIMBALIER BLK 111 | OFFSHORE LA | TERREBONNE | TALOS ENERGY OFFSHORE LLC | |
| ST 148 D | 0.06000000 | | | | SOUTH TIMBALIER BLK 148 | OFFSHORE LA | TERREBONNE | MCMORAN OIL & GAS LLC | |
| SWEENEY 2 | 0.50000000 | | | | CYPRESS LANGHAM CREEK | TEXAS | HARRIS | DIAMOND S ENERGY COMPANY | 4220132334 |
| SWEENEY 4 | 0.33333330 | | | | CYPRESS LANGHAM CREEK | TEXAS | HARRIS | DIAMOND S ENERGY COMPANY | 4220132469 |
| CHINA TOWNSITE SWD 1 | 1.00000000 | | | | CHINA TOWNSITE | TEXAS | JEFFERSON | WHITE OAK OPERATING CO LLC | 4224532800 |
| CHINA TOWNSITE UNIT 1 | 1.00000000 | 0.76487400 | | | CHINA TOWNSITE | TEXAS | JEFFERSON | WHITE OAK OPERATING CO LLC | 4224532136 |
| CANTER GAS UNIT #1 (APO ONLY) | | | 0.01994065 | 0.01540415 | HULL SOUTH | TEXAS | LIBERTY | SILVERBROOK OPERATING, LLC | 4229132396 |
| BALDWIN NCT-1 3 | | 0.01750000 | | | LIBERTY SOUTH | TEXAS | LIBERTY | ODUM GAS & CO. | 4229180885 |
| CHEV-TEX FEE 02-R | | 0.02833330 | | | LIBERTY SOUTH | TEXAS | LIBERTY | KINGWOOD EXPLORATION LLC | 4229132030 |
| CHEV-TEX FEE 1 | | 0.02833330 | | | LIBERTY SOUTH | TEXAS | LIBERTY | KINGWOOD EXPLORATION LLC | 4229132020 |
| DUGAT JOE 1 | 1.00000000 | | | | LIBERTY SOUTH | TEXAS | LIBERTY | WHITE OAK OPERATING CO, LLC | 4229104205 |

\* - APO interest will only be shown if payout has not yet occurred.

4

**White Oak Resources VI, LLC Well List: Schedule A/B #55**
**Exhibit 1**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO | |
|---|---|---|---|---|---|---|---|---|---|---|
| MIDLAND SECURITIES 2 | 1.00000000 | | | | RICHRANCH | TEXAS | LIBERTY | WHITE OAK OPERATING CO, LLC | 4229131919 | |
| SANGER 392 1 LT | | 0.00923437 | | | SANGER SOUTH | TEXAS | LIVE OAK | BLUEBONNET INVESTMENTS LTD | 4229733469 | |
| SANGER HEIRS 391 1 | | 0.00923437 | | | SANGER SOUTH | TEXAS | LIVE OAK | BLUEBONNET INVESTMENTS LTD | 4229733398 | |
| SANGER HEIRS 391 2 | | 0.00923437 | | | SANGER SOUTH | TEXAS | LIVE OAK | BLUEBONNET INVESTMENTS LTD | 4229733441 | |
| SANGER HEIRS 391 4 | | 0.00923437 | | | SANGER SOUTH | TEXAS | LIVE OAK | BLUEBONNET INVESTMENTS LTD | 4229733535 | |
| TEXACO FEE AMI #1-H RE | | 0.02656250 | | | BROOKELAND | TEXAS | NEWTON | PRIZE EXPLORATION & PROD, LLC | 4235130531 | |
| POWELL LUMBER CO ET AL #1 | 1.00000000 | | | | LONG PRAIRIE | TEXAS | ORANGE | WHITE OAK OPERATING CO, LLC | 4236130314 | |
| ECHOLS # 2 | 0.96543479 | | | | COWBOY | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242732982 | |
| ECHOLS # 4 | 0.98294622 | | | | COWBOY | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734149 | |
| LONGORIA GAS UNIT #1 | 1.00000000 | | | | COWBOY | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734293 | |
| JANK 1 | 1.00000000 | | | | MISSION VALLEY W. | TEXAS | VICTORIA | WHITE OAK OPERATING CO., LLC | 4246933704 | |
| JANK 3 | 1.00000000 | | | | MISSION VALLEY W. | TEXAS | VICTORIA | WHITE OAK OPERATING CO., LLC | 4246933901 | |
| RASMUSSEN ET AL # 1 | 1.00000000 | | | | LOUISE NORTH | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248133112 | |
| RASMUSSEN ET AL # 3 | 0.33333330 | | | | LOUISE NORTH | TEXAS | WHARTON | WHITE OAK OPERATING CO, LLC | 4248133200 | |
| HAYNES ESTATE #10 | | 0.01500000 | | | LOS MOGOTES | TEXAS | ZAPATA | ARETE OPERATING COMPANY, LLC | 4250536622 | |
| HAYNES ESTATE #11 | | 0.01500000 | | | LOS MOGOTES | TEXAS | ZAPATA | ARETE OPERATING COMPANY, LLC | 4250536626 | |
| MC OCS-G 09895 A002 | 0.12250000 | 0.10090940 | | | MISSISSIPPI CANYON 898 | OFFSHORE LA | PLAQUEMINES | SHELL OFFSHORE INC. | 6081741060 | ** |

** This asset was included in the White Oak Resources VI, LLC to 405 Hackberry, LLC (405) Purchase and Sale Agrement dated 5/3/2023 however should 405 fail to become qualified to own OCS GOM interest within 270 days from the initial closing, said asset shall be deemed an Excluded Asset

* - APO interest will only be shown if payout has not yet occurred.

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference | |
|---|---|---|---|---|---|---|---|---|---|---|
| LA2028-001-00 | DAVIS LANDS, LLC | MILAGRO PRODUCING LLC | 8/23/1993 | LA | CAMERON | BACKRIDGE | 790 | 110 | 235693 | E |
| LA2028-006-00 | DAVIS LANDS, LLC | MILAGRO PRODUCING LLC | 7/30/2014 | LA | CAMERON | BACKRIDGE | | | 333686 | E |
| LA2028-007-00 | C.F.HENRY PROPERTIES LLC ETAL | MILAGRO PRODUCING LLC | 7/30/2014 | LA | CAMERON | BACKRIDGE | | | 333685 | E |
| LA2028-008-00 | C.F.HENRY PROPERTIES LLC ETAL | MILAGRO PRODUCING LLC | 7/30/2014 | LA | CAMERON | BACKRIDGE | | | 333684 | E |
| | JAMES AUSTIN & MARTHA DAVIS TRUST FOR LONNIE A DAVIS, ET AL | ALLEN & KIRMSE LTD. | 3/26/2005 | LA | CAMERON | BACKRIDGE | 1003 | | 292954 | E |
| LA2011-001-02 | JEANNE LIGHTON CASSATT | PROTON ENERGY LLC | 10/16/2003 | LA | VERMILION | GUEYDAN | | | 20404755 | |
| LA2011-001-03 | NOBLE ENERGY INC | PROTON ENERGY LLC | 7/1/2004 | LA | VERMILION | GUEYDAN | | | 20409036 | |
| LA2011-063-00 | ALLIANCE TRUST COMPANY LIMITED | PURE OIL CO | 1/10/1930 | LA | VERMILION | GUEYDAN | 98 | 409 | 46919 | |
| LA2011-001-01 | FRANK H LICHENSTEIN JR ET AL | PROTON ENERGY LLC | 1/1/2004 | LA | VERMILION | GUEYDAN | | | 20404555 | |
| LA2044-001-01 | DONNA LOUISE THOMAS MOODY | GRIFFITH LAND SERVICES INC | 3/27/2003 | LA | BIENVILLE | KINGS DOME | 956 | 695 | 2003-1707 | E |
| LA2044-001-02 | LEE ANN THOMAS MOSS | GRIFFITH LAND SERVICES INC | 3/27/2003 | LA | BIENVILLE | KINGS DOME | 956 | 697 | 2003-1708 | E |
| LA2044-001-03 | MARTHA WOOD THOMAS | GRIFFITH LAND SERVICES INC | 3/27/2003 | LA | BIENVILLE | KINGS DOME | 955 | 819 | 2003-1145 | E |
| LA2044-002-01 | LOUIS CHARLES CASEY ET AL | GRIFFITH LAND SERVICES INC | 4/26/2003 | LA | BIENVILLE | KINGS DOME | 957 | 1145 | 2003-2595 | E |
| LA2044-002-02 | MAPLE L BROWN | GRIFFITH LAND SERVICES INC | 5/6/2003 | LA | BIENVILLE | KINGS DOME | 957 | 57 | 2003-1956 | E |
| LA2044-002-03 | DEBORAH LAWRENCE-SMITH | GRIFFITH LAND SERVICES INC | 5/31/2003 | LA | BIENVILLE | KINGS DOME | 957 | 794 | 2003-2392 | E |
| LA2044-002-04 | BERNARD THRIST | GRIFFITH LAND SERVICES INC | 5/31/2003 | LA | BIENVILLE | KINGS DOME | 957 | 797 | 2003-2393 | E |
| LA2044-002-05 | MATTIE HALEY | GRIFFITH LAND SERVICES INC | 5/7/2003 | LA | BIENVILLE | KINGS DOME | 957 | 60 | 2003-1957 | E |
| LA2044-002-06 | GEORGIA LOVETT WASHINGTON | GRIFFITH LAND SERVICES INC | 7/1/2003 | LA | BIENVILLE | KINGS DOME | 958 | 465 | 2003-2881 | E |
| LA2044-002-07 | LENA MAE LOVETT BROWN | GRIFFITH LAND SERVICES INC | 7/1/2003 | LA | BIENVILLE | KINGS DOME | 959 | 441 | 2003-3399 | E |

White Oak Resources VI LLC    - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference | |
|-------|--------|--------|-----------|----|--------|---------------|------|------|-----------|---|
| LA2044-002-08 | WARREN F LOVETT | GRIFFITH LAND SERVICES INC | 7/1/2003 | LA | BIENVILLE | KINGS DOME | 959 | 444 | 2003-3400 | E |
| LA2044-002-09 | MARK ALLEN LOVETT | GRIFFITH LAND SERVICES INC | 7/1/2003 | LA | BIENVILLE | KINGS DOME | 959 | 447 | 2003-3401 | E |
| LA2044-002-10 | DANTE BEVINEAU | GRIFFITH LAND SERVICES INC | 7/1/2003 | LA | BIENVILLE | KINGS DOME | 959 | 450 | 2003-3402 | E |
| LA2044-002-12 | JANIE C CASE | GRIFFITH LAND SERVICES INC | 7/1/2003 | LA | BIENVILLE | KINGS DOME | 959 | 697 | 2003-3578 | E |
| LA2044-002-13 | CLARENCE LOVETT | GRIFFITH LAND SERVICES INC | 7/1/2003 | LA | BIENVILLE | KINGS DOME | 960 | 972 | 2003-4117 | E |
| LA2044-002-14 | MARY SMITH LEVINGSTON | GRIFFITH LAND SERVICES INC | 8/30/2003 | LA | BIENVILLE | KINGS DOME | 962 | 150 | 2003-4645 | E |
| LA2044-002-16 | SAUL BRANDON JR | EL PASO PRODUCTION CO | 10/27/2004 | LA | BIENVILLE | KINGS DOME | 970 | 448 | 2004-4112 | E |
| LA2044-003-01 | VERLEN BURKHALTER WATSON | GRIFFITH LAND SERVICES INC | 10/10/2002 | LA | BIENVILLE | KINGS DOME | 952 | 753 | 2002-3385 | E |
| LA2044-003-02 | EARL WATSON JR | GRIFFITH LAND SERVICES INC | 10/10/2002 | LA | BIENVILLE | KINGS DOME | 954 | 282 | 2003-156 | E |
| LA2044-003-03 | DERWIN E WATSON ET AL | GRIFFITH LAND SERVICES INC | 10/10/2002 | LA | BIENVILLE | KINGS DOME | 954 | 284 | 2003-157 | E |
| LA2044-003-04 | JAMEIKA WATSON | GRIFFITH LAND SERVICES INC | 12/24/2002 | LA | BIENVILLE | KINGS DOME | 954 | 278 | 2003-154 | E |
| LA2044-003-05 | LATOYA WATSON | GRIFFITH LAND SERVICES INC | 12/24/2002 | LA | BIENVILLE | KINGS DOME | 954 | 280 | 2003-155 | E |
| LA2044-004-01 | MERLIN B SMITH | GRIFFITH LAND SERVICES INC | 2/20/2003 | LA | BIENVILLE | KINGS DOME | 958 | 60 | 2003-743 | E |
| LA2044-004-02 | LA NELLE STEWART JEANSONNE | GRIFFITH LAND SERVICES INC | 5/6/2003 | LA | BIENVILLE | KINGS DOME | 956 | 944 | 2003-1873 | E |
| LA2044-004-03 | VENTIE BRYAN STEWART JR | GRIFFITH LAND SERVICES INC | 2/11/2003 | LA | BIENVILLE | KINGS DOME | 956 | 944 | 2003-594 | E |
| LA2044-004-04 | WILLIAM B WAITE | GRIFFITH LAND SERVICES INC | 2/26/2003 | LA | BIENVILLE | KINGS DOME | 955 | 431 | 2003-958 | E |
| LA2044-005-01 | LEON ROBERSON JR | GRIFFITH LAND SERVICES INC | 5/29/2003 | LA | BIENVILLE | KINGS DOME | 957 | 664 | 2003-2308 | E |
| LA2044-005-02 | BILL KING | GRIFFITH LAND SERVICES INC | 5/14/2003 | LA | BIENVILLE | KINGS DOME | 957 | 73 | 2003-1963 | E |
| LA2044-005-03 | WILL KING | GRIFFITH LAND SERVICES INC | 5/9/2003 | LA | BIENVILLE | KINGS DOME | 956 | 844 | 2003-1799 | E |

**White Oak Resources VI LLC    - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| <u>Lease</u> | <u>Lessor</u> | <u>Lessee</u> | <u>Lease date</u> | <u>ST</u> | <u>Parish</u> | <u>Prospect name</u> | <u>Book</u> | <u>Page</u> | <u>Reference</u> | |
|---|---|---|---|---|---|---|---|---|---|---|
| LA2044-005-04 | MARTHA LUCILLE RANDLE | GRIFFITH LAND SERVICES INC | 5/8/2003 | LA | BIENVILLE | KINGS DOME | 956 | 667 | 2003-1684 | E |
| LA2044-005-05 | IDA MAE TOOKE | GRIFFITH LAND SERVICES INC | 6/6/2003 | LA | BIENVILLE | KINGS DOME | 957 | 516 | 2003-2172 | E |
| LA2044-005-06 | BOBBY LARRY KING | GRIFFITH LAND SERVICES INC | 5/30/2003 | LA | BIENVILLE | KINGS DOME | 957 | 135 | 2003-2008 | E |
| LA2044-005-07 | LONNIE KING JR | GRIFFITH LAND SERVICES INC | 5/29/2003 | LA | BIENVILLE | KINGS DOME | 957 | 488 | 2003-2149 | E |
| LA2044-005-08 | BABY RUTH KING | GRIFFITH LAND SERVICES INC | 5/29/2003 | LA | BIENVILLE | KINGS DOME | 957 | 373 | 2003-2113 | E |
| LA2044-005-09 | BETTY GEORGE | GRIFFITH LAND SERVICES INC | 5/27/2003 | LA | BIENVILLE | KINGS DOME | 957 | 100 | 2003-1984 | E |
| LA2044-005-10 | SHELTON KING | GRIFFITH LAND SERVICES INC | 6/12/2003 | LA | BIENVILLE | KINGS DOME | 957 | 521 | 2003-2174 | E |
| LA2044-005-11 | JAMES RANDLE JR | GRIFFITH LAND SERVICES INC | 5/8/2003 | LA | BIENVILLE | KINGS DOME | 956 | 669 | 2003-1686 | E |
| LA2044-005-12 | GLORIA JEAN STATON | GRIFFITH LAND SERVICES INC | 6/20/2003 | LA | BIENVILLE | KINGS DOME | 957 | 800 | 2003-2394 | E |
| LA2044-005-13 | SHIRLEY MADISON | GRIFFITH LAND SERVICES INC | 5/29/2003 | LA | BIENVILLE | KINGS DOME | 957 | 371 | 2003-2112 | E |
| LA2044-005-14 | BRENDA KING WILLIAMS ET AL | GRIFFITH LAND SERVICES INC | 6/20/2003 | LA | BIENVILLE | KINGS DOME | 958 | 468 | 2003-2882 | E |
| LA2044-005-15 | EDWARD JAMES ROBERSON | GRIFFITH LAND SERVICES INC | 6/20/2003 | LA | BIENVILLE | KINGS DOME | 960 | 909 | 2003-4057 | E |
| LA2044-006-00 | MARTHA N KEYES | CARNES OIL CORPORATION | 1/22/2002 | LA | BIENVILLE | KINGS DOME | 938 | 291 | 2002-980 | E |
| LA2044-007-00 | FLOYE B RAINS | CARNES OIL CORPORATION | 2/20/2002 | LA | BIENVILLE | KINGS DOME | 938 | 284 | | E |
| LA2044-008-00 | LEE ARTHUR SMITH ET UX | CARNES OIL CORPORATION | 8/23/2001 | LA | BIENVILLE | KINGS DOME | 930 | 215 | 2001-4875 | E |
| LA2044-009-00 | SALLY PAGE GRAY | CARNES OIL CORPORATION | 2/22/2001 | LA | BIENVILLE | KINGS DOME | 909 | 170 | 2001-1723 | E |
| LA2044-011-00 | SALLIE TOOKE DIXSON ET VIR | GRIFFITH LAND SERVICES INC | 10/22/2002 | LA | BIENVILLE | KINGS DOME | 953 | 624 | 2002-3914 | E |
| LA2044-012-00 | BOBBY R BEASON | GRIFFITH LAND SERVICES INC | 3/3/2003 | LA | BIENVILLE | KINGS DOME | 955 | 821 | 2003-1146 | E |
| LA2044-013-01 | MARTHA LOVE SMITH | CARNES OIL CORPORATION | 1/22/2002 | LA | BIENVILLE | KINGS DOME | 938 | 305 | 2002-984 | E |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference | |
|-------|--------|--------|------------|-----|--------|---------------|------|------|-----------|---|
| LA2044-013-02 | SIDNEY L SMITH | CARNES OIL CORPORATION | 1/22/2002 | LA | BIENVILLE | KINGS DOME | 938 | 295 | 2002-981 | E |
| LA2044-015-00 | SHAWN D RUSSELL ET UX | GRIFFITH LAND SERVICES INC | 4/16/2003 | LA | BIENVILLE | KINGS DOME | 956 | 211 | 2003-1468 | E |
| LA2044-017-00 | BEVELY NASH LOWE | GRIFFITH LAND SERVICES INC | 5/7/2003 | LA | BIENVILLE | KINGS DOME | 957 | 25 | 2003-1945 | E |
| LA2044-018-00 | DINIECE DIXON ET AL | GRIFFITH LAND SERVICES INC | 5/7/2003 | LA | BIENVILLE | KINGS DOME | 958 | 470 | 2003-2883 | E |
| | WILLIAM D. NORMAN, JR. ET AL | AMERADA HESS CORPORATION | 7/1/1977 | LA | ST MARTIN | MURPHY LAKE | 755 | 680 | 179432 | E |
| | KATHLEEN E. O'BRIEN SUCCESSION | AMERADA HESS CORPORATION | 3/1/1978 | LA | ST MARTIN | MURPHY LAKE | 767 | 879 | 182479 | E |
| | THE DOW CHEMICAL COMPANY | AMERADA HESS CORPORATION | 7/1/1977 | LA | ST MARTIN | MURPHY LAKE | 757 | 158 | 179824 | E |
| | JANE CASE STOCKSTILL ET AL | W. S. GORDON, JR. | 6/10/1977 | LA | ST MARTIN | MURPHY LAKE | 754 | 34 | 178979 | E |
| | FIVE STAR ROYALTY PARTNERS, LTD. | DUNE PROPERTIES, INC. | 10/1/2008 | LA | ST MARTIN | MURPHY LAKE | 1519 | 578 | 418592 | E |
| | EDDIE V. CASE ET AL | DUNE ENERGY, INC. | 8/15/2008 | LA | ST MARTIN | MURPHY LAKE | 1509 | 97 | 415195 | E |
| | NORMAN PROPERTIES, LLC ET AL | DUNE PROPERTIES, INC. | 12/20/2008 | LA | ST MARTIN | MURPHY LAKE | 1523 | 677 | 420146 | E |
| | JEANERETTE MINERALS, LLC | DUNE PROPERTIES, INC. | 11/13/2008 | LA | ST MARTIN | MURPHY LAKE | 1520 | 797 | 419052 | E |
| | KATHLEEN E O'BRIEN TRUST | WHITE OAK ENERGY V, LLC | 11/1/2009 | LA | ST MARTIN | MURPHY LAKE | 1552 | 202 | 430689 | E |
| | FIVE STAR ROYALTY PARTNERS LTD | WHITE OAK RESOURCES VI, LLC | 3/3/2015 | LA | ST MARTIN | MURPHY LAKE | 1713 | 66 | 489318 | E |
| | JEANERETTE LUMBER AND SHINGLE CO., LTD | CHEVRON OIL COMPANY | 2/14/1973 | LA | ST MARTIN | MYSTIC BAYOU | 683 | 465 | 162419 | |
| | WILLIAMS INC | CHEVRON OIL COMPANY | 5/30/1973 | LA | ST MARTIN | MYSTIC BAYOU | 684 | 554 | 162659 | |
| | THE DOW CHEMICAL COMPANY | CHEVRON OIL COMPANY | 2/5/1973 | LA | ST MARTIN | MYSTIC BAYOU | 683 | 450 | 162418 | |
| | WILLIAMS INC | CHEVRON OIL COMPANY | 10/3/0974 | LA | ST MARTIN | MYSTIC BAYOU | 708 | 65 | 168205 | |
| | WILLIAMS INC | CHEVRON OIL COMPANY | 6/6/1974 | LA | ST MARTIN | MYSTIC BAYOU | 699 | 47 | 166047 | |

White Oak Resources VI LLC    - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|---|---|---|---|---|---|---|---|---|---|
| | THE DOW CHEMICAL COMPANY | CHEVRON U.S.A. INC | 1/1/1976 | LA | ST MARTIN | MYSTIC BAYOU | 758 | 297 | 180107 |
| 1137-00001-000 | STATE OF LOUISIANA AO 257 | BURLINGTON RESOURCES OIL & GAS COMPANY | 6/14/2000 | LA | ASSUMPTION | RAMOS | 303- A | 938 | 197500 |
| 1137-00001-000 | STATE OF LOUISIANA AO 257 | BURLINGTON RESOURCES OIL & GAS COMPANY | 6/14/2000 | LA | ST MARY | RAMOS | 43-0 | 117 | 271163 |
| 1137-00002-000 | STATE OF LOUISIANA A0146/6 P'S | ALLIANCE OPERATING CORPORATION | 10/6/1987 | LA | ST MARY | RAMOS | 30-Y | 441 | 221498 |
| 1137-00003-001 | CARL W BAUER | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/23/1998 | LA | ST MARY | RAMOS | 41-M | 256 | 262142 |
| 1137-00003-002 | ALLEN DAVIS ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 5/21/1998 | LA | ST MARY | RAMOS | 41-W | 689 | 263818 |
| 1137-00003-003 | ROBERT SINGLETON ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 5/27/1998 | LA | ST MARY | RAMOS | 41-W | 570 | 263801 |
| 1137-00003-004 | BETTY R YOUNG ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/1/1998 | LA | ST MARY | RAMOS | 41-X | 21 | 263825 |
| 1137-00003-005 | IRVIN SINGLETON ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/1/1998 | LA | ST MARY | RAMOS | 41-W | 561 | 263800 |
| 1137-00003-006 | JACQUELINE SINGLETON JONES ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/5/1998 | LA | ST MARY | RAMOS | 41-W | 514 | 263794 |
| 1137-00003-007 | ERNEST W KNIGHT JR ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/8/1998 | LA | ST MARY | RAMOS | 41-W | 611 | 263807 |
| 1137-00003-008 | MARGARET ANN SHINN GRAY | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/10/1998 | LA | ST MARY | RAMOS | 41-W | 459 | 263784 |
| 1137-00003-009 | RUTH HARRIS ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/10/1998 | LA | ST MARY | RAMOS | 41-W | 605 | 263806 |
| 1137-00003-010 | ELIZABETH SHINN TERRELL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/10/1998 | LA | ST MARY | RAMOS | 41-W | 479 | 263788 |
| 1137-00003-011 | EDITH D RATCLIFF | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/10/1998 | LA | ST MARY | RAMOS | 41-W | 484 | 263789 |
| 1137-00003-012 | ELIZABETH BROWN ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/18/1998 | LA | ST MARY | RAMOS | 41-W | 508 | 263793 |
| 1137-00003-013 | GLADYS S VERDINE ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/22/1998 | LA | ST MARY | RAMOS | 41-W | 499 | 263792 |
| 1137-00003-014 | ONEIDA JACKSON ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/25/1998 | LA | ST MARY | RAMOS | 41-W | 543 | 263798 |
| 1137-00003-015 | WILSON BAILEY ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/29/1998 | LA | ST MARY | RAMOS | 41-W | 579 | 263802 |

White Oak Resources VI LLC    - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|---------------|------|------|-----------|
| 1137-00003-016 | JONATHON DARDAR ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/29/1998 | LA | ST MARY | RAMOS | 41-W | 631 | 263810 |
| 1137-00003-017 | WINNIE WESLEY ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/30/1998 | LA | ST MARY | RAMOS | 41-W | 667 | 263815 |
| 1137-00003-018 | MAMMIE MEDDERS ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/6/1998 | LA | ST MARY | RAMOS | 41-W | 584 | 263803 |
| 1137-00003-019 | LARRY ROBERTSON ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/9/1998 | LA | ST MARY | RAMOS | 41-X | 12 | 263824 |
| 1137-00003-020 | ETHEL POWELLS ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/15/1998 | LA | ST MARY | RAMOS | 41-W | 620 | 263808 |
| 1137-00003-021 | JULIA MAE WATTS ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/16/1998 | LA | ST MARY | RAMOS | 41-W | 523 | 263795 |
| 1137-00003-022 | ADA FALLS ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/28/1998 | LA | ST MARY | RAMOS | 41-W | 702 | 263820 |
| 1137-00003-023 | MARY ANN OSBEY ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/28/1998 | LA | ST MARY | RAMOS | 41-W | 536 | 263797 |
| 1137-00003-024 | WALLACE MOORE JR ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/27/1998 | LA | ST MARY | RAMOS | 41-W | 660 | 263814 |
| 1137-00003-025 | DELORIS S SHORT ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/3/1998 | LA | ST MARY | RAMOS | 41-W | 530 | 263796 |
| 1137-00003-026 | RUSSELL GILLS | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/4/1998 | LA | ST MARY | RAMOS | 41-W | 646 | 263812 |
| 1137-00003-027 | ROBERT C WILLIAMS | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/4/1998 | LA | ST MARY | RAMOS | 41-W | 641 | 263811 |
| 1137-00003-028 | ALVIN RILEY | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/4/1998 | LA | ST MARY | RAMOS | 41-W | 626 | 263809 |
| 1137-00003-029 | HAROLD KNIGHT SR | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/4/1998 | LA | ST MARY | RAMOS | 41-W | 494 | 263791 |
| 1137-00003-030 | LILLIAN MILLER | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/4/1998 | LA | ST MARY | RAMOS | 41-W | 489 | 263790 |
| 1137-00003-031 | LOUIS KIRTMAN | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/4/1998 | LA | ST MARY | RAMOS | 41-W | 474 | 263787 |
| 1137-00003-032 | LILLIE HEREFORD ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/4/1998 | LA | ST MARY | RAMOS | 41-W | 469 | 263786 |
| 1137-00003-033 | IRMA S ESCORT | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/4/1998 | LA | ST MARY | RAMOS | 41-W | 454 | 263783 |
| 1137-00003-034 | EARLINE TROSCLAIR ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/11/1998 | LA | ST MARY | RAMOS | 41-X | 1 | 263822 |

White Oak Resources VI LLC    - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|--------------|------|------|-----------|
| 1137-00003-035 | FLORENCE WILLIAMS ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/11/1998 | LA | ST MARY | RAMOS | 41-X | 6 | 263823 |
| 1137-00003-036 | CHANE ANTHONY FAVORS ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/11/1998 | LA | ST MARY | RAMOS | 41-W | 590 | 263804 |
| 1137-00003-037 | MARIE ANN SIMMONS ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/17/1998 | LA | ST MARY | RAMOS | 41-W | 464 | 263785 |
| 1137-00003-038 | VIRGINIA A RENER ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/17/1998 | LA | ST MARY | RAMOS | 41-W | 552 | 263799 |
| 1137-00003-039 | HERBERT RILEY SR ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/17/1998 | LA | ST MARY | RAMOS | 41-W | 673 | 263816 |
| 1137-00003-040 | WILLIAM SINGLETON JR ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/26/1998 | LA | ST MARY | RAMOS | 41-W | 712 | 263821 |
| 1137-00003-041 | ALLEN J ROBERTS ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 9/1/1998 | LA | ST MARY | RAMOS | 41-W | 695 | 263819 |
| 1137-00003-042 | SHERREE A SINGLETON ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 9/1/1998 | LA | ST MARY | RAMOS | 41-W | 599 | 263805 |
| 1137-00003-043 | AUDREY ANN TALLEY ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 9/4/1998 | LA | ST MARY | RAMOS | 41-W | 680 | 263817 |
| 1137-00003-044 | MORRELL JOHNSON ETAL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 9/14/1998 | LA | ST MARY | RAMOS | 41-W | 449 | 263782 |
| 1137-00003-045 | ROXANNE HUMPHREY ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 9/14/1998 | LA | ST MARY | RAMOS | 41-W | 651 | 263813 |
| 1137-00003-046 | TRAVIS SM1TH | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/10/1998 | LA | ST MARY | RAMOS | 42-B | 516 | 264572 |
| 1137-00003-047 | CARL A SINGLETON | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/4/1998 | LA | ST MARY | RAMOS | 42-B | 521 | 264573 |
| 1137-00003-048 | WHITNEY MADISE | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/4/1998 | LA | ST MARY | RAMOS | 42-I | 400 | 265595 |
| 1137-00003-049 | BETTY RUTH JOHNSON ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/12/1999 | LA | ST MARY | RAMOS | 42-J | 441 | 265807 |
| 1137-00003-050 | MERCIDE SINGLETON HUGHES | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/26/1999 | LA | ST MARY | RAMOS | 42-J | 448 | 265808 |
| 1137-00003-051 | BRIAN K WILLIAMS AND MICHAEL WILLIAMS | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/12/1999 | LA | ST MARY | RAMOS | 42-J | 453 | 265809 |
| 1137-00003-052 | ANNIEDELL MADISE WATSON | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/12/1999 | LA | ST MARY | RAMOS | 42-J | 458 | 265810 |
| 1137-00003-053 | TWYLA M WILLIAMS | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/12/1999 | LA | ST MARY | RAMOS | 42-J | 462 | 265811 |

White Oak Resources VI LLC   - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|----|---------------|------|------|-----------|
| 1137-00003-054 | SIDNEY MADISE | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/12/1999 | LA | ST MARY | RAMOS | 42-J | 467 | 265812 |
| 1137-00003-055 | LAFAYETTE SINGLETON | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/26/1999 | LA | ST MARY | RAMOS | 42-L | 326 | 266077 |
| 1137-00003-056 | MYRNA DARDAR | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/12/1999 | LA | ST MARY | RAMOS | 42-L | 331 | 266078 |
| 1137-00003-057 | RENEE DARDAR AND ROBERT DARDAR | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/12/1999 | LA | ST MARY | RAMOS | 42-L | 475 | 266126 |
| 1137-00003-058 | OLA MAE SINGLETON ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/14/1999 | LA | ST MARY | RAMOS | 42-O | 54 | 266583 |
| 1137-00003-059 | ROSETTA BUTLER | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/14/1999 | LA | ST MARY | RAMOS | 42-O | 60 | 266584 |
| 1137-00003-060 | CARL V ANDERSON JR ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 6/14/1999 | LA | ST MARY | RAMOS | 42-O | 65 | 266585 |
| 1137-00003-061 | JANICE TANNER MCGEE | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/8/1999 | LA | ST MARY | RAMOS | 42-P | 466 | 266869 |
| 1137-00003-062 | BEATRICE GORDON SYKES | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/8/1999 | LA | ST MARY | RAMOS | 42-P | 461 | 266868 |
| 1137-00003-063 | NATHANIEL GORDON | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/8/1999 | LA | ST MARY | RAMOS | 42-P | 480 | 266873 |
| 1137-00003-064 | DOROTHY PAULINE WHITE AND GLADYS GORDON MONDY | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/8/1999 | LA | ST MARY | RAMOS | 42-P | 471 | 266870 |
| 1137-00003-065 | KATHERINE GORDON MCDOUGAL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/8/1999 | LA | ST MARY | RAMOS | 42-P | 476 | 266871 |
| 1137-00003-066 | BRENDA GORDON | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/8/1999 | LA | ST MARY | RAMOS | 42-P | 481 | 266872 |
| 1137-00003-067 | VINCENT M GORDON | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/8/1999 | LA | ST MARY | RAMOS | 42-P | 492 | 266874 |
| 1137-00003-068 | EDDIE COOLEY | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/8/1999 | LA | ST MARY | RAMOS | 42-R | 102 | 267116 |
| 1137-00003-069 | MARION BERLIN GORDON | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/8/1999 | LA | ST MARY | RAMOS | 42-Q | 562 | 267046 |
| 1137-00003-070 | SAMMIE C GORDON | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/8/1999 | LA | ST MARY | RAMOS | 42-S | 641 | 267441 |
| 1137-00003-071 | EARL D SINGLETON | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 1/12/2000 | LA | ST MARY | RAMOS | 42-Z | 449 | 268642 |
| 1137-00003-072 | EDDIE SINGLETON JR | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 1/6/2000 | LA | ST MARY | RAMOS | 43-A | 174 | 268718 |

White Oak Resources VI LLC   - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 1137-00003-073 | EDWARD MOORE JR AND DEMITRIUS MOORE | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/3/2000 | LA | ST MARY | RAMOS | 43-G | 190 | 269923 |
| 1137-00003-074 | LUCILLE HENDERSON DALCOUR ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/7/2000 | LA | ST MARY | RAMOS | 43-I | 9 | 270172 |
| 1137-00003-075 | ROOSEVELT SINGLETON | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 5/10/2000 | LA | ST MARY | RAMOS | 43-J | 554 | 270460 |
| 1137-00003-076 | DENZEL I ABRAM | THE MERIDIAN RESOURCE AND EXPLORATION COMPANY | 8/9/2000 | LA | ST MARY | RAMOS | 43-0 | 99 | 271158 |
| 1137-00003-077 | JUNIUS SINGLETON III | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 7/10/2000 | LA | ST MARY | RAMOS | 43-M | 165 | 270868 |
| 1137-00003-078 | IRIS M CROSS ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 8/9/2000 | LA | ST MARY | RAMOS | 44-H | 349 | 274163 |
| 1137-00003-079 | LISA ROBERTS COLEMAN ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 5/2/2000 | LA | ST MARY | RAMOS | 44-0 | 576 | 275452 |
| 1137-00003-080 | VIRGINIA SINGLETON BRITTON ET AL | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/1/1998 | LA | ST MARY | RAMOS | 45-0 | 543 | 279741 |
| 1137-00003-081 | ELNORA SINGLETON | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/22/1998 | LA | ST MARY | RAMOS | 45-0 | 548 | 279742 |
| 1137-00003-082 | ANDREA M HENDERSON | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 45- M | 614 | 279427 |
| 1137-00003-083 | ANGELA SINGLETON | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 1/1/1999 | LA | ST MARY | RAMOS | 45-P | 507 | 279898 |
| 1137-00003-084 | WARREN JOINER LAJEUNE JR | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 7/28/1998 | LA | ST MARY | RAMOS | 45-P | 517 | 279900 |
| 1137-00003-085 | JOSEPH DARDAR lll | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/1/1998 | LA | ST MARY | RAMOS | 45-P | 512 | 279899 |
| 1137-00003-086 | DENNIS HENDERSON JR | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 45-R | 639 | 280267 |
| 1137-00003-087 | MOSES SINGLETON | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 45-R | 644 | 280268 |
| 1137-00003-088 | DEBRA MICKENS JONES ET AL | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 8/22/2000 | LA | ST MARY | RAMOS | 44-H | 28 | 274162 |
| 1137-00003-089 | JAMES A ROBERTS | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 45-S | 672 | 280505 |
| 1137-00003-090 | SHEILA HENDERSON | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 45-W | 303 | 281159 |
| 1137-00003-091 | JEROME MAXIE | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 45-W | 298 | 281158 |

White Oak Resources VI LLC    - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 1137-00003-092 | RALPH MICKENS | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/1/1998 | LA | ST MARY | RAMOS | 45-Z | 228 | 281772 |
| 1137-00003-093 | LLOYD MICKENS | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/1/1998 | LA | ST MARY | RAMOS | 45-Z | 223 | 281771 |
| 1137-00003-094 | FRANCES JONES AND DIEDREE ODUM | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/1/1998 | LA | ST MARY | RAMOS | 45-Z | 612 | 281881 |
| 1137-00003-095 | AUGUST ROBERTS | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 8/11/1998 | LA | ST MARY | RAMOS | 46-D | 216 | 282490 |
| 1137-00003-096 | PAUL ROBERT | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 52 | 242 | 284735 |
| 1137-00003-097 | REOLA ROBERT AKA HELEN HARTT | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 52 | 230 | 284733 |
| 1137-00003-098 | HORACE M ROBERT | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 52 | 224 | 284732 |
| 1137-00003-099 | ZENOBIA E NEGRETE | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 52 | 218 | 284731 |
| 1137-00003-100 | JAMES ROBERT | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 52 | 211 | 284730 |
| 1137-00003-101 | LEONA M MORENO | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 52 | 204 | 284729 |
| 1137-00003-102 | KAJUANZA SMITH | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 10/19/2000 | LA | ST MARY | RAMOS | 52 | 236 | 284734 |
| 1137-00003-103 | BESSIE MAE FRANK EVANS | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/1/1998 | LA | ST MARY | RAMOS | 52 | 198 | 284728 |
| 1137-00003-104 | YVONNE ROBERT GARCIA | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/1/1998 | LA | ST MARY | RAMOS | 70 | 26 | 287369 |
| 1137-00003-105 | GEORGE ROBERT | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/1/1998 | LA | ST MARY | RAMOS | 68 | 654 | 287186 |
| 1137-00003-106 | SCARLET GORDON AND GREG GORDON | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 6/5/1998 | LA | ST MARY | RAMOS | 73 | 542 | 287900 |
| 1137-00003-107 | JOYCE SINGLETON | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 1/1/2006 | LA | ST MARY | RAMOS | 107 | 572 | 293047 |
| 1137-00003-108 | SHERRY ALBRIDGE | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 1/1/2006 | LA | ST MARY | RAMOS | 107 | 565 | 293046 |
| 1137-00003-109 | THOMAS BAKER JR ET AL | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 8/11/1998 | LA | ST MARY | RAMOS | 206 | 276 | 306855 |
| 1137-00003-110 | TERRI WILLIAMS SUMMERS, ELIZABETH WILLIAMS, SANDRA MAE | THE MERIDIAN RESOURCE & EXPLORATION LLC | 8/1/2015 | LA | ST MARY | RAMOS | 334 | 528 | 324700 |

White Oak Resources VI LLC    - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 1137-00004-001 | WILLIAM D NORMAN JR ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/2/1998 | LA | ASSUMPTION | RAMOS | 300A | 89 | 188030 |
| 1137-00004-001 | WILLIAM D NORMAN JR ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/2/1998 | LA | ST MARY | RAMOS | 41- M | 260 | 262143 |
| 1137-00004-001 | WILLIAM D NORMAN JR ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 4/2/1998 | LA | TERREBONNE | RAMOS | 1607 | 835 | 1022705 |
| 1137-00004-002 | NORMAN H BREAUX JR ET AL | MERIDIAN RESOURCE CORPORATION | 11/3/1999 | LA | ASSUMPTION | RAMOS | 303- A | 139 | 196053 |
| 1137-00004-002 | NORMAN H BREAUX JR ET AL | MERIDIAN RESOURCE CORPORATION | 11/3/1999 | LA | TERREBONNE | RAMOS | 1671 | 531 | 1061373 |
| 1137-00005-001 | MARGARET LEWIS STEWART ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 3/30/1998 | LA | ASSUMPTION | RAMOS | 299A | 545 | 187176 |
| 1137-00005-001 | MARGARET LEWIS STEWART ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 3/30/1998 | LA | TERREBONNE | RAMOS | 1666 | 362 | 1057592 |
| 1137-00005-002 | SARAH MONTGOMERY FALGOUST | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 3/30/1998 | LA | ASSUMPTION | RAMOS | 300A | 100 | 188035 |
| 1137-00005-002 | SARAH MONTGOMERY FALGOUST | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 3/30/1998 | LA | TERREBONNE | RAMOS | 1666 | 368 | 1057593 |
| 1137-00005-003 | FLOYD A WALLIS ET AL | BURLINGTON RESOURCES OIL & GAS COMPANY | 4/15/1998 | LA | ASSUMPTION | RAMOS | 300- A | 578 | 189546 |
| 1137-00005-004 | THE SUCCESSION OF THEONE HERIC COLLINS | BURLINGTON RESOURCES OIL & GAS COMPANY | 4/15/1998 | LA | ASSUMPTION | RAMOS | 300- A | 589 | 189548 |
| 1137-00006-000 | CM THIBODAUX CO LTD | TEXAS MERIDIAN RESOURCES EXPLORATION | 8/3/1996 | LA | ASSUMPTION | RAMOS | 293A | 477 | 181914 |
| 1137-00006-000 | CM THIBODAUX CO LTD | TEXAS MERIDIAN RESOURCES EXPLORATION | 8/3/1996 | LA | TERREBONNE | RAMOS | 1743 | 174 | 1101538 |
| 1137-00007-000 | CM THIBODAUX CO LTD | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 3/19/1999 | LA | ST MARY | RAMOS | 42-J | 532 | 265830 |
| 1137-00008-000 | AVOCA INCORPORATED | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 11/18/1999 | LA | ST MARY | RAMOS | 43-C | 682 | 269251 |
| 1137-00009-000 | STATE OF LOUISIANA 16815 | BURLINGTON RESOURCES OIL & GAS COMPANY | 8/9/2000 | LA | ASSUMPTION | RAMOS | 304- A | 101 | 198001 |
| 1137-00009-000 | STATE OF LOUISIANA 16815 | BURLINGTON RESOURCES OIL & GAS COMPANY | 8/9/2000 | LA | ST MARY | RAMOS | 43-Q | 445 | 271554 |
| 1137-00011-000 | AVOCA INCORPORATED | ALLIANCE OPERATING CORPORATION | 8/14/1987 | LA | ST MARY | RAMOS | 30-S | 738 | 220662 |
| 1137-00012-001 | TAMMY M COLEMAN | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42H | 10 | 265324 |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|---------------|------|------|-----------|
| 1137-00012-002 | SHERRIE COLEMAN VINCENT | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42H | 37 | 265327 |
| 1137-00012-003 | DOROTHY C AVANT | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42H | 19 | 265325 |
| 1137-00012-004 | MILDRED DORE | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42H | 28 | 265326 |
| 1137-00012-005 | DARLENE COLEMAN THIBODAUX | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42-H | 1 | 265323 |
| 1137-00012-006 | ROBERTA SALAZAR POOLE | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42A | 689 | 264449 |
| 1137-00012-007 | GERALD A SALAZAR ET AL | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42F | 254 | 265051 |
| 1137-00012-008 | MARION F HENRY | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42A | 673 | 264447 |
| 1137-00012-009 | CHRISTINE F CANTY | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42A | 666 | 264446 |
| 1137-00012-010 | NELLIE B COLEMAN | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42A | 659 | 264445 |
| 1137-00012-011 | THERESA C TOUCHET | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42-A | 680 | 264448 |
| 1137-00012-012 | PAUL COLEMAN | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 43B | 308 | 268920 |
| 1137-00012-013 | CARITA C HOOPER | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42B | 576 | 264585 |
| 1137-00012-014 | JANICE ANN COLEMAN | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42G | 697 | 265322 |
| 1137-00012-015 | JOSEPH WADE COLEMAN JR | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42B | 585 | 264586 |
| 1137-00012-016 | HAROLD J COLEMAN JR | DELTA OPERATING CORPORATION | 12/2/1999 | LA | ST MARY | RAMOS | 42W | 351 | 268093 |
| 1137-00012-017 | LEON C HANCOCK | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 42B | 569 | 264584 |
| 1137-00012-018 | ASHLEY COLEMAN ET AL | HS RESOURCES INC | 1/2/1999 | LA | ST MARY | RAMOS | 43B | 299 | 268919 |
| 1137-00013-001 | DENA KAY COLEMAN | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30S | 760 | 220664 |
| 1137-00013-002 | NELLIE B COLEMAN | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30S | 755 | 220663 |

**White Oak Resources VI LLC    - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference | |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|---|
| 1137-00013-003 | HAROLD COLEMAN SR | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30Y | 144 | 221440 | |
| 1137-00013-004 | ROBERTA SALAZAR POOLE | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30Y | 169 | 221445 | |
| 1137-00013-005 | JOHN R SALAZAR SR | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30Y | 174 | 221446 | |
| 1137-00013-006 | MARY MARJORIE  AND COLEMAN BROOKS | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30Y | 164 | 221444 | |
| 1137-00013-007 | RAYMOND JOHNSON, ET UX | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30Y | 160 | 221443 | |
| 1137-00013-008 | BRENDA SALAZAR SAVOIE, ET AL | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30Y | 156 | 221442 | |
| 1137-00013-009 | JOSEPH E COLEMAN SR, ET AL | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30Y | 150 | 221441 | |
| 1137-00013-010 | CHRISTINE CANTY DYER | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30S | 770 | 220666 | |
| 1137-00013-011 | MARION FRANKLIN HENRY | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30S | 775 | 220667 | |
| 1137-00013-012 | JOSEPH W COLEMAN JR | ALLIANCE OPERATING CORPORATION | 8/20/1987 | LA | ST MARY | RAMOS | 30-S | 765 | 220665 | |
| 1137-00013-013 | JOHN P COLEMAN JR | DELTA OPERATING CORPORATION | 1/4/2000 | LA | ST MARY | RAMOS | 42Z | 145 | 268557 | |
| 1137-00014-000 | AVOCA INCORPORATED | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | 5/27/1998 | LA | ST MARY | RAMOS | 41-Q | 238 | 262736 | |
| 1137-00017-000 | C M THIBODAUX CO LTD | ALLIANCE OPERATING CORPORATION | 8/24/1987 | LA | ST MARY | RAMOS | 30-S | 712 | 220661 | |
| LA2029-001-00 | TEXACO EXPLORATION AND PRODUCTION INC | NEWFIELD EXPLORATION COMPANY, ET AL | 8/2/2000 | LA | CAMERON | SECOND BAYOU | 918 | | 267207 | E |
| | WILLIAMS LAND COMPANY, LLC | THE WILLIAM G HELIS COMPANY, LLC | 4/22/2003 | LA | ST MARTIN | WILLOW COVE | 1387 | 464 | 353283 | |
| MS1235-001 | WC CARTER | B.L. CHAIN | 9/16/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 401 | SEC 24-6N-18W | |
| MS1235-002 | BOURNE ELLA MAE | B.L. CHAIN | 9/17/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 405 | SEC 24-6N-18W | |
| MS1235-003 | GT MILLER ETAL | B.L. CHAIN | 9/17/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 407 | SEC 24-6N-18W | |
| MS1235-004 | MRS TC GORE ETAL | B.L. CHAIN | 9/17/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 409 | SEC 24-6N-18W | |

White Oak Resources VI LLC    - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| MS1235-005 | CHARLIE E CARTER | B.L. CHAIN | 9/17/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 411 | SEC 24-6N-18W |
| MS1236-001 | WILLIAMS BEULAH A ETAL | SHELL OIL COMPANY | 9/23/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 361 | SEC 19-6N-17W |
| MS1236-002 | JOHN McLEOD | SHELL OIL COMPANY | 10/12/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 507 | SEC 19-6N-17W |
| MS1236-003 | MARTHA M STEELE | SHELL OIL COMPANY | 10/6/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 567 | SEC 19-6N-17W |
| MS1236-004 | PORTER BARNES | SHELL OIL COMPANY | 10/6/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 705 | SEC 19-6N-17W |
| MS1236-005 | VERDY MAE CLARK | SHELL OIL COMPANY | 10/6/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 775 | SEC 19-6N-17W |
| MS1236-006 | ANNIE MAE SKINNER | SHELL OIL COMPANY | 10/6/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 777 | SEC 19-6N-17W |
| MS1236-007 | HAWKINS McLEOD | SHELL OIL COMPANY | 10/6/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 743 | SEC 19-6N-17W |
| MS1236-008 | JOHN McLEOD | SHELL OIL COMPANY | 8/27/1976 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 99 | 83 | SEC 19-6N-17W |
| MS1236-009 | WC CARTER | SHELL OIL COMPANY | 8/31/1976 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 99 | 85 | SEC 19-6N-17W |
| MS1237-001 | FEDERAL LAND BANK NEW ORLEANS | INEXCO OIL COMPANY | 9/23/1976 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 99 | 126 | SEC 19-6N-17W |
| MS1245-001 | BULLOCK JOHN LAMAR ETUX | B.L. CHAIN | 9/18/1971 | MS | JEFFERSON DAVIS | HOLIDAY CREEK | 82 | 413 | SEC 19-6N-17W |
| MS8007-048-01 | ROLLIN V HILL JR | TOMLINSON INTERESTS, INC. | 9/6/1977 | MS | MARION | GREENS CREEK | 742 | 720 | SEC 28-5N-19W |
| MS8007-048-02 | LULU WILLIAMS ANDERSON | TOMLINSON INTERESTS, INC. | 7/8/1978 | MS | MARION | GREENS CREEK | 758 | 523 | SEC 28-5N-19W |
| MS8007-048-03 | CHARLES E SCABERY | TOMLINSON INTERESTS, INC. | 7/8/1978 | MS | MARION | GREENS CREEK | 758 | 526 | SEC 28-5N-19W |
| MS8007-048-04 | LOUISIANA LAND & EXPLORATION | GETTY OIL COMPANY | 4/26/1980 | MS | MARION | GREENS CREEK | 816 | 516 | SEC 28-5N-19W |
| MS8007-048-05 | GEORGE W SCHNEIDER JR | GETTY OIL COMPANY | 4/26/1980 | MS | MARION | GREENS CREEK | 826 | 513 | SEC 28-5N-19W |
| 1081A | MARY F. LEGER | BALLARD EXPLORATION COMPANY, INC. | 06/12/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9422344 |
| 1081B | CARL L. HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 06/27/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9423933 |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|--------------|------|------|-----------|
| 1081C | GEORGE L. HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 06/25/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9423770 |
| 1081D | GERALD H. HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 06/20/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9422342 |
| 1081E | MARK W. HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 06/25/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9423931 |
| 1081F | GEORGEANNE BEDFORD | BALLARD EXPLORATION COMPANY, INC. | 06/19/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9421994 |
| 1081G | WELDON LEGER FAMILY TRUST | BALLARD EXPLORATION COMPANY, INC. | 07/14/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9432602 |
| 1081H | LAWRENCE LEGER TEST.TR/BEARD | BALLARD EXPLORATION COMPANY, INC. | 09/27/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9437663 |
| 1086 | J. E. SHERMAN, ETUX | BALLARD EXPLORATION COMPANY, INC. | 05/30/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9419658 |
| 1087 | LAWRENCE BENOIT, ETUX | BALLARD EXPLORATION COMPANY, INC. | 07/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9426787 |
| 1090A | LELOISE LEMKE | BALLARD EXPLORATION COMPANY, INC. | 07/21/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9426788 |
| 1090B | DARREL JOHN LEGER | BALLARD EXPLORATION COMPANY, INC. | 08/04/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429921 |
| 1090C | LOREE H. MOLITOR | BALLARD EXPLORATION COMPANY, INC. | 07/21/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9426789 |
| 1090D | PHILLIS THERIOT | BALLARD EXPLORATION COMPANY, INC. | 08/04/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9431903 |
| 1090E | ERNESTINE MILLER | BALLARD EXPLORATION COMPANY, INC. | 10/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 2010044382 |
| 1090G | JAMES A. AINSWORTH, ETUX | BALLARD EXPLORATION COMPANY, INC. | 09/25/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9504559 |
| 1091A | B. D. WILLIAMSON | BALLARD EXPLORATION COMPANY, INC. | 08/13/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429454 |
| 1091B | CHARLES RAY WILLIAMSON | BALLARD EXPLORATION COMPANY, INC. | 08/13/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429456 |
| 1091C | ROYCE D. WILLIAMSON | BALLARD EXPLORATION COMPANY, INC. | 08/13/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429455 |
| 1092A | B. D. WILLIAMSON | BALLARD EXPLORATION COMPANY, INC. | 08/13/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429451 |
| 1092B | CHARLES RAY WILLIAMSON | BALLARD EXPLORATION COMPANY, INC. | 08/13/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429453 |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|--------------|------|------|-----------|
| 1092C | ROYCE D. WILLIAMSON | BALLARD EXPLORATION COMPANY, INC. | 08/13/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429452 |
| 1094A | MARTHA ANN QUIBODEAUX | BALLARD EXPLORATION COMPANY, INC. | 08/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9426794 |
| 1094B | MILDRED BOGAN BLAIR | BALLARD EXPLORATION COMPANY, INC. | 12/15/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9507707 |
| 1094C | JACK L. SHORT | BALLARD EXPLORATION COMPANY, INC. | 12/15/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9515849 |
| 1097A | MARGIE HAWLEY | BALLARD EXPLORATION COMPANY, INC. | 08/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9431900 |
| 1097B | MICHAEL BALLARD, ETUX | BALLARD EXPLORATION COMPANY, INC. | 08/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9431901 |
| 1097C | SHERI MARIE JENKINS | BALLARD EXPLORATION COMPANY, INC. | 08/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9431902 |
| 1097D | EVELYN C. MCGEE | BALLARD EXPLORATION COMPANY, INC. | 07/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429919 |
| 1098 | ROYCE D. WILLIAMSON | BALLARD EXPLORATION COMPANY, INC. | 08/13/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429457 |
| 1100A | THOMAS G. FERGUSON, ETUX | BALLARD EXPLORATION COMPANY, INC. | 07/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9426786 |
| 1100B | VIRGINE FERGUSON | BALLARD EXPLORATION COMPANY, INC. | 08/01/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9426797 |
| 1100C | LELOISE LEMKE | BALLARD EXPLORATION COMPANY, INC. | 07/23/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9426792 |
| 1100D | VIRGINE FERGUSON | BALLARD EXPLORATION COMPANY, INC. | 07/23/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9426791 |
| 1100E | JACK NALTON DAIGLE | BALLARD EXPLORATION COMPANY, INC. | 07/23/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9426796 |
| 1100F | FLORENCE KOLODZIEJ | BALLARD EXPLORATION COMPANY, INC. | 07/23/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9426800 |
| 1100G | LOREE H. MOLITOR | BALLARD EXPLORATION COMPANY, INC. | 07/23/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9426790 |
| 1100H | ERNEST R. CLEMENT, ETUX | BALLARD EXPLORATION COMPANY, INC. | 08/01/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429918 |
| 1100I | STEVEN BRUNSON, ETUX | BALLARD EXPLORATION COMPANY, INC. | 09/25/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435845 |
| 1101 | RACHEL S. MOUNIER, ETAL | BALLARD EXPLORATION COMPANY, INC. | 07/21/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429449 |

**White Oak Resources VI LLC    - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|---------------|------|------|-----------|
| 1102 | JOSH L. HILL, ETUX | BALLARD EXPLORATION COMPANY, INC. | 07/21/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429450 |
| 1103 | IRENE DOUCETTE | BALLARD EXPLORATION COMPANY, INC. | 08/01/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429915 |
| 1104 | JAMES ARTHUR MILLER | BALLARD EXPLORATION COMPANY, INC. | 08/01/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9429916 |
| 1107 | ROBERT ALLEN MILLER | BALLARD EXPLORATION COMPANY, INC. | 08/04/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9434690 |
| 1109 | JOHN C. KIBODEAUX, ETUX | BALLARD EXPLORATION COMPANY, INC. | 11/18/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440065 |
| 1110 | WILMA G. BERGERON | BALLARD EXPLORATION COMPANY, INC. | 09/25/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435848 |
| 1111 | JOSEPH W. KIBODEAUX, ETUX | BALLARD EXPLORATION COMPANY, INC. | 09/24/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435850 |
| 1113 | ELIZABETH KOLANDER | BALLARD EXPLORATION COMPANY, INC. | 10/25/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435851 |
| 1115 | WADE A. FONTENOT, ETUX | BALLARD EXPLORATION COMPANY, INC. | 10/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435841 |
| 1116 | JAMES B. LEJUNE, SR. | BALLARD EXPLORATION COMPANY, INC. | 09/24/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9434689 |
| 1118 | NORA W. TOWELL, ETVIR | BALLARD EXPLORATION COMPANY, INC. | 10/01/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435843 |
| 1119 | JOSEPH L. MITCHELL, ETUX | BALLARD EXPLORATION COMPANY, INC. | 09/25/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9434693 |
| 1120 | EARL ADAM KIBODEAUX, ETUX | BALLARD EXPLORATION COMPANY, INC. | 09/24/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9434692 |
| 1121A01 | MARIE EUNIDA BEARD | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9437666 |
| 1121A02 | GEORGEANNE BEDFORD | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440055 |
| 1121A03 | PEGGY CATLETT | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440056 |
| 1121A04 | VIRGINE FERGUSON | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9437668 |
| 1121A05 | LILLA LEGER KOTZ | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9437667 |
| 1121A06 | LELOISE LEMKE | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9437669 |

**White Oak Resources VI LLC    - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 1121A07 | ANNETTE MATHERNE | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440057 |
| 1121A08 | LOREE HIGGINBOTHAM MOLITOR | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9437670 |
| 1121A09 | NORMA J. L. ROSS, ETVIR | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9437660 |
| 1121A10 | AMY MARIE LEGER | BALLARD EXPLORATION COMPANY, INC. | 11/12/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440051 |
| 1121A11 | MICHAEL W. LEGER | BALLARD EXPLORATION COMPANY, INC. | 11/12/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9437658 |
| 1121A12 | JANICE CAROL HENDERSON, ETAL | BALLARD EXPLORATION COMPANY, INC. | 11/23/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440062 |
| 1121A13 | MARK WAYNE HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 11/12/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501148 |
| 1121A14 | LISA LEGER DOGUET | BALLARD EXPLORATION COMPANY, INC. | 11/12/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501152 |
| 1121A15 | LEO JAMES GASKEY | BALLARD EXPLORATION COMPANY, INC. | 11/12/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501149 |
| 1121A16 | TOMOKO GASKEY | BALLARD EXPLORATION COMPANY, INC. | 11/12/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501153 |
| 1121A17 | GERALD HUGH HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 11/12/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501151 |
| 1121A18 | HENRIETTA LEGER KURTZ | BALLARD EXPLORATION COMPANY, INC. | 11/16/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440059 |
| 1121A19 | ELIZABETH ANN LEGER | BALLARD EXPLORATION COMPANY, INC. | 11/16/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440063 |
| 1121A20 | KATHLEEN LEGER GREER | BALLARD EXPLORATION COMPANY, INC. | 11/23/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501154 |
| 1121A21 | REGINA LEGER HAWKINS | BALLARD EXPLORATION COMPANY, INC. | 11/23/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501150 |
| 1121A22 | RUTH VERRET | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501169 |
| 1121A23 | VELMA GASKEY | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501168 |
| 1121A24 | JACK NALTON DAIGLE | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9502687 |
| 1121A25 | MARY ELLEN WALLER | BALLARD EXPLORATION COMPANY, INC. | 11/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501147 |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|---------------|------|------|-----------|
| 1121A26 | SHEILA LEGER GOLSON | BALLARD EXPLORATION COMPANY, INC. | 11/12/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9502682 |
| 1121A27 | DENISE LEGER | BALLARD EXPLORATION COMPANY, INC. | 11/16/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501146 |
| 1121A28 | JEFFREY STEVEN LEGER | BALLARD EXPLORATION COMPANY, INC. | 11/16/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501155 |
| 1121A29 | CHRISTINE LEGER VOAN | BALLARD EXPLORATION COMPANY, INC. | 11/16/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501170 |
| 1121A30 | MARY CHARLES MARTIN | BALLARD EXPLORATION COMPANY, INC. | 11/23/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9502686 |
| 1121A31 | STEPHANIE LEGER PADGETT | BALLARD EXPLORATION COMPANY, INC. | 11/29/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9507711 |
| 1121A32 | MICHAEL D. DOGUET, ETUX | BALLARD EXPLORATION COMPANY, INC. | 10/11/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501158 |
| 1121A33 | FLORENCE KOLODZIEJ | BALLARD EXPLORATION COMPANY, INC. | 11/12/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9522767 |
| 1121A34 | ROSS EDMUND LEGER | BALLARD EXPLORATION COMPANY, INC. | 01/25/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9607320 |
| 1121A35 | CARL LANE HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 04/20/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9616177 |
| 1121A36 | DAN BARTON LEGER | BALLARD EXPLORATION COMPANY, INC. | 04/20/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9617830 |
| 1121A37 | LAWRENCE LEGER | BALLARD EXPLORATION COMPANY, INC. | 04/20/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9617826 |
| 1121A38 | WELDON LEGER FAMILY TRUST | BALLARD EXPLORATION COMPANY, INC. | 04/20/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9617828 |
| 1121A39 | MARTIN WAYNE LEGER | BALLARD EXPLORATION COMPANY, INC. | 04/22/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9617055 |
| 1121A40 | BRIDGETT LEGER VERCHER | BALLARD EXPLORATION COMPANY, INC. | 04/22/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9627274 |
| 1121A41 | MARIE ELAINE GRIDER | BALLARD EXPLORATION COMPANY, INC. | 10/01/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9635990 |
| 1123 | OPHEY V. GODEAUX, ETUX | BALLARD EXPLORATION COMPANY, INC. | 11/18/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440066 |
| 1124 | HOWARD J. MANUEL, SR., ETUX | BALLARD EXPLORATION COMPANY, INC. | 09/25/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435844 |
| 1125 | CATHY L. KOLANDER | BALLARD EXPLORATION COMPANY, INC. | 09/25/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501144 |

White Oak Resources VI LLC   - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 1130A | LAWRENCE LEGER TEST.TR-BEARD | BALLARD EXPLORATION COMPANY, INC. | 11/11/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501172 |
| 1130B | MARY F. LEGER | BALLARD EXPLORATION COMPANY, INC. | 11/16/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440049 |
| 1130C | GEORGEANNE BEDFORD | BALLARD EXPLORATION COMPANY, INC. | 11/16/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440054 |
| 1130D | WELDON LEGER FAMILY TRUST | BALLARD EXPLORATION COMPANY, INC. | 04/20/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9617827 |
| 1131 | MICHAEL A. BOONE, ETUX | BALLARD EXPLORATION COMPANY, INC. | 09/10/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9432598 |
| 1132A | MICHAEL W. LEGER | BALLARD EXPLORATION COMPANY, INC. | 10/02/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9437659 |
| 1132B | NORMA J.L.ROSS, ETVIR | BALLARD EXPLORATION COMPANY, INC. | 10/02/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435847 |
| 1133 | LARRY D. WILLIAMSON, ETUX | BALLARD EXPLORATION COMPANY, INC. | 10/02/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440050 |
| 1134 | RICHARD E. JONES, ETAL | BALLARD EXPLORATION COMPANY, INC. | 09/27/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501171 |
| 1135A | GEORGE G. TRAHAN, SR., ETUX | BALLARD EXPLORATION COMPANY, INC. | 08/04/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9434688 |
| 1135B | JOHN IVAN SEABERG,IND/ADMIN | BALLARD EXPLORATION COMPANY, INC. | 09/14/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9632179 |
| 1135C | RUTH LAIDACKER MACKAN | BALLARD EXPLORATION COMPANY, INC. | 09/14/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9632180 |
| 1135D | EST. OF WILLORA LAIDACKER | BALLARD EXPLORATION COMPANY, INC. | 09/14/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636009 |
| 1137A | MARTHA ANN QUIBODEAUX | BALLARD EXPLORATION COMPANY, INC. | 10/22/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440052 |
| 1137B | MILDRED BOGAN BLAIR | BALLARD EXPLORATION COMPANY, INC. | 12/15/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9507708 |
| 1137C | JACK L. SHORT | BALLARD EXPLORATION COMPANY, INC. | 12/15/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9515853 |
| 1138A | SHERRY L. WATTS | BALLARD EXPLORATION COMPANY, INC. | 11/26/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501156 |
| 1139A | DARRELL GUIDRY | BALLARD EXPLORATION COMPANY, INC. | 11/26/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501157 |
| 1140A | SHIRLEY L. BROWN, ETVIR | BALLARD EXPLORATION COMPANY, INC. | 11/26/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501145 |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|---------------|------|------|-----------|
| 1141A | LAWRENCE BENOIT, ETUX | BALLARD EXPLORATION COMPANY, INC. | 10/25/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435853 |
| 1142A | ELIZABETH KOLANDER | BALLARD EXPLORATION COMPANY, INC. | 09/24/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9437662 |
| 1142B | LUCILLE MITCHELL | BALLARD EXPLORATION COMPANY, INC. | 10/01/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435842 |
| 1142C | JOSEPH L. MITCHELL, ETUX | BALLARD EXPLORATION COMPANY, INC. | 10/25/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435852 |
| 1142D | LEVY J. FOUX, ETUX | BALLARD EXPLORATION COMPANY, INC. | 10/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9435840 |
| 1143 | BETTY J. VOSBURGH | BALLARD EXPLORATION COMPANY, INC. | 11/21/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9502689 |
| 1144 | FIRST BAPTIST CH. OF CHINA | BALLARD EXPLORATION COMPANY, INC. | 10/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9502681 |
| 1145A | STEVEN E. PHILLIPS | BALLARD EXPLORATION COMPANY, INC. | 09/10/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9502683 |
| 1146A | CYNTHIA SONNIER | BALLARD EXPLORATION COMPANY, INC. | 11/26/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9501167 |
| 1147A | JERRY DALE MCCOWN | BALLARD EXPLORATION COMPANY, INC. | 11/26/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9502685 |
| 1148 | PRISCILLA J. MANUEL | BALLARD EXPLORATION COMPANY, INC. | 11/18/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9502688 |
| 1149 | GARRY D. MERRIWEATHER, ETUX | BALLARD EXPLORATION COMPANY, INC. | 11/18/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9502691 |
| 1149A01 | MARIE EUNIDA BEARD | BALLARD EXPLORATION COMPANY, INC. | 11/09/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9635993 |
| 1149A02 | LILLA LEGER KOTZ | BALLARD EXPLORATION COMPANY, INC. | 11/09/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9635992 |
| 1149A03 | GEORGEANNE BEDFORD | BALLARD EXPLORATION COMPANY, INC. | 11/13/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9635991 |
| 1149A04 | LISA LEGER DOGUET | BALLARD EXPLORATION COMPANY, INC. | 11/13/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9634009 |
| 1149A05 | MICHAEL W. LEGER | BALLARD EXPLORATION COMPANY, INC. | 11/13/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9637007 |
| 1149A06 | HENRIETTA LEGER KURTZ | BALLARD EXPLORATION COMPANY, INC. | 11/13/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9637006 |
| 1149A07 | SHEILA LEGER GOLSON | BALLARD EXPLORATION COMPANY, INC. | 11/13/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639077 |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 1149A08 | KATHLEEN LEGER GREER | BALLARD EXPLORATION COMPANY, INC. | 11/13/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639075 |
| 1149A09 | BRIDGETT LEGER VERCHER | BALLARD EXPLORATION COMPANY, INC. | 11/13/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639073 |
| 1149A10 | CHRISTINE LEGER VOAN | BALLARD EXPLORATION COMPANY, INC. | 11/13/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9700965 |
| 1149A11 | LEO JAMES GASKEY | BALLARD EXPLORATION COMPANY, INC. | 11/23/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639074 |
| 1149A12 | REGINA LEGER HAWKINS | BALLARD EXPLORATION COMPANY, INC. | 11/21/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9700966 |
| 1149A13 | DENISE LEGER | BALLARD EXPLORATION COMPANY, INC. | 11/23/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639076 |
| 1149A14 | TOMOKO GASKEY | BALLARD EXPLORATION COMPANY, INC. | 11/23/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9700970 |
| 1149A15 | VELMA GASKEY | BALLARD EXPLORATION COMPANY, INC. | 11/23/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639072 |
| 1149A16 | FLORENCE KOLODZIEJ | BALLARD EXPLORATION COMPANY, INC. | 11/21/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702669 |
| 1149A17 | ANNETTE MATHERNE | BALLARD EXPLORATION COMPANY, INC. | 12/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702670 |
| 1149A18 | MARY ELLEN WALLER | BALLARD EXPLORATION COMPANY, INC. | 12/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702671 |
| 1149A19 | PEGGY CATLETT | BALLARD EXPLORATION COMPANY, INC. | 12/28/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702673 |
| 1149A20 | RUTH VERRET | BALLARD EXPLORATION COMPANY, INC. | 12/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702668 |
| 1149A21 | LELOISE LEMKE | BALLARD EXPLORATION COMPANY, INC. | 12/28/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702666 |
| 1149A22 | LOREE H. MOLITOR | BALLARD EXPLORATION COMPANY, INC. | 12/28/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702667 |
| 1149A23 | VIRGINE FERGUSON | BALLARD EXPLORATION COMPANY, INC. | 12/28/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702665 |
| 1149A24 | AMY MARIE LEGER | BALLARD EXPLORATION COMPANY, INC. | 12/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702664 |
| 1149A25 | ELIZABETH ANN LEGER | BALLARD EXPLORATION COMPANY, INC. | 12/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702663 |
| 1149A26 | LAWRENCE LEGER | BALLARD EXPLORATION COMPANY, INC. | 11/09/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702672 |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 1149A27 | CARL LANE HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 11/21/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9705097 |
| 1149A28 | GERALD HUGH HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 11/21/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9705154 |
| 1149A29 | JANICE CAROL HENDERSON, ETAL | BALLARD EXPLORATION COMPANY, INC. | 11/21/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9705153 |
| 1149A30 | MARK WAYNE HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 11/21/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9705155 |
| 1150 | DISHMAN-PRICE ENTERPRISES | BALLARD EXPLORATION COMPANY, INC. | 01/07/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9502684 |
| 1156 | LARRY COPELAND, ETUX | BALLARD EXPLORATION COMPANY, INC. | 01/14/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9504557 |
| 1157 | P. L. GRANGER | BALLARD EXPLORATION COMPANY, INC. | 01/02/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9504558 |
| 1158 | KIRK NEIL KLAGES, ETUX | BALLARD EXPLORATION COMPANY, INC. | 01/05/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9504552 |
| 1159 | LOWER NECHES VALLEY AUTH. | BALLARD EXPLORATION COMPANY, INC. | 01/23/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9504553 |
| 1160 | BRAD L. HONEA, ETUX | BALLARD EXPLORATION COMPANY, INC. | 01/13/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9504555 |
| 1161 | ANNIE E. GRANGER | BALLARD EXPLORATION COMPANY, INC. | 01/07/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9504556 |
| 1162 | JAMES B. LEJUNE, JR., ETUX | BALLARD EXPLORATION COMPANY, INC. | 10/08/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9502690 |
| 1185 | JAMES MARVIN SANDERS, ETUX | BALLARD EXPLORATION COMPANY, INC. | 11/26/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9507710 |
| 1186 | HARDIN-JEFF.CONSOLIDATED ISD | BALLARD EXPLORATION COMPANY, INC. | 12/09/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9514933 |
| 1187 | RAPHAEL G. WALLACE | BALLARD EXPLORATION COMPANY, INC. | 11/21/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9507709 |
| 1195A | LOUIS M. BROUSSARD, ETAL | BALLARD EXPLORATION COMPANY, INC. | 12/07/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9506056 |
| 1195B | LULA LANGHAM POTTER, ETAL | BALLARD EXPLORATION COMPANY, INC. | 12/07/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9506059 |
| 1195C | MIKE MCGILL | BALLARD EXPLORATION COMPANY, INC. | 07/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9632181 |
| 1195D | GERALD LEE FONTENOT | BALLARD EXPLORATION COMPANY, INC. | 09/10/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9630447 |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 1197A | LOUIS M. BROUSSARD, ETAL | BALLARD EXPLORATION COMPANY, INC. | 12/07/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9506053 |
| 1197B | JOHN ALVIN JANNISE | BALLARD EXPLORATION COMPANY, INC. | 08/13/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9527504 |
| 1197C | DALE PATRICK JANNISE | BALLARD EXPLORATION COMPANY, INC. | 08/15/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9527505 |
| 1197D | SHELTON FRANCES JANNISE | BALLARD EXPLORATION COMPANY, INC. | 08/15/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9527506 |
| 1197E | DANIEL JANNISE | BALLARD EXPLORATION COMPANY, INC. | 08/13/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9527503 |
| 1197F | NALTON JOSEPH JANNISE, ETUX | BALLARD EXPLORATION COMPANY, INC. | 08/13/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9527502 |
| 1197G | WILLIAM LEE JANNISE, ETUX | BALLARD EXPLORATION COMPANY, INC. | 08/15/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9536812 |
| 1197H | JEANNETTE JANNISE VENABLE | BALLARD EXPLORATION COMPANY, INC. | 08/13/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9529671 |
| 1197I | CLEVELAND J.JANNISE,JR.,ETUX | BALLARD EXPLORATION COMPANY, INC. | 08/15/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9603145 |
| 1198A | LOUIS M. BROUSSARD, ETAL | BALLARD EXPLORATION COMPANY, INC. | 12/07/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9506052 |
| 1198B | LULA LANGHAM POTTER, ETAL | BALLARD EXPLORATION COMPANY, INC. | 12/07/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9506058 |
| 1198C | CHARLINE FAY SHERMAN | BALLARD EXPLORATION COMPANY, INC. | 06/23/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9522772 |
| 1198D | CHARLINE FAY SHERMAN | BALLARD EXPLORATION COMPANY, INC. | 06/23/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9522770 |
| 1198E | RUTH LAIDACKER MACKAN | BALLARD EXPLORATION COMPANY, INC. | 05/27/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9620316 |
| 1198F | JOHN IVAN SEABERG | BALLARD EXPLORATION COMPANY, INC. | 05/27/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9620317 |
| 1198G | EST. OF WILLORA LAIDACKER | BALLARD EXPLORATION COMPANY, INC. | 05/27/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636005 |
| 1219 | JACK L. SHORT | BALLARD EXPLORATION COMPANY, INC. | 01/07/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9515850 |
| 1223A | J. E. SHERMAN, ETUX | BALLARD EXPLORATION COMPANY, INC. | 04/05/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9513291 |
| 1224A | J. E. SHERMAN, ETUX | BALLARD EXPLORATION COMPANY, INC. | 04/06/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9513290 |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|---------------|------|------|-----------|
| 1224B | BEAUFORD SHERMAN | BALLARD EXPLORATION COMPANY, INC. | 04/06/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9527507 |
| 1225 | CHARLINE FAY SHERMAN | BALLARD EXPLORATION COMPANY, INC. | 04/10/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9522768 |
| 1226 | LAURA WEST | BALLARD EXPLORATION COMPANY, INC. | 04/11/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9515854 |
| 1227 | MARY KATE WEST | BALLARD EXPLORATION COMPANY, INC. | 04/11/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9515855 |
| 1228 | ROWLAND B. KOLANDER | BALLARD EXPLORATION COMPANY, INC. | 04/13/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9514936 |
| 1229 | ELIZABETH N. SOILEAU | BALLARD EXPLORATION COMPANY, INC. | 06/15/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9521212 |
| 1230 | CHARLINE FAY SHERMAN | BALLARD EXPLORATION COMPANY, INC. | 06/23/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9522774 |
| 1231A | CHARLINE FAY SHERMAN | BALLARD EXPLORATION COMPANY, INC. | 06/23/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9522773 |
| 1232A | CHARLINE FAY SHERMAN | BALLARD EXPLORATION COMPANY, INC. | 04/12/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9522769 |
| 1233A | CHARLINE FAY SHERMAN | BALLARD EXPLORATION COMPANY, INC. | 06/23/1995 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9522771 |
| 1234A | LAWRENCE BENOIT, ETUX | BALLARD EXPLORATION COMPANY, INC. | 11/15/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 95-9437661 |
| 1457 | ELIZABETH K. SHERMAN | BALLARD EXPLORATION COMPANY, INC. | 11/17/1994 | TX | JEFFERSON | CHINA TOWNSITE | | | 94-9440064 |
| 1459 | SAM SCALISI | BALLARD EXPLORATION COMPANY, INC. | 04/13/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9616176 |
| 1460 | PEARLIE ZOCH | BALLARD EXPLORATION COMPANY, INC. | 04/22/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9617054 |
| 1471 | HAZEL THIBODEAUX | BALLARD EXPLORATION COMPANY, INC. | 05/06/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9617825 |
| 1542A | MARGUERITE R. KOLANDER | BALLARD EXPLORATION COMPANY, INC. | 06/10/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9621659 |
| 1542B | DONALD WOODROW ROBINSON | BALLARD EXPLORATION COMPANY, INC. | 06/10/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9621660 |
| 1542C | JOSEPH ERNEST ROBINSON | BALLARD EXPLORATION COMPANY, INC. | 06/10/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9621661 |
| 1542D | ETHEL MAE HOWARD | BALLARD EXPLORATION COMPANY, INC. | 06/10/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9627273 |

White Oak Resources VI LLC   - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|------------|-----|--------|---------------|------|------|-----------|
| 1542E | LLOYD R. ROBINSON | BALLARD EXPLORATION COMPANY, INC. | 06/10/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9627297 |
| 1542F | LARRY LEE ROBINSON | BALLARD EXPLORATION COMPANY, INC. | 06/10/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9623715 |
| 1543 | CHINA UNITED METH. CHURCH | BALLARD EXPLORATION COMPANY, INC. | 05/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9621658 |
| 1605-A01 | HAROLD THOMAS EAST | BALLARD EXPLORATION COMPANY, INC. | 06/19/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9627275 |
| 1605-A02 | JOHN LANGDON EAST | BALLARD EXPLORATION COMPANY, INC. | 06/19/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9623719 |
| 1605-A03 | GLENN E. HOLMES | BALLARD EXPLORATION COMPANY, INC. | 06/19/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9623718 |
| 1605-A04 | CHARLOTTE STRICKLAND | BALLARD EXPLORATION COMPANY, INC. | 06/19/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9630445 |
| 1605-A05 | JAMES H. LEACH | BALLARD EXPLORATION COMPANY, INC. | 06/22/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9623721 |
| 1605-A06 | HENDRIX CONKLIN PARKS | BALLARD EXPLORATION COMPANY, INC. | 06/22/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9623717 |
| 1605-A07 | DOROTHY STANDER | BALLARD EXPLORATION COMPANY, INC. | 06/22/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9623716 |
| 1605-A08 | DARRELL M. DAY | BALLARD EXPLORATION COMPANY, INC. | 06/29/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9627298 |
| 1605-A09 | RICHARD C. HOLMES | BALLARD EXPLORATION COMPANY, INC. | 06/29/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9627299 |
| 1605-A10 | DARRELL JOHN LEGER | BALLARD EXPLORATION COMPANY, INC. | 06/29/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9623720 |
| 1605-A11 | JAMES M. LEGER | BALLARD EXPLORATION COMPANY, INC. | 06/29/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9627301 |
| 1605-A12 | TRACY LEGER MCCUTCHIN | BALLARD EXPLORATION COMPANY, INC. | 06/29/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9630446 |
| 1605-A13 | PHYLLIS THERIOT | BALLARD EXPLORATION COMPANY, INC. | 06/29/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9623722 |
| 1605-A14 | DORIS DAY WALTER | BALLARD EXPLORATION COMPANY, INC. | 06/29/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9623723 |
| 1605-A15 | MARY MARGARET LAU | BALLARD EXPLORATION COMPANY, INC. | 07/03/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9623724 |
| 1605-A16 | ROBERT C. LAU, JR. | BALLARD EXPLORATION COMPANY, INC. | 07/03/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9627300 |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 1606 | JOHNNY L. VICKREY, ETUX | BALLARD EXPLORATION COMPANY, INC. | 05/01/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9630444 |
| 1607 | VIVIAN F. TURNBULL, ETVIR | BALLARD EXPLORATION COMPANY, INC. | 07/13/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9627295 |
| 1608A | LENA FONTENOT | BALLARD EXPLORATION COMPANY, INC. | 07/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9627296 |
| 1609A | GERALD LEE FONTENOT | BALLARD EXPLORATION COMPANY, INC. | 09/10/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9630448 |
| 1610A | WALTER CO. | BALLARD EXPLORATION COMPANY, INC. | 09/16/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9632177 |
| 1610B | JOHN IVAN SEABERG,IND/ADMIN | BALLARD EXPLORATION COMPANY, INC. | 09/09/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9632178 |
| 1611 | WALTER CO. | BALLARD EXPLORATION COMPANY, INC. | 09/05/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9632176 |
| 1628A01 | GEORGEANNE BEDFORD | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636016 |
| 1628A02 | LILLA LEGER KOTZ | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636011 |
| 1628A03 | DAN BARTON LEGER | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636014 |
| 1628A04 | JEFFERY STEVEN LEGER | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636012 |
| 1628A05 | ROSS EDMUND LEGER | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636013 |
| 1628A06 | CHRISTINE LEGER VOAN | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9700967 |
| 1628A07 | AMY MARIE LEGER | BALLARD EXPLORATION COMPANY, INC. | 10/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636015 |
| 1628A08 | PEGGY CATLETT | BALLARD EXPLORATION COMPANY, INC. | 10/16/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9635997 |
| 1628A09 | LEO JAMES GASKEY | BALLARD EXPLORATION COMPANY, INC. | 10/16/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9635998 |
| 1628A10 | TOMOKO GASKEY | BALLARD EXPLORATION COMPANY, INC. | 10/16/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9635999 |
| 1628A11 | VELMA GASKEY | BALLARD EXPLORATION COMPANY, INC. | 10/16/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636000 |
| 1628A12 | SHEILA LEGER GOLSON | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636010 |

**White Oak Resources VI LLC   - Oil and Gas Leases**
**Schedule A/B #55**
**Exhibit 2**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|---------------|------|------|-----------|
| 1628A13 | HENRIETTA LEGER KURTZ | BALLARD EXPLORATION COMPANY, INC. | 10/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636001 |
| 1628A14 | DENISE LEGER | BALLARD EXPLORATION COMPANY, INC. | 10/16/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636002 |
| 1628A15 | ANNETTE MATHERNE | BALLARD EXPLORATION COMPANY, INC. | 10/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636003 |
| 1628A16 | BRIDGETT LEGER | BALLARD EXPLORATION COMPANY, INC. | 10/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9636004 |
| 1628A17 | REGINA LEGER HAWKINS | BALLARD EXPLORATION COMPANY, INC. | 10/31/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9635995 |
| 1628A18 | MARY ELLEN WALLER | BALLARD EXPLORATION COMPANY, INC. | 11/02/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9635996 |
| 1628A19 | MARIE EUNIDA BEARD | BALLARD EXPLORATION COMPANY, INC. | 11/09/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9635994 |
| 1628A20 | LISA LEGER DOGUET | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9637010 |
| 1628A21 | MICHAEL W. LEGER | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9637008 |
| 1628A22 | KATHLEEN LEGER GREER | BALLARD EXPLORATION COMPANY, INC. | 10/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639071 |
| 1628A23 | FLORENCE KOLODZIEJ | BALLARD EXPLORATION COMPANY, INC. | 11/02/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639066 |
| 1628A24 | RUTH VERRET | BALLARD EXPLORATION COMPANY, INC. | 11/02/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639070 |
| 1628A25 | VIRGINE FERGUSON | BALLARD EXPLORATION COMPANY, INC. | 11/09/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639068 |
| 1628A26 | LELOISE LEMKE | BALLARD EXPLORATION COMPANY, INC. | 11/09/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639069 |
| 1628A27 | LOREE H. MOLITOR | BALLARD EXPLORATION COMPANY, INC. | 11/09/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639067 |
| 1628A28 | LAWRENCE LEGER | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702676 |
| 1628A29 | WELDON LEGER FAMILY TRUST | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702675 |
| 1628A30 | NORMA J. L. ROSS, ETVIR | BALLARD EXPLORATION COMPANY, INC. | 10/12/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702674 |
| 1628A31 | CARL LANE HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 10/31/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9705096 |

White Oak Resources VI LLC    - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1628A32 | JANICE CAROL HENDERSON, ETAL | BALLARD EXPLORATION COMPANY, INC. | 10/31/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9705150 | |
| 1628A33 | MARK WAYNE HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 10/31/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9705152 | |
| 1628A34 | GERALD HUGH HENDERSON | BALLARD EXPLORATION COMPANY, INC. | 11/02/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9705151 | |
| 1628A35 | ELIZABETH ANN LEGER | BALLARD EXPLORATION COMPANY, INC. | 12/18/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9705149 | |
| 1634 | CITY OF CHINA, TEXAS | BALLARD EXPLORATION COMPANY, INC. | 12/06/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9705095 | |
| 1635 | FRANKIE J. HANKS | BALLARD EXPLORATION COMPANY, INC. | 12/02/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9700968 | |
| 1636 | MICHAEL J. KIBODEAUX | BALLARD EXPLORATION COMPANY, INC. | 11/20/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639064 | |
| 1637 | JOHN C. KIBODEAUX, ETUX | BALLARD EXPLORATION COMPANY, INC. | 11/20/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 96-9639065 | |
| 1638 | ALLEN FONTENOT, ETUX | BALLARD EXPLORATION COMPANY, INC. | 12/02/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9702662 | |
| 1639A | MARIE FONTENOT | BALLARD EXPLORATION COMPANY, INC. | 12/02/1996 | TX | JEFFERSON | CHINA TOWNSITE | | | 97-9700969 | |
| TX1432-001 | COOKE ETHYL P ET AL | TOMLINSON INTERESTS, INC. | 10/27/1976 | TX | LA SALLE | WRIGHT MIDCOX | 201 | 172 | | |
| | WHTIE OAK RESOURCES VI, LLC | ODUM OIL & GAS CO. | 11/1/2021 | TX | LIBERTY | S LIBERTY | | | 2021051727 | |
| | WHITE OAK RESOURCES VI, LLC | ODUM OIL & GAS CO. | 11/1/2021 | TX | LIBERTY | S LIBERTY | | | 2021051726 | |
| TX1539-005-00 | BIRTY DUGAT ET AL | THE TEXAS COMPANY | 9/1/1956 | TX | LIBERTY | LIBERTY SOUTH | 453 | 227 | | E |
| TX1472-001-01 | RAY ROSENTHAL ET AL | ARCO OIL & GAS COMPANY | 5/21/1941 | TX | LIVE OAK | SANGER SOUTH | 87 | 196 | | |
| TX1472-001-02 | JULIUS M GORDON ET AL | THE ATLANTIC REFINING COMPANY | 9/20/1943 | TX | LIVE OAK | SANGER SOUTH | 99 | 34 | 213619 | |
| TX1073-003-01 | ANTONIO A LONGORIA | PETROHAWK PROPERTIES LP | 9/24/2007 | TX | STARR | COWBOY (LONGORIA) | 1166 | 275 | 269609 | E* |
| TX1073-003-02 | LAURA A LONGORIA | PETROHAWK PROPERTIES LP | 9/24/2007 | TX | STARR | COWBOY (LONGORIA) | 1166 | 271 | 11269608 | E* |
| TX1073-003-03 | ANTONIO E LONGORIA, AS AGENT | PETROHAWK PROPERTIES LP | 9/24/2007 | TX | STARR | COWBOY (LONGORIA) | 1166 | 279 | 269610 | E* |

White Oak Resources VI LLC   - Oil and Gas Leases
Schedule A/B #55
Exhibit 2

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference | |
|-------|--------|--------|------------|----|--------|---------------|------|------|-----------|---|
| TX1073-003-04 | ROMULA PENA RAMOS ET AL AMADO PENA, ET UX, OLIVA PENA; | PETROHAWK PROPERTIES LP | 9/26/2007 | TX | STARR | COWBOY (LONGORIA) | 1166 | 433 | 269655 | E* |
| TX1062-016-01 | GEORGE ECHOLS ET AL | SUN OIL COMPANY | 7/26/1946 | TX | STARR | COWBOY (ECHOLS) | 145 | 445 | | E* |
| 421540002-000 | ED S RUSSELL ET AL | KYLE A ERVIN TRUSTEE | 4/15/1975 | TX | WEBB | VAQUILLAS RANCH | 482 | 273 | | |
| 421540012-000 | JACK R WELHAUSEN ET AL | OIL & GAS ASSOCIATES INC | 6/10/1975 | TX | WEBB | VAQUILLAS RANCH | 490 | 848 | | |
| 421540013-000 | ED S RUSSELL ET AL | KYLE A ERVIN JR | 4/3/1975 | TX | WEBB | VAQUILLAS RANCH | 484 | 299 | 1042337 | |
| 421540015-000 | EDWARD O'BANION & FRED W WINCH SR | CHROMA OPERATING INC. | 6/23/2009 | TX | WEBB | VAQUILLAS RANCH | 2781 | 725 | 35578 | |
| 100060 | J. C. MARTIN JR, ET AL | HNG OIL COMPANY | 01/19/73 | TX | WEBB | LA PERLA - BMT | 442 | 249 | 753327 | |
| 100063 | LUZ A. HEIN ESTATE | SOUTHERN MINERALS CORPORATION | 10/14/64 | TX | WEBB | LA PERLA - HEIN LUZ | 317 | 346 | 191076 | |
| 100061 | HELEN LLANOS PENA | JAMES A. MAYO | 10/23/72 | TX | WEBB | LA PERLA - PENA | 173 | 507 | 99005 | |
| 100062 | LUDUVICIO MARTINEZ | MCDONALD EXPLORATION, LC | 7/29/1994 | TX | ZAPATA | LA PERLA - MARTINEZ | 504 | 50 | | |
| 100064 | MARTIN CASTORENA, JR. | MCDONALD EXPLORATION, LC | 7/29/1994 | TX | ZAPATA | LA PERLA - MARTINEZ | 504 | 56 | 99006 | |
| 100065 | RAUL MARTINEZ, ET AL | MCDONALD EXPLORATION, LC | 7/29/1994 | TX | ZAPATA | LA PERLA - MARTINEZ | 504 | 53 | 99008 | |
| 100066 | RUDOLFO MARTINEZ, ET AL | MCDONALD EXPLORATION, LC | 7/29/1994 | TX | ZAPATA | LA PERLA - MARTINEZ | 504 | 58 | NA | |
| 100059 | AUGUST OSCAR HEIN ET AL | ROBERT E. WILLS | 12/1/1970 | TX | ZAPATA | LA PERLA | 163 | 500 | | |
| 100060 | J. C. MARTIN JR, ET AL | HNG OIL COMPANY | 1/19/1973 | TX | ZAPATA | LA PERLA - BMT | 177 | 218 | | |
| 100063 | LUZ A. HEIN ESTATE | SOUTHERN MINERALS CORPORATION | 10/14/1964 | TX | ZAPATA | LA PERLA | 365 | 271 | | |
| 100003 | LEONARD HAYNES TRUST | C. O. FALK | 4/8/1954 | TX | ZAPATA | LOS MOGOTES | 82 | 17 | | |
| MISS. CANYON | US DEPT OF INT.  (BOEM) OCS-G 9895 | SHELL OFFSHORE INC. | 5/1/1988 | LA | PLAQUEMINES | OFFSHORE LA | 1105 | 747 | 200600000064 | ** |

** This asset was included in the White Oak Resources VI, LLC to 405 Hackberry, LLC (405) Purchase and Sale Agrement dated 5/3/2023 however should 405 fail to become qualified to own OCS GOM interest within 270 days from the initial closing, said asset shall be deemed an Excluded Asset.

White Oak Resources VI LLC  - Surface Use Agreements
Schedule A/B #55
Exhibit 3

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|-------|--------|--------|-----------|----|--------------|-----------|----------|------|------|-----------|
| 172520004-000 | STATE OF LOUISIANA ROW 3926 | SOUTHWEST ENERGY PRODUCTION CO | 06/19/00 | LA | ASSUMPTION | RIGHT-OF-WAY | LAKE VERRET | 303 | | 197134 |
| 1137-00001-ROW | WILLIAMS INC | THE MERIDAN RESOURCE & EXPLORATION COMPANY | 11/01/99 | LA | ASSUMPTION | RIGHT-OF-WAY | RAMOS | 214 | 462 | 194871 |
| 1137-00002-ROW | NORMAN PROPERTIES LLC, ET AL | THE MERIDAN RESOURCE & EXPLORATION LLC | 07/01/02 | LA | ASSUMPTION | RIGHT-OF-WAY | RAMOS | 235 | 482 | 208712 |
| 1137-00003-ROW | CM THIBODAUX CO LTD | THE MERIDAN RESOURCE & EXPLORATION COMPANY | 11/24/99 | LA | ASSUMPTION | RIGHT-OF-WAY | RAMOS | 293 | 458 | 236879 |
| 1137-00004-ROW | WILLIAMS INC | THE MERIDAN RESOURCE & EXPLORATION LLC | 09/01/09 | LA | ASSUMPTION | RIGHT-OF-WAY | RAMOS | 295 | 733 | 238007 |
| 1137-00001-SWD | CM  THIBODAUX CO LTD | THE MERIDAN RESOURCE & EXPLORATION LLC | 12/01/99 | LA | ASSUMPTION | SWD AGREEMENT | RAMOS | 230 | 339 | 205420 |
| 1137-00001-SUR | STATE OF LOUISIANA 3897 | THE MERIDAN RESOURCE & EXPLORATION LLC | 05/11/00 | LA | ST MARY | SURFACE LEASE | RAMOS | 43-H | 644 | 270154 |
| 1137-00001-SUR | STATE OF LOUISIANA 3897 | THE MERIDAN RESOURCE & EXPLORATION LLC | 05/11/00 | LA | ASSUMPTION | SURFACE LEASE | RAMOS | 303-A | 513 | 196474 |
| 1137-00002-SUR | CM  THIBODAUX CO LTD | THE MERIDAN RESOURCE & EXPLORATION COMPANY | 06/13/00 | LA | ASSUMPTION | SURFACE LEASE | RAMOS | 216 | 709 | 197051 |
| 1137-00002-SUR | CM  THIBODAUX CO LTD | THE MERIDAN RESOURCE & EXPLORATION COMPANY | 06/13/00 | LA | TERREBONNE | SURFACE LEASE | RAMOS | 1743 | | 1101540 |
| 1137-00003-SUR | WILLIAMS INC | THE MERIDAN RESOURCE & EXPL LLC | 09/01/09 | LA | ASSUMPTION | SURFACE LEASE | RAMOS | 295 | 966 | 238122 |
| LA2028-SWD-01 | C F HENRY PROPERTIES LLC ET AL | MISSION RESOURCES CORPORATION | 03/01/03 | LA | CAMERON | SALT WATER DISPOSAL | BACKRIDGE | 962 | | 279774 |
| LA2028-SL-01 (500009-0A) | JOHN HENRY LEBLEU ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 11/06/95 | LA | CAMERON | SURFACE | BACKRIDGE | 829 | | 244059 |
| LA2028-SL-02 | LONNIE A. DAVIS JR. ET AL | MANTI SANDALWOOD LTD | 07/19/05 | LA | CAMERON | SURFACE | BACKRIDGE | | | |
| LA2028-SL-03 (5000009-0B) | JOHN HENRY LEBLEU ET AL | TEXAS MERIDIAN RESOURCES EXPLORATION INC | 11/07/95 | LA | CAMERON | SURFACE | BACKRIDGE | 925 | | 268975 |
| | WHITE OAK RESOURCES VI, LLC | TRANSCAMERON PIPELINE, LLC | 02/19/20 | LA | CAMERON | RIGHT-OF-WAY | BACKRIDGE | | | |
| | ST R/W NO 2879 | CHROMA OIL & GAS LP | 12/05/11 | LA | CAMERON | ROW | LITTLE CHENIERE | | | 324670 |
| 172550017-000 | MERMENTAU MINERAL & LAND COMPANY INC. | BALLARD EXPLORATION COMPANY INC. | 12/16/02 | LA | CAMERON | PL ROW | LITTLE CHENIERE | 961 | | 279480 |
| 172560002-000 | STATE OF LOUISIANA R/W #4695 | MARLIN ENERGY OFFSHORE LLC | 05/04/06 | LA | JEFFERSON | RIGHT-OF-WAY | LITTLE LAKE | | | |
| 172560003-000 | STATE OF LOUISIANA R/W #4676 | MARLIN ENERGY OFFSHORE LLC | 03/07/06 | LA | JEFFERSON | RIGHT-OF-WAY | LITTLE LAKE | | | |
| 172560005-000 | STATE OF LOUISIANA R/W #4540 | BADGER OIL CORPORATION | 10/07/04 | LA | JEFFERSON & LAFOURCHE | RIGHT-OF-WAY | LITTLE LAKE | | | |

White Oak Resources VI LLC  - Surface Use Agreements
Schedule A/B #55
Exhibit 3

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 172560006-000 | STATE OF LOUISIANA R/W #4522 | BADGER OIL CORPORATION | 08/05/04 | LA | LAFOURCHE | SURFACE LEASE | LITTLE LAKE | | | |
| LA2033-SL-03 | BOWIE LUMBER ASSOCIATES | LADD PETROLEUM CORPORATION | 09/07/88 | LA | LAFOURCHE | SURFACE | BAYOU BOEUF S | 1058 | 743 | 703201 |
| LA2033-SL-01 | BOWIE LUMBER COMPANY | MISSION RESOURCES CORPORATION | 05/10/04 | LA | LAFOURCHE | SURFACE | BAYOU BOEUF S | 1570 | | 960124 |
| LA2033-SL-04 | BOWIE LUMBER ASSOCIATES | LADD PETROLEUM CORPORATION | 09/27/90 | LA | LAFOURCHE | SURFACE | BAYOU BOEUF S | 1094 | 698 | 718031 |
| LA2001-RW-03 | STATE OF LOUISIANA ROW NO 2204 | PETROHAWK ENERGY LLC | 08/09/04 | LA | PLAQUEMINES | RIGHT-OF-WAY | BRETON SOUND W | 1077 | 21 | Entry #04005337 |
| LA2001-RW-04 | STATE OF LOUISIANA R/W 4521 | PETROHAWK ENERGY LLC | 08/09/04 | LA | PLAQUEMINES | RIGHT-OF-WAY | BRETON SOUND W | 1077 | 24 | Entry #04005338 |
| LA2001-RW-01 | ST OF LA #4475 | PETROLEUM RESOURCE MGMT CO OF TX | 03/11/04 | LA | PLAQUEMINES | RIGHT-OF-WAY | BRETON SOUND W | N/A | | |
| LA2001-RW-02 | ST OF LA #4256 | THE MERIDIAN RESOURCE & PROD LLC | 07/16/02 | LA | PLAQUEMINES | RIGHT-OF-WAY | BRETON SOUND W | N/A | | |
| LA2035-SL-02 | P R NORMAN AGENT | SHELL OIL COMPANY | 02/18/70 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 630 | 907 | |
| LA2035-SL-05 | JEANERETTE LUMBER & SHINGLE COMPANY LTD | SHELL OIL COMPANY | 04/27/62 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 454 | 99 | 121741 |
| LA2035-ROW-05 | ST MARTIN PARISH SCH BRD | SHELL OIL COMPANY | 12/05/63 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 493 | 401 | |
| 1710403-002 | I M CHAPMAN, ET AL | SHELL OIL COMPANY | 03/17/75 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 721 | 201 | |
| 1710410-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC | 11/13/91 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 1154 | 517 | 262552 |
| LA2035-SL-06 | HAZEL B FRANCISCO | SHELL OIL COMPANY | 11/11/66 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 562 | 82 | 137691 |
| LA2035-ROW-04 | A MORGAN BRIAN, ET AL | F A ASHBY | 09/30/37 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 143 | 400 | 59196 |
| LA2035-ROW-03 | BERNIE J ADAMS, ET AL | F. A. ASHBY | 10/23/37 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 143 | 401 | 59197 |
| 1710510-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 05/09/41 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | | | 66371 |
| 1710513-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 06/29/42 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | | | 68103 |
| 1710519-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/21/46 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 187 | 562 | 75275 |
| 1710525-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 12/05/55 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 291 | 386 | 97948 |
| 1710535-000 | KATHLEEN O'BRIEN REGISTER | SHELL OIL COMPANY | 02/10/67 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 577 | 53 | |

White Oak Resources VI LLC  - Surface Use Agreements
Schedule A/B #55
Exhibit 3

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|-------|--------|--------|-----------|-----|---------------|-----------|----------|------|------|-----------|
| 1710536-001 | RAMOS INVESTMENT COMPANY | SHELL OIL COMPANY | 03/30/70 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 633 | 35 | 150170 |
| 1710505-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL PETROLEUM CORPORATION | 03/28/38 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | | | 60012 |
| 1710538-000 | ST MARTIN PARISH SCHOOL B | SHELL OIL COMPANY | 06/04/70 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 635 | 683 | 150748 |
| 1710543-001 | P R NORMAN, ET AL | SHELL OIL COMPANY | 09/09/74 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 703 | 282 | |
| 1710543-002 | RAMOS INVESTMENT COMPANY | SHELL OIL COMPANY | 09/11/74 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 704 | 869 | |
| 1710543-004 | C B DILSAVER, ET AL | SHELL OIL COMPANY | 10/01/74 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 704 | 880 | |
| 1710543-005 | B S EDISEN ET AL | SHELL OIL COMPANY | 10/01/74 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 704 | 897 | |
| 1710507-000 | PETER L MARCHETTE | SHELL PETROLEUM CORPORATION | 09/02/37 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | | | 59230 |
| 1710508-000 | ATCHAFALAYA LAND COMPANY | SHELL PETROLEUM CORPORATION | 10/22/37 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1336 | 578 | 324170 |
| 1710594-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 07/22/70 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 636 | 572 | |
| 1710579-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 01/03/63 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 468 | 366 | 123913 |
| 1710580-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 01/03/63 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 468 | 371 | 123914 |
| 1710582-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 05/29/63 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 478 | 405 | |
| 1710592-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 11/22/66 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 563 | 39 | |
| 1710593-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 05/17/68 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 601 | 573 | 143598 |
| 1710595-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/18/70 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 637 | 442 | |
| 1710596-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/18/70 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 637 | 438 | |
| 1710598-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 11/15/77 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 932 | 787 | 180715 |
| 1710600-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 04/26/84 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 932 | 787 | |
| 1710602-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 11/02/70 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 641 | **555** | 151908 |
| 1710604-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 09/10/73 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 686 | 353 | 163178 |

White Oak Resources VI LLC  - Surface Use Agreements
Schedule A/B #55
Exhibit 3

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|-------|--------|--------|-----------|----|---------------|-----------|----------|------|------|-----------|
| 1710605-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 12/04/73 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 689 | 297 | 163855 |
| 1710607-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 06/21/74 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 699 | 374 | 166121 |
| 1710506-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/05/40 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | | | 64717 |
| 1710620-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/18/87 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1040 | 640 | 240492 |
| 1710621-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/27/87 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1041 | 305 | 240630 |
| 1710623-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 02/01/89 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1091 | 844 | 249754 |
| 1710625-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 11/19/87 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1058 | 465 | 243789 |
| 1710626-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/03/91 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1146 | 601 | 260919 |
| 1710585-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/14/63 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 483 | 299 | 126212 |
| 1710586-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/14/63 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 483 | 294 | 126211 |
| 1710588-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 09/30/63 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 485 | 71 | 126518 |
| 1710591-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/15/66 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1336 | 574 | 324169 |
| 1710583-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 05/29/63 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 478 | 396 | |
| 17106-33-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 01/06/66 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 539 | 88 | 134397 |
| 1710634-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 04/04/56 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 300 | 628 | 98948 |
| 1710636-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 11/02/56 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 316 | 546 | 101230 |
| 1710637-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 02/28/58 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 349 | 539 | 105416 |
| 1710651-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 02/12/64 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 492 | 305 | 127738 |
| 1710641-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 11/18/59 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 397 | 477 | 112499 |
| 1710610-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 04/10/80 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 814 | 739 | 193349 |
| 1710648-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 02/15/61 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 425 | 527 | 117539 |

White Oak Resources VI LLC  - Surface Use Agreements
Schedule A/B #55
Exhibit 3

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1710614-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/16/85 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 977 | 306 | 228937 |
| 1710615-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/16/85 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 977 | 300 | 228396 |
| 1710617-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/16/85 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 977 | 318 | 228939 |
| 1710619-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/18/87 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1040 | 632 | 240491 |
| 1710652-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 07/25/66 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 551 | 489 | 136592 |
| 1710647-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 04/06/61 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 428 | 321 | 118039 |
| 1710643-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/03/60 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 414 | 516 | 115767 |
| 1710630-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 09/13/67 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 584 | 259 | 140956 |
| 1710654-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC | 02/12/85 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 969 | 824 | 227430 |
| LA2035-SWD-02 | HAZEL B FRANCISCO | SHELL OIL COMPANY | 08/29/66 | LA | ST MARTIN | SALT WATER DISPOSAL | LAKE VERRET W | 557 | 401 | 136916 |
| 1710543-006 | HAROLD FORGOTSTON | SHELL OIL COMPANY | 11/04/74 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 707 | 528 | |
| 1710509-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 09/28/40 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 158 | 178 | 65141 |
| 1710516-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 03/23/43 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 171 | 430 | |
| 1710520-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 12/01/49 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | | | 81696 |
| 1710531-000 | ST MARTIN PARISH SCHOOL B | SHELL OIL COMPANY | 02/06/64 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 498 | 212 | 128721 |
| 1710536-002 | P R NORMAN, AGENT | SHELL OIL COMPANY | 04/07/70 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 632 | 40 | 150171 |
| 1710537-000 | WILLIAMS, INC. | SHELL OIL COMPANY | 04/22/70 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 634 | 164 | |
| 1710542-000 | HAZEL B FRANCISCO | SHELL OIL COMPANY | 09/05/74 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 703 | 251 | 167083 |
| 1710543-003 | M B KELLER, ET AL | SHELL OIL COMPANY | 09/27/74 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 704 | 874 | |
| 1710515-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 11/03/42 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 169 | 442 | 68403 |
| 1710539-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 07/22/70 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 636 | 568 | |

White Oak Resources VI LLC  - Surface Use Agreements
Schedule A/B #55
Exhibit 3

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| LA2035-ROW-06 | JEANERETTE LUMBER & SHINGLE COMPANY | SHELL OIL COMPANY | 04/27/62 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 453 | 366 | 121645 |
| 1710581-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 04/11/63 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 474 | 321 | 124987 |
|  | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 07/22/70 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 636 | 572 |  |
| 1710597-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 09/15/70 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 640 | 10 | 151495 |
| 1710599-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 02/27/78 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 764 | 462 |  |
| 1716123-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 03/16/87 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1336 | 566 | 324168 |
| 1710603-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 11/02/70 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 641 | 559 | 151909 |
| 1710606-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 01/23/74 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 691 | 801 | 164437 |
| 1710608-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 07/24/74 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 707 | 131 | 166514 |
| 1710511-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 06/27/41 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W |  |  | 66624 |
| 1710622-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/09/88 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1069 | 574 | 245731 |
| 1710624-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 02/01/89 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1091 | 839 | 249753 |
| 1710406-002 | B W NORMAN, ET AL | SHELL WESTERN E & P INC | 05/22/85 | LA | ST MARTIN | SURFACE | LAKE VERRET W | 982 | 312 | 229876 |
| 1710406-005 | P P GAROFALO, ET AL | SHELL WESTERN E & P INC | 05/22/85 | LA | ST MARTIN | SURFACE | LAKE VERRET W | 982 | 334 | 229880 |
| 1710406-008 | GEORGE S VINSON, ET AL | SHELL WESTERN E & P INC | 05/22/85 | LA | ST MARTIN | SURFACE | LAKE VERRET W | 982 | 354 | 229884 |
| 1710627-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/03/91 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1146 | 593 | 260918 |
| 1710584-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 05/29/63 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 478 | 400 |  |
| 1710587-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 09/16/63 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 484 | 310 | 126431 |
| 1710589-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 10/28/63 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 486 | 343 |  |
| 171059-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/15/66 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 556 | 359 | 136735 |
| 1710601-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 11/02/70 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 641 | 550 | 151907 |

White Oak Resources VI LLC  - Surface Use Agreements
Schedule A/B #55
Exhibit 3

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1710635-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 10/25/77 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 759 | 754 | 180485 |
| 1710640-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 10/31/57 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 345 | 322 | 104527 |
| 1710609-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 02/15/79 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 787 | 773 | 187191 |
| 1710611-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 09/17/82 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 881 | 160 | 208368 |
| 1710613-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/16/85 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 977 | 325 | 228940 |
| 1710616-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/16/85 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 977 | 312 | 228938 |
| 1710618-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL WESTERN E&P INC. | 05/18/87 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 1040 | 624 | 240490 |
| 1710639-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 02/12/64 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 492 | 310 | 127739 |
| 1710649-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 07/11/61 | LA | ST MARTIN | RIGHT-OF-WAY | LAKE VERRET W | 433 | 590 | 119022 |
| 1710646-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/18/60 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 415 | 463 | 115903 |
| 1710629-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 01/25/60 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 401 | 461 | 113159 |
| 1710645-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 03/31/60 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 407 | 119 | 114404 |
| 1710403-001 | P R NORMAN, ET AL | SHELL OIL COMPANY | 03/17/75 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 721 | 211 | |
| LA2035-ROW- | STATE OF LOUSIANA ROW NO 5603 | MILAGRO PRODUCING LLC | 11/01/14 | LA | ST MARTIN | PL RIGHT-OF-WAY | LAKE VERRET W | 1721 | 596 | 493064 |
| 1710406-001 | C H LEE, ET AL | SHELL WESTERN E & P INC | 5/22/1985 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 982 | 288 | 229872 |
| 17104006-003 | K E O'BRIEN TRUST | SHELL WESTERN E & P INC | 5/22/1985 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 982 | 324 | 229878 |
| 1710406-004 | IDA MILLING CHAPMAN | SHELL OIL COMPANY | 5/22/1985 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 982 | 329 | 229879 |
| 1710406-006 | M R KOORIE, ET AL | SHELL WESTERN E & P INC | 5/22/1985 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 982 | 340 | 229881 |
| 1710406-007 | EMILE RODRIGUEZ | SHELL WESTERN E & P INC | 5/22/1985 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 982 | 247 | 229882 |
| LA2035-SWD-01 | JEANERETTE LUMBER  & SHINGLE CO. | SHELL WESTERN E & P INC | 04/01/91 | LA | ST MARTIN | SURFACE LEASE | LAKE VERRET W | 1148 | 518 | 261307 |
| 1710653-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 12/01/66 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 563 | 43 | 13780 |

White Oak Resources VI LLC  - Surface Use Agreements
Schedule A/B #55
Exhibit 3

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1710650-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 01/21/64 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 491 | 327 | 127527 |
| 1710644-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 02/24/60 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 403 | 338 | 113516 |
| 1710642-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 01/07/60 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 400 | 335 | 112961 |
| 1710638-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 03/10/64 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 494 | 578 | 128137 |
| 1710632-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 03/18/64 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 494 | 583 | 128138 |
| 1710631-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 09/20/60 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | 417 | 72 | 116144 |
| 1710628-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/12/60 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | | | |
| 1710628-000 | JEANERETTE LUMBER & SHINGLE CO. | SHELL OIL COMPANY | 08/12/60 | LA | ST MARTIN | RIGHT-OF-WAY CANAL SERV | LAKE VERRET W | | | |
| 17196900003 SL | ENSERCH EXPLORATION, INC. | AMERADA HESS CORPORATION | 11/06/96 | LA | ST MARTIN | SURFACE LEASE | MURPHY LAKE | 1256 | 372 | 283893 |
| | JOHN STOCKSTILL, IND. & AIF | AMERADA HESS CORPORATION | 12/09/80 | LA | ST MARTIN | PL ROW | MURPHY LAKE | 830 | 503 | 196774 |
| 17680-SL 000011-001 | EEX OPERATING, LP | HILCORP ENERGY I, LP | 02/12/01 | LA | ST MARTIN | SURFACE LEASE | MURPHY LAKE | 1335 | 40 | 323267 |
| 17680-SL 000011-002 | WILLIAM D. NORMAN, JR. ET AL | HILCORP ENERGY I, LP | 02/25/01 | LA | ST MARTIN | SURFACE LEASE | MURPHY LAKE | 1349 | 29 | 330640 |
| | WILLIAM D. NORMAN, JR. ET AL | HILCORP ENERGY I, LP | 02/25/01 | LA | ST MARTIN | SURFACE LEASE | MURPHY LAKE | 1349 | 51 | 330641 |
| 17680-SL 000011-004 | KATHLEEN E. O'BRIEN TRUST | HILCORP ENERGY I, LP | 02/25/01 | LA | ST MARTIN | SURFACE LEASE | MURPHY LAKE | 1349 | 13 | 330638 |
| SL17680L00012-000 | DONALD J. STOCKSTILL, IND. & AS AIF | WHITE OAK RESOURCES VI, LLC | 01/22/21 | LA | ST MARTIN | SURFACE LEASE | MURPHY LAKE | 1855 | 280 | 549203 |
| LA353-001-01A | WILLIAMS INC | CHEVRON OIL COMPANY | 04/10/75 | LA | ST MARTIN | SURFACE LEASE | MYSTIC BAYOU | 713 | 291 | 169447 |
| LA353-001-01A | WILLIAMS INC | CHEVRON OIL COMPANY | 04/10/75 | LA | ST MARTIN | AMENDMENT TO SURF. LS | MYSTIC BAYOU | 1148 | 173 | 261244 |
| LA353-001-01B | WILLIAMS INC. | WHITE OAK RESOURCES VI, LLC | 05/15/14 | LA | ST MARTIN | SURF & SUBSURF EASE | MYSTIC BAYOU | 1683 | 705 | 479069 |
| | WILLIAMS LAND COMPANY, LLC | THE WILLIAM G HELIS COMPANY, LLC | 08/15/03 | LA | ST MARTIN | SURF & SUBSURF AGR | WILLOW COVE | 1393 | 429 | 357458 |
| | ROBERT VOOHIES CRAWFORD, ET AL | THE WILLIAM G HELIS COMPANY, LLC | 12/05/03 | LA | ST MARTIN | CANAL USE AGREEMENT | WILLOW COVE | 1398 | 82 | 361001 |

White Oak Resources VI LLC  - Surface Use Agreements
Schedule A/B #55
Exhibit 3

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|-------|--------|--------|-----------|----|----|-----------|----------|------|------|-----------|
| SUR-1169-001A; DWF-Surf Ls #L008 | STATE OF LOUISIANA, THROUGH THE WILDLIFE & FISHERIES COMMISSION AND THE DEPARTMENT OF WILDLIFE & FISHERIES | WHITE OAK RESOURCES VI, LLC | 7/5/2021 | LA | ST MARY | SURFACE LEASE | BELLE ISLE SOUTH | 424 | 766 | 338535 |
| | ST. MARY LAND & EXPLORATION CO. | PALACE OPERATING COMPANY | 7/1/2006 | LA | ST MARY | PIPELINE ROW | BELLE ISLE SOUTH | 115 | 315 | 294106 |
| DWF R/W No. 033 | STATE OF LOUISIANA, THROUGH THE WILDLIFE & FISHERIES COMMISSION AND THE DEPARTMENT OF WILDLIFE & FISHERIES | PALACE OPERATING COMPANY | 7/17/2006 | LA | ST MARY | RIGHT OF WAY | BELLE ISLE SOUTH | 163 | 629 | 301016 |
| LA2011-SL-01 | STANSEL PROPERTIES LLC | WHITE OAK RESOURCES VI, LLC | 05/01/22 | LA | VERMILION | SURFACE | GUEYDAN | | | 2022003802 |
| LA2011-RW-01 | STANSEL PROPERTIES LLC | PETROHAWK ENERGY CORPORATION | 03/16/06 | LA | VERMILION | RIGHT-OF-WAY | GUEYDAN | | | |
| LA2011-RW-02 | STANSEL PROPERTIES LLC | SOUTHWEST LOUISIANA ELECTRIC MEMBERSHIP CORP | 04/11/06 | LA | VERMILION | RIGHT-OF-WAY | GUEYDAN | | | 20605187 |
| LA2011-SL-03 | STANSEL PROPERTIES LLC ET AL | PETROHAWK ENERGY CORPORATION | 05/01/05 | LA | VERMILION | SURFACE | GUEYDAN | | | 20510730 |
| LA2011-SL-04 | STANSEL PROPERTIES LLC | PETROHAWK ENERGY CORPORATION | 10/17/05 | LA | VERMILION | SURFACE | GUEYDAN | | | 20512525 |
| LA2011-SL-05 | STANSEL PROPERTIES LLC | WHITE OAK RESOURCES VI, LLC | 12/01/21 | LA | VERMILION | SURFACE | GUEYDAN | | | |
| | STANSEL PROPERTIES LLC | PETROHAWK ENERGY CORPORATION | 09/12/07 | LA | VERMILION | SURFACE | GUEYDAN | | | 20714979 |
| | STANSEL PROPERTIES LLC | MILAGRO EXPLORATION, LLC | 03/31/11 | LA | VERMILION | SURFACE | GUEYDAN | | | |
| | STANSEL PROPERTIES LLC | MILAGRO EXPLORATION, LLC | 06/06/13 | LA | VERMILION | SURFACE | GUEYDAN | | | |
| | FOOTE FARM LLC | MILAGRO EXPLORATION, LLC | 09/01/13 | LA | VERMILION | SURFACE | GUEYDAN | | | |
| LA2011-SL-02 | DIXIE RICE AGRICULTURAL CORPORATION INC. | PROHAWK OPERATING, LLC | 07/06/05 | LA | VERMILION | SURFACE | GUEYDAN | | | |
| | MACLONDON ENERGY, LP ET AL | CARRIZO OIL & GAS, INC. | 11/16/05 | LA | VERMILION | ROAD ROW | WRIGHT | | | 2014002088 |
| | LORETTA TRAHAN TRAHAN, ET AL | CARRIZO OIL & GAS, INC. | 11/21/05 | LA | VERMILION | ROAD ROW | WRIGHT | | | |
| 35372 | MEAUX, DALTON ET AL | MURPHY EXPLORATION & PRODUCTION COMPANY | 11/1/1998 | LA | VERMILION | RIGHT OF WAY | NE WRIGHT | | | 9813429 |
| 35374 | DOUCET, REULE ET UX | MURPHY EXPLORATION & PRODUCTION COMPANY | 11/13/1998 | LA | VERMILION | SURFACE LEASE | NE WRIGHT | | | 9813428 |
| 35428 | DOUCET, ALFRED & HAZEL ESTATE | MURPHY EXPLORATION & PRODUCTION COMPANY | 12/1/1999 | LA | VERMILION | RIGHT OF WAY | NE WRIGHT | | | 9913426 |

White Oak Resources VI LLC  - Surface Use Agreements
Schedule A/B #55
Exhibit 3

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 35429 | LANGLINAIS, JOSEPH ET UX | MURPHY EXPLORATION & PRODUCTION COMPANY | 12/14/1999 | LA | VERMILION | SURFACE LEASE | NE WRIGHT | | | 20000121 |
| 35430 | DUBOIS, ADOLPHE ET UX | MURPHY EXPLORATION & PRODUCTION COMPANY | 12/13/1999 | LA | VERMILION | SURFACE LEASE | NE WRIGHT | | | 20000122 |
| 35431 | MEAUX, HUEY PURVIS | MURPHY EXPLORATION & PRODUCTION COMPANY | 12/1/1999 | LA | VERMILION | SURFACE LEASE | NE WRIGHT | | | 20000123 |
| 35432 | BROUSSARD, CHESTER L. | MURPHY EXPLORATION & PRODUCTION COMPANY | 1/4/2000 | LA | VERMILION | SURFACE LEASE | NE WRIGHT | | | 20000481 |
| 42483 | BADON, CAROL MEAUX | MURPHY EXPLORATION & PRODUCTION COMPANY-USA | 12/1/2005 | LA | VERMILION | SURFACE LEASE | NE WRIGHT | | | 20602551 |
| 42484 | HEBERT, PAUL ROYAL | MURPHY EXPLORATION & PRODUCTION COMPANY-USA | 12/1/2005 | LA | VERMILION | SURFACE LEASE | NE WRIGHT | | | 20602553 |
| 42485 | GUIDRY, SHANNON W | MURPHY EXPLORATION & PRODUCTION COMPANY-USA | 12/1/2005 | LA | VERMILION | SURFACE LEASE | NE WRIGHT | | | 20602552 |
| 42486 | MEAUX, DALTON JOHN | MURPHY EXPLORATION & PRODUCTION COMPANY-USA | 12/1/2005 | LA | VERMILION | SURFACE LEASE | NE WRIGHT | | | 20602550 |
| 43008 | BROUSSARD, DELTA CORMIER | MURPHY EXPLORATION & PRODUCTION COMPANY | 11/1/2006 | LA | VERMILION | SURFACE LEASE | NE WRIGHT | | | 20801156 |
| 35376 | JOSEPH C LANGLINAIS ET UX | MURPHY EXPLORATION & PRODUCTION COMPANY | 10/1/1998 | LA | VERMILION | RIGHT OF WAY | NE WRIGHT | | | 9813427 |
| | GUIDRY, SHANNON & RHONDA G. | WHITE OAK RESOURCES VI, LLC | 1/1/2015 | LA | VERMILION | SURFACE LEASE | NE WRIGHT | | | |
| 1205-SUR | BRAD L. HONEA, ETAL | BALLARD EXPLORATION COMPANY, INC. | 01/09/1995 | TX | JEFFERSON | SURFACE LEASE | CHINA TOWNSITE | | | 95-9509312 |
| 1470-SUR | NORMA J.L.ROSS,ETVIR(PRICE) | BALLARD EXPLORATION COMPANY, INC. | 04/23/1996 | TX | JEFFERSON | SURFACE LEASE | CHINA TOWNSITE | | | 96-9616179 |
| 1544-ROW | BRAD L. HONEA, ETAL | BALLARD EXPLORATION COMPANY, INC. | 05/03/1996 | TX | JEFFERSON | RIGHT OF WAY | CHINA TOWNSITE | | | 96-9620313 |
| | TEXAS COMMERCE BANK, TRUSTEE | BALLARD EXPLORATION COMPANY, INC. | 5/28/1996 | TX | JEFFERSON | EASEMENT | CHINA TOWNSITE | | | 96-9623713 |
| | CECILE A WRIGHT | BALLARD EXPLORATION COMPANY, INC. | 1/21/1995 | TX | JEFFERSON | PL ROW | CHINA TOWNSITE | | | 95-9509660 |
| | LESLIE A MCCOWN, ET UX | BALLARD EXPLORATION COMPANY, INC. | 1/16/1995 | TX | JEFFERSON | PL ROW | CHINA TOWNSITE | | | 95-9509661 |
| | H. E. DISHMAN, JR. | BALLARD EXPLORATION COMPANY, INC. | 1/18/1995 | TX | JEFFERSON | PL ROW | CHINA TOWNSITE | | | 95-9509662 |
| | WILLIAM D. DISHMAN | BALLARD EXPLORATION COMPANY, INC. | 1/18/1995 | TX | JEFFERSON | PL ROW | CHINA TOWNSITE | | | 95-9509663 |
| | ROBERT G. GUYE, ET UX | BALLARD EXPLORATION COMPANY, INC. | 2/18/1995 | TX | JEFFERSON | PL ROW | CHINA TOWNSITE | | | 95-9513283 |
| | MALCOLM SANDERS | BALLARD EXPLORATION COMPANY, INC. | 1/21/1995 | TX | JEFFERSON | PL ROW | CHINA TOWNSITE | | | 95-9513284 |

**White Oak Resources VI LLC  - Surface Use Agreements**
**Schedule A/B #55**
**Exhibit 3**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| TX1073-ROW-01 | ROMULA PENA RAMOS ET AL | MILAGRO PRODUCING LLC | 12/14/08 | TX | STARR | RIGHT-OF-WAY | COWBOY (LONGORIA) | 1219 | 425 | 279559 |
| TX1271-ROW-01 | ERWIN MORITZ A/I/F CONROW MORITZ | KCS RESOURCES INC | 08/19/03 | TX | VICTORIA | RIGHT-OF-WAY | FIVE MILE CREEK (JANK) | | | 200312399 |
| | RUSSELL J HOLDING LP | WHITE OAK RESOURCES VI, LLC | 03/10/23 | TX | WHARTON | ACCESS AGREEMENT | LOUISE NORTH | | | |

---

**Fill in this information to identify the case:**

Debtor name __**White Oak Resources VI, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim  Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **ASSUMPTION PARISH TAC** | |
|---|---|---|

Creditor's Name

**MICHAEL J WAGUESPACK TAC**
**P. O BOX 69**
**Napoleonville, LA 70390**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**          Unknown          Unknown

**Describe the lien**
__Ad Valorem Tax__

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.2 | **CALHOUN COUNTY APPRAISAL DISTRICT** | |
|---|---|---|

Creditor's Name

**P.O. BOX 49**
**Port Lavaca, TX 77979-0049**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**          Unknown          Unknown

**Describe the lien**
__Ad Valorem Tax__

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor   **White Oak Resources VI, LLC**                                   Case number *(if known)* _____

_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **CAMERON PARISH TAC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**P. O.BOX 1250**
**Cameron, LA 70631**

Creditor's mailing address

**Describe the lien**
**Ad Valorem Tax**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **CITY OF LAREDO TAX DEPT.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**ELIZABETH MARTINEZ, RTA**
**P O BOX 6548**
**Laredo, TX 78042-6548**

Creditor's mailing address

**Describe the lien**
**Ad Valorem Tax**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **DAYTON I.S.D. TAX OFFICE** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**PO BOX 457**
**100 CHERRY CREEK RD**
**Dayton, TX 77535**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page  2 of 12

Debtor   **White Oak Resources VI, LLC**
_____                     Case number (if known) _____
        Name

Creditor's mailing address
_____

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Ad Valorem Tax**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 | **DEWITT COUNTY TAX A/C** |
|---|---|

Creditor's Name

**PO BOX 489**
**115 N. GONZALES**
**Cuero, TX 77954-0489**
Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      Unknown      Unknown
_____

**Describe the lien**
**Ad Valorem Tax**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **DUVAL COUNTY TAX OFFICE** |
|---|---|

Creditor's Name

**CARLOS J. MONTEMAYOR**
**P.O. BOX 337**
**San Diego, TX 78384-0337**
Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**      Unknown      Unknown
_____

**Describe the lien**
**Ad Valorem Tax**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **White Oak Resources VI, LLC**          Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.8 | **GOLIAD COUNTY TAX OFFICE** | | |
|---|---|---|---|

Creditor's Name

**MICHELLE GARCIA, TAC
P. O. BOX 800
Goliad, TX 77963**
Creditor's mailing address

Describe debtor's property that is subject to a lien          **Unknown**          **Unknown**

Describe the lien
**Ad Valorem Tax**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.9 | **HARDIN COUNTY** | | |
|---|---|---|---|

Creditor's Name

**SHIRLEY STEPHENS, TAC
P. O. BOX 2260
Kountze, TX 77625**
Creditor's mailing address

Describe debtor's property that is subject to a lien          **Unknown**          **$0.00**

Describe the lien
**Ad Valorem Tax**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.10 | **HIDALGO COUNTY TAX ASSESSOR** | | |
|---|---|---|---|

Creditor's Name

**PABLO (PAUL)
VILLARREAL JR, PCC
P.O. BOX 3337
Edinburg, TX 78540-0178**
Creditor's mailing address

Describe debtor's property that is subject to a lien          **Unknown**          **Unknown**

Describe the lien

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

 

|  | **Ad Valorem Tax** |
|---|---|
| | _____ |
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **JEFFERSON COUNTY TAX OFFICE** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

| **ALLISON NATHAN GETZ, PCC** | |
|---|---|
| **P O BOX 2112** | |
| **Beaumont, TX 77704-2112** | |
| Creditor's mailing address | **Describe the lien** |
| | **Ad Valorem Tax** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **JEFFERSON PARISH TAC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

| **BUREAU OF REVENUE AND TAXATION PROPERTY TAX DIVISION** | |
|---|---|
| **P. O. BOX 130** | |
| **Gretna, LA 70054-0130** | |
| Creditor's mailing address | **Describe the lien** |
| | **Ad Valorem Tax** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 3 | **LAFOURCHE PARISH TAC** | | |
|---|---|---|---|

Creditor's Name

**LAFOURCHE PARISH
SHERIFF'S OFFICE
P. O. BOX 5608
Thibodaux, LA 70302-5608**
Creditor's mailing address

Describe debtor's property that is subject to a lien     **Unknown**     **$0.00**

Describe the lien
**Ad Valorem Tax**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 4 | **LIBERTY COUNTY TAC** | | |
|---|---|---|---|

Creditor's Name

**RICHARD L BROWN, TAC
P O BOX 10288
Liberty, TX 77575**
Creditor's mailing address

Describe debtor's property that is subject to a lien     **Unknown**     **Unknown**

Describe the lien
**Ad Valorem Tax**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 5 | **PLAQUEMINES PARISH TAC** | | |
|---|---|---|---|

Creditor's Name

**GERALD A TURLICH, JR
SHERIFF & EX-OFFICI
8022 HIGHWAY 23
Belle Chasse, LA 70037**

Describe debtor's property that is subject to a lien     **Unknown**     **Unknown**

Debtor   **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

Creditor's mailing address

**Describe the lien**
**Ad Valorem Tax**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 6 | **SAN ISIDRO ISD TAX OFFICE** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**LEONEL OLIVAREZ, CTA**
**PO BOX 10**
**San Isidro, TX 78588-0010**
Creditor's mailing address

**Describe the lien**
**Ad Valorem Tax**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 7 | **ST. BERNARD PARISH SHERIFF'S OFFICE** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**SHERIFF JAMES**
**POHLMANN**
**SHERIFF & EX-OFFICIO**
**TAX COLLECTOR**
**PO BOX 168**
**Chalmette, LA 70044-0168**
Creditor's mailing address

**Describe the lien**
**Ad Valorem Tax**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
       Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.18** | **ST. MARTIN PARISH TAC** | Describe debtor's property that is subject to a lien | Unknown | Unknown

Creditor's Name

**ST. MARTIN PARISH
SHERIFF R J THERIOT
P O BOX 247
Saint Martinville, LA
70582-0247**

Creditor's mailing address

**Describe the lien**

**Ad Valorem Tax**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.19** | **ST. MARY PARISH TAC** | Describe debtor's property that is subject to a lien | Unknown | Unknown

Creditor's Name

**MARK A HEBERT,
SHERIFF
P. O. BOX 610
Patterson, LA 70392-6100**

Creditor's mailing address

**Describe the lien**

**Ad Valorem Tax**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.20** | **STARR COUNTY TAX OFFICE** | Describe debtor's property that is subject to a lien | Unknown | Unknown

Debtor    **White Oak Resources VI, LLC**                           Case number (if known) _____
_____
          Name

_____
Creditor's Name

**100 N. FM 3167**
**SUITE 201**
**Rio Grande City, TX 78582**
_____
Creditor's mailing address

**Describe the lien**
**Ad Valorem Tax**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ■ Contingent
☐ Yes. Specify each creditor,              ■ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

2.2  **TERREBONNE PARISH**
1    **TAC**
     _____
     Creditor's Name

**Describe debtor's property that is subject to a lien**          Unknown          Unknown
_____

**JERRY  J. LARPENTER,**
**SHERIFF**
**P O DRAWER 1670**
**Houma, LA 70361**
_____
Creditor's mailing address

**Describe the lien**
**Ad Valorem Tax**
_____
**Is the creditor an insider or related party?**
■ No

_____
Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ■ Contingent
☐ Yes. Specify each creditor,              ■ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

2.2  **U.S. SPECIALTY**
2    **INSURANCE CO**
     _____
     Creditor's Name

**Describe debtor's property that is subject to a lien**          Unknown          Unknown
**All accounts, general intangibles, good,**
**inventory, deposit accounts and proceeds,**
**etc.**

**801 S. FIGUEROA ST.,**
**SUITE 700**
**LOS ANGELES, CA 90017**
_____
Creditor's mailing address

**Describe the lien**
**UCC Lien**
_____
**Is the creditor an insider or related party?**
■ No

_____
Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.2 3 | | | |
|---|---|---|---|
| **UNITED INDEPENDENT SCHOOL DISTRICT** Creditor's Name | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
| **MONICA MADRIGAL, RTA 3501 E. SAUNDERS Laredo, TX 78041** Creditor's mailing address | | | |
| | **Describe the lien** **Ad Valorem Tax** | | |
| | **Is the creditor an insider or related party?** ■ No ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ■ Contingent ■ Unliquidated ☐ Disputed | | |

---

| 2.2 4 | | | |
|---|---|---|---|
| **VERMILION PARISH TAC** Creditor's Name | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
| **VERMILION PH. SHERIFF OFFICE P. O. BOX 307 Abbeville, LA 70511-0307** Creditor's mailing address | | | |
| | **Describe the lien** **Ad Valorem Tax** | | |
| | **Is the creditor an insider or related party?** ■ No ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ■ Contingent ■ Unliquidated ☐ Disputed | | |

---

| 2.2 5 | | | |
|---|---|---|---|
| **VICTORIA COUNTY TAC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Debtor    **White Oak Resources VI, LLC**                              Case number (if known) _____
_____
Name

Creditor's Name

**RENA SCHERER**
**P O BOX 2569**
**Victoria, TX 77902-2569**

Creditor's mailing address                    **Describe the lien**
                                              **Ad Valorem Tax**
                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ■ Contingent
☐ Yes. Specify each creditor,                 ■ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.2 6 | **WEBB C.I.S.D.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**SARA GARZA TAC**
**P. O. 206**
**Bruni, TX 78344-0206**

Creditor's mailing address                    **Describe the lien**
                                              **Ad Valorem Tax**
                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ■ Contingent
☐ Yes. Specify each creditor,                 ■ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.2 7 | **WEBB COUNTY TAX ASSESSOR** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**PATRICIA A BARRERA**
**RTA**
**P O BOX 420128**
**Laredo, TX 78042-0128**

Creditor's mailing address                    **Describe the lien**
                                              **Ad Valorem Tax**
                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor   **White Oak Resources VI, LLC**                                          Case number (if known) _____
           Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.2 8 | **WHARTON COUNTY TAX A/C** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**PATRICK L KUBALA TAC
P O BOX 189
Wharton, TX 77488**

Creditor's mailing address

Describe the lien
**Ad Valorem Tax**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$0.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Specialty Insurance Co Attn Mike Schell 13403 Northwest Freeway Houston, TX 77040** | Line  **2.22** | |

**Fill in this information to identify the case:**

Debtor name **White Oak Resources VI, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | Unknown | Unknown |

**DELAWARE SECRETARY OF STATE**
**DIVISION OF CORPORATIONS**
**PO BOX 5509**
**Binghamton, NY 13902-5509**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Franchise Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | Unknown | Unknown |
|---|---|---|---|

**LOUISIANA DEPARTMENT OF REVENUE**
**617 NORTH 3RD STREET**
**Baton Rouge, LA 70802**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Liability of White Oak Operating Company LLC**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☑ No
☐ Yes

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**TEXAS COMPTROLLER OF
PUBLIC ACCOUNTS
111 EAST 17TH STREET
Austin, TX 78774**

Check all that apply.

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Severance Tax / Franchise Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.82 |
|---|---|---|---|

**30P MINERALS LTD
C/O J. MARTIN & COMPANY, PC
11757 KATY FREEWAY
STE 675
HOUSTON, TX 77079**

■ Contingent

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Liability of White Oak Operating Company LLC

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**405 Hackberry LLC
Attn Greg White
405 Lexington Avenue 59th Floor
New York, NY 10174**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.35 |
|---|---|---|---|

**4R MINERALS LTD
PO BOX 1443
-OR- 1219 VICTORIA ST
LAREDO, TX 78040**

■ Contingent

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Liability of White Oak Operating Company LLC

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.39 |
|---|---|---|---|

**5H BROTHERS LP
PAUL B HEARD
P.O. BOX 1076
BEEVILLE, TX 78104**

■ Contingent

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Liability of White Oak Operating Company LLC

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,496.70** |
|---|---|---|---|

**72TRINITY UNIVERSITY**
**PO BOX 27**
**SAN ANTONIO, TX 78291-0027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.67** |
|---|---|---|---|

**A FRANK KLAM**
**8309 CEDARBRAKE**
**HOUSTON, TX 77055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$332.82** |
|---|---|---|---|

**A M  PHELAN III**
**P.O. BOX 447**
**BEAUMONT, TX 77704**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.67** |
|---|---|---|---|

**A. B. ALVEY, DECEASED**
**C/O TX UNCL PROP RPTG SYS-EFT**
**415 COLLEGE BLVD.**
**SAN ANTONIO, TX 78209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,347.62** |
|---|---|---|---|

**A.P.I. PIPE & SUPPLY, INC**
**15025 N. CONWAY AVE**
**MISSION, TX 78574**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.75** |
|---|---|---|---|

**AARON COREY DAGGS**
**755 HALLSLEIGH LANE**
**HOUSTON, TX 77090**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.62** |
|---|---|---|---|

**AARON ZAUNBRECHER**
**31430 LEPRETTE RD**
**GUEYDAN, LA 70542-5183**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.78 |
|---|---|---|---|

**ABH BAXTER LP**
**P.O. BOX 1649**
**AUSTIN, TX 78767**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,161.55 |
|---|---|---|---|

**ACADIANA COATINGS & SUPPLY INC**
**925 RIDGE RD.**
**DUSON, LA 70529**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $382.71 |
|---|---|---|---|

**ACS SUPPORT - STOP 813G**
**455760803**
**PO BOX 145566**
**CINCINNATI, OH 45250-5566**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13.21 |
|---|---|---|---|

**ADA BETTY FINLEY**
**P O BOX 291305**
**KERRVILLE, TX 78029**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.55 |
|---|---|---|---|

**ADA M ANGELES**
**4320 POPPY DR**
**MANSFIELD, TX 76063**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $53.34 |
|---|---|---|---|

**ADAM LISTON LEGER**
**P. O. BOX 875**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,589.19 |
|---|---|---|---|

**ADAN M BENAVIDES**
**4361 S CONGRESS AVE UNIT 111**
**AUSTIN, TX 78745**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                          Case number (if known) _____
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.05 |

**3.19** Nonpriority creditor's name and mailing address
**ADELAIDE SMITH CHRISTENSEN**
**8 MIDDLETON GARDENS PLACE**
**BLUFFTON, SC 29910**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$0.05**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
**AGNES L KNIGHT MOORE**
**158 MERCURY ROAD**
**BAYOU VISTA, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$6.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
**AGNES LORINE WELLS**
**1227 CARRIAGE TRACE CIRCLE**
**STONE MOUNTAIN, GA 30077-4574**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$114.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
**AGS OIL & GAS HOLDINGS #2 INC**
**10 INVERNESS DR. EAST, SUITE 2**
**ENGLEWOOD, CO 80112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$0.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
**AGS OIL & GAS HOLDINGS INC**
**10 INVERNESS DR E STE 150**
**ENGLEWOOD, CO 80112-5651**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$0.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
**AH THREE CORDS ENERGY, LLC**
**24165 IH 10W #217-486**
**SAN ANTONIO, TX 78257**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$260.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
**AIDA BERLINDA GRIMES**
**3667 CR 50**
**ROBSTOWN, TX 78380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.          **$0.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                        Case number (if known) _____
_____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.17 |
|---|---|---|---|

**ALAKIA PIKE**
**149 AINSLEY DRIVE**
**THIBODAUX, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.82 |
|---|---|---|---|

**ALAN BRADLEY HALL**
**P O BOX 10761**
**HOUSTON, TX 77206-6424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.08 |
|---|---|---|---|

**ALAN C. GOERING**
**P O BOX 366**
**MEDICINE LODGE, KS 67104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.94 |
|---|---|---|---|

**ALAN HENRY DAVIS TRUST**
**ADDRESS UNKNOWN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.35 |
|---|---|---|---|

**ALBERT C RIEDNER III**
**3167 E SOUTHCROSS RD**
**SAN ANTONIO, TX 78223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.52 |
|---|---|---|---|

**ALBERT DAVIS**
**STAR RT 44**
**LIBERTY, TX 77575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.96 |
|---|---|---|---|

**ALBERT FRANKLIN PEARSON**
**1016 W 12TH STREET**
**BRADY, TX 76825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          _____
          Name

| | |
|---|---|
| 3.33 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$58.63** |

**ALBERT IRA PEARSON**
**1106 W 12TH ST**
**BRADY, TX 76825-5313**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$75.64** |
|---|---|

**ALBERT RAYMOND JOHNSON ESTATE**
**SHANE ALAN JOHNSON INDEP ADMIN**
**5927 GRACE FALLS DRIVE**
**RICHMOND, TX 77407**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$5.08** |
|---|---|

**ALBERTA LEWIS**
**PO BOX 545**
**LABADIEVILLE, LA 70372**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$6.77** |
|---|---|

**ALBERTO HERNANDEZ JR**
**AND FIDELA RUIZ**
**2510 PARK**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$5.01** |
|---|---|

**ALBERTO L CHAVEZ**
**MARIA V CHAVEZ**
**2518 SAN AGUSTIN**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$51.91** |
|---|---|

**ALCESE ROBERTS**
**C/O HERITAGE MANOR OF HOUMA**
**1701 POLK STREET**
**HOUMA, LA 70360**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$3.62** |
|---|---|

**ALDON JOHNNEY**
**111 THELMA DR**
**LAFAYETTE, LA 70506-2236**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.40** | Nonpriority creditor's name and mailing address

**ALEC A JOHNSON**
**& OLIVIA G FAM TR 08-22-2001**
**330 CARONDELET STREET**
**SUITE 400**
**NEW ORLEANS, LA 70130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1,893.48

---

**3.41** | Nonpriority creditor's name and mailing address

**ALEJANDRO M BENAVIDES 99-C TRUST**
**C/O ROSALINA MADRID, TRUSTEE**
**318 BORDEAUX**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3,212.54

---

**3.42** | Nonpriority creditor's name and mailing address

**ALEJANDRO T ESCAMILLA**
**PO BOX 440096**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$8.80

---

**3.43** | Nonpriority creditor's name and mailing address

**ALERT SYSTEMS TECHNOLOGIES, LLC**
**204 ARABIAN DR**
**LAFAYETTE, LA 70507-2583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$255.00

---

**3.44** | Nonpriority creditor's name and mailing address

**ALEX A RODRIGUEZ**
**& CATHY S RODRIGUEZ**
**PO BOX 277**
**FLORESVILLE, TX 78114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.86

---

**3.45** | Nonpriority creditor's name and mailing address

**ALEXANDER S JUSTICE**
**2384 E ORANGE GROVE BLVD**
**PASADENA, CA 91104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.42

---

**3.46** | Nonpriority creditor's name and mailing address

**ALEXANDRA LYNN CHUNN TRUST**
**ALEXANDRA L CHUNN, TRUSTEE**
**P O BOX 301436**
**HOUSTON, TX 77230-1436**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$363.01

---

Debtor **White Oak Resources VI, LLC**        Case number *(if known)* _____

Name

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.71 |

**ALEXANDRA SCHOENEMANN**
**4000 LARIAT RIDGE**
**NEW BRAUNFELS, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.41 |

**ALFONSO & SARA MARTINEZ**
**1506 LOWRY RD**
**LAREDO, TX 78040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.57 |

**ALFONSO SALINAS GARCIA & LIDIA DE**
**SALINAS**
**714 SURREY**
**LAREDO, TX 78040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.43 |

**ALFONZO COLLINS WHITE**
**P.O. BOX 150**
**DUCK HILL, MS 38925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.57 |

**ALFORD M TURMAN**
**5118 BOYCE SPRINGS**
**HOUSTON, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.42 |

**ALFRED HENRY DEBRUHL**
**DEBBIE SUE MARQUEZ INDEP EXE**
**7348 FRANKLIN DR**
**EL PASO, TX 79915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.41 |

**ALFREDO & MARIA LOZANO**
**4450 N CHRISTIANA AVE #2**
**CHICAGO, IL 60625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** |

**ALFREDO RENDON
& WIFE SARA RENDON
1320 SANTA MARIA
LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$4.13**

---

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** |

**ALFREDO RENDON AND BLANCA
4204 HENDRICKS AVE
LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$0.57**

---

| | |
|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** |

**ALICANNE MCLEAN BRACKEN BENEDUM
TR
KAY SHIREY BRACKEN TRUSTEE
POB 131209
SUITE 501
TYLER, TX 75713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$0.32**

---

| | |
|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** |

**ALICE FRANKLIN
3107 HURLINGHAM
HOUSTON, TX 77016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$7.13**

---

| | |
|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** |

**ALICE GAIL LAUGHLIN
724 E 11TH ST NO 3
HOUSTON, TX 77008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$3.76**

---

| | |
|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** |

**ALICE L MAIN
#NAME?
823 MEMORIAL DRIVE
SEBRING, FL 33870**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$221.16**

Debtor   **White Oak Resources VI, LLC**                                       Case number *(if known)* _____
  _____
  Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.89 |
|---|---|---|---|

**ALICE LEMAIRE TRAHAN**
**9034 LA HWY 343**
**ABBEVILLE, LA 70510**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.90 |
|---|---|---|---|

**ALICIA CATARINA POWER OF**
**APPOINTMENT TRU**
**AUSTIN TRUST COMPANY**
**336 S CONGRESS AVE SUITE 100**
**AUSTIN, TX 78704**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.48 |
|---|---|---|---|

**ALICIA VALLS BLANCO**
**6737 MARIPOSA DR**
**EL PASO, TX 79912**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.01 |
|---|---|---|---|

**ALIX BRENDA VILLARREAL**
**JUAN PABLO VILLARREAL TRUSTEE**
**2505 SAN SALVADOR**
**LAREDO, TX 78046**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,567.32 |
|---|---|---|---|

**ALL PHASE ELECTRICAL SRVC. INC**
**P. O. BOX 61474**
**LAFAYETTE, LA 70596-1474**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.30 |
|---|---|---|---|

**ALLEN B COMEAUX**
**111 STEPHENS ST**
**LAFAYETTE, LA 70506**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.61 |
|---|---|---|---|

**ALLEN DAVIDSON WILLIAMSON R**
**REVOCABLE TR**
**DAVID COURTLAN CLEMENT II, TRUSTEE**
**1834 WILLOW SPRINGS DRIVE**
**NASHVILLE, TN 37216**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.41**

**ALLEN J ROBERTS**
**115 HARDING DRIVE**
**HOUMA, LA 70364**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **$158.27**

**ALLENE JAMISON HODGES**
**4999 COUNTY ROAD 134**
**STEPHENVILLE, TX 76401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **$131.91**

**ALLENE MAY FORD**
**2506 PRINCETON**
**PEARLAND, TX 77584**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **$824.43**

**ALLENE WILSON BREED**
**WANDA JOHNSON**
**2803 SILVERWAY DR**
**AUSTIN, TX 78757**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **$56.27**

**ALLISON DICKSON BRANDT**
**101 COLORADO ST #2703**
**AUSTIN, TX 78701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **$32.84**

**ALLISON FINLEY LAMBIS**
**108 COTTON LANE**
**LONOKE, AR 72086**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **$2.22**

**ALLISON LEGER**
**P. O. BOX 639**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
ALMA KATHLEEN STRATTON SYKES
1364 SOUTH EAST PARKWAY
APT 2023
AZLE, TX 76020

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$10.22**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** |
|---|---|

ALMA MANUEL
1385 WILLOW BEND
VIDOR, TX 77662

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$9.13**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** |
|---|---|

ALPHA CONTROL SERVICES, LLC
PO BOX 1916
SCOTT, LA 70583

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$2,374.92**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** |
|---|---|

ALTON CARTER
510 ROOSEVELT ST
CLEVELAND, TX 77327

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$1.18**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** |
|---|---|

ALTON KLANIKA
10790 FM 631
TAFT, TX 78390

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$38.50**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** |
|---|---|

ALTON MALVEAUX MALVEAUX JR
LEONA BENOIT MALVEAUX
PO BOX 91532
LAFAYETTE, LA 70509-1532

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.42**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** |
|---|---|

ALVIN EARL DEMOSS
AND SHIRLEY ELIZABETH SHELDON
DEMOSS
204 ROW THREE
LAFAYETTE, LA 70508

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.51**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                   Case number (if known) _____
          Name

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.68 |

ALVIN RILEY
P O BOX 58972
NEW ORLEANS, LA 70158

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.27 |

ALVIN SINGLETON
306 DARALYN DR
HOUMA, LA 70361

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.38 |

ALWYN KOEHLER
DO NOT USE SEE ADDRESS CODE 02

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.18 |

AMADO PEREZ
& WIFE CARLOTA PEREZ
3102 DIAZ
LAREDO, TX 78043

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.82 |

AMANDA A ANDERSON
2631 HARRY AVE
ORANGE CITY, FL 32763-9104

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.46 |

AMANDA CAVANAUGH SHARP
5823 N RAVENSWOOD
#109
CHICAGO, IL 60660

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.90 |

AMANDA POWER OF APPOINTMENT TRUST
AUSTIN TRUST COMPANY
336 S CONGRESS AVE SUITE 100
AUSTIN, TX 78704

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **White Oak Resources VI, LLC**                              Case number (if known) _____
_____
Name

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.48** |

**AMANDA RENEE LEGER**
**218 WACO RD.**
**KINGS MOUNTAIN, NC 28086**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.23** |

**AMANDA VANCE HUSON POWERS**
**11 PARKVIEW DR**
**MILLBURN, NJ 07041-1501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.56** |

**AMBER ASHLEY BOURLAND**
**7115 SANDY KNOLLS DR**
**SPRING, TX 77379**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.02** |

**AMELIA BARRERA RESENDEZ**
**205 MICHOACAN LOOP**
**LAREDO, TX 78045**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$907.80** |

**AMELIA R CANALES**
**300 BOWIE STREET APT 1006**
**AUSTIN, TX 78703**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.37** |

**AMY CONNELL RUDOLPH**
**610 S MADISON AVE**
**LA GRANGE, IL 60525-2803**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.63** |

**AMY ELIZABETH PEARSON**
**1107 W. 12TH ST.**
**BRADY, TX 76825**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                           Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.95 | |

**Nonpriority creditor's name and mailing address**
**AMY FAY KUENSTLER**
**LEGAL GUADIANSHIP-JENNIFER SKYLA**
**FAY**
**PO BOX 22786**
**HOUSTON, TX 77227**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                           **$3.56**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.96 | |

**Nonpriority creditor's name and mailing address**
**AMY LEGER EDWARDS**
**1714 N PARK SIDE DRIVE**
**DEER PARK, TX 77536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                           **$2.53**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.97 | |

**Nonpriority creditor's name and mailing address**
**AMY ROPER FINLEY REVOCABLE TRUST**
**4212 S SHOBE RD**
**BRYANT, AR 72022**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                           **$32.84**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.98 | |

**Nonpriority creditor's name and mailing address**
**AMY THOMAS MOODY**
**CMR 480 BOX 459**
**APO**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                           **$1,004.21**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.99 | |

**Nonpriority creditor's name and mailing address**
**ANA C BENAVIDAS 1991 TRUST**
**C/O RICHARD S SCHMIDT, TRUSTEE**
**615 LEOPARD, #635**
**CORPUS CHRISTI, TX 78401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                           **$573.89**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.100 | |

**Nonpriority creditor's name and mailing address**
**ANA FRANCES LOVELESS**
**PO BOX 476**
**EDEN, TX 76837**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                           **$349.43**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.101 | |

**Nonpriority creditor's name and mailing address**
**ANA LUARA ARRENDANDO**
**2115 LYON**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                           **$1.11**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                          Case number (if known) _____
　　　　　　　Name

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3.18 |

**ANA MARIA MARQUEZ**
**DIANA E MARQUEZ**
**309 HIDDEN LANE**
**LAREDO, TX 78041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.57 |

**ANA MARIA MEDINA & GILBERTO GARZA**
**2811 DAVIS**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.43 |

**ANA RAZZO**
**5305 N STRAWBERRY TREE STREET**
**N LAS VEGAS, NV 89031**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**ANADARKO E&P ONSHORE LLC**
**C/O CT CORPORATION SYSTEM**
**5615 CORPORATE BLVD SUITE 400B**
**BATON ROUGE, LA 70808**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.51 |

**ANDRE ABADIE**
**89 SANTA MARIA ST**
**GEORGETOWN, TX 78628**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $72.03 |

**ANDRE GORDON**
**607 SAN MARCO ST**
**FAIRFIELD, CA 94533**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $96.33 |

**ANDREA HENDERSON**
**1073 EDDIE RAY ROAD**
**BREAUX BRIDGE, LA 70517**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.109** | Nonpriority creditor's name and mailing address

**ANDREE T SURCOUF**
**3809 FERRAN DRIVE**
**METAIRIE, LA 70002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$94.26**

---

**3.110** | Nonpriority creditor's name and mailing address

**ANDRES ESTEVIS AND MARIA GRACIELA**
**REYES**
**4737 CHIBCHA CT**
**LAREDO, TX 78046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$1.11**

---

**3.111** | Nonpriority creditor's name and mailing address

**ANDREW BURRELL JR**
**P.O.BOX 787**
**GRAY, LA 70359-0787**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$57.77**

---

**3.112** | Nonpriority creditor's name and mailing address

**ANDREW GORDON**
**607 SAN MARCO ST**
**FAIRFIELD, CA 94533**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$72.14**

---

**3.113** | Nonpriority creditor's name and mailing address

**ANDREW J DESIDORO ESTATE**
**JEAN HUMISTON AS EXECUTRIX**
**102 MCCORMACK DRIVE**
**LAKE GEORGE, NY 12845**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$179.76**

---

**3.114** | Nonpriority creditor's name and mailing address

**ANDREW L PAYNE TRUST**
**JOANNA P PERKINS, TRUSTEE**
**2048 SAUVIGNON**
**SAN ANTONIO, TX 78258**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$3.53**

---

**3.115** | Nonpriority creditor's name and mailing address

**ANDYBEV O LIMITED PARTNERSHIP**
**C/O KELLY SCHWAB**
**9 BROAD STREET**
**GALVESTON, TX 77554**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$36.52**

---

Debtor   **White Oak Resources VI, LLC**

Case number (if known) _____

Name

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.68 |

**ANGEL GRANDISON**
**3410 BEL AIR MALL**
**UNIT 160002**
**MOBILE, AL 36606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.01 |

**ANGEL JIMENEZ JR**
**140 PAMPLONA LOOP**
**LAREDO, TX 78046**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.57 |

**ANGELICA C PEREZ & GRACIELA C MARIN**
**3017 OKANE**
**LAREDP, TX 78043**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.18 |

**ANGELICA RENDON**
**303 RIO VISTA**
**LAREDO, TX 78043**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,342.10 |

**ANGIOLINA M RAMIREZ**
**1101 N HOUSTON AVE**
**HEBBRONVILLE, TX 78361**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.57 |

**ANITA DE LA O**
**PO BOX 2483**
**LAREDO, TX 78040**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.68 |

**ANITA SANDERS**
**3417 STONEWAY DRIVE**
**GRAND PRAIRIE, TX 75052**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.26 |
|---|---|---|---|

**ANN BOZEMAN**
**1004 COMMERCIAL AVENUE**
**PMB BOX 115**
**ANACORTES, WA 98221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $942.70 |
|---|---|---|---|

**ANN H SCHULTZ**
**122 VIVION DRIVE**
**AIKEN, SC 29803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.10 |
|---|---|---|---|

**ANN L BRONFMAN**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.10 |
|---|---|---|---|

**ANN L BRONFMAN TRUST FBO ANN L**
**BRONFMAN,J A LEVIN & J MANNING**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.75 |
|---|---|---|---|

**ANN MARIE DAGGS**
**2613 DUMAINE ST.**
**NEW ORLEANS, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.12 |
|---|---|---|---|

**ANN RYAN**
**21410 96TH AVE. W.**
**EDMONDS, WA 98020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $962.29 |
|---|---|---|---|

**ANN THIBODAUX DAIGLE**
**PO BOX 3546**
**MORGAN CITY, LA 70381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number *(if known)* _____

Name

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.66 |

**ANN WILLIAMSON BEASLEY**
**3940 OAKRIDGE CIRCLE**
**VIRGINIA BEACH, VA 23451**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $705.52 |

**ANN WINDHAM WALLACE VETTER**
**3705 CHERRY LANE**
**AUSTIN, TX 78703**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.51 |

**ANNA B STREITMAN**
**3701 GREENWOOD**
**VICTORIA, TX 77901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.16 |

**ANNA BELINDA MEJIA CHIEFFO**
**2313 STAGECOACH**
**LAS CRUCES, NM 88011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.02 |

**ANNA L RUIZ**
**2115 E LYON ST**
**LAREDO, TX 78043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101.51 |

**ANNA LEGER**
**40 RHINE DRIVE**
**KENNER, LA 70065**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.35 |

**ANNA MARIE ROBERTS**
**1110 EL CAMPO VILLAGE DR, APT 326**
**HOUSTON, TX 77058**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                          Case number *(if known)* _____
          _____
          Name

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.35** |

**ANNE D DYDE TRUST 1976**
**ANNE DYDE TRUSTEE**
**23958 E HINSDALE PL**
**AURORA, CO 80016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$302.22** |

**ANNE ELIZABETH LAWRENCE**
**SP**
**5909 BEVERLY DR E #2130**
**FORT WORTH, TX 76132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$651.58** |

**ANNE GERMAINE URBAN SPROAT**
**281 DOVE MEADOW DRIVE**
**CONROE, TX 77384**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189.60** |

**ANNE LOBDELL BLACKMAN CONNORS**
**801 MAIN STREET**
**APT 4**
**FRANKLIN, LA 70538**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.97** |

**ANNE S CHURCH**
**12 CAMPDEN CIRCLE**
**SAN ANTONIO, TX 78218**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.65** |

**ANNE TAYLOR NICHOLSON**
**7293 E HINSDALE PL**
**CENTENNIAL, CO 80112-1638**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.67** |

**ANNE W M CARTER**
**35 BAYBERRY DRIVE**
**PEEKSKILL, NY 10566**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**
_____        Case number (if known) _____
          Name

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.66 |

**ANNETTE LEGER MATHERNE**
**20234 CHAD ARBOR TRAIL**
**CYPRESS, TX 77429**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.15 |

**ANNIE LAURA PELT GUEDRY**
**PO BOX 272**
**SOURLAKE, TX 77659**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.98 |

**ANNIE LAURIE WHITLOCK COSKREY**
**RT 1 BOX 109**
**RIESEL, TX 76682**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.44 |

**ANTHONY HENDERSON JR**
**173 GERALDINE ROAD**
**GIBSON, LA 70356**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.54 |

**ANTHONY JOHN CALLAHAN**
**364 DON DRIVE**
**JENNINGS, LA 70546**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.61 |

**ANTHONY RICHARDSON**
**230 LIGHTHOUSE WAY**
**MARYVILLE, TN 37801**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.04 |

**ANTHONY SINGLETON**
**1025 RAMOS STREET**
**MORGAN CITY, LA 70380**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.84 |
|---|---|---|---|

**ANTHONY SINGLETON**
**1025 RAMOS STREET**
**MORGAN CITY, LA 70380**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.38 |
|---|---|---|---|

**ANTOINETTE CLARK DORSY**
**907 VOORHIES ST**
**LAFAYETTE, LA 70501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.11 |
|---|---|---|---|

**ANTONIO GOMEZ JR AND WIFE NORMA J**
**1259 CASCADE CIRCLE**
**OAK HARBOR, WA 98277**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.95 |
|---|---|---|---|

**ANTONIO PEREZ**
**NORMA PEREZ**
**3515 SOUTH TEXAS**
**LAREDO, TX 78043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Apache Corp
c/o Douglas Conrad Longman , Jr.
Jones Walker
600 Jefferson St. Suite 1600
Lafayette, LA 70501

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.15 |
|---|---|---|---|

**APRIL NICOLE LANDRY TRAHAN**
**116 LIRETTE STREET**
**HOUMA, LA 70360**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.03 |
|---|---|---|---|

**ARCENEAUX PROPERTIES LTD**
**VIRGINA B ARCENEAUX, AGENT**
**11609 FM 557**
**PITTSBURG, TX 75686**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.09**

**ARCHIE DOUGLAS ROGERS**
**3114 OAKMONT**
**ORANGE, TX 77630-2122**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.39**

**ARCHIE EARL ROW JR**
**233 ARTHUR**
**SHREVEPORT, LA 71105**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,097.85**

**ARCK PRODUCTION SERVICES LLC**
**P.O. BOX 440026**
**SUITE 212**
**LAREDO, TX 78044**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.61**

**ARDEN RAY HOBBS LAWSON**
**718 MESQUITE ST**
**BLANCO, TX 78606**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.64**

**ARETHA HENDERSON CELESTIN**
**218 LANSDOWN DR**
**HOUMA, LA 70360**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.49**

**ARETHA JOHNSON KINCHEN**
**390 SUCROSE DRIVE**
**THIBODAUX, LA 70301**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.02**

**ARGEMIRO RAMOS**
**AND SOCORRO RAMOS**
**107 TOURS LN**
**LAREDO, TX 78045**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                     Case number (if known) _____

      Name

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.71 |
|---|---|---|---|

**ARGYLE RESOURCES, INC**
**P O BOX 367**
**ARGYLE, TX 75219**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.12 |
|---|---|---|---|

**ARIC TANNER MCBRIDE**
**242 AIRVIEW DR**
**MOUNT AIRY, NC 27030**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.21 |
|---|---|---|---|

**ARLEEN LANG HULIN**
**11402 SAGEPERRY**
**HOUSTON, TX 77089**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.86 |
|---|---|---|---|

**ARLENE ANN B RUNG**
**14318 LOMIRE ROAD**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.08 |
|---|---|---|---|

**ARLENE H MCDANIELS**
**19111 ORA LANE**
**HAMMOND, LA 70403**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.18 |
|---|---|---|---|

**ARNISE TATE**
**125 GERALYN DRIVE**
**CARENCRO, LA 70520**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.16 |
|---|---|---|---|

**ARNOLDO M MEIJA**
**A/K/A ARNOLD MEIJA**
**13220 MISTY SAGE**
**CONROE, TX 77302**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **White Oak Resources VI, LLC**                     Case number (if known) _____
_____
Name

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.11 |
|---|---|---|---|

3.172 | Nonpriority creditor's name and mailing address

**ARTHRITIS FOUNDATION**
**C/O JPMORGAN CHASE BANK NA**
**PO BOX 2605**
**MAIL CODE TX1-1315**
**FORT WORTH, TX 76113**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$16.11**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

3.173 | Nonpriority creditor's name and mailing address

**ARTHUR B KLIEFOTH III**
**718 WESTBOROUGH RD**
**KNOXVILLE, TN 37909**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$3.97**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

3.174 | Nonpriority creditor's name and mailing address

**ARTHUR BAILEY**
**P O BOX 1455**
**MORGAN CITY, LA 70381**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$40.47**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

3.175 | Nonpriority creditor's name and mailing address

**ARTHUR BYAN HALL JR**
**1530 P B LANE H3326**
**WICHITA FALLS, TX 76302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$28.04**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

3.176 | Nonpriority creditor's name and mailing address

**ARTHUR HANKS MARCEAUX**
**19425 ALTON RD**
**KAPLAN, LA 70548-6613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$147.03**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

3.177 | Nonpriority creditor's name and mailing address

**ARTHUR JACKSON**
**1993 BRIAR GROVE DR**
**CONROE, TX 77301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.03**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

3.178 | Nonpriority creditor's name and mailing address

**ARTHUR L LOEB TR FBO-JOHN**
**LEVIN & JEROME MANNING, TRSTEE**
**NO ADDRESS**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$7.10**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | **$7.10** |

**ARTHUR L. LOEB**
**NO ADDRESS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** | **$66.04** |

**ARTHUR SINGLETON II**
**225 GERALDINE ROAD**
**GIBSON, LA 70356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** | **$4.41** |

**ARTHUR WILSON DIXON**
**C/O TX UNCL PROP RPTG SYS-EFT**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address** | **$0.83** |

**ARTIE L QUIRK**
**315 PARK HILL DR**
**SAN ANTONIO, TX 78212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** | **$20.68** |

**ARTISHA DARDAR**
**106 VOLUNTEER DR**
**ARLINGTON, TX 76014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address** | **$12.89** |

**ARTURO & IDALIA GOMEZ**
**1416 MAIN**
**LAREDO, TX 78040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | **$0.03** |

**ARTURO CONTRERAS**
**2307 MAYA DR**
**LAREDO, TX 78041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
     Name

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.41 |
|---|---|---|---|

**ARTURO VALDEZ JR, ALEX VALDEZ &
ANDY VALDEZ TRUST ARTURO VALDEZ
TRUSTEE
PO BOX 2354
LAREDO, TX 78044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.18 |
|---|---|---|---|

**ARTURO VILLANUEVA
& YOLANDA VILLANUEVA
2014 BISMARK
LAREDO, TX 78043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ASSUMPTION PARISH TAC
MICHAEL J WAGUESPACK TAC
P. O BOX 69
Napoleonville, LA 70390**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Atchafalaya Basin Levee District
525 Court Street
Port Allen, LA 70767**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.96 |
|---|---|---|---|

**AUBERT DUGAS TALBOT JR
P O BOX 1128
NAPOLEONVILLE, LA 70390**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.90 |
|---|---|---|---|

**AUDREY ANN TALLEY
1409 NORTH FIRST ST., APT #2
MORGAN CITY, LA 70380**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.30 |
|---|---|---|---|

**AUDREY ANNA GILLIN TRUST
C/O WILLIAM D JORDAN SUCC TRST
17300 NORTH DALLAS PKWY
SUITE 2050
DALLAS, TX 75248**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **White Oak Resources VI, LLC**
Name

Case number (if known)

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.32 |
|---|---|---|---|

**AUDREY BESS MYERS**
**126 KENWOOD AVE.**
**BOERNE, TX 78006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.89 |
|---|---|---|---|

**AUDREY HAMILTON**
**P O BOX 1495**
**THIBODAUX, LA 70302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36.13 |
|---|---|---|---|

**AUDREY LEWIS**
**412 DRURY LANE**
**SLIDELL, LA 70460**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $48.43 |
|---|---|---|---|

**AUGUST ROBERTS**
**217 RURAL DRIVE**
**BOURG, LA 70343**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.55 |
|---|---|---|---|

**AURORA STERLING BOLIN**
**3300 HARRISON ST**
**WICHITA FALLS, TX 76308**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.35 |
|---|---|---|---|

**AVERILL L MITCHELL**
**1370 OAK MEADOWS**
**CANYON LAKE, TX 78133**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,117.59 |
|---|---|---|---|

**AVOCA LLC**
**701 POYDRAS STREET, Ste 1303**
**NEW ORLEANS, LA 70139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                    Case number (if known) _____
           Name

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.93 |

**3.200**

Nonpriority creditor's name and mailing address
**AZENATH LAGUARTA**
**2830 JARRARD**
**HOUSTON, TX 77005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $18.93
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201**

Nonpriority creditor's name and mailing address
**AZURE TEMPLE**
**1605 CARMEL DR**
**LAFAYETTE, LA 70501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $3.62
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202**

Nonpriority creditor's name and mailing address
**B E SLOANE**
**CO G F STAGG**
**395 N MAJOR DRIVE**
**BEAUMONT, TX 77706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $14.19
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203**

Nonpriority creditor's name and mailing address
**B FRANK STERLING**
**CO MRS HELEN N STERLING**
**3743 PURDUE**
**HOUSTON, TX 77005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $31.59
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204**

Nonpriority creditor's name and mailing address
**B RED, INC.**
**C/O MR. JAMES W. MCCARTNEY**
**3535 WESTHEIMER**
**SUITE 225**
**HOUSTON, TX 77027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $47.13
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205**

Nonpriority creditor's name and mailing address
**B-ENT KMATT, LLC**
**PO BOX 185**
**DEQUINCY, LA 70633**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $200.38
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206**

Nonpriority creditor's name and mailing address
**B.H.C.H. MINERAL, LTD**
**PO BOX 1817**
**SAN ANTONIO, TX 78296-1817**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $3.25
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                Case number *(if known)* _____
          _____
          Name

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $61,527.75 |
|---|---|---|---|

**BADGER OIL CORPORATION**
**P.O. BOX 52745**
**LAFAYETTE, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.44 |
|---|---|---|---|

**BADON HILL, INC.**
**6300 RIDGLEA PLACE**
**SUITE 950**
**FORT WORTH, TX 76116-5704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,100.00 |
|---|---|---|---|

**BADON'S LLC**
**503 LERILLE ST**
**GUEYDAN, LA 70542**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.86 |
|---|---|---|---|

**BADS PARTNERS LP**
**3402 SHORE CREST DR**
**DALLAS, TX 75235**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $93.18 |
|---|---|---|---|

**BALLARD INCENTIVE PART G**
**1021 MAIN STREET, #2310**
**HOUSTON, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38.85 |
|---|---|---|---|

**BANTAM ROYALTIES LLC**
**P O BOX 10668**
**MIDLAND, TX 79702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105.78 |
|---|---|---|---|

**BARBARA B BOREL**
**3861 CATAHOULA HIGHWAY**
**ST MARTINVILLE, LA 70582**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.04 |

**BARBARA B SCOTT**
**2405 CHOWAN WAY**
**ROUND ROCK, TX 78681**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.73 |

**BARBARA BROWNING**
**1441 PAGEWOOD**
**ODESSA, TX 79761**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.14 |

**BARBARA CLEMENTS**
**1331 PARKVIEW TERR. SO.**
**ALGONQUIN, IL 60102**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.87 |

**BARBARA COOK JONTE**
**3902 MANDELL STREET**
**APT #6**
**HOUSTON, TX 77006**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.32 |

**BARBARA DONNA VILLARREAL TRUST**
**BARBARA DONNA VILLARREAL TTEE**
**5617 SPICEWOOD**
**HARLINGEN, TX 78552**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.27 |

**BARBARA GAIL BARTLETT REAM**
**625 WOODLAND STREET**
**IOWA, LA 70647**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.67 |

**BARBARA GENTRY**
**9067 S. WAGNER CIRCLE**
**SANDY, UT 84093**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18.91 |

**BARBARA HOPKINS SADLER**
**3245 WENTWORTH ST**
**BURLINGTON**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $48.19 |

**BARBARA J HARRIS**
**588-B HOLMES BLVD**
**TERRYTOWN, LA 70056**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $83.32 |

**BARBARA MARKS TRASCHER**
**2206 POINT DRIVE**
**MONROE, LA 71201**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22.98 |

**BARBARA TRAHAN**
**AND GEORGE G TRAHAN**
**4815 13TH STREET**
**BACLIFF, TX 77518-2366**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4.77 |

**BARBARA TURNER**
**P O BOX 1364**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $398.94 |

**BARRY ALLEN KRAWCHUK**
**1006 LEBLANC CIRCLE**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6.90 |

**BARRY ANTON MADISE**
**121 OAK STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.97**

BARRY EDWARD RIEDNER
6733 INWOOD DRIVE
NORTH RICHLAND HILLS, TX 76180

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.24**

BARRY HENDERSON
324 S BEVERLY DR #282
BEVERLY HILLS, CA 90212

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.44**

BARRY HENDERSON
324 S BEVERLY DR #282
BEVERLY HILLS, CA 90212

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.82**

BARRY N ROBINSON
219 SIGNAL HILL
SEGUIN, TX 78155

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,744.38**

BASIL OILFIELD SERVICE, INC.
BOX  93
SARATOGA, TX 77585

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$274.08**

BASIN INVESTMENT LLC
PO BOX 2461
MORGAN CITY, LA 70381

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$598.54**

BATYA M FRIEDMAN
330 CARONDELET STREET
SUITE 400
NEW ORLEANS, LA 70130

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                           Case number *(if known)* _____

Name

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,496.70 |

**BAYLOR-MCLEAN INVEST TRUST**
**C/O WELLS FARGO BANK N A**
**P O BOX 41779**
**AUSTIN, TX 78704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274.08 |

**BAYOU LONG LLC**
**JOHN NICHOLAS DILSAVER- MGR**
**1420 HARMON LOOP**
**HOMER, LA 70381**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.64 |

**BEAR, STEARNS & CO**
**ATTN: CASHIERS DEPT 4TH FLOOR**
**ONE METROTECH CTR. NORTH**
**BROOKLYN, NY 11201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.41 |

**BEATRIZ DEL CARMEN DE LA CRUZ**
**1211 SAN DARIO BOX 834**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.64 |

**BEAU S RODDY**
**207 CAROLYN DR**
**LAFAYETTE, LA 70508**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.43 |

**BELINDA MARIE GREIN**
**250 CATTLEBARON TER**
**HENDERSON, NV 89012**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.07 |

**BELTEX INVESTMENTS LP**
**6363 WOODWAY, SUITE 875**
**HOUSTON, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____

    Name

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.19 |

**BEN CLEMENT**
**624 SAN JUAN AVE.**
**FIRCREST, WA 98466**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.13 |

**BENJAMIN C WELCH SR**
**1095 OAK GROVE HIGHWAY**
**GRAND CHENIER, LA 70643**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.77 |

**BENJAMIN CHAPMAN HEBERT III**
**REVOCABLE TRUST DTD 5/23/00**
**% TRINITY LAND AND TRUST CO., TTEE**
**101 W PHILLIPS ST., SUITE C**
**CONROE, TX 77301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.12 |

**BENJAMIN GARLAND STERLING II**
**1200 BARTON CREEK BLVD.,APT 45**
**AUSTIN, TX 78735**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.21 |

**BENJAMIN LUCAS LANG**
**20 FRANCES STREET**
**SAN RAFAEL, CA 94901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.79 |

**BENNIE JOE ROBINSON**
**P O BOX 1008**
**VILLAGE MILLS, TX 77663**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**BEPCO LP**
**KELLY HART PITRE**
**400 POYDRAS ST SUITE 1812**
**NEW ORLEANS, LA 70130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.09 |

**BERGMAN MINERAL HOLDINGS**
**P.O. BOX 813**
**MIDLAND, TX 79702**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.86 |

**BERNADETTE TYLER ROSS**
**P O BOX 867**
**DONALDSONVILLE, LA 70346**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.86 |

**BERNADINE BARNES**
**P O BOX 101**
**DONALDSONVILLE, LA 70346**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.08 |

**BERNICE LAMBERSON**
**ROUTE 4 BOX 448**
**BOWIE, TX 76230**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.04 |

**BERNICE MOTT ESTATE**
**GARY S MOTT EX**
**108 GEORGIA PL**
**PORTLAND, TX 78374**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.48 |

**BERNICE WILLIAMS JOHNSON**
**504 PARISH ROAD**
**THIBODAUX, LA 70301**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.02 |

**BERT E. ROGERS, JR.**
**3015 AVENUE O**
**NEDERLAND, TX 77627**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.256**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.70 |
|---|---|---|
| **BERYL JANE JACKS HENDERSON TRST**<br>**C/O WELLS FARGO BANK**<br>**O&G MIN ADMIN**<br>**P.O. BOX 41779**<br>**AUSTIN, TX 78704** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: <u>Liability of White Oak Operating Company LLC</u> | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.10 |
|---|---|---|
| **BESSIE JONES WILSON**<br>**909 DUSON GLEN DR**<br>**APT C**<br>**HOUSTON, TX 77090** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: <u>Liability of White Oak Operating Company LLC</u> | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.258**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|
| **BESSIE MAE FRANK EVANS**<br>**227 LANDSDOWN DR**<br>**HOUMA, LA 70360** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: <u>Liability of White Oak Operating Company LLC</u> | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.259**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.71 |
|---|---|---|
| **BESSIE MAY HANNA**<br>**2907 METCALF ST**<br>**HOUSTON, TX 77017** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: <u>Liability of White Oak Operating Company LLC</u> | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.260**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.79 |
|---|---|---|
| **BETHENE LELEUX NEWLAND**<br>**AND THOMAS H NEWLAND**<br>**102 HIDDEN WOOD DR**<br>**LAFAYETTE, LA 70508** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: <u>Liability of White Oak Operating Company LLC</u> | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.58 |
|---|---|---|
| **BETTIE MARIE TALBOT**<br>**6350 MARSHALL FOCH STREET**<br>**NEW ORLEANS, LA 70124** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: <u>Liability of White Oak Operating Company LLC</u> | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.262**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.23 |
|---|---|---|
| **BETTY ANNA CHU**<br>**148 S. DOWLEN, PMB 641**<br>**BEAUMONT, TX 77707** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: <u>Liability of White Oak Operating Company LLC</u> | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **White Oak Resources VI, LLC**                                   Case number (if known) _____
              _____
              Name

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.14 |

**BETTY CATHERINE ZEMPTER**
**8303 MATTBY**
**HOUSTON, TX 77061**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.68 |

**BETTY DUGAS**
**PO BOX 80036**
**LAFAYETTE, LA 70598-0036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.89 |

**BETTY HAMILTON**
**129 SUGARCANE WAY**
**THIBODAUX, LA 70301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.13 |

**BETTY HOLMES**
**C/O LEGACY TRUST CO**
**1415 LOUISIANA ST**
**SUITE 1900**
**HOUSTON, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.94 |

**BETTY J VOSBURGH**
**1685 LINNSWAY**
**BEAUMONT, TX 77706**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.58 |

**BETTY JEAN HENRY**
**514 LILLEON LN**
**LAKE CHARLES, LA 70601-5723**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.05 |

**BETTY JO HOPE LYONS**
**1306 MILLCREEK ROAD**
**BELLVILLE, TX 77418**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                      Case number (if known) _____

Name

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.79 |

**BETTY JOYCE HELPA**
**1205 PARK AVENUE**
**LANSDALE, PA 19446**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.43 |

**BETTY R YOUNG DUCHAN**
**P O BOX 585**
**MORGAN CITY, LA 70381**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.19 |

**BETTY S TRAXLER**
**5341 WESTMORELAND**
**TROY, MI 49098**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BETTY SEALE SARGENT**
**MERRILL LYNCH, %PAULA SUTTON**
**1221 MCKINNEY, STE 3900**
**HOUSTON, TX 77010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.76 |

**BETTY T ROBINSON**
**SEP PROP**
**18318 CINDERWOOD DR**
**CYPRESS, TX 77429**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.56 |

**BETTY TYLER WASHINGTON**
**133 MERIAN ST**
**SCHRIEVER, LA 70395**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.32 |

**BETTY WRIGHT**
**PO BOX 200**
**BLANDINSVILLE, IL 61420**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.72 |

**BETTYE KATHRYN PATTON**
**101 HART LANE**
**DRIPPING SPRINGS, TX 78620**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.13 |

**BEULAH PARTAIN**
**303 CHARLES ST**
**CLEVELAND, TX 77327**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.75 |

**BEVERLY ANN BROUSSARD HARGRAVE**
**11 PARK VLG**
**KAPLAN, LA 70548-2935**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.14 |

**BEVERLY ANN OURSO HEIL &**
**HAROLD M. OURSO, LIFE TENANT**
**8632 WARTELLE AVENUE**
**BATON ROUGE, LA 70806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.27 |

**BEVERLY BURRELL**
**PO BOX 1311**
**GRAY, LA 70359**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.49 |

**BEVERLY F HAUSER**
**1111 BERING DRIVE UNIT 603**
**HOUSTON, TX 77057**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.70 |

**BEVERLY GALE JANK BODDEN**
**330 DENTLER ROAD**
**MEYERSVILLE, TX 77974**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.66 |

**BEVERLY GUIDRY TUCKER**
**206 RUE PECANIER**
**CARENCRO, LA 70520**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.38 |

**BEVERLY JEAN ARMSTRONG PARTAIN**
**P O BOX 12**
**CALIMESA, CA 92320**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.94 |

**BEVERLY M CALIENDO**
**723 DELIUS AVE.**
**AURORA, IL 60505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.71 |

**BEVERLY MAZE RIDEAU**
**POST OFFICE BOX 1099**
**PATTERSON, LA 70392**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.49 |

**BEVERLY MIXON**
**1811 FERN STREET**
**NEW ORLEANS, LA 70118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.65 |

**BIG SKY MINERAL TRUST**
**SERENA KUNDYSEK AS TRUSTEE**
**PO BOX 3788**
**ARLINGTON, TX 76007-3788**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507.02 |

**BIG SKY OIL VENTURES INC**
**P O BOX 50607**
**SARASOTA, FL 34232**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.291** | Nonpriority creditor's name and mailing address

**BILLIE ELAINE NELMS**
**C/O BARRY L MCCOLLOM**
**PO BOX**
**KERRVILLE, TX 78029**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$10,796.98**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address

**BILLY FONTENOT**
**9309 ELLIOTT RD**
**GUEYDAN, LA 70542-4122**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$4.43**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address

**BILLY GREIG NICHOLSON**
**6340 TAYLOR**
**GROVES, TX 77619**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.04**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address

**BILLY I PATTERSON**
**912 BENDING BROOK**
**SCHERTZ, TX 78154**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$39.08**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address

**BILLY JAMES DALBY**
**3873 TOKIO ROAD**
**WEST, TX 76442**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$38.37**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address

**BILLYE L. HIX**
**1 BRENNAN PARK**
**AMARILLO, TX 79121-1672**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1,319.12**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address

**BILLYE PEARL HARSHBARGER**
**3880 JUNCTION HWY**
**INGRAM, TX 78025**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$166.25**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                     Case number (if known) _____

Name

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.66 |
|---|---|---|---|

**BITTER END ROYALTIES LP**
**PO BOX 0988**
**DALLAS, TX 75367-0988**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLACK GOLD SURVEYING & ENGINEERING**
**INC**
**C/O ALLEN WALZEL**
**2711 WEST FRONT STREET**
**ALICE, TX 78332**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,178.02 |
|---|---|---|---|

**BLACK STONE MINERALS COMPANY LP**
**1001 FANNIN SUITE 2020**
**HOUSTON, TX 77002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.26 |
|---|---|---|---|

**BLAIR KLEIN**
**BIG ROCK CREEK FARM**
**1325 COUNTY ROAD 3**
**RIVER FALLS, WI 54022-5904**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.57 |
|---|---|---|---|

**BLANCA ELIZLE BARBERENA AND MARIA**
**ISABEL**
**PO BOX 2926**
**LAREDO, TX 78044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,309.05 |
|---|---|---|---|

**BLESSING ROYALTY LP**
**1220 AUGUSTA DRIVE SUITE 400**
**HOUSTON, TX 77057**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.25 |
|---|---|---|---|

**BLISS CAVERLY HOLLAND**
**SP**
**1011 S VALENTIA VILLA #134**
**DENVER, CO 80247**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____   Case number *(if known)* _____
Name

| | |
|---|---|
| 3.305 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                              **$4.69**

**BLUE CHIP REALTY LTD**
**600 SOUTH RIPPLE CREEK 7**
**HOUSTON, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.306 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                         **$16,927.28**

**BOATMANS TRUST COMPANY**
**OIL & GAS DEPT**
**C/O NATIONSBANK TEXAS NA**
**PO BOX 840738**
**DALLAS, TX 75284-0738**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.307 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                             **$14.12**

**BOB A PRUKOP**
**18616 COUNTY ROAD 2340**
**LUBBOCK, TX 79423**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.308 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                          **$6,602.58**

**BOB F WRIGHT**
**556 JEFFERSON STREET SUITE 500**
**LAFAYETTE, LA 70501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.309 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                             **$0.24**

**BOB PAUL LEMAIRE**
**216 BURDIN ROAD**
**LAFAYETTE, LA 70508**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.310 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                             **$35.03**

**BOBBIE JO FRANCIONE HERNANDEZ**
**6121 SUN VALLEY LOT 16**
**EL PASO, TX 79924**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.311 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                            **$252.45**

**BOBBY LIONEL SINGLETON**
**C/O DAISY B SINGLETON**
**P O BOX 2113**
**HAMMOND, LA 70404**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.58 |

**BOBBY R MOORE, JR.**
**22022 CASCADE HOLLOW LANE**
**SPRING, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.37 |

**BONNIE BATCHHELDER**
**C/0 LOIS J TAYLOR IND. EX.**
**6703 WEST AVE UNIT C**
**SAN ANTONIO, TX 78213-2139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.47 |

**BONNIE D GILMORE REES DEC**
**ADDRESS UNKNOWN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,055.76 |

**BONNIE M BROWN**
**JAYNNE WIMBERLEY AIF**
**832 OXFORD DRIVE**
**ODESSA, TX 79764-1238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.07 |

**BORDAGES CO**
**P. O. BOX 3111**
**BEAUMONT, TX 77704-3111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,354.92 |

**BORETS US INC.**
**P. O. BOX 301516**
**DALLAS, TX 75330-1516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,436.00 |

**BOSCO OILFIELD SERVICES, LLC**
**PO BOX 34**
**YOUNGSVILLE, LA 70592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                          Case number *(if known)* _____
      Name

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.44 |
|---|---|---|---|

**BOUNTIFULL LP**
**C/O DAVID S CROCKETT & CO CPAS**
**14180 DALLAS PARKWAY, STE 500**
**DALLAS, TX 75254**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BP AMERICA PRODUCTION CO**
**LISKOW & LEWIS**
**ATTN JOE B NORMAN**
**701 POYDRAS ST SUITE 500**
**NEW ORLEANS, LA 70139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8.44 |
|---|---|---|---|

**BRAD L HONEA**
**AND NANCY HONEA**
**303 GALVESTON ST**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.87 |
|---|---|---|---|

**BRANDIE BOBO STELLY**
**502 CRESTLAWN DRIVE**
**LAFAYETTE, LA 70503**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $274.08 |
|---|---|---|---|

**BREAUX-KELLER MINERALS LLC**
**ATTN:  NADINE K HUVAL MANAGER**
**P.O. BOX 60306**
**LAFAYETTE, LA 70596-0306**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.68 |
|---|---|---|---|

**BRENDA BOEHL**
**8321 FM 1726**
**GOLIAD, TX 77963-3808**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.46 |
|---|---|---|---|

**BRENDA CLAUSE CORMIER**
**510 RAINTREE TR**
**LAFAYETTE, LA 70507**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                          Case number (if known) _____

Name

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.02 |

**BRENDA FRYE**
**P O BOX 691**
**GRAY, LA 70359**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.46 |

**BRENDA GORDON**
**10547 BUNCLODY DR**
**CHARLOTTE, NC 28213**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.34 |

**BRENDA PITTMAN**
**1406 BERNICE STREET**
**MORGAN CITY, LA 70380**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.42 |

**BRENDA SALAZAR SAVOIE**
**330 SAVOIE ROAD**
**CANKTON, LA 70584**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,366.32 |

**BRET C DAVENPORT AND BAROOYR**
**F ZORTHIAN 1998 REVOCABLE TRUST**
**330 CARONDELET STREET**
**SUITE 400**
**NEW ORLEANS, LA 70130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.57 |

**BRETT OIL COMPANY**
**11915 ROYAL ROSE DR**
**HOUSTON, TX 77082**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.92 |

**BRIAN ALAN GUILLORY**
**26 MISTLETOE**
**COVINGTON, LA 70433**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
                  Name

| | |
|---|---|
| 3.333 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**BRIAN C MITCHELL**
**23207 DIAMOND KNOLL CT.**
**KATY, TX 77494**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$2.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** |
|---|---|

**BRIANA BLAIR BOURLAND CRUZ**
**7115 SANDY KNOLLS DR**
**SPRING, TX 77379**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$101.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** |
|---|---|

**BRIDGET ELAINE GAYLE**
**1306 MOSS LN**
**CUERO, TX 77954-2314**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$1.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** |
|---|---|

**BRIDGETT LEGER VERCHER**
**4297 RIGOLETTE ROAD**
**PINEVILLE, LA 71360**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$38.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** |
|---|---|

**BRITTANY N PUTZIG**
**4674 DURHAM ST.**
**HAVERHILL, FL 33417**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$73.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** |
|---|---|

**BROADMOORE BAPTIST CHURCH**
**4110 YOUREE DRIVE**
**SHREVEPORT, LA 71105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$2.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** |
|---|---|

**BROOKE BROUSSARD**
**11416 LA HIGHWAY 696**
**ABBEVILLE, LA 70510**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                     **$2.86**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.340** | **Nonpriority creditor's name and mailing address**

**BROOKE COLLINS BAKER**
**48 PAPWORTH AVENUE**
**METAIRIE, LA 70005**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$134.39**

---

**3.341** | **Nonpriority creditor's name and mailing address**

**BROUSSARD CONTRACTING &**
**INVESTMENTS LTD**
**200 BUTTERCUP DR., APT 518**
**LAFAYETTE, LA 70507**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$202.75**

---

**3.342** | **Nonpriority creditor's name and mailing address**

**BROUSSARD FAMILY TRUST**
**DOROTHY BROUSSARD, TRUSTEE**
**9170 MANION DRIVE**
**BEAUMONT, TX 77706**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.54**

---

**3.343** | **Nonpriority creditor's name and mailing address**

**BROWN FOUNDATION INC**
**P O BOX 130646**
**HOUSTON, TX 77219-0646**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$19.69**

---

**3.344** | **Nonpriority creditor's name and mailing address**

**BROWNTOWN LLC**
**C/O CHESTER H. BROWN, JR., MGR**
**P O BOX 930**
**GREENSBORO, NC 27402**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1.50**

---

**3.345** | **Nonpriority creditor's name and mailing address**

**BRUCE ALLEN JANK**
**208 PEBBLE BROOK**
**VICTORIA, TX 77904**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1.70**

---

**3.346** | **Nonpriority creditor's name and mailing address**

**BRUCE MORTON WILLIAMS**
**1102 HOVEY STREET**
**GARY, IN 46406**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$38.17**

---

Debtor    **White Oak Resources VI, LLC**                              Case number (if known) _____
_____
Name

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.37 |

**3.347**  Nonpriority creditor's name and mailing address

**BRUCE WADE WILLIAMS**
**801 S LAKESHORE DR**
**ROCKWALL, TX 75087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$0.37**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.348**  Nonpriority creditor's name and mailing address

**BRYAN DOUGLAS FORE**
**2205 HALBERT DR.**
**PEARLAND, TX 77581**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$0.37**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.349**  Nonpriority creditor's name and mailing address

**BRYAN J SLOANE JR**
**778 E GROLEE ST**
**OPELOUSAS, LA 70570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$37.91**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.350**  Nonpriority creditor's name and mailing address

**BRYAN NICHOLAS WILLIAMS**
**3419 DARTMOUTH**
**DALLAS, TX 75205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$39.96**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.351**  Nonpriority creditor's name and mailing address

**BRYANT INDUSTRIAL SERVICES LLC**
**P. O. BOX 2460**
**SOUTH PADRE ISLAND, TX 78597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$206,143.88**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.352**  Nonpriority creditor's name and mailing address

**BRYANT R JOHNSON**
**7414 W. SUDDLEY CASTLE**
**HOUSTON, TX 77095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$51.87**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.353**  Nonpriority creditor's name and mailing address

**BSNR RAPTORS, LP**
**PO BOX 201709**
**HOUSTON, TX 77216-1709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$102,380.92**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor **White Oak Resources VI, LLC**                     Case number *(if known)* _____

Name

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,466.23 |
|---|---|---|---|

**BT VENTURES**
**A PARTNERSHIP**
**PO BOX 4033-C**
**LAFAYETTE, LA 70502**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.05 |
|---|---|---|---|

**BUCKHEAD ENERGY LLC**
**PO BOX 471288**
**FORT WORTH, TX 76147**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,043.17 |
|---|---|---|---|

**BUCKHORN SERVICES, LLC**
**PO BOX 2918**
**HOUMA, LA 70360**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.53 |
|---|---|---|---|

**BULLOCK FAMILY LP**
**C/O UBERNOSKY & MAKJERES**
**820 GESSNER SUITE 1200**
**HOUSTON, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.71 |
|---|---|---|---|

**BURTON C BOWEN**
**1403 CARAVELLE CT.**
**KATY, TX 77494**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $362.45 |
|---|---|---|---|

**BURTON HENDERSON**
**ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.35 |
|---|---|---|---|

**BXP ROYALTY LP**
**PO BOX 9023**
**DALLAS, TX 75209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                    Case number (if known) _____
        Name

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.13 |
|---|---|---|---|

**BYRON ANDING**
RT 1 BOX 708
VINTON, LA 70668

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.03 |
|---|---|---|---|

**BYRON MERTON ANDRUS**
PO BOX 97
ZACHARY, LA 70791

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.62 |
|---|---|---|---|

**C B CARTER**
STAR RT
LIBERTY, TX 77575

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.01 |
|---|---|---|---|

**C J MCBRIDE ESTATE**
JOAN FRANCES FUSSELMAN IND EXEC
PO BOX 35
MELISSA, TX 75454

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622.26 |
|---|---|---|---|

**C M THIBODAUX CO LTD**
PO BOX 300
AMELIA, LA 70340

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.98 |
|---|---|---|---|

**C SHAWN MARTIN BARNHART**
11734 GLADE RIVER LANE
TOMBALL, TX 77377

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,496.85 |
|---|---|---|---|

**C SPENCE BILBO**
8901 E CALLE BOLIVAR
TUCSON, AZ 85715

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

Debtor     **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
                    Name

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.59 |
|---|---|---|---|

**C TREBES SASSER
& DEETS FINLEY
P O BOX 6905
SAN ANTONIO, TX 78209**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.41 |
|---|---|---|---|

**C W ROBINSON
RT 1 BOX 1532
DEQUINCY, LA 70633**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.44 |
|---|---|---|---|

**CALEB JOSEPH LEGER
4141 PRINDLE CT APT 102
CHESAPEAKE, VA 23321**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CALHOUN COUNTY APPRAISAL DISTRICT
P.O. BOX 49
Port Lavaca, TX 77979-0049**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.43 |
|---|---|---|---|

**CALVIN SHORT
P O BOX 2104
HOUMA, LA 70361**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.92 |
|---|---|---|---|

**CALVIN SINGLETON
3076 HONOR LANE
TALLAHASSEE, FL 32301**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**CALVIN SINGLETON
3076 HONOR LANE
TALLAHASSEE, FL 32301**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.29 |
|---|---|---|---|

**CALVIN SMITH SINGLETON**
**619 EVERETT ST**
**MORGAN CITY, LA 70380**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.43 |
|---|---|---|---|

**CAMELOT INCOME LTD**
**14500 FOOTHILL BLVD**
**SYLMAR, CA 91342**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CAMERON PARISH TAC**
**P. O.BOX 1250**
**Cameron, LA 70631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.63 |
|---|---|---|---|

**CAMILLE ASHLEY BROUSSARD**
**110 CEZANNE DRIVE**
**RAYNE, LA 70578-2744**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.30 |
|---|---|---|---|

**CAMILLE MARY BREAUX SMATT**
**1501 NW 109 TERRACE**
**PEMBROKE LAKES, FL 33026**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.45 |
|---|---|---|---|

**CAMPLAQ LAND & PRODUCTION CO**
**P O BOX 53717**
**LAFAYETTE, LA 70505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.73 |
|---|---|---|---|

**CANDENCE ELAINE EADY**
**ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                                   Case number (if known) _____
_____
Name

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.51 |
|---|---|---|---|

**CANE PLAZA HOMEOWNERS**
**% SALLY T SEGURA MANAGER**
**1300 LADY OF THE LAKE RD**
**ST MARTINVILLE, LA 70582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.90 |
|---|---|---|---|

**CARA LEE DUNN**
**421 ENGLISH ELM LN**
**NORMAN, OK 73069-9628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.22 |
|---|---|---|---|

**CARALINE CORRENE GOLSON**
**2123 POPLAR PARK DR.**
**KINGWOOD, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.45 |
|---|---|---|---|

**CARAM OIL & GAS INC**
**2803 S BRAESWOOD BLVD**
**HOUSTON, TX 77025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cargill Incorporated**
**Attn Tyler Smith**
**9350 Excelsior Blvd Mail Stop #150**
**Hopkins, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.96 |
|---|---|---|---|

**CARL A SINGLETON**
**406 LEONA STREET**
**MORGAN CITY, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.47 |
|---|---|---|---|

**CARL BAILEY**
**641 PEARL STREET**
**SULPHUR, LA 70663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.74 |
|---|---|---|---|

**CARL COLLINS**
**1 INDEPENDENCE WAY #402**
**JERSEY CITY, NJ 07305**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.12 |
|---|---|---|---|

**CARL E GUNGOLL EXPLORATION LLC**
**PO BOX 18466**
**OKLAHOMA CITY, OK 73154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.96 |
|---|---|---|---|

**CARL LANE HENDERSON**
**P. O. BOX 81**
**NOME, TX 77629**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.54 |
|---|---|---|---|

**CARL MARSAK**
**264 EL DUANE CT**
**SANTE FE, NM 87501**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,028.00 |
|---|---|---|---|

**CARL V ANDERSON JR**
**C/O CLAUDIA BOATRIGHT**
**115 E DAVID DR**
**HAMMOND, LA 70401**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.37 |
|---|---|---|---|

**CARLENE REBECCA PEAL-SCONCE**
**9711 LARCHCREST DR**
**DALLAS, TX 75238**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.52 |
|---|---|---|---|

**CARLISI ET AL**
**10847 VANOWEN ST**
**NORTH HOLLYWOOD, CA 91605**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.396** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17.08**

**CARLOS BECERRA**
**& GUADALUPE H BECERRA**
**8711 BOWENS CROSSING ST**
**APT 4206**
**SAN ANTONIO, TX 78250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.41**

**CARLOS FERNANDEZ- CUSTODIAN**
**KYARA LEE FERNANDEZ- MINOR**
**1803 HARDING**
**LAREDO, TX 78041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.43**

**CARLOS HOMER HINOJOSA**
**5207 WHEELER BRANCH CR**
**AUSTIN, TX 78749**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.19**

**CARLOS MONROE WELCH**
**PO BOX 5428**
**HOUSTON, TX 77262**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.16**

**CARMAN GUERRA SURVIVOR'S TRUST**
**GRACIELA G TORRES CO-TRUSTEE**
**1808 GALVESTON ST**
**LAREDO, TX 78043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34.65**

**CARMEN H URIBE**
**7015 SPRING BRIAR**
**SAN ANTONIO, TX 78209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.37**

**CAROL ANNE J WEST**
**C/O LOIS J TAYLOR IND. EX.**
**6924 EL DORADO**
**HUMBLE, TX 77396**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Case number *(if known)*

Name

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.30 |
|---|---|---|---|

**CAROL BANKS**
**309 CAROL STREET**
**THIBODAUX, LA 70301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.57 |
|---|---|---|---|

**CAROL BETH HAM**
**208 BERRY LANE**
**ABILENE, TX 79602-4045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.10 |
|---|---|---|---|

**CAROL C PRICE**
**7080 CALDER APT A312**
**BEAUMONT, TX 77706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389.22 |
|---|---|---|---|

**CAROL JEAN ABRAMS**
**1531 TROPIC DR**
**NEW ORLEANS, LA 70131**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.62 |
|---|---|---|---|

**CAROL L SCHREIBER**
**141 CREEKVIEW DRIVE**
**CANYON LAKE, TX 78133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.56 |
|---|---|---|---|

**CAROL S JOHNSTON TRUST**
**CAROL S JOHNSTON TRUSTEE**
**410 ALTAMONT CIRCLE**
**CHARLOTTESVILLE, VA 22902**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $568.99 |
|---|---|---|---|

**CAROL S. STAWICKI**
**12137 7TH STREET**
**HOUSTON, TX 77072**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.26 |

**CAROL SUE WOLF**
**565 SANDRINGHAM**
**BEAUMONT, TX 77713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.10 |

**CAROLIN JONES**
**3302 BEAR TRACKS CT.**
**WENTZVILLE, MO 63385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.01 |

**CAROLYN FAY YOCUM**
**6146 HAW CREEK ROAD**
**FAYETTEVILLE, TX 78940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.47 |

**CAROLYN FORD**
**814 PARKWAY DRIVE**
**OWENSBORO, KY 42303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.60 |

**CAROLYN HOPSON FOSTER**
**P.O. BOX 216**
**PLANO, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.63 |

**CAROLYN LOVELESS MOODY**
**PO BOX 35**
**EDEN, TX 76837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.46 |

**CAROLYN M PREJEAN**
**1404 ROPER DR**
**SCOTT, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                         Case number (if known) _____
         _____
         Name

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.04 |
|---|---|---|---|

**CAROLYN MARIE COMEAUX JOCKS**
**38308 PAT DOWNEY ROAD**
**PEARL RIVER, LA 70452**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.09 |
|---|---|---|---|

**CAROLYN THOMAS**
**312 SOUTH RAILROAD STREET**
**MORGAN CITY, LA 70380**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.64 |
|---|---|---|---|

**CARRIE A. BOX**
**5480 THAMES DRIVE**
**BEAUMONT, TX 77708-5034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.65 |
|---|---|---|---|

**CARRIE E SINGLETON**
**4014 CHATHAM ROAD**
**BALTIMORE, MD 21207**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.40 |
|---|---|---|---|

**CARRIE MAE SINGLETON**
**ROUTE 103 MACHALL LANE**
**PINE GROVE, LA 70453**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**CARRIE WINBERRY DUNCAN**
**255 N ANN STREET**
**SOUR LAKE, TX 77659**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.38 |
|---|---|---|---|

**CARROLL S MASTERSON ESTATE**
**CO PINNACLE TRUST & MGMT**
**5599 SAN FELIPE SUITE 300**
**HOUSTON, TX 77056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                          Case number (if known) _____
_____
                Name

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.91 |

**CARTER R MONTGOMERY**
**BAILEY'S TAX SERVICE**
**P.O. BOX 847**
**MCKINNEY, TX 75070-0847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.96 |

**CASSANDRA M SINGLETON**
**406 LEONA STREET**
**MORGAN CITY, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,686.79 |

**CASTEX OFFSHORE INC**
**333 CLAY STREET**
**SUITE 2900**
**HOUSTON, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,910.06 |

**CASTLE ROYALTIES LLC**
**SUBSIDIARY-NOBLE ROYALTIES INC**
**PO BOX 660082**
**DALLAS, TX 75266-0082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.41 |

**CATARINO & WIFE DEMETRIA CANTU**
**906 FREEMONT**
**LAREDO, TX 78040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.02 |

**CATHERINE ANN CHAPMAN TRUST**
**1615 RAMBLING STONE**
**RICHMOND, TX 77406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.73 |

**CATHERINE BOWER SIMMONS**
**1481 MOUNT PISGAH ROAD**
**KILGORE, TX 75662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor __White Oak Resources VI, LLC_____     Case number (if known) _____
      Name

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.36 |
|---|---|---|---|

**CATHERINE CHASTANT BORDELON**
**PO BOX 4507**
**LAFAYETTE, LA 70502**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.63 |
|---|---|---|---|

**CATHERINE H CRAMER**
**5077 ELLIS ROAD**
**CROWLEY, LA 70526**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.82 |
|---|---|---|---|

**CATHERINE M SAVAGE ESTATE**
**B L KNIGGE INDPT EXECUTOR**
**9570 BRIAR FOREST**
**HOUSTON, TX 77063**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,296.98 |
|---|---|---|---|

**CATHERINE P MARSHALL**
**% CHARLES D MARSHALL JR**
**833 N BEACH BLVD**
**WAVELAND, MS 39576**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.41 |
|---|---|---|---|

**CATHERINE ROBINSON**
**174 LITTLE SAWMILL ROAD**
**LAUREL, MS 39443**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.98 |
|---|---|---|---|

**CATHERINE TALBOT MALONEY**
**1009 MONTROSE BLVD**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.30 |
|---|---|---|---|

**CATHERINE Z DUPLANTIS**
**P O BOX 1078**
**GRAY, LA 70359**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                     Case number (if known) _____
_____
Name

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.56 |
|---|---|---|---|

**3.438**

Nonpriority creditor's name and mailing address
**CATHY LOUISE MARTEL**
**P. O. BOX 386**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     **$5.56**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.439**

Nonpriority creditor's name and mailing address
**CAULEY-BARKER LTD LP**
**BILLY/BETH CAULEY GEN PTNRS**
**603 BLUE COVE**
**GRANITE SHOALS, TX 78654**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     **$73.67**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.440**

Nonpriority creditor's name and mailing address
**CBOM LLC**
**2000 MCKINNEY AVE., STE 975**
**DALLAS, TX 75201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.67**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441**

Nonpriority creditor's name and mailing address
**CECIL PHILLIP BORDAGES, II**
**450 JUDGE LONG ROAD**
**LEESVILLE, SC 29070-9078**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.20**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442**

Nonpriority creditor's name and mailing address
**CECILE ANN LEMAIRE**
**25620 CHESTNUT RD**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.24**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443**

Nonpriority creditor's name and mailing address
**CECILE HEBERT CHATAGNIER**
**117 N TRAHAN AVE**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.27**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444**

Nonpriority creditor's name and mailing address
**CEDAR CREEK OIL CO INC**
**120 DWAIN DR**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                     **$33.23**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____

Name

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.15 |

**CEDE & CO.**
**BOWLING GREEN STATION**
**BOX 20**
**NEW YORK, NY 10004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.11 |

**CEDRIC AARON**
**11000 HARROW RD**
**NEW ORLEANS, LA 70127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.09 |

**CEDRIC CLARK**
**2037 FERNANDO CT**
**MARRERO, LA 70072**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.56 |

**CELESTINE GORDON BELL ESTATE**
**THOMAS L MINES PERSONAL REP**
**5261 DELMAR BLVD SUITE 304**
**ST LOUIS, MO 63108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.34 |

**CELESTINE TYLER BATISTE**
**P O BOX 369**
**LABADIEVILLE, LA 70372**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.15 |

**CELIA A CLOWE**
**981 WINDMILL RUN**
**WIMBERLEY, TX 78676**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.18 |

**CELIA PEREZ MIRELES**
**2702 HUNTER'S CROSSING**
**HARLINGEN, TX 78550**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
         _____
         Name

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.57 |
|---|---|---|---|

**CELINA H CHAVEZ AND CYNTHIA H**
**PO BOX 440809**
**LAREDO, TX 78044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.02 |
|---|---|---|---|

**CENOVIA SALAZAR**
**3302 SALINAS**
**LAREDO, TX 78040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CENTRAL RESOURCE CORP**
**C/O CAPITOL CORPORATE SERVICES INC**
**36 SOUTH 18TH AVENUE SUITE D**
**BRIGHTON, CO 80601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.20 |
|---|---|---|---|

**CEOLA WILLIAMS BURKS**
**6045 CRAIGE ROAD**
**NEW ORLEANS, LA 70126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.18 |
|---|---|---|---|

**CESAR ENRIQUE RIOS MIRON**
**PO BOX 1637**
**LAREDO, TX 78044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**CHAD M FARRELL**
**675 JEFFERSON STREET**
**JEFFERSON, LA 70121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.67 |
|---|---|---|---|

**CHAD WESLEY HENDERSON**
**14623 TIMBERGREEN DRIVE**
**MAGNOLIA, TX 77355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

Debtor **White Oak Resources VI, LLC**

Case number (if known) _____

Name

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.32 |
|---|---|---|---|

**CHANDLER MADISE**
**510 GREENWOOD STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.90 |
|---|---|---|---|

**CHARISSA L MCCULLOUGH**
**C/O ANITA M PICKARD**
**6514 PEACOCK DRIVE**
**CORPUS CHRISTI, TX 78413**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.03 |
|---|---|---|---|

**CHARLA WAGNER DURAN**
**3314 DUBLIN**
**EL PASO, TX 79925**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.44 |
|---|---|---|---|

**CHARLENE HENDERSON**
**173 GERALDINE RD**
**GIBSON, LA 70356**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.78 |
|---|---|---|---|

**CHARLENE S USIE**
**P O BOX 1232**
**BREAUX BRIDGE, LA 70517**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.42 |
|---|---|---|---|

**CHARLES A TATE JR**
**505 NEDERLAND DR**
**HOUMA, LA 70360**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.32 |
|---|---|---|---|

**CHARLES AUSTIN LEGER**
**6250 ROSEWOOD DR. APT 105**
**NORTH RICHLAND HILLS, TX 76180-4935**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __White Oak Resources VI, LLC__        Case number *(if known)* _____

          Name

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.47 |
|---|---|---|---|

**CHARLES BURRELL JR**
**2188 OAKTREE DR**
**LAPLACE, LA 70068**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.47 |
|---|---|---|---|

**CHARLES D ROTTERSMANN**
**C/O MEREDITH ROTTERSMANN, POA**
**4124 PRAIRIE FIRE CIRCLE**
**LONGMONT, CO 80503**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.73 |
|---|---|---|---|

**CHARLES EDWARD PATTON**
**2210 AIRPORT HWY 21**
**SAN MARCOS, TX 78666**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.59 |
|---|---|---|---|

**CHARLES EDWIN KYLE**
**4891 HWY 87**
**FRANKLIN, LA 70538**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.71 |
|---|---|---|---|

**CHARLES G ROBERTS**
**209 SOUTHWOOD DR**
**HOUMA, LA 70364**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.29 |
|---|---|---|---|

**CHARLES GEBHARDT**
**M&M LIEN AG FAO DON MCCLURE**
**5701 WOODWAY, SUITE 320**
**HOUSTON, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383.60 |
|---|---|---|---|

**CHARLES GEBHARDT/M&M LIEN AGT**
**FAO DDH RESOURCES II, LLC**
**5701 WOODWAY, SUITE 320**
**HOUSTON, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __White Oak Resources VI, LLC_____     Case number *(if known)* _____
                         Name

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.70 |

**CHARLES HAVEN PAYNE**
**1103 WOODMERE LANE**
**OWENSBORO, KY 42303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.02 |

**CHARLES J HARRISON**
**12354 BAYOU TERRACE**
**ST AMANT, LA 70774**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.04 |

**CHARLES LESLIE PEAL**
**2605 ROBBY DRIVE**
**CORPUS CHRISTI, TX 78410**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.99 |

**CHARLES M TAYLOR JR**
**C/O CHARLES M TAYLOR SR**
**5905 MEDIAN RD**
**AUSTIN, TX 78734**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.67 |

**CHARLES MITCHELL**
**327 ISERINGHAUSEN ROAD**
**CHURCH POINT, LA 70525**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.47 |

**CHARLES O NOBLE IV**
**990 CAROLINA ST**
**SAN FRANCISCO, CA 94107-3337**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.04 |

**CHARLES R NICHOLSON**
**PO BOX 1258**
**COMFORT, TX 78013**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____     Case number (if known) _____
Name

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.67 |

**CHARLES RAY SHIRLEY**
**10201 SIGNAL HILL ROAD**
**AUSTIN, TX 78737**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.02 |

**CHARLES V. ALBERTO**
**17 BELLECHASE GARDENS DRIVE**
**BEAUMONT, TX 77706**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.45 |

**CHARLES W ANDERSON**
**7203 FOREST PINE**
**SAN ANTONIO, TX 78240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.60 |

**CHARLES W HAIR III**
**13906 HOOTSELL CT**
**BATON ROUGE, LA 70816**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.73 |

**CHARLES W STANLEY JR**
**P O BOX 117762**
**CARROLLTON, TX 75011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.40 |

**CHARLES W STEWART**
**2600 WINDMERE RD**
**HANNIBAL, MO 53401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.84 |

**CHARLES WILLIAM HAYDON**
**601 GATLIN CREEK RD**
**DRIPPING SPRINGS, TX 78620**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Case number (if known) _____

Name

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.75 |

**CHARLOTTE ANN COLEMAN THERIOT**
**1000 RENAUD, LOT 103**
**SCOTT, LA 70583**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.57 |

**CHARLOTTE EANES**
**1400 E 18TH ST**
**GEORGETOWN, TX 78626**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.77 |

**CHARLOTTE L LELEAUX**
**2716 CON DIOS LANE**
**SULPHUR, LA 70663**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94.82 |

**CHARLOTTE L MCILHERAN**
**439 INDIGO STREET**
**SAN ANTONIO, TX 78216**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.18 |

**CHARLOTTE STRICKLAND**
**2222 SAPPHIRE LN.**
**PAYSON, AZ 85541**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.19 |

**CHARLSIE JAN COLLINS EDWARDS**
**PO BOX 1706**
**HILLTOP LAKES, TX 77871**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.97 |

**CHARMANE BROWN**
**2469 18TH AVENUE**
**SAN FRANCISCO, CA 94116**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____

Name

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.82** |

**CHASSIDY LYNN JOHNSON**
**19327 CASCADE GREEN COURT**
**HOUSTON, TX 77073**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Chato Energy LLC**
**100 Glenborough Drive Suite 442**
**Houston, TX 77067**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **April and May Oil Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.04** |

**CHERIE GRIFFITH GIBLIN**
**17905 PRESTWICK AVE**
**BATON ROUGE, LA 70810**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.78** |

**CHERYL A HASKIN**
**415 TOLSON RD**
**LAFAYETTE, LA 70508-5813**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.70** |

**CHERYL ANN ROBERTS**
**4010 KING ROAD**
**PHILPOT, KY 42366**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.29** |

**CHERYL H SMITH**
**801 FM 2010 APT #2304**
**CHANDLER, TX 75758-2278**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.73** |

**CHESTER CECIL PATTON JR**
**345 CONCHO TRL**
**HARPER, TX 78631**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.36 |

**CHESTER L SPAW**
**PO BOX 1881**
**AUSTIN, TX 78767**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CHEVRON PIPELINE CO**
**C/O KING & SPALDING**
**ATTN ASHLEY C PARRISH**
**1700 PENNSYLVANIA AVE NW SUITE 200**
**WASHINGTON, DC 20006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CHEVRON USA HOLDINGS INC**
**C/O KING & SPALDING**
**ATTN ASHLEY C PARRISH**
**1700 PENNSYLVANIA AVE NW SUITE 200**
**WASHINGTON, DC 20006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Chevron USA Inc**
**Attn Land Manager**
**100 Northpark Blvd**
**Covington, LA 70433**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Surety Bond**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CHEVRON USA INC**
**C/O  KING & SPALDING**
**ATTN ASHLEY C PARRISH**
**1700 PENNSYLVANIA AVE NW SUITE 200**
**WASHINGTON, DC 20006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.99 |

**CHINA METHODIST CHURCH**
**P. O. BOX 8**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                  Case number *(if known)* _____

Name

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.51** |

**CHINA VOLUNTEER FIRE DEPT**
**P.O. BOX 697**
**CHINA, TX 77613-0687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.08** |

**CHOCTAW ENERGY LTD**
**P.O. BOX 6387**
**SAN ANTONIO, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.63** |

**CHRIS JULES BROUSSARD**
**486 PAUL MCMILLIAN RD**
**DERIDDER, LA 70634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.59** |

**CHRISTINA DURDIN WARREN**
**845 COUNTY ROAD 1457**
**LINDEN, TX 75563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.42** |

**CHRISTINA SIMON MARCEAUX**
**2011 N. HERPIN**
**KAPLAN, LA 70548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.06** |

**CHRISTINE BORDAGES PASLICK**
**1712 HIGHVIEW CHURCH RD.**
**BLOOMFIELD, KY 40008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.59** |

**CHRISTINE F CANTY TRUST**
**C/O CANDACE FOSTER**
**216 LOUISA STREET**
**MORGAN CITY, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____

_____
Name

---

| 3.514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.42** |

**CHRISTINE KLJAVIN**
**3279 MT DIABLO COURT 14**
**LAFAYETTE, CA 94549**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.29** |

**CHRISTINE LEGER VOAN**
**18099 WESTBURY ROAD**
**BEAUMONT, TX 77713-2045**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54.93** |

**CHRISTINE M KOPENITS**
**4405 SW 1ST AVE**
**AMARILLO, TX 79106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.64** |

**CHRISTINE NAPLES**
**123 WEST OAKWOOD PLACE**
**BUFFALO, NY 14214**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.75** |

**CHRISTOPHER BROWN**
**350 COUNTY ROAD 248**
**HOPE, AR 71801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.27** |

**CHRISTOPHER DAN BURRELL**
**402 STADIUM DR**
**HOUMA, LA 70360**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.30** |

**CHRISTOPHER FRANK**
**UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.521**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER G MILLER**
**LIVING TR C G MILLER, TRUSTEE**
**3131 S LEWIS PLACE**
**TULSA, OK 74105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$551.80**

---

**3.522**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER M WEIL**
**1601 ELM ST, LB 100, STE 1900**
**DALLAS, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$4.43**

---

**3.523**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER MEYER RATLIFF**
**1031 62ND COURT NE**
**SALEM, OR 97317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$3.15**

---

**3.524**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER TODD ELLISON**
**125 RACHEL LANE**
**LUMBERTON, TX 77657**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$7.19**

---

**3.525**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER WEBSTER WELCH**
**142 HARLEY DR**
**MONTGOMERY, TX 77356-8812**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$0.13**

---

**3.526**

**Nonpriority creditor's name and mailing address**

**CHRISTY ADELAIDE STAHL**
**1807 MOUNTAIN LAKE ROAD**
**DALLAS, TX 75224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$327.84**

---

**3.527**

**Nonpriority creditor's name and mailing address**

**CHYRELL HARRIS**
**406 LEONA STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$2.96**

---

Debtor   **White Oak Resources VI, LLC**                                Case number (if known) _____
                Name

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.17 |
|---|---|---|---|

**CITADEL OIL & GAS INC.**
**P O BOX 134**
**KAPLAN, LA 70548**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**CITY OF CHINA TEXAS**
**425 N. BROADWAY**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CITY OF LAREDO TAX DEPT.**
**ELIZABETH MARTINEZ, RTA**
**P O BOX 6548**
**Laredo, TX 78042-6548**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.22 |
|---|---|---|---|

**CLAIRE ANN LEGER ADKINS**
**P. O. BOX 639**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.18 |
|---|---|---|---|

**CLAIRE BORDAGES**
**C/O GEM BORDAGES**
**500 FERRY RD., APT 415**
**GALVESTON, TX 77550**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.97 |
|---|---|---|---|

**CLAIRE ST GERMAIN FITZPATRICK**
**USUFRUCT**
**12118 E ADMIRAL DOYLE DR**
**JEANERETTE, LA 70544**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.57 |
|---|---|---|---|

**CLARA ANN BRYANT BENNEY**
**C/O CLARA K HASTER**
**9931 SAGEROCK DR**
**HOUSTON, TX 77089**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Case number (if known) _____

Name

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.64 |
|---|---|---|---|

**CLARA MAE CONNER**
**107 AMETHYST**
**HORSESHOE BAY, TX 78657**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.76 |
|---|---|---|---|

**CLARA SIMMONS LAUGHLIN**
**430 5TH ST**
**JENNINGS, LA 70546**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.04 |
|---|---|---|---|

**CLARE HALL**
**503 NORTHFIELD DRIVE**
**CIRCLEVILLE, OH 43113-2061**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.47 |
|---|---|---|---|

**CLARENCE BAILEY**
**P O BOX 1842**
**MORGAN CITY, LA 70381**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.15 |
|---|---|---|---|

**CLARENCE CROSS IV**
**1711 EAST 83RD STREET**
**CHICAGO, IL 60617**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.30 |
|---|---|---|---|

**CLARENCE DAGGS**
**310 WILLOWDALE**
**GRAY, LA 70359**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.77 |
|---|---|---|---|

**CLARENCE JONES**
**3406 WOODED LANE**
**CONROE, TX 77301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____

      Name

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.37** |
|---|---|---|---|

**CLARK OIL & GAS LLC**
**602 MOBLEY RD**
**CEDAR HILL, TX 75104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,514.18** |
|---|---|---|---|

**CLAUDIA BOATWRIGHT**
**lka**
**1303 HARVEY STREET**
**HAMMOND, LA 70401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.18** |
|---|---|---|---|

**CLAUDINA BENAVIDEZ DIAZ**
**1402 ALAMEDA**
**LAREDO, TX 78045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.53** |
|---|---|---|---|

**CLAY OHRT**
**2462 BERGER RD**
**VICTORIA, TX 77905**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.81** |
|---|---|---|---|

**CLAY RANDLE PHILLIPS**
**PO BOX 157**
**BOYCE, LA 71409**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.32** |
|---|---|---|---|

**CLAYTON CHARLES VERCHER**
**654 MEADOWGREEN DR**
**PORT NECHES, TX 77651-6018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.69** |
|---|---|---|---|

**CLAYTON N SMITH ESTATE**
**JUDY WILD AS INDEP ADMIN**
**L C WILD JR IND EXECUTOR**
**14027 MEMORIAL DR.**
**HOUSTON, TX 77079**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____

Name

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,203.73 |
|---|---|---|---|

**CLEMENTE R RUIZ**
**PO BOX 450505**
**LAREDO, TX 78045**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.46 |
|---|---|---|---|

**CLEVIE BRYAN EST**
**1802 DARTMOUTH ST**
**ALEXANDRIA, LA 71301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.09 |
|---|---|---|---|

**CLIFF C COLLINS**
**6929 E LOWRY BLVD**
**DENVER, CO 80230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.54 |
|---|---|---|---|

**CLINTON JAMES VERCHER**
**2134 E SEQUIM BAY RD**
**SEQUIM, WA 98382**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.37 |
|---|---|---|---|

**CLYDE ROBINSON**
**C/O M P ROBINSON**
**6126 ABINGTON WAY**
**HOUSTON, TX 77008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,188.09 |
|---|---|---|---|

**CLYDE SHOOK**
**ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,390.90 |
|---|---|---|---|

**CMP VIVA LP**
**PO BOX 736394**
**DALLAS, TX 75373-6394**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.556** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4.04**

**COASTAL MANAGEMENT TRUST**
**PO BOX 1569**
**PORTER, TX 77365**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00**

**COASTAL RESOURCE CONSULTING, LLC**
**PO BOX 822**
**CROWLEY, LA 70527**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.95**

**COBRA PETROLEUM COMPANY, LP**
**777 TAYLOR STREET**
**SUITE 810**
**FORT WORTH, TX 76102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,600.00**

**COCHRAN PROP. TAX SERVICE INC.**
**dba COCHRAN & COMPANY**
**HOUSTON, TX 77066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.86**

**COLETTE SIMS ROBERTSON**
**3939 GREATWOOD STREET**
**GRAY, LA 70359**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.88**

**COLMA L COLE**
**10669 COUNTY RD 456 S**
**HENDERSON, TX 75654**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.51**

**COMMUNITY MINERALS LLC**
**2925 RICHMAOND AVENUE**
**SUITE 1200**
**HOUSTON, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Name

Case number (if known) _____

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.57 |
|---|---|---|---|

**CONCEPCION C ORTIZ**
**411 ARK CTS**
**LAREDO, TX 78046**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CONCORDE PRODUCTION CO LLC**
**P.O. BOX 22288**
**HOUSTON, TX 77227-2288**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.80 |
|---|---|---|---|

**CONNIE A MAY**
**PO BOX 430**
**MT ENTERPRISE, TX 75681**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.30 |
|---|---|---|---|

**CONNIE DEPEW**
**997 EDWARDS DRIVE**
**BLANCO, TX 78606**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.71 |
|---|---|---|---|

**CONNIE J JONISCHKIES**
**2201 SW 28TH ST #74**
**OKEECHOBEE, FL 34974**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.62 |
|---|---|---|---|

**CONNIE WINBERRY**
**510 LINDBERG**
**VIDOR, TX 77662**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,282.18 |
|---|---|---|---|

**CONOCO PHILLIPS COMPANY**
**REAL PROPERTY ADMINISTRATION**
**P O BOX 7500**
**BARTLESVILLE, OK 74005**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,864.31** |
|---|---|---|---|

**CONOCOPHILLIPS COMPANY**
ATTN: LEASE GAS/CASH RECEIPTS
22295 NETWORK PLACE
CHICAGO, IL 60673

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ConocoPhillips Company**
c/o Deborah DeRoche
Kuchler Kuchler Polk Weiner, LLC
1615 Poydras St. Suite 1300
New Orleans, LA 70112

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,769.12** |
|---|---|---|---|

**CONRAD O'NIELL LOBDELL**
918 THIRD STREET APARTMENT C
FRANKLIN, LA 70538

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.03** |
|---|---|---|---|

**CONSTANTINO PROSPER TRUSTEE FBO**
ROBERT PARTICIA & MARIA PROSPER
705 2ND ST
MENASHA, WI 54952

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.03** |
|---|---|---|---|

**CONSTELLATION PETROLEUM PARTNERS, L.P.**
5773 WOODWAY DRIVE, NO. 750
HOUSTON, TX 77057

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7.13** |
|---|---|---|---|

**CORA JOBE**
707 S RD BOX 281
BAYTOWN, TX 77520

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7.02** |
|---|---|---|---|

**COREY ANDREW ESPINOSA**
1119 WOODLAND CT
RICHMOND, TX 77406-6551

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                        Case number (if known) _____

_____
Name

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.16 |

**CORREZE G DOYLE TRUST**
**ELIZABETH J WIGGINS SUCC TTEE**
**4721 RIVERRIDGE RD.**
**LAKE CHARLES, LA 70605-5510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.01 |

**CORY J TOUCHET**
**15939 DOTSAY ROAD**
**ABBEVILLE, LA 70510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.67 |

**CORY MICHAEL HENDERSON**
**5816 WHITMAN AVE**
**FORT WORTH, TX 76133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.96 |

**COTTONWOOD RESOURCES INC**
**PO BOX 702796**
**TULSA, OK 74170**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.18 |

**COURTNEY WIMBERLY COOK**
**7038 CENTRE GROVE DRIVE**
**HOUSTON, TX 77069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**COVENANT OIL AND GAS LP**
**1220 AUGUSTA DRIVE**
**SUITE 400**
**HOUSTON, TX 77057**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CPBG, LLC**
**C/O CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**          Case number (if known) _____

Name

| | |
|---|---|

**3.584** Nonpriority creditor's name and mailing address

**CRAIG A HARRIS**
**AND WIFE,SALENA T. HARRIS**
**2619 AVENUE F**
**NEDERLAND, TX 77627**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$10.72**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585** Nonpriority creditor's name and mailing address

**CRAIG GARSHELIS**
**533 CHENERY ST**
**SAN FRANCISCO, CA 94131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$1.19**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.586** Nonpriority creditor's name and mailing address

**CRAIG MAURICE RATCLIFF SR**
**5403 FALLWOOD DRIVE APT 110**
**INDIANAPOLIS, IN 46220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$41.99**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** Nonpriority creditor's name and mailing address

**CRAIG ROBERT HENSGENS**
**304 WILKINSON ST**
**GUEYDAN, LA 70542**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$9.90**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** Nonpriority creditor's name and mailing address

**CRUTCHER OIL & GAS III LTD**
**P O BOX 8180**
**METAIRIE, LA 70011-8180**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.22**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** Nonpriority creditor's name and mailing address

**CRYSTAL WAGNER SPARKS**
**12101 QUAIL HARVEST LN**
**EL PASO, TX 79936**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$35.03**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** Nonpriority creditor's name and mailing address

**CSI COMPRESSCO SUB, INC**
**3809 S FM 1788**
**MIDLAND, TX 79706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$3,999.75**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

Debtor __White Oak Resources VI, LLC_____   Case number (if known) _____

| | |
|---|---|

**3.591** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$406.28**

**CUDD & CO %JP MORGAN CHASE PVT**
**ATTN: JANET YOUNG**
**500 STANTON CHRISTIANA RD.**
**STE: OPS 3 FLOOR 1**
**NEWARK, DE 19713**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.87**

**CULROY P&A   RTA ACCT**
**JAMES D. CULVER, GEN PARTNER**
**P. O. BOX 7666**
**TYLER, TX 75711**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CUPULA LP**
**C/O WAGNER OIL COMPANY**
**500 COMMERCE STREET**
**SUITE 600**
**FORT WORTH, TX 76102**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.594** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.79**

**CURTIS HENDERSON**
**103 PRICE COLLINS ROAD**
**HOUMA, LA 70360**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.595** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.53**

**CURTIS WOODFORD CLAYTON**
**RT 2 BOX 209**
**CHURCH POINT, LA 70525**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.596** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.54**

**CYNTHIA A STEELE**
**9515 OLD LOCKHART ROAD**
**AUSTIN, TX 78747**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.597** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.43**

**CYNTHIA ANN RODRIGUEZ**
**13850 MAGNOLIA WAY**
**HELOTES, TX 78023**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.598 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | | $216.31 |

**CYNTHIA JEAN GORDON CAMPBELL**
**100 ADMIRAL CALLAGHAN LANE #5253**
**VALLEJO, CA 94591**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | | $1.86 |

**CYNTHIA MARTINEZ**
**PO BOX 1427**
**ALICE, TX 78333**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | | $52.51 |

**CYNTHIA MOUTON SMITH**
**607 LEO STREET**
**PATTERSON, LA 10392**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | | $979.62 |

**CYNTHIA SONNIER**
**DO NOT ESCHEAT**
**P. O. BOX 1664**
**ROCKPORT, TX 78381**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | | $1.03 |

**CYNTHIA WILLIAMSON HOFFNER**
**420 KETCHIE ROAD**
**MOUNT ULLA, NC 28125**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | | $267.95 |

**CYPRESS MILL PROPERTIES LLC**
**% DEROUEN & WELLS CPA**
**11021 PERKINS ROAD, STE B**
**BATON ROUGE, LA 70810-3009**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | | $28.04 |

**CYPRESS PT ROYALTIES LP**
**701 BRAZOS STREET**
**SUITE 660**
**AUSTIN, TX 78701**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

Official Form 206 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     Page  88 of 566

Debtor   **White Oak Resources VI, LLC**          Case number *(if known)* _____
_____
        Name

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.05 |

**D BURT DUNN**
**7500 SAN FELIPE, STE 340**
**HOUSTON, TX 77063**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.77 |

**D H E INVESTMENTS LLC**
**PO BOX 1273**
**GOLIAD, TX 77963**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.23 |

**D'ANDRE DENISE CLARK**
**1208 ALAN LANE**
**MIDWEST CITY, OK 73130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.11 |

**DAHLIA C MCMANUS**
**1517 N TRAVIS**
**LIBERTY, TX 77575**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.08 |

**DAILEY ROYALTIES INC**
**821 HARVARD DR.**
**EDWARDSVILLE, IL 62025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.88 |

**DAISY B SINGLETON**
**P O BOX 2113**
**HAMMOND, LA 70404**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.84 |

**DAISY M DRISKELL**
**202 SOUTH JOHNSON ST**
**DEKALB, TX 75559**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                    Case number (if known) _____

Name

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.79 |
|---|---|---|---|

**DALE A CORNELIUS**
**C/O LEONA B CORNELIUS**
**PO BOX 687**
**BLESSING, TX 77419**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.54 |
|---|---|---|---|

**DALE ANTHONY SMITH**
**116 ELSINORE CIR**
**LAFAYETTE, LA 70508**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**DALE PATRICK JANNISE**
**AND BETTY J. JANNISE**
**P. O. BOX 8493**
**LUMBERTON, TX 77657-0493**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,121.91 |
|---|---|---|---|

**DAMIANA A BENAVIDES 1996-M TRUST**
**MANUEL A BENAVIDES, TRUSTEE**
**P.O. BOX 1416**
**MEDINA, TX 78055**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,840.81 |
|---|---|---|---|

**DAMIANA A BENAVIDES 1997-C TRUST**
**MANUEL A BENAVIDES, TRUSTEE**
**PO BOX 1416**
**MEDINA, TX 78055**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.28 |
|---|---|---|---|

**DAN BARTON LEGER**
**P. O. BOX 639**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.16 |
|---|---|---|---|

**DAN C PERRY**
**ATTORNEY AT LAW**
**16006 VIA SHAVANO**
**SAN ANTONIO, TX 78249**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.58 |

**DAN HURLEY**
**400 PRINCETON WOODS**
**LAFAYETTE, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.28 |

**DAN P WILLIAMSON**
**373 COUNTY ROAD 092**
**JASPER, TX 75951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.50 |

**DAN W GOYEN**
**373 PACO RD**
**VICTORIA, TX 77904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.15 |

**DANA & CO % STATE STREET BANK**
**FBO ROBERT BROWN AC#2109610**
**200 CLARENDON STREET**
**BOSTON, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.81 |

**DANA HASTER PIOWATY**
**742 BAYSIDE DRIVE UNIT 205**
**CAPE CANAVERAL, FL 32920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.59 |

**DANA ROSE CARTER**
**P O BOX 611**
**CHINA, TX 77613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.78 |

**DANA TYLER**
**5519 BAYOU BLACK DRIVE**
**GIBSON, LA 70356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                Case number (if known) _____
         _____
         Name

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DANCHOK FAMILY TRUST**
**PO BOX 516**
**AURORA, OR 97002-0516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.22 |

**DANIEL BRADFORD LEGER**
**15107 ARENOSA AVE**
**MONT BELVIEU, TX 77523-8061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.68 |

**DANIEL BULLARD**
**11434 IVY HOME PLACE**
**HENRICO, VA 23233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.16 |

**DANIEL H DAILEY III**
**150 W MAPLE ST**
**APT 1817**
**CHICAGO, IL 60610-5419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.81 |

**DANIEL J WALKER**
**11626 WILLOW OAK AVE**
**BATON ROUGE, LA 70815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.66 |

**DANIEL LOPEZ**
**1102 ANDREW**
**LAREDO, TX 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.81 |

**DANIEL MAXIE LOBRANDON**
**5097 TORONTO WAY**
**SACRAMENTO, CA 95820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                        Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.02 |

**DANIEL P PEREZ**
**& DIANA V PEREZ**
**6717 LINKWAY ST**
**SAN ANTONIO, TX 78240**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.78 |

**DANIEL R BLOOMER**
**410 DEER MEADOW BLVD**
**BROUSSARD, LA 70518-5234**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1,058.37 |

**DANIEL S REILLY**
**608 A VINTAGE RESERVE LN**
**NAPLES, FL 34119**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.82 |

**DANIELLE R LEBLANC**
**12540 WALDEN RD**
**BEAUMONT, TX 77713**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. Unknown |

**Daniels & Tredennick PLLC**
**6363 Woodway Drive Suite 700**
**Houston, TX 77057**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1.62 |

**DANNIS L ROBINSON**
**9807 MARBACH CRST**
**SAN ANTONIO, TX 78245-4476**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. Unknown |

**DANNY GARNER**
**20023 SWEET MAGNOLIA PL**
**HUMBLE, TX 77338**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                   Case number (if known) _____

_____
Name

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.99 |
|---|---|---|---|

**DANNY J CRAWFORD**
**ADDRESS UNKNOWN**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.21 |
|---|---|---|---|

**DARBY JOSEPH DOGUET**
**544 WESTBURY RD.**
**BEAUMONT, TX 77713**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.49 |
|---|---|---|---|

**DARDEN PROPERTIES LTD**
**DOROTHY M DARDEN, GEN PTNR**
**PO BOX 518**
**BANDERA, TX 78003**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.61 |
|---|---|---|---|

**DAREN VAN HOBBS**
**3605 INGLESIDE DRIVE**
**DALLAS, TX 75229**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.75 |
|---|---|---|---|

**DARLENE ANN COLEMAN THIBODAUX**
**4423 RIDGE ROAD**
**DUSON, LA 70529**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.21 |
|---|---|---|---|

**DARLENE BAPTISTE SARGENT**
**124 PRISCILLA LANE**
**GRAY, LA 70359**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.52 |
|---|---|---|---|

**DARLENE BYRD**
**245 DUPUIS**
**BRIDGE CITY, TX 77611**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                          Case number (if known) _____
_____
Name

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.22 |
|---|---|---|---|

**DARLENE E NOLEN**
**P. O. BOX 1228**
**JASPER, TX 75951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.63 |
|---|---|---|---|

**DARLICE FERGUSON**
**P.O. BOX 594**
**CHINA, TX 77613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $889.50 |
|---|---|---|---|

**DARREL JOHN LEGER**
**15235 RAINHOLLOW**
**HOUSTON, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.71 |
|---|---|---|---|

**DARRELL JOSEPH MAZE**
**P O BOX 1522**
**PATTERSON, LA 70392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.94 |
|---|---|---|---|

**DARRELL LYNN PEAL**
**C/O KRISTI LYNN MELTON**
**4432 TRINITY WOODS STREET**
**LEANDER, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.38 |
|---|---|---|---|

**DARRELL M. DAY**
**P. O. BOX 290344**
**PHELAN, CA 92329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.47 |
|---|---|---|---|

**DARRICK SINGLETON**
**713 LOUISIANA STREET**
**MORGAN CITY, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor __White Oak Resources VI, LLC_____     Case number (if known) _____
          Name

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.80 |
|---|---|---|---|

**DARRL ROBERT**
**2465 PARK LANE**
**GRETNA, LA 70054**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.96 |
|---|---|---|---|

**DARROLL A SINGLETON**
**406 LEONA STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.21 |
|---|---|---|---|

**DARRYL MARSDEN LANG**
**2 CAMBORN PLACE**
**THE WOODLANDS, TX 77384**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.76 |
|---|---|---|---|

**DAVE MOORE**
**P O BOX 1477**
**NATALBANY, LA 70451**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.19 |
|---|---|---|---|

**DAVID AND JUDITH GARSHELIS TRUST**
**UNDER T**
**AGMT DATED 5-20-20 -DAVID & JUDITH CO**
**TR**
**35132 HANNA RD**
**COHASSET, MN 55721**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.23 |
|---|---|---|---|

**DAVID B H POWERS**
**3120 HIGH BRIDGE CIRCLE**
**JAMESTOWN, NC 27282-8524**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.13 |
|---|---|---|---|

**DAVID B STURLESE**
**& SHARON S STURLESE**
**1720 KALISTE SALOOM ROAD**
**SUITE A-5**
**LAFAYETTE, LA 70508-6138**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.03 |
|---|---|---|---|

**DAVID BALL**
**607 SAN MARCO ST**
**FAIRFIELD, CA 94533**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.97 |
|---|---|---|---|

**DAVID CHADWELL**
**1719 ALICE HILL**
**SAN ANTONIO, TX 78232**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.90 |
|---|---|---|---|

**DAVID CHARLES MADISE**
**121 OAK STREET**
**MORGAN CITY, LA 70380**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.66 |
|---|---|---|---|

**DAVID CHARLES WALLER**
**USUFRUCT, FOR MARY ELLEN WALLER**
**655 N BEAU CHENE DR #17**
**MANDEVILLE, LA 70471**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.47 |
|---|---|---|---|

**DAVID E SCHROEDER**
**PMB 35**
**148 S. DOWLEN**
**BEAUMONT, TX 77707**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.01 |
|---|---|---|---|

**DAVID EDWARD THIBODEAUX**
**PO BOX 254**
**WALLER, TX 77484**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                   Case number (if known) _____

Name

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.56 |

**DAVID FRANK PEARSON**
**1255 COUNTRY ROAD 197**
**JONESBORO, TX 76538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.01 |

**DAVID G GRIFFIN**
**SP**
**2800 N. BIG SPRING STREET**
**MIDLAND, TX 79705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |

**DAVID GILLMORE**
**3405 EL SALIDO PKWY APT #408**
**CEDAR PARK, TX 78613-5644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.46 |

**DAVID H STEVENS**
**301 E HUNTSVILLE STREET**
**BROKEN ARROW, OK 74011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.57 |

**DAVID HOMMEL**
**26602 F. AVENUE**
**ELDORA, IA 50627-7538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.57 |

**DAVID KEATHLEY**
**661 SKYLINE DR.**
**WOODLAND PARK, CO 80863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.68 |

**DAVID L WOOD**
**11401 S W 92ND ST**
**HAMPTON, FL 32044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor __White Oak Resources VI, LLC_____     Case number (if known) _____
            Name

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.22 |

**DAVID LAWRENCE**
**SP**
**P.O. BOX 19130**
**SAN DIEGO, CA 92159**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.96 |

**DAVID LAWRENCE WADE**
**15254 SCENIC WOODLAND DR**
**CONROE, TX 77384-3870**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.35 |

**DAVID LICHTMAN**
**1151 NORTH DAMEN, APT. 3A**
**CHICAGO, IL 60622**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.52 |

**DAVID M HAGEE**
**8141 UNIVERSITY DR**
**CLAYTON, MO 63105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.03 |

**DAVID M MIDDLETON TEST TRST**
**600 JEFFERSON STE 350**
**LEGACY TRST CO TR BILL LILES**
**HOUSTON, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.03 |

**DAVID MACON MIDDLETON**
**600 JEFFERSON #350**
**HOUSTON, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DAVID P IHLE**
**1171 NORTHLAND DR**
**MENDOTA HEIGHTS, MN 55120**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.681** Nonpriority creditor's name and mailing address
**DAVID R BRYANT II**
6045 PENELA WAY
EL DORADO HILLS, CA 95762

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$11.53**

---

**3.682** Nonpriority creditor's name and mailing address
**DAVID RICHARD TACKE II**
A/K/A DAVID CHRISTIAN
190 W HERMOSA PL
PALM SPRINGS, CA 92262-4325

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$338.76**

---

**3.683** Nonpriority creditor's name and mailing address
**DAVID V HAMILTON**
38 CANTERBOROUGH PL
TOMBALL, TX 77375

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$12.90**

---

**3.684** Nonpriority creditor's name and mailing address
**DAVID W CLOWE**
5116 WYNDCROFT DRIVE
KNOXVILLE, TN 37914

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$6.15**

---

**3.685** Nonpriority creditor's name and mailing address
**DAVID W FARRELL**
4513 BARNETT STREET
METAIRIE, LA 70002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$3.00**

---

**3.686** Nonpriority creditor's name and mailing address
**DAVID W MILLER REV TRUST**
1717 WALDRON RD
CORPUS CHRISTI, TX 78418

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$4.28**

---

**3.687** Nonpriority creditor's name and mailing address
**DAVID WALTER BARRY**
1625 CHEROKEE HILLS DR
BARTLESVILLE, OK 74006

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$0.30**

---

Debtor     **White Oak Resources VI, LLC**                                Case number (if known) _____
           _____
           Name

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69.18** |

**DAVID WASHINGTON JR**
**P O BOX 2213**
**MORGAN CITY, LA 70381**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |

**DAVID WAYNE COLEMAN**
**1770 DUCHAMP ROAD**
**BROUSSARD, LA 70518**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88.40** |

**DAVID WILLIAM CRAWFORD JR**
**1635 FALL VALLEY DR**
**HOUSTON, TX 77077**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.51** |

**DAVIDSON G WILLIAMSON**
**43 WESTVIEW LANE**
**WEAVERVILLE, NC 28787**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DAVIS OIL CO**
**C/O WALL COOK & LEWIS**
**ATTN ETIENNE C LAPEYRE**
**540 ELMWOOD PARK BLVD**
**HARAHAN, LA 70123**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**DAVIS PETROLEUM CORP**
**C/O CT CORPORATION SYSTEM**
**5615 CORPORATE BLVD SUITE 400B**
**BATON ROUGE, LA 70808**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |

**DAWN FARRELL RUIZ**
**12581 PARMA CIRCLE**
**COVINGTON, LA 70435**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                           Case number (if known) _____
                    Name

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DAYTON I.S.D. TAX OFFICE**
**PO BOX 457**
**100 CHERRY CREEK RD**
**Dayton, TX 77535**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.42 |
|---|---|---|---|

**DEAN KIRK AINSWORTH**
**812 N SOLOMON ST**
**NEW ORLEANS, LA 70119**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.05 |
|---|---|---|---|

**DEANNA MICHAEL JOHANNA & ROSANNA**
**&**
**WANDA SHAW AGENT**
**21665 E WELDON**
**SANGER, CA 93657**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $814.28 |
|---|---|---|---|

**DEANNA MOUNSEY**
**1604 VISTA REAL DR.**
**EL PASO, TX 79935**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.67 |
|---|---|---|---|

**DEBBIE ALANE DEEM**
**180 COUNTY ROAD 884**
**ETOWAH, TN 37331-5460**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.59 |
|---|---|---|---|

**DEBORAH ANN COX**
**3334 BUSH ROAD**
**KOUNTZE, TX 77625**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.26 |
|---|---|---|---|

**DEBORAH ANN GATTI LEPRE**
**4800 CLEARVIEW PARKWAY**
**METAIRIE, LA 70006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**
_____    Case number (if known) _____
          Name

| | | |
|---|---|---|

**3.702**

Nonpriority creditor's name and mailing address

**DEBORAH ANNE BOWEN**
**5218 OVERRIDGE DR**
**ARLINGTON, TX 76017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                              $0.04

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.703**

Nonpriority creditor's name and mailing address

**DEBORAH GORDON SCHIER**
**130 CASNETTE RD.**
**BEECH ISLAND, SC 29842-8522**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                              $1.44

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.704**

Nonpriority creditor's name and mailing address

**DEBORAH L BRICE**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                              $7.10

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.705**

Nonpriority creditor's name and mailing address

**DEBORAH L BRICE TR.FBO DEBORAH**
**L BRICE, J LEVIN & J MANNING**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                              $7.10

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.706**

Nonpriority creditor's name and mailing address

**DEBORAH ROGERS HEBERT**
**8930 ROYAL ROAD**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                              $0.01

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.707**

Nonpriority creditor's name and mailing address

**DEBORAH SUZANNE ROBERTS**
**1519 N COUNTRY CLUB**
**CARLSBAD, NM 88220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                              $147.45

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.708**

Nonpriority creditor's name and mailing address

**DEBRA ANN SMITH**
**P O BOX 1493**
**PATTERSON, LA 70392**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                              $283.13

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**

Case number (if known) _____

Name

| | |
|---|---|
| 3.709 | **Nonpriority creditor's name and mailing address** |

**DEBRA MICKENS JONES**
**10810 KINNEIL RD**
**NEW ORLEANS, LA 70127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$10.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.710 | **Nonpriority creditor's name and mailing address** |

**DEBRA MORING**
**301 E. RANDALL**
**BEEVILLE, TX 78102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.711 | **Nonpriority creditor's name and mailing address** |

**DEBRA MYERS**
**312 SOUTH RAILROAD STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$12.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.712 | **Nonpriority creditor's name and mailing address** |

**DEDRIC LEE**
**5810 BRUNSWICK CT**
**NEW ORLEANS, LA 70131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$24.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.713 | **Nonpriority creditor's name and mailing address** |

**DEELU LAND & CATTLE CO FLP**
**P.O. BOX 3905**
**BEAUMONT, TX 77704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$49.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.714 | **Nonpriority creditor's name and mailing address** |

**DELBERT WAYNE FORE**
**P. O. BOX 980727**
**HOUSTON, TX 77098**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.715 | **Nonpriority creditor's name and mailing address** |

**DELLA REE RANKINS**
**1018 GRACE STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$10.71**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                         Case number (if known)  _____

Name

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.81 |

**DELORES BIAGAS**
**P O BOX 770481**
**HOUSTON, TX 77215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.36 |

**DELORES CASBORN**
**4903 N RAMPART ST**
**NEW ORLEANS, LA 70117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $927.15 |

**DELORES FAY EDWARD FILLIS**
**ADDRESS UNKNOWN**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.68 |

**DELORES TAYLOR**
**8216 APPLE STREET**
**NEW ORLEANS, LA 70118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.12 |

**DELORIS AUSTIN**
**121 MORGAN CT**
**AVONDALE, LA 70094**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.52 |

**DELTA EVE BROUSSARD ABSHIRE**
**P O BOX 1714**
**CROWLEY, LA 70527-1714**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.49 |

**DELTA MAE HEBERT SEAUX**
**206 ABSHIRE DRIVE**
**KAPLAN, LA 70548**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                          Case number (if known) _____

Name

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41.57** |
|---|---|---|---|

**DEMETRIS MOORE**
**3065 AURTHUR ST, #A-7**
**WAUKEGON, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**DENGEL & CO- % FIDUCIARY TR CO**
**ATT:FRANKLINE CASMIRE-BENOIT**
**600 5TH AVENUE**
**NEW YORK, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111.36** |

**DENISE A RUFFIN**
**747 DOLPHIN DR**
**FORT WAYNE, IN 46816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.76** |

**DENISE HANSON MILLS**
**BOX 382**
**456 MAIN STREET**
**MANILLA, IA 51454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.53** |

**DENISE LEGER**
**11631 CULEBRA RD**
**UNIT 532**
**SAN ANTONIO, TX 78253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.91** |

**DENNIS HENDERSON JR**
**2019 1/2 SECOND AVENUE**
**LOS ANGELES, CA 90018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.08** |

**DENNIS WAYNE FERGUSON**
**2018 YORKSHIRE DRIVE**
**BEAUMONT, TX 77713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
     Name

Case number (if known) _____

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.88 |

**DENNY WIGGINS**
**418 ELIAS AVE**
**ABBEVILLE, LA 70510**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DENOVO OIL & GAS INC**
**FKA GOLDKING PRODUCTION CO**
**ATTN LEONARD C TALLERINE**
**1221 MCKINNEY SUITE 1800**
**HOUSTON, TX 77010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.72 |

**DENZEL I ABRAM**
**TARA M JONES, NATURAL TUTRIX**
**4709 DUPLESSIS STREET**
**NEW ORLEANS, LA 70122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.09 |

**DEQUINCEY RICHARDSON**
**P O BOX 377**
**AMELIA, LA 70340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.63 |

**DEREK ADAM VERCHER**
**302 LOOKOUT PASS**
**PINEVILLE, LA 71360-5541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.23 |

**DERRICK WENDELL BAKER**
**138 FASHION BLVD**
**HAHNVILLE, LA 70057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.21 |

**DESIREE BAPTISTE**
**138 PRISCILLA LANE**
**GRAY, LA 70359**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.49 |

**DESMOND BAIRD**
**1622 TERRACE HIGHWAY**
**BROUSSARD, LA 70518**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DEWITT COUNTY TAX A/C**
**PO BOX 489**
**115 N. GONZALES**
**Cuero, TX 77954-0489**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.14 |

**DIAMOND BURGO**
**1700 ELK STREET**
**MORGAN CITY, LA 70380**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,320.69 |

**DIAMOND S ENERGY COMPANY**
**6608 BRYANT IRVIN RD**
**FORT WORTH, TX 76132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.06 |

**DIANA BORDAGES**
**1412 AVE. C**
**BEAUMONT, TX 77701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.18 |

**DIANA CARMONA**
**2820 CLARK**
**LAREDO, TX 78043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.18 |

**DIANA HILL**
**P O BOX 554**
**AMELIA, LA 70340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**          Case number *(if known)* _____

Name

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.02 |
|---|---|---|---|

**DIANE CARTER TRUST**
**ISIDORO S CAVAZOS TRUSTEE**
**1104 E LYON**
**LAREDO, TX 78040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.70 |
|---|---|---|---|

**DIANE DAVIS PATTERSON KELSO**
**4849 DALE STREET**
**NEW ORLEANS, LA 70126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.27 |
|---|---|---|---|

**DIANE DICKSON**
**101 COLORADO ST #2703**
**AUSTIN, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.88 |
|---|---|---|---|

**DIANE HILBURN**
**P. O. BOX 233**
**CUSHMAN, AR 72526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.44 |
|---|---|---|---|

**DIANE W LESHIN**
**125 NEW CASTLE DR**
**CHAPEL HILL, NC 27517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.96 |
|---|---|---|---|

**DIANNA LYNN SOHRWIDE GUILLORY**
**616 ROSALIE STREET**
**LAKE CHARLES, LA 70601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.32 |
|---|---|---|---|

**DIANNA S MARKS**
**1414 THIRD STREET**
**NEW ORLEANS, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                   Case number (if known) _____

Name

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.36 |
|---|---|---|---|

**DIANNA VAN WIE**
**1023 SUMNER**
**SAN ANTONIO, TX 78218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.27 |
|---|---|---|---|

**DIANNE BURRELL**
**PO BOX 1143**
**GRAY, LA 70359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**DIANNE E MONCRIEF**
**2309 W. MAIN STREET**
**EL DORADO, AR 71730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.89 |
|---|---|---|---|

**DIANNE H PRICE**
**P O BOX 1495**
**THIBODAUX, LA 70302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.06 |
|---|---|---|---|

**DIEDREE ODUM**
**916 N MIRO STREET**
**NEW ORLEANS, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.62 |
|---|---|---|---|

**DINAH MCGUIN**
**134 MCGUIN COURT**
**GRAY, LA 70359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.06 |
|---|---|---|---|

**DINAH WHITE HENDERSON**
**1311 FLOOD ST.**
**NEW ORLEANS, LA 70117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
        Name

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.26 |

**3.758** Nonpriority creditor's name and mailing address
DIONNE MORGAN
822 SERENITY DRIVE
THIBODAUX, LA 70301

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $2.26
- Contingent
- Unliquidated
- Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  No  ☐ Yes

**3.759** Nonpriority creditor's name and mailing address
DIVERSIFIED ENERGY GROUP, INC
758 NN US HWY 1
TEQUESTA, FL 33469

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $0.52
- Contingent
- Unliquidated
- Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  No  ☐ Yes

**3.760** Nonpriority creditor's name and mailing address
DIXIE L MAYFIELD
PO BOX 1666
PALESTINE, TX 75802

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $0.02
- Contingent
- Unliquidated
- Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  No  ☐ Yes

**3.761** Nonpriority creditor's name and mailing address
DJ'S WELDING SERVICE, INC
223 MULBERRY RD
SCHRIEVER, LA 70395

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $1,605.00
- Contingent
- Unliquidated
- Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  No  ☐ Yes

**3.762** Nonpriority creditor's name and mailing address
DL PERKINS ENERGY LLC
PO BOX 700570
TULSA, OK 74170

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $37.38
- Contingent
- Unliquidated
- Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  No  ☐ Yes

**3.763** Nonpriority creditor's name and mailing address
DO NOT MAIL - ALAN W BARKSDALE
RECEIVERSHIP FOR BAMCO
16623 CANTRELL RD SUITE 1B
LITTLE ROCK, AR 72223

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $242.33
- Contingent
- Unliquidated
- Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  No  ☐ Yes

**3.764** Nonpriority creditor's name and mailing address
DOISE & MILLER INC
223 BELLE MAISON DRIVE
LAFAYETTE, LA 70506

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $58.86
- Contingent
- Unliquidated
- Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  No  ☐ Yes

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.45 |

**DOLORES C MARTINEZ**
**703 OKANE, APT. O**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.71 |

**DOMENIQUE OLLYDRIA GUIDRY**
**7565 CREPE MYRTLE**
**DENHAM SPRINGS, LA 70706**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.38 |

**DON A FULLER**
**P. O. BOX 5415**
**BRYAN, TX 77805**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DON W FRYE**
**#12 GAGE COURT**
**HOUSTON, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.25 |

**DON WYATT HEISIG**
**P. O. BOX 17**
**HOLT, CA 95234**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.21 |

**DONALD BAPTISTE JR**
**342 ROBYN ST**
**GRAY, LA 70359**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.41 |

**DONALD BEALL FROST**
**211 LUTHER DRIVE**
**SAN ANTONIO, TX 78212**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __White Oak Resources VI, LLC_____      Case number (if known) _____
      Name

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.14 |
|---|---|---|---|

DONALD BURGO
767 DEGRAVELLE ROAD
MORGAN CITY, LA 70380

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,273.85 |
|---|---|---|---|

DONALD COOPER
& LORETTA B COOPER
PO BOX 883
ABBEVILLE, LA 70511-0883

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.14 |
|---|---|---|---|

DONALD GORDON
607 SAN MARCO ST
FAIRFIELD, CA 94533

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.39 |
|---|---|---|---|

DONALD T CARMOUCHE
17405 PERKINS RD
BATON ROUGE, LA 70810

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.96 |
|---|---|---|---|

DONALD W HAIGHT
YVONNE CONEY HAIGHT
8820 AUTUMN WINDS DR, APT 206
RALEIGH, NC 27615-1989

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.69 |
|---|---|---|---|

DONALD WOODROW ROBINSON
2640 HOLTON STREET
BEAUMONT, TX 77707

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.17 |
|---|---|---|---|

DONNA ALFREDA MCDOUGAL
P.O. BOX 1134
CLARKSDALE, MS 38614

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**
_____
　　　　　　Name

Case number (if known) _____

| | |
|---|---|
| 3.779 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*　　$1.88

**DONNA ANNA MARIE LEMAIRE**
P.O. BOX 1051
ABBEVILLE, LA 70511-1051

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.780 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*　　$4.81

**DONNA C PATTEN**
P O BOX 1090
CARENCRO, LA 70520

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.781 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*　　$8.58

**DONNA FONTENOT MEREDITH**
245 PR 6088
BURKEVILLE, TX 75932

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.782 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*　　$0.38

**DONNA KAY STURLESE MCDONALD**
706 WOODVALE AVE
LAFAYETTE, LA 70503

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.783 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*　　$0.43

**DONNA LEMAIRE REESE**
211 WILKINSON STREET
GUEYDAN, LA 70542

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.784 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*　　$33.17

**DORA ALICE B ARCHER**
4140 FOLKER STREET,  APT 105
ANCHORAGE, AK 99508

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.785 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*　　$2.01

**DORA ANDING WINTERS**
R R 4 BOX 8
ORANGE, TX 77630

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Case number (if known) _____

Name

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.14 |
|---|---|---|---|

**DORA H BOSLEY**
**8370 LEAMONT**
**HOUSTON, TX 77072**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.78 |
|---|---|---|---|

**DORA JEAN MATTHEW**
**2411 INDEPENDENT ST**
**NEW ORLEANS, LA 70117**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.18 |
|---|---|---|---|

**DORA PALMERIN**
**8934 VERANDA CT**
**SAN ANTONIO, TX 78250**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.84 |
|---|---|---|---|

**DOREEN LACOMBE**
**145 HAMMERMILL**
**VIDOR, TX 77662**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $362.45 |
|---|---|---|---|

**DORIS ANN LONEY**
**8102 CAISSON CIRCLE**
**AUSTIN, TX 78745**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.38 |
|---|---|---|---|

**DORIS DAY WALTER**
**7757 TAMARIND**
**FONTANA, CA 92336**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.29 |
|---|---|---|---|

**DORIS FUNDERBUNK**
**3503 ROGERS ROW**
**MISSOURI CITY, TX 77459**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor     **White Oak Resources VI, LLC**
_____     Case number (if known) _____
           Name

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.60 |

**DORIS HOPSON SCHAFFER**
**2002 ARK STREET**
**MARSHALL, TX 75670**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.79 |

**DORIS TIBBITS GAGE**
**211 CAMELLIA AVENUE**
**ORANGE, TX 77630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,492.70 |

**DOROTHY & ODIS GEORGE FAM TR**
**2294 COMMON ST., APT 423**
**NEW BRAUNFELS, TX 78130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.03 |

**DOROTHY BENOIT**
**, LIFE ESTATE**
**15 SPALDING CIRCLE**
**WIMBERLEY, TX 78676**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.12 |

**DOROTHY CARTER**
**47369 FENDALSON LN**
**HAMMOND, LA 70401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.49 |

**DOROTHY COBB TESSON**
**83 EAST EVANGELINE OAKS CIR.**
**CONROE, TX 77384**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.44 |

**DOROTHY D HAYES**
**PO BOX 879**
**ANAHUAC, TX 77514**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.800** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.99**

DOROTHY G SCHIER IRREV TR
PHILIP & LESLEY SCHIER,TTEES
5709 JAMIESON AVE
ENCINO, CA 91316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.801** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01**

DOROTHY MAE HEBERT ARABIE
1012 W 6TH ST.
KAPLAN, LA 70548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.802** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$362.52**

DOROTHY MITCHELL
P.O. BOX 899
GEORGETOWN, TX 78626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.803** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.02**

DOROTHY MORRISON ACEE
201 HIGHLAND FOREST DR
CHARLOTTE, NC 28270-0828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.804** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.40**

DOROTHY SMITH
P.O. BOX 833
CHINA, TX 77613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.805** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.27**

DOROTHY WHITE
P O BOX 526
DUCKHILL, MS 38925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.806** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$191.36**

DOS HERMANAS TRUST
MICHAEL R MILLS TRUSTEE
C/O MILLS
1018 THRID STREET
PAONIA, CO 81428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**

Name

Case number (if known) _____

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.49 |
|---|---|---|---|

**DOUG HILL**
**230 PINE BRANCH**
**SPRING, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.01 |
|---|---|---|---|

**DOUGLAS CHARLES EDMAN**
**1420 STRATFORD CT**
**DEL MAR, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.23 |
|---|---|---|---|

**DOUGLAS K DIETRICH**
**1601 COUNTRY CLUB DR**
**MIDLAND, TX 79701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.16 |
|---|---|---|---|

**DOUGLAS W PRUETT**
**13208 PROVIDENCE PL**
**BAKERSFIELD, CA 93314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.16 |
|---|---|---|---|

**DR THOMAS H. CHAPMAN JR**
**1615 RAMBLING STONE**
**RICHMOND, TX 77469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.14 |
|---|---|---|---|

**DR THOMAS R BRANDON**
**7515 S MAIN SUITE 600**
**HOUSTON, TX 77030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.42 |
|---|---|---|---|

**DRC PETROLEUM LTD**
**PO BOX 19997**
**SUGARLAND, TX 77496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Case number (if known) _____

Name

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.07 |
|---|---|---|---|

**DUANE A TOUCHET**
**11336 WILLS ROAD**
**ABBEVILLE, LA 70510**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $245.17 |
|---|---|---|---|

**DUPLANTIS RESOURCES LLC**
**820 CEDARWOOD DRIVE**
**MANDEVILLE, LA 70471**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.43 |
|---|---|---|---|

**DURWIN O SHORT**
**P O BOX 263**
**GIBSON, LA 70356**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.67 |
|---|---|---|---|

**DUSTIN LANE HENDERSON**
**806 ROBIN LANE**
**WHITE OAK, TX 75693**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DUVAL COUNTY TAX OFFICE**
**CARLOS J. MONTEMAYOR**
**P.O. BOX 337**
**San Diego, TX 78384-0337**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.60 |
|---|---|---|---|

**DWAYNE MCGUIN**
**1101 NORTH OCONNOR ROAD, APT 207**
**IRVING, TX 75061**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.09 |
|---|---|---|---|

**DWIGHT CLARK**
**3685 S YAMPA WAY**
**AURORA, CO 80013**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43.18** |
|---|---|---|---|

**DYLLON LEGER**
**575 WEST CHANCE**
**LUMBERTON, TX 77657**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93.77** |
|---|---|---|---|

**E ELIZABETH VON DREHLE**
**P.O. BOX 79884**
**HOUSTON, TX 77279-9884**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.71** |
|---|---|---|---|

**E I MCMANUS**
**STAR RT BOX 110**
**LIBERTY, TX 77575**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,292.70** |
|---|---|---|---|

**E S & H CONSULTING SERVICES, INC.**
**BUILDING B - SUITE B104**
**LAKEWAY, TX 78738**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**E3 OMI, LLC**
**PO BOX 1300**
**CLINTON, MS 39060**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.63** |
|---|---|---|---|

**EARL ADAM KIBODEAUX**
**AND MAUDIE MARIE KIBODEAUX**
**P. O. BOX 175**
**CHINA, TX 77613**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.21** |
|---|---|---|---|

**EARL POWELL SHAW**
**3721 PALLOS VERDAS DR**
**DALLAS, TX 75229**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                     Case number (if known) _____

_____

Name

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.22** |

**EARL ROBERTSON**
**7614 MAIN ST APT 315**
**HOUMA, LA 70360**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.64** |

**EARLINE TROSCLAIR**
**339 L KIRTH DRIVE**
**HOUMA, LA 70363**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98.41** |

**EAST MAGNET OIL & GAS LLC**
**P.O. BOX 55809**
**JACKSON, MS 39296-5809**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$233.89** |

**EATON FAMILY TRUST**
**COTRSTEE- MICHAEL RIGG**
**9730 BUCKNELL WAY**
**HIGHLANDS RANCH, CO 80129**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.25** |

**EBEN MARTINEZ**
**2343 DEWEY PT**
**SAN ANTONIO, TX 78251**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.27** |

**EDDIE COOLEY**
**401 SAVOY DRIVE**
**SHOREWOOD, IL 60404**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60.30** |

**EDDIE MAXIE**
**2924 FAIRFIELD ST.**
**SACRAMENTO, CA 95815**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.835** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62.93**

EDDIE MAXIE
2924 FAIRFIELD ST.
SACRAMENTO, CA 95815

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.68**

EDGAR DARDAR
3509 MOUNT VERNON CIRCLE
DORAVILLE, GA 30340-4253

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.837** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.30**

EDIS M SCHWARZ TRUST
NATALIE CAROLYN SCHWARZ, ROGER
JOSEPH SC
& HARRY DAVID SCHWARZ III,SUCCESSOR
CO-T
2811 FERNDALE STREET
HOUSTON, TX 77098

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.31**

EDITH GUSSIO MULLIN
5359 REDDOCH DRIVE
JACKSON, MS 39211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112.41**

EDMOND COMEAUX
1500 TROPIC DRIVE
NEW ORLEANS, LA 70131

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$498.12**

EDMOND T AND JOYCE HUNTER
306 PERRYMAN
PALACIOS, TX 77465

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                          Case number (if known) _____

Name

| | |
|---|---|
| 3.841 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$25.55** |

**EDMUNDO R PEREZ**
**CONCEPCION A**
**PO BOX 451076**
**LAREDO, TX 78045**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.842 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$0.57** |

**EDMUNDO SALAZAR AND WIFE VENOVIA**
**3201 E MONTGOMERY**
**LAREDO, TX 78043**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.843 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$6.02** |

**EDNA COBURN**
**ADDRESS UNKNOWN**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.844 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$41.51** |

**EDNA CROSS LYONS**
**1811 FERN STREET**
**NEW ORLEANS, LA 70118**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.845 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$8.49** |

**EDNA EARL GARDNER**
**RT 2 BOX 66**
**CANTON, TX 75103**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.846 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$545.07** |

**EDNA MAE BAKER**
**2515 SECOND ST**
**NEW ORLEANS, LA 70113**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.847 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.     **$6.35** |

**EDNA MAE K MOORE**
**409 GARBER STREET**
**MORGAN CITY, LA 70380**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.77** |
| | **EDNA MAE WOODS** | ■ Contingent | |
| | **1031 RAMOS ST** | ■ Unliquidated | |
| | **AMELIA, LA 70340** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,176.69** |
| | **EDNA WILLIAMS DELAHOUSSAYE** | ■ Contingent | |
| | **426 N AVENUE J** | ■ Unliquidated | |
| | **CROWLEY, LA 70526** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,340.41** |
| | **EDUARDO GAJA RODRIGUEZ** | ■ Contingent | |
| | **TABASCO 79** | ■ Unliquidated | |
| | **MEXICO D. F.  06700** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.58** |
| | **EDUARDO GUERRA** | ■ Contingent | |
| | **13700 JUDSON RD #78** | ■ Unliquidated | |
| | **SAN ANTONIO, TX 78233** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.71** |
| | **EDWARD A BERRY** | ■ Contingent | |
| | **615 GAYLE ST** | ■ Unliquidated | |
| | **LAKE CHARLES, LA 70601** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49.79** |
| | **EDWARD CAYO MARTIN** | ■ Contingent | |
| | **ELL RAY JAMES HENRY AIF** | ■ Unliquidated | |
| | **2837 W SALE ROAD** | ■ Disputed | |
| | **LAKE CHARLES, LA 70605** | | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.60** |
| | **EDWARD HENDERSON** | ■ Contingent | |
| | **137 WILLIAM STREET** | ■ Unliquidated | |
| | **HOUMA, LA 70364** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **White Oak Resources VI, LLC**
_____     Case number (if known) _____
Name

| | |
|---|---|
| 3.855 | Nonpriority creditor's name and mailing address |

**EDWARD JAMES RATLIFF**
**3212 FITCH DRIVE**
**GILLETTE, WY 82718**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $3.15

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.856 | Nonpriority creditor's name and mailing address |

**EDWARD LEON MALONEY**
**106 LEISURE LANE**
**LAFAYETTE, LA 70506**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $195.42

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.857 | Nonpriority creditor's name and mailing address |

**EDWARD MOORE JR**
**16600 LIBERTY CIRCLE, UNIT 1N**
**ORLANDO PARK, IL 60467**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $41.57

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.858 | Nonpriority creditor's name and mailing address |

**EDWARD TAL MCCAIN**
**864 HWY 384**
**LAKE CHARLES, LA 70607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $1.92

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.859 | Nonpriority creditor's name and mailing address |

**EDWIN HOBBS**
**7679 RANCH ROAD 1323**
**FREDERICKSBURG, TX 78624**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $8.13

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.860 | Nonpriority creditor's name and mailing address |

**EDWIN R BRENEGAR III**
**P.O. BOX 12955**
**JACKSON, WY 83002-2955**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $1.54

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.861 | Nonpriority creditor's name and mailing address |

**EDWINA CLARK DORSEY**
**301 BENMAR DR APT 168**
**HOUSTON, TX 77060**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    $18.09

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**
_____     Case number (if known) _____
          Name

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.63 |

**EF BESEMANN MD**
**802 SIGNAL MT #118**
**SIGNAL MT, TN 37377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.09 |

**EFFIE CLARK COSTON**
**301 BENMAR DR APT 168**
**HOUSTON, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.02 |

**EFFIE COBURN**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.43 |

**ELAINE A SHORT PATRICK**
**106 HENDERSON STREET**
**HOUMA, LA 70360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.41 |

**ELAINE LAUGHLIN RIALS**
**RT 15 BOX 2470**
**LAKE CHARLES, LA 70611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.71 |

**ELAINE MAZE BETTIS**
**1410 MADISON AVENUE**
**BEAUMONT, TX 77701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.53 |

**ELAINE SIEVERS**
**896 NOLL ROAD**
**MEYERSVILLE, TX 77974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                     Case number *(if known)* _____

Name

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52.51** |

**ELAINE SINGLETON**
**222 JEFFERY ST**
**PATTERSON, LA 70392**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.65** |

**ELAINE TAYLOR DEVEREAUX**
**4409 LONE STAR TRAIL**
**TEMPLE, TX 76502-7233**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74.20** |

**ELAINE WILLIAMS BROWN**
**2411 INDEPENDENCE ST.**
**NEW ORLEANS, LA 70113**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.09** |

**ELDER DAUNIE MORGAN**
**BOX 342**
**CHANNELVIEW, TX 77530**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.77** |

**ELEANOR RINGER LINN**
**24 STUART PLACE**
**MANHASSET, NY 10030**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.02** |

**ELENO BARRON**
**706 CORTEZ ST**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101.17** |

**ELENORA BAKER-JONES**
**1931 MLK BLVD APT 204**
**NEW ORLEANS, LA 70113**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                    Case number (if known) _____
         Name

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.57 |
|---|---|---|---|

**ELIA HERRERA, ERMINIA MOLINA,
ELSA FLORES
1313 MORENO
LAREDO, TX 78043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.41 |
|---|---|---|---|

**ELIDA SALAZAR
2311 MARCELLA
LAREDO, TX 78040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.55 |
|---|---|---|---|

**ELIEZAR MARTINEZ
AND WIFE SUSANA MARTINEZ
P O BOX 203
FALFURRIAS, TX 78355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.02 |
|---|---|---|---|

**ELISHA SELLERS
167 DUVAL LOOP
LAREDO, TX 78041**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.15 |
|---|---|---|---|

**ELIZABETH A CROSS
1949 EAST 78TH STREET, 1st Floor
CHICAGO, IL 60649**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.64 |
|---|---|---|---|

**ELIZABETH A SMITH SAVARESE
SP
9 STONEWOOD DR
ST CHARLES, IL 60174-5612**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.52 |
|---|---|---|---|

**ELIZABETH ANN LEGER
326 ABERDEEN
BOERNE, TX 78015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                        Case number (if known) _____

               Name

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.21 |
|---|---|---|---|

**ELIZABETH ANN TAYLOR**
235 SIMPSON AVE
CEDAR CREEK, TX 78612

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,027.68 |
|---|---|---|---|

**ELIZABETH ANNE FOLEY MENUET**
P O BOX 505
NAPOLEONVILLE, LA 70390

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.58 |
|---|---|---|---|

**ELIZABETH B MCGINNIS**
P.O. BOX 777637
HENDERSON, NY 89077-7637

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.39 |
|---|---|---|---|

**ELIZABETH C LOTT**
**AND PHILIP LOTT**
1561 PHEASANT WALK
UNIT A
FORT PIERCE, FL 34950

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.50 |
|---|---|---|---|

**ELIZABETH C WILLIAMSON**
8 HOLLY HILL RD.
ASHVILLE, NC 28803

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |
|---|---|---|---|

**ELIZABETH CLARE EDMAN**
12319 AUBREYWOOD LANE
HOUSTON, TX 77070

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.03 |
|---|---|---|---|

**ELIZABETH ELLIS W EDNEY**
P. O. BOX 1357
MARS HILL, NC 28754

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____
   Name
Case number (if known) _____

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.45 |
|---|---|---|---|

**ELIZABETH G WILLIAMSON**
**100 WESLEY DRIVE, #408**
**ASHEVILLE, NC 28803**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,087.08 |
|---|---|---|---|

**ELIZABETH GAITHER ARNDT TRUST LIFE ESTAT**
**2709 BURKE DR**
**LAREDO, TX 78045**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.18 |
|---|---|---|---|

**ELIZABETH GARCIA**
**512 CADENA**
**LAREDO, TX 78043**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.26 |
|---|---|---|---|

**ELIZABETH GATTI BREUER**
**41 RESTON WAY**
**LADERA RANCH, CA 92694**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELIZABETH H PADON**
**5920 SUGAR HILL**
**HOUSTON, TX 77057**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.44 |
|---|---|---|---|

**ELIZABETH H PHILLIPS**
**PO BOX 157**
**BOYCE, LA 71409**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.08 |
|---|---|---|---|

**ELIZABETH HALL WALKER**
**P.O. BOX 695**
**SEWANEE, TN 37375-0695**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.897** | Nonpriority creditor's name and mailing address

ELIZABETH HARVEY CLYDE
7102 DORAL PLACE
TYLER, TX 75703

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$389.91**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.898** | Nonpriority creditor's name and mailing address

ELIZABETH LYNN BRYAN
CO MRS HENRY S MANN
4208 N CHARLES ST 2
BALTIMORE, MD 21218

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$30.77**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.899** | Nonpriority creditor's name and mailing address

ELIZABETH M MILAM EXEMPT TRUST
EXTRACO BANKS N A, TRUSTEE
PO BOX 4356 DEPT 1929
HOUSTON, TX 77210-4356

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$0.57**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.900** | Nonpriority creditor's name and mailing address

ELIZABETH M. GUSSIO
C/O EDITH M. WRIGHT
5359 REDDOCK DRIVE
JACKSON, MS 39211

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$23.35**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.901** | Nonpriority creditor's name and mailing address

ELIZABETH MARSHALL HOLMES LANG
C/O SALIENT TRUST CO., LTA
4265 SAN FELIPE, 8TH FLOOR
HOUSTON, TX 77027

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$0.02**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.902** | Nonpriority creditor's name and mailing address

ELIZABETH N FERGUSON
485 BERRY ROAD
BEAUMONT, TX 77706

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$7.60**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | Nonpriority creditor's name and mailing address

ELIZABETH OWENS SKEMP
7614 GOFORTH
DALLAS, TX 75238

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                    **$10.57**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | | Case number (if known) | |
|--------|------|--|------|--|
| | Name | | | |

---

**3.904** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.83**

**ELIZABETH P MILTENBERGER GREEN**
**3302 DUPREE AVE.**
**ORLANDO, FL 32806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$172.80**

**ELIZABETH SHINN TERRELL**
**P O BOX 10887**
**PENSACOLA, FL 32524-0887**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.906** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112.40**

**ELIZABETH SMALL ROGERS**
**12415 GRAND VILLA COURT**
**BATON ROUGE, LA 70817**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.907** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.38**

**ELIZABETH TRACY EUBANK**
**RODRIGUEZ DE CASTRO**
**MARIA DE MOLINA 1, 14TH FLOOR**
**MADRID, SPAIN   28006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.908** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.02**

**ELIZABETH TRAVIS**
**DO NOT REPORT**
**3324 LANCASTER LANE**
**WILLIAMSBURG, VA 23188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.909** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,835.92**

**ELIZABETH TYRRELL PATTERSON SP**
**11616 WONDER LANE**
**DALLAS, TX 75230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38.17**

**ELIZABETH WILLIAMS**
**2424 FM 1092 RD, APT 230**
**MISSOURI CITY, TX 77459**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.911** | Nonpriority creditor's name and mailing address

**ELLEN BROWN**
**8207 FAIRHOPE PLACE**
**HOUSTON, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$12.29**

---

**3.912** | Nonpriority creditor's name and mailing address

**ELLEN DARNELL**
**239 LAURA DRIVE**
**PATTERSON, LA 70392**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$12.09**

---

**3.913** | Nonpriority creditor's name and mailing address

**ELLEN L KOGEN TESTIMENTORY TRUST**
**LUIS G GONZALEZ TRUSTEE**
**1409 POST OAK BLVD**
**SUITE 903**
**HOUSTON, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$382.71**

---

**3.914** | Nonpriority creditor's name and mailing address

**ELLEN MALONEY FOX**
**1009 MONTROSE BLVD**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$195.42**

---

**3.915** | Nonpriority creditor's name and mailing address

**ELLIN CATHLEEN BANE HARDY**
**2005 S MASON RD APT 1207**
**KATY, TX 77450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$0.54**

---

**3.916** | Nonpriority creditor's name and mailing address

**ELLIOT I. BORDAGES TRUST**
**CECILE B. ALAN CEYLAN, TTEE**
**14555 WUNDERLICH DR. #3504**
**HOUSTON, TX 77069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$0.20**

---

**3.917** | Nonpriority creditor's name and mailing address

**ELLIOT PENDLETON**
**4611 ORLEANS BLVD**
**NEW ORLEANS, LA 70121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$4.15**

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.918**

**Nonpriority creditor's name and mailing address**

ELOISA TREVINO
402 MCPHERSON AVE
LAREDO, TX 78040

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.18**

---

**3.919**

**Nonpriority creditor's name and mailing address**

ELPHIE BABINEAUX FAMILY, LLC
PO BOX 99
RAGLEY, LA 70657

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$5.80**

---

**3.920**

**Nonpriority creditor's name and mailing address**

ELSA M FLORES
PO BOX 3165
LAREDO, TX 78044

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$5.01**

---

**3.921**

**Nonpriority creditor's name and mailing address**

ELSA O PROSPER TRUSTEE FBO
ROBERT, PATRICIA, & MARIA PROPSER
2104 S TEXAS AVE
LAREDO, TX 78043

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.41**

---

**3.922**

**Nonpriority creditor's name and mailing address**

ELSR LP
2900 WESLAYAN ST
UNIT 210
HOUSTON, TX 77027

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$467.71**

---

**3.923**

**Nonpriority creditor's name and mailing address**

ELTON ANDING
PO BOX 512
CROWLEY, LA 70527

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$8.13**

---

**3.924**

**Nonpriority creditor's name and mailing address**

ELVIA NILDA TAYS
2101 MIER
LAREDO, TX 78043

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$16.41**

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.925** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.57**

ELVIRA MORENO
2502 STEWART
LAREDO, TX 78040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.926** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63.11**

EMALYNN MAHAN
7480 BEECHNUT 335
HOUSTON, TX 77074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.927** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.44**

EMANUEL HENDERSON
173 GERALDINE ROAD
GIBSON, LA 70356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.928** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63.07**

EMILIE KYLE CHENAULT
SP
P O BOX 15068
SAN ANTONIO, TX 78212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.929** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,589.14**

EMILLE N BENAVIDES 1997-C TRUST
MANUEL A BENAVIDES, TRUSTEE
PO BOX 1416
MEDINA, TX 78055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.930** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.22**

EMILY LEGER
P. O. BOX 355
POTH, TX 78147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.931** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.12**

EMMA GUERRERO
1848 MARGARITA LN
RIO BRAVO, TX 78046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.932** | Nonpriority creditor's name and mailing address

**EMMA J WILLIAMS**
**1612 SOUTH RAMPART**
**NEW ORLEANS, LA 70113**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$36.13**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.933** | Nonpriority creditor's name and mailing address

**EMMA LEE MATTHEWS**
**P O BOX 406**
**AMELIA, LA 70340**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$96.33**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.934** | Nonpriority creditor's name and mailing address

**EMMA VALLS MERCHANT**
**2911 WEST DALLAS ST**
**HOUSTON, TX 77019**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$22.48**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.935** | Nonpriority creditor's name and mailing address

**EMMANUEL & ALEJANDRO ALCARAZ**
**TRUST**
**6406 STAPELIA**
**LAREDO, TX 78043**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$3.18**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.936** | Nonpriority creditor's name and mailing address

**EMMETT KIBODEAUX**
**C/O TX UNCL PROP RPTG SYS-EFT**
**P. O. BOX 344**
**CHINA, TX 77613**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$61.47**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.937** | Nonpriority creditor's name and mailing address

**EMMETT PATRICK TYLER**
**P O BOX 344**
**LABADIEVILLE, LA 70372**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$3.86**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.938** | Nonpriority creditor's name and mailing address

**EMMETT WAYNE FRANCIONE**
**P O BOX 135**
**POMERENE, AZ 85627**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$147.45**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.939** | **Nonpriority creditor's name and mailing address**

**EMPEROR SERVICES, LLC**
**107 NORTH AVE**
**SUITE 561**
**LAREDO, TX 78045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　　　**$18,340.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.940** | **Nonpriority creditor's name and mailing address**

**EMPIRE ENERGY CORPORATION**
**P O BOX 52309**
**LAFAYETTE, LA 70505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　　　**$4,709.56**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.941** | **Nonpriority creditor's name and mailing address**

**EMY LOIS SIMAR HARPIN**
**195 OKELLY RD**
**LONGVILLE, LA 70652-4832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　　　**$251.07**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.942** | **Nonpriority creditor's name and mailing address**

**ENERGY ACQUISITIONS, LLLP**
**717 17TH ST, STE 1400**
**DENVER, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　　　**$0.84**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.943** | **Nonpriority creditor's name and mailing address**

**ENERGY CONSTRUCTION, INC**
**PO BOX 605**
**EL CAMPO, TX 77437**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　　　**$3,342.32**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.944** | **Nonpriority creditor's name and mailing address**

**ENERGY GAS COMPRESSION, INC.**
**P. O. BOX 928**
**CORPUS CHRISTI, TX 78403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　　　**$10,621.97**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.945** | **Nonpriority creditor's name and mailing address**

**ENRIQUE MEDINA JR**
**710 E ASH**
**LAREDO, TX 78040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　　　**$0.02**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,905.27 |

**ENSOLUM, LLC**
**8330 LBJ FREEWAY, SUITE B830**
**SUITE 600**
**DALLAS, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.52 |

**ENTECH ENTERPRISES LLC**
**1331 LAMAR STREET**
**SUITE 1077**
**HOUSTON, TX 77010-3135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Enterprise FM Trust**
**Enterprise Fleet Management Customer Bil**
**P O Box 800089**
**Kansas City, MO 64180-0089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.57 |

**EPIFANIO HERNANDEZ**
**1604 E FROST**
**LAREDO, TX 78040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.01 |

**ERIC D GRIFFIN**
**SP**
**2800 N. BIG SPRING STREET**
**MIDLAND, TX 79705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.44 |

**ERIC HAMMOND**
**3120 WASHINGTON AVE**
**NEW ORLEANS, LA 70125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.62 |

**ERIC KRETSCHMER**
**1331 CYPRESS POINT LANE #104**
**VENTURA, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.04 |
|---|---|---|---|

**ERIC R LEBOUEF**
**PO BOX 110982**
**ANCHORAGE, AK 99511**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.77 |
|---|---|---|---|

**ERICA WILLIAMS**
**445 BELANGER ST**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.23 |
|---|---|---|---|

**ERIKA RENA CLARK**
**832 W GREENS RD APT 336**
**HOUSTON, TX 77067**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,621.33 |
|---|---|---|---|

**ERLENE HALL MCNAIR**
**ADDRESS UNKNOWN**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.57 |
|---|---|---|---|

**ERNEST L SAMPLE**
**906 GOODHUE BLDG**
**BEAUMONT, TX 77701**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.38 |
|---|---|---|---|

**ERNEST R CLEMENT**
**AND PATRICIA DIANNE CLEMENT**
**P. O. BOX 752**
**CHINA, TX 77613**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.77 |
|---|---|---|---|

**ERNEST SINGLETON**
**804 MARSHALL ST**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.960** | Nonpriority creditor's name and mailing address

**ERNEST TYLER III**
**P O BOX 101**
**DONALDSONVILLE, LA 70346**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$3.86**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.961** | Nonpriority creditor's name and mailing address

**ERNESTINE MILLER**
**13753 TAJAMAR STREET**
**CORPUS CHRISTI, TX 78418**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$40.52**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.962** | Nonpriority creditor's name and mailing address

**ERROL JOHN DIETZE**
**AND THE ESTATE OF SHIRLEY DIETZE**
**P O BOX 841**
**CUERO, TX 77954**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$1.38**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.963** | Nonpriority creditor's name and mailing address

**ERVIN CLARK**
**4827 GAWAIN DR**
**NEW ORLEANS, LA 70127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$18.09**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.964** | Nonpriority creditor's name and mailing address

**ERVING L KNIGHT**
**431 GARBER ST**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$6.35**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.965** | Nonpriority creditor's name and mailing address

**ERWIN J LEBLANC JR**
**26000 AVENIDA AEROPUERTO #37**
**SANJUAN CAPSTRNO, CA 92675**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.57**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.966** | Nonpriority creditor's name and mailing address

**ERWIN S BARROW JR FAMILY TRUST**
**C/O COMMUNITY BANK & TRUST TRUSTEE**
**ATTN:  TRUST DEPT**
**P O BOX 2303**
**WACO, TX 76703-2303**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.04**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.967** **Nonpriority creditor's name and mailing address**
EST OF DOROTHY D WILLIAMSON
CYNTHIA W. HOFFNER, EXEC.
420 KETCHIE RD.
MOUNT ULLA, NC 28125

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$1.90**

---

**3.968** **Nonpriority creditor's name and mailing address**
EST OF MARGARET KEELAND, DCSD
BY BONNIE JONES AS INDEP EXEC
2054 GOLDSMITH STREET
HOUSTON, TX 77030

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$0.16**

---

**3.969** **Nonpriority creditor's name and mailing address**
EST OF MAYBELLE MARTIN BRYANT,
ANN JARRELL BRYANT, IND EXEC
6100 GLADYS
BEAUMONT, TX 77706

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$3.01**

---

**3.970** **Nonpriority creditor's name and mailing address**
EST-WILLIAM H QUIRK III DCSD
BARBARA LEE QUIRK, IND EXECX
% AMY E. BITTER, CPA
P. O. BOX 438
CASTROVILLE, TX 78009

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$0.83**

---

**3.971** **Nonpriority creditor's name and mailing address**
ESTATE OF BLANCHE L SEABERG
JOHN I. SEABERG, IND. ADMIN.
PO BOX 969
CHINA, TX 77613

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$47.43**

---

**3.972** **Nonpriority creditor's name and mailing address**
ESTATE OF CALVIN ROBERT CASE
ADDRESS UNKNOWN

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$232.95**

---

**3.973** **Nonpriority creditor's name and mailing address**
ESTATE OF CECILE C JOHNSON
SHANE ALAN JOHNSON INDEP ADMIN
5927 GRACE FALLS DRIVE
RICHMOND, TX 77407

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$75.66**

---

Debtor **White Oak Resources VI, LLC**

Case number (if known) _____

Name

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.04 |

**ESTATE OF CHARLES R CONNER**
**C/O CLARA M CONNER IND. ADMIN.**
**260 DEER PARK LN**
**CENTER POINT, TX 78010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.65 |

**ESTATE OF DAVID C TYRRELL**
**C/O PETROLEDGER FINANCIAL SERVICE**
**LLC**
**8150 N CENTRAL EXPY STE 1400**
**DALLAS, TX 75206**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.17 |

**ESTATE OF DAVID R TACKE**
**%SANDRA T SWINGLE, IND CO-EXEC**
**7583 MOUNTAIN VIEW**
**AUBREY, TX 76227**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.38 |

**ESTATE OF DOROTHY J. STANDER**
**4882 A SONATA DRIVE**
**COLORADO SPRINGS, CO 80918**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.38 |

**ESTATE OF EARLAN KOEHLER**
**CO FRANK KOEHLER**
**PO BOX 10099**
**ROCHESTER, NY 14610-0099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.24 |

**ESTATE OF EARLY DEANE III**
**ELIZABETH OEHLER, IND EXECUTRIX**
**101 RANCH HOUSE ROAD**
**KERRVILLE, TX 78028**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.03 |

**ESTATE OF ERMA TAYLOR OBRIEN**
**STEPHEN F TREADGOLD TRUSTEE**
**C/O MARY F TAYLOR**
**P.O. BOX 9785**
**RANCHO SANTA FE, CA 92067-4785**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Liability of White Oak Operating Company LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                                    Case number (if known) _____
        Name

| | |
|---|---|
| 3.981 | **Nonpriority creditor's name and mailing address** |

**3.981**  **Nonpriority creditor's name and mailing address**

**ESTATE OF JOE B FINLEY JR**
**P O BOX 10**
**ENCINAL, TX 78019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$198.30**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.982**  **Nonpriority creditor's name and mailing address**

**ESTATE OF JOE P PRITCHETT**
**JANA L BICKHAM, IND. EXECUTRIX**
**P O BOX 6407**
**CORPUS CHRISTI, TX 78466**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                   **$5.90**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.983**  **Nonpriority creditor's name and mailing address**

**ESTATE OF JOHN BIANCHI JR**
**PO BOX 267**
**KARNES CITY, TX 78118-0267**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                  **$16.24**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.984**  **Nonpriority creditor's name and mailing address**

**ESTATE OF LILLIAN MILLER**
**SHARON THIGPEN-ADMIN**
**C/O ENEALIA S NAU  854 FULTON STREET**
**BROOKLYN, NY 11238**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                  **$90.78**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.985**  **Nonpriority creditor's name and mailing address**

**ESTATE OF MARGARET**
**BRYANT-ESPINOSA HOWARD RAY**
**BRYANT EXECUT**
**6045 PENELA WAY**
**ELDORADO HILLS, CA 95762**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                  **$36.22**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.986**  **Nonpriority creditor's name and mailing address**

**ESTATE OF MARGARET WILLIAMS SAUER**
**% LAURENCE A SAUER III, IND.EXEC.**
**2228 SAINT MARY STREET**
**THIBODAUX, LA 70301-5851**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$132.46**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.987**  **Nonpriority creditor's name and mailing address**

**ESTATE OF MARY ANN DILLON**
**ALVIN DILLON, EXECUTOR/ADMIN.**
**3953 ANNUNCIATION**
**NEW ORLEANS, LA 70115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                   **$3.17**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __White Oak Resources VI, LLC_____     Case number (if known) _____
        Name

| 3.988 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.29** |

**ESTATE OF MATTIE E KROSNICK**
**CO J M RUTTE INDEPEND EXEC**
**P O BOX 428**
**COLUMBUS, TX 78934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$210.99** |

**ESTATE OF MELVIN J. JANNISE**
**C/O ALBERT J JANNISE, IND EXEC**
**P. O. BOX 44**
**CHINA, TX 77613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.23** |

**ESTATE OF NANCY ALTHAFER**
**MARTHA LYNN ALTHAFER, EXECUTOR**
**2561 LESLIE DRIVE NE**
**ATLANTA, GA 30345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.19** |

**ESTATE OF NORMA M LUELLEN**
**GILBERT L CASEY, EXECUTOR**
**820 BEVIER RD**
**DRAKESBORO, KY 42337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.992 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,606.81** |

**ESTATE OF R J SPERRY**
**SHANNON SPERRY PERSONAL REP OF**
**C/O SADDOCK & CO**
**7920 BELT LINE ROAD**
**DALLAS, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.993 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.95** |

**ESTATE OF RENA F LEE**
**JANICE M.L. BLANCHARD, IND EXC**
**1631 TURNER RD**
**BEAUMONT, TX 77713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.04** |

**ESTATE OF RUTH B PUETT**
**NELSON HARWOOD PUETT, IND EXEC**
**PO BOX 9038**
**AUSTIN, TX 78766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.01** |
|---|---|---|---|

**ESTATE OF WILLIAM SHAWN BOURLAND**
**ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.26** |
|---|---|---|---|

**ESTHER WHITE GOLDSTEIN**
**5223 SUNNINGDALE DRIVE**
**CHARLOTTE, NC 28277**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.27** |
|---|---|---|---|

**ETHEL BURRELL DICK**
**PO BOX 1234**
**GRAY, LA 70359**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.49** |
|---|---|---|---|

**ETHEL GARDNER SEIBERT**
**414 W SIXTH ST**
**ODESSA, TX 79760**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104.10** |
|---|---|---|---|

**ETHEL MAE HOWARD**
**C/O TX UNCL PROP RPTG SYS-EFT**
**P. O. BOX 186**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.93** |
|---|---|---|---|

**ETHEL S KNOWLTON**
**1 FREEDON CIR APT NO 16**
**PORTSMOUTH, NH 03801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.100**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.04 |
|---|---|---|
| ETHEL SCHNEIDER<br>15743 RANCH ROAD 2323<br>LLANO, TX 78643-2684 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.100**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $859.27 |
|---|---|---|
| ETHELANE F BROUSSARD<br>TRSTE OF THE WILFRED & E F BRSRD<br>LVNG TR<br>6038 DREW STREET<br>LAKE CHARLES, LA 70607 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.100**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.04 |
|---|---|---|
| ETHELYN MARCEAUX JONES<br>19447 SARA LANE | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.100**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.83 |
|---|---|---|
| EUGENIE BARROW DUNN<br>109 W RIDGE TRAIL<br>WEATHERFORD, TX 76086 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.100**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.02 |
|---|---|---|
| EULOGIO GONZALEZ JR<br>AND WIFE FRANCISCA E<br>508 BALTIMORE ST<br>LAREDO, TX 78041 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.100**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| EUSERBIO NUNO VILLARREAL<br>C/O DESOUZA INJURY LAWYERS<br>3201 CHERRY RIDGE DRIVE<br>SUITE C-300<br>SAN ANTONIO, TX 78230 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

**EVA MAE MITCHELL**
**MARY E LAYMAN POA**
**715 PEBBLEBROOK DRIVE**
**ALLEN, TX 75002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$18.38**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**EVAN T ANDING**
**R R 1 BOX 67**
**RAYNE, LA 70578**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$8.13**

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**EVELDA SIMMONS**
**15 AUDUBON DR**
**MONROE, LA 71203**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$20.68**

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**EVELYN A EAST**
**767 BUCKSAW DRIVE**
**PENSACOLA, FL 32506-8767**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.75**

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**EVELYN BREAUX ELVERUM**
**P. O. BOX 23**
**MORGAN CITY, LA 70381**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$2,340.88**

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**EVELYN POPHAM BRIDGEWATER**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.55**

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

**EVELYN S WILSON**
**P O BOX 1679**
**PATTERSON, LA 70392**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$4.43**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

**EVELYN SLOANE GAFFORD**
**2812 THIRD ST**
**LAKE CHARLES, LA 70601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$18.93**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

**EVELYN TRAHAN HERPIN**
**TEST. TRST J LEMAIRE & D CARR CO TRST**
**137 VETERANS DRIVE**
**KAPLAN, LA 70548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.59**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**EVERLINE COMPLIANCE, LLC**
**4203 MONTROSE BLVD, SUITE 670**
**HOUSTON, TX 77006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$454.54**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**EWELL BRYAN PHILLIPS**
**ADDRESS UNKNOWN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$4.81**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

**EXCHANGE OIL & GAS CORP**
**C/O THE CORPORATION TRUST CO**
**1209 ORANGE ST**
**WILMINGTON, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.101 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**EXCO RESOURCES INC**
**LISKOW & LEWIS**
**ATTN APRIL L ROLEN-OGDEN**
**1200 CAMELLIA BLVD SUITE 300**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.102 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**EXXON MOBIL CORP**
**C/O LISKOW & LEWIS**
**ATTN ROBERT B MCNEAL**
**701 POYDRAS ST SUITE 5000**
**NEW ORLEANS, LA 70139**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.102 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ExxonMobil Corporation**
**P O Box 2180**
**Houston, TX 77252-2180**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Surety Bond

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.102 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**F A WALLIS PROPERTIES LLC**
**2701 airline dr, suite K #275**
**METAIRIE, LA 70001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,341.00**

---

| 3.102 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**F.A.S. ENVIRONMENTAL SERVICES, LLC**
**P. O. BOX 760**
**PIERRE PART, LA 70339**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,410.00**

---

| 3.102 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**F/A/O CHARLES F COLBY**
**5615 MORNINGSIDE DR SUITE 204**
**HOUSTON, TX 77005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

**$93.47**

---

Debtor  **White Oak Resources VI, LLC**
_____  Case number (if known) _____
Name

| 3.102 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.67 |

**FABIOLA A BARRERA**
**LIFE ESTATE**
**2111 TURTLE LN**
**MISSION, TX 78572**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $409.83 |

**FALWELL PROPERTIES LTD**
**STE 245**
**1616 S VOSS RD**
**HOUSTON, TX 77057-2620**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.66 |

**FAMILY TRUST U/ARTICLE IV OF**
**ADDIE WILLIAMSON MANN RTA DTD**
**5/20/08**
**% JAMES HARRY MANN, JR, TRUSTEE**
**2088 BELAIR DR**
**FORT MILL, SC 29707**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.10 |

**FANN FAMILY LIVING TRUST**
**7922 VICKRIDGE LANE**
**SPRING, TX 77379**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.73 |

**FAY RANDOLPH WALLACE**
**PO BOX 579**
**BLANCO, TX 78606-0579**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65.98 |

**FAYE SCHULTZ DERKOWSKI**
**21441 LISA LANE**
**CLEVELAND, TX 77328**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103
1**

**Nonpriority creditor's name and mailing address**

**FEDEX**
**P. O. BOX 660481**
**DALLAS, TX 75266-0481**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$45.05

---

**3.103
2**

**Nonpriority creditor's name and mailing address**

**FELDERHOFF EXPLORATION INC**
**PO BOX 739**
**GAINESVILLE, TX 76241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$495.61

---

**3.103
3**

**Nonpriority creditor's name and mailing address**

**FELICIA BRAILAS LOCKE**
**42683 STATE HWY 118**
**FORT DAVIS, TX 79734**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$32.71

---

**3.103
4**

**Nonpriority creditor's name and mailing address**

**FERNANDO CRUZ AND ROSABELL**
**GALINDO**
**PO BOX 440062**
**P O BOX 8180**
**LAREDO, TX 78044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$8.28

---

**3.103
5**

**Nonpriority creditor's name and mailing address**

**FERNANDO LOPEZ**
**302 RANCHO VIEJO DR**
**LAREDO, TX 78045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.05

---

**3.103
6**

**Nonpriority creditor's name and mailing address**

**FERNCLIFF INVESTMENTS LP**
**c/o HENNEMAN RAU KIRKLIN & SMITH LLP**
**815 WALKER ST SUITE 1440**
**HOUSTON, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Breach of Contract 5th Supplement To And Restatement of Security Agreement Dated June 5, 2012 (the "Agreement") and Well Plugging, Land Restoration, Reclamation, Remediation and Tolling Agreement Dated February 9, 2018

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor   **White Oak Resources VI, LLC**   Case number (*if known*) _____
_____
Name

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,401.95** |

**FESCO, LTD.**
**1000 FESCO AVE.**
**ALICE, TX 78332**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.89** |

**FIDELA RUIZ**
**2907 LEE**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54.65** |

**FIFE ROYALTY FUND I LLC**
**% MID SOUTH LAND SERVICES INC**
**PO BOX 80016**
**BATON ROUGE, LA 70898**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.59** |

**FIRST BAPTIST CHURCH MADISON**
**2100 MAIN STREET**
**MADISON, MS 39110-9114**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34.86** |

**FIRST BAPTIST CHURCH OF CHINA**
**P. O. BOX 68**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.88** |

**FIRST BAPTIST CHURCH OF LAKE CHARLES**
**P.O. BOX 1227**
**LAKE CHARLES, LA 70602**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.104**
**3**

**Nonpriority creditor's name and mailing address**

**FIVE STAR ROYALTY PARTNERS LTD**
PO BOX 22066
DENVER, CO 80222

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1,365.86

---

**3.104**
**4**

**Nonpriority creditor's name and mailing address**

**FLATROCK COMPRESSION, LTD.**
PO BOX 95618
177 BRIDGEWATER CIRCLE
GRAPEVINE, TX 76099-9730

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2,986.15

---

**3.104**
**5**

**Nonpriority creditor's name and mailing address**

**FLEET S LENTZ  JR**
6875 E BRIARWOOD DR
CENTENNIAL, CO 80112-1157

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.88

---

**3.104**
**6**

**Nonpriority creditor's name and mailing address**

**FLEX OILFIELD SERVICES, LLC**
8585 MARTIN ROY RD
177 BRIDGEWATER CIRCLE
JENNINGS, LA 70546

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1,300.00

---

**3.104**
**7**

**Nonpriority creditor's name and mailing address**

**FLOOS, INC.**
P O BOX 2769
HOBBS, NM 88241

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.35

---

**3.104**
**8**

**Nonpriority creditor's name and mailing address**

**FLORENCE HENRY MEYERS**
709 BERT ST
KAPLAN, LA 70548

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$202.92

---

| Debtor | **White Oak Resources VI, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1049**

**Nonpriority creditor's name and mailing address**
**FLORENCE KILPATRICK**
**C/O TX UNCL PROP RPTG SYS-EFT**
**P. O. BOX 355**
**CHINA, TX 77613-0355**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$19.76**

---

**3.1050**

**Nonpriority creditor's name and mailing address**
**FLORENCE MADISE**
**312 SOUTH RAILROAD STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$64.96**

---

**3.1051**

**Nonpriority creditor's name and mailing address**
**FLORENCE STELLMAN**
**PO BOX 1111**
**ARANSAS PASS, TX 78336**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$18.93**

---

**3.1052**

**Nonpriority creditor's name and mailing address**
**FLORIAN BERNARD HOPSON**
**P.O. BOX 765**
**MARBLE FALLS, TX 78654**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$1.60**

---

**3.1053**

**Nonpriority creditor's name and mailing address**
**FLOY MARSH SULLIVAN GRAY**
**704 S HOLMES**
**LA PORTE, TX 77571**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$2.37**

---

**3.1054**

**Nonpriority creditor's name and mailing address**
**FLOYD B SLOANE**
**GENERAL DELIVERY**
**CLEVELAND, TX 77327**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$7.13**

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

| 3.105 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.02 |
|---|---|---|---|

**FLOYD COBURN**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.56 |
|---|---|---|---|

**FLOYD DAGGS JR**
**2326 1ST AVE**
**KETCHIKAN, AK 99901**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.18 |
|---|---|---|---|

**FLOYD E CARTER**
**RT 1 BOX 242**
**CYPRESS, TX 77429**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.11 |
|---|---|---|---|

**FLOYD J AARON JR**
**147 PALMETTO DR**
**LA PLACE, LA 70068**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.93 |
|---|---|---|---|

**FLOYD JACKSON SLOANE**
**RT 2**
**CROWLEY, LA 70526**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,025.25 |
|---|---|---|---|

**FOLEY & LARDNER LLP**
**1000 LOUISIANA STREET**
**SUITE 2000**
**HOUSTON, TX 77002-2009**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.106<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35,807.02 |

**FOREFRONT EMERGENCY MANAGEMENT, LP**
**2802 FLINTROCK TRACE  #B104**
**LAKEWAY, TX 78738**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,002.23 |

**FORGOTSTON MINERALS LLC**
**% WILLIAM D NORMAN, JR MANAGER**
**400 POYDRAS STREET, STE 2550**
**NEW ORLEANS, LA 70130-3292**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $106.02 |

**FORREST HAWKINS**
**P. O. BOX 182**
**SAN FELIPE, TX 77473**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $113.17 |

**FORT WORTH ROYALTY COMPANY**
**1315 W 10TH STREET**
**FORT WORTH, TX 76102-3437**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $125.60 |

**FOUR T'S VENTURES INC**
**PO BOX 537**
**CARENCO, LA 70520**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.21 |

**FRANCENA A WILLIAMS**
**P O BOX 731**
**GRAY, LA 70359**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

**3.106 7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$2.35**

**FRANCES ALLEN**
**ADDRESS UNKNOWN**                                ■ Contingent

Date(s) debt was incurred __                         ■ Unliquidated

Last 4 digits of account number __                    ■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106 8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.49**

**FRANCES B HARRINGTON**
**5611 CORNWALLIS DRIVE**                            ■ Contingent
**YADKINVILLE, NC 27055**
                                            ■ Unliquidated
Date(s) debt was incurred __
                                            ■ Disputed
Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106 9**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.02**

**FRANCES DIXON ROGERS**
**LIFE EST**                                    ■ Contingent
**10225 SCOTT, APT 802**
**HOUSTON, TX 77051**                               ■ Unliquidated

Date(s) debt was incurred __                         ■ Disputed

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107 0**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$11.11**

**FRANCES DUBOSE WALTERS**
**PO BOX 326**                                   ■ Contingent
**COOLEEMEE, NC 27014**
                                            ■ Unliquidated
Date(s) debt was incurred __
                                            ■ Disputed
Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107 1**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.72**

**FRANCES J GULDENBREIN**
**717 VERVAIS AVE**                              ■ Contingent
**VALLEJO, CA 94591**
                                            ■ Unliquidated
Date(s) debt was incurred __
                                            ■ Disputed
Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107 2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$68.06**

**FRANCES JONES**
**916 N MIRO ST**                                ■ Contingent
**NEW ORLEANS, LA 70119**
                                            ■ Unliquidated
Date(s) debt was incurred __
                                            ■ Disputed
Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                          Case number (if known) _____

Name

---

| 3.107 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**FRANCES L WELCH PERRY**
**1205 OAK GROVE HIGHWAY**
**GRAND CHENIER, LA 70643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$0.13

---

| 3.107 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**FRANCES MARIE LEE**
**1764 EVANS CIRCLE**
**MEDFORD, OR 97504-5574**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$0.44

---

| 3.107 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**FRANCES MAURINE G MOORE ESTATE**
**16419 NE 171ST COURT**
**BRUSH PRAIRIE, WA 98606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$4.44

---

| 3.107 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**FRANCES S FARMER**
**4034 BLUE BONNET BLVD**
**HOUSTON, TX 77025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$56.55

---

| 3.107 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**FRANCES W. ALBERTO**
**17 BELLECHASE GARDENS DRIVE**
**BEAUMONT, TX 77706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$0.81

---

| 3.107 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**FRANCESCA LOUISE BILLUPS**
**8301 BROADWAY**
**SUITE 319**
**SAN ANTONIO, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$17.35

---

Debtor   **White Oak Resources VI, LLC**
_____     Case number (if known) _____
Name

---

**3.1079**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $27.67

**FRANCINE DIAZ**
**2111 TURTLE LANE**          ■ Contingent
**MISSION, TX 78572**          ■ Unliquidated

Date(s) debt was incurred _          ■ Disputed

Last 4 digits of account number _          Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1080**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $15.27

**FRANCIS J GONZALEZ**
**710 NORTHSTAR DR**          ■ Contingent
**LAREDO, TX 78040**          ■ Unliquidated

Date(s) debt was incurred _          ■ Disputed

Last 4 digits of account number _          Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1081**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $4.43

**FRANCIS L SHORT**
**P O BOX 5396**          ■ Contingent
**THIBODAUX, LA 70302**          ■ Unliquidated

Date(s) debt was incurred _          ■ Disputed

Last 4 digits of account number _          Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1082**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $5.01

**FRANCISCO & LET CAASTELLANOS**
**EMILIANO ZAPATA #1003**          ■ Contingent
**TAMPS 88000**          ■ Unliquidated
**NUEVA LAREDO**          ■ Disputed

Date(s) debt was incurred _          Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.1083**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $27.67

**FRANCISCO BARRERA JR**
**2201 SUGAR LANE**          ■ Contingent
**MISSION, TX 78572**          ■ Unliquidated

Date(s) debt was incurred _          ■ Disputed

Last 4 digits of account number _          Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1084**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          $5.01

**FRANCISCO FLORES**
**& GENOVEVA FLORES**          ■ Contingent
**1120 MADISON**          ■ Unliquidated
**LAREDO, TX 78040**          ■ Disputed

Date(s) debt was incurred _          Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

| 3.108 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**

**FRANCISCO G MOLINA**
**406 NYE DRIVE**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$36,933.92

---

| 3.108 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**

**FRANCISCO GARZA**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.01

---

| 3.108 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**

**FRANCISCO GUERRA FAMILY TRUST**
**GRACIELA G TORRES CO TRUSTEE**
**1808 GALVESTON ST**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.16

---

| 3.108 | | |
|---|---|---|
| 8 | | |

**Nonpriority creditor's name and mailing address**

**FRANCISCO J SANCHEZ**
**ORALIA CRUZ DE**
**4142 TOLKIEN AVE**
**LAS VEGAS, NV 89115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.41

---

| 3.108 | | |
|---|---|---|
| 9 | | |

**Nonpriority creditor's name and mailing address**

**FRANCISCO JAVIER MORENO**
**ROSA E MORENO**
**1919 E SAUNDERS PMB #143**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$12.89

---

| 3.109 | | |
|---|---|---|
| 0 | | |

**Nonpriority creditor's name and mailing address**

**FRANCISCO MARTINEZ**
**100 E AURORA #105**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.41

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.109**
**1**

**Nonpriority creditor's name and mailing address**

**FRANK B SLOANE**
**362 E FRANKLIN ST**
**OPELOUSAS, LA 70570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$18.93

---

**3.109**
**2**

**Nonpriority creditor's name and mailing address**

**FRANK DITTMAR**
**1175 N LOCUST LANE**
**PROVO, UT 84604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$26.73

---

**3.109**
**3**

**Nonpriority creditor's name and mailing address**

**FRANK H LICHTENSTEIN JR**
**SP**
**455 WHISTLERS WAY**
**BULVERDE, TX 78070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$382.71

---

**3.109**
**4**

**Nonpriority creditor's name and mailing address**

**FRANK HEALY**
**300 POST ROAD WEST**
**WESTPORT, CT 06880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$117.88

---

**3.109**
**5**

**Nonpriority creditor's name and mailing address**

**FRANK KEATHLEY**
**6688 FM1649**
**GILMER, TX 75645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.57

---

**3.109**
**6**

**Nonpriority creditor's name and mailing address**

**FRANK L SHAW**
**3045 DONNELLY**
**NORTH BEND, OR 97459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.05

---

Debtor    **White Oak Resources VI, LLC**                          Case number (if known) _____
_____
          Name

| | | |
|---|---|---|
| **3.109 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.27** |

**FRANK N BULLOCK**
**5555 W UNIVERSITY BLVD.**
**DALLAS, TX 75209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.109 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$22.49** |

**FRANK PEYTON DUNN**
**CITIZENS NATIONAL BANK, AGENT**
**PO BOX 820**
**HENDERSON, TX 75653**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.109 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$725.71** |

**FRANK R. SCHULTZ**
**6122 PORTAL DRIVE**
**HOUSTON, TX 77096**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.110 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$1.11** |

**FRANK V BORREGO**
**6720 JOHNSBURG RD**
**SPRING COVE, IL 60081**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.110 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$41.55** |

**FRED CARVER**
**5660 KOHLER ST**
**BEAUMONT, TX 77706**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.110 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$221.16** |

**FRED GORDON CHASE JR**
**P O BOX 400327**
**HESPERIA, CA 92340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

---

**3.110 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.32** |
| **FREDDIE CALLOWAY** | ■ Contingent | |
| **812 4TH STREET** | ■ Unliquidated | |
| **MORGAN CITY, LA 70380** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.110 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,132.34** |
| **FREDDIE JOYCE GRAVES** | ■ Contingent | |
| **HC 65, BOX 230** | ■ Unliquidated | |
| **ALPINE, TX 79830** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.110 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.43** |
| **FREDERIC M. COMINS, JR.** | ■ Contingent | |
| **10465 CURRY PALM LANE** | ■ Unliquidated | |
| **FORT MYERS, FL 33966** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.110 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.71** |
| **FREDERICKSBURG ROYALTY LTD** | ■ Contingent | |
| **P O BOX 1481** | ■ Unliquidated | |
| **SAN ANTONIO, TX 78295-1481** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.110 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **FREEPORT MCMORAN OIL & GAS LLC** | ■ Contingent | |
| **C/O JONES WALKER** | ■ Unliquidated | |
| **ATTN CARL D ROSENBLUM** | ■ Disputed | |
| **201 ST CHARLES AVE SUITE 5100** | | |
| **NEW ORLEANS, LA 70170** | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.110 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **FREEPORT SULPHUR CO** | ■ Contingent | |
| **C/O CORPORATION SERVICES COMPANY** | ■ Unliquidated | |
| **320 SOMERULOS ST** | ■ Disputed | |
| **BATON ROUGE, LA 70802** | | |
| Date(s) debt was incurred __ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **White Oak Resources VI, LLC**  
_____   Case number (_if known_) _____  
Name

---

| 3.110 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$594,944.96** |

**FREEPORT-MCMORAN OIL & GAS LLC**  
**ATTN: TREASURY DEPT**  
**1615 POYDRAS ST**  
**NEW ORLEANS, LA 70112**

☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3.72** |

**FUGE FAMILY TRUST**  
**C/O MAGGIE BURCH**  
**8512 LAYNA COURT**  
**NORTH RICHLAND HILLS, TX 76182**

■ Contingent  
■ Unliquidated  
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,103.02** |

**FUHRMANN JR CARL I**  
**15 WATERFORD GLEN**  
**SAN ANTONIO, TX 78257**

■ Contingent  
■ Unliquidated  
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$717.51** |

**G & G LIMITED**  
**2800 N BIG SPRING ST**  
**MIDLAND, TX 79705**

■ Contingent  
■ Unliquidated  
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.18** |

**G. A. WIMBERLY, III**  
**4740 LITTLEFIELD**  
**BEAUMONT, TX 77706-7748**

■ Contingent  
■ Unliquidated  
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.53** |

**GARRETT OHRT**  
**2058 BERGER RD**  
**VICTORIA, TX 77905**

■ Contingent  
■ Unliquidated  
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                              Case number *(if known)* _____
         Name

| | |
|---|---|

**3.111<br>5**

**Nonpriority creditor's name and mailing address**
**GARRY W. ROBINSON**
**2695 MAHAN**
**BEAUMONT, TX 77707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$13.11

---

**3.111<br>6**

**Nonpriority creditor's name and mailing address**
**GARY ALAN ROGERS**
**P.O. BOX 94**
**EVANT, TX 78323-0094**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.96

---

**3.111<br>7**

**Nonpriority creditor's name and mailing address**
**GARY ANTHONY FREDERICK**
**P O BOX 349**
**DARROUZETT, TX 79024-0349**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.71

---

**3.111<br>8**

**Nonpriority creditor's name and mailing address**
**GARY HILL**
**725 HOWELL STREET**
**BEAUMONT, TX 77706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.49

---

**3.111<br>9**

**Nonpriority creditor's name and mailing address**
**GARY LYNN FERGUSON**
**4226 N. CHINA ROAD**
**BEAUMONT, TX 77713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.08

---

**3.112<br>0**

**Nonpriority creditor's name and mailing address**
**GARY LYNN LANG**
**3739 LAY AVENUE**
**GROVES, TX 77619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.21

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
| | Name | | |

**3.112 1**

**Nonpriority creditor's name and mailing address**

**GARY LYNN SNOWDEN**
**1604 NE FLORENCE**
**LEE'S SUMMIT, MO 64086**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$49.12**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

**GARY LYNN SMITH, USUFRUCT FBO**
**ERIC C SMITH & BRANDON B SMITH**
**2726 PENINSULAS DRIVE**
**MISSOURI CITY, TX 77459**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.32**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

**GARY R LIGHT TRUST OF 2009**
**GARY R LIGHT TRUSTEE**
**P O BOX 696**
**LYTLE, TX 78052**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$16.42**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**GARY W DOMINO JR**
**C/O MC BANK & TRUST COMPANY**
**P O DRAWER 2000**
**MORGAN CITY, LA 70381**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$200.99**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

**GAS INVESTORS GROUP LP**
**3890 W NW HWY, 7TH FL**
**DALLAS, TX 75220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$113.17**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**GAS TRANSPORTATION CORP**
**ATTN BRADY D KING II, REGISTERED AGENT**
**2400 FORSYTHE AVENUE SUITE 2**
**MONROE, LA 71201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                        Case number (if known) _____
          Name

| 3.112 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.52 |
|---------|---|---|---|

**GASTON DAUNIE**
**620 GRESHAM**
**BAYTOWN, TX 77520**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,259.58 |
|---------|---|---|---|

**GAUBERT OIL COMPANY INC**
**P.O. BOX 310**
**THIBODAUX, LA 70302**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $87.97 |
|---------|---|---|---|

**GAYLE TALBOT BOUDREAUX**
**222 RUE DE BEAUVILLE**
**NAPOLEONVILLE, LA 70390**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $124.72 |
|---------|---|---|---|

**GBT LLC**
**PO BOX 464**
**FRANKLIN, LA 70538**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---------|---|---|---|

**GC OPERATORS LLC**
**C/O CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $112.41 |
|---------|---|---|---|

**GEAN COMEAUX**
**2619 PACK ROAD**
**LAKE CHARLES, LA 70615**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.113
3**

**Nonpriority creditor's name and mailing address**

**GENE A JONES
6714 PEACHTREE
SAN ANTONIO, TX 78238**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$17.57**

---

**3.113
4**

**Nonpriority creditor's name and mailing address**

**GENE A STERLING
3238 S GREENPARK
HOUSTON, TX 77082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$4.73**

---

**3.113
5**

**Nonpriority creditor's name and mailing address**

**GENERAL OFFICE SUPPLY CO, INC.
PO BOX 81308
LAFAYETTE, LA 70598**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$467.52**

---

**3.113
6**

**Nonpriority creditor's name and mailing address**

**GENEVIEVE CHRISTY GALASSI
445 PACIFIC ST
BROOKLYN, NY 11217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$65.70**

---

**3.113
7**

**Nonpriority creditor's name and mailing address**

**GEO INTERNATIONAL CORPORATION
FKA OILFIELD SALVAGE COMPANY INC
C/O THE PRENTICE HALL CORP SYSTEM
INC
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113
8**

**Nonpriority creditor's name and mailing address**

**GEOKINETICS INT. HOLDINGS, INC
FKA GRANT GEOPHYSICAL, INC
PO BOX 421129
HOUSTON, TX 77242**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$63.50**

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
           Name

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

**GEORGE & MARY JOSEPHINE HAMMAN FOUNDATIO**
**3336 RICHMOND SUITE 310**
**HOUSTON, TX 77098**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.71

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

**GEORGE DUDLEY TALBOT JR**
**AND FRANCES VAN TALBOT**
**PO BOX 73164**
**METAIRIE, LA 70033**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$57.58

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**GEORGE FINLEY**
**6502 TIPPETT RD**
**CARLISLE, AR 72024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$24.65

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

**GEORGE G VAUGHT JR**
**PO BOX 13557**
**DENVER, CO 80201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$56.08

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

**GEORGE H FUHRER**
**P O BOX 538**
**FRANKLIN, LA 70538**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$539.97

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

**GEORGE H SHAW**
**RT 1 BOX 1120**
**WEED, CA 96094**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.05

---

Debtor **White Oak Resources VI, LLC**                     Case number (if known) _____
_____
Name

---

| 3.114 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22.27 |
| **GEORGE HENDERSON**<br>**P O BOX 326**<br>**GIBSON, LA 70356** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.20 |
| **GEORGE J FOREST**<br>**P.O. BOX 3124**<br>**LAFAYETTE, LA 70502** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,513.84 |
| **GEORGE LEO CARMOUCHE**<br>**& ANN B CARMOUCHE**<br>**1756 RIDGELAND DR**<br>**BATON ROUGE, LA 70810** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $743.61 |
| **GEORGE R. BROWN PTNRSHP, L P**<br>**P.O. BOX 200691**<br>**HOUSTON, TX 77216-0691** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40.47 |
| **GEORGE RENER JR**<br>**146 RITA CT**<br>**GIBSON, LA 70356** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.115 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.84 |
| **GEORGE ROBERT**<br>**27442 ORTEGA HIGHWAY**<br>**SAN JUAN CAPISTRANO, CA 92675** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor     **White Oak Resources VI, LLC**
_____     Case number (if known) _____
           Name

---

**3.115
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.12 |

**GEORGE ROBERTSON**
**47369 N FENDALSON RD**
**HAMMOND, LA 70401**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.98 |

**GEORGE T KARABATSOS**
**1115 HIGHLAND STREET**
**HOUSTON, TX 77009**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.04 |

**GEORGE W HUGO JR**
**7700.0 SAN FELIPE STE 500**
**HOUSTON, TX 77063**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.80 |

**GEORGE W PIRTLE III REV TRUST '8-10-95**
**BANK OF AMERICA TRUSTEE U/A**
**P O BOX 840738**
**DALLAS, TX 75284-0738**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.35 |

**GEORGIA MAE MILLER**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.99 |

**GEORGIA SHAW BUNYARD**
**801 BEAUTY ST**
**DATYON, TX 77535**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
         Name

---

| 3.115 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**GEORGIE M PETITJEAN**
**IND. & USUFRUCT**
**1006 E. FIFTH STREET**
**CROWLEY, LA 70526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$78.03

---

| 3.115 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**GEORGINA DE LA TRINIDAD**
**SANCHEZ GONAZALEZ**
**LUIS ECHEVERRIA 35-B**
**NUEVO LAREDO TAMAULIPAS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.41

---

| 3.115 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**GEOVANNIS & KELVIN E**
**HENG- CHONG-KWANG**
**PO BOX 53493**
**LAFAYETTE, LA 70505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$117.88

---

| 3.116 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**GERALD HUGH HENDERSON**
**861 COUNTY ROAD 233**
**EUREKA SPRINGS, AR 72631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$40.96

---

| 3.116 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**GERALD O TAYLOR**
**5522 DAUGHERTY ROAD**
**LONG BEACH, MS 39560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$816.17

---

| 3.116 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**GERALD R BARRICK**
**1716 BAKER STREET**
**SAN FRANCISCO, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$117.88

---

Debtor **White Oak Resources VI, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.116<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.86** |
|---|---|---|---|

**GERALD SALAZAR**
**& JUDY MELANCON SALAZAR**
**1313 ANSE BROUSSARD HIGHWAY**
**BREAUX BRIDGE, LA 70517**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87.82** |
|---|---|---|---|

**GERALDINE COMEAUX FLANAGAN**
**11618 DEEP MEADOW**
**HOUSTON, TX 77064-2111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$73.91** |
|---|---|---|---|

**GERALDINE DYER GREER**
**216 ARBORWAY**
**HOUSTON, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.56** |
|---|---|---|---|

**GERALDINE KELLOGG**
**7311 MCKAMY BOULEVARD**
**DALLAS, TX 75248**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.88** |
|---|---|---|---|

**GERALDINE M VONDENSTEIN**
**2290 HENRY RD**
**MORSE, LA 70559**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.63** |
|---|---|---|---|

**GERALDINE MCMANUS HOOT**
**230 MAGIC OAKS**
**SPRING, TX 77373**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
     Name

---

**3.116 9**

**Nonpriority creditor's name and mailing address**                                As of the petition filing date, the claim is: Check all that apply.                          **$0.03**

**GERARDO SALINAS**
**CYNTHIA G SALINAS**                                ■ Contingent
**139 BISCAYNE LOOP**                                ■ Unliquidated
**LAREDO, TX 78045**
                     ■ Disputed

Date(s) debt was incurred __                                Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 0**

**Nonpriority creditor's name and mailing address**                                As of the petition filing date, the claim is: Check all that apply.                          **$15.64**

**GERMAINE WEEKS**                                ■ Contingent
**P O BOX 3952**                                ■ Unliquidated
**BATON ROUGE, LA 70821**
                     ■ Disputed

Date(s) debt was incurred __                                Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 1**

**Nonpriority creditor's name and mailing address**                                As of the petition filing date, the claim is: Check all that apply.                          **$366.56**

**GERTRUDE IRMA PADDON**
**JOY R NELSON, ATTORNEY IN FACT**                                ■ Contingent
**785 PLYMOUTH**                                ■ Unliquidated
**MUSKEGON, MI 49445-2858**
                     ■ Disputed

Date(s) debt was incurred __                                Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 2**

**Nonpriority creditor's name and mailing address**                                As of the petition filing date, the claim is: Check all that apply.                          **$43,629.75**

**GET SUPPLY SPECIALTIES, LLC**
**702 VILLA DR**                                ■ Contingent
**LAREDO, TX 78045**                                ■ Unliquidated
                     ■ Disputed

Date(s) debt was incurred __                                Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 3**

**Nonpriority creditor's name and mailing address**                                As of the petition filing date, the claim is: Check all that apply.                          **$0.03**

**GILBERTO TENORIO**
**& ALEJANDRA TENORIO**                                ■ Contingent
**1702 PINDER**                                ■ Unliquidated
**LAREDO, TX 78040**
                     ■ Disputed

Date(s) debt was incurred __                                Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117 4**

**Nonpriority creditor's name and mailing address**                                As of the petition filing date, the claim is: Check all that apply.                          **$7.49**

**GINA ROSS**
**580 CORPORATE DR**                                ■ Contingent
**HOUMA, LA 70360-2833**                                ■ Unliquidated
                     ■ Disputed

Date(s) debt was incurred __                                Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __                                Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

**GINGER J ANTON**
**16941 SW 144 PLACE**
**MIAMI, FL 33177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$7.83

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

**GINGER NOYES**
**3418 WILLOW RIDGE DRIVE**
**KINGWOOD, TX 77339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$109.28

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

**GIRARD MADISE**
**121 OAK STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$37.17

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

**GISELLE MADISE FRANCIS**
**5727 CASA MARTIN DRIVE**
**KATY, TX 77449**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$37.17

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

**GLADYS E DIAMOND AS SUCCESSOR TTEE**
**JOHN RICHARD SCHMID TRUST**
**801 LILLY RD. NE APT. 612**
**OLYMPIA, WA 98506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$937.85

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

**GLADYS MARIE SUCCOP**
**C/O AMERICAN ROLLER BEARING CO**
**150 GAMMA DRIVE**
**PITTSBURGH, PA 15238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$18.35

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
            Name

| 3.118<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $278.15 |
|---|---|---|---|

**GLADYS S VERDINE**
**1702 TURMONT STREET**
**CARSON, CA 90746**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52.99 |
|---|---|---|---|

**GLADYS TAYLOR SOISETH**
**C/O CHARLES M TAYLOR SR**
**11904 OAK HAVEN RD**
**AUSTIN, TX 78753**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.15 |
|---|---|---|---|

**GLEN E CROSS**
**224 EAST 76TH STREET #1**
**CHICAGO, IL 60643**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.73 |
|---|---|---|---|

**GLEN HARVEY HOBBS**
**911 GAYLE LANE**
**LONGVIEW, TX 75605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.29 |
|---|---|---|---|

**GLEN TANNER**
**10808 CIRCLE DRIVE**
**AUSTIN, TX 78736**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.27 |
|---|---|---|---|

**GLENDA ANN SPARKS**
**4201 N GARFIELD STREET**
**APT. 117**
**MIDLAND, TX 79705**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                                      Case number (if known) _____
           Name

---

| 3.118<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $15.63 |

**GLENDA LOVELESS LEIFESTE**
**PO BOX 776**
**EDEN, TX 76837**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.118<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5.08 |

**GLENDA MARIE BRUNSON**
**P O BOX 571**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.118<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5.54 |

**GLENN D HART**
**1311 HUNTERS MEADOW LANE**
**HOUSTON, TX 77055-6066**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2.26 |

**GLENN E HOLMES**
**8891 WINGFIELD DR.**
**LUMBERTON, TX 77657**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.62 |

**GLENN H COFFEY**
**P O BOX 53606**
**LAFAYETTE, LA 70505-3606**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.119<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.67 |

**GLENN H. ALVEY ESTATE**
**C/O TX UNCL PROP RPTG SYS-EFT**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __White Oak Resources VI, LLC__ _____     Case number (if known) _____
Name

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.71 |
|---|---|---|---|

**GLENN W BRIDGES**
**22603 ROUND VALLEY DR**
**KATY, TX 77450**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.32 |
|---|---|---|---|

**GLORIA MAY HENDERSON**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.14 |
|---|---|---|---|

**GLORIA MAY HENDERSON**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.08 |
|---|---|---|---|

**GOERGE S HAGEE**
**8454 HIGHWAY E**
**BONNE TERRE, MO 63628-3775**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.25 |
|---|---|---|---|

**GOLDKING ENERGY PARTNERS I LP**
**ONE SHELL PLAZA**
**777 WALKER ST, STE 2500**
**HOUSTON, TX 77002**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GOLIAD COUNTY TAX OFFICE**
**MICHELLE GARCIA, TAC**
**P. O. BOX 800**
**Goliad, TX 77963**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                      Case number (if known) _____
          Name

---

**3.1199**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |

**GONZALES PROPERTIES #2 LTD**
**1515 E LANE ST**
**LAREDO, TX 78040**

☐ Contingent
☐ Unliquidated

Date(s) debt was incurred __
                                        ☐ Disputed
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.1200**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,740.00 |

**GONZALEZ WEED CONTROL &**
**CONSTRUCTION, INC**
**LAREDO, TX 78041**

☐ Contingent
☐ Unliquidated

Date(s) debt was incurred __
                                        ☐ Disputed
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.1201**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.51 |

**GORDON DICKSON**
**ADDRESS UNKNOWN**

☐ Contingent
☐ Unliquidated

Date(s) debt was incurred __
                                        ☐ Disputed
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.1202**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $502.60 |

**GORDON HURWITZ BUTOWSKY**
**101 PARK AVENUE**
**NEW YORK, NY 10178**

☐ Contingent
☐ Unliquidated

Date(s) debt was incurred __
                                        ☐ Disputed
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.1203**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274.08 |

**GPB PROPERTIES OF TEXAS LLC**
**280 WEST RENNER RD #5523**
**RICHARDSON, TX 75080**

☐ Contingent
☐ Unliquidated

Date(s) debt was incurred __
                                        ☐ Disputed
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.1204**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.84 |

**GRACE NAQUIN CORDTS**
**2120 RIKISHA LN**
**BEAUMONT, TX 77706**

☐ Contingent
☐ Unliquidated

Date(s) debt was incurred __
                                        ☐ Disputed
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                              Case number (if known) _____
_____
Name

---

| 3.120 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14.19 |
|---|---|---|---|

**GRACE SLOANE STAGG**
**375 N MAJOR DR**
**BEAUMONT, TX 77706**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.45 |

**GRACEANN QIAOYIN BRYANT**
**6045 PENELA WAY**
**EL DORADO HILLS, CA 95762**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.48 |

**GRADY DOMINO**
**7009 A LILLIAN HIGHWAY**
**PENSACOLA, FL 32506**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**GRAHAM ROYALTY LTD**
**C/O CT CORPORATION SYSTEM**
**5615 CORPORATE BLVD SUITE 400B**
**BATON ROUGE, LA 70808**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.07 |

**GRANT ALEXANDER GREER**
**17635 HENDERSON PASS**
**APT 821**
**SAN ANTONIO, TX 78232**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.22 |

**GRAYSON JAMES PADGETT**
**18017 WESTBURY RD.**
**BEAUMONT, TX 77713**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

**3.121
1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **GREEN C HUDGINS JR**<br>**309 W ELLAINE AVE**<br>**PASADENA, TX 77506** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1,334.57

---

**3.121
2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **GREGG B COLTON TRST DATED 10TH DAY**<br>**OF OC**<br>**GREGG B COLTON AND CINDY H COLTON,**<br>**TRUST**<br>**65 S PFEIFFERHORN DRIVE**<br>**ALPINE, UT 84004** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.12

---

**3.121
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **GREGORY D GORDON**<br>**140 MARGARET AVENUE**<br>**SAN FRANCISCO, CA 94112** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$216.37

---

**3.121
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **GREGORY DALE HOBBS**<br>**701 SARATOGA**<br>**ROBINSON, TX 76706** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$11.61

---

**3.121
5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **GREGORY HOWARD ROGERS**<br>**860 LAMAR ST.**<br>**VIDOR, TX 77662-3823** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$4.13

---

**3.121
6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **GRIFFIN PETROLEUM COMPANY**<br>**2800 N BIG SPRING ST**<br>**MIDLAND, TX 79705** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3,439.28

---

Debtor  **White Oak Resources VI, LLC**                        Case number (if known) _____
          Name

| 3.121 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.46 |

**GRIMES ENERGY COMPANY**
**2902 MID LN**
**HOUSTON, TX 77027-4912**

☐ Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.10 |

**GSW-VAQ MINERALS LTD**
**PO BOX 100145**
**SAN ANTONIO, TX 78201**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.02 |

**GUADALUPE ANNABEL CASTILLO-GOMEZ**
**212 MARIGOLD**
**LAREDO, TX 78043**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.59 |

**GUANADINE EVANS HUTCHINGS TR**
**C/O WILLIAM SEALLY HUTCHINGS**
**TRUSTEE**
**2700 POST OAK BLVD., STE 1200**
**HOUSTON, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,447.49 |

**GUILLERMO BENAVIDES**
**318 BORDEAUX**
**LAREDO, TX 78041**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,212.54 |

**GUILLERMO F BENAVIDES 99-C TRUST**
**C/O ROSALINA MADRID, TRUSTEE**
**318 BORDEAUX**
**LAREDO, TX 78041**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.122 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,691.83** |
|---|---|---|---|

**GUILLERMO GAJA RODRIGUEZ**
**C/O LYDIA DE MONTANO**
**30 ALVARADO AVE.**
**RANCHO VIEJO, TX 78575**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.41** |
|---|---|---|---|

**GUILLERMO LOPEZ SR AND GUILLERMO**
**LOPEZ J**
**514 ALAMO ST**
**LAREDO, TX 78040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,007.30** |
|---|---|---|---|

**GULF COAST COIL TUBING**
**P. O. BOX 1710**
**SCOTT, LA 70583**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.13** |
|---|---|---|---|

**GUY M LABBE**
**208 BOULDER CREEK PKWY**
**LAFAYETTE, LA 70508**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.22** |
|---|---|---|---|

**GWEN N NORRIS**
**101 CHRISTIAN DRIVE**
**GEORGE WEST, TX 78022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.58** |
|---|---|---|---|

**GWEN S DURRENBURGER**
**14402 WALTERS ROAD**
**HOUSTON, TX 77014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

| 3.122 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $62.38 |

**GWEN SCOUGALE BRINK**
**311 FAIRFAX LANE**
**CARY, NC 27513**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17.35 |

**GWENDOLYN ANTOINE**
**P O BOX 1521**
**GRAY, LA 70359**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $565.07 |

**GWENDOLYN DOUGLAS**
**US TREASURY-LEVY PROCEEDS-ACS**
**SUPPORT**
**P O BOX 145566**
**CINCINNATI, OH 45250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57.71 |

**GWENDOLYN MAZE BROUSSARD**
**140 MILL ROAD LOT 24**
**PATTERSON, LA 70392**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57.98 |

**H KIRKE BECKER JR, DECEASED**
**C/O WENDY PAYTON**
**1325 7TH ST. SOUTH, APT. #2C**
**MAPLES, FL 34102-7354**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.44 |

**HAL WARD**
**926 10TH ST**
**LAKE CHARLES, LA 70601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____

Name

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

**HALTON M TROUT**
**RT 4 BOX 25**
**TERRELL, TX 75160**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$4.23

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

**HANNAH LEWIS**
**C/O ROSEMARY ABRAMSON**
**P.O. BOX 532**
**HOLLY GROVE, AR 72069**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$35.33

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.123 7**

**Nonpriority creditor's name and mailing address**

**HARDIN COUNTY**
**SHIRLEY STEPHENS, TAC**
**P. O. BOX 2260**
**Kountze, TX 77625**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.123 8**

**Nonpriority creditor's name and mailing address**

**HARDIN-JEFFERSON**
**P. O. BOX 490**
**SOUR LAKE, TX 77659**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$98.09

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.123 9**

**Nonpriority creditor's name and mailing address**

**HARDY MINERAL & ROYALTIES LTD**
**PO BOX 484**
**SAN ANTONIO, TX 78292-0484**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$9.18

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.124 0**

**Nonpriority creditor's name and mailing address**

**HARLEY GRANT SCHUMITZ TRUST**
**CYNTHIA ANN RODRIGUEZ, TRUSTEE**
**13850 MAGNOLIA WAY**
**HELOTES, TX 78023**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.38

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
                 Name

| 3.124 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.72 |

**HAROLD G. BRES**
**302 BIRD AVENUE**
**NATCHITOCHES, LA 71457**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $61.83 |

**HAROLD GOODEARLE**
**14855 MEMORIAL DR. #1204**
**HOUSTON, TX 77079**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.91 |

**HAROLD HENCH MONTGOMERY**
**BAILEY'S TAX SERVICE**
**P.O. BOX 847**
**MCKINNEY, TX 75070-0847**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.19 |

**HAROLD HENDERSON**
**736 UTAH STREET**
**BERWICK, LA 70342**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $373.25 |

**HAROLD J COLEMAN JR**
**25220 Autumn Water St**
**Porter, TX 77365**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.89 |

**HAROLD J LEMAIRE**
**139 TECHE DRIVE**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.124 7**

**Nonpriority creditor's name and mailing address**
**HAROLD KNIGHT SR**
**605 EGLE STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $31.96

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 8**

**Nonpriority creditor's name and mailing address**
**HAROLD LEE BLACK**
**% RENEE BORIN, POA**
**6040 BUFFRIDGE TRAIL**
**DALLAS, TX 75252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.62

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124 9**

**Nonpriority creditor's name and mailing address**
**HAROLD ROBERTS**
**4600 10TH ST APT 813**
**MARRERO, LA 70072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $66.71

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125 0**

**Nonpriority creditor's name and mailing address**
**HAROLD THIBODEAUX**
**9768 BAYOU DIN DRIVE**
**BEAUMONT, TX 77705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $22.29

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125 1**

**Nonpriority creditor's name and mailing address**
**HARRIET L BREAUX**
**7 CYPRESS BEND**
**NEW IBERIA, LA 70563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.13

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125 2**

**Nonpriority creditor's name and mailing address**
**HARRIETT E MCBRIDE**
**2301 NORTON DRIVE**
**AUGUSTA, GA 30906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $9.12

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                          Case number (if known) _____
          Name

| 3.125 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.13 |

**HARRIS D BUTLER**
**1500 CONFEDERATE AVE**
**RICHMOND, VA 23227-4406**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.43 |

**HARRISON SHORT**
**PO BOX 263**
**GIBSON, LA 70356**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.84 |

**HARRISS KYLE MULLER**
**280 N W BIRCH PLACE**
**ISSAQUAH, WA 98027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,050.18 |

**HARRY D BERRY**
**1521 CATON STREET, Apt 7811**
**NEW ORLEANS, LA 70122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.40 |

**HARRY D SINGLETON**
**1059 WASHINGTON LANE**
**GREENSBURG, LA 70441**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.77 |

**HARRY DAVID SCHWARZ III**
**PO BOX 535**
**HEMPSTEAD, TX 77445**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
          Name

---

| 3.125 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87.98** |

HARRY F TYRRELL JR REV TRUST
FROST NAT'L BANK TRT
ACCT # A0440700
PO BOX 1600
SAN ANTONIO, TX 78296

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.02** |

HARRY HOLMES, II
P. O. BOX 22374
HOUSTON, TX 77227-2374

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$246.06** |

HARRY L. GUEDRY, SR.
P. O. BOX 464
KIRBYVILLE, TX 75956

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46.88** |

HARRY SINGLETON JR
C/O MERCIDE S HUGHES
P O BOX 615
PINE GROVE, LA 70453

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.36** |

HARTZ ENERGY CAPITAL LLC
500 PLAZA DRIVE
SECAUCUS, NJ 07094

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.41** |

HATTIE GRACE ROBINSON
205 EDGEWOOD ST
DEQUINCY, LA 70633

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
      Name

Case number (if known) _____

---

**3.1265**

**Nonpriority creditor's name and mailing address**
**HATTIE LLOYD**
**1117 E ELM ST**
**SPRINGFIELD, MO 65806**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.02**

---

**3.1266**

**Nonpriority creditor's name and mailing address**
**HAWKEYE ENERGY INC**
**C/O LOVELL & COMPANY**
**300 BOARD OF TRADE PLACE**
**NEW ORLEANS, LA 70130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$64,005.63**

---

**3.1267**

**Nonpriority creditor's name and mailing address**
**HAWKEYE ENERGY INC**
**C/O LOVELL & COMPANY**
**300 BOARD OF TRADE PLACE**
**NEW ORLEANS, LA 70130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$2,396.92**

---

**3.1268**

**Nonpriority creditor's name and mailing address**
**HAZEL BRUNSON DUGAS**
**1725 4TH ST**
**LAKE CHARLES, LA 70601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$7.13**

---

**3.1269**

**Nonpriority creditor's name and mailing address**
**HAZEL MARIE FOREMAN BICKHAM**
**1835 KING ARTHUR COURT**
**ORANGE, TX 77630**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$55.70**

---

**3.1270**

**Nonpriority creditor's name and mailing address**
**HAZEL Z HARDING**
**P O BOX 913**
**GRAY, LA 70359**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$19.30**

---

Debtor     **White Oak Resources VI, LLC**                                    Case number (if known) _____
            <sub>Name</sub>

| 3.127<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.09 |

**HD PUMP & SUPPLY, INC.**
**PO BOX 488**
**DAISETTA, TX 77533**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $254.86 |

**HEART OF TEXAS PRODUCTION CREDIT**
**ASSOC**
**P. O. BOX 20097**
**WACO, TX 76702**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.49 |

**HEATH JOHNSON**
**PO BOX 41**
**MORGAN CITY, LA 70381**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.30 |

**HEATHER L CONKLIN**
**3731 DELAWARE PLACE**
**TULSA, OK 74105**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.41 |

**HECTOR HERNANDEZ**
**4610 PITA DR**
**LAREDO, TX 78041**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.78 |

**HECTOR OPERATING INC.**
**310 HECTOR AVE**
**METAIRIE, LA 70005**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                      Case number (if known) _____
             Name

| 3.127 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.02** |

**HECTOR S CASTANEDA LOURDES**
**441 SAGEBRUSH CIR B**
**LAREDO, TX 78041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$362.45** |

**HEIRS OF DONALD LYNN TYLER**
**ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$362.45** |

**HEIRS OF JESSE LEE TYLER**
**ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27.23** |

**HELEN JEAN B EUDY**
**2927 HAYNESVILLE HIGHWAY**
**EL DORADO, AR 71730**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.89** |

**HELEN LEMAIRE HERNANDEZ**
**2931 CYPRESS ST**
**ABBEVILLE, LA 70510**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.45** |

**HELEN M ETTENGER SOUTTER**
**300 WOODHAVEN DR #5307**
**HILTON HEAD, SC 29928**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.128<br>3 | |

**Nonpriority creditor's name and mailing address**

**HELEN MAE EMMONS**
**4333 APPLEWOOD LA.**
**LOVES PARK, IL 61111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$366.56**

---

| | |
|---|---|
| 3.128<br>4 | |

**Nonpriority creditor's name and mailing address**

**HELEN ONEBANE BARNES**
**PO BOX 51772**
**LAFAYETTE, LA 70505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$0.68**

---

| | |
|---|---|
| 3.128<br>5 | |

**Nonpriority creditor's name and mailing address**

**HELEN ORR CAMBELL LIFE ESTATE**
**UNDER WILL OF TAZEWELL**
**1514 AGAINER ST**
**SAN ANTONIO, TX 78212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$5,045.23**

---

| | |
|---|---|
| 3.128<br>6 | |

**Nonpriority creditor's name and mailing address**

**HELEN T SKOLFIELD**
**526 PARK AVENUE**
**MANDEVILLE, LA 70448**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$249.81**

---

| | |
|---|---|
| 3.128<br>7 | |

**Nonpriority creditor's name and mailing address**

**HELEN TRAVIS OTTO**
**6710 ROBINSWOOD DR.**
**PORTAGE, MI 49024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$0.02**

---

| | |
|---|---|
| 3.128<br>8 | |

**Nonpriority creditor's name and mailing address**

**HELEN WILLIAMSON FONTENOT**
**P. O. BOX 779**
**SPURGER, TX 77660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$78.88**

---

Debtor **White Oak Resources VI, LLC**                     Case number (if known) _____

Name

---

**3.1289**

**Nonpriority creditor's name and mailing address**

**HELENA BLEVINS BLAIN**
**C/O TX UNCL PROP RPTG SYS-EFT**
**2385 ANGELINA STREET**
**BEAUMONT, TX 77702**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$1.17**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1290**

**Nonpriority creditor's name and mailing address**

**HELIS OIL & GAS COMPANY, LLC**
**201 ST CHARLES AVE.**
**STE 2600**
**NEW ORLEANS, LA 70170**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$20,179.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1291**

**Nonpriority creditor's name and mailing address**

**HENDRIX CONKLIN PARKS**
**8738 DOGWOOD DRIVE**
**LUMBERTON, TX 77657-5541**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$36.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1292**

**Nonpriority creditor's name and mailing address**

**HENLEY GULLEY BRACKEN TR**
**KAY SHIREY BRACKEN TTEE**
**POB 131209**
**SUITE 501**
**TYLER, TX 75713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$0.32**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1293**

**Nonpriority creditor's name and mailing address**

**HENRIETTA FAYE MERRIWETHER**
**1450 N MAJOR DR**
**APT 1306**
**BEAUMONT, TX 77706-4084**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$741.48**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1294**

**Nonpriority creditor's name and mailing address**

**HENRIETTA LEGER KURTZ**
**1947 CAMPBELL**
**HOUSTON, TX 77080**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$2.52**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                          Case number (if known) _____
_____
Name

---

| 3.129 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.05** |

**HENRY C SHAW**
**PO BOX 772**
**ROGERS, AR 72756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.22** |

**HENRY G KLEEMEIER TR**
**HENRY & DOROTHY KLEEMEIER CO T**
**PO BOX 21468**
**TULSA, OK 74121-1468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.08** |

**HENRY JOHNSON**
**237 HIGHWAY 1014**
**NAPOLEONVILLE, LA 70390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.77** |

**HENRY SINGLETON**
**5476 N BAYOU BLACK DR**
**GIBSON, LA 70356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.22** |

**HENRY WILLIAMS SR**
**4000 BAYOU OAKS DRIVE**
**HARVEY, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.10** |

**HERBERT E DISHMAN JR**
**6820 COLLEGE ST**
**BEAUMONT, TX 77707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

| 3.130 | | |
|---|---|---|
| 1 | | |

**Nonpriority creditor's name and mailing address**

**HERBERT M MOONEY RVOC TRUST**
**TERRI L MOONEY TTEE**
**800 LOGAN AVE**
**BELTON, MO 64012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$127.57

---

| 3.130 | | |
|---|---|---|
| 2 | | |

**Nonpriority creditor's name and mailing address**

**HERBERT RILEY**
**312 LAUREL STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$111.32

---

| 3.130 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**

**HERDELL MINERALS LP**
**1610 SANTA BARBARA STREET**
**SAN DIEGO, CA 92107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$42.68

---

| 3.130 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**

**HERMAN AUBREY WHITE III**
**4109 MAIDSTONE DRIVE**
**LAKE CHARLES, LA 70605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$8.27

---

| 3.130 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**

**HERMINIO ZARAGOZA AND WIFE**
**GRACIELA**
**3519 LAREDO ST**
**LAREDO, TX 78043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.57

---

| 3.130 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**

**HERSCHEL ALLEN THOMAS**
**3 PAINTED CANYON PL**
**THE WOODLANDS, TX 77381**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.71

---

Debtor __White Oak Resources VI, LLC_____     Case number (if known) _____
                 Name

| 3.130 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**HIDALGO COUNTY TAX ASSESSOR**
**PABLO (PAUL) VILLARREAL JR, PCC**
**P.O. BOX 3337**
**Edinburg, TX 78540-0178**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.63** |

**HILARIO CONDE**
**2504 NORWAY DR**
**GARLAND, TX 75040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**HILCORP ENERGY CO**
**C/O BARRASSO USDIN ET AL**
**ATTN CRAIG ISENBERG**
**909 POYDRAS ST SUITE 2350**
**NEW ORLEANS, LA 70112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,038.24** |

**HILCORP ENERGY COMPANY**
**REVENUE ACCOUNT**
**P. O. BOX 61229**
**HOUSTON, TX 77208-1229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$359,810.33** |

**HILCORP ENERGY I LP**
**DEPT 681**
**P.O. BOX 4346**
**HOUSTON, TX 77210-4346**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,645.48** |

**HILCORP ENERGY I LP**
**DEPT 681**
**P.O. BOX 4346**
**HOUSTON, TX 77210-4346**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

| 3.131<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.71 |
|---|---|---|---|

**HILDA FRANKLIN**
**11300 ROSZELL STREET, Apt 105**
**SAN ANTONIO, TX 78217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.131<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48.19 |
|---|---|---|---|

**HILDA H JONES**
**P O BOX 334**
**AMELIA, LA 70340**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.131<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,359.25 |
|---|---|---|---|

**HILDEGARD PFENDT LE**
**3366 MERIDIAN AVENUE**
**SAN JOSE, CA 95124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.131<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.27 |
|---|---|---|---|

**HOA HUYNH**
**AND KIM DUNG BANH**
**542 CHESTERFIELD DR**
**BATON ROUGE, LA 70815**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.131<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.55 |
|---|---|---|---|

**HOLLIE POPHAM MCGOWAN**
**ADDRESS UNKNOWN**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.131<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $113.17 |
|---|---|---|---|

**HOLLIS R SULLIVAN**
**WATERMARK ROYALTY LP**
**P O BOX 9289**
**WICHITA FALLS, TX 76308-9289**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

Debtor    **White Oak Resources VI, LLC**
_____    Case number (if known) _____
          Name

---

**3.131 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.58** |
| **HOMER ESQUIVEL**<br>**& WIFE LISA ESQUIVEL**<br>**2732 S FM 2191**<br>**FALFURRIAS, TX 78355** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.132 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$32.11** |
| **HONORE A FOUCHA**<br>**5620 HOLLEY LN**<br>**NEW ORLEANS, LA 70126** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.132 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$58.42** |
| **HORACE M ROBERT**<br>**8874 THAMES RIVER AVE**<br>**FOUNTAIN VALLEY, CA 92708** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.132 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$5,074.71** |
| **HORACIO BARRERA JR.**<br>**1200 W. YUCCA**<br>**MCALLEN, TX 78504** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.132 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.30** |
| **HOWARD BOYLES TEST TR**<br>**DANIEL F & DAVID H BOYLES, COTTES**<br>**5831 CANDLEWOOD LANE**<br>**HOUSTON, TX 77057** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.132 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$353.24** |
| **HOWARD J. MANUEL, SR.**<br>**HOWARD J. MANUEL, JR, A-AIF**<br>**% TX UNCLAIMED PROPERTY RPTG**<br>**SYS-EFT**<br>**P. O. BOX 183**<br>**CHINA, TX 77613** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor **White Oak Resources VI, LLC**　　　　　　　　Case number (if known) _____
　　　　　Name

---

**3.132**
**5**

**Nonpriority creditor's name and mailing address**
**HOWARD PEARCE ISBELL**
**PO BOX 22681**
**HOUSTON, TX 77227**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.15

---

**3.132**
**6**

**Nonpriority creditor's name and mailing address**
**HOWARD ROLLINS  JR**
**USUFRUCT, FOR GWENDOLYN ROLLINS**
**11000 HARROW RD**
**NEW ORLEANS, LA 70127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$41.09

---

**3.132**
**7**

**Nonpriority creditor's name and mailing address**
**HOWARD TRUECHART, LLC**
**7615 N. BARTLETT AVENUE**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$424.49

---

**3.132**
**8**

**Nonpriority creditor's name and mailing address**
**HUBERT LELEUX**
**1202 MARIA DR**
**SULPHUR, LA 70663**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.69

---

**3.132**
**9**

**Nonpriority creditor's name and mailing address**
**HUGH BRES**
**P.O. BOX 328**
**VICKSBURG, MS 39180**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.02

---

**3.133**
**0**

**Nonpriority creditor's name and mailing address**
**HUGH G MCDONALD JR**
**2400 PARGOUD LANDING**
**MONROE, LA 71201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.26

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

| 3.133 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.11 |
|---|---|---|---|

**HUGH G MCDONALD JR USUFRUCTUARY**
**DENIS & KATHERINE RESIDUARY TR**
**AS NAKED OWNERS**
**2400 PARGOUD LANDING**
**MONROE, LA 71201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.64 |
|---|---|---|---|

**HUGH MCDONALD JR USUFRUCTUARY**
**FAO DENNIS K & KATHERINE C**
**MCDONALD BOUR**
**RESIDUARY TRST**
**2400 PARGOUD LANDING**
**MONROE, LA 71201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.82 |
|---|---|---|---|

**HUGH MORGAN FLORA**
**8914 BONHOMME**
**HOUSTON, TX 77074**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.57 |
|---|---|---|---|

**HUMBERTO MARTINEZ AND MARIA LUISA**
**PO BOX 1693**
**LAREDO, TX 78044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.57 |
|---|---|---|---|

**HUMBERTO VELA & GLORIA SANCHEZ**
**2514 BRUNI ST**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,827.50 |
|---|---|---|---|

**HUNTON ANDREWS KURTH LLP**
**PO BOX 405759**
**ATLANTA, GA 30384-5759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1337**

**Nonpriority creditor's name and mailing address**

HURD ENTERPRISES LTD
7373 BROADWAY
STE 200
SAN ANTONIO, TX 78209

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.98**

---

**3.1338**

**Nonpriority creditor's name and mailing address**

HUTCHINGS MINERALS LLC
C/O TRAVIS PROPERTY MANAGEMENT
PO BOX 56429
HOUSTON, TX 77256-6429

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$23.59**

---

**3.1339**

**Nonpriority creditor's name and mailing address**

I. R. BORDAGES
P. O. BOX 273
HAMSHIRE, TX 77622

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.90**

---

**3.1340**

**Nonpriority creditor's name and mailing address**

IDA W FRYE
128 RED STREET
GRAY, LA 70359

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$12.86**

---

**3.1341**

**Nonpriority creditor's name and mailing address**

IDC ENERGY CORPORATION
1801 PATTERSON STREET
HOUSTON, TX 77007

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$67.18**

---

**3.1342**

**Nonpriority creditor's name and mailing address**

IDELL W JOHNSON
519 ORANGE STREET
MORGAN CITY, LA 70380

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$82.56**

---

Debtor **White Oak Resources VI, LLC**          Case number (if known) _____
_____
Name

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

**IGNACIO & ROSAS RIOJAS TRUSTEE**
**FBO IGNACIO JR JOSE & JESSICA**
**PO BOX 440344**
**LAREDO, TX 78044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.57**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

**IGNACIO SALINAS**
**1211 SAN DARIO AVE #945**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.57**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

**III MINERALS & LAND LTD**
**PO BOX 8508**
**MIDLAND, TX 79708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$2.44**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**IMELDA SANTOS BENAVIDES**
**305 ANTHONY LANE**
**LAREDO, TX 78046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$5.07**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**IMPERATIVE CHEMICAL PARTNERS, INC**
**PO BOX 61510**
**MIDLAND, TX 79711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$46,610.54**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**INA M COMEAUX BROUSSARD**
**2715 SECOND AVE**
**GROVES, TX 77619**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.46**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                   Case number (if known) _____
          Name

---

**3.1349**

**Nonpriority creditor's name and mailing address**
**INDIA CHUMNEY HANCOCK**
**4927 BRAESVALLEY DR**
**HOUSTON, TX 77096**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$18.35**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.1350**

**Nonpriority creditor's name and mailing address**
**INEZ BEASLEY**
**205 CONRAD**
**MEXIA, TX 76667**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$1.99**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.1351**

**Nonpriority creditor's name and mailing address**
**INTERCOASTAL OIL & GAS CORP.**
**500 N. SHORELINE BLVD.**
**SUITE 1118**
**CORPUS CHRISTI, TX 78471**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$1,039.30**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.1352**

**Nonpriority creditor's name and mailing address**
**INTRACOASTAL LIQUID MUD, INC.**
**P.O. BOX 38**
**MAURICE, LA 70555**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$7,379.80**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.1353**

**Nonpriority creditor's name and mailing address**
**INTREPID ENERGY LLC**
**P O BOX 7530**
**AMARILLO, TX 79114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$124.56**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.1354**

**Nonpriority creditor's name and mailing address**
**INVERNESS ENERGY INC**
**32814 WHITBURN TRAIL**
**FULSHEAR, TX 77441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$22.22**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                              Case number (if known) _____
         Name

---

**3.135 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,127.60 |
|---|---|---|

**INVERSUR PROPERTIES LLC**
**417 JORDAN DR**
**LAREDO, TX 78041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.19 |
|---|---|---|

**IOLA WHEELER ESTATE**
**MARJORIE WHEELER EXECUTRIX**
**3224 MILAN STREET**
**NEW ORLEANS, LA 70125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.65 |
|---|---|---|

**IRENE DOUCETTE**
**P. O. BOX 237**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.42 |
|---|---|---|

**IRENE LEMAIRE HEBERT**
**11410 FARMER ROAD**
**KAPLAN, LA 70548**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.15 |
|---|---|---|

**IRIS M CROSS**
**5602 BRENNAN RIDGE LANE**
**KATY, TX 77450**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.38 |
|---|---|---|

**IRIS PEAL WOOD**
**102 ARCADIA PL APT 1107**
**SAN ANTONIO, TX 78209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                              Case number (if known) _____
Name

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

**IRMA A MOODT**
**26611 RIDGESTONE PARK LN**
**CYPRESS, TX 77433**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$732.81

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

**IRMA DIANA DOMINGUEZ**
**4624 RIO PLATA COURT**
**LAREDO, TX 78046**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.45

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

**IRMA ESCORT ESTATE**
**C/O BARBARA A ESCORT**
**817 BROOKLYN AVE**
**BROOKLYN, NY 11203**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$112.41

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

**IRMA G DE DELGADO**
**185 MARIGOLD PLACE**
**CHULA VISTA, CA 91910**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$653.82

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

**IRMA JEAN HONS**
**1240 INA LANE**
**BRIDGE CITY, TX 77611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$362.52

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

**IRMA JEAN STEWART**
**421 DAY DR**
**BAKER, LA 70714**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$96.33

---

Debtor **White Oak Resources VI, LLC**                                       Case number (if known) _____
_____
Name

| 3.136<br>7 | **Nonpriority creditor's name and mailing address**<br>**IRMA MALO DE GARCIA**<br>**LUCIO BANCO**<br>**NUEVA LAREDO**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6.41** |
|---|---|---|---|

| 3.136<br>8 | **Nonpriority creditor's name and mailing address**<br>**IRMA TAYLOR**<br>**336 SAPPHIRE BEND**<br>**RIVERDALE, GA 30296**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$112.41** |
|---|---|---|---|

| 3.136<br>9 | **Nonpriority creditor's name and mailing address**<br>**IRVE ALLEN ELLIS**<br>**13327 OAK LEDGE DRIVE**<br>**HOUSTON, TX 77065-3729**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.91** |
|---|---|---|---|

| 3.137<br>0 | **Nonpriority creditor's name and mailing address**<br>**IRVIN SINGLETON**<br>**2002 FEDERAL AVE**<br>**MORGAN CITY, LA 70380-2512**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.75** |
|---|---|---|---|

| 3.137<br>1 | **Nonpriority creditor's name and mailing address**<br>**ISLER OIL LP**<br>**P.O. BOX 5414**<br>**KINGWOOD, TX 77325**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$53.18** |
|---|---|---|---|

| 3.137<br>2 | **Nonpriority creditor's name and mailing address**<br>**ISRAEL MENDOZA ORTIZ**<br>**MARIA EUGENIA MONROY**<br>**719 BOLIVAR**<br>**NUEVO LAREDO, TAMPS TAMPS88070**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.57** |
|---|---|---|---|

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

| 3.137 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.50 |
|---|---|---|---|

**IVAN BOURQUE SR**
**P O BOX 267**
**KAPLAN, LA 70548**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.52 |
|---|---|---|---|

**IVAN HOGAN**
**US TREASURY-LEVY PROCEEDS-ACS**
**SUPPORT**
**P O BOX 57**
**BENSALEM, PA 19020**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.41 |
|---|---|---|---|

**IVANOLA BRADLEY**
**1114 N LYONS STREET**
**LAKE CHARLES, LA 70601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.57 |
|---|---|---|---|

**IVOR W JONES**
**450 SHADYWOOD LANE**
**SAN ANTONIO, TX 78216**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.29 |
|---|---|---|---|

**IVY MAE ESTES ESTATE**
**MONROE M TOUCHSTONE RICE**
**P O BOX 3235**
**GALVESTON, TX 77550**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.33 |
|---|---|---|---|

**IVY SINGLETON**
**103 MACHALL LANE**
**PINE GROVE, LA 70453**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1379**

**Nonpriority creditor's name and mailing address**

**IVY YVES SCHEXNAILDER**
**309 BEAULLIEU DR**
**LAFAYETTE, LA 70508-6720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.79

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1380**

**Nonpriority creditor's name and mailing address**

**J C PETROLEUM INC**
**P O BOX 1433**
**CHICKASHA, OK 73023**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$124.56

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1381**

**Nonpriority creditor's name and mailing address**

**J CLEO THOMPSON AND JAMES CLEO**
**THOMPSON**
**325 N ST PAUL, STE 4300**
**DALLAS, TX 75201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$23.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1382**

**Nonpriority creditor's name and mailing address**

**J DOUGLAS SCOUGALE JR**
**PO BOX 245**
**LAFAYETTE, CA 94549**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$62.38

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1383**

**Nonpriority creditor's name and mailing address**

**J E BROUSSARD HEIRS O & G LP**
**P. O. BOX 3111**
**BEAUMONT, TX 77704**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$197.91

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1384**

**Nonpriority creditor's name and mailing address**

**J H FROST LIFE ESTATE**
**PO BOX 295319**
**KERRVILLE, TX 78029**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$185,855.97

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                                   Case number *(if known)* _____
          Name

| | |
|---|---|
| 3.138 5 | |

**Nonpriority creditor's name and mailing address**

J J FISCHER TRUST
P O BOX 130129
TYLER, TX 75713

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.20**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.138 6 | |

**Nonpriority creditor's name and mailing address**

J MARK SMITH
8155 EVANGELINE LN
BEAUMONT, TX 77706-5328

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$11.67**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.138 7 | |

**Nonpriority creditor's name and mailing address**

J MICHAEL GREGORY
& PATRICIA LYNN BOREN
19707 EMERALD LEAF RD
HOUSTON, TX 77094-2911

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$464.93**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.138 8 | |

**Nonpriority creditor's name and mailing address**

J P BROUSSARD JR
9170 MANION DR
BEAUMONT, TX 77706-3933

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.80**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.138 9 | |

**Nonpriority creditor's name and mailing address**

J PHILLIP BRANNAN
5801 ENTERPRISE DRIVE #A-3
LINCOLN, NE 68521

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.23**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.139 0 | |

**Nonpriority creditor's name and mailing address**

J R POUNDS INC
PO BOX 991
LAUREL, MS 39441-0991

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$110.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.139
1**

**Nonpriority creditor's name and mailing address**

**J STANLEY PRICE
AKA JOSEPH STANLEY PRICE
2308 NORTH BLVD
POA-STANLEY,GREG, & WILLIAM PRICE
HOUSTON, TX 77098**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$28.10

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.139
2**

**Nonpriority creditor's name and mailing address**

**J. D. MOONEY
14701 DELMAR ST
LEAWOOD, KS 66224**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$43,763.85

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.139
3**

**Nonpriority creditor's name and mailing address**

**J. WALTER BORDAGES, SR.
9120 GARDNER ST.
BEAUMONT, TX 77707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.90

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.139
4**

**Nonpriority creditor's name and mailing address**

**J.I. BOND
ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$2.35

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.139
5**

**Nonpriority creditor's name and mailing address**

**JACK & BETSY MCLAREN
292 JACK MCLAREN RD
MONTGOMERY, LA 71454**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$117.88

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.139
6**

**Nonpriority creditor's name and mailing address**

**JACK B WILSON JR
6001 VAN HORN LANE
FRISCO, TX 75034**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.03

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____     Case number (if known) _____
Name

| 3.139 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JACK BRIGHT**
**P O BOX 3157**
**VICTORIA, TX 77903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $5,138.64

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JACK C MYERS**
**4709 W. LOVERS LN., STE. #200**
**DALLAS, TX 75209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $2.32

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JACK D LAWRENCE JR**
**SP**
**318 KEENEY AVENUE**
**LAFAYETTE, LA 70501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $102.53

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JACK D STERLING**
**13515 AVONSHIRE DR**
**HOUSTON, TX 77083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $4.73

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JACK L CONNER**
**210 HWY 1376**
**BOERNE, TX 78006-5918**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $1,972.39

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JACK L SHORT**
**P O BOX 2244**
**BRIDGE CITY, TX 77611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $26.50

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **White Oak Resources VI, LLC**                                   Case number (if known)  _____
           Name

---

**3.140**
**3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**JACKIE G FRUSHA**
**255 N ANN STREET**
**SOUR LAKE, TX 77659**

Date(s) debt was incurred  __

Last 4 digits of account number  __

$11.82

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.140**
**4**

**Nonpriority creditor's name and mailing address**

**JACKIE LEE THOMAS**
**22906 JUNE POINT COURT**
**TOMBALL, TX 77375**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

$2.37

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.140**
**5**

**Nonpriority creditor's name and mailing address**

**JACQUELINE GAUBERT**
**337 WENTWORTH BLVD**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

$67.67

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.140**
**6**

**Nonpriority creditor's name and mailing address**

**JACQUELINE GUIDRY MANUEL**
**106 RUE DES CANNES**
**MAURICE, LA 70555**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.70

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.140**
**7**

**Nonpriority creditor's name and mailing address**

**JACQUELINE HENDERSON JAMES**
**1601 MONTOPOLIS DR # 914**
**AUSTIN, TX 78741**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

$36.13

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.140**
**8**

**Nonpriority creditor's name and mailing address**

**JACQUELINE RAINEY**
**PO BOX 702**
**LABADIEVILLE, LA 70302**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

$3.86

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____     Case number (if known) _____
Name

---

| 3.140 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JACQUELYN R HORTON**
**6349 MONROE**
**GROVES, TX 77619**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.82

---

| 3.141 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JADA LYNN T BRIGGS**
**319 TERREBONE STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.19

---

| 3.141 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JADEN W EMERSON**
**8400 GRAND LAKE ESTATES DRIVE**
**MONTGOMERY, TX 77316**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$4.56

---

| 3.141 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JAMES A AINSWORTH**
**AND GLADYS C. AINSWORTH**
**P. O. BOX 715**
**CHINA, TX 77613**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$16.37

---

| 3.141 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JAMES A BANFIELD**
**& FINETTA L BANFIELD**
**PO BOX 107**
**FRIENDSWOOD, TX 77549**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$53.61

---

| 3.141 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JAMES A FUHRER II**
**606 TOURNAMENT BLVD**
**BERWICK, LA 70342**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$270.00

---

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

| 3.141 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JAMES A PATTERSON**
**737 YORK CT**
**LEWISVILLE, TX 75056**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$39.08

---

| 3.141 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JAMES A SHORT JR**
**43 SOUTH ZINNIA COURT**
**LAKEWOOD, CO 80228**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$2.19

---

| 3.141 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JAMES ALLEN EDWARDS**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$1,852.85

---

| 3.141 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JAMES ALLISON BAKER SR**
**180 ROSEWOOD CIRCLE**
**COVINGTON, GA 30016**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$101.17

---

| 3.141 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JAMES AND PATRICIA ALLEN FAMILY PARTNERS**
**4019 COLERIDGE**
**HOUSTON, TX 77005-2721**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$0.46

---

| 3.142 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JAMES AUBERT CARMOUCHE & MARIE CARMOUCHE**
**7352 Lanes End**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$38.39

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.142<br>1 | **Nonpriority creditor's name and mailing address**<br>**JAMES B HAYES**<br>**UNKNOWN ADDRESS** | **As of the petition filing date, the claim is:** *Check all that apply.*         **$9.47** |

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.142<br>2 | **Nonpriority creditor's name and mailing address**<br>**JAMES B LEJUNE JR**<br>**AND JOANNE LEJUNE**<br>**P. O. BOX 463**<br>**CHINA, TX 77613** | **As of the petition filing date, the claim is:** *Check all that apply.*         **$5.21** |

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.142<br>3 | **Nonpriority creditor's name and mailing address**<br>**JAMES B LUNSFORD**<br>**PO BOX 578**<br>**CARDIFF, CA 92007** | **As of the petition filing date, the claim is:** *Check all that apply.*         **$1,161.86** |

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.142<br>4 | **Nonpriority creditor's name and mailing address**<br>**JAMES B STERLING JR**<br>**606 MAIN ST**<br>**DAYTON, TX 77535** | **As of the petition filing date, the claim is:** *Check all that apply.*         **$94.72** |

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.142<br>5 | **Nonpriority creditor's name and mailing address**<br>**JAMES BENNETT STERLING III**<br>**P O BOX 50**<br>**LIBERTY, TX 77575** | **As of the petition filing date, the claim is:** *Check all that apply.*         **$0.12** |

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.142<br>6 | **Nonpriority creditor's name and mailing address**<br>**JAMES C BEAM**<br>**4824 GENTILLY STREET**<br>**LAKE CHARLES, LA 70607** | **As of the petition filing date, the claim is:** *Check all that apply.*         **$0.04** |

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                              Case number (if known) _____
          Name

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**JAMES DALE DOWELL III**
**802 S BRUNER ST**
**HINSDALE, IL 60521**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$26.10**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

**JAMES DANIEL DURDIN**
**18511 BAY RIDGE COURT**
**BATON ROUGE, LA 70817**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.59**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

**JAMES DARDAR**
**564 E SHIPWRECK ROAD**
**SANTA ROSA BEACH, FL 32459**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$20.68**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

**JAMES DAVIDSON MORRISON**
**218 QUINCANNON ROAD**
**COLUMBIA, SC 29212-3259**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.74**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

**JAMES E FAGAN**
**PO BOX 146**
**TIVOLI, TX 77990**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$105.59**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 2**

**Nonpriority creditor's name and mailing address**

**JAMES E FOX**
**5 EAST MEADOW LANE**
**MIDDLETON, MA 01949**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$62.27**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
                Name                                            Case number (if known) _____

---

**3.143
3**

**Nonpriority creditor's name and mailing address**
**JAMES E STEVENS**
**4 SAN CLEMENTE CIRCLE**
**ODESSA, TX 79765**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $24.23

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143
4**

**Nonpriority creditor's name and mailing address**
**JAMES ENNIS OLMSTED**
**JAMES E OLMSTED II, ADMINISTRATOR**
**30100 TOWN CENTER DR #0-431**
**LAGUNA NIGUEL, CA 92677-2064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $61.07

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143
5**

**Nonpriority creditor's name and mailing address**
**JAMES GARDINER GARRISON**
**P.O. BOX 66466**
**HOUSTON, TX 77266**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $40.80

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143
6**

**Nonpriority creditor's name and mailing address**
**JAMES GORDON**
**225 SERPENTINE DRIVE**
**VALLEJO, CA 94589**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $80.27

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143
7**

**Nonpriority creditor's name and mailing address**
**JAMES H LEACH JR**
**3620 NE 140TH TERRACE CT**
**EDMOND, OK 73013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $3.01

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143
8**

**Nonpriority creditor's name and mailing address**
**JAMES H SHERBURNE**
**7808 WADING BIRD WAY**
**NORTH LAS VEGAS, NV 89084**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $19.22

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                          Case number (if known) _____
_____
Name

---

**3.143
9**

**Nonpriority creditor's name and mailing address**

**JAMES HOUSTON TRAVIS**
**400 MORNING SIDE DRIVE**
**SAN ANTONIO, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.02

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144
0**

**Nonpriority creditor's name and mailing address**

**JAMES J. DEMPSEY, JR.**
**P. O. BOX 907**
**BEAUMONT, TX 77704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.06

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144
1**

**Nonpriority creditor's name and mailing address**

**JAMES K COMEAUX**
**983 BALMORAL WAY**
**MELBOURNE, FL 32940-2403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.37

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144
2**

**Nonpriority creditor's name and mailing address**

**JAMES L. BROUSSARD**
**16639 GALLIER RD.**
**HAMSHIRE, TX 77622**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.54

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144
3**

**Nonpriority creditor's name and mailing address**

**JAMES LEONARD SYKES**
**P.O. BOX 696**
**PALMER, AK 99645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$3.76

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144
4**

**Nonpriority creditor's name and mailing address**

**JAMES M LEGER**
**225 BAYOU VIEW DR.**
**SEABROOK, TX 77586-6101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$21.82

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**
_____    Case number *(if known)* _____
          Name

---

**3.144 5**

**Nonpriority creditor's name and mailing address**

**JAMES M METCALF**
**24 ALGONQUIN ROAD**
**CAMBRIDGE, MD 21613-1002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

$0.59

---

**3.144 6**

**Nonpriority creditor's name and mailing address**

**JAMES MARK GATTI**
**91 DREAM COURT**
**METAIRIE, LA 70001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

$63.26

---

**3.144 7**

**Nonpriority creditor's name and mailing address**

**JAMES MARVIN SANDERS**
**AND MERIDA SANDERS**
**258 BRAGG DRIVE**
**MILAM, TX 75959**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

$7.96

---

**3.144 8**

**Nonpriority creditor's name and mailing address**

**JAMES MICHAEL MCCAIN**
**638 HEMPSTEAD CR11**
**HOPE, AR**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

$1.96

---

**3.144 9**

**Nonpriority creditor's name and mailing address**

**JAMES O BELCHER**
**PO BOX 10269**
**LIBERTY, TX 77575**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

$4.71

---

**3.145 0**

**Nonpriority creditor's name and mailing address**

**JAMES P MONTGOMERY**
**117 MEADOWLARK LOOP**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

$0.80

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          _____
          Name

| 3.145<br>1 | **Nonpriority creditor's name and mailing address**<br>**JAMES P ROY**<br>**556 JEFFERSON STREET SUITE 500**<br>**LAFAYETTE, LA 70501**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No  ☐ Yes | $167.49 |
|---|---|---|

| 3.145<br>2 | **Nonpriority creditor's name and mailing address**<br>**JAMES PATRICK MALONEY**<br>**P O BOX 82235**<br>**LAFAYETTE, LA 70598**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No  ☐ Yes | $195.42 |
|---|---|---|

| 3.145<br>3 | **Nonpriority creditor's name and mailing address**<br>**JAMES PEYTON ARRINGTON WALLACE**<br>**PO BOX 579**<br>**BLANCO, TX 78606-0579**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.73 |
|---|---|---|

| 3.145<br>4 | **Nonpriority creditor's name and mailing address**<br>**JAMES R ANDING**<br>**367 DYSON**<br>**ORANGE, TX 77630**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No  ☐ Yes | $1.99 |
|---|---|---|

| 3.145<br>5 | **Nonpriority creditor's name and mailing address**<br>**JAMES R HARRIS SURVIVORS TRST AKA**<br>**HARRIS**<br>**SURVIVORS TRUST - ANDREW M**<br>**GREENWELL, TT**<br>**710 BUFFALO ST**<br>**SUITE 313**<br>**CORPUS CHRISTI, TX 78401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No  ☐ Yes | $166.47 |
|---|---|---|

| 3.145<br>6 | **Nonpriority creditor's name and mailing address**<br>**JAMES R WIMBERLEY**<br>**13210 GLAD ACRES DR**<br>**DALLAS, TX 75234**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No  ☐ Yes | $28.16 |
|---|---|---|

Debtor **White Oak Resources VI, LLC**                     Case number (if known) _____
_____
Name

---

**3.145 7**

Nonpriority creditor's name and mailing address

**JAMES RAY KUEHN**
**6419 WISTER**
**HOUSTON, TX 77008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$0.63

---

**3.145 8**

Nonpriority creditor's name and mailing address

**JAMES RAY SHAW**
**RT 1 BOX 50**
**BUFFALO, TX 75831**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$1.21

---

**3.145 9**

Nonpriority creditor's name and mailing address

**JAMES ROBERTS**
**5001 ELMWOOD DRIVE**
**SAN JOSE, CA 95130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$58.42

---

**3.146 0**

Nonpriority creditor's name and mailing address

**JAMES ROBERTSON**
**P O BOX 46**
**NATALBANY, LA 70451**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$56.65

---

**3.146 1**

Nonpriority creditor's name and mailing address

**JAMES S CARTER**
**PO BOX 66**
**CLEVELAND, TX 77327**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$1.18

---

**3.146 2**

Nonpriority creditor's name and mailing address

**JAMES SILMAN SHAW ESTATE**
**EDNA M SHAW INDEPENDENT EXECUT**
**2217 AVENUE N**
**GALVESTON, TX 77550**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$6.02

---

Debtor   **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

---

**3.146 3**

**Nonpriority creditor's name and mailing address**

**JAMES W GARDINER TRUST**
**P.O. BOX 56668**
**HOUSTON, TX 77256-6668**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$141.82

---

**3.146 4**

**Nonpriority creditor's name and mailing address**

**JAMES W KRUEGER**
**18360 COLLINS ST**
**TARZANA, CA 91356**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$9.42

---

**3.146 5**

**Nonpriority creditor's name and mailing address**

**JAMES WILBUR PHILLIPS JR**
**2087 BONNIE LANE**
**SPRINGFIELD, OR 97477**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.01

---

**3.146 6**

**Nonpriority creditor's name and mailing address**

**JAMIE ROSE PIRTLE**
**4261 EAST UNIVERSITY DRIVE**
**SUITE 30-317**
**PROSPER, TX 75078**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.55

---

**3.146 7**

**Nonpriority creditor's name and mailing address**

**JAN ALLISON TRAVIS WILSON**
**2234 ESTATE GATE DRIVE**
**SAN ANTONIO, TX 78260**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.67

---

**3.146 8**

**Nonpriority creditor's name and mailing address**

**JANA BERNICE PHILLIPS**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$4.81

---

Debtor __White Oak Resources VI, LLC_____     Case number (if known) _____
           Name

| 3.146 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.04 |

**JANA MARGARET HALL**
**C/O LINDGREN**
**PO BOX 18**
**BARTLETT, TX 76511-0018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.62 |

**JANE A CASE STOCKSTILL**
**ESTATE**
**DONALD STOCKSTILL EXECUTOR**
**726 EVERGREEN DRIVE**
**NEW IBERIA, LA 70563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.46 |

**JANE A COMEAUX MOUTON**
**1224 LANTERN CT**
**SACRAMENTO, CA 95864**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.53 |

**JANE ANDERSON, DECEASED**
**C/O GAIL ELIZABETH ANDERSON**
**711 S ORCHARD ST., UNIT 202**
**MADISON, WI 53715-1877**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.45 |

**JANE M ROUSE WADDELL**
**36 LAKE POINTE CIRCLE**
**HENDERSONVILLE, NC 28792**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.27 |

**JANE MOUNTAIN ROSOLIO**
**906 CHESTNUT RIDGE DR**
**LUTHERVILLE TIMONIUM, MD 21093**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**        Case number *(if known)* _____

Name

---

| 3.147 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JANE R LANCASTER
C/O JOHN L. LANCASTER III
2323 ROSS AVENUE
SUITE 600
DALLAS, TX 75201

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$8.03**

---

| 3.147 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JANELL TOUPS JOHNSON
P O BOX 1324
AMELIA, LA 70340

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$22.27**

---

| 3.147 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JANELL VICKREY
PO BOX 844
CHINA, TX 77613

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$8.28**

---

| 3.147 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JANELLE CARTER HARVEY
PO BOX 1134
MONT BELVIEU, TX 77580

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.03**

---

| 3.147 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JANET ANN TRAMMELL
213 S THIRD STREET
ROCKPORT, TX 78382

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$44.44**

---

| 3.148 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JANET HENDERSON
P O BOX 1313
AMELIA, LA 70340

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$24.08**

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
            Name

---

| 3.148 |
|-------|
| 1 |

**Nonpriority creditor's name and mailing address**

**JANET K PIERCE**
**111 ROYAL CREST COURT**
**RED OAK, TX 75154**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                         **$64.83**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 |
|-------|
| 2 |

**Nonpriority creditor's name and mailing address**

**JANET MCCAIN HUCKABEE**
**756 BLUE MOUNTAIN ROAD**
**SANTA ROSA BEACH, FL 32459-5123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                         **$1.92**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 |
|-------|
| 3 |

**Nonpriority creditor's name and mailing address**

**JANET S LEBOEUF BENSON**
**315 WEST OAK LANE**
**LAKE CHARLES, LA 70605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                         **$0.04**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 |
|-------|
| 4 |

**Nonpriority creditor's name and mailing address**

**JANET SCHAEFER**
**401 S SARAH ST #8**
**WELSH, LA 70591**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                         **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 |
|-------|
| 5 |

**Nonpriority creditor's name and mailing address**

**JANETTE HANSEN**
**LIFE ESTATE**
**728 11TH AVENUE**
**MANILLA, IA 51454**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                         **$20.76**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 |
|-------|
| 6 |

**Nonpriority creditor's name and mailing address**

**JANICE BROUSSARD NILES**
**8923 SHADY HILLS**
**SAN ANTONIO, TX 78254**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                         **$0.59**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                              Case number (if known) _____
        _____
        Name

| 3.148 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.30 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**JANICE CAROL HENDERSON**
**245 IDYLWILD DRIVE**
**SOUR LAKE, TX 77659**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$35.30

---

**Nonpriority creditor's name and mailing address**
3.148 8
**JANICE K ARMSTRONG CHRISTENSEN**
**6168 COUNTY ROAD 988**
**MCKINNEY, TX 75071-0623**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.29

---

**Nonpriority creditor's name and mailing address**
3.148 9
**JANICE LOBDELL SIMONS**
**RT 6 BOX 119B**
**WACO, TX 76706**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$189.60

---

**Nonpriority creditor's name and mailing address**
3.149 0
**JANICE MADISE**
**121 OAK STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.90

---

**Nonpriority creditor's name and mailing address**
3.149 1
**JANICE MICKENS LIMEUX**
**2221 RICHLAND AVE APT 261**
**METAIRIE, LA 70001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$10.87

---

**Nonpriority creditor's name and mailing address**
3.149 2
**JANICE TANNER MCGEE**
**801 SIMPSON DRIVE**
**WINONA, MS 38967**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$80.27

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
                Name

| 3.149 3 | | | $9.38 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**JANIS CLAIR VANDERPOOL STARK**
**4517 FOSTER RANCH ROAD**
**AUSTIN, TX 78735**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 4 | | | $0.30 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**JANIS LOUISA BARRY COUSSAN**
**P O BOX 3**
**CARENCRO, LA 70520**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 5 | | | $1,390.85 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**JANIS NORMAN TROSSMAN**
**655 ORCHARD LANE**
**GLENCOE, IL 60022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 6 | | | $12.86 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**JANIS W CASTLE**
**3388 HWY 316**
**GRAY, LA 70359**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 7 | | | $2.32 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**JARED WAYNE VERCHER**
**6235 ABINGTON WAY**
**HOUSTON, TX 77008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | | | $19,616.09 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**JASE FAMILY LTD**
**PO BOX 904**
**MIDLAND, TX 79702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
| | Name | | |

---

**3.1499**

**Nonpriority creditor's name and mailing address**

**JASMINE BAIRD**
**1545 ANSE BROUSSARD HWY**
**BREAUX BRIDGE, LA 70517**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$9.43**

---

**3.1500**

**Nonpriority creditor's name and mailing address**

**JASON D LAUGHLIN**
**714 FIFTH ST**
**JENNINGS, LA 70546**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$11.36**

---

**3.1501**

**Nonpriority creditor's name and mailing address**

**JASON J KING**
**514 HARVEST HILL DRIVE**
**MURPHY, TX 75094**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.1502**

**Nonpriority creditor's name and mailing address**

**JASON LEWIS**
**P O BOX 2142**
**MORGAN CITY, LA 70381**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$27.90**

---

**3.1503**

**Nonpriority creditor's name and mailing address**

**JAVIER GALLEGOS**
**ALMA L GALLEGOS**
**PO BOX 440553**
**LAREDO, TX 78044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.41**

---

**3.1504**

**Nonpriority creditor's name and mailing address**

**JAVIER MATA**
**1407 E STEWART**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$12.89**

---

Debtor   **White Oak Resources VI, LLC**                                        Case number (if known)  _____
         _____
         Name

| 3.150 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.22** |

**JAVIER PARRA**
**& YVONNE PARRA**
**3304 GARFILED**
**LAREDO, TX 78043**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.05** |

**JAVIER VASQUEZ**
**908 EAST LOCUST**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$338.01** |

**JAY FICHTNER**
**AND RAE ANN FICHTNER JOINT TENANTS**
**5555 ARAPAHO ROAD APT. 332**
**DALLAS, TX 75248-3441**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$309.47** |

**JAY LEE MCNEIL**
**1111 GRIGSBY STREET**
**NEW CASTLE, PA 16101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,346.71** |

**JAY W SIMAR**
**162 SPANISH MOSS**
**EVANGELINE, LA 70537**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.67** |

**JAYCIE ANNETTE HENDERSON**
**4785 GLADYS AVE.**
**BEAUMONT, TX 77706**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

| 3.151 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,775.00 |
|---|---|---|---|

**JCI TRUCKING LLC**
**2818 JESSE JAYE DR**
**CORPUS CHRISTI, TX 78410**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.99 |
|---|---|---|---|

**JD GOODSON**
**& CHRISTINE GOODSON, HUSBAND AND**
**WIFE**
**124 LAKE JUNE ROAD**
**LAKE PLACID, FL 33852**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.02 |
|---|---|---|---|

**JDMI LLC**
**PO BOX 271120**
**CORPUS CHRISTI, TX 78427-1120**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.26 |
|---|---|---|---|

**JEAN KING WHITE**
**3602 HOLLYHILL ROAD**
**LAKE CHARLES, LA 70605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.36 |
|---|---|---|---|

**JEAN MARIE KLEVEN**
**DIANNA M SYAL AIF**
**6086 ABBOT ROAD**
**EAST LANSING, MI 48823**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.03 |
|---|---|---|---|

**JEAN MARIE RILEY**
**1241 N CIRCLE DR**
**SEALY, TX 77474**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____

Name

---

| 3.151 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.23** |

**JEAN PAUL THIBODAUX**
**4487 HWY 107 SOUTH**
**PLAUCHEVILLE, LA 71362**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.74** |

**JEAN SCOTT**
**391 MAIN STREET**
**BROOKVILLE, PA 15825**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.44** |

**JEAN TRAVIS SEEWALD**
**5170 BROADWAY ST SUITE 27**
**SAN ANTONIO, TX 78209-5730**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.02** |

**JEAN WILLIAMSON WEBB**
**30 WHITE OAK ROAD**
**ASHEVILLE, NC 28803**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.65** |

**JEANANN PIRTLE GALVIS TRUST**
**JEANANN PIRTLE, TRUSTEE**
**P O BOX 660**
**TYLER, TX 75710**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**JEANERETTE LUMBER & SHINGLE**
**C/O FISHMAN HAYGOOD LLP**
**ATTN PAUL C THIBODEAUX**
**201 ST CHARLES AVENUE 46TH FLOOR**
**NEW ORLEANS, LA 70170**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
               Name

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

**JEANERETTE MINERALS LLC**
**650 POYDRAS STREET**
**SITE 2125**
**NEW ORLEANS, LA 70130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$205.08

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

**JEANETTE BUCKALEW**
**1060 NE 134TH AVENUE**
**ALLEMAN, IA 50007-9802**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$41.51

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

**JEANETTE C LANDRY**
**& RICKY LANDRY**
**220 ABBY LAKE DR**
**THIBODAUX, LA 70301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$38.39

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

**JEANETTE JANNISE VENABLE**
**320 FLETCHER ROAD**
**LUMBERTON, TX 77657**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$9.00

---

**3.152 7**

**Nonpriority creditor's name and mailing address**

**JEANINE K PRICE**
**2101 TREASURE HILLS BLVD**
**#508**
**HARLINGEN, TX 78550**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$3.97

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

**JEANINE L GUILLORY BUSHNELL**
**3809 YORKSHIRE**
**LAKE CHARLES, LA 70605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$1.92

---

Debtor  **White Oak Resources VI, LLC**                                      Case number (if known) _____
              Name

---

| 3.152 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JEANNE H ROY**
**256 MEAUX RD**
**MORSE, LA 70559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.153 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**JEANNE L CASSATT**
**333 W 46TH TERR**
**KANSAS CITY, MO 64112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$9,060.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.153 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**JEANNIE WATKINS OTWELL**
**4699 FOSSIL VISTA DRIVE**
**APT # 9312**
**HALTOM CITY, TX 76137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.153 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**JEB - A - COLLECTION AGENCY**
**P O BOX 3111**
**BEAUMONT, TX 77704-3111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                  **$171.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.153 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**JEB - D - COLLECTION AGENCY**
**P O BOX 3111**
**BEAUMONT, TX 77704-3111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$22.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.153 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**JEFF HARBOUR**
**6TH W TEXAS AVE**
**BAYTOWN, TX 77520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$14.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
Name

Case number *(if known)* _____

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

**JEFFERSON ATTICUS BRACKEN TR**
**KAY SHIREY BRACKEN TTEE**
**POB 131209**
**SUITE 501**
**TYLER, TX 75713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.32

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**JEFFERSON COUNTY TAX OFFICE**
**ALLISON NATHAN GETZ, PCC**
**P O BOX 2112**
**Beaumont, TX 77704-2112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**JEFFERSON PARISH TAC**
**BUREAU OF REVENUE AND TAXATION**
**PROPERTY TAX DIVISION**
**P. O. BOX 130**
**Gretna, LA 70054-0130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

**JEFFERY A. LEJUNE, IND EXEC**
**EST OF JAMES B. LEJUNE, SR**
**9525 PHELAN BLVD.**
**BEAUMONT, TX 77706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$238.02

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

**JEFFERY STEVEN LEGER**
**392 GALLIER ROAD**
**BEAUMONT, TX 77713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$2.28

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

**JEFFERY WELDON LEGER**
**452 GALLIER ROAD**
**BEAUMONT, TX 77713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$2.22

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
          Name

| 3.154 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.50 |

**JEFFREY B TAYLOR**
**9202 CHIA VALLEY COURT**
**HOUSTON, TX 77089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.25 |

**JEFFREY THOMAS COLLINS SPECIAL**
**NEEDS TRU**
**ERIC WATTS TRUSTEE**
**3410 98TH STREET SUTIE 4-211**
**LUBBOCK, TX 79423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.02 |

**JEFFREY WILLIAM EDMAN**
**PO BOX 777426**
**HENDERSON, NV 89077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.68 |

**JENNIE K BULLARD**
**1344 GRAVEL BAR ROAD**
**VANDERGRIFT, PA 15690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17.23 |

**JENNIFER BELL DISCH**
**12308 LOCK PLACE**
**OCEAN SPRNGS, MS 39564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JENNIFER HOLT MCKELLAR**
**38 FIRETHORN PLACE**
**THE WOODLANDS, TX 77382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company, LLC

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **White Oak Resources VI, LLC**                              Case number (if known) _____
_____
Name

| 3.154 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.83 |
|---|---|---|---|

**JENNIFER LYNN WHATLEY BOUTTE**
**116 ELSINORE CIR**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Liability of White Oak Operating Company LLC</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $70.37 |
|---|---|---|---|

**JENNIFER M FEAKER**
**8520 BRETSHIRE DRIVE**
**DALLAS, TX 75228**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Liability of White Oak Operating Company LLC</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6.56 |
|---|---|---|---|

**JENNIFER SKYLE FAY**
**23 MIDLEDGE AVENUE**
**HULL, MA 02045**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Liability of White Oak Operating Company LLC</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $112.40 |
|---|---|---|---|

**JENNIFER SMALL TRICHE**
**1608 WINDY RIDGE DRIVE**
**BRENTWOOD, TN 37027**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Liability of White Oak Operating Company LLC</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10.82 |
|---|---|---|---|

**JERALD JOHNSON**
**487 KARLA DRIVE**
**THIBODAUX, LA 70301**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Liability of White Oak Operating Company LLC</u>

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $124.54 |
|---|---|---|---|

**JERDINE PERRILLOUX**
**P O BOX 778**
**NATALBANY, LA 70451**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Liability of White Oak Operating Company LLC</u>

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.155 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3.76 |
|---|---|---|---|

**JEREMY SLOCUM**
**241 EDGAR HOLMS ROAD**
**TYLERTOWN, MS 70360**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4.30 |
|---|---|---|---|

**JEROME HOWARD**
**1417 MCKENZIE DRIVE**
**ALLEN, TX 75013**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57.71 |
|---|---|---|---|

**JEROME MAXIE**
**P O BOX 2983**
**SACRAMENTO, CA 95814**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3.55 |
|---|---|---|---|

**JERRY ALLEN SONS**
**RR 1 BOX 642**
**CLARKRANGE, TN 38553**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24.38 |
|---|---|---|---|

**JERRY DALE MCCOWN**
**11122 GREENWAY DRIVE**
**BEAUMONT, TX 77705**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.99 |
|---|---|---|---|

**JERRY DALTON WARD**
**6030 BERNADETTE LN**
**SAN DIEGO, CA 92120**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.155 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JERRY DUHON**
**7151 CHOUPIQUE RD**
**SULPHUR, LA 70665**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$7.32

---

| 3.156 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JERRY ELLIS**
**AND ESTHER MARIE ELLIS**
**120 CROSSPOINT DR. NO 301**
**BOERNE, TX 78006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$16.40

---

| 3.156 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JERRY F HOLDITCH**
**23014 BARRISTER CREEK DR**
**TOMBALL, TX 77377**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1,157.11

---

| 3.156 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JERRY J KING JR**
**265 MUNSON ROAD**
**ROYSE CITY, TX 75189**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.03

---

| 3.156 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JERRY KOTZ**
**1385 WILLOW BEND DR**
**VIDOR, TX 77662-6631**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$31.25

---

| 3.156 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JERRY L SINGLETON**
**5154 BRYANT DRIVE**
**BATON ROUGE, LA 70812**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$9.40

---

Debtor **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

**JERRY M KERN**
**2308 HWY 171**
**DERIDDER, LA 70634**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$343.73

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

**JERRY RUFFIN**
**6082 N. BAYOU BLACK DR.**
**GIBSON, LA 70356**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$141.67

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**JERRY SIMPSON SLOANE**
**GREENWOOD ACRES**
**BUCHANAN DAM, TX 78609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$14.20

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**JESSE L DUNN III**
**PO BOX 3028**
**TEXAS CITY, TX 77592**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6,479.57

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

**JESSICA L SINGLETON**
**PO BOX 1674**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$47.23

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

**JESSICA LEIGH LEGER**
**504 LEANNA WOODS COVE**
**MANCHACA, TX 78652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.32

---

Debtor    **White Oak Resources VI, LLC**                          Case number (if known)  _____
          _____
          Name

| 3.157 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.49** |
| **JESSIE BAILEY** | ■ Contingent | |
| **610 GROVE STREET** | ■ Unliquidated | |
| **MORGAN CITY, LA 70380** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.29** |
| **JESSIE MAHALA GREEN** | ■ Contingent | |
| **1011 PORTER ST** | ■ Unliquidated | |
| **NEW BRAUNFELS, TX 78130** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.55** |
| **JESSIE MARY PARROTT** | ■ Contingent | |
| **13061 WESTLAKE ST** | ■ Unliquidated | |
| **GARDEN GROVE, CA 92643** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.12** |
| **JESSIE MOORE** | ■ Contingent | |
| **P O BOX 244** | ■ Unliquidated | |
| **NATALBANY, LA 70451** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28.74** |
| **JESSLYN BILBO HOLMES** | ■ Contingent | |
| **11426 W. ASHBY DRIVE** | ■ Unliquidated | |
| **PEORIA, AZ 85331** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.89** |
| **JESUS IBARRA LIZARRAGA** | ■ Contingent | |
| **SIERRA INDIA #15** | ■ Unliquidated | |
| **FRACCIONAMIENTO LOMAS DE** | ■ Disputed | |
| **MAZALTLAN** | | |
| **MAZATLAN SINALOA, DE 82120** | | |
| Date(s) debt was incurred _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
         Name

| 3.157 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.41 |

3.157 7 | **Nonpriority creditor's name and mailing address**
**JESUS MANUEL CASIANO**
**JUAN MANUEL**
**606 1/2 MARCELLA AVE**
**LAREDO, TX 78040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.41

---

3.157 8 | **Nonpriority creditor's name and mailing address**
**JESUS MANUEL POMPA JR**
**3402 QUERETARO LOOP**
**LAREDO, TX 78046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.41

---

3.157 9 | **Nonpriority creditor's name and mailing address**
**JEWEL ENLOE**
**RT 3 BOX 57**
**CLEVELAND, TX 77327**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$7.13

---

3.158 0 | **Nonpriority creditor's name and mailing address**
**JEWELL SLOANE BERRY**
**10265 HWY 105**
**BEAUMONT, TX 77706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$18.93

---

3.158 1 | **Nonpriority creditor's name and mailing address**
**JIL OIL CORP**
**P O BOX 791910**
**SAN ANTONIO, TX 78279-1910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.25

---

3.158 2 | **Nonpriority creditor's name and mailing address**
**JILL LEA KELSO**
**6210 FM 765 W**
**PAINT ROCK, TX 76866**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$15.63

Debtor **White Oak Resources VI, LLC**        Case number (*if known*) _____
Name

---

**3.158 3**

**Nonpriority creditor's name and mailing address**
**JILL SYKES STEWART**
**205 244TH ST SW**
**BOTHELL, WA 98021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.44

---

**3.158 4**

**Nonpriority creditor's name and mailing address**
**JILLIAN BROOKE WAGGONER**
**5723 EMERALD BROOK LANE**
**LEAGUE CITY, TX 77573**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.67

---

**3.158 5**

**Nonpriority creditor's name and mailing address**
**JIM GUNTHER**
**617 AURORA STREET**
**HOUSTON, TX 77008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$156.37

---

**3.158 6**

**Nonpriority creditor's name and mailing address**
**JIM PARSONS**
**PO BOX 37**
**WATSON, AL 35181**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.54

---

**3.158 7**

**Nonpriority creditor's name and mailing address**
**JIM R MCREYNOLDS**
**11630 GREEN OAKS ST**
**HOUSTON, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.15

---

**3.158 8**

**Nonpriority creditor's name and mailing address**
**JIMMIE WESLEY FELPS**
**10401 WOMMACK**
**AUSTIN, TX 78748**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.36

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
                   Name

---

**3.1589**

**Nonpriority creditor's name and mailing address**

**JIMMY F DRUEY**
**AND CAROL DRUEY**
**702 HOY ROAD**
**MADISON, MS 39110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $24.61

■ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.1590**

**Nonpriority creditor's name and mailing address**

**JIMMY JAY HENDERSON**
**915 QUEEN ANNE AVE N #210**
**SEATTLE, WA 98109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $357.57

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.1591**

**Nonpriority creditor's name and mailing address**

**JIMMY O SUBLETT**
**109 SOUTH VALLEY VIEW DRIVE**
**WIMBERLY, TX 78676**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $10.04

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.1592**

**Nonpriority creditor's name and mailing address**

**JIMMY VIDRINE**
**2050 HWY 93 N**
**SCOTT, LA 70583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $32.97

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.1593**

**Nonpriority creditor's name and mailing address**

**JO ANN LEJUNE**
**P.O. BOX 463**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $1.43

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.1594**

**Nonpriority creditor's name and mailing address**

**JO ANN STILLFLEW DOPPELT**
**6203 UPPER BRIDEL BEND DR.**
**COLUMBIA, MO 65201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $26.08

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

**JO ANNE BERGERON**
**121 OAK ST**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$6.90**

---

**3.159 6**

**Nonpriority creditor's name and mailing address**

**JO ANNE GIVENS**
**P O BOX 325**
**GIBSON, LA 70356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$4.77**

---

**3.159 7**

**Nonpriority creditor's name and mailing address**

**JO FOX**
**9 SPRUCEWOOD LANE**
**WESTPORT, CT 06880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$62.27**

---

**3.159 8**

**Nonpriority creditor's name and mailing address**

**JO LINDA J TAYLOR**
**C/O LOIS J TAYLOR IND. EX.**
**5905 MEDIAN RD**
**AUSTIN, TX 78734**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$35.44**

---

**3.159 9**

**Nonpriority creditor's name and mailing address**

**JO-CARROLL MCCULLOUGH**
**RT 1 BOX 1284M**
**THAYER, MO 65791**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$149.48**

---

**3.160 0**

**Nonpriority creditor's name and mailing address**

**JOAN BONIN MEDINE**
**201 OLENA DR**
**GONZALES, LA 70737-3351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$30.60**

---

Debtor **White Oak Resources VI, LLC**                           Case number (if known) _____
        _____
        Name

| | | |
|---|---|---|

**3.160**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.03 |
|---|---|---|

**JOAN E MCDANIEL HOFFPAUER SP**
**915 N AVENUE I**
**CROWLEY, LA 70526**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.56 |
|---|---|---|

**JOAN ELLEN MORGENSTERN**
**9223 TIMBERSIDE**
**HOUSTON, TX 77025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.12 |
|---|---|---|

**JOAN FRANCES M FUSSELMAN**
**4823 CEDAR LANE**
**MELISSA, TX 75454**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.75 |
|---|---|---|

**JOAN G BROWNE**
**201 HAMPTON PLACE**
**POMPTON PLAINS, NJ 07444**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.13 |
|---|---|---|

**JOAN HEARD**
**9180 BASALT LANE**
**LOUISVILLE, CO 80125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.36 |
|---|---|---|

**JOAN JOY SIMMONS**
**101 N PASTURE CV**
**HUTTO, TX 78634-4554**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
Name

Case number *(if known)* _____

---

| 3.160 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.55 |

**JOAN LEA KYSAR**
**2380 NE 101**
**ANDREWS, TX 79714-9113**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.41 |

**JOAN MARIE LASHLY**
**7810 MULLEN DR**
**AUSTIN, TX 78757**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.82 |

**JOAN R MCCOWN**
**10959 GLEN OAKS ST.**
**BEAUMONT, TX 77705**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.55 |

**JOAN T JONES**
**3100 N LEISURE WORLD BLVD #122**
**SILVER SPRING, MD 20906**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.30 |

**JOANNA F SULLIVAN**
**7021 GLEN PARK**
**SAN ANTONIO, TX 78239**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.47 |

**JOANNA MATTHEWS PASTORE**
**C/O MATTHEWS COMPANY**
**P. O. BOX 34**
**OLD GREENWICH, CT 06870**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**
　　　　　Name

Case number *(if known)* _____

---

| 3.161 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOAQUIN GARCIA**
**512 CADENA**
**LAREDO, TX 78043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.41**

---

| 3.161 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOB MINERALS, LTD.**
**7128 ROSSON LN SUITE 6**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.10**

---

| 3.161 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOE A BORDAGES JR**
**900 NORTH MAIN #5**
**GREENVILLE, SC 29609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.76**

---

| 3.161 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOE CLIVE INGRAM**
**143 LING STREET**
**ROCKPORT, TX 78382**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.27**

---

| 3.161 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOE HEBERT PROPERTY TRUST**
**RICHARD PEARCE TRUSTEE**
**411 EMERSON STREET**
**HOUSTON, TX 77006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$81.77**

---

| 3.161 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOEL BULLARD**
**2839 WESTLUND DR NE**
**HAM LAKE, MN 55304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$23.45**

---

Debtor  **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

**3.1619**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.43** |
|---|---|---|

**JOEL OSCAR HINOJOSA**
**7928 MIDWAY DEPOT**
**SAN ANTONIO, TX 78255**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1620**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.21** |
|---|---|---|

**JOHN A NEXSEN JR**
**4020 WESTBROOK DRIVE**
**FLORENCE, SC 29501**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1621**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.90** |
|---|---|---|

**JOHN ADAIR MADISE**
**121 OAK STREET**
**MORGAN, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1622**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3.30** |
|---|---|---|

**JOHN ALEXANDER GILLIN JR TR**
**C/O WILLIAM D JORDAN SUCC TRST**
**17300 NORTH DALLAS PKWY**
**SUITE 2050**
**DALLAS, TX 75248**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1623**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.00** |
|---|---|---|

**JOHN ALVIN JANNISE**
**2905 LARAMIE STREET**
**IRVING, TX 75062-4021**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1624**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$644.40** |
|---|---|---|

**JOHN AMOS WELDER**
**PO. BOX 1860**
**BRACKETTVILLE, TX 78832-1860**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Case number (if known) _____

Name

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

**JOHN ARNOLD FAY**
**PO BOX 26**
**BOW, WA 98232**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$6.56

---

**3.162 6**

**Nonpriority creditor's name and mailing address**

**JOHN ARTHUR MURR**
**P O BOX 531**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$80.36

---

**3.162 7**

**Nonpriority creditor's name and mailing address**

**JOHN B GOODHUE II FAM LTD PTR**
**5000 BELMONT STREET**
**BEAUMONT, TX 77707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$89.17

---

**3.162 8**

**Nonpriority creditor's name and mailing address**

**JOHN B HOLMES JR**
**C/O LEGACY TRUST CO**
**1415 LOUISIANA ST**
**SUITE 1900**
**HOUSTON, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$84.13

---

**3.162 9**

**Nonpriority creditor's name and mailing address**

**JOHN B SHAW**
**P.O. BOX 80696**
**MIDLAND, TX 79708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$1.09

---

**3.163 0**

**Nonpriority creditor's name and mailing address**

**JOHN CHADICK THIELEN**
**P.O. BOX 1447**
**LAKE CHARLES, LA 70602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$9.55

---

Debtor   **White Oak Resources VI, LLC**                                  Case number (if known) _____
　　　　　Name

---

**3.163**
**1**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                  **$56.68**

**JOHN CHARLES LEE**
**913 MARILYN DRIVE**                                                     ■ Contingent
**LAFAYETTE, LA 70503**
                                                                          ■ Unliquidated
Date(s) debt was incurred __
                                                                          ■ Disputed
Last 4 digits of account number __
                                                                          Basis for the claim:  Liability of White Oak Operating Company LLC

                                                                          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.163**
**2**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                  **$17.57**

**JOHN CLAYTON MOORE**
**16419 NORTHEAST 171ST COURT**                                          ■ Contingent
**BRUSH PRAIRIE, WA 98606**
                                                                          ■ Unliquidated
Date(s) debt was incurred __
                                                                          ■ Disputed
Last 4 digits of account number __
                                                                          Basis for the claim:  Liability of White Oak Operating Company LLC

                                                                          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.163**
**3**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                  **$0.64**

**JOHN COLEMAN**
**393 N POINT ROAD APT #903**                                            ■ Contingent
**OSPREY, FL 34229-6827**
                                                                          ■ Unliquidated
Date(s) debt was incurred __
                                                                          ■ Disputed
Last 4 digits of account number __
                                                                          Basis for the claim:  Liability of White Oak Operating Company LLC

                                                                          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.163**
**4**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                  **$52.78**

**JOHN COLEMAN III**
**419 CEDAR CREST CT**                                                   ■ Contingent
**LAFAYETTE, LA 70501**
                                                                          ■ Unliquidated
Date(s) debt was incurred __
                                                                          ■ Disputed
Last 4 digits of account number __
                                                                          Basis for the claim:  Liability of White Oak Operating Company LLC

                                                                          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.163**
**5**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                  **$391.32**

**JOHN D BERNHARDT**
**PO BOX 52309**                                                         ■ Contingent
**LAFAYETTE, LA 70505**
                                                                          ■ Unliquidated
Date(s) debt was incurred __
                                                                          ■ Disputed
Last 4 digits of account number __
                                                                          Basis for the claim:  Liability of White Oak Operating Company LLC

                                                                          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.163**
**6**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                  **$85.13**

**JOHN D GUANT JR**
**18323 SONTERRA PLACE APT 2308**                                        ■ Contingent
**SAN ANTONIO, TX 78258**
                                                                          ■ Unliquidated
Date(s) debt was incurred __
                                                                          ■ Disputed
Last 4 digits of account number __
                                                                          Basis for the claim:  Liability of White Oak Operating Company LLC

                                                                          Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
   _____
   Name

| 3.163 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.85** |

**JOHN D PHILLIPS**
**BOX 7**
**BOYCE, LA 71409**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.163 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$86.41** |

**JOHN E HINE**
**7412 SHADY VILLA LN**
**HOUSTON, TX 77055**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.163 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.96** |

**JOHN EDWARD GUILLORY**
**6 MOCKINGBIRD RD**
**COVINGTON, LA 70433**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.164 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.68** |

**JOHN GLAUDE JR**
**PO BOX 80221**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.164 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.14** |

**JOHN GREGG MIDDLETON EXEMPT TRUST**
**JOHN G MIDDLETON AS TRUSTEE**
**4306 YOAKUM BLVD., SUITE 540**
**HOUSTON, TX 77006**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.164 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.37** |

**JOHN GREGG MIDDLETON NONEXEMPT TRUST**
**JOHN G MIDDLETON AS TRUSTEE**
**4306 YOAKUM BLVD, SUITE 540**
**HOUSTON, TX 77006**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.164 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.55 |
|---|---|---|
| **JOHN H SONS**<br>**PO BOX 640**<br>**ELEPHANT BUTTE, NM 87935** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.16 |
|---|---|---|
| **JOHN H. WILLIAMS**<br>**4737 LAFAYETTE AVENUE**<br>**FORT WORTH, TX 76107** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.27 |
|---|---|---|
| **JOHN HENDERSON**<br>**P O BOX 1153**<br>**AMEILIA, LA 70340** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.54 |
|---|---|---|
| **JOHN HOWELL STUBBS**<br>**29422 ONO BLVD**<br>**ORANGE BEACH, AL 36561** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.42 |
|---|---|---|
| **JOHN J POIROT III**<br>**199 DOLPHIN ST**<br>**LAFAYETTE, LA 70508** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.164 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.30 |
|---|---|---|
| **JOHN J. MCCORKLE REVOC LIV TR**<br>**JJ MCCORKLE, TRUSTEE**<br>**1840 ERIN DRIVE**<br>**VIDOR, TX 77662-2946** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

**3.1649**

Nonpriority creditor's name and mailing address
**JOHN JUDGE**
**1001 GODWIN AVE**
**GLENN HEIGHTS, TX 75154-8673**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.62

---

**3.1650**

Nonpriority creditor's name and mailing address
**JOHN L KOLANDER JR**
**P. O. BOX 211**
**CHINA, TX 77613**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$29.94

---

**3.1651**

Nonpriority creditor's name and mailing address
**JOHN L LOEB JR. TRUST FBO-JOHN**
**LEVEN & JEROME MANNING TRSTEE**
**NO ADDRESS LISTED**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$7.10

---

**3.1652**

Nonpriority creditor's name and mailing address
**JOHN L ROBINSON**
**12775 KOAWOOD LANE**
**BEAUMONT, TX 77713-9405**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.82

---

**3.1653**

Nonpriority creditor's name and mailing address
**JOHN L SHAW**
**PO BOX 54**
**WILSEYVILLE, CA 95257**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.05

---

**3.1654**

Nonpriority creditor's name and mailing address
**JOHN L. LOEB, JR.**
**NO ADDRESS LISTED**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$7.10

---

Debtor    **White Oak Resources VI, LLC**                              Case number (if known)
        Name

---

| 3.165 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $43.18 |

**JOHN LANGDON EAST**
**P. O. BOX 364**
**WIMBERLEY, TX 78676**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $49.12 |

**JOHN LAWRENCE CANNON**
**SOLE AND SEPERATE PROP ESTATE**
**PO BOX 1671**
**GEORGE WEST, TX 78022**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3.18 |

**JOHN LITMAN**
**AND ROSIE LITMAN**
**13002 HUMPHREY DR**
**AUSTIN, TX 78729**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.49 |

**JOHN LOYCIE HEBERT**
**115 SUGAR CREEK DR**
**YOUNGSVILLE, LA 70592**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $115.79 |

**JOHN M GATTI III**
**228 SOUTH H STREET**
**LAKE WORTH, FL 33460**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $195.42 |

**JOHN MARTIN MALONEY**
**4316 STATE STREET DRIVE**
**NEW ORLEANS, LA 70125**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
         Name

| 3.166 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.83 |

**JOHN MICHAEL QUIRK**
**P. O. BOX 2136**
**TRAVERSE CITY, MI 49685**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.95 |

**JOHN MICHAEL THIBODEAUX**
**P.O. BOX 660**
**CHINA, TX 77613-0660**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.67 |

**JOHN MITCHELL**
**1575 HERMAN DUPRUIS RD**
**BREAUX BRIDGE, LA 70517**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8.09 |

**JOHN N WHEELOCK III TRUST**
**MARIAN B WHEELOCK TRUSTEE**
**P O BOX 1895**
**DILLEY, TX 78017**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8.09 |

**JOHN N. WHEELOCK III**
**P.O. BOX 1895**
**DILLEY, TX 78017**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**JOHN O HARRIS**
**231 RAMBLEWOOD DRIVE**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

**3.166 7**

Nonpriority creditor's name and mailing address

**JOHN O POMAR**
**17536 BRIDGEFARMER BLVD**
**PFLUGERVILLE, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$5.55

---

**3.166 8**

Nonpriority creditor's name and mailing address

**JOHN R SALAZAR SR**
**9106 BOONE DRIVE**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$1.25

---

**3.166 9**

Nonpriority creditor's name and mailing address

**JOHN R SNEDEGER**
**SNEDEGAR REVOCABLE LIVING TST**
**30531 PUERTO VALLARTA ROAD**
**LAGUNA NIGUEL, CA 92677-2481**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$71.07

---

**3.167 0**

Nonpriority creditor's name and mailing address

**JOHN R TREXLER**
**15 QUAIL HILL COURT**
**GREENVILLE, SC 29607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$0.49

---

**3.167 1**

Nonpriority creditor's name and mailing address

**JOHN RAWLINSON BOWEN III**
**2015 EMORY OAK DR**
**CARROLLTON, TX 75007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$0.04

---

**3.167 2**

Nonpriority creditor's name and mailing address

**JOHN RICHARDSON**
**3304 E MEADOW LANE**
**DICKINSON, TX 77539-9329**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$36.85

---

Debtor  **White Oak Resources VI, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.167 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$0.01**

**JOHN THOMAS CARTER JR**
**P O BOX 1659**
**WINNIE, TX 77665**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$65.72**

**JOHN V BOOTH**
**PO BOX 17036**
**SAN ANTONIO, TX 78217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$504.30**

**JOHN V MAYERS**
**PO BOX 440033**
**LAREDO, TX 78044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$510.75**

**JOHN WAYNE MOUNTAIN**
**613 CAMDEN AVE**
**APT B**
**SALISBURY, MD 00021-8001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$2.08**

**JOHN WILLIAM DAVIS**
**1769 NAGEL ROAD**
**VICTORIA, TX 77905**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$1.41**

**JOHN YOUNG LAUGHLIN**
**4002 AMHERST**
**HOUSTON, TX 77005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                              Case number (if known) _____
         Name

---

| 3.167 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.18** |
|---|---|---|---|

**JOHNNIE CARTER**
**8819 GARNETT AVENUE**
**SAN ANTONIO, TX 78221**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.70** |
|---|---|---|---|

**JOHNNY PAUL JANK**
**4422 FM 237**
**MEYERSVILLE, TX 77974**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$196.13** |
|---|---|---|---|

**JOLENE JOHNSTON**
**JEANETTE BUCKALEW, AIF**
**1060 NE 134TH AVE**
**ALLEMAN, IA 50007**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.82** |
|---|---|---|---|

**JOLYNN G CONNER**
**1415 MCCARTY ST**
**HOUSTON, TX 77029**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$102.53** |
|---|---|---|---|

**JOMAS PROPERTIES LLC**
**13810 QUEENSBURY LANE**
**HOUSTON, TX 77079**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.168 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,573.39** |
|---|---|---|---|

**JON MCMILLAN**
**334 W. LAKEWOOD DR.**
**ALAMOSA, CO 81101**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
        _____
        Name

---

| 3.168 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JON S BROWN**
**PO BOX 246**
**PALESTINE, TX 75802-0246**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$11.20**

---

| 3.168 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JONATHAN DARDAR**
**1051 GRASSY VIEW DR**
**HOUSTON, TX 77073**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$14.45**

---

| 3.168 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JONATHAN ROBERT**
**1049 GRACE ST**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.21**

---

| 3.168 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JONATHAN ROSS HENDERSON**
**P. O. BOX 255**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$189.25**

---

| 3.168 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JONETTA W SINGLETON**
**4014 CHATHAM ROAD**
**BALTIMORE, MD 21207**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1,514.18**

---

| 3.169 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JORDAN CANE HENDERSON**
**245 IDYLWILD DR**
**SOUR LAKE, TX 77659-5918**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$5.67**

---

| Debtor | **White Oak Resources VI, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.169 1**

**Nonpriority creditor's name and mailing address**

**JORGE & LETICIA HERNANDEZ**
**PO BOX 440154**
**LAREDO, TX 78044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.41**

---

**3.169 2**

**Nonpriority creditor's name and mailing address**

**JORGE ALFARO PANIAGUA & MARTHA**
**5028 VILLAGE CT**
**HALTOM CITY, TX 76117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.57**

---

**3.169 3**

**Nonpriority creditor's name and mailing address**

**JORGE LUIS PAREDES**
**& ELSA PAREDES**
**PO BOX 438**
**ENCINAL, TX 78019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.18**

---

**3.169 4**

**Nonpriority creditor's name and mailing address**

**JOSE & AMELIA DIAZ**
**6006 S TROY**
**CHICAGO, IL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.57**

---

**3.169 5**

**Nonpriority creditor's name and mailing address**

**JOSE & MARIA GUAJARDO**
**1220 SCOTT**
**LAREDO, TX 78040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$15.42**

---

**3.169 6**

**Nonpriority creditor's name and mailing address**

**JOSE A & RAMONA VARGAS**
**101 SOUTH ALLEN GENOA #205**
**SOUTH HOUSTON, TX 77587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.57**

---

Debtor    **White Oak Resources VI, LLC**                                         Case number (if known) _____
          Name

| 3.169 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.50 |
|---|---|---|---|

**JOSE A MARTINEZ**
**PO BOX 1992**
**LAREDO, TX 78044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.22 |
|---|---|---|---|

**JOSE ALFREDO ZUNIGA**
**1200 CRISP RD**
**ENNIS, TX 75119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.57 |
|---|---|---|---|

**JOSE ANGEL & CARLOS ALBERTO**
**VARGAS**
**101 S ALLEN GENOA #205**
**SOUTH HOUSTON, TX 77587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.02 |
|---|---|---|---|

**JOSE EDMUNDO RAMIREZ**
**1219 VICTORIA ST #1**
**LAREDO, TX 78040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34.88 |
|---|---|---|---|

**JOSE F GARZA**
**AND WIFE BERTHA S GARZA**
**7215 REMUDA DR**
**SAN ANTONIO, TX 78227-2850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.12 |
|---|---|---|---|

**JOSE ISMAEL NIETO**
**LYDIA NIETO**
**2310 GERONIMO DR**
**LAREDO, TX 78041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                                        Case number (if known) _____
      Name

---

| 3.170<br>3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.07** |

**JOSE J GOMEZ JR**
**RT 3 BOX 23RA HWY 359**
**LAREDO, TX 78043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.57** |

**JOSE L JURADO & ALMA A JURADO**
**3908 CALLE PUEBLA**
**LAREDO, TX 78046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.05** |

**JOSE LUIS GONZALAZ**
**MARIA LUISA**
**4514 HAYNES**
**LAREDO, TX 78041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.57** |

**JOSE LUIS MORALES, NORMA M**
**BOCANEGRA**
**BERTHA A TREVINO, ANA MARIA LOPEZ**
**3104 BARRIOS**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.02** |

**JOSE LUIS TRUJILLO**
**& MARIA LOURDES TRUJILLO**
**PO BOX 3047**
**LAREDO, TX 78044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.41** |

**JOSE M GARCIA**
**C CESAR GARCIA**
**919 1/2 COKE**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                          Case number (if known) _____
            Name

---

**3.170 9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$5.01**

**JOSE MARIA GUARDIOLA JR**                                        ■ Contingent
**2520 SAN FRANCISCO**
**LAREDO, TX 78040**                                               ■ Unliquidated

Date(s) debt was incurred __                                       ■ Disputed

Last 4 digits of account number __                                 Basis for the claim: _Liability of White Oak Operating Company LLC_

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171 0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$0.57**

**JOSE PENA & JOSEFA P**                                           ■ Contingent
**4559 HACHAR LANE**
**LAREDO, TX 78043**                                               ■ Unliquidated

Date(s) debt was incurred __                                       ■ Disputed

Last 4 digits of account number __                                 Basis for the claim: _Liability of White Oak Operating Company LLC_

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171 1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$3.18**

**JOSE V HERNANDEZ**                                               ■ Contingent
**AND LEONOR P HERNANDEZ**
**318 WEST ELM STREET**                                            ■ Unliquidated
**LAREDO, TX 78040**
                                                                   ■ Disputed
Date(s) debt was incurred __
                                                                   Basis for the claim: _Liability of White Oak Operating Company LLC_
Last 4 digits of account number __
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171 2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$0.57**

**JOSE VICENTE GARCIA**                                            ■ Contingent
**4317 MCCLELLAND**
**LAREDO, TX 78041**                                               ■ Unliquidated

Date(s) debt was incurred __                                       ■ Disputed

Last 4 digits of account number __                                 Basis for the claim: _Liability of White Oak Operating Company LLC_

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171 3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$2.96**

**JOSEPH A SINGLETON**                                             ■ Contingent
**406 LEONA STREET**
**MORGAN CITY, LA 70380**                                          ■ Unliquidated

Date(s) debt was incurred __                                       ■ Disputed

Last 4 digits of account number __                                 Basis for the claim: _Liability of White Oak Operating Company LLC_

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171 4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$18.09**

**JOSEPH CLARK**                                                   ■ Contingent
**6767 BENNINGTON RD #921**
**HOUSTON, TX 77028**                                              ■ Unliquidated

Date(s) debt was incurred __                                       ■ Disputed

Last 4 digits of account number __                                 Basis for the claim: _Liability of White Oak Operating Company LLC_

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____  Case number (if known) _____
Name

---

| 3.171 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPH DARDAR III**
**8107 WOODWARD ST**
**HOUSTON, TX 77051**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$14.45**

---

| 3.171 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPH DUPREE**
**3603 THOMAS DR. APT 2**
**HOUMA, LA 70363**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$10.82**

---

| 3.171 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPH DWAYNE LOWRIE**
**PO BOX 40**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$13.29**

---

| 3.171 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPH F FUHRER**
**P O BOX 538**
**FRANKLIN, LA 70538**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$539.97**

---

| 3.171 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPH FOREMAN**
**5115 PONCIANA ST**
**EDINBURG, TX 78541-7962**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$55.70**

---

| 3.172 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPH H POMAR -WEBB**
**1125 TUSCAN SKY LANE**
**UNIT #1**
**HENDERSON, NV 89002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$5.62**

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

**3.172
1**

**Nonpriority creditor's name and mailing address**

**JOSEPH HAMILTON**
**P O BOX 1495**
**THIBODAUX, LA 70301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$5.89

---

**3.172
2**

**Nonpriority creditor's name and mailing address**

**JOSEPH M. CHAPMAN TRUST**
**1615 RAMBLING STONE**
**RICHMOND, TX 77406**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$0.01

---

**3.172
3**

**Nonpriority creditor's name and mailing address**

**JOSEPH MADISE**
**308 UNION ST**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$64.96

---

**3.172
4**

**Nonpriority creditor's name and mailing address**

**JOSEPH MICKENS**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$11.30

---

**3.172
5**

**Nonpriority creditor's name and mailing address**

**JOSEPH MICKENS**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$12.62

---

**3.172
6**

**Nonpriority creditor's name and mailing address**

**JOSEPH PATRICK MADISE**
**121 OAK STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$6.90

---

Debtor **White Oak Resources VI, LLC**
Name
Case number (*if known*) _____

---

| 3.172 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOSEPH RENER
113 EDGEWOOD DRIVE
HOUMA, LA 70360

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$7.49**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOSEPH ROY FONTENOT JR
P.O. BOX 779
SPURGER, TX 77660

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$1.26**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOSEPH SIGUR JR
P O BOX 848
GIBSON, LA 70356

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$20.68**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOSEPH TYLER
3178 HIGHWAY 308
NAPOLEONVILLE, LA 70390

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$35.34**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOSEPH W COLEMAN JR
24 TURNBERRY DR
LA PLACE, LA 70068

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$193.94**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOSEPH WASHINGTON
200 RODERICK STREET
MORGAN CITY, LA 70381

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$12.86**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
                  Name

| 3.173 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPH WELDON BARTLETT JR**
**836 E. RIVER ROAD**
**CALCASIEU, LA 71433**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2.84**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPH WIGGINS**
**814 HOLIDAY DR**
**NORTH AUGUSTA, SC 29841**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.88**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPH WILLIAM KIBODEAUX**
**AND GAIL KIBODEAUX**
**P. O. BOX 950**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$8.94**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPH WILLIAMS**
**2430 GALLIER STREET**
**NEW ORLEANS, LA 70117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$13.78**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPHINE HUGHES STERLING**
**FOUNDATION**
**P.O. BOX 700397**
**DALLAS, TX 75370**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.06**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOSEPHINE S VILLERE QUALIFIED**
**PERSONAL**
**RESIDENCE TRUST, DTD. 11/8/99**
**ANTHONY E. MONELLI, TRUSTEE**
**935 WHITE PLAINS ROAD**
**TRUMBULL, CT 06611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$16.72**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                              Case number (if known) _____
_____
Name

| 3.173 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.09 |

**JOSH L HILL**
**, ET UX**
**P. O. BOX 215**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.29 |

**JOSHUA DONTRELL JOHNSON**
**PO BOX 1212**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.63 |

**JOSHUA DORSEL MCGUIRE**
**206 OAKSHIRE DRIVE**
**HOUMA, LA 70364**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.35 |

**JOSHUA LICHTMAN**
**1023 DUBLIN ST.**
**NEW ORLEANS, LA 70118**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.67 |

**JOSHUA TRENT HENDERSON**
**1202 CRENWELGE DR**
**FREDRICKSBURG, TX 78624**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.32 |

**JOSIE ANGELA SELLERS TR**
**JOSIE ANGELA SELLERS TTEE**
**15205 CASCADE BLUFF**
**AUSTIN, TX 78738**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
         Name

| 3.174 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$488.83** |

**JOYCE A HEGLAND**
**27 COY PARK DR**
**NEWARK, IL 60541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.174 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$84.27** |

**JOYCE DAVIS**
**P O BOX 662**
**FRANKLIN, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.174 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.11** |

**JOYCE FALCON**
**105 MOYE STREET**
**ROUND ROCK, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.174 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.01** |

**JOYCE HEBERT**
**24025 EUCLIDE RD**
**KAPLAN, LA 70548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.174 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.54** |

**JOYCE L EWING**
**2219 BENS VIEW TRAIL**
**KINGWOOD, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.175 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.83** |

**JOYCE LOUISE FRANCIONE**
**1606 GLENN AVE**
**TRUTH OR CONSEQUENCES, NM 87901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

**3.175
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.61 |
|---|---|---|

**JOYCE MORVANT CUSTER**
**175 WEST CHEYENNE ROAD #104**
**COLORADO SPRINGS, CO 80906**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.75 |
|---|---|---|

**JOYCE PORCHE SINGLETON**
**4532 BELLAROSE ST WEST**
**TALLAHASSEE, FL 32305**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.86 |
|---|---|---|

**JOYCE RUSS**
**2118 19TH AVENUE NORTH**
**TEXAS CITY, TX 77590**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.77 |
|---|---|---|

**JOYCE SINGLETON**
**165 GERALDINE ROAD**
**GIBSON, LA 73560**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,362.49 |
|---|---|---|

**JOYCE W MCNEILL**
**2924 CHERRY CREEK CR**
**BRYAN, TX 77802**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.81 |
|---|---|---|

**JOYCE WALKER JONES**
**10738 NORTH RIDGE**
**BATON ROUGE, LA 70811**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __White Oak Resources VI, LLC_____     Case number (if known) _____
           Name

---

**3.175
7**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$17.35**

JSB III MINERAL PARTNERS LTD                  ☐ Contingent
8301 BROADWAY
SUITE 319                                     ☐ Unliquidated
SAN ANTONIO, TX 78209
                                              ☐ Disputed
Date(s) debt was incurred __
                                              Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                              Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.175
8**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$3.18**

JUAN AGUILAR                                  ☐ Contingent
& CHRISTINA AGUILAR
2415 SOUTH MARTIN AVENUE                      ☐ Unliquidated
LAREDO, TX 78046
                                              ☐ Disputed
Date(s) debt was incurred __
                                              Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                              Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.175
9**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.57**

JUAN ANTONIO CASTRO                           ☐ Contingent
PO BOX 450674
LAREDO, TX 78045                              ☐ Unliquidated

                                              ☐ Disputed
Date(s) debt was incurred __
                                              Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                              Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.176
0**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$1.64**

JUAN CARLOS BARRERA                           ☐ Contingent
4319 VIDAURRI
LAREDO, TX 78041                              ☐ Unliquidated

                                              ☐ Disputed
Date(s) debt was incurred __
                                              Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                              Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.176
1**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$3.18**

JUAN DE DIOS VASQUEZ                          ☐ Contingent
2716 PALO BLANCO
LAREDO, TX 78046                              ☐ Unliquidated

                                              ☐ Disputed
Date(s) debt was incurred __
                                              Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                              Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.176
2**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.58**

JUAN JASSO JR                                 ☐ Contingent
909 S. CENTER ST.
FALFURRIAS, TX 78355                          ☐ Unliquidated

                                              ☐ Disputed
Date(s) debt was incurred __
                                              Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                              Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

**JUAN JOSE & ABIGAIL MONDRAGON**
**PO BOX 440785**
**LAREDO, TX 78044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.57**

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

**JUAN MARTINEZ**
**1502 SOUTH MALINCHE**
**LAREDO, TX 78043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.41**

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

**JUAN RAUL LLANO**
**4914 SAN FELIPE**
**LAREDO, TX 78046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1.11**

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

**JUAN Z RODRIGUEZ**
**& VIRGINA R RODRIGUEZ**
**305 ALBANY DR**
**LAREDO, TX 78045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.02**

---

**3.176 7**

**Nonpriority creditor's name and mailing address**

**JUANITA ANTOINE**
**P O BOX 907**
**GRAY, LA 70359**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.21**

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

**JUANITA MARICELA TOVAR**
**1308 GARDEN**
**LAREDO, TX 78040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$15.19**

---

Debtor __White Oak Resources VI, LLC_____     Case number (if known) _____
     Name

| 3.176 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47.38** |
|---|---|---|---|

**JUDGE FRANK W RYAN**
**16790 AGATE POINT RD NE**
**BAINSBRIDGE ISLD, WA 98110**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.37** |
|---|---|---|---|

**JUDITH FORE RAIFORD**
**15123 GREENLEAF LANE**
**HOUSTON, TX 77062**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.10** |
|---|---|---|---|

**JUDITH L CHIARA TRUST FBO**
**ADDRESS UNKNOWN**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.12** |
|---|---|---|---|

**JUDITH L REYNOLDS**
**45 SHAWS CREEK FARM RD**
**HENDERSONVILLE, NC 28739-3100**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.04** |
|---|---|---|---|

**JUDY BEISEL**
**313 CHISHOLM TRAIL**
**SALADO, TX 76571**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.20** |
|---|---|---|---|

**JUDY CULP**
**65721 GRAYS CORNER ROAD**
**COVE, OR 97824**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

| 3.177 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14.14 |

**Nonpriority creditor's name and mailing address**
**JUDY MCDANIEL**
**H C 1-BOX 345**
**ANAHUAC, TX 77514**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$14.14

---

| 3.177 6 |

**Nonpriority creditor's name and mailing address**
**JUDY RICHARDSON**
**P O BOX 377**
**AMELIA, LA 70340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$240.24

---

| 3.177 7 |

**Nonpriority creditor's name and mailing address**
**JULI AN RENEE PROPP**
**5428 COUNTY ROAD 1675**
**ODEM, TX 78370**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.59

---

| 3.177 8 |

**Nonpriority creditor's name and mailing address**
**JULIA ANN STEWARD**
**117 TYRONA STREET**
**LAFAYETTE, LA 70507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$16.54

---

| 3.177 9 |

**Nonpriority creditor's name and mailing address**
**JULIA EDWARDS**
**P O BOX 1362**
**COVINGTON, GA 30015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$41.57

---

| 3.178 0 |

**Nonpriority creditor's name and mailing address**
**JULIA KIRTMAN**
**2601 HILLTOP DR #928**
**SAN PABLO, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$622.99

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.178**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,881.07 |
|---|---|---|
| **JULIA M WYATT** | ■ Contingent | |
| **ADDRESS UNKNOWN** | ■ Unliquidated | |
| Date(s) debt was incurred __ | ■ Disputed | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.178**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.22 |
|---|---|---|
| **JULIA MAE WATTS** | ■ Contingent | |
| **P O BOX 244** | ■ Unliquidated | |
| **NATALBANY, LA 70451** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.178**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.43 |
|---|---|---|
| **JULIAN D. KELLY, III** | ■ Contingent | |
| **806 WILSON DRIVE** | ■ Unliquidated | |
| **NEW ORLEANS, LA 70119-3830** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.178**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.24 |
|---|---|---|
| **JULIAN HAWES JR** | ■ Contingent | |
| **3512 HANOEVER AVE** | ■ Unliquidated | |
| **DALLAS, TX 75225** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.178**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.54 |
|---|---|---|
| **JULIE A COPELAND** | ■ Contingent | |
| **P O BOX 92** | ■ Unliquidated | |
| **CHINA, TX 77613** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.178**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.29 |
|---|---|---|
| **JULIE S BLEICHNER** | ■ Contingent | |
| **321 RICHLAND AVENUE** | ■ Unliquidated | |
| **LAFAYETTE, LA 70508** | ■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **White Oak Resources VI, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.178 7**

**Nonpriority creditor's name and mailing address**
**JULIO G ESPARZA**
**& IRMA A ESPARZA**
**APACHE #39 FRACC. MIER Y TERAN**
**NUEVO LAREDO TAMPS 88000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.01

---

**3.178 8**

**Nonpriority creditor's name and mailing address**
**JULIUS AND MARY MATULA FAMILY TRST**
**C/O GLENN S MATULA TTEE**
**674 COUNTY ROAD 428**
**WHARTON, TX 77488**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$26.22

---

**3.178 9**

**Nonpriority creditor's name and mailing address**
**JUNE ELLEN VINCENT**
**5114 KENNESAW**
**BATON ROUGE, LA 70817**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$27.85

---

**3.179 0**

**Nonpriority creditor's name and mailing address**
**JUNIUS SINGLETON**
**125 OAK STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$37.48

---

**3.179 1**

**Nonpriority creditor's name and mailing address**
**JURELL POWELL MCCRORIE TRUST**
**JURELL POWELL MCCRORIE TRUSTEE**
**7209 83RD ST. E**
**PUYALLUP, WA 98371-8717**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$73.43

---

**3.179 2**

**Nonpriority creditor's name and mailing address**
**JUSTIN LANE BOURLAND**
**938 ST MICHAEL CT**
**CORPUS CHRISTI, TX 78418**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.59

Debtor   **White Oak Resources VI, LLC**
Name                                          Case number (if known) _____

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

**K JANE HYATT**
**6525 N. FLY IN LAKE ROAD**
**ATHENS, TX 75757**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$249.02

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

**K MEYER PROPERTIES LTD**
**PO BOX 106**
**VICTORIA, TX 77902**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$85.70

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

**KAISER FRANCES GULF COAST, LLC**
**A TEXAS LTD PARTNERSHIP**
**DEPT 637**
**TULSA, OK 74182**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$26.47

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

**KAJUANZA SMITH**
**5674 DUMBARTON ST.**
**SAN BERNARDINO, CA 92404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$36.13

---

**3.179 7**

**Nonpriority creditor's name and mailing address**

**KALAMALINI BACHELDER**
**1323 BELHAM RIDGE CT**
**SPRING, TX 77379**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$89.85

---

**3.179 8**

**Nonpriority creditor's name and mailing address**

**KANERSHA JONES JOSEPH**
**3466 LAKE PALOURDE RD**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$16.08

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

---

**3.1799**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$156.85** |

**KANSAS CITY ART INSTITUTE**
**ATTN TONY JONES**
**4415 WARWICK BOULEVARD**
**KANSAS CITY, MO 64111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1800**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.17** |

**KAREN ANN THIBODEAUX**
**234 SUNFLOWER DRIVE**
**LAFAYETTE, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1801**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.96** |

**KAREN LYNN BROWNLEE**
**1103A B BEYT ROAD**
**NEW IBERIA, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1802**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16.08** |

**KAREN MARIE JONES**
**PO BOX 334**
**AMELIA, LA 70340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1803**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14.04** |

**KAREN MARIE NATTIN**
**AKA KAREN B. LOPEZ**
**2208 QUARRY LOOP**
**LEANDER, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.1804**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.43** |

**KAREN S JENKINS**
**P O BOX 161**
**GIBSON, LA 70356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

**KARL KUEHN**
**2219 PIN OAK RD**
**EDINBURG, TX 78539**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$20.77**

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

**KARLYN CLAY LANGFORD**
**205 MASHES SANDS RD**
**PANACEA, FL 32346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.05**

---

**3.180 7**

**Nonpriority creditor's name and mailing address**

**KARTRENIA JORDAN**
**5 PINEHURST DR**
**PHENIX CITY, AL 36869**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$24.08**

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

**KASPER PRO VAC-SERVICES INC**
**PO BOX 452328**
**LAREDO, TX 78045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$13,505.00**

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

**KATE M GUIDRY**
**118 HILLSIDE DR**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$81.83**

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

**KATHARINE FERGUSON ROBERTS**
**REVOCABLE TRUST ACCOUNT**
**5110 STRATHMORE AVENUE**
**NORTH BETHESDA, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$598.65**

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

**KATHARINE WMS TREMAINE TRUST**
**% DAVID L PERI TRUSTEE**
**PO BOX 22557**
**SANTA BARBARA, CA 93121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$3,030.80**

---

**3.181 2**

**Nonpriority creditor's name and mailing address**

**KATHERINE BEL FAY**
**36 WEST BROAD OAKS**
**HOUSTON, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$23.67**

---

**3.181 3**

**Nonpriority creditor's name and mailing address**

**KATHERINE DORE HEBERT**
**430 PINE CONE LN**
**HEMPHILL, TX 75948**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$9.01**

---

**3.181 4**

**Nonpriority creditor's name and mailing address**

**KATHERINE FRANCES SMITH MEYER**
**478 AUGUSTA**
**ROCKPORT, TX 78382**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$8,094.50**

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

**KATHERINE KYLE GANDY**
**211 HILLTOP CIRCLE**
**NEW IBERIA, LA 70563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$5.84**

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

**KATHERINE L NEWTON**
**5380 TOPSY BELL RD**
**RAGLEY, LA 70657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$0.69**

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

---

**3.181
7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$9.55** |

**KATHERINE THIELEN HOFFMAN**
**12 OAKLAWN DRIVE**
**COVINGTON, LA 70433**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.181
8**

**Nonpriority creditor's name and mailing address**

**KATHERINE VAN WIE MILLER**
**808 LAKE FELICITY CT**
**SLIDELL, LA 70461**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$3.97**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.181
9**

**Nonpriority creditor's name and mailing address**

**KATHERYN POLITES**
**1221 ROSE HILL DR**
**OWENSBORO, KY 42303**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$0.70**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.182
0**

**Nonpriority creditor's name and mailing address**

**KATHLEEN B HUNDLEY**
**USUFRUCT**
**P O BOX 7484**
**ALEXANDRIA, LA 71306-0484**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$623.62**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.182
1**

**Nonpriority creditor's name and mailing address**

**KATHLEEN CARMOUCHE MEYER**
**AND LEE MEYER**
**111 ELMFIELD DRIVE**
**NAPOLEONVILLE, LA 70390**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$38.39**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.182
2**

**Nonpriority creditor's name and mailing address**

**KATHLEEN K MANATT**
**5630 WISCONSIN AVE., APT.1203**
**CHEVY CHASE, MD 20815**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$62.27**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

3.182
3

**Nonpriority creditor's name and mailing address**

**KATHLEEN LEGER GREER**
**2727 TREBLE CREEK**
**APT 136**
**SAN ANTONIO, TX 78258**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$1.16**

---

3.182
4

**Nonpriority creditor's name and mailing address**

**KATHRYN D JETT**
**& DONALD JETT**
**1030 WOODVIEW COURT**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$222.06**

---

3.182
5

**Nonpriority creditor's name and mailing address**

**KATHRYN J THOMPSON**
**833 MISSION HILLS DR**
**NEW BRAUNFELS, TX 78130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$20.77**

---

3.182
6

**Nonpriority creditor's name and mailing address**

**KATHRYN LEE LANG**
**8106 TATTERSHALL**
**HUMBLE, TX 77338**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$0.43**

---

3.182
7

**Nonpriority creditor's name and mailing address**

**KATHRYN M NETZER**
**11715 SANDMAN STEET**
**SAN ANTONIO, TX 78216**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$9.12**

---

3.182
8

**Nonpriority creditor's name and mailing address**

**KATHRYN PRIEST**
**1719 BANKS**
**HOUSTON, TX 77098**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

| 3.182<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,907.32 |
|---|---|---|---|

**KATHRYN ROBIRA THURBER**
**& JOHN THURBER**
**116 DARLENE DRIE**
**LAFAYETTE, LA 70508-5317**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.22 |
|---|---|---|---|

**KATHRYNE JANE PADGETT**
**18017 WESTBURY RD.**
**BEAUMONT, TX 77713**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.17 |
|---|---|---|---|

**KATHY ANN MCDOUGAL**
**P.O. BOX 1134**
**CLARKSDALE, MS 38614**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.47 |
|---|---|---|---|

**KATHY BURRELL COLEMAN**
**3194 W 111TH PLACE**
**WESTMINISTER, CO 80031**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.42 |
|---|---|---|---|

**KATHY HENDERSON**
**PO BOX 35**
**GRAMERCY, LA 70052**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.88 |
|---|---|---|---|

**KATHY ROGERS**
**993 HCR 2205**
**AQUILLA, TX 76622**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                    Case number (if known) _____
      Name

| 3.183 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.96 |
|---|---|---|---|

**KATHY WALTERS WELCH
AND RICHARD D WELCH
402 KIM DRIVE
LAFAYETTE, LA 70507**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $115.79 |
|---|---|---|---|

**KATLYN GATTI
1535 WILLOW BEND WAY
APT D
TALLAHASSEE, FL 32301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48.96 |
|---|---|---|---|

**KAY SHIREY BRACKEN
3600 OLD BULLARD ROAD
SUITE 501
TYLER, TX 75701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2.86 |
|---|---|---|---|

**KAYLA BROUSSARD SUIRE
6005 BOCAGE DR
ALEXANDRIA, LA 71303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.30 |
|---|---|---|---|

**KCE OIL & GAS LP
8150 N CENTRAL EXPRESSWAY
STE 1201
DALLAS, TX 75206-1821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19.96 |
|---|---|---|---|

**KCR INVESTMENTS, INC.
1601 ELM STREET, SUITE 3650
DALLAS, TX 75201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
Name                                              Case number (if known)

---

| 3.184 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $58.86 |

**KEITH & JANET LOWRY**
**3515 WEST 70TH**
**KEARNEY, NE 68845**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8.61 |

**KEITH A SINGLETON**
**928 CHERRY ST**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.36 |

**KEITH B MASTERS**
**7500 RIALTO BLVD, BLDG 2,**
**SUITE 280**
**AUSTIN, TX 78735**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9.00 |

**KEITH JOSEPH JANNISE**
**24015 INTERSTATE 10**
**WALLISVILLE, TX 77597**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.18 |

**KELLY LOUISE WIMBERLY RAO**
**6808 CEDAR RIDGE COURT**
**PLANO, TX 75093**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11.78 |

**KELLY TYLER**
**5519 BAYOU BLACK DRIVE**
**GIBSON, LA 70356**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                               Case number (if known) _____
_____
Name

| 3.184 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26.36 |

**KELVIN MARK WALLACE**
**PO BOX 260**
**CHINA, TX 77613**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.184 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,776.15 |

**KEMPER & LEILA WILLIAMS FNDTN**
**533 ROYAL STREET**
**NEW ORLEANS, LA 70130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.184 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $156.85 |

**KEMPER MUSEUM OF CONTEMPORARY**
**ART -  ATTN:  KATHY SERBER**
**4420 WARWICK BOULEVARD**
**KANSAS CITY, MO 64111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.185 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $152.92 |

**KEN & THERESA WELSHIMER TBE**
**1003 W. BEAVER DR.**
**GILLETTE, WY 82718-5673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.185 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14.14 |

**KENNETH E BRANDON**
**612 WESTVIEW TERRACE DR**
**SEALY, TX 77474**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.185 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3.56 |

**KENNETH GRANT YOCUM**
**1585 BONNIE BLUFF COURT**
**ECINITAS, CA 92024-1261**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

Debtor    **White Oak Resources VI, LLC**                                         Case number (if known) _____
                    Name

| 3.185 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.41 |
|---|---|---|---|

**KENNETH L ROBINSON**
**205 EDGEWOOD ST**
**DEQUINCY, LA 70633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.185 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.04 |
|---|---|---|---|

**KENNETH LOUIS COMEAUX**
**1322 BREEZY BEND DRIVE**
**KATY, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.185 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.94 |
|---|---|---|---|

**KENNETH ROMERO**
**6107 LOREAUVILLE ROAD**
**NEW IBERIA, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.185 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.04 |
|---|---|---|---|

**KENNETH SUBLETT**
**4770 CREEK RD**
**TEMPLE, TX 76501-3519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.185 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.97 |
|---|---|---|---|

**KENNETH W COLWELL**
**104 LEICESTER ROAD**
**KENMORE, NY 14217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.185 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.17 |
|---|---|---|---|

**KENNETH W GENTRY**
**AND BARBARA H GENTRY**
**793 NOLL RD**
**MEYERSVILLE, TX 77974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1859**

**Nonpriority creditor's name and mailing address**
KERMIT A & SHARON Y GAUSE
TX STATE COMPTROLLER VIA EFT
412 CHRISTMAS TREE DRIVE
BOULDER, CO 80302-7429

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$24.99

---

**3.1860**

**Nonpriority creditor's name and mailing address**
KERR-McGEE O&G ONSHORE LP
DEPARTMENT 1818
DENVER, CO 80291-1818

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$34,778.25

---

**3.1861**

**Nonpriority creditor's name and mailing address**
KERR-MCGEE ROCKY MOUNTAIN
DO NOT MAIL-BAD ADDRESS
P O BOX 730875
DALLAS, TX 75373

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$41.97

---

**3.1862**

**Nonpriority creditor's name and mailing address**
KESHIA MORGAN
406 CAROL ST
THIBODAUX, LA 70301

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$12.30

---

**3.1863**

**Nonpriority creditor's name and mailing address**
KEVIN A SINGLETON
714 3RD ST
MORGAN CITY, LA 70380

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$8.61

---

**3.1864**

**Nonpriority creditor's name and mailing address**
KEVIN B DICE
3834 DEL MONTE DR
HOUSTON, TX 77019

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$141.17

---

Debtor  **White Oak Resources VI, LLC**                                 Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.186 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112.41** |

**3.186 5**

**Nonpriority creditor's name and mailing address**

**KEVIN COMEAUX**
**2334 Annunciation St**
**NEW ORLEANS, LA 70130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$112.41**

---

**3.186 6**

**Nonpriority creditor's name and mailing address**

**KEVIN D TATE**
**4835 HEARST ST, APT 209 C**
**METAIRIE, LA 70001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.19**

---

**3.186 7**

**Nonpriority creditor's name and mailing address**

**KEVIN M. SUMLER**
**C/O TX UNCL PROP RPTG SYS-EFT**
**P. O. BOX 38**
**CHINA, TX 77613-0038**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$24.99**

---

**3.186 8**

**Nonpriority creditor's name and mailing address**

**KEVIN MICHAEL LANG**
**5041 MONROE #96**
**GROVES, TX 77619**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.21**

---

**3.186 9**

**Nonpriority creditor's name and mailing address**

**KEYONNA LINCOLN**
**P O BOX 770055**
**NEW ORLEANS, LA 70177**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$129.76**

---

**3.187 0**

**Nonpriority creditor's name and mailing address**

**KH LAND COMPANY LTD**
**5170 BROADWAY, SUITE 27**
**SAN ANTONIO, TX 78209-5730**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$48.90**

---

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

| 3.187 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.03 |

**KILDARE BILDERBACK**
**920 12 E MILAM ST**
**MEXIA, TX 76667-2525**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,240.74 |

**KILLAM OIL CO. LTD**
**P.O. BOX 499**
**LAREDO, TX 78042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42.06 |

**KIM BEDELL**
**AND CLAYTON BEDELL,**
**JOINT TENANTS WITH RIGHT OF**
**SURVIVORSHIP**
**1337 M 3/4 ROAD**
**LOMA, CO 81524**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.32 |

**KIMBERLY LAFAY KURTZ STARR**
**1947 CAMPBELL ROAD**
**HOUSTON, TX 77080-5335**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.71 |

**KIMBERLY PESSON WIKE**
**502 HUVAL DRIVE**
**BROUSSARD, LA 70518**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.78 |

**KIMBERLY PRIMEAUX FONTENOT**
**144 WILD ROSE LN**
**YOUNGSVILLE, LA 70592**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                    Case number (if known) _____
          Name

| 3.187 7 | | | | Unknown |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Kinder Morgan
c/o Galloway Johnson Tompkins Burn & Smi
Attn Thomas Smith
1301 McKinney Suite 1400
Houston, TX 77010

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 8 | | | | $141.17 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KIRK B DICE
5419 SUMMER SNOW DR
HOUSTON, TX 77041

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 9 | | | | $8.44 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KIRK NEIL KLAGES
AND JEANNIE D. KLAGES
473 SOUTH AVE
CHINA, TX 77613

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 0 | | | | $7.17 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KIRK NICKOLAS ONDERDONK
3898 THRONE CT
MILTON, FL 32583

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 1 | | | | $0.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KNIGHT RESOURCES, LLC
P.O. BOX 52688
LAFAYETTE, LA 70505-2688

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 2 | | | | $29.04 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KONA LTD
1302 WEST AVENUE
AUSTIN, TX 78701

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.188<br>3 | **Nonpriority creditor's name and mailing address**<br>**KRBE, LLC**<br>**24900 PITKIN, STE. 105**<br>**THE WOODLANDS, TX 77386**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.   **$986.66**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.188<br>4 | **Nonpriority creditor's name and mailing address**<br>**KRP LEGACY ISLES LLC**<br>**C/O KIMBELL ROYALTY OPERATING LLC**<br>**PO BOX 59000**<br>**DEPT 300**<br>**LAFAYETTE, LA 70505**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.   **$271.27**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.188<br>5 | **Nonpriority creditor's name and mailing address**<br>**KUNTZ FAMILY TRUST**<br>**7800 WILLOWCREST WAY**<br>**FAIR OAKS, CA 95628**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.   **$485.58**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.188<br>6 | **Nonpriority creditor's name and mailing address**<br>**KYLE L STALLINGS RETIRMENT PLAN**<br>**PO BOX 10217**<br>**MIDLAND, TX 79702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.   **$8.91**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.188<br>7 | **Nonpriority creditor's name and mailing address**<br>**KYLE WARD**<br>**410 N MONTCLAIR AVE**<br>**DALLAS, TX 75208**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.   **$0.01**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.188<br>8 | **Nonpriority creditor's name and mailing address**<br>**KYLE WOOD PARTNERS LTD**<br>**C/O WHITLEY PENN LLP JENNY MINONNO**<br>**640 TAYLOR STREET**<br>**SUITE 2200**<br>**FORT WORTH, TX 76102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.   **$40.82**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  _Liability of White Oak Operating Company LLC_<br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.188 9**

**Nonpriority creditor's name and mailing address**

**L B SCOTT**
**3016 WARWICK RD**
**JACKSON, MI 49203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$517.18

---

**3.189 0**

**Nonpriority creditor's name and mailing address**

**LACY LANIA HENDERSON-SCOTT**
**PO BOX 864112**
**PLANO, TX 75086**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$9.64

---

**3.189 1**

**Nonpriority creditor's name and mailing address**

**LADONNA KAY BARNETT**
**607 SAN MARCO ST**
**FAIRFIELD, CA 94533**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$72.14

---

**3.189 2**

**Nonpriority creditor's name and mailing address**

**LAFAYETTE ELECTRIC LLC**
**1207 GREENWOOD STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$15,321.90

---

**3.189 3**

**Nonpriority creditor's name and mailing address**

**LAFAYETTE SINGLETON JR**
**1151 WISCONSIN AVE.**
**OAK PARK, IL 60304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$36.66

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

**Lafourche Parish Police Jury**
**129 Texas Street**
**Raceland, LA 70394**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

**LAFOURCHE PARISH TAC**
**LAFOURCHE PARISH SHERIFF'S OFFICE**
**P. O. BOX 5608**
**Thibodaux, LA 70302-5608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

**LAKEISHA M HENDERSON-WATKINS**
**5486 N BAYOU BLACK DR**
**GIBSON, LA 70356-3122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$9.63**

---

**3.189 7**

**Nonpriority creditor's name and mailing address**

**LAMONICA, LIMITED**
**FKA LAMONICA LTD DBA TRACT CO**
**P.O. BOX 3111**
**BEAUMONT, TX 77704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$2.35**

---

**3.189 8**

**Nonpriority creditor's name and mailing address**

**LAQUITA A MOSES**
**P O BOX 1158**
**GRAY, LA 70359**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$3.21**

---

**3.189 9**

**Nonpriority creditor's name and mailing address**

**LAQUITTA BAKER BROWN**
**233 CARLOW DR**
**GROVE TOWN, GA 30813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$12.23**

---

**3.190 0**

**Nonpriority creditor's name and mailing address**

**LAQUNA SLOCUM**
**241 EDGAR HOLMS ROAD**
**TYLERTOWN, MS 39667**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$20.30**

---

Debtor   **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

| 3.190 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.88 |

**LARRY COPELAND**
**AND JULIE ANN COPELAND**
**P. O. BOX 92**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $81.18 |

**LARRY D WILLIAMSON**
**14400 FM 92**
**SPURGER, TX 77660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.23 |

**LARRY DAVIS**
**STAR RT 48 F**
**LIBERTY, TX 77575**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $490.31 |

**LARRY HARRIS**
**5781 TULLIS DR**
**ALGIERS, LA 70131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.26 |

**LARRY J SINGLETON**
**104 ASHLAND DR**
**HOUMA, LA 70363**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.93 |

**LARRY JOHN MAZES JR**
**2423 TULANE DRIVE**
**COCOA, FL 32926**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**
_____    Case number (if known) _____
          Name

| 3.190 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3.69** |
|---|---|---|---|

**LARRY LEE ROBINSON**
**14740 COON RD**
**WINNIE, TX 77665-7627**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.77** |
|---|---|---|---|

**LARRY SINGLETON**
**P O BOX 3317**
**MORGAN CITY, LA 70381**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**LARRY T DONAHO**
**1800 NEWELL STREET**
**ALICE, TX 78332**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.78** |
|---|---|---|---|

**LARRY T HASKIN**
**415 TOLSON RD**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.37** |
|---|---|---|---|

**LARRY WAYNE FONTENOT**
**1908 WEST DECKER AVENUE**
**ORANGE, TX 77632**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$78.88** |
|---|---|---|---|

**LARRY WILLIAMSON**
**SEPARATE PROPERTY**
**14400 FM 92**
**SPURGER, TX 77660**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
          Name

| 3.191<br>3 | **Nonpriority creditor's name and mailing address**<br>**LATASHIA BUTLER**<br>**1207 LOUIS STREAM CIRCLE**<br>**THIBODAUX, LA 70301**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | $16.08 |
|---|---|---|---|

| 3.191<br>4 | **Nonpriority creditor's name and mailing address**<br>**LATICIA GARCIA**<br>**2203 POZA RICA DRIVE**<br>**LAREDO, TX 78046**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.57 |
|---|---|---|---|

| 3.191<br>5 | **Nonpriority creditor's name and mailing address**<br>**LATOISHA SINGLETON**<br>**P O BOX 503**<br>**AMELIA, LA 70340**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | $96.30 |
|---|---|---|---|

| 3.191<br>6 | **Nonpriority creditor's name and mailing address**<br>**LATOYA NIXON**<br>**900 EAST STREET APT B**<br>**HOUMA, LA 70363**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | $86.52 |
|---|---|---|---|

| 3.191<br>7 | **Nonpriority creditor's name and mailing address**<br>**LAURA DE LA GARZA**<br>**508 ROSARIO**<br>**LAREDO, TX 78040**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3.18 |
|---|---|---|---|

| 3.191<br>8 | **Nonpriority creditor's name and mailing address**<br>**LAURA DUHON DISHMAN**<br>**6820 COLLEGE ST**<br>**BEAUMONT, TX 77707**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes | $28.10 |
|---|---|---|---|

Debtor **White Oak Resources VI, LLC**                                    Case number (if known) _____
        Name

---

| 3.191 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$11.57** |
| **LAURA ESTHER MORENO**<br>**4610 LOS MARTINEZ**<br>**LAREDO, TX 78041** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.192 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$3.52** |
| **LAURA L WATERS**<br>**C/O CHARLES M TAYLOR SR**<br>**405 SUZZANE RD**<br>**PFLUGERVILLE, TX 78660** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.192 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$11.74** |
| **LAURA LOBDELL BERGERON**<br>**915 2ND STREET**<br>**FRANKLIN, LA 70538** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.192 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$1.33** |
| **LAURA THOMAS**<br>**2314 WOODHEAD**<br>**UNIT NO 1**<br>**HOUSTON, TX 77019** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.192 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$10.76** |
| **LAURA WEST**<br>**P. O. BOX 112**<br>**CHINA, TX 77613** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.192 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$51.25** |
| **LAUREE FELDMAN**<br>**380 MALCOLM X BOULEVARD**<br>**STE 7B**<br>**NEW YORK, NY 10027** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

---

**3.192 5**

**Nonpriority creditor's name and mailing address**

**LAUREN CLAIRE THIBODEAUX**
**200 MILTON ESTATES LANE**
**YOUNGSVILLE, LA 70592**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $17.17

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192 6**

**Nonpriority creditor's name and mailing address**

**LAUREN LYNETTE ISGITT BRANAM**
**700 HOSSLER ROAD**
**MANY, LA 71449**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $21.41

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192 7**

**Nonpriority creditor's name and mailing address**

**LAUREN W WEBSTER PROCTOR**
**8 HAWTHORN CT.**
**BELTON, TX 76513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.13

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192 8**

**Nonpriority creditor's name and mailing address**

**LAURENCE M W RIGGS**
**1231 ARLINGTON PL**
**WINTER PARK, FL 32789-5011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $946.72

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192 9**

**Nonpriority creditor's name and mailing address**

**LAURIE EILEEN PLATT HENDERSON**
**4785 GLADYS AVENUE**
**BEAUMONT, TX 77706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $40.96

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193 0**

**Nonpriority creditor's name and mailing address**

**LAVINA BAIN**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $1.99

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

| 3.193 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$53.84** |

**Nonpriority creditor's name and mailing address**
**LAVONE MAZE GRAY**
**211 HOGAN ST**
**BERWICK, LA 70342**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 2 |

**Nonpriority creditor's name and mailing address**
**LAW OFFICE OF W STEVEN HEISE**
**DEFINED BENEFIT PENSION PLAN AND**
**TRUST**
**942 W FOOTHILL BLVD SUITE A**
**UPLAND, CA 91786-3783**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$2.47**

---

| 3.193 3 |

**Nonpriority creditor's name and mailing address**
**LAWRENCE J HELLER JR**
**REVOCABLE TRUST**
**40 COMMERCE LANE-SUITE 40**
**ROCHELLE, VA 22738**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1.26**

---

| 3.193 4 |

**Nonpriority creditor's name and mailing address**
**LAWRENCE LEE MADAFFRI**
**AND VALERIE K. MADAFFRI**
**133 E. WASHINGTON**
**CHINA, TX 77613-1023**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$16.43**

---

| 3.193 5 |

**Nonpriority creditor's name and mailing address**
**LAWRENCE LEGER**
**7810 N. WINDEMERE DR.**
**BEAUMONT, TX 77713-4182**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$2.22**

---

| 3.193 6 |

**Nonpriority creditor's name and mailing address**
**LAWRENCE MACK CARTER**
**2326 21ST STREET**
**LAKE CHARLES, LA 70601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$37.70**

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

| 3.193 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26.92** |
|---|---|---|---|

**LAWRENCE SINGLETON**
**4532 BELLAROSE WEST**
**TALLAHASSEE, FL 32305**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14.00** |
|---|---|---|---|

**LAWRENCE SINGLETON**
**4532 BELLAROSE WEST**
**TALLAHASSEE, FL 32305**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.05** |
|---|---|---|---|

**LAWRENCE WHITLOCK**
**3300 SUNLITE**
**AMARILLO, TX 79109**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.71** |
|---|---|---|---|

**LEAH ANGELLE BROUSSARD**
**506 W SAN ANTONIO STREET #204**
**SAN MARCOS, TX 78666**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$83.29** |
|---|---|---|---|

**LEAH KAY SKOLFIELD**
**2809 MONROE STREET**
**MANDEVILLE, LA 70448**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$893.02** |
|---|---|---|---|

**LEAH NORMA SCHREIER SUCCESSION**
**CLAYTON EDISEN/B PUMPHREY COEX**
**PO BOX 7070**
**METAIRIE, LA 70010-7070**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                              Case number (if known)
_____
          Name

---

**3.194
3**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$17.35**

       **LEANN BILLUPS**                                            ☐ Contingent
       **226 HEARD RANCH RD**                                       ☐ Unliquidated
       **DOSS, TX 78618**                                           ☐ Disputed

       Date(s) debt was incurred __                                 Basis for the claim:  Liability of White Oak Operating Company LLC
       Last 4 digits of account number __                           Is the claim subject to offset? ☐ No ☐ Yes

---

**3.194
4**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.89**

       **LEANNIE T BOURQUE**                                        ☐ Contingent
       **25500 CHESTNUT RD**                                        ☐ Unliquidated
       **KAPLAN, LA 70548**                                         ☐ Disputed

       Date(s) debt was incurred __                                 Basis for the claim:  Liability of White Oak Operating Company LLC
       Last 4 digits of account number __                           Is the claim subject to offset? ☐ No ☐ Yes

---

**3.194
5**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$8.28**

       **LECHA PANIA**                                              ☐ Contingent
       **4611 ORLEANS BLVD**                                        ☐ Unliquidated
       **JEFFERSON, LA 70121**                                      ☐ Disputed

       Date(s) debt was incurred __                                 Basis for the claim:  Liability of White Oak Operating Company LLC
       Last 4 digits of account number __                           Is the claim subject to offset? ☐ No ☐ Yes

---

**3.194
6**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$12.90**

       **LEE J LINDMAN**                                            ☐ Contingent
       **PO BOX 21480**                                             ☐ Unliquidated
       **TULSA, OK 74121-1468**                                     ☐ Disputed

       Date(s) debt was incurred __                                 Basis for the claim:  Liability of White Oak Operating Company LLC
       Last 4 digits of account number __                           Is the claim subject to offset? ☐ No ☐ Yes

---

**3.194
7**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$34.57**

       **LEE ROY COMEAUX JR**                                       ☐ Contingent
       **3511 PRESTON PLACE**                                       ☐ Unliquidated
       **NEW ORLEANS, LA 70137**                                    ☐ Disputed

       Date(s) debt was incurred __                                 Basis for the claim:  Liability of White Oak Operating Company LLC
       Last 4 digits of account number __                           Is the claim subject to offset? ☐ No ☐ Yes

---

**3.194
8**    **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$57.50**

       **LEIGHTON A THERIOT**                                       ☐ Contingent
       **5124 AMERADA RD**                                          ☐ Unliquidated
       **KAPLAN, LA 70548**                                         ☐ Disputed

       Date(s) debt was incurred __                                 Basis for the claim:  Liability of White Oak Operating Company LLC
       Last 4 digits of account number __                           Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

---

| 3.194 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LEJEANNE ROBERT**
**116 LOUISIANA ST**
**WESTWEGO, LA 77094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5.80**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LELA ANDRUS MITCHELL SP**
**421 PILANT ST**
**ARLINGTON, TX 76010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,110.17**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LELIA BREAUX OLIVER**
**UNKNOWN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$513.26**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LEO JAMES GASKEY**
**321 CYPRESS ST.**
**GREENVILLE, TN 37745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2.68**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LEO M ALLEMAN**
**1713 GASLIGHT CT.**
**SEABROOK, TX 77586**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$3.42**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LEOLA SCOTT, ESTATE OF**
**ADDRESS UNKNOWN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$8,119.08**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                   Case number (if known) _____
　　　　　Name

---

| 3.195 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.34** |
| **LEOLA TYLER ADAMS** | ■ Contingent | |
| **3178 HIGHWAY 308** | ■ Unliquidated | |
| **NAPOLEONVILLE, LA 70390** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.195 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166.17** |
| **LEON C HANCOCK** | ■ Contingent | |
| **6148 EAGLE POINT CIRCLE** | ■ Unliquidated | |
| **BIRMINGHAM, AL 35342** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.195 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$699.93** |
| **LEON ELI THIBODEAUX** | ■ Contingent | |
| **3032 DIANE DR** | ■ Unliquidated | |
| **MORGAN CITY, LA 70380** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.195 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.49** |
| **LEONA GARDNER** | ■ Contingent | |
| **111 LEXINGTON** | ■ Unliquidated | |
| **TERRELL, TX 75160** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.195 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,854.89** |
| **LEONA ISTRE HINE** | ■ Contingent | |
| **518 E PLAQUEMINE ST** | ■ Unliquidated | |
| **JENNINGS, LA 70546-5948** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| 3.196 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.11** |
| **LEONA SHAW** | ■ Contingent | |
| **BOX 204** | ■ Unliquidated | |
| **ADRIAN, TX 79001** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| 3.196 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.75 |
|---|---|---|---|

**LEONA SINGLETON**
P O BOX 416
MORGAN CITY, LA 70381

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.94 |
|---|---|---|---|

**LEONARD ARTHUR DAVIS TRUST**
ADDRESS UNKNOWN

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.41 |
|---|---|---|---|

**LEONARD R WESLEY JR**
212 JENNIFER ST
GRAY, LA 70359

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.01 |
|---|---|---|---|

**LEOPOLDO RUIZ**
& BELIA R RUIZ
2119 LYON
LAREDO, TX 78040

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.57 |
|---|---|---|---|

**LEOPOLDO RUIZ JR & BELSIA RUIZ**
2119 LYON
LAREDO, TX 78043

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.99 |
|---|---|---|---|

**LERA DE SPAIN**
301 HULL
CLEVELAND, TX 77327

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

Debtor **White Oak Resources VI, LLC**                     Case number (if known) _____
_____
Name

| 3.196 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.33** |
|---|---|---|---|

**LEROY JOSEPH HAYES**
**482 LAKE LONG DRIVE**
**HOUMA, LA 70364**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.77** |
|---|---|---|---|

**LESLIE A RAMSEY**
**168 VUELTA MARIA**
**SANTA FE, NM 87506**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.04** |
|---|---|---|---|

**LESLIE D GRIFFITH**
**1003 OAK GROVE HIGHWAY**
**GRAND CHENIER, LA 70643**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.20** |
|---|---|---|---|

**LESLIE KATHLEEN MOELLER**
**1006 BEN HUR**
**HOUSTON, TX 77055**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27.90** |
|---|---|---|---|

**LESLIE L RIDEAUX**
**P O BOX 935**
**JEANETTE, LA 70544**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.63** |
|---|---|---|---|

**LESTER ALVIN KUEHN**
**911 SHIRKMERE ROAD**
**HOUSTON, TX 77008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

Debtor **White Oak Resources VI, LLC**                         Case number (if known) _____
_____
Name

| 3.197 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.55** |

**Nonpriority creditor's name and mailing address**
**LETICIA & LUIS E WILTON**
**15800 CHASE HILL APT 1807**
**SAN ANTONIO, TX 78256**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 4 | **Nonpriority creditor's name and mailing address** | | **$0.02** |

**Nonpriority creditor's name and mailing address**
**LETICIA G CRUZ**
**3818 CONVENT**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 5 | **Nonpriority creditor's name and mailing address** | | **$2,716.38** |

**Nonpriority creditor's name and mailing address**
**LEVARE US. INC**
**PO BOX 910182**
**DENVER, CO 80291-0182**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 6 | **Nonpriority creditor's name and mailing address** | | **$0.07** |

**Nonpriority creditor's name and mailing address**
**LEWIS B STERLING INTERESTS LLC**
**P.O. BOX 700397**
**DALLAS, TX 75370**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 7 | **Nonpriority creditor's name and mailing address** | | **$0.68** |

**Nonpriority creditor's name and mailing address**
**LEWIS GLYNN BROUSSARD**
**203 FABIOLA AVE**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 8 | **Nonpriority creditor's name and mailing address** | | **$7.13** |

**Nonpriority creditor's name and mailing address**
**LEWIS SLOANE**
**618 E HANSON**
**CLEVELAND, TX 77327**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                              Case number (if known) _____
          Name

---

| 3.197 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LIBERTY COUNTY TAC**
**RICHARD L BROWN, TAC**
**P O BOX 10288**
**Liberty, TX 77575**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$287.10** |
|---|---|---|---|

**LIEVEN J VAN RIET**
**NINETEEN S. E.**
**2121 KIRBY DRIVE**
**HOUSTON, TX 77019-6066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62.18** |
|---|---|---|---|

**LILLIAN JOSEPH**
**216 JOHNSON RIDGE**
**THIBODAUX, LA 70301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$201.05** |
|---|---|---|---|

**LILLIAN LEE KING HARFST**
**21 PROSPECT AVE**
**SEACLIFF, NY 11579**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.79** |
|---|---|---|---|

**LILLIAN M DIGGS**
**PO BOX 501**
**AMELIA, LA 70340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,816.99** |
|---|---|---|---|

**LILLIE HEREFORD**
**P O BOX 882652**
**SAN FRANCISCO, CA 94188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

---

| 3.198 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LILLIE MAE THIBODEAUX**
**P O BOX 364**
**AMELIA, LA 70340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$519.08

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LILLIE SHAW CAMPBELL**
**RT 1 BOX 370**
**CLEVELAND, TX 77327**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$1.99

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LINDA A ROY**
**4540 MARQUE DR**
**NEW ORLEANS, LA 70127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$32.11

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LINDA ANNE WADE HUMPHRIES**
**15238 SCENIC FOREST DR.**
**CONROE, TX 77384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.96

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LINDA BERTRAND LANDRY**
**USUFRUCT**
**104 OAKVIEW BLVD**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$259.10

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LINDA BORDAGES MORENO**
**636 MAGNOLIA BEND**
**LEAGUE CITY, TX 77573**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.06

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

**3.199 1**

**Nonpriority creditor's name and mailing address**

**LINDA FERGUSON**
**3242 WESTCLIFF ROAD WEST**
**FORT WORTH, TX 76109-2130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.199 2**

**Nonpriority creditor's name and mailing address**

**LINDA G CHENEY SELLERS**
**3807 QUAIL RUN RD**
**GRANDBURY, TX 76049-6219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$8.84**

---

**3.199 3**

**Nonpriority creditor's name and mailing address**

**LINDA G MADISE**
**326 BOWMAN STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$6.90**

---

**3.199 4**

**Nonpriority creditor's name and mailing address**

**LINDA GAYLE LAUGHLIN FONTENOT**
**10462 CINQUEFOIL**
**BATON ROUGE, LA 70816**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$2.85**

---

**3.199 5**

**Nonpriority creditor's name and mailing address**

**LINDA GOODMAN**
**14604 MANSFIELD DAM CT. UNIT 4**
**AUSTIN, TX 78734**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$24.58**

---

**3.199 6**

**Nonpriority creditor's name and mailing address**

**LINDA GROCE EXEMPT TRUST**
**LINDA GROCE**
**6164 S DOLLISON AVE**
**SPRINGFIELD, MO 65810**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**$2.61**

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
                 Name

---

| 3.199<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.03 |

**LINDA JANE FRANCIONE GARDNER**
**P O BOX 306**
**LA MESA, NM 88044**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.199<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.04 |

**LINDA JEAN COMEAUX ZERANGUE**
**439 CUMBERLAND ST**
**SLIDELL, LA 70458**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.199<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.57 |

**LINDA L ADKINS**
**4620 CHARLOTTE**
**KANSAS CITY, MO 64110**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.200<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.88 |

**LINDA LOU ADAMS**
**1035 HCR 2203**
**AQUILLA, TX 76622**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.200<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.07 |

**LINDA LOUISE ARMSTRONG SANCHEZ**
**P O BOX 3660**
**INCLINE VILLAGE, NV 89450**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.200<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.97 |

**LINDA MANN**
**3403 YOAKUM**
**HOUSTON, TX 77006**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.200 3 | **Nonpriority creditor's name and mailing address**<br>**LINDA MICHAEL FREDRICH**<br>**6224 LANDMARK**<br>**WACO, TX 76710**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.01**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.200 4 | **Nonpriority creditor's name and mailing address**<br>**LINDA MOORE**<br>**47371 FENDALSON LN**<br>**HAMMOND, LA 70401**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$19.95**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.200 5 | **Nonpriority creditor's name and mailing address**<br>**LINDA RICHARDSON**<br>**P O BOX 377**<br>**AMELIA, LA 70340**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$240.24**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.200 6 | **Nonpriority creditor's name and mailing address**<br>**LINDA S WELLS**<br>**P O BOX 374**<br>**GIBSON, LA 70356**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$4.43**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.200 7 | **Nonpriority creditor's name and mailing address**<br>**LINDA WALKER ELL**<br>**12019 CARDIGAN AVE**<br>**BATON ROUGE, LA 70814**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.81**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.200 8 | **Nonpriority creditor's name and mailing address**<br>**LINDER OIL CO AP**<br>**C/O LINDER ENERGY COMPANY**<br>**ATTN ROGER D LINDER**<br>**106 PARK PLACE SUITE 200**<br>**COVINGTON, LA 70433**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor  **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.200 9 | |

**Nonpriority creditor's name and mailing address**
**LINDLEY R LENTZ**
**P O BOX 433**
**MERCEDES, TX 78570**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$5.88**

---

| | |
|---|---|
| 3.201 0 | |

**Nonpriority creditor's name and mailing address**
**LINDSAY K WELCH**
**75 THIRD STREET**
**GLENFALLS, NY 12801-4104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$10.26**

---

| | |
|---|---|
| 3.201 1 | |

**Nonpriority creditor's name and mailing address**
**LINZY HOWARD III**
**AKA JODY HOWARD**
**1014 LEVEE ROAD**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$4.77**

---

| | |
|---|---|
| 3.201 2 | |

**Nonpriority creditor's name and mailing address**
**LION INDUSTRIAL RESOURCES LLC**
**7102 COMMERCE WAY**
**BRENTWOOD, TN 37027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$3,672.00**

---

| | |
|---|---|
| 3.201 3 | |

**Nonpriority creditor's name and mailing address**
**LIONEL H SINGLETON**
**4532 WEST BELLAROSE STREET**
**TALLAHASSEE, FL 32305**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$26.92**

---

| | |
|---|---|
| 3.201 4 | |

**Nonpriority creditor's name and mailing address**
**LIONEL H SINGLETON**
**4532 WEST BELLAROSE STREET**
**TALLAHASSEE, FL 32305**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$14.00**

---

Debtor    **White Oak Resources VI, LLC**                                   Case number (if known) _____
          Name

---

| 3.201<br>5 | **Nonpriority creditor's name and mailing address**<br>**LIONEL HENDERSON**<br>**PO BOX 936**<br>**AMELIA, LA 70340** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $22.27 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201<br>6 | **Nonpriority creditor's name and mailing address**<br>**LIONEL ROBERT**<br>**4502 42ND AVE SW APT 505**<br>**SEATTLE, WA 98116** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $155.81 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201<br>7 | **Nonpriority creditor's name and mailing address**<br>**LIONEL SINGLETON**<br>**1017 RAMOS STREET**<br>**MORGAN CITY, LA 70380** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $10.30 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201<br>8 | **Nonpriority creditor's name and mailing address**<br>**LISA ANN RUGGIERO**<br>**4008 VINALOPO DR.**<br>**AUSTIN, TX 78738** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $0.84 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201<br>9 | **Nonpriority creditor's name and mailing address**<br>**LISA BULLARD**<br>**12336 YANCY CIRCLE NE**<br>**UNIT C**<br>**BLAINE, MN 55449** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $1.60 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202<br>0 | **Nonpriority creditor's name and mailing address**<br>**LISA GREEN MIRE**<br>**1104 maury road**<br>**ORLANDO, FL 32804** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $584.39 |
|---|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| 3.202 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2.29** |
|---|---|---|---|

**LISA LEGER DOGUET**
**P O BOX 518**
**CHINA, TX 77613**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$9.64** |
|---|---|---|---|

**LISA LOUISE HENDERSON**
**403 MARIETTA PLACE**
**GRAY, LA 70359**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2.22** |
|---|---|---|---|

**LISA MICHELLE DOGUET**
**P. O. BOX J**
**NOME, TX 77629**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.14** |
|---|---|---|---|

**LISA POWELL**
**2321 ARROW ST.**
**CARPENTERSVILLE, IL 60011**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$17.35** |
|---|---|---|---|

**LISA ROBERTS**
**2223 W BAY AREA BLVD, APT 2103**
**WEBSTER, TX 77598**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |
|---|---|---|---|

**LISA U GILL**
**PO BOX 553**
**PAWNEE, TX 78145**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.202 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LISBETH A BENAVIDES 1996-M TRUST
MANUEL A BENAVIDES, TRUSTEE
P.O. BOX 1416
MEDINA, TX 78055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$503.49**

---

| 3.202 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LISBETH A BENAVIDES 1997-C TRUST
MANUEL A BENAVIDES, TRUSTEE
PO BOX 1416
MEDINA, TX 78055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3,085.68**

---

| 3.202 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LIZA MARQUERITE BILLUPS LEWIS
8301 BROADWAY
SUITE 319
SAN ANTONIO, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$17.35**

---

| 3.203 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LLOG EXPLORATION & PRODUCTION
COMPANY LL
C/O JONES WALKER (LAF)
P O DRAWER 3408
LAFAYETTE, LA 70502-3408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.203 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LLOYD CARROLL STEPHENSON
P. O. BOX 374
CHINA, TX 77613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$88.06**

---

| 3.203 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LLOYD MICKENS
3203 DELACHAISE STREET
NEW ORLEANS, LA 70102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$10.87**

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.203 |
|-------|
| 3 |

**Nonpriority creditor's name and mailing address**

**LLOYD SINGLETON**
**P O BOX 572**
**MORGAN, LA 70381**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$13.13

---

| 3.203 |
|-------|
| 4 |

**Nonpriority creditor's name and mailing address**

**LLOYD THOMAS CANNON JR**
**SOLE AND SEPERATE PROP & ESTATE**
**101 CHRISTIAN DR.**
**GEORGE WEST, TX 78022**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$49.12

---

| 3.203 |
|-------|
| 5 |

**Nonpriority creditor's name and mailing address**

**LLOYD ZILTON**
**125 GRAY STREET**
**GRAY, LA 70359**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.203 |
|-------|
| 6 |

**Nonpriority creditor's name and mailing address**

**LMP PETROLEUM, INC.**
**615 NORTH UPPER BROADWAY**
**SUITE 1770**
**CORPUS CHRIST, TX 78401-0773**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.90

---

| 3.203 |
|-------|
| 7 |

**Nonpriority creditor's name and mailing address**

**LOGAN GRAYCE PADGETT**
**18017 WESTBURY RD.**
**BEAUMONT, TX 77713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.22

---

| 3.203 |
|-------|
| 8 |

**Nonpriority creditor's name and mailing address**

**LOGAN ISGITT**
**371 EAVES LANE**
**ZWOLLE, LA 71486**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.203 9**

Nonpriority creditor's name and mailing address
**LOLA P PEAL**
**BY CHARLOTTE RIERSON (POA)**
**PO BOX 1643**
**FAIRFIELD BAY, AR 72088**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$199.81**

---

**3.204 0**

Nonpriority creditor's name and mailing address
**LOMETA ANNE COX**
**100 E. FERGUSON ST, STE 700**
**TYLER, TX 75702-5755**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$56.33**

---

**3.204 1**

Nonpriority creditor's name and mailing address
**LOMETA HUDNALL COX TRST 2**
**100 E. FERGUSON, STE. 700**
**TYLER, TX 75702-5755**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.204 2**

Nonpriority creditor's name and mailing address
**LONNIE MARK PESSON**
**2517 NECO TOWN ROAD**
**NEW IBERIA, LA 70560**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.71**

---

**3.204 3**

Nonpriority creditor's name and mailing address
**LOOPER GOODWINE P.C.**
**1300 POST OAK BLVD**
**STE 1250**
**HOUSTON, TX 77056**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company, LLC

Is the claim subject to offset? ■ No ☐ Yes

**$810.00**

---

**3.204 4**

Nonpriority creditor's name and mailing address
**LORA**
**P.O. Box 82016**
**Baton Rouge, LA 70884**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor  **White Oak Resources VI, LLC**                                   Case number (if known) _____
        Name

---

| 3.204 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LORAINE SHAUBERGER**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$2.35

---

| 3.204 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LORETTA BORDAGES GARY**
**483 YORKTOWN**
**BEAUMONT, TX 77707**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$0.59

---

| 3.204 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LORETTA MAY FELPS BROWNLEE**
**803 SAHARA AVE**
**AUSTIN, TX 78745**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$5.36

---

| 3.204 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LORI LYN GREEN GARBARINO**
**801 S WEBSTER AVE #9**
**ANAHEIM, CA 92804**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$103.25

---

| 3.204 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LORRAINE MICKENS LYONS**
**3203 DELACHAISE ST**
**NEW ORLEANS, LA 70125**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$10.87

---

| 3.205 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LORRAINE RAWLINGS**
**813 AVENUE L**
**S HOUSTON, TX 77587**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$1.53

---

Debtor   **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.205 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42.46 |

**LORRAINE SILVA**
**PO BOX 157**
**ANAHUAC, TX 77514**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.38 |

**LOS GALLOS VENTURES LLC**
**118 NORTH MANNERING**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $89.50 |

**LOSTON J BOURQUE SR**
**P O BOX 2992**
**LAFAYETTE, LA 70502**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55.14 |

**LOTTIE ELOISE BARROW**
**901 BUNNY RABBIT RD**
**ATHENS, TX 75751**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $73.73 |

**LOU ANNE PARISH**
**1155 KNUPPLE**
**SILSBEE, TX 77656**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11.36 |

**LOU ELLA MCCOURT**
**703 THIRD ST**
**JENNINGS, LA 70546**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known)

---

**3.205 7**

**Nonpriority creditor's name and mailing address**
**LOUANGE LEMAIRE LEBLANC**
**P O BOX 1881**
**SCOTT, LA 70583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.89

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205 8**

**Nonpriority creditor's name and mailing address**
**LOUELLA SCHEXNAIDER FRANCIS**
**207 W CLARENDON AVE**
**UNIT 10 B**
**PHOENIX, AZ 85013-3416**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2,528.40

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205 9**

**Nonpriority creditor's name and mailing address**
**LOUIS HENDERSON**
**159 GERALDINE STREET**
**GIBSON, LA 70356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$44.44

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206 0**

**Nonpriority creditor's name and mailing address**
**LOUIS J HOFFPAUIR**
**305 BALTIMORE LANE**
**LAFAYETTE, LA 70506-3089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.64

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206 1**

**Nonpriority creditor's name and mailing address**
**LOUIS JOHNSON**
**237 HIGHWAY 1014**
**NAPOLEONVILLE, LA 70390**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$5.08

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206 2**

**Nonpriority creditor's name and mailing address**
**LOUIS JOSEPH BORDAGES**
**15718 MESA GARDENS**
**HOUSTON, TX 77095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.14

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.206
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.09 |
|---|---|---|

**LOUIS LAMBIOTTE
332 LOUISE DRIVE
CORPUS CHRISTI, TX 78404**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.48 |
|---|---|---|

**LOUIS VALLS
404 BECKY ST
ORLANDO, FL 32824**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158.27 |
|---|---|---|

**LOUISE JAMISON CLARK
RT 5 BOX 648
DAYTON, TX 77535**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.54 |
|---|---|---|

**LOUISE PEAL MUSE
1609 S CHURCH STREET
ROCKPORT, TX 78382**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.20 |
|---|---|---|

**LOUISIANA BAPTIST FOUNDATION
C/O HIGHGROWN ADVISORS
1717 MAIN STREET, SUITE 1400
DALLAS, TX 75201-4622**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,273.90 |
|---|---|---|

**LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QU
FINANCIAL SERVICES DIVISION
P. O. BOX 4311
BATON ROUGE, LA 70821-4311**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

---

| 3.206 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**LOUISIANA LAND & EXPLORATION CO LLC**
**c/o Deborah DeRoche**
**Kuchler Kuchler Polk Weiner, LLC**
**1615 Poydras St. Suite 1300**
**New Orleans, LA 70112**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Louisiana State Land Office**
**1201 N 3rd St**
**Baton Rouge, LA 70802**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38.03** |

**LOUMARV LLC**
**2727 KIRBY DRIVE #19F**
**HOUSTON, TX 77098**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.78** |

**LOWELL A LAUGHLIN JR**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83.69** |

**LOWER NECHES VALLEY AUTHORITY**
**P. O. BOX 5117**
**BEAUMONT, TX 77726-5117**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.82** |

**LOY ENLO HAYES**
**FERDINAND-PORSCHE-STRASSE 20**
**GIENGEN, GE 89537**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
         Name

---

| 3.207 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.81** |
|---|---|---|---|

**LOYCE WALKER WILLIAMS**
**7353 BANBURY CT**
**BATON ROUGE, LA 70811**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3.35** |
|---|---|---|---|

**LP HEALEY**
**P.O. BOX 2120**
**ARDMORE, OK 73402**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**LTD EXPLORATION INC**
**ATTN LARRY DONAHO**
**690 NORTH HIGHWAY 16**
**FREER, TX 78357**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.58** |
|---|---|---|---|

**LUANN CHEEVERS**
**3908-64TH STREET**
**URBANDALE, IA 50322**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,304.71** |
|---|---|---|---|

**LUCERO YASMIN MAYERS**
**JUAN F HERNANDEZ GUARDIAN**
**809 VICTORIA AVE**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.208 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.93** |
|---|---|---|---|

**LUCILE BURLEIGH SLOANE**
**778 E GROLEE ST**
**OPELOUSAS, LA 70570**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**   Case number (if known) _____
_____
Name

---

**3.208
1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**LUCILE I ANDRUS ESTATE
MARION A MCCOLLAM EXTRX
1914 BISSONNET
HOUSTON, TX 77005**

■ Contingent
■ Unliquidated
■ Disputed

**$5,110.17**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208
2**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**LUCILLE DOXEY CROSBY
421 WEST SCHOOL STREET
LAKE CHARLES, LA 70605**

■ Contingent
■ Unliquidated
■ Disputed

**$0.10**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208
3**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**LUCILLE E HARBOUR
ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

**$14.14**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208
4**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**LUCILLE HENDERSON DALCOUR
HAROLD MCKENNEY JR P/O/A
4126 2ND AVENUE
LOS ANGELES, CA 90008**

■ Contingent
■ Unliquidated
■ Disputed

**$259.65**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208
5**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**LUCINDA KNIGHT
801 SYCAMORE STREET
MORGAN CITY, LA 70380**

■ Contingent
■ Unliquidated
■ Disputed

**$6.35**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208
6**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

**LUCINDA MARTINEZ
510 SANCHEZ ST
LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

**$0.02**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                          Case number (if known) _____
          _____
          Name

| | | |
|---|---|---|
| 3.208 7 | **Nonpriority creditor's name and mailing address** | **$0.04** |

**Nonpriority creditor's name and mailing address**
**LUCY ELISE COMEAUX**
**104 AVALON RD**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.208 8 | **Nonpriority creditor's name and mailing address** | **$84.13** |

**LUCY HOLMES ORENS**
**C/O LEGACY TRUST CO**
**1415 LOUISIANA ST**
**SUITE 1900**
**HOUSTON, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.208 9 | **Nonpriority creditor's name and mailing address** | **$1,304.67** |

**LUIS ALFREDO MAYERS**
**JUAN F HERNANDEZ GUARDIAN**
**809 VICTORIA AVE**
**LAREDO, TX 78040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.209 0 | **Nonpriority creditor's name and mailing address** | **$6.41** |

**LUIS GERARDO DE LUNA**
**201 E PLUM APT B-6**
**LAREDO, TX 78040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.209 1 | **Nonpriority creditor's name and mailing address** | **$579.31** |

**LURLINE PEARL WILSON**
**PO BOX 91**
**DRIPPING SPRINGS, TX 78620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.209 2 | **Nonpriority creditor's name and mailing address** | **$0.01** |

**LUTHER B HAYES JR**
**1007 SILVERDALE DR**
**CONROE, TX 77301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No □ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
                 Name

| 3.209<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.49** |
|---|---|---|---|

**LYDIA G CURRIE**
**5452 FOLSOM DR**
**APT 2**
**BEAUMONT, TX 77706**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.59** |
|---|---|---|---|

**LYDIA MARIE HARRISON**
**MASS MUTUAL FINANCIAL GROUP**
**300 RUE BEAUREGARD BLDG J**
**LAFAYETTE, LA 70508**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.81** |
|---|---|---|---|

**LYMAN B PHILLIPS JR**
**PO BOX 157**
**BOYCE, LA 71409**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.24** |
|---|---|---|---|

**LYNDSEY BUTLER TRUST**
**AE BUTLER/KAY BARNES CO-TRST**
**14407 TWISTED OAK LN**
**HOUSTON, TX 77079**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.65** |
|---|---|---|---|

**LYNN PIRTLE BIERDZ TRUST**
**LYNN PIRTLE, TRUSTEE**
**P O BOX 660**
**TYLER, TX 75710**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.11** |
|---|---|---|---|

**LYNNE M ROMANCHUK BAALMAN**
**2331 SILVER PALM RD**
**NORTH PORT 34288, FL 34288**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| 3.2099 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.30 |
|---|---|---|---|

**LYNNE MARIE BARRY**
**721 W KELLER ST**
**CHURCH POINT, LA 70525**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LYONS PETROLEUM**
**C/O R J DAVENPORT, REGISTERED AGENT**
**1506 BECK BUILDING**
**400 TRAVIS STREET**
**SHREVEPORT, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.43 |
|---|---|---|---|

**M & M RESOURCES, INC.**
**P. O. BOX 447**
**BEAUMONT, TX 77704-0447**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.53 |
|---|---|---|---|

**M P ROBINSON**
**6126 ABINGTON WAY**
**HOUSTON, TX 77008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.55 |
|---|---|---|---|

**MACK D SONS**
**9818 GREENE AVENUE NW**
**ALBURQUERQUE, NM 87114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.62 |
|---|---|---|---|

**MADELON WARREN**
**2500 MCCUE RD APT 46**
**HOUSTON, TX 77027**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                Case number (if known) _____
_____
Name

| 3.210<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.20** |
|---|---|---|---|

**MADELYN MICHELLE GAYLE REITZ**
**P.O. BOX 93**
**GOLIAD, TX 77963**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.210<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,621.04** |
|---|---|---|---|

**MADGE GIMORE SMITH**
**ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.210<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.78** |
|---|---|---|---|

**MAE ALICE WILLIAMS**
**2430 GALLIER STREET**
**NEW ORLEANS, LA 70117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.210<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.99** |
|---|---|---|---|

**MAGGIE TACKER**
**413 N WILSON**
**CLEVELAND, TX 77327**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.210<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.80** |
|---|---|---|---|

**MAGNUM PETROLEUM INC**
**5913 CHESTNUT CT**
**EDMOND, OK 73025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.211<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$243.69** |
|---|---|---|---|

**MAJOR EQUIPMENT REMEDIATION**
**SERVICES, IN**
**PO BOX 3616**
**SUITE 425**
**MORGAN CITY, LA 70381**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                          Case number (if known) _____
_____
Name

| 3.211 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.37 |

**MALCOLM L COMEAUX**
**321 EAST FAIRMONT DR**
**TEMPE, AZ 85282-3718**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 2 | **Nonpriority creditor's name and mailing address** |

**MAMIE JOYCE JAMES**
**11518 MOLTERE DRIVE**
**HOUSTON, TX 77065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          $2.37
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 3 | **Nonpriority creditor's name and mailing address** |

**MAMIE MONTGOMERY**
**2001 HEANY**
**HOUSTON, TX 77093**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          $12.62
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 4 | **Nonpriority creditor's name and mailing address** |

**MAMMIE MEDDERS**
**47369 FENDALSON LN.**
**HAMMOND, LA 70401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          $23.12
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 5 | **Nonpriority creditor's name and mailing address** |

**MANCO VEGETATION MGMT INC**
**PO BOX 1046**
**EUNICE, LA 70535**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          $2,250.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 6 | **Nonpriority creditor's name and mailing address** |

**MANNING EUGENE TILLERY JR**
**8 CHESKA**
**BEAUMONT, TX 77706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          $1.39
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known)

---

**3.211 7**

**Nonpriority creditor's name and mailing address**
**MANUEL & LIELELOTTE CEDILLO**
**2919 VALENCIA**
**LAREDO, TX 78040**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$6.41**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211 8**

**Nonpriority creditor's name and mailing address**
**MANUEL ALFONSO BENAVIDES**
**P.O. BOX 1416**
**MEDINA, TX 78055**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$2,447.49**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211 9**

**Nonpriority creditor's name and mailing address**
**MARCELLA HEARD BILLUPS**
**5721 N CASA BLANCA DR**
**PARADISE VALLEY, AZ 85253**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$17.35**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 0**

**Nonpriority creditor's name and mailing address**
**MARCELLE J MULLER**
**18 ACKLAND AVENUE**
**CLARENCE GARDENS**
**SOUTH AUSTRALIA**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$13.79**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 1**

**Nonpriority creditor's name and mailing address**
**MARCIANA E SORIA**
**481 CURTICE ST E**
**ST PAUL, MN 55107**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$6.41**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 2**

**Nonpriority creditor's name and mailing address**
**MARCIE WAGNER DILKS**
**12101 QUAIL HARVEST**
**EL PASO, TX 79936**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$35.03**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                        Case number (if known) _____
_____
          Name

| 3.212 | | |
|---|---|---|
| 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**MARCUS B GEORGE REV TR**
**9/21/1995 M GEORGE & K BRYANT CO**
**TRSTEE**
**5106 S SLOAN CIRCLE**
**ROGERS, AR 72758**

$10.05

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | | |
|---|---|---|
| 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**MARCUS CHARLES TYLER**
**P O BOX 634**
**LABADIEVILLE, LA 70372**

$3.86

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | | |
|---|---|---|
| 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**MARCUS EDWIN CHEEK**
**204 LAKE ST**
**ABBEVILLE, LA 70510-6505**

$13.41

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | | |
|---|---|---|
| 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**MARENDA Z MYLES**
**P O BOX 1044**
**GRAY, LA 70359**

$103.95

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | | |
|---|---|---|
| 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**MARGARET E. BROUSSARD**
**PO BOX 1711**
**ORANGE, TX 77631-1711**

$0.01

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | | |
|---|---|---|
| 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**MARGARET EVELYN PAUL**
**E DIANE HARRIS & JAMES E HARRIS, AIF**
**424 HERITAGE PLACE**
**FLOWOOD, MS 39232**

$41.01

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                      Case number (if known) _____
        Name

---

**3.212 9**

**Nonpriority creditor's name and mailing address**
**MARGARET FOLEY LASSEIGNE**
**4658 HIGHWAY 1**
**NAPOLEONVILLE, LA 70390**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            $76.78

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.213 0**

**Nonpriority creditor's name and mailing address**
**MARGARET HEBERT**
**P O BOX 174**
**MONTEGUT, LA 70377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            $67.70

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.213 1**

**Nonpriority creditor's name and mailing address**
**MARGARET HELEN COBB SHORT**
**4445 WHISPERING CIRCLE N.**
**COLORADO SPRINGS, CO 80917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            $3.66

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.213 2**

**Nonpriority creditor's name and mailing address**
**MARGARET J MCBRIDE**
**11715 SANDMAN STREET**
**SAN ANTONIO, TX 78216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            $0.00

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.213 3**

**Nonpriority creditor's name and mailing address**
**MARGARET L ANDRUS STEFANSKI SP**
**205 PARKWAY CIR**
**CROWLEY, LA 70526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            $116.97

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.213 4**

**Nonpriority creditor's name and mailing address**
**MARGARET LAURA MCCALLA**
**425 N CROCKER ST**
**SULPHUR, LA 70663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            $2.71

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.213 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**

**MARGARET LOWRY**
**4804 PERSHING**
**FT WORTH, TX 76007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$32.95

---

| 3.213 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**

**MARGARET ROSE SWANKE**
**415 COMPASSION CIRCKE**
**WENTZVILLE, MO 63385**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.32

---

| 3.213 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**

**MARGARET TOUPS WURZLOW**
**USUFRUCT**
**126 MAPLE AVENUE**
**HOUMA, LA 70364**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$77.84

---

| 3.213 | | |
|---|---|---|
| 8 | | |

**Nonpriority creditor's name and mailing address**

**MARGARITA B HERNANDEZ**
**& JOSE L HERNANDEZ**
**3213 JUAREZ**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.18

---

| 3.213 | | |
|---|---|---|
| 9 | | |

**Nonpriority creditor's name and mailing address**

**MARGIE ELAINE FELPS WHITE**
**9006 CHISHOLM LANE**
**AUSTIN, TX 78748**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.36

---

| 3.214 | | |
|---|---|---|
| 0 | | |

**Nonpriority creditor's name and mailing address**

**MARGIE LODRIQUE**
**6823B SHRIMPER ROW**
**DULAC, LA 70353**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$9.64

---

Debtor **White Oak Resources VI, LLC**                   Case number (if known) _____
_____
Name

| 3.214 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.76 |
|---|---|---|---|

**MARGIE RUTH RATCLIFF YOUNG**
**2809 BASSWOOD DR**
**RALEIGH, NC 27610**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.45 |
|---|---|---|---|

**MARGO DARDAR**
**1012 JOSEPH ST**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.17 |
|---|---|---|---|

**MARGUERITE DOUCETTE WARD, DCSD**
**C/O TX UNCL PROP RPTG SYS-EFT**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.26 |
|---|---|---|---|

**MARGUERITE LANDRY REICHEL**
**515 BEVERLY DRIVE**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.10 |
|---|---|---|---|

**MARGUERITE R. KOLANDER**
**P. O. BOX 186**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.02 |
|---|---|---|---|

**MARIA DEL PILAR B CLUCK**
**304 SOUTH KAIN**
**RIO GRANDE CITY, TX 78582**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| 3.214 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$3.18** |

**MARIA ELENA MORA**
**436 HERNANDEZ**
**LAREDO, TX 78046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$6.41** |

**MARIA F & V G MARTINEZ**
**3003 SANTA CLARA**
**LAREDO, TX 78043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$51.87** |

**MARIA F RAMIREZ RAPER**
**8305 SHENANDOAH DRIVE**
**AUSTIN, TX 78753**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.02** |

**MARIA G RODRIGUEZ**
**GUILLERMO & MARIA RODRIGUEZ**
**TRUSTEES**
**FBO TERESA & GUILLEMO**
**907 CHIHUAHUA**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$0.57** |

**MARIA LUISA RUIZ**
**206 STEWART**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **$3.18** |

**MARICRUZ O CHAVARRIA**
**3314 EAST ASH**
**LAREDO, TX 78043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

**3.215 3**

**Nonpriority creditor's name and mailing address**

**MARIE ANN SIMMONS**
**602 OAK BERRY**
**KEMAH, TX 77565**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$155.81

---

**3.215 4**

**Nonpriority creditor's name and mailing address**

**MARIE DELIA BRYAN**
**CO MISS VELMA L BRYAN**
**3939 ROLAND AVENUE APT 920**
**BALTIMORE, MD 21211**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$30.77

---

**3.215 5**

**Nonpriority creditor's name and mailing address**

**MARIE DENISE T COOPER**
**510 RIVERA PLACE**
**ROCK HILL, SC 29730**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$94.26

---

**3.215 6**

**Nonpriority creditor's name and mailing address**

**MARIE FAY EVNOCHIDES**
**PO BOX 22736**
**HOUSTON, TX 77227**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.01

---

**3.215 7**

**Nonpriority creditor's name and mailing address**

**MARIE FOOTE LAUGHLIN**
**4002 AMHERST**
**HOUSTON, TX 77005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.41

---

**3.215 8**

**Nonpriority creditor's name and mailing address**

**MARIE HOPSON WELSH**
**909 SCENIC LOOP DRIVE**
**MARSHALL, TX 75670**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.60

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.215 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARIE JEANNE HEBERT BROWN**
**706 E 5TH STREET**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.01

---

| 3.216 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARIE SCROGGS COATES**
**8620 KIMBERLY DRIVE**
**BEAUMONT, TX 77707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.39

---

| 3.216 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARIE SINGLETON**
**2002 FEDERAL AVE**
**MORGAN CITY, LA 70380-2512**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$4.77

---

| 3.216 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARIE THIBODEAUX**
**P. O. BOX 505**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$28.86

---

| 3.216 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARIELLA WILLIAMSON DUMONT**
**266 MERRIMON AVE.**
**ASHEVILLE, NC 28801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.66

---

| 3.216 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARIETTA BRACKEEN**
**2153 BROUSSARD STREET**
**BATON ROUGE, LA 70808**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$115.79

---

Debtor   **White Oak Resources VI, LLC**                                   Case number (if known) _____
         Name

---

**3.216
5**

**Nonpriority creditor's name and mailing address**

**MARILOU WRIGHT**
**P O BOX 50565**
**DENTON, TX 76206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $24.23

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.216
6**

**Nonpriority creditor's name and mailing address**

**MARILYN BARNETT**
**517 W BROCK ST**
**DENISON, TX 75020-6801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $11.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.216
7**

**Nonpriority creditor's name and mailing address**

**MARILYN CLARE HAUSER**
**800 CIRCLE WAY**
**ALVIN, TX 77511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.14

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.216
8**

**Nonpriority creditor's name and mailing address**

**MARILYN CRAWFORD C CLINE**
**98 EDGEWATER DR**
**WIMBERLY, TX 78676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $88.39

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.216
9**

**Nonpriority creditor's name and mailing address**

**MARILYN DOWELL SANDHOP**
**3409 CREEKBEND**
**BAYTOWN, TX 77521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $21.91

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.217
0**

**Nonpriority creditor's name and mailing address**

**MARILYN HENDERSON DIXON**
**3740 PLYMOUTH PL**
**NEW ORLEANS, LA 70131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $16.08

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.217**
**1**

**Nonpriority creditor's name and mailing address**

**MARILYN RUTH BROUSSARD**
**121 OAK STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.90**

---

**3.217**
**2**

**Nonpriority creditor's name and mailing address**

**MARILYN SYKES JOHNSON**
**P.O. BOX 719**
**KERSEY, CO 80644**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$7.36**

---

**3.217**
**3**

**Nonpriority creditor's name and mailing address**

**MARIO A & MARIA R PENA**
**3544 SOCRATES**
**LAREDO, TX 78046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.41**

---

**3.217**
**4**

**Nonpriority creditor's name and mailing address**

**MARIO CLARK**
**2648 DESTREHAN AVE A**
**HARVEY, LA 70058**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$12.23**

---

**3.217**
**5**

**Nonpriority creditor's name and mailing address**

**MARIO FERREYRO & LAURA H FERREYRO**
**692-B JUNIPER LANE**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.57**

---

**3.217**
**6**

**Nonpriority creditor's name and mailing address**

**MARIO JESUS OBREGON**
**1626 EAGLE TRACE**
**LAREDO, TX 78045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.57**

---

Debtor   **White Oak Resources VI, LLC**                                      Case number (if known) _____
       Name

---

| 3.217 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.33** |

**MARIO WEST**
**& ROSA MARIA WEST**
**414 AMHURSTRD**
**LAREDO, TX 78045**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.80** |

**MARION E HARVEY FAMILY TR**
**465 SHEWANA LANE**
**NEW CASTLE, CO 81647**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.71** |

**MARION EARL THOMAS**
**3127 STAFFORD DR**
**NASHVILLE, TN 37214**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.08** |

**MARION F HENRY**
**804 VISTA COVE**
**CHULUOTA, FL 32766**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.38** |

**MARION JOHN BERTRAND**
**1008 N TRAHAN ROAD**
**KAPLAN, LA 70548**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.90** |

**MARION MAXIE**
**3640 RIO LINDA BLVD**
**SACRAMENTO, CA 95838**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                                Case number (if known) _____
_____
Name

| 3.218 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.26 |

**MARION MURRAY**
**300 TIFFANY STREET**
**PATTERSON, LA 70392**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.48 |

**MARION T GATTI**
**4557 AVRON BLVD**
**METAIRIE, LA 70006**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.40 |

**MARJORIE BRANNAN YOCHEM**
**21092 CEDAR LN**
**COUNCIL BLUFFS, IA 51503**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.79 |

**MARJORIE COLEMAN BROOKS**
**2559 MONTICELLO DR**
**GASTONIA, NC 28056**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.10 |

**MARJORIE SYKES**
**2200 BRAUN DR.**
**GOLDEN, CO 80401-6815**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.79 |

**MARK A CORNELIUS**
**PO BOX 478**
**NIXON, TX 78140**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.218<br>9 | **Nonpriority creditor's name and mailing address**<br>**MARK A MCELVEEN**<br>**5656 RIVER ROAD**<br>**LAKE CHARLES, LA 70615**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3.82** |

| | | |
|---|---|---|
| 3.219<br>0 | **Nonpriority creditor's name and mailing address**<br>**MARK BUCHHOLZ**<br>**300 OPATRNY DR., APT. 222**<br>**FOX RIVER GROVE, IL 60021**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.14** |

| | | |
|---|---|---|
| 3.219<br>1 | **Nonpriority creditor's name and mailing address**<br>**MARK C BRADLEY**<br>**819 GRACELAND AVENUE**<br>**UNIT 505**<br>**DES PLAINES, IL 60016**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2.55** |

| | | |
|---|---|---|
| 3.219<br>2 | **Nonpriority creditor's name and mailing address**<br>**MARK DAVIDSON GILLMORE**<br>**202 CULPEPPER**<br>**CEDAR PARK, TX 78613**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2.19** |

| | | |
|---|---|---|
| 3.219<br>3 | **Nonpriority creditor's name and mailing address**<br>**MARK DWAYNE RODDY**<br>**290 WEST SHORE TRAIL**<br>**SPARTA, NJ 07871**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.42** |

| | | |
|---|---|---|
| 3.219<br>4 | **Nonpriority creditor's name and mailing address**<br>**MARK K HARMAN**<br>**AND WIFE,PAM HARMAN**<br>**1267 FUNF KINDER RD**<br>**FREDERICKSBURG, TX 78624**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$17.87** |

Debtor    **White Oak Resources VI, LLC**                          Case number (if known) _____
               Name

---

**3.219
5**

**Nonpriority creditor's name and mailing address**

**MARK L SHIDLER INC
1313 CAMPBELL ROAD
BLDG D
HOUSTON, TX 77055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

$707.54

---

**3.219
6**

**Nonpriority creditor's name and mailing address**

**MARK OKOREN
46 E SUNNY SLOPE CIRCLE
THE WOODLANDS, TX 77381**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

$0.22

---

**3.219
7**

**Nonpriority creditor's name and mailing address**

**MARK S ALSPAUGH
AND MARSHA G ALSPAUGH
4582 KINGWOOD DR, STE E
PO BOX 111
KINGWOOD, TX 77345**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

$17.41

---

**3.219
8**

**Nonpriority creditor's name and mailing address**

**MARK S WILLIAMSON
1129 GALLOWAY LN
LIVINGSTON, TX 77351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

$109.28

---

**3.219
9**

**Nonpriority creditor's name and mailing address**

**MARLA DOYLE
809 HOLLY STREET
LAKE CHARLES, LA 70601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

$19.03

---

**3.220
0**

**Nonpriority creditor's name and mailing address**

**MARLA WIENER FAMILY TRUST UNDER
TRUST AG
DATED 4-30-2019 MARLA WIENER
ADELMAN, TR
25 TROUT POND LANE
NEEDHAM, MA 02492**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

$3.44

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

| 3.220<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.37 |
|---|---|---|---|

**MARLIN S ROBINSON**
**902 OAK GLEN**
**HOUSTON, TX 77076**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.220<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.37 |
|---|---|---|---|

**MARSENE E ADKISSON**
**13119 N HUNTERS CIRCLE**
**SAN ANTONIO, TX 78230**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.220<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MARSH ENGINEERING INC**
**C/O JOHN LEWIS**
**ROUTE 3 BOX 669-H**
**DENHAM SPRINGS, LA 70726**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.220<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.13 |
|---|---|---|---|

**MARSH LAND PRODUCTION COMPANY**
**P O BOX 67048**
**BATON ROUGE, LA 70896**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.220<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.69 |
|---|---|---|---|

**MARSH TRUST**
**16807 BASEWOOD CT**
**SUGAR LAND, TX 77498**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.220<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.41 |
|---|---|---|---|

**MARSHALL COMEAUX**
**470 JACKSON AVE**
**NEW ORLEANS, LA 70130**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __White Oak Resources VI, LLC_____   Case number (if known) _____
          Name

| | |
|---|---|

**3.220 7**

**Nonpriority creditor's name and mailing address**

**MARSHALL W GUIDRY LLC**
**110 ROSWELL CROSSING**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$86.41**

---

**3.220 8**

**Nonpriority creditor's name and mailing address**

**MARSHALL WAYNE MEAUX**
**201 TENTH ST.**
**GUEYDAN, LA 70542**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$20.24**

---

**3.220 9**

**Nonpriority creditor's name and mailing address**

**MARTHA ANN QUIBODEAUX**
**220 CREEKSIDE CROSSING #114**
**NEW BRAUNFELS, TX 78130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$88.07**

---

**3.221 0**

**Nonpriority creditor's name and mailing address**

**MARTHA B VAN MOOK**
**4715 N PENNSYLVANIA**
**INDIANAPOLIS, IN 46205**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$41.51**

---

**3.221 1**

**Nonpriority creditor's name and mailing address**

**MARTHA CLAIRE TOMPKINS**
**4916 KELVIN DR #4**
**HOUSTON, TX 77005**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$43.06**

---

**3.221 2**

**Nonpriority creditor's name and mailing address**

**MARTHA ELAINE PEAL FREEMAN**
**1238 MOSS DALE DRIVE**
**SUGAR LAND, TX 77479**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

**$14.87**

---

Debtor   **White Oak Resources VI, LLC**                                   Case number (if known) _____
         Name

---

| 3.221 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16.42 |

**MARTHA J CLOSE**
**4629 ROSENTHAL PKWY**
**LORENA, TX 76655**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.221 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2.33 |

**MARTHA JANE HEARD**
**725 TANGLEWOOD STREET**
**CANTON, TX 75103-1609**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.221 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $86.52 |

**MARTHA JONES FORD**
**PO BOX 535**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.221 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41.05 |

**MARTHA LOUETTE SOMMERS**
**3578 HATFIELD CIRCLE**
**OCEANSIDE, CA 92056**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.221 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.68 |

**MARTHA YOUNG**
**1316 JAMES STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.221 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6.90 |

**MARTIN MADISE**
**1713 VISTA WAY**
**WAXAHACHIE, TX 75165**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2219**

**Nonpriority creditor's name and mailing address**

**MARTIN R ROBINSON**
**3819 CALIFORNIA AVE**
**SW APT C**
**SEATTLE, WA 98116-3786**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$1.82

---

**3.2220**

**Nonpriority creditor's name and mailing address**

**MARTIN WAYNE LEGER**
**3708 DEER TRAIL**
**SPICEWOOD, TX 78669-6436**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$2.48

---

**3.2221**

**Nonpriority creditor's name and mailing address**

**MARTIN'S AIRBOAT PIPELINE PATROL**
**C/O AYCOCK HORNE & COLEMAN**
**ATTN MARGARET E JUDICE**
**817 MAIN ST**
**FRANKLIN, LA 70538**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$2,100.00

---

**3.2222**

**Nonpriority creditor's name and mailing address**

**MARTINIQUE CROSS**
**1811 FERN STREET**
**NEW ORLEANS, LA 70118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$20.83

---

**3.2223**

**Nonpriority creditor's name and mailing address**

**MARVIN LEON THIBODEAUX JR**
**234 SUNFLOWER DRIVE**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$17.17

---

**3.2224**

**Nonpriority creditor's name and mailing address**

**MARY A STARK**
**1020 ADAMS STREET**
**QUINCY, IL 62301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$2.55

---

Debtor   **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

| 3.222 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.32 |

**MARY AGNES THOMAS**
**2930 METCALF**
**HOUSTON, TX 77017**

�she ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24.05 |

**MARY ALICE HILLYER KIBODEAUX**
**PO BOX 488**
**CHINA, TX 77613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.26 |

**MARY ANN AYRES**
**PO BOX 25231**
**DALLAS, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.09 |

**MARY ANN DAUNIE TOMPKINS**
**BOX 342**
**CHANNELVIEW, TX 77530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22.27 |

**MARY ANN HENDERSON BOGEN**
**P O BOX 326**
**GIBSON, LA 70356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7.05 |

**MARY ANN HOPE CIOLEK**
**1241 N CIRCLE DR**
**SEALY, TX 77474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                          Case number (if known) _____
         Name

---

**3.223 1**

**Nonpriority creditor's name and mailing address**
**MARY ANN HUSTON**
**106 ROGERS RIDGE**
**SAN MARCOS, TX 78666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
$0.58

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223 2**

**Nonpriority creditor's name and mailing address**
**MARY ANN JACKSON**
**15603 GULF FREEWAY, APT 111**
**WEBSTER, TX 77598**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
$222.61

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223 3**

**Nonpriority creditor's name and mailing address**
**MARY ANN JOHNSON**
**237 HIGHWAY 1014**
**NAPOLEONVILLE, LA 70390**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
$5.08

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223 4**

**Nonpriority creditor's name and mailing address**
**MARY ANN LELEUX TONY**
**921 HOCKADAY ST**
**CROWLEY, LA 70526-3064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
$7.32

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223 5**

**Nonpriority creditor's name and mailing address**
**MARY ANN OSBEY**
**5215 HONEYVINE DRIVE**
**HOUSTON, TX 77048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
$138.25

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223 6**

**Nonpriority creditor's name and mailing address**
**MARY ANN SMITH**
**1417 WOODOAK**
**RICHARDSON, TX 75082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
$529.16

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.223
7**

**Nonpriority creditor's name and mailing address**

**MARY ANN TUCKER**
**140 SHERWOOD TRAIL**
**SILSBEE, TX 77656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$73.73

---

**3.223
8**

**Nonpriority creditor's name and mailing address**

**MARY ANN WILLIAMS**
**2202 GLEN BRIAR WAY**
**LITHONIA, GA 30058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.60

---

**3.223
9**

**Nonpriority creditor's name and mailing address**

**MARY ANN WILLIAMS HARRISON**
**4743 2ND STREET**
**LUBBOCK, TX 79416**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.16

---

**3.224
0**

**Nonpriority creditor's name and mailing address**

**MARY ASHTON IRELAND**
**3744 LAVILLE DRIVE**
**POWDER SPRINGS, GA 30073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$11.74

---

**3.224
1**

**Nonpriority creditor's name and mailing address**

**MARY BENITA SEBESTA**
**2618 DIAMOND RIVER DR**
**ROSENBERG, TX 77471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$10.54

---

**3.224
2**

**Nonpriority creditor's name and mailing address**

**MARY BRYAN WILSON MERRITT**
**15315 SWAN CREEK**
**HOUSTON, TX 77095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.03

| Debtor | White Oak Resources VI, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.224 3**

**Nonpriority creditor's name and mailing address**

**MARY BUTLER POWELL VINES**
**13335 EAST PALMETTO ST**
**AMITE, LA 70422**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$15.37**

---

**3.224 4**

**Nonpriority creditor's name and mailing address**

**MARY C THIBODEAUX TOUCHET**
**332-A WEST BROUSSARD ROAD**
**LAFAYETTE, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$17.18**

---

**3.224 5**

**Nonpriority creditor's name and mailing address**

**MARY CHAPMAN GREENSLADE**
**P. O. BOX 2348**
**BOERNE, TX 78006-2348**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1.66**

---

**3.224 6**

**Nonpriority creditor's name and mailing address**

**MARY CRAVER STEWART BROWN**
**9001 OLD HIGHWAY 13**
**MURPHYSBORO, IL 62966-5527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.40**

---

**3.224 7**

**Nonpriority creditor's name and mailing address**

**MARY D SONNIER FAM PTNSHP, LTD**
**7204 ROARING SPRINGS DRIVE**
**AUSTIN, TX 78736**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.44**

---

**3.224 8**

**Nonpriority creditor's name and mailing address**

**MARY DAVIS HENRY**
**2411 STONEYBROOK**
**LAKE CHARLES, LA 70605-4036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$2,694.31**

---

Debtor  **White Oak Resources VI, LLC**                          Case number (if known) _____
_____
        Name

| 3.224 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.01 |
|---|---|---|---|

**MARY E CANEER**
**104 BIBB RD S W**
**HUNTSVILLE, AL 35801**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.94 |
|---|---|---|---|

**MARY E SCHAUB**
**4321 E 58TH PLACE**
**TULSA, OK 74135**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.58 |
|---|---|---|---|

**MARY ELIZABETH HENSGENS HETZEL**
**2017 PALM WOOD DR**
**BATON ROUGE, LA 70816**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995.15 |
|---|---|---|---|

**MARY ELLEN BROOK**
**PO BOX 130423**
**HOUSTON, TX 77219**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.25 |
|---|---|---|---|

**MARY ELLEN DAIGLE**
**7905 PATTERSON ROAD**
**BEAUMONT, TX 77705**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.43 |
|---|---|---|---|

**MARY ELLEN FELPS**
**3724 JEFFERSON ST 309**
**AUSTIN, TX 78731-6225**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                          Case number (if known) _____
         Name

---

| 3.225 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARY ELLEN HEARD**
**6757 CHAPULTEPEC CIRCLE**
**TUCSON, AZ 85750**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$16.13

---

| 3.225 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARY FRANCES FILE**
**9505 NORTHPOINTE BLVD.**
**APT. #2016**
**SPRING, TX 77379**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$10.60

---

| 3.225 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARY GRAYSON WALDEN LIVING TR**
**DATED 11/9/09**
**MARY GRAYSON WALDEN AS TRUSTEE**
**11553 S FLOWER MOUND WAY**
**PARKER, CO 80134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.20

---

| 3.225 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARY HOFFPAUIR HORNSBY**
**1117 EAST 1ST STREET**
**CROWLEY, LA 70526**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.64

---

| 3.225 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARY JANE NAQUIN**
**2412 W MAIN STREET**
**HOUSTON, TX 77098-3221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.86

---

| 3.226 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARY JO GOLIWAS THIBODAUX ESTATE**
**% PATRICK DEAN THIBODAUX EXEC.**
**1609 SOUTH DURANT**
**ALVIN, TX 77511**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$129.55

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

---

**3.226
1**

**Nonpriority creditor's name and mailing address**

**MARY KATHRYN DASTER**
**1303 OAK MEADOWS**
**HOUSTON, TX 77017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.71

---

**3.226
2**

**Nonpriority creditor's name and mailing address**

**MARY LAUREEN RATCLIFF BANKS**
**3606 N COLLEGE AVE**
**INDIANAPOLIS, IN 46205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

$57.76

---

**3.226
3**

**Nonpriority creditor's name and mailing address**

**MARY LEE MOORE**
**P O BOX 212**
**HAMMOND, LA 70401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

$20.76

---

**3.226
4**

**Nonpriority creditor's name and mailing address**

**MARY LEE VINING**
**1616 LINCOLN AVENUE**
**MARRERO, LA 70072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

$5.26

---

**3.226
5**

**Nonpriority creditor's name and mailing address**

**MARY LOU CONNER**
**2636 ISLETA BLVD SW**
**ALBUQUERQUE, NM 87105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

$14.20

---

**3.226
6**

**Nonpriority creditor's name and mailing address**

**MARY LOU F CASAGRANDE**
**% JIM MCGUCKIN**
**1398 HWY 35 SOUTH**
**OCEAN, NJ 07712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

$89.31

---

Debtor    **White Oak Resources VI, LLC**                                  Case number (if known) _____
_____
Name

| 3.226 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.43 |
|---|---|---|---|

**MARY LOU FRY**
**MIKE WARREN,SR VP TRUST OFFICER**
**C/O PROSPERITY BANK TRUST DEPT**
**402 CYPRESS STREET, STE. 100**
**ABILENE, TX 79601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.53 |
|---|---|---|---|

**MARY LOU PRUITT**
**1721 W 22ND ST**
**HOUSTON, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.45 |
|---|---|---|---|

**MARY LOUISE B BROWN**
**2056 EAST RIDGE RD**
**BELOIT, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.04 |
|---|---|---|---|

**MARY LOUISE GARBE**
**1 PIONEER TRL**
**GLEN CARBON, IL 62034-8519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.97 |
|---|---|---|---|

**MARY LUCILLE SIMS**
**SP**
**228 PECANWOOD**
**LAKE CHARLES, LA 70605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.51 |
|---|---|---|---|

**MARY M MCKENZIE**
**13285 PEACOCK DRIVE**
**LITTLETON, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **White Oak Resources VI, LLC** |
| | Name |

Case number (if known) _____

---

**3.227
3**

**Nonpriority creditor's name and mailing address**

**MARY MAZE VERDUN**
**P O BOX 2387**
**PATTERSON, LA 70392**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$10.71**

---

**3.227
4**

**Nonpriority creditor's name and mailing address**

**MARY MINTZ THEUS, USUFRUCT**
**2514 OAK VALLEY BOULEVARD**
**MONROE, LA 71201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.44**

---

**3.227
5**

**Nonpriority creditor's name and mailing address**

**MARY PATTON AGUIRRE**
**234 QUAIL RIDGE**
**KYLE, TX 78640**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.73**

---

**3.227
6**

**Nonpriority creditor's name and mailing address**

**MARY ROB ECHOLS ASHLEY**
**% ROBERT W ECHOLS JR AIF**
**111 GWINDALE ROAD**
**GADSDEN, AL 35901-5613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$521.43**

---

**3.227
7**

**Nonpriority creditor's name and mailing address**

**MARY ROSE BROUSSARD**
**6433 ROLLA STREET**
**HOUSTON, TX 77055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.01**

---

**3.227
8**

**Nonpriority creditor's name and mailing address**

**MARY SUE POTTER FORREST**
**1319 WINCHESTER AVE**
**ASHLAND, KY 41101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$127.69**

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
                  Name

| 3.227 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37.73** |
|---|---|---|---|

**MARY SUE WILLIAMS BUTLER**
**14665 CHAMPION FOREST DR #305**
**HOUSTON, TX 77069**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.61** |
|---|---|---|---|

**MARY SUZANNE H SCHUWERK**
**16379 LARKFIELD**
**HOUSTON, TX 77059**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$484.46** |
|---|---|---|---|

**MARY T FUHRER HARRISON,**
**SEP PROPERTY**
**22650 S HICKEY CT**
**ZACHARY, LA 70791**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.46** |
|---|---|---|---|

**MARY VICTORIA PRICE**
**14331 ARBORCREST**
**HOUSTON, TX 77062**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.01** |
|---|---|---|---|

**MARY WALDEN**
**880 SCHOOL ST**
**HOUMA, LA 70360**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.81** |
|---|---|---|---|

**MARY WALKER NERO**
**5828 VALLEY FORGE AVE**
**BATON ROUGE, LA 70808**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          _____
          Name

| 3.228 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARY WATSON**
**312 SOUTH RAILROAD STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$12.09**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARY WILSON PEARCE**
**6500 W 43RD ST APT 1512**
**THE BRIDGEGATE APTS**
**HOUSTON, TX 77092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$9.42**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MARYLYN HUFSTUTLER WATKINS**
**3311 WEST SENECA ROAD**
**ROGERS, AR 72758**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$67.29**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MATAGORDA B1 LP**
**C/O P&P LAND SERVICES**
**2441 HIGH TIMBERS DR., STE 300**
**THE WOODLANDS, TX 77380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$8.28**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MATHILDA S HARRIS**
**1553 MARINE STREET**
**MARRERO, LA 70072**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$28.43**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MATILDA GRAY STREAM**
**C/O MUDD BRUCHHAUS & KEATING LLC**
**422 E COLLEGE ST SUITE B**
**LAKE CHARLES, LA 70605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
         Name                                                    Case number (if known) _____

---

**3.229 1**

**Nonpriority creditor's name and mailing address**

**MATTHEW MARTIN TRUST**
**PMB 184**
**3320 MANGANA - HEIN RD**
**LAREDO, TX 78046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.45

---

**3.229 2**

**Nonpriority creditor's name and mailing address**

**MATTHEW MONTGOMERY BRYANT**
**6045 PENELA WAY**
**EL DORADO HILLS, CA 95762**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$13.45

---

**3.229 3**

**Nonpriority creditor's name and mailing address**

**MATTHEW WALES PIRTLE**
**9164 OLD HICKORY ROAD**
**TYLER, TX 75703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.55

---

**3.229 4**

**Nonpriority creditor's name and mailing address**

**MATTIE A BROWN**
**RT 1 BOX 147-B**
**TIMPSON, TX 75975**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$7.13

---

**3.229 5**

**Nonpriority creditor's name and mailing address**

**MAUDE COBURN**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.02

---

**3.229 6**

**Nonpriority creditor's name and mailing address**

**MAURICE HOPSON**
**1602 N. KANSAS**
**FT STOCKTON, TX 79735**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.60

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.229
7**

**Nonpriority creditor's name and mailing address**

**MAURICE J TYLER**
**12809 GREEN DOLPHIN**
**HOUSTON, TX 77013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$362.45**

---

**3.229
8**

**Nonpriority creditor's name and mailing address**

**MAURICE ROSS**
**26929 MERLOT RIVER DRIVE**
**KINGWOOD, TX 77339**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$33.98**

---

**3.229
9**

**Nonpriority creditor's name and mailing address**

**MAVIS WATSON BAILEY**
**7609 LAZY RIVER COVE**
**AUSTIN, TX 78730**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$0.52**

---

**3.230
0**

**Nonpriority creditor's name and mailing address**

**MAX C HOLLAND**
**SP**
**P.O.BOX 1604**
**WINDER, GA 30680**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$1,730.79**

---

**3.230
1**

**Nonpriority creditor's name and mailing address**

**MAXINE A ODOM**
**1433 CASA DEL ORO**
**CORPUS CHRISTI, TX 78411**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$12.64**

---

**3.230
2**

**Nonpriority creditor's name and mailing address**

**MAXINE SINGLETON**
**5609 E MOUNT HOUSTON**
**HOUSTON, TX 77093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

**$107.84**

---

Debtor   **White Oak Resources VI, LLC**                     Case number (if known) _____
         Name

---

**3.230
3**

**Nonpriority creditor's name and mailing address**
**MAY OIL & GAS, LLC**
**714 KALISTE SALOOM RD STE A-1**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$0.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.230
4**

**Nonpriority creditor's name and mailing address**
**MAYBELL HARRIS**
**3355 W ALABAMA STE 900**
**HOUSTON, TX 77098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$63.11**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.230
5**

**Nonpriority creditor's name and mailing address**
**MAYBELL SMITH ANDREWS**
**308 N GARDEN CLUB DR.**
**OVERTON, TX 75684**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$0.05**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.230
6**

**Nonpriority creditor's name and mailing address**
**MB EXPLORATION WEST TEXAS, LLC**
**2602 MCKINNEY AVE, STE 220**
**DALLAS, TX 75204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$0.06**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.230
7**

**Nonpriority creditor's name and mailing address**
**MCCAFFERTY FAMILY TRUST**
**1017 BEACON ST.**
**SAN PEDRO, CA 90731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$1.30**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.230
8**

**Nonpriority creditor's name and mailing address**
**MCDANNALD RUSSELL, LLC**
**813 CREEKLINE WAY**
**MCKINNEY, TX 75070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$53.45**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
                Name

---

**3.2309**

**Nonpriority creditor's name and mailing address**

**MCDAY OIL & GAS, INC.**
**5646 MILTON, SUITE 716**
**DALLAS, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$17.69**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2310**

**Nonpriority creditor's name and mailing address**

**MCELROY, SULLIVAN, MILLER & WEBER, LLP**
**PO BOX 12127**
**AUSTIN, TX 78711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,812.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2311**

**Nonpriority creditor's name and mailing address**

**MCILVAIN RESIDENCE TRUST**
**ROBERT W MCILVAIN III, TRUSTEE**
**THE NORTHERN TRUST/CHICAGO TRST**
**PO BOX 226270**
**DALLAS, TX 75222-6270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$233.89**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2312**

**Nonpriority creditor's name and mailing address**

**MCLEAN FOUNDATION REVOCABLE TR**
**FROST NAT BK TRUSTEE #F5203600**
**P O BOX 1600**
**SAN ANTONIO, TX 78296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$748.35**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2313**

**Nonpriority creditor's name and mailing address**

**MCMILLAN FAMILY TRUST**
**WILLAM F MCMILLAN AND**
**LINDA D MCMILLAN, CO-TTEES**
**24442 PEPPERRELL PLACE**
**KATY, TX 77493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.18**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2314**

**Nonpriority creditor's name and mailing address**

**MEGAN FRANCESCA NWANGWU BUTLER**
**605 ELMWOOD PARK BLVD #B2312**
**NEW ORLEANS, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$112.43**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Liability of White Oak Operating Company LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
        Name

---

| 3.231 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2.25 |
|---|---|---|---|

**MEKUSUKEY OIL COMPANY, LLC**
**KATY M ALVEN POA**
**P O BOX 816**
**WEWOKA, OK 74884-0816**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3.18 |
|---|---|---|---|

**MELCHOR GARZA**
**& DORA E GARZA**
**158N ASH**
**WOOD DALE, IL 60191**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3.15 |
|---|---|---|---|

**MELISS ANN CZARNECKI**
**497 RIVER OAKS DRIVE**
**HAYESVILLE, NC 28904**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11.71 |
|---|---|---|---|

**MELISSA ANN EDWARDS**
**14622 LUCIANDER COURT**
**CYPRESS, TX 77433**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17.57 |
|---|---|---|---|

**MELISSA ANN TEEL**
**305 SE CHKALOV DR #111-228**
**VANCOUVER, WA 98683-5292**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.19 |
|---|---|---|---|

**MELISSA CORP**
**PO BOX 953363**
**LAKE MARY, FL 32795**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.232**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.52 |
|---|---|---|
| **MELISSA H KRAUSE**<br>**9627 OLD BONHOMME ROAD**<br>**OLIVETTE, MO 63132** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.232**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232.49 |
|---|---|---|
| **MELISSA STACKHOUSE**<br>**1080 COATESDALE RD**<br>**COLUMBIA, SC 29209** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.232**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.26 |
|---|---|---|
| **MELISSA WHITE HARPER**<br>**2581 ORCHARD KNOB SE**<br>**ATLANTA, GA 30339** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.232**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.53 |
|---|---|---|
| **MELVIN ROBERTSON**<br>**6323 HACKEL DR**<br>**LOUISVILLE, KY 40258** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.232**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,149.79 |
|---|---|---|
| **MELVIN SHAW**<br>**2516 MCCUTCHEN**<br>**SHREVEPORT, LA 71108** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.232**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.91 |
|---|---|---|
| **MERABETH H DYER**<br>**6336 WOODWAY DR**<br>**APT# 1409**<br>**HOUSTON, TX 77057** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **White Oak Resources VI, LLC**
_____      Case number (if known) _____
Name

| 3.232 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $37.01 |

**MERCEDES ANTOINE ROBERT**
**6164 SINGLETON DR**
**MARRERO, LA 70072**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $46.88 |

**MERCIDE SINGLETON HUGHES**
**PO BOX 615**
**PINE GROVE, LA 70453**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $27.73 |

**MEREDITH LYNN BARTLETT MAHALAK**
**11103 DORMIE DRIVE**
**SAN ANTONIO, FL 33576**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $28.71 |

**MERLE DUPLANTIS**
**820 CEDARWOOD DRIVE**
**MANDEVILLE, LA 70471**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $23.00 |

**MEXCO ENERGY CORPORATION**
**P O BOX 10502**
**MIDLAND, TX 79702**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $14.11 |

**MICHAEL A BOONE**
**P. O. BOX 959**
**CHINA, TX 77613**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____   Case number (if known) _____
         Name

---

**3.233
3**

**Nonpriority creditor's name and mailing address**

**MICHAEL A KOTZ
168 ROBIN DRIVE
BROOKELAND, TX 75931-4831**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$9.13

---

**3.233
4**

**Nonpriority creditor's name and mailing address**

**MICHAEL ALAN WADE
5994 SOUTH SAINT PAUL WAY
CENTENNIAL, CO 80121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.54

---

**3.233
5**

**Nonpriority creditor's name and mailing address**

**MICHAEL B NAGL
644 PLANET PLACE
THORNTON, CO 80260-4868**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$18.46

---

**3.233
6**

**Nonpriority creditor's name and mailing address**

**MICHAEL BALLARD
AND TAMMY BALLARD
P. O. BOX 778
CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$4.12

---

**3.233
7**

**Nonpriority creditor's name and mailing address**

**MICHAEL BLAKE GREER
423 BLUE STAR APT 3306
SAN ANTONIO, TX 78204-1715**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$55.75

---

**3.233
8**

**Nonpriority creditor's name and mailing address**

**MICHAEL BRUCE BOWEN
2015 EMORY OAK DR
CARROLLTON, TX 75007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$18.37

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.233 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL D DIXON**
**PO BOX 5180**
**AUSTIN, TX 78763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$8.20

---

| 3.234 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL DUBOIS**
**2238 CHASSE BEND**
**ORANGE, TX 77632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.73

---

| 3.234 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL FORMELLER**
**AND LESLIE M FORMELLER**
**200 BURDIN ST**
**ST MARTINVILLE, LA 70582**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.76

---

| 3.234 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL GATEWOOD**
**23823 MALIBU RD**
**50-136**
**MALIBU, CA 90265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$11.82

---

| 3.234 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL H OWENS**
**PO BOX 8307**
**AUSTIN, TX 78713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$10.57

---

| 3.234 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL HEARD**
**800 W 5TH STREET APT 709**
**AUSTIN, TX 78703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$16.13

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number _(if known)_ _____

---

| 3.234 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

MICHAEL HINTON PHILLIPS
PO BOX 157
BOYCE, LA 71409

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$4.81

---

| 3.234 6 |
|---|

**Nonpriority creditor's name and mailing address**

MICHAEL J DAILEY
2200 PARADISO
PORTAL-PARADISE, AZ 85632

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$14.03

---

| 3.234 7 |
|---|

**Nonpriority creditor's name and mailing address**

MICHAEL MALONEY
213 WOODVALE AVE
LAFAYETTE, LA 70505

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$195.42

---

| 3.234 8 |
|---|

**Nonpriority creditor's name and mailing address**

MICHAEL MICKENS
516 WASHINGTON AVE
NEW ORLEANS, LA 70118

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$10.87

---

| 3.234 9 |
|---|

**Nonpriority creditor's name and mailing address**

MICHAEL PEDROTTI
615 NORTH UPPER BROADWAY
SUITE 1770
CORPUS CHRISTI, TX 78401-0773

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.69

---

| 3.235 0 |
|---|

**Nonpriority creditor's name and mailing address**

MICHAEL RENER
213 BUGUET ST
HOUMA, LA 70360

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$40.47

---

Debtor  **White Oak Resources VI, LLC**                                Case number (if known) _____
      Name

| 3.235 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $66.71 |
|---|---|---|---|

**MICHAEL ROBERTS**
P O BOX 1558
WESTWEGO, LA 70096

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.235 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $47.23 |
|---|---|---|---|

**MICHAEL SINGLETON**
PO BOX 1674
AMELIA, LA 70340

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.235 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $167.49 |
|---|---|---|---|

**MICHAEL V ARDOIN**
322 PRINCETON WOODS LOOP
LAFAYETTE, LA 70508

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.235 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34.57 |
|---|---|---|---|

**MICHAEL W LEGER**
3914 GARDEN LAKE CENTER
KINGWOOD, TX 77339

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.235 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $82.02 |
|---|---|---|---|

**MICHELLE CASSANO**
10241 SERENE ROAD
DENHAM SPRINGS, LA 70726

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.235 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8.13 |
|---|---|---|---|

**MICHELLE DOYLE**
3102 2ND AVE.
LAKE CHARLES, LA 70601

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.235 7**

**Nonpriority creditor's name and mailing address**

**MICHELLE SINGLETON**
**3522 HIGHWAY 182**
**APT 30**
**BERWICK, LA 70342**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$8.77**

---

**3.235 8**

**Nonpriority creditor's name and mailing address**

**MICHELLE STEWART**
**2004 JAMES STREET**
**MARRERO, LA 70072**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$112.41**

---

**3.235 9**

**Nonpriority creditor's name and mailing address**

**MIGUEL ALMEIDA**
**& MACARIA ALMEIDA**
**5710 CACTUS DR**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.02**

---

**3.236 0**

**Nonpriority creditor's name and mailing address**

**MIGUEL ANGEL HERNANDEZ**
**MARGARITA L**
**1506 BLAIR**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.57**

---

**3.236 1**

**Nonpriority creditor's name and mailing address**

**MIKE MCGILL**
**P. O. BOX 686**
**CHINA, TX 77613-0686**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$9.24**

---

**3.236 2**

**Nonpriority creditor's name and mailing address**

**MIKE VALLS JR**
**2805 DECLARATION CIRCLE**
**LAGO VISTA, TX 78645**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$22.50**

---

Debtor **White Oak Resources VI, LLC**　　　　　　　　Case number *(if known)* _____
_____
Name

| 3.236 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Milagro Exploration LLC**
**1301 McKinney Street Suite 500**
**7**
**Houston, TX 77010**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.236 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.43** |
|---|---|---|---|

**MILDRED BOGAN BLAIR**
**C/O NWTN, NWTN, DWNS & BLR PC**
**6750 WEST LOOP S, SUITE 600**
**BELLAIRE, TX 77401**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.236 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.81** |
|---|---|---|---|

**MILDRED L. PULLIAM**
**P O BOX 310**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.236 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.13** |
|---|---|---|---|

**MILDRED MARSHALL HOLMES**
**C/O LEGACY TRUST CO**
**1415 LOUISIANA ST**
**SUITE 1900**
**HOUSTON, TX 77002-8092**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.236 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.52** |
|---|---|---|---|

**MILDRED PATTERSON**
**4005 MCFARLAND STREET**
**NEW ORLEANS, LA 70126**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.236 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.68** |
|---|---|---|---|

**MILDRED S HEDRICK TRST**
**C/O JP MORGAN CHASE BK TR 6407**
**P O BOX 2558**
**HOUSTON, TX 77252-8033**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?　■ No　☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

---

**3.2369**

**Nonpriority creditor's name and mailing address**

**MILDRED SAVOIE STURLESE**
**407 WHITCOMB RD**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.79

---

**3.2370**

**Nonpriority creditor's name and mailing address**

**MILDRED THOMAS**
**ADDRESS UNKNOWN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$4.01

---

**3.2371**

**Nonpriority creditor's name and mailing address**

**MILES A WILLIAMS**
**PO BOX 71313**
**SALT LAKE CITY, UT 84171-0313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.35

---

**3.2372**

**Nonpriority creditor's name and mailing address**

**MILLARD EARL COUSINS**
**BOX 215**
**SHERIDAN, TX 77475**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$18.86

---

**3.2373**

**Nonpriority creditor's name and mailing address**

**MILLENNIUM ROYALTIES LP**
**PO BOX 939**
**GEORGETOWN, TX 78627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$28.04

---

**3.2374**

**Nonpriority creditor's name and mailing address**

**MILTON A ROBERTS**
**P O BOX 612**
**MARRERO, LA 70073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$12.41

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.237**
**5**

**Nonpriority creditor's name and mailing address**

**MILTON LEE VANDERPOOL**
**3215 TEAKWOOD DRIVE**
**TYLER, TX 75701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$9.38

---

**3.237**
**6**

**Nonpriority creditor's name and mailing address**

**MILTON RENER**
**215 DOUGLAS DRIVE**
**HOUMA, LA 70364**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$40.47

---

**3.237**
**7**

**Nonpriority creditor's name and mailing address**

**MILTON SINGLETON**
**P O BOX 143**
**SCHRIEVER, LA 70395**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$25.75

---

**3.237**
**8**

**Nonpriority creditor's name and mailing address**

**MILTON VERRET**
**555 EAST 5TH ST, STE 2712**
**AUSTIN, TX 78701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.42

---

**3.237**
**9**

**Nonpriority creditor's name and mailing address**

**MINERVA P FERNANDEZ**
**PO BOX 2636**
**LAREDO, TX 78044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.18

---

**3.238**
**0**

**Nonpriority creditor's name and mailing address**

**MINIFRED B TRIGG**
**841 HIGHWAY 304**
**BASTROP, TX 78602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.15

---

Debtor   **White Oak Resources VI, LLC**                         Case number *(if known)* _____
_____
Name

---

| 3.238 | | |
|---|---|---|
| 1 | | |

**Nonpriority creditor's name and mailing address**

**MITCHELL BRENT JANK**
**1103 NOLL ROAD**
**MEYERSVILLE, TX 77974**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                     **$1.70**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | | |
|---|---|---|
| 2 | | |

**Nonpriority creditor's name and mailing address**

**MITCHELL ROYALTY LP**
**17878 W. 77TH ST. N**
**HASKELL, OK 74436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                     **$40.42**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**

**MJR INVESTMENTS LTD**
**PO BOX 1434**
**EDINBURG, TX 78540-1434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                     **$8.30**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**

**MOBIL OIL EXPLORATION & PRODUCING**
**SE**
**C/O LISKOW & LEWIS**
**ATTN ROBERT B MCNEAL**
**701 POYDRAS ST SUITE 5000**
**NEW ORLEANS, LA 70139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                     **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**

**MOISE LOUVIER**
**C/O TX UNCL PROP RPTG SYS-EFT**
**P. O. BOX 719**
**CHINA, TX 77613-0719**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                     **$62.18**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**

**MOLIE ANN MIDDLETON MANAGEMENT**
**TRUSTEE CO LEGACY TRUST CO**
**600 JEFFERSON #350**
**HOUSTON, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                                     **$0.03**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

| 3.238 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.39** |

**MOLLY D AUBERT BAKER**
**2023 S ARCADIA ST**
**BOISE, ID 83705**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91.60** |

**MOLLY SUE RIDLEY**
**P. O. BOX 295**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.38** |

**MONA STURLESE TURNER**
**20206 SENECA PT**
**KLEIN, TX 77379**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.64** |

**MONICA L MITCHELL**
**385 COUNTY ROAD 2222**
**CLEVELAND, TX 77327**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.09** |

**MONICA MADISE**
**312 SOUTH RAILROAD STREET**
**MORGAN CITY, LA 70380**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.71** |

**MONICA RECARD**
**3201 KALISTE SALOOM RD LOT 145**
**LAFAYETTE, LA 70508**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.239 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**

**MONNIE LEE CLARK**
**PO BOX 1674**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$8.77

---

| 3.239 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**

**MONTE M STERN, TR UA 4/5/84**
**MONTE M STERN**
**1010 ASHLAND STREET**
**ASHLAND, OR 97520**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$71.01

---

| 3.239 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**

**MONTE R BANE**
**P.O. BOX 360461**
**LOS ANGELES, CA 90036**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.54

---

| 3.239 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**

**MONTEREY CRUDE LTD**
**19 BRIAR HOLLOW LN STE 275**
**HOUSTON, TX 77027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$222.45

---

| 3.239 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**

**MORAN EXPLORATION LP**
**2803 SACKETT**
**HOUSTON, TX 77098**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$73.54

---

| 3.239 | | |
|---|---|---|
| 8 | | |

**Nonpriority creditor's name and mailing address**

**Morgan Stanley Capital Group Inc.**
**Attn David Lazarus, William McCoy**
**1585 Broadway**
**New York, NY 10036**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
         _____
         Name

| | |
|---|---|

**3.2399**

**Nonpriority creditor's name and mailing address**
**MORRELL JOHNSON**
**7205 RIVER ROAD**
**WAGGAMAN, LA 70094**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$41.34

---

**3.2400**

**Nonpriority creditor's name and mailing address**
**MORRIS E PYLE**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$51.41

---

**3.2401**

**Nonpriority creditor's name and mailing address**
**MORRIS E ROBINSON**
**907 CAPLIN ST**
**HOUSTON, TX 77022**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.37

---

**3.2402**

**Nonpriority creditor's name and mailing address**
**MORRIS GARY JACKS SR**
**6662 HIGHWAY 463**
**PITKIN, LA 70656-4001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$4.03

---

**3.2403**

**Nonpriority creditor's name and mailing address**
**MORRIS MAXIE**
**82 ARDATH CT # 53**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$10.71

---

**3.2404**

**Nonpriority creditor's name and mailing address**
**MORTON WAYNE PHILLIPS**
**BOX 97**
**BOYCE, LA 71409**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$4.81

---

Debtor  **White Oak Resources VI, LLC**                                      Case number (if known) _____

Name

| 3.240 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MOSAIC GLOBAL HOLDINGS INC**
**C/O JONES WALKER**
**ATTN CARL D ROSENBLUM**
**201 ST CHARLES AVE SUITE 5100**
**NEW ORLEANS, LA 70170**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**MOSELLE MIXSON KOURI**
**2108 INDIAN CREEK DR**
**FORT WORTH, TX 76107**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.79** |
|---|---|---|---|

**MS BRENDA BROUSSARD LABORDE**
**112 SEATTLE ST**
**LAFAYETTE, LA 70506**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4.01** |
|---|---|---|---|

**MURIEL WHITLOCK**
**249 OAKLEY DR**
**SHREVEPORT, LA 71105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.27** |
|---|---|---|---|

**MURRELL HENDERSON**
**P O BOX 31**
**AMELIA, LA 70340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.03** |
|---|---|---|---|

**MUSTANG MINERALS LLC**
**PO BOX 2073**
**EDMOND, OK 73083**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                          Case number (if known) _____
            Name

| 3.241 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14.45** |
|---|---|---|---|

**MYRNA DARDAR**
**102 CHADWICK DR**
**LAFAYETTE, LA 70501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$111.32** |
|---|---|---|---|

**MYRON DEXTER RUFFIN**
**831 HIGHWAY 182**
**HOUMA, LA 70364**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,749.59** |
|---|---|---|---|

**MYRON L KERN**
**635 HANNA STREET**
**DERIDDER, LA 70634-3001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.01** |
|---|---|---|---|

**MYRON VENOY MICHAEL**
**409 LAKE WOON DRIVE**
**WAXAHACHIE, TX 75165**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.12** |
|---|---|---|---|

**MYRTIS CECILE MOUTON**
**203 ESSEN DR**
**LAFAYETTE, LA 70507**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6.02** |
|---|---|---|---|

**MYRTLE COBURN**
**ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

**3.241
7**

**Nonpriority creditor's name and mailing address**

**MYRTLE E BAYSE**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$10,151.72

---

**3.241
8**

**Nonpriority creditor's name and mailing address**

**MYRTLE ETHEL SUBLETT WITT**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$927.15

---

**3.241
9**

**Nonpriority creditor's name and mailing address**

**MYRTLE G SCHOFIELD**
**2514 LARRY DRIVE**
**BIG SPRING, TX 79720**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$83.72

---

**3.242
0**

**Nonpriority creditor's name and mailing address**

**MYRTLE JANNISE**
**P. O. BOX 124**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$15.53

---

**3.242
1**

**Nonpriority creditor's name and mailing address**

**NAKITHE N SINGLETON**
**PO BOX 1674**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$47.23

---

**3.242
2**

**Nonpriority creditor's name and mailing address**

**NALTON J JANNISE JR**
**2600 LAKE RIDGE RD**
**GLENN HEIGHTS, TX 75154**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$46.84

---

Debtor    **White Oak Resources VI, LLC**                          Case number (if known) _____
                 Name

| 3.242 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.06 |

**NANCILEA M REDDING**
**19510 LOCKRIDGE**
**SPRING, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,161.86 |

**NANCY A LUNSFORD**
**6625 SW 55TH LANE**
**SOUTH MIAMI, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.59 |

**NANCY BERGERON RUSSO**
**610 PILLETTE DRIVE # 195**
**LAFAYETTE, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28.04 |

**NANCY C GREINER**
**1709 ROLLING HILLS AVE**
**RENTON, WA 98055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35.17 |

**NANCY E MCLAIN**
**80457 SECTION ROAD**
**COVINGTON, LA 70435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3.22 |

**NANCY GAINES**
**6834 ADDICK CLODINE**
**HOUSTON, TX 77083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

| 3.242 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.88 |
|---------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**3.242 9**

**Nonpriority creditor's name and mailing address**

**NANCY HARVEY BLOMDAHL**
**1703 ROYAL OAK DRIVE**
**TYLER, TX 75703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$389.88**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243 0**

**Nonpriority creditor's name and mailing address**

**NANCY L WEBSTER**
**1226 ELEVENTH STREET**
**CODY, WY 82414**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$31.34**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243 1**

**Nonpriority creditor's name and mailing address**

**NANCY MIKELL CARRUTH**
**P O BOX 267**
**BUNKIE, LA 71322**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$2.25**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243 2**

**Nonpriority creditor's name and mailing address**

**NANCY NOBLE DUNKLEY**
**13821 ELIZABETH ST**
**THORTON, CO 80602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$95.06**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243 3**

**Nonpriority creditor's name and mailing address**

**NANCY PALMER MCMILLAN**
**210 LEPINAY RD**
**LAFAYETTE, LA 70508-7927**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$0.46**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243 4**

**Nonpriority creditor's name and mailing address**

**NANCY TALBOT**
**812 GRAVIER STREET, APT 1401**
**NEW ORLEANS, LA 70112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$57.58**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____

Name

---

**3.243**
**5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $49.69 |
| **NANCY WILCOX**<br>**111 RAINBOW DRIVE #1170**<br>**LIVINGSTON, TX 77399-1011** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

---

**3.243**
**6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $1.18 |
| **NANNIE BELL ARRENDELL**<br>**219 TAFT ST**<br>**CLEVELAND, TX 77327** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

---

**3.243**
**7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $36.13 |
| **NANTIM ENERGY INC**<br>**PO BOX 80752**<br>**LAFAYETTE, LA 70598** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

---

**3.243**
**8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $13.77 |
| **NATALIE C SCHWARZ**<br>**2811 FERNDALE ST**<br>**HOUSTON, TX 77098** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

---

**3.243**
**9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $6.65 |
| **NATHAN FRANK**<br>**C/O UNITED STATES TRUST CO**<br>**45 WALL STREET**<br>**NEW YORK, NY 10005** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

---

**3.244**
**0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $46.84 |
| **NATHAN JANNISE**<br>**PO BOX 530**<br>**CHINA, TX 77613** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim: _Liability of White Oak Operating Company LLC_<br><br>Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor   **White Oak Resources VI, LLC**                                Case number (if known) _____
_____
Name

---

**3.244**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.54 |
|---|---|---|

**NATHAN MARSAK**
**PO BOX 412636**
**LOS ANGELES, CA 90041**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.52 |
|---|---|---|

**NATHANIEL B HAGEE**
**21 PHILBRICK ST.**
**ROSINDALE, MA 02131**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,297.74 |
|---|---|---|

**NATHANIEL GORDON**
**100 BENJAMIN ST**
**VALLEJO, CA 94589**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.16 |
|---|---|---|

**NELDA MEJIA LEDESMA**
**13926 SUNNY GLEN**
**SAN ANTONIO, TX 78217-1446**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.75 |
|---|---|---|

**NELLEN LEMAIRE**
**330 W SAINT PETER ST**
**NEW IBERIA, LA 70560**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.13 |
|---|---|---|

**NELLIE CLAYTON MOSELEY**
**RT 2 BOX 45**
**CROWLEY, LA 70526**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                          Case number (if known) _____
　　　　　Name

---

| 3.244 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37.48 |

**NELLIE WILLIAMS**
**553 WEST 103RD STREET**
**CHICAGO, IL 60628**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.244 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.92 |

**NELSON JOSEPH GONZALES**
**AND ALMA W GONZALES**
**207 TERVILLE AVE**
**LAFAYETTE, LA 70508**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.244 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.21 |

**NELSON ROBERTS**
**224 MIDDLE COURT**
**HOUMA, LA 77036**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.245 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23.14 |

**NESTING PARTNERSHIP LTD**
**4916 KELVIN DR #4**
**HOUSTON, TX 77005**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.245 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,533.78 |

**NEW TECH GLOBAL ENVIRONMENTAL ,**
**LLC**
**PO BOX 679222**
**DALLAS, TX 75267-9222**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.245 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32.71 |

**NICHOLAS BRAILAS**
**2829 HILLS ROAD**
**CARMINE, TX 78932**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

**3.245**
**3**

**Nonpriority creditor's name and mailing address**

**NICHOLAS J THERIOT**
**307 MONCEAUX AVE**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☑ No ☐ Yes

$22.93

---

**3.245**
**4**

**Nonpriority creditor's name and mailing address**

**NICOLAS RAMIREZ TRUSTEE FOR JOSE**
**RAMIREZ & GILBERTO RAMIREZ**
**316 MIER**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☑ No ☐ Yes

$6.41

---

**3.245**
**5**

**Nonpriority creditor's name and mailing address**

**NICOLE GREER CUELLAR**
**12514 ELEMINA TRL**
**SAN ANTONIO, TX 78249**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☑ No ☐ Yes

$2.32

---

**3.245**
**6**

**Nonpriority creditor's name and mailing address**

**NICOLE NICHELLE RODDY**
**23 CHURCHILL RD**
**WETHERSFIELD, CT 06109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☑ No ☐ Yes

$0.42

---

**3.245**
**7**

**Nonpriority creditor's name and mailing address**

**NICOLE WESLEY**
**P.O. BOX 1231**
**GRAY, LA 70359**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☑ No ☐ Yes

$6.44

---

**3.245**
**8**

**Nonpriority creditor's name and mailing address**

**NINA RESOURCES LP**
**2825 WILCREST SUITE 460**
**HOUSTON, TX 77042**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☑ No ☐ Yes

$31.89

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
         Name

---

| 3.245 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.90 |

**NINFA CARRIZALES**
**& J FELIX CARRIZALES**
**PO BOX 2785**
**LAREDO, TX 78044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.41 |

**NINFA PEREZ CARRIZALES**
**FORTUNATO**
**2517 GONZALEZ**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.91 |

**NIRVANA MINERALS LP**
**P.O. BOX 25508**
**DALLAS, TX 75225-1508**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.74 |

**NITA IRELAND GUILLORY**
**102 ASHLAND PARK DRIVE**
**LAFAYETTE, LA 70508**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.84 |

**NO AMERICAN BREAKER CO INC**
**7236 VARNA AVE**
**NO HOLLYWOOD, CA 91605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.85 |

**NOBLE ROYALTIES ACCESS FUND III LP**
**PO BOX 660082**
**DALLAS, TX 75266**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.246 5**

**Nonpriority creditor's name and mailing address**

**NOBLE ROYALTIES INC**
**CARDINAL OFFERING**
**PO BOX 660082**
**DALLAS, TX 75266-0082**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.24**

---

**3.246 6**

**Nonpriority creditor's name and mailing address**

**NOBLE ROYALTIES INC.**
**P O BOX 660082**
**DALLAS, TX 75266-0082**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$765.20**

---

**3.246 7**

**Nonpriority creditor's name and mailing address**

**NOE E HINOJOSA**
**9505 MINES RD**
**SUITE 116, #175**
**LAREDO, TX 78045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$34.65**

---

**3.246 8**

**Nonpriority creditor's name and mailing address**

**NOE RODRIGUEZ**
**1617 GARFIELD**
**LAREDO, TX 78043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$13.41**

---

**3.246 9**

**Nonpriority creditor's name and mailing address**

**NOLAN ALEXANDER ISLER 2008 TRUST**
**P O BOX 5414**
**KINGWOOD, TX 77325**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$11.71**

---

**3.247 0**

**Nonpriority creditor's name and mailing address**

**NOLAN H PEAL JR**
**419 E WILDWOOD DR**
**CORPUS CHRISTI, TX 78410**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$471.06**

---

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

**3.247 1**

Nonpriority creditor's name and mailing address
**NOLAN WESLEY SR**
**329 BAYOU BLUE BY-PASS**
**GRAY, LA 70359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$12.86

**3.247 2**

Nonpriority creditor's name and mailing address
**NON GST TR FBO ELIZABETH GRIFFIN**
**FROST NATIONAL BANK AGENT DEPT T-6**
**PO BOX 1600**
**SAN ANTONIO, TX 78296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$28.79

**3.247 3**

Nonpriority creditor's name and mailing address
**NON GST TR FBO JOCELYN HARRISON**
**FROST NATIONAL BANK AGENT DEPT T-6**
**PO BOX 1600**
**SAN ANTONIO, TX 78296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$28.79

**3.247 4**

Nonpriority creditor's name and mailing address
**NON GST TR FBO KEITH PROSK**
**FROST NATIONAL BANK AGENT DPT T-6**
**PO BOX 1600**
**SAN ANTONIO, TX 78296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$28.79

**3.247 5**

Nonpriority creditor's name and mailing address
**NON GST TR FBO NATALIE SMITH**
**FROST NATIONAL BANK DEPT T-6**
**PO BOX 1600**
**SAN ANTONIO, TX 78296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$28.78

**3.247 6**

Nonpriority creditor's name and mailing address
**NORA A GARCIA**
**225 AMISTAD**
**CORPUS CHRISTI, TX 78404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.55

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
                     Name

| | |
|---|---|

**3.247<br>7**

**Nonpriority creditor's name and mailing address**
**NORA ELDA MARTINEZ**
**2718 PECAN ST**
**LAREDO, TX 78046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.57**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247<br>8**

**Nonpriority creditor's name and mailing address**
**NORA JEAN KING**
**ADDRESS UNKNOWN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2.35**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247<br>9**

**Nonpriority creditor's name and mailing address**
**NORA JEANE CHEENEY**
**PO BOX 1305**
**LIBERTY, TX 77575**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$7.08**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248<br>0**

**Nonpriority creditor's name and mailing address**
**NORA SLOANE BERRY**
**PO BOX 774**
**LAKE CHARLES, LA 70601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$18.93**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248<br>1**

**Nonpriority creditor's name and mailing address**
**NORA SUBLETT**
**15743 RANCH ROAD 2323**
**LLANO, TX 78643-2684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.08**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248<br>2**

**Nonpriority creditor's name and mailing address**
**NORBERT MADISE**
**312 S. RAILROAD**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$12.09**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
　　　　　Name

Case number (*if known*) _____

---

**3.248 3**

**Nonpriority creditor's name and mailing address**

**NORMA B HUNT**
**1719 GUADALUPE ST.**
**SUITE 6 PMB 290**
**LAREDO, TX 78043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

$5,023.98

---

**3.248 4**

**Nonpriority creditor's name and mailing address**

**NORMA HASKIN JOLIVETTE**
**625 SAINT LOUIS ST**
**LAFAYETTE, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

$0.78

---

**3.248 5**

**Nonpriority creditor's name and mailing address**

**NORMA M. LUELLEN**
**820 BEVIER RD**
**DRAKESBORO, KY 42337**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

$86.66

---

**3.248 6**

**Nonpriority creditor's name and mailing address**

**NORMA NEXSEN NORMAN**
**2101 DAMON DRIVE**
**FLORENCE, SC 29905-3303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

$541.72

---

**3.248 7**

**Nonpriority creditor's name and mailing address**

**NORMA S HICKMAN**
**415 AVE B**
**MELBOURNE BEACH, FL 32951**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

$64.83

---

**3.248 8**

**Nonpriority creditor's name and mailing address**

**NORMA SLOANE RUNNELS**
**RT 3 BOX 327**
**EUNICE, LA 70535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

$2.85

---

Debtor   **White Oak Resources VI, LLC**                                      Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| **3.248 9** | **Nonpriority creditor's name and mailing address**<br>**NORMA STERLING MILLER LIFE EST**<br>**W G STERLING INDPENDENT EXECT**<br>**P O BOX 2891**<br>**HOUSTON, TX 77001** | As of the petition filing date, the claim is: *Check all that apply.*  **$23.68** |

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249 0**   **Nonpriority creditor's name and mailing address**
**NORMAN E SYKES TRUST**
**CO-TTEES: RICHARD K. SYKES AND**
**KENNETH E. SYKES**
**14327 SHANNON RIDGE ROAD**
**HOUSTON, TX 77062-2047**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$10.22**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249 1**   **Nonpriority creditor's name and mailing address**
**NORMAN H BREAUX**
**UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$1,314.39**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249 2**   **Nonpriority creditor's name and mailing address**
**NORMAN PROPERTIES LLC**
**WILLIAM D NORMAN JR MANAGER**
**400 POYDRAS STREET, STE 2550**
**NEW ORLEANS, LA 70130-3292**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$1,645.81**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249 3**   **Nonpriority creditor's name and mailing address**
**NORWALK HOSPITAL**
**34 MAPLE ST.**
**NORWALK, CT 06856**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$6.42**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249 4**   **Nonpriority creditor's name and mailing address**
**NTW CAPITAL GROUP LLC**
**1680 ARLINGATE DR S**
**COLUMBUS, OH 43220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$184.54**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

**3.249 5**

**Nonpriority creditor's name and mailing address**
**NUMA JEAN TRAHAN**
**12008 WESTGARD BLVD**
**HOUSTON, TX 77044-2732**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$233.28

---

**3.249 6**

**Nonpriority creditor's name and mailing address**
**NUMBER 6 MINERALS LLC**
**330 CARONDELET STREET STE 400**
**NEW ORLEANS, LA 70130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$3,591.58

---

**3.249 7**

**Nonpriority creditor's name and mailing address**
**O DOUBLE H BAR LP**
**101 W PHILLIPS ST**
**SUITE C**
**CONROE, TX 77301-2670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$48.93

---

**3.249 8**

**Nonpriority creditor's name and mailing address**
**O'DONNELL TRUST 1998**
**BRIAN O'DOONNELL TRUSTEE**
**2033 SOUTH BOULEVARD**
**HOUSTON, TX 77098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$95.23

---

**3.249 9**

**Nonpriority creditor's name and mailing address**
**OCTAVIA BELLE MCMANUS ROWE**
**1314 WILLOW**
**BAYTOWN, TX 77520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$4.71

---

**3.250 0**

**Nonpriority creditor's name and mailing address**
**ODUM OIL & GAS CO**
**375 ESQUELL RANCH ROAD**
**P.O. BOX 100**
**HARPER, TX 78631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

$0.31

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| 3.250 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

OFFICE OF CONSERVATION
LOUISIANA DEPT OF NATURAL
RESOURCES
617 NORTH THIRD STREET LASALLE
BUILDING
9th FLOOR
BATON ROUGE, LA 70802

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

OGDEN SHARON  HUDNALL TR  # 2
100 E. FERGUSON, STE. 703
TYLER, TX 75702-5755

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$4.08**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

OLA MABLE TAYLOR MAYNE
ADDRESS UNKNOWN

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$659.54**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

OLEVIA SINGLETON OVERTON
4234 HWY 1042
GREENSBURG, LA 70441

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$46.88**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

OLGA GAJA RODRIGUEZ
C/O LYDIA DE MONTANO
30 ALVERADO AVE
RANCHO VIEJO, TX 78575

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$1,469.87**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

OLGA SANCHEZ
TRUSTEE
FBA ARTURO M
RT 3 BOX 27 MS
LAREDO, TX 78043

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$3.18**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

| 3.250 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$15.06** |
|---|---|---|---|

**OLITE SALTZMAN GUIDRY**
**25601 DOGWOOD RD**
**KAPLAN, LA 70548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

| 3.250 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$37.03** |
|---|---|---|---|

**OLIVE M GEORGE HOFHEINZ**
**5106 S SLOAN CIRCLE**
**CARRIZO COA 3-27-15; COA 3/18; 7/21**
**ROGERS, AR 72758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

| 3.250 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$18.93** |
|---|---|---|---|

**OLIVER RAY BROWN SR**
**RT 2 BOX 42-G**
**KINDER, LA 70648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

| 3.251 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.84** |
|---|---|---|---|

**OMA ALANIZ GUERRA**
**7902 E. COUNTRY DR., APT. 1423**
**LAREDO, TX 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

| 3.251 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$207.71** |
|---|---|---|---|

**ONEIDA JACKSON**
**PO BOX 715**
**CENTERVILLE, LA 70522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

| 3.251 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.24** |
|---|---|---|---|

**ONEMAP, LTD**
**110 N COLLEGE AVE, STE 200**
**TYLER, TX 75702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

Debtor __White Oak Resources VI, LLC_____    Case number (if known) _____
         Name

| 3.251 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.08** |
|---|---|---|---|

**ORA LEE HOGAN**
**P O BOX 2566**
**HAMMOND, LA 70403**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.16** |
|---|---|---|---|

**ORLANDO M MEIJA**
**2611 BROWN HILL DRIVE**
**SPRING, TX 77373-5806**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26.82** |
|---|---|---|---|

**ORO BLANCO MINERALS LTD**
**C/O BRITTS & ASSOC LLP**
**3201 CHERRY RIDGE**
**SUITE A 104**
**SAN ANTONIO, TX 78230**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,795.00** |
|---|---|---|---|

**OROZCO'S INC.**
**8370 MINES ROAD**
**LAREDO, TX 78045**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.12** |
|---|---|---|---|

**ORRIN W JOHNSON**
**P.O. BOX 791**
**HARLINGEN, TX 78551**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33.48** |
|---|---|---|---|

**ORRIN W JOHNSON GST NONEXEMPT**
**MARITAL TR**
**WENDELL F JOHNSON &**
**LAURA BETH URBIS, CO-TRUSTEES**
**P.O. BOX 791**
**HARLINGEN, TX 78551**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.251 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$2.01**

**ORVILLE R ANDING**
**PO BOX 635**
**VINTON, LA 70668**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.252 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$0.09**

**OSCAR ESCALANTE JR**
**& WIFE NORMA ESCALANTE**
**2726 FM 2191**
**FALFURRIAS, TX 78355**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.252 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$1.57**

**OSCAR ESCALANTE SR**
**2726 FM 2191**
**FALFURRIAS, TX 78355**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.252 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$15.37**

**OSCAR P BUTLER**
**13315 EAST PALMETTO STREET**
**AMITE, LA 70422**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.252 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$43.91**

**OSPREY RESOURCES INC**
**P O BOX 56449**
**HOUSTON, TX 77002-6449**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.252 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$2.37**

**OTIS BEVERLY MARSH**
**905 WEHRT ST**
**WEST LAKE, LA 70669**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

**3.252 5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$1,683.00**

**OTTINGER HEBERT, LLC**
**P. O. DRAWER 52606**                ☐ Contingent
**LAFAYETTE, LA 70505-2606**          ☐ Unliquidated
                                      ☐ Disputed

Date(s) debt was incurred __

                                      Basis for the claim:  Trade Payable
Last 4 digits of account number __

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252 6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$5.34**

**OTTIS STAHL III**
**1308 FALCON DRIVE**                 ■ Contingent
**LEWISVILLE, TX 75077-7637**         ■ Unliquidated
                                      ■ Disputed

Date(s) debt was incurred __

                                      Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**OUTPUT ACQUISITION CORP**
**C/O CORPORATION SERVICE COMPANY**   ■ Contingent
**501 LOUISIANA AVENUE**              ■ Unliquidated
**BATON ROUGE, LA 70802**             ■ Disputed

Date(s) debt was incurred __

                                      Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$39.53**

**OVIDIO JAVIER GARZA**
**510 SAINT MARYS ST**                ■ Contingent
**FALFURRIAS, TX 78355-4361**         ■ Unliquidated
                                      ■ Disputed

Date(s) debt was incurred __

                                      Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252 9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$24.99**

**OWNER NAME CHANGED BY MISTAKE W/**
**MILAGRO**                           ■ Contingent
**ADDRESS UNKNOWN**                   ■ Unliquidated
                                      ■ Disputed

Date(s) debt was incurred __

                                      Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.253 0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$24.23**

**OZARK EXPLORATION, INC.**
**3100 MONTICELLO AVE STE 575**       ■ Contingent
**DALLAS, TX 75205**                  ■ Unliquidated
                                      ■ Disputed

Date(s) debt was incurred __

                                      Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
　　　　　　Name

| | |
|---|---|

**3.253**
**1**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$0.46**

**PABLO & LYDIA MARTINEZ**
**109 E BUSTAMANTE**                     ■ Contingent
**LAREDO, TX 78041**                     ■ Unliquidated
                                         ■ Disputed
Date(s) debt was incurred __
                                         Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.253**
**2**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$37.13**

**PACIFIC SECURITY MANAGEMENT INC**
**3300 BEE CAVES ROAD**                  ■ Contingent
**SUITE 650-1232**                       ■ Unliquidated
**AUSTIN, TX 78746**                     ■ Disputed
Date(s) debt was incurred __
                                         Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.253**
**3**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$0.04**

**PAMELA BORGMAN BEAM DIONNE**
**4320 CHRISTINA**                       ■ Contingent
**LAKE CHARLES, LA 70604**               ■ Unliquidated
                                         ■ Disputed
Date(s) debt was incurred __
                                         Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.253**
**4**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$22.75**

**PAMELA DAGGS**
**1608 CHERRY STREET**                   ■ Contingent
**SLIDELL, LA 70460**                    ■ Unliquidated
                                         ■ Disputed
Date(s) debt was incurred __
                                         Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.253**
**5**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$442.94**

**PAMELA DAVIS LYLES TRUST**
**ADDRESS UNKNOWN**                      ■ Contingent
                                         ■ Unliquidated
Date(s) debt was incurred __            ■ Disputed
                                         Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.253**
**6**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$25.75**

**PAMELA DIGGS**
**P O BOX 418**                          ■ Contingent
**GIBSON, LA 70335**                     ■ Unliquidated
                                         ■ Disputed
Date(s) debt was incurred __
                                         Basis for the claim:  Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                         Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

**3.2537**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.39** |
|---|---|---|
| **PAMELA J REYNOLDS**<br>**28589 CLUBHOUSE DRIVE**<br>**EASTON, MD 21601** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2538**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.21** |
|---|---|---|
| **PAMELA LABICHE**<br>**940 JUNG BLVD**<br>**MARRERO, LA 70072** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2539**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63.18** |
|---|---|---|
| **PAMELA LYNETTE PORRAS**<br>**2221 CYPRESSWOOD #1812**<br>**SPRING, TX 77373** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2540**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.65** |
|---|---|---|
| **PAN XTAOYAN**<br>**21009 SEVEN SPRINGS PKWAY**<br>**CUPERTINO, CA 95014-5158** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2541**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,228.43** |
|---|---|---|
| **PARAMENO RESOURCES LTD**<br>**3860 WEST NW HIGHWAY SUITE 325**<br>**DALLAS, TX 75220** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2542**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.03** |
|---|---|---|
| **PAREN B HAYES**<br>**541 GAZIN ST**<br>**APT A**<br>**HOUSTON, TX 77020** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.254
3**

**Nonpriority creditor's name and mailing address**

PARISH OF CAMERON
C/O TALBOT CARMOUCHE & MARCELLO
ATTN TODD J WIMBERLEY
17405 PERKINS ROAD
BATON ROUGE, LA 70810-3824

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.254
4**

**Nonpriority creditor's name and mailing address**

PATRICIA  ANN PEAL POND
907 EDGERLY
PFLUGERVILLE, TX 78660

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$799.26**

---

**3.254
5**

**Nonpriority creditor's name and mailing address**

PATRICIA A HAIR WOODS
2159 LOOSCAN LANE
HOUSTON, TX 77019

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.66**

---

**3.254
6**

**Nonpriority creditor's name and mailing address**

PATRICIA ANN MURPHY
PO BOX 344
LABADIEVILLE, LA 70372

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.86**

---

**3.254
7**

**Nonpriority creditor's name and mailing address**

PATRICIA COURTOIS
6834 ADDICKS CLODINE RD
HOUSTON, TX 77083

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.22**

---

**3.254
8**

**Nonpriority creditor's name and mailing address**

PATRICIA CUAPIO
2201 CROSS
LAREDO, TX 78043

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.57**

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

| 3.254 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.08 |
|---|---|---|---|

**PATRICIA DIANNE CLEMENT**
P. O. BOX 752
CHINA, TX 77613

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.09 |
|---|---|---|---|

**PATRICIA GELLERSEN**
2217 ENCINO CLIFF
SAN ANTONIO, TX 78259

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,043.95 |
|---|---|---|---|

**PATRICIA HUGGINS**
3608 ONEAL ST.
GREENVILLE, TX 75401

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $516.68 |
|---|---|---|---|

**PATRICIA J WHITNEY REVOC TRUST**
KAREN M WHITNEY TRUSTEE
2343 ALEXANDRIA  DR
LEXINGTON, KY 40504

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366.55 |
|---|---|---|---|

**PATRICIA JEAN LATHAM SOO HOO**
ADDRESS UNKNOWN

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.41 |
|---|---|---|---|

**PATRICIA LAUGHLIN BYOUS**
9734 BLANKENSHIP
HOUSTON, TX 77055

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.255 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.71 |

**PATRICIA LYNN HOUSE**
**6060 FAIRMONT PARKWAY #12208**
**PASADENA, TX 77505**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.255 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $852.27 |

**PATRICIA M BALSCHWILER**
**414 PUEBLO PINTADO**
**HELOTES, TX 78023**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.255 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57.71 |

**PATRICIA MAXIE**
**1137 POTRERO CIRCLE**
**SUISUN CITY, CA 94585**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.255 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $804.40 |

**PATRICIA R TONER**
**#1528025402**
**ATT: L REEVES-1ST UNION NATL**
**123 S. BROAD ST.**
**PHILADELPHIA, PA 19109-1199**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.255 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.31 |

**PATRICIA RENEE HELEGDA**
**5056 HIGHWAY 326 N**
**KOUNTZE, TX 77625**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.256 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.57 |

**PATRICIA SUSAN TRIANTAFILLIS**
**BY REBECCA A. SIMMONS, POA**
**5901 SHEFFIELD DR.**
**TYLER, TX 75703**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.256**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.76 |
|---|---|---|

**PATRICIA T TATUM**
**104 MIRADA LANE**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.41 |
|---|---|---|

**PATRICK BRIDGE FROST**
**PO BOX 1600**
**SUITE 110**
**SAN ANTONIO, TX 78296**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.70 |
|---|---|---|

**PATRICK C DOLAN**
**AND DARLEEN R DOLAN**
**721 SECOND STREET**
**CUERO, TX 77954**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.89 |
|---|---|---|

**PATRICK HAMILTON**
**P O BOX 1495**
**THIBODAUX, LA 70302**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.02 |
|---|---|---|

**PATRICK L DAILEY**
**PO BOX 767**
**DOWNERS GROVE, IL 60515**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.43 |
|---|---|---|

**PATRICK LEMAIRE**
**2208 WEST GLORIA SWITCH ROAD**
**CARENCRO, LA 70520**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                          Case number (if known) _____
　　　　　　　Name

---

| 3.256<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.03** |
|---|---|---|---|

**PATSY ANN BERRY MARITAL LAND TRUST**
**ALLEN D. BERRY, JR., TRUSTEE**
**2100 S. BERRY'S CHAPEL ROAD**
**FRANKLIN, TN 37069**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$549.60** |
|---|---|---|---|

**PATSY ANN RYALS BENNETT**
**3020 PARROT**
**WACO, TX 76707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.29** |
|---|---|---|---|

**PATSY J HANCHETT**
**10968 W. CLUBB**
**BEAUMONT, TX 77713**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23.56** |
|---|---|---|---|

**PATSY M GRAHAM**
**13410 MUSSEL RUN**
**ELGIN, TX 78621**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.37** |
|---|---|---|---|

**PAUL ATANASIO**
**10620 GULF SHORE DR, APT 501**
**NAPLES, FL 34108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18.69** |
|---|---|---|---|

**PAUL H. RINGER, JR. ESTATE**
**C/O ROBERT E. RINGER**
**4520 DAVIDSON ROAD**
**DAVIDSON, NC 28036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                         Case number (if known) _____
_____
Name

---

**3.257 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.71** |

**PAUL M BERRY**
**8301 BALCONES**
**SUITE 176**
**AUSTIN, TX 78759**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58.42** |

**PAUL ROBERT**
**637 S E BROWN ST**
**LAKE CITY, FL 32025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.59** |

**PAUL W. BROUSSARD**
**P. O. BOX 372**
**HAMSHIRE, TX 77622**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.23** |

**PAULA ANN SHERMAN**
**5550 DELLWOOD LN**
**BEAUMONT, TX 77706-2524**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.10** |

**PAULA DEL POPOLO**
**417 KILBOURNE RD**
**COLUMBIA, SC 29205-2822**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.38** |

**PAULA MARGARET LUKE BROWN**
**8901 HWY 182 WEST**
**FRANKLIN, LA 70538-7373**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
         Name

| 3.257 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,048.66 |

**PAULETTE BROUSSARD BUFORD**
**10636 HWY 82**
**ABBEVILLE, LA 70510-2350**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,700.00 |

**PCM LOGISTICS, INC**
**110 MACHINE LOOP**
**SCOTT, LA 70583**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,800.60 |

**PEAL RANCH UNKNOWN OWNER**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.81 |

**PEARL WALKER TURNER**
**10865 TIDECREST DR**
**BATON ROUGE, LA 70811**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.22 |

**PEARLIE MAE GRANGER**
**P O BOX 1955**
**MORGAN CITY, LA 70381**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.41 |

**PEARLIE ZOCH**
**8960 LAURA LANE**
**BEAUMONT, TX 77707**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
                Name

| 3.258 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2.66 |

**PEGGY CATLETT**
**12415 LAKEVIEW DRIVE**
**MONTGOMERY, TX 77356**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14.14 |

**PEGGY HARDING**
**PO BOX 1844**
**ANAHUAC, TX 77514-1844**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27.42 |

**PEGGY L GRANGER**
**P. O. BOX 162**
**CHINA, TX 77613**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.85 |

**PEGGY LINGO BRIGNON**
**3900 WINDSOR AVENUE**
**DALLAS, TX 75225**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

**PEGGY VILLARREAL**
**C/O DESOUZA INJURY LAWYERS**
**3201 CHERRY RIDGE DRIVE**
**SUITE C-300**
**SAN ANTONIO, TX 78230**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $146.36 |

**PENELOPE STRACK**
**15233 HOLLEYSIDE DRIVE**
**DUMFRIES, VA 22025-1064**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                     Case number (if known) _____
         Name

---

**3.259
1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   $0.57 |
| **PENNY BELLARD** | ■ Contingent |
| **3424 N NORTHWOOD** | ■ Unliquidated |
| **FAYETTEVILLE, AR 72704** | ■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.259
2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   $0.26 |
| **PENNY THOMAS EXEMPT TRUST** | ■ Contingent |
| **LINDA GROCE** | ■ Unliquidated |
| **27 VALLEY VIEW CT** | ■ Disputed |
| **ST CHARLES, MO 63303** | |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.259
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   $302.22 |
| **PERCY LEE LAWRENCE III** | ■ Contingent |
| **SP** | ■ Unliquidated |
| **219 E SECOND ST** | ■ Disputed |
| **P O BOX L** | |
| **CROWLEY, LA 70527-6012** | |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.259
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   $1,020.23 |
| **PETER A VOGT AS TRUSTEE U.A.** | ■ Contingent |
| **4/19/93 C/O WD MAHANEY CPA** | ■ Unliquidated |
| **2357 S TAMIAMI TRL#3 PMB#149** | ■ Disputed |
| **VENICE, FL 34293** | |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.259
5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   $6.41 |
| **PETER CORREA JR** | ■ Contingent |
| **3409 EAST FIESTA LOOP** | ■ Unliquidated |
| **LAREDO, TX 78043** | ■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.259
6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   $7.52 |
| **PETER L. BUTTENWIESER** | ■ Contingent |
| **8325 ST. MARTIN'S LANE** | ■ Unliquidated |
| **PHILADELPHIA, PA 19118-4122** | ■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor **White Oak Resources VI, LLC**                     Case number (if known) _____
_____
Name

---

| 3.259<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.03** |
|---|---|---|---|

**PETRI GORDON**
**607 SAN MARCO ST**
**FAIRFIELD, CA 94533**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PETROQUEST ENERGY, INC.**
**400 E KALISTE SALOOM ROAD**
**SUITE 6000**
**LAFAYETTE, LA 70508**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.69** |
|---|---|---|---|

**PETROSOURCE INC**
**P O BOX 5098**
**BRANDON, MS 39047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.26** |
|---|---|---|---|

**PETROVEST LLC**
**DONNIEW LAMBERT MANAGER**
**PO BOX 5098**
**BRANDON, MS 39047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PETTY BUSINESS ENTERPRISES, LP**
**FKA PGE MINERAL PROPERTIES LTD**
**c/o HENNEMAN RAU KIRKLIN & SMITH LLP**
**815 WALKER ST SUITE 1440**
**HOUSTON, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Breach of Contract 5th Supplement To And Restatement of Security Agreement Dated June 5, 2012 (the "Agreement") and Well Plugging, Land Restoration, Reclamation, Remediation and Tolling Agreement Dated February 9, 2018

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.20** |
|---|---|---|---|

**PEYTON DUNN REVOCABLE TRUST**
**C/O CITIZENS NATIONAL BANK**
**P.O. BOX 820**
**HENDERSON, TX 75653-0820**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

**PHIL D JONES**
**7 SHADY OAK LN**
**CONROE, TX 77304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$11.71**

---

**3.260 4**

**Nonpriority creditor's name and mailing address**

**PHIL H STERLING JR**
**117 OAKCREST RD**
**MILTON, FL 32570**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$10.57**

---

**3.260 5**

**Nonpriority creditor's name and mailing address**

**PHILIP G SCHIER**
**5709 JAMIESON**
**ENCINO, CA 91316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$0.61**

---

**3.260 6**

**Nonpriority creditor's name and mailing address**

**PHILIP J. KLINE**
**6226 CHARLESTON COURT DR**
**OXFORD, MS 38655**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$0.27**

---

**3.260 7**

**Nonpriority creditor's name and mailing address**

**PHILIP LEWIS WILLIAMS**
**1204 OLD BETHANY RD**
**ALLEN, TX 75013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$39.95**

---

**3.260 8**

**Nonpriority creditor's name and mailing address**

**PHILIP O MONTGOMERY III**
**7223 AZALEA**
**DALLAS, TX 75230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$0.67**

---

Debtor  **White Oak Resources VI, LLC**
       Name                                       Case number (if known)

---

**3.2609**

**Nonpriority creditor's name and mailing address**

**PHILLIP E PRUETT**
**7317 NORRIS RD**
**BAKERSFIELD, CA 93308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$0.16

---

**3.2610**

**Nonpriority creditor's name and mailing address**

**PHILLIP I ZOLLINGER**
**5050 STUMBERG LANE**
**BATON ROUGE, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$4.06

---

**3.2611**

**Nonpriority creditor's name and mailing address**

**PHILLIP JEFFREY JANNISE**
**186 FOURTH STREET**
**NANAIMO**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$36.59

---

**3.2612**

**Nonpriority creditor's name and mailing address**

**PHILLIPS FAMILY 2006 ROYALTY**
**ACQUISITION PARTNERSHIP LP**
**330 MARSHALL STREET, SUITE 300**
**SHREVEPORT, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$12.39

---

**3.2613**

**Nonpriority creditor's name and mailing address**

**PHOEBE FERGUSON**
**302 HILLARY STREET**
**NEW ORLEANS, LA 70118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$598.65

---

**3.2614**

**Nonpriority creditor's name and mailing address**

**PHYLLIS A GARDNER**
**& DALE RAY GARDNER CP**
**7401 LOCH NESS CIRCLE**
**TULSA, OK 74132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

$2.94

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.261 5**

**Nonpriority creditor's name and mailing address**

**PHYLLIS LAPLEAU GREEN**
**4000 FAIRWAY COURT**
**ARLINGTON, TX 76010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$702.44**

---

**3.261 6**

**Nonpriority creditor's name and mailing address**

**PHYLLIS THERIOT**
**860 RYAN RD.**
**SOUR LAKE, TX 77659**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$54.71**

---

**3.261 7**

**Nonpriority creditor's name and mailing address**

**PICKENS RESOURCE CORP**
**10100 N. CENTRAL EXPY**
**STE. 200**
**DALLAS, TX 75231-4159**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$9.12**

---

**3.261 8**

**Nonpriority creditor's name and mailing address**

**PIPELINE CONSTRUCTION &**
**MAINTENANCE, INC**
**1246 BAYOU LACARPE**
**HOUMA, LA 70363**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$64,502.81**

---

**3.261 9**

**Nonpriority creditor's name and mailing address**

**PIPER REAGH HEISIG**
**3960 S. HIGUERA ST. #185**
**SAN LUIS OBISPO, CA 93401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.25**

---

**3.262 0**

**Nonpriority creditor's name and mailing address**

**PIRTLE PROPERTIES LP**
**C/O TX BANK & TRST -WEALTH MANGMT,**
**AGENT**
**P.O. BOX 2749**
**LONGVIEW, TX 75606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$56.33**

---

Debtor **White Oak Resources VI, LLC**                                   Case number (if known) _____
_____
Name

| 3.262 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370.22 |
|---|---|---|---|

**PLACID OIL COMPANY**
**P.O. BOX 841803**
**DALLAS, TX 75284-1803**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**PLAQUEMINES PARISH TAC**
**GERALD A TURLICH, JR SHERIFF &**
**EX-OFFICI**
**8022 HIGHWAY 23**
**Belle Chasse, LA 70037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,088.00 |
|---|---|---|---|

**PLATINUM CHEMICALS LLC**
**P O BOX 99**
**BROUSSARD, LA 70518**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.58 |
|---|---|---|---|

**PORFIRIO JASSO**
**504 E 2ND STREET**
**BISHOP, TX 78343**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.67 |
|---|---|---|---|

**PORTAL ENERGY CORPORATION**
**2101 CEDAR SPRINGS RD.,**
**SUITE 600**
**DALLAS, TX 75201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,591.20 |
|---|---|---|---|

**PORTER & HEDGES, LLP**
**DEPT. 510**
**PO BOX 4346**
**HOUSTON, TX 77210-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

Debtor      **White Oak Resources VI, LLC**                                    Case number (if known)
            _____                                    _____
            Name

| 3.262 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $259.83 |

**POWELL LAND MANAGEMENT**
**3801 N CAPITOL OF TEXAS HWY**
**E-240 #190**
**AUSTIN, TX 78746**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $873.54 |

**PR-ONE LLC**
**400 POYDRAS STREET, STE 2550**
**NEW ORLEANS, LA 70130-3292**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $873.54 |

**PR-TWO LLC**
**400 POYDRAS STREET, STE 2550**
**NEW ORLEANS, LA 70130-3292**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.85 |

**PREMIUM OILFIELD SERVICES, LLC**
**P. O. BOX 203763**
**DALLAS, TX 75320-3763**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.05 |

**PRICE WHITLOCK**
**1380 OAK HILL DR NO 35**
**ESCONDIDO, CA 92027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $73.67 |

**PRISCILLA BETH CAULEY**
**603 BLUE COVE**
**GRANITE SHOALS, TX 78654**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.263.3**

**Nonpriority creditor's name and mailing address**

**PRISCILLA D BEGNAUD**
**220 DAYNA DR**
**CARENCRO, LA 70520**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.30

---

**3.263.4**

**Nonpriority creditor's name and mailing address**

**PRISCILLA L HARRIER**
**BLYTHE H LEE & GARETH B HARRIER POA**
**6457 LOCKE AVE**
**FORT WORTH, TX 76116**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.88

---

**3.263.5**

**Nonpriority creditor's name and mailing address**

**PRISCILLA LEMKE GAYDOS**
**2701 FM 3519 #5**
**JUSTICEBURG, TX 79330**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$16.87

---

**3.263.6**

**Nonpriority creditor's name and mailing address**

**PROFLOW SOLUTIONS 2022, LLC**
**11999 E US HWY 158**
**GARDENDALE, TX 79758**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$67,243.21

---

**3.263.7**

**Nonpriority creditor's name and mailing address**

**QUIROS MINERALS LTD**
**416 SHILOH DR**
**STE A6**
**LAREDO, TX 78045**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$4.05

---

**3.263.8**

**Nonpriority creditor's name and mailing address**

**QUORUM BUSINESS SOLUTIONS (U.S.A.), INC.**
**811 MAIN STREET**
**HOUSTON, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$7,560.00

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

---

**3.2639**

**Nonpriority creditor's name and mailing address**

**R B MACKAN**
**P.O. BOX 61**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$76.23**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2640**

**Nonpriority creditor's name and mailing address**

**R HARLOW ENERGY CORP**
**1620 GENTLE WAY**
**PROSPER, CO 75078**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$86.60**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2641**

**Nonpriority creditor's name and mailing address**

**R M MCMANUS JR**
**BOX 50 SKYLINE VILLAGE**
**BEMIDJI, MN 56601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$7.08**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2642**

**Nonpriority creditor's name and mailing address**

**R MICHAEL RAYBURN JR**
**PO BOX 2531**
**SPRING, TX 77383**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$30.55**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2643**

**Nonpriority creditor's name and mailing address**

**R W SHIRLEY**
**ET UX**
**P.O. BOX 126**
**CHINA, TX 77613-0126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$24.95**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2644**

**Nonpriority creditor's name and mailing address**

**R&L AMERICA TRUCKING LLC**
**11402 GRANADOS ST**
**LAREDO, TX 78045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$6,595.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                      Case number (if known) _____
          Name

---

| 3.264 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RACHEL S MOUNIER**
**507 WILLOW SPRINGS PL**
**SPRING, TX 77373-8192**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$45.83

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RACHEL THEA PETERS MONAHAN**
**1724 CANON YEOMANS TRAIL**
**AUSTIN, TX 78748**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$75.21

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RADO ROYALTIES LLC**
**5 INVERNESS DRIVE EAST**
**ENGLEWOOD, CO 80112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$347.28

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RAEGAN BROOKE PADGETT**
**18017 WESTBURY RD.**
**BEAUMONT, TX 77713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$2.22

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RAKESHIA BUTLER**
**1207 LOUIS STREAM CIRCLE**
**THIBODAUX, LA 70301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$16.08

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RALOW SERVICES, LLC**
**PO BOX 2324**
**MORGAN CITY, LA 70381**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$15,546.82

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.265<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1.46 |

**RALPH BLEVINS**
**611 MIDWAY ROAD**
**MEDFORD, OR 97501**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.265<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $10.87 |

**RALPH MICKENS**
**501 PENISTON APT 4**
**NEW ORLEANS, LA 70115**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.265<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $7.17 |

**RAMIRO & JUANITO GOMEZ**
**PO BOX 440158**
**LAREDO, TX 78044**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.265<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.01 |

**RAMIRO Q GARZA**
**& ROSALINDA D GARZA**
**321 FARREL ROAD**
**LAREDO, TX 78045**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.265<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $10.12 |

**RAMON & MARIA I MENDIOLA**
**625-A BIRCHWOOD LANE**
**LAREDO, TX 78041**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.265<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $6.41 |

**RAMON DOMINGUEZ SANDOVAL TRUSTEE**
**FBO ODETTE & RAMON PEREZ**
**PO BOX 6685**
**LAREDO, TX 78042**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                     Case number (if known) _____

Name

---

| 3.265 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RAMONA BONIN TRAHAN**
**57221 MCCLUNG ST**
**PLAQUIMINE, LA 70764**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$17.61**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RAMONA H CORMIER**
**6132 LAFAYE STREET**
**NEW ORLEANS, LA 70122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$1,470.82**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RANDALL S MCDONALD**
**P. O. BOX 471**
**PALESTINE, TX 75802**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$33.91**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RANDLE S MYERS**
**AND PATRICIA MYERS**
**P O BOX 51697**
**LAFAYETTE, LA 70505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$24.59**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RANDY D DARDAR SR**
**640 CYPRESS STREET**
**GIBSON, LA 70356**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$14.45**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**RAUL & ELSA GONZALES**
**1163 LOMBARD**
**DUNCANVILLE, TX 75137**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                     **$12.89**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.266 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**RAUL & JACQUELINE SARLI**
**1422 ROSEWOOD**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.41

---

| 3.266 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**RAUL AGUILAR JR & JUAN AGUILAR**
**8718 BIRMINGHAM**
**AUSTIN, TX 60081**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.64

---

| 3.266 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**RAUL H GONZALEZ**
**228 NORTH POINT**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.03

---

| 3.266 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**RAUL L GARZA**
**MARIA LUISA M**
**1849 51ST STREET**
**CHICAGO, IL 60609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.41

---

| 3.266 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**RAUL MALDANADO**
**& REBECCA MALDANADO**
**1018 E SAUNDERS**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.01

---

| 3.266 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**RAY BRES, JR.**
**1202 HOWARD STREET**
**VICKSBURG, MS 39180**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.02

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

| 3.266 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.14 |
|---|---|---|---|

**RAY HARBOUR**
**1711 KILGORE ROAD**
**BAYTOWN, TX 77520**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.42 |
|---|---|---|---|

**RAY TODD VANDERPOOL**
**3446 VILLAGE CROSS LN**
**COLLIERVILLE, TN 38017**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.24 |
|---|---|---|---|

**RAYFIELD RICHARDSON III**
**P O BOX 377**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.89 |
|---|---|---|---|

**RAYMOND HAMILTON**
**P O BOX 1495**
**THIBODAUX, LA 70302**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.08 |
|---|---|---|---|

**RAYMOND JOHNSON**
**P O BOX 402**
**NAPOLEONVILLE, LA 70390**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.87 |
|---|---|---|---|

**RAYMOND MICKENS**
**526 WASHINGTON AVENUE**
**NEW ORLEANS, LA 70130**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                                Case number (if known) _____
_____
Name

| 3.267 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.54** |
|---|---|---|---|

**RAYMOND R. ABRAMSON**
**P O BOX 532**
**HOLLY GROVE, AR 72069**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.267 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.82** |
|---|---|---|---|

**RBC DAIN RAUCHER**
**CUSTODIAN FBO CORA GINES IRA**
**510 MARQUETTE AVE MO8**
**MINNEAPOLIS, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.267 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.69** |
|---|---|---|---|

**RCPTX LTD**
**ATTN: SHAIN MCCAIG**
**777 TAYLOR STREET, SUITE 810**
**FORT WORTH, TX 76102**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.267 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.64** |
|---|---|---|---|

**REAMELL HENDERSON SR**
**5486 N BAYOU BLACK**
**GIBSON, LA 70356**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.267 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.02** |
|---|---|---|---|

**REBECCA A. ROGERS**
**P. O. BOX 342**
**PFLUGERVILLE, TX 78691-0342**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.268 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$63.26** |
|---|---|---|---|

**REBECCA ANN GATTI QUINTAL**
**4800 CLEARVIEW PARKWAY**
**METAIRIE, LA 70006**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.268**
**1**

**Nonpriority creditor's name and mailing address**

**REBECCA ANN SIMMONS**
**5901 SHEFFIELD DR.**
**TYLER, TX 75703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.57

---

**3.268**
**2**

**Nonpriority creditor's name and mailing address**

**REBECCA H CARR**
**12525 SO KIRKWOOD NO 115**
**STAFFORD, TX 77477**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$14.14

---

**3.268**
**3**

**Nonpriority creditor's name and mailing address**

**REBECCA JEAN PENNINGTON**
**271 TEALWOOD DRIVE**
**COPPELL, TX 75019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$19.46

---

**3.268**
**4**

**Nonpriority creditor's name and mailing address**

**REBECCA JOAN BROOKS**
**2516 ASHEN LIGHT DRIVE**
**HENDERSON, NV 89044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$24.62

---

**3.268**
**5**

**Nonpriority creditor's name and mailing address**

**REBECCA LEGER**
**3422 CARRIAGE HOUSE**
**RICHMOND, TX 77406**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$86.44

---

**3.268**
**6**

**Nonpriority creditor's name and mailing address**

**REBECCA LEHMANN**
**P O BOX 161**
**LOCKPORT, LA 70374**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$34.39

---

Debtor   **White Oak Resources VI, LLC**                     Case number (if known) _____
         Name

---

| 3.268 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.58** |

**REBECCA TALBOT HUEY**
**P O BOX 202**
**CARRIERE, MS 39426**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.268 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.79** |

**REBECCA W LORINO**
**2600 NANTUCKET #B**
**HOUSTON, TX 77057**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.268 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$269.99** |

**REBEKAH FUHRER**
**1410 THOMAS ST**
**FRANKLIN, LA 70538**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.269 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.90** |

**REED ELIZABETH GILLIN**
**1720 LITTLE RIVER 35**
**ASHDOWN, AR 71822-8425**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.269 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.18** |

**REFUGIO G CONCHAS**
**7131 FILLMORE**
**DALLAS, TX 75235**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.269 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$205.27** |

**REGENT OIL AND GAS COMPANY LP**
**P.O. BOX 25204**
**DALLAS, TX 75225**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____
   Name

Case number (if known) _____

---

| 3.269 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.47 |

**REGINA D FENTRESS ROBINSON**
**4987 PLEASANT VALLEY RD**
**PHILPOT, KY 42366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.269 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22.31 |

**REGINA DARLENE ROBERTS**
**1700 EFFIE ST**
**HOUMA, LA 70363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.269 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.79 |

**REGINA DENISE BARKER**
**4067 N HWY 281**
**ALICE, TX 78332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.269 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46.83 |

**REGINA ROBINSON**
**PO BOX 943**
**CHINA, TX 77613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.269 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57.77 |

**REGINALD FORD RATCLIFF SR**
**14542 CHIMNEYWOOD AVE**
**BATON ROUGE, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.269 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6.90 |

**REGINALD MICHAEL MADISE JR**
**3001 RODERICK ST**
**MORGAN CITY, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2699**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,627.89** |
|---|---|---|
| **REGINE LEMKE GOLTZ**<br>**6717 GREENLEAF AVENUE**<br>**CITRUS HEIGHTS, CA 95621** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2700**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.42** |
|---|---|---|
| **REMUDA MINERALS LTD**<br>**140 N HIGH ST.**<br>**UVALDE, TX 78801** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2701**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.94** |
|---|---|---|
| **RENA MCMURTRAY**<br>**314 S SAN JACINTO**<br>**CLEVELAND, TX 77327** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2702**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.45** |
|---|---|---|
| **RENE MORA**<br>**MARY MORA**<br>**3909 TILDEN AVE**<br>**LAREDO, TX 78041** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2703**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.62** |
|---|---|---|
| **RENEE BORIN**<br>**6040 BUFFRIDGE TRAIL**<br>**DALLAS, TX 75252** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2704**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14.45** |
|---|---|---|
| **RENEE DARDAR**<br>**5274 HEIGHTSVIEW LANE EAST, Apt 221**<br>**FT WORTH, TX 76132** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **White Oak Resources VI, LLC**                          Case number (if known) _____
          Name

---

| 3.270 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.24** |

**RENEE HENDERSON**
**5303 ARLINGTON AVE**
**LOS ANGELES, CA 90043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.44** |

**RENEE HENDERSON**
**5303 ARLINGTON AVE**
**LOS ANGELES, CA 90043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$778.77** |

**RENZA LONG DARDAR**
**INDIVDUALLY & USUFRUCT**
**P O BOX 1399**
**MORGAN CITY, LA 70380**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.42** |

**REOLA ROBERT AKA HELEN HARTT**
**1902 ANDOVER ST., I-23**
**SUN CITY CENTER, FL, FL 33573**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$389.20** |

**RESIDUARY TRUST U/W GUILLERMO**
**BENAVIDES**
**RICHARD SCHMIDT, TRUSTEE**
**615 LEOPARD #635**
**CORPUS CHRISTI, TX 78401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$651.14** |

**REX ALAN THIBODEAUX**
**P O BOX 295**
**YOUNGSVILLE, LA 70592**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                          Case number (if known) _____
_____
Name

| 3.271<br>1 | **Nonpriority creditor's name and mailing address**<br>**REX E. WEST**<br>**P O BOX 675**<br>**CHINA, TX 77613** | As of the petition filing date, the claim is: Check all that apply. | **$732.77** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271<br>2 | **Nonpriority creditor's name and mailing address**<br>**RFP ONSHORE LLC**<br>**3803 ROSEWATER CT**<br>**KATY, TX 77494-1603** | As of the petition filing date, the claim is: Check all that apply. | **$8,379.06** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271<br>3 | **Nonpriority creditor's name and mailing address**<br>**RGR PRODUCTION**<br>**710 BUFFALO ST**<br>**SUITE 402**<br>**CORPUS CHRISTI, TX 78401** | As of the petition filing date, the claim is: Check all that apply. | **$3.16** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271<br>4 | **Nonpriority creditor's name and mailing address**<br>**RHONDA BURRELL DECLOUET**<br>**545 AL JOSEPH LANE**<br>**THIBODAUX, LA 70301** | As of the petition filing date, the claim is: Check all that apply. | **$44.47** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271<br>5 | **Nonpriority creditor's name and mailing address**<br>**RHONDA JOYCE MCALEXANDER**<br>**480 ARCADIA AVE**<br>**MORRO BAY, CA 93442-2606** | As of the petition filing date, the claim is: Check all that apply. | **$9.83** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271<br>6 | **Nonpriority creditor's name and mailing address**<br>**RHONDA SUE NICKLES**<br>**709 SIERRA VISTA DR**<br>**TRUTH OR CONSEQUENCES, NM 87901** | As of the petition filing date, the claim is: Check all that apply. | **$16.83** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

---

| 3.271 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.59** |

**RIATA OIL & GAS LTD**
**P O BOX 460581**
**SAN ANTONIO, TX 78246**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**RICARDO DAVID ZUNIGA**
**1200 CRISP RD**
**ENNIS, TX 75119**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.67** |

**RICARDO PEREZ**
**432 E PECAN ST**
**TAFT, TX 78390**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.02** |

**RICARDO PINA**
**& ESPERANZA PINA**
**3104 CLEVELAND**
**LAREDO, TX 78043**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.04** |

**RICARDO SOLANO**
**1965 FM 466**
**SEGUIN, TX 78155**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$540.17** |

**RICELAND OIL PROPERTIES INC**
**315 SOUTH COLLEGE**
**SUITE 270**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.272 3**

**Nonpriority creditor's name and mailing address**

**RICHARD A HILL**
**204 H STREET**
**MOUNTAIN LAKE PARK, MD 21550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$764.70**

---

**3.272 4**

**Nonpriority creditor's name and mailing address**

**RICHARD A HINES**
**AND ANDREA L HINES**
**PO BOX 80305**
**LAFAYETTE`, LA 70598**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.55**

---

**3.272 5**

**Nonpriority creditor's name and mailing address**

**RICHARD ALLEN SMITH**
**SP**
**209 BELLE MAISON DRIVE**
**LAFAYETTE, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$176.65**

---

**3.272 6**

**Nonpriority creditor's name and mailing address**

**RICHARD B ROBERT**
**FLOYD S. SIMMONS,II - GUARDIAN**
**123 BRITTON DRIVE**
**TEXAS CITY, TX 77591**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$37.01**

---

**3.272 7**

**Nonpriority creditor's name and mailing address**

**RICHARD BENOIT**
**P. O. BOX 37**
**CHINA, TX 77613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1,683.75**

---

**3.272 8**

**Nonpriority creditor's name and mailing address**

**RICHARD C MOORE**
**6320 WESTCHESTER AVE**
**HOUSTON, TX 77005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$166.07**

---

Debtor  **White Oak Resources VI, LLC**
_____  Case number (if known) _____
Name

| | |
|---|---|
| 3.272<br>9 | **Nonpriority creditor's name and mailing address** |

**RICHARD C. HOLMES**
**11800 ELLEN AVENUE**
**ANCHORAGE, AK 99515**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$102.84

---

| | |
|---|---|
| 3.273<br>0 | **Nonpriority creditor's name and mailing address** |

**RICHARD EDWARD GARDNER**
**32 YEW STREET**
**DOUGLAS, MA 01516-2412**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$24.71

---

| | |
|---|---|
| 3.273<br>1 | **Nonpriority creditor's name and mailing address** |

**RICHARD GLENN KURTZ JR**
**4016 TILSON LN.**
**HOUSTON, TX 77080**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$55.75

---

| | |
|---|---|
| 3.273<br>2 | **Nonpriority creditor's name and mailing address** |

**RICHARD GORDON RATLIFF**
**3057 GRIER BLVD**
**CHEYENNE, WY 82001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$3.15

---

| | |
|---|---|
| 3.273<br>3 | **Nonpriority creditor's name and mailing address** |

**RICHARD H MCCRORIE**
**1241 WINNERS CIRCLE**
**ANCHORAGE, AK 99518**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$73.43

---

| | |
|---|---|
| 3.273<br>4 | **Nonpriority creditor's name and mailing address** |

**RICHARD HENRY ALVEY ESTATE**
**% MRS. MARY GERALDINE ALVEY**
**311 UTAH**
**BIG LAKE, TX 76932**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$3.23

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.273 5**

**Nonpriority creditor's name and mailing address**

**RICHARD J DAY, ESQ.**
**49 MIDDLEBURY ROAD**
**ORCHARD PARK, NY 14127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.64**

---

**3.273 6**

**Nonpriority creditor's name and mailing address**

**RICHARD J HAMILTON II**
**P O BOX 9190**
**METAIRIE, LA 70055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

**$28.40**

---

**3.273 7**

**Nonpriority creditor's name and mailing address**

**RICHARD JAMES LEBOUEF**
**3235 LA HIGHWAY 343**
**MAURICE, LA 70555-3139**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.40**

---

**3.273 8**

**Nonpriority creditor's name and mailing address**

**RICHARD JOSEPH BABIN**
**323 SUPERCHARGE DRIVE**
**THIBODAUX, LA 70301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.273 9**

**Nonpriority creditor's name and mailing address**

**RICHARD K LEMKE**
**P. O. BOX 352**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

**$17.70**

---

**3.274 0**

**Nonpriority creditor's name and mailing address**

**RICHARD L WILSON JR**
**26641 W MOHAWK LN**
**BUCKEYE, AZ 85396-9263**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

**$61.07**

---

Debtor   **White Oak Resources VI, LLC**                                     Case number (if known) _____
          Name

| 3.274 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.75 |
|---|---|---|---|

**RICHARD M SLOAN**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.38 |
|---|---|---|---|

**RICHARD M STURLESE**
**219 DUCHARME LANE**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.82 |
|---|---|---|---|

**RICHARD P LEBLANC III**
**708 W 43RD STREET**
**HOUSTON, TX 77018**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.82 |
|---|---|---|---|

**RICHARD P LEBLANC JR**
**6235 NAVAJO TRAIL**
**BEAUMONT, TX 77708**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.46 |
|---|---|---|---|

**RICHARD REED FRITZ JR**
**7405 ROUND HILL ROAD**
**MCKINNEY, TX 75070-5747**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $93.78 |
|---|---|---|---|

**RICHARD ROBERT NOLAND**
**A DOUGLAS COOK, AGENT**
**PO BOX 1866**
**LAKE CHARLES, LA 70602-1866**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.274 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RICHARD SAMUEL WILLIAMS**
**3509 ARROWHEAD**
**AUSTIN, TX 78731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$0.16**

---

| 3.274 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RICHARD VERRET**
**7043 COMANCHE TR**
**AUSTIN, TX 78732**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$3.42**

---

| 3.274 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RICKY ADAMS**
**3405  GREENLAWN DR**
**GATESVILLE, TX 76528**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$5.88**

---

| 3.275 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RIDGECREST BAPTIST CHURCH**
**7469 OLD CANTON ROAD**
**MADISON, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$24.61**

---

| 3.275 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RILLA M. MCCRORIE**
**816 4TH ST. NE**
**PUYALLUP, WA 98372-2922**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$85.39**

---

| 3.275 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RISA LICHTMAN**
**6127 NE KILLINGSWORTH ST.**
**PORTLAND, OR 97218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$1.35**

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
Name

| 3.275 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.98** |
| **RITA GAYLE LEMKE** | ☐ Contingent | |
| **AKA RITA GAYLE DIES LEMKE** | ☐ Unliquidated | |
| **125 SOUTH AVENUE** | ☐ Disputed | |
| **CHINA, TX 77613** | | |
| Date(s) debt was incurred __ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.275 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.42** |
| **RITA K PETERS** | ☐ Contingent | |
| **2709 BURKE DRIVE** | ☐ Unliquidated | |
| **LAREDO, TX 78045** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.275 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$835.38** |
| **RIVER RENTAL TOOLS, INC.** | ☐ Contingent | |
| **109 DERRICK ROAD** | ☐ Unliquidated | |
| **BELLE CHASE, LA 70037** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.275 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.70** |
| **RIVERCREST ROYALTIES LLC** | ☐ Contingent | |
| **777 TAYLOR STREET, SUITE 810** | ☐ Unliquidated | |
| **FORT WORTH, TX 76102** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.275 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.70** |
| **RL FASH LTD** | ☐ Contingent | |
| **4513 LIVE OAK STREET** | ☐ Unliquidated | |
| **BELLAIRE, TX 77401** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.275 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.44** |
| **ROBB B SYKES** | ☐ Contingent | |
| **66 ROUTE 130** | ☐ Unliquidated | |
| **FORESTDALE, MA 02644-1405** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: _Liability of White Oak Operating Company LLC_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

**3.275 9**

**Nonpriority creditor's name and mailing address**
**ROBERT A BERNHARD**
**C/O BANK OF AMERICA N.A.**
**P.O. BOX 831575**
**ATTN: ATS/ 1789452**
**DALLAS, TX 75283-1575**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $17.74

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276 0**

**Nonpriority creditor's name and mailing address**
**ROBERT A LITTLE**
**6243 SADDLE BOW AVE**
**PARKER, CO 80134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $9.95

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276 1**

**Nonpriority creditor's name and mailing address**
**ROBERT A. BERNHARD TRUST 9**
**ROBERT BERNHARD, WILLIAM L.**
**BERNHARD,  &**
**ADELE BERNHARD&LAWRENCE**
**BUTTENWIESER TRU**
**P.O. BOX 831575**
**DALLAS, TX 75283-1575**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $17.74

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276 2**

**Nonpriority creditor's name and mailing address**
**ROBERT ALLEN BRACKEN**
**9467 SELMA PARKWAY**
**SELMA, TX 78154**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $48.96

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276 3**

**Nonpriority creditor's name and mailing address**
**ROBERT ALLEN BRACKEN JR TR**
**KAY SHIREY BRACKEN TTEE**
**POB 131209**
**SUITE 501**
**TYLER, TX 75713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $0.32

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276 4**

**Nonpriority creditor's name and mailing address**
**ROBERT AND GRACIELA ARCE**
**HUISACHE RANCH**
**PO BOX 24**
**LOPENO, TX 78229**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                $12.84

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                              Case number (if known) _____
         _____
         Name

| 3.276 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.13** |

**ROBERT B CLAYTON**
**1118 THIRD AVENUE**
**LAKE CHARLES, LA 70601**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3.38** |

**ROBERT B. EUBANK**
**4833 OLD LEEDS RD**
**BIRMINGHAM, AL 35213-1805**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$363.20** |

**ROBERT BARTLETT GAYLE**
**P O DRAWER 1310**
**GOLIAD, TX 77963**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$92.73** |

**ROBERT BELL JR.**
**3321 CALIFORNIA AVE.**
**ST. LOUIS, MO 63118**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.03** |

**ROBERT BURNS**
**PO BOX 173521**
**ARLINGTON, TX 76003-3521**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51.38** |

**ROBERT C. LAU, JR.**
**205 E. 59TH ST., APT. 12C**
**NEW YORK, NY 10022-2575**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
        Name

| 3.277 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.16** |
|---|---|---|---|

**ROBERT CARL ARCENEAUX**
**5288 W BURGUNDY PL**
**LITTLETON, CO 80123-3787**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.82** |
|---|---|---|---|

**ROBERT D LARUE**
**404 CHAPELWOOD COURT**
**HOUSTON, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$77.87** |
|---|---|---|---|

**ROBERT DARDAR**
**20042 CRESENT CREEK DR**
**KATY, TX 77449**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.64** |
|---|---|---|---|

**ROBERT E HOFFPAUIR**
**4368 STAMBERG LANE**
**BATON ROUGE, LA 70816**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71.28** |
|---|---|---|---|

**ROBERT EARL WILLIS**
**1045 FONTELIER ROAD**
**ST MARTINVILLE, LA 70582**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.14** |
|---|---|---|---|

**ROBERT EDWARD MURPHEY TRUST**
**FARMERS NATL CO AG #1394603**
**PO BOX 3840 OIL & GAS DEP**
**OMAHA, NE 68103-0840**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **White Oak Resources VI, LLC**                           Case number (if known) _____
_____
Name

---

| 3.277<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10.16 |

**ROBERT GATEWOOD**
**701 E MARTIN LANE**
**SHERMAN, TX 75090**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2.29 |

**ROBERT H BEAVERS SR**
**P.O. BOX 147**
**NOME, TX 77629**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13.28 |

**ROBERT HALL TAYLOR JR**
**871 SKYSPRING  LANE**
**LEAGUE CITY, TX 77573**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.46 |

**ROBERT HEBERT TRAVIS**
**7006 RAMBOLLET TER**
**ROUND ROCK, TX 78681**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16.08 |

**ROBERT HOGAN**
**2239 PORT ST**
**NEW ORLEANS, LA 70117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $54.93 |

**ROBERT J CUDDY**
**53 LAS CASITAS**
**FORT PIERCE, FL 34951**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                          Case number (if known) _____
_____
Name

---

**3.278
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$366.56** |
|---|---|---|

**ROBERT J WILSON**
**2725 E BROADWAY #1**
**LONG BEACH, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.278
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.99** |
|---|---|---|

**ROBERT L ANDING**
**R R 2 BOX 8**
**ORANGE, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.278
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.79** |
|---|---|---|

**ROBERT L BORDELON**
**AND THEL MAYEAUX BORDELON**
**117 TRAPPEY RD**
**CARENCRO, LA 70520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.278
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.61** |
|---|---|---|

**ROBERT L LABRY**
**209 JAMIE CT**
**LAPORTE, TX 77571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.278
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.26** |
|---|---|---|

**ROBERT L MYERS**
**3812 MARQUETTE STREET**
**DALLAS, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.278
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.20** |
|---|---|---|

**ROBERT LEE TEAL**
**PO BOX 644**
**EDINBURG, TX 78540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

**3.2789**

**Nonpriority creditor's name and mailing address**

**ROBERT LEO MCMANUS**
**PO BOX 91**
**HARDIN, TX 77561**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.04**

---

**3.2790**

**Nonpriority creditor's name and mailing address**

**ROBERT LYNN HAYDON**
**740 W BRIARWOOD**
**BRENHAM, TX 77833**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$8.84**

---

**3.2791**

**Nonpriority creditor's name and mailing address**

**ROBERT MARTIN PALMER**
**2422 DEERFIELD**
**KATY, TX 77493**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.46**

---

**3.2792**

**Nonpriority creditor's name and mailing address**

**ROBERT MICHAEL HOLLERAN**
**3366 MERIDIAN AVE**
**SAN JOSE, CA 95124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$7,234.49**

---

**3.2793**

**Nonpriority creditor's name and mailing address**

**ROBERT MURFF, INDV & IND EXEC**
**EST OF ORENE SMITH MURFF**
**P.O. BOX 337**
**CHINA, TX 77613-0337**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$11.40**

---

**3.2794**

**Nonpriority creditor's name and mailing address**

**ROBERT P FUHRER**
**P O BOX 3319**
**MORGAN CITY, LA 70381**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$539.97**

---

Debtor    **White Oak Resources VI, LLC**                                        Case number (if known) _____
          Name

---

| 3.279<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.26 |

**ROBERT P LANDRY**
**40 SANDIA HEIGHTS NE**
**ALBUQUERQUE, NM 87122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.279<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54.24 |

**ROBERT R HENDERSON**
**2307 WEST 6TH STREET**
**LOS ANGELES, CA 90057**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.279<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $56.67 |

**ROBERT R HENDERSON**
**2307 WEST 6TH STREET**
**LOS ANGELES, CA 90057**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.279<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.12 |

**ROBERT RICE REYNOLDS III**
**55 BALFOUR ROAD, EAST**
**PALM BEACH GRDNS, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.279<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $112.43 |

**ROBERT S BUTLER SR**
**5737 CRESTON**
**EL PASO, TX 79924**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.280<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23.85 |

**ROBERT SHORT JR**
**119 LEDOUX**
**PATTERSON, LA 70392**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
| | Name | | |

---

**3.280
1**

**Nonpriority creditor's name and mailing address**

**ROBERT SHOTO
JANIE SHOTO
P O BOX 2662
DENTON, TX 76202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$285.16**

---

**3.280
2**

**Nonpriority creditor's name and mailing address**

**ROBERT SINGLETON
P O BOX 316
AMELIA, LA 70340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$454.13**

---

**3.280
3**

**Nonpriority creditor's name and mailing address**

**ROBERT W ECHOLS JR
111 GWINDALE ROAD
GADSDEN, AL 35901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$14.80**

---

**3.280
4**

**Nonpriority creditor's name and mailing address**

**ROBERT W KENT
P.O. BOX 131524
HOUSTON, TX 77219-1524**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$0.81**

---

**3.280
5**

**Nonpriority creditor's name and mailing address**

**ROBERT W LIGHTON
1 SUGARHILL ROAD
PO BOX 3480
NYACK, NY 10960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$43,763.85**

---

**3.280
6**

**Nonpriority creditor's name and mailing address**

**ROBERT W MCILVAIN JR RESIDUAL TRST
FBO ASHLEY MCILVAIN
THE NORTHERN TRUST/CHICAGO TRT
P O BOX 226270
DALLAS, TX 75222-6270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$701.67**

---

Debtor   **White Oak Resources VI, LLC**                                      Case number (if known) _____
                Name

---

**3.280 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

$25.89

**ROBERTA SALAZAR POOLE**
**10200 LA HWY 1033**
**DENHAM SPRINGS, LA 70726**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280 8**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          $4.74

**ROBERTO GARZA AND WIFE ALICIA GARZA**
**P O BOX 8832**
**CORPUS CHRISTI, TX 78468**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280 9**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          $0.23

**ROBERTO GARZA SP**
**P O BOX 8832**
**CORPUS CHRISIT, TX 78468**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281 0**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          $6.41

**ROBERTO JR CASTRO**
**SAN JUANA CASTRO TRUSTEE**
**DALLAS, TX 75204**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281 1**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          $5.80

**ROBIN ROBERT**
**116 LOUISIANA ST**
**WESTWEGO, LA 70094**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281 2**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          $0.23

**ROBIN WEBSTER FRANKLIN**
**8976 BESSIE HEIGHTS RD**
**ORANGE, TX 77630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.281 3**

**Nonpriority creditor's name and mailing address**

**Roble Blanco Corp**
**Attn Thomas Isler, Michael Rayburn**
**16945 Northchase Dr Suite 1700**
**Houston, TX 77060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.281 4**

**Nonpriority creditor's name and mailing address**

**ROCK EAGLE RANCH CORPORATION**
**P O BOX 458**
**BELLAIRE, TX 77402-0458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$124.56**

---

**3.281 5**

**Nonpriority creditor's name and mailing address**

**ROCK RESERVES LTD**
**DEPARTMENT #41083**
**P.O. BOX 3409**
**GRAPEVINE, TX 76099**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$45.98**

---

**3.281 6**

**Nonpriority creditor's name and mailing address**

**ROCKY SYKES**
**638 STAGHORN PASS AVE.**
**LAS VEGAS, NV 89183**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.29**

---

**3.281 7**

**Nonpriority creditor's name and mailing address**

**RODEN ASSOCIATES LTD**
**2603 AUGUSTA**
**SUITE 430**
**HOUSTON, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$2.31**

---

**3.281 8**

**Nonpriority creditor's name and mailing address**

**RODEN EXPLORATION CO LTD**
**2603 AUGUSTA SUITE 430**
**HOUSTON, TX 77057-5677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$11.59**

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2819**

**Nonpriority creditor's name and mailing address**

**RODEN PARTICIPANTS LTD**
**2603 AUGUSTA SUITE 430**
**HOUSTON, TX 77057-5677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$11.59

---

**3.2820**

**Nonpriority creditor's name and mailing address**

**RODERICK FRANCIS FREDERICK**
**1700 WEST PORT**
**ABBEVILLE, LA 70510**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$0.71

---

**3.2821**

**Nonpriority creditor's name and mailing address**

**RODNEY J CAMP**
**P O BOX 1479**
**BANDERA, TX 78003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$0.67

---

**3.2822**

**Nonpriority creditor's name and mailing address**

**ROGELIO & MARY I ORIA**
**1907 BROADWAY**
**EAST CHICAGO, IN 46312**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$12.89

---

**3.2823**

**Nonpriority creditor's name and mailing address**

**ROGELIO DA LA O VILLARREAL &**
**WIFE ELIA V DA LA VILLARREAL**
**PO BOX 2453**
**LAREDO, TX 78044**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$8.12

---

**3.2824**

**Nonpriority creditor's name and mailing address**

**ROGER J SCHWARZ**
**PO BOX 450235**
**LAREDO, TX 78045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$13.77

---

Debtor    **White Oak Resources VI, LLC**                                   Case number (if known) _____
                Name

---

**3.282
5**

**Nonpriority creditor's name and mailing address**

**ROGER L BARESH
AND JUDY LOGAN BARESH
7919 RICHMOND AVE
HOUSTON, TX 77063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$42.04

---

**3.282
6**

**Nonpriority creditor's name and mailing address**

**ROGER LYNN GUIDRY
108 STEPHENS LANE
LUMBERTON, TX 77657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$3.47

---

**3.282
7**

**Nonpriority creditor's name and mailing address**

**ROGER P SMITH
AND LESLEE SMITH
404 TAMPA DRIVE
VICTORIA, TX 77904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$0.68

---

**3.282
8**

**Nonpriority creditor's name and mailing address**

**ROGERS HARBOUR
1033 WESSLEY DR
WICHITA FALLS, TX 76305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$14.14

---

**3.282
9**

**Nonpriority creditor's name and mailing address**

**ROLAND HENDERSON
P O BOX 35
GRAMERCY, LA 70052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$7.42

---

**3.283
0**

**Nonpriority creditor's name and mailing address**

**ROLAND KRINKER
415 68TH STREET
KENOSHA, WI 53143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$1.74

---

Debtor   **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.283 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.52 |

**ROLAND MEDWIN CLAYTON**
**BOX 12 ATWOOD ACRES**
**CROWLEY, LA 70526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.283 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.37 |

**ROLAND R ROBINSON**
**RT 1 BOX 774**
**HOCKLEY, TX 77447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.283 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36.18 |

**ROLF K LEUTWYLER**
**PO BOX 802223**
**AVENTURA, FL 33280-2223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.283 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11.78 |

**RONA TYLER**
**5519 BAYOU BLACK DRIVE**
**GIBSON, LA 70356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.283 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $589.12 |

**RONALD A JENKINS**
**603 RIVER OAK CIRCLE**
**LAFAYETTE, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.283 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36.85 |

**RONALD BENOIT**
**P. O. BOX 354**
**CHINA, TX 77613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**
                Name                                                    Case number (if known) _____

---

**3.283**
**7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $14.33
**RONALD C KOLANDER**
P. O. BOX 381                                                ☐ Contingent
**CHINA, TX 77613**                                          ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred __
                                                             Basis for the claim: Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                                             Is the claim subject to offset? ☐ No ☐ Yes

---

**3.283**
**8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $343.73
**RONALD D KERN**
2264 HWY 171                                                 ☐ Contingent
**DERIDDER, LA 70634**                                       ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred __
                                                             Basis for the claim: Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                                             Is the claim subject to offset? ☐ No ☐ Yes

---

**3.283**
**9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $65.24
**RONALD DOUGLAS FERGUSON**
13068 HWY 146 N.                                             ☐ Contingent
**LIBERTY, TX 77575**                                        ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred __
                                                             Basis for the claim: Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                                             Is the claim subject to offset? ☐ No ☐ Yes

---

**3.284**
**0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $32,204.52
**RONALD GRASHA**
70 WASHINGTON STREET                                         ☐ Contingent
**ST AUGUSTINE, FL 32084**                                   ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred __
                                                             Basis for the claim: Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                                             Is the claim subject to offset? ☐ No ☐ Yes

---

**3.284**
**1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $1.43
**RONALD JAMES FONTENOT**
972 COUNTY ROAD 425                                          ☐ Contingent
**JASPER, TX 75951**                                         ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred __
                                                             Basis for the claim: Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                                             Is the claim subject to offset? ☐ No ☐ Yes

---

**3.284**
**2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $15.64
**RONALD LOUIS SINGLETON**
P O BOX 615                                                  ☐ Contingent
**PINE GROVE, LA 70453**                                     ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred __
                                                             Basis for the claim: Liability of White Oak Operating Company LLC
Last 4 digits of account number __
                                                             Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
      Name

---

**3.284 3**

**Nonpriority creditor's name and mailing address**
**RONALD P GUIDRY SR**
**RT 2 BOX C-46**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

$0.03

---

**3.284 4**

**Nonpriority creditor's name and mailing address**
**RONALD PAUL BERTRAND**
**24315 CHESSTNUT ROAD**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

$0.60

---

**3.284 5**

**Nonpriority creditor's name and mailing address**
**RONALD SINGLETON**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

$26.92

---

**3.284 6**

**Nonpriority creditor's name and mailing address**
**RONALD SINGLETON**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

$29.32

---

**3.284 7**

**Nonpriority creditor's name and mailing address**
**RONALD W BRIDGES**
**P O BOX 691702**
**HOUSTON, TX 77269-1702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

$42.65

---

**3.284 8**

**Nonpriority creditor's name and mailing address**
**RONDA LEE WORTH GANTT**
**P.O. BOX 67**
**RAVENNA, TX 75476-0067**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

$5.97

---

Debtor __White Oak Resources VI, LLC__      Case number (if known) _____
    Name

---

**3.2849**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41.39** |
|---|---|---|
| **RONNIE ADAMS**<br>**1041 FM 2114**<br>**AQUILLA, TX 76622** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.2850**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.43** |
|---|---|---|
| **RONNIE L LEMAIRE**<br>**303 DOSS STREET**<br>**GUEYDAN, LA 70542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.2851**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3.22** |
|---|---|---|
| **RONNIE L WHEELER**<br>**995 BRANDY WINE STREET**<br>**BEAUMONT, TX 77706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.2852**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.54** |
|---|---|---|
| **ROOSEVELT SINGLETON**<br>**8711 APRIL ARBOR COURT**<br>**HOUSTON, TX 77031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.2853**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.11** |
|---|---|---|
| **ROSA G WATSON**<br>**7419 WINDSOR VALLEY LANE**<br>**HOUSTON, TX 77049** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.2854**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.02** |
|---|---|---|
| **ROSA IRMA SALINAS**<br>**2501 GUATEMOZIN ST**<br>**LAREDO, TX 78043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ☐ No ☐ Yes | |

---

Debtor   **White Oak Resources VI, LLC**                                  Case number (if known) _____
         Name

---

**3.285 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.77** |
| **ROSA LEE SLEDGE** | ■ Contingent | |
| **4525 RALIEGH DRIVE** | ■ Unliquidated | |
| **BATON ROUGE, LA 70810** | ■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.285 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.57** |
| **ROSA MARIA MARTINEZ** | ■ Contingent | |
| **1427 ALAMEDA DR** | ■ Unliquidated | |
| **LAREDO, TX 78045** | ■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.285 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.38** |
| **ROSALIE J BRANNAN HORTON** | ■ Contingent | |
| **9115 BELLECHASE RD** | ■ Unliquidated | |
| **GRANBURY, TX 76049** | ■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.285 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.35** |
| **ROSALIE K KELLY** | ■ Contingent | |
| **1418 SECOND STREET** | ■ Unliquidated | |
| **MORGAN CITY, LA 70380** | ■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.285 9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103.95** |
| **ROSALIE Z SANDERS** | ■ Contingent | |
| **P O BOX 880** | ■ Unliquidated | |
| **GRAY, LA 70359** | ■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.286 0**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.74** |
| **ROSALIND ANGELL** | ■ Contingent | |
| **2452 SARANAC LANE** | ■ Unliquidated | |
| **GLENVIEW, IL 60026-1061** | ■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.286<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.77 |

**ROSALIND RATCLIFF TURNER**
**5403 Fallwood Dr., APT #110**
**INDIANAPOLIS, IN 46220**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.286<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.65 |

**ROSARIO CHEVEZ**
**C/O GRAPHICUS ATELIER**
**47 BALTIMORE ST**
**CUMBERLAND, MD 21502-3075**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.286<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.41 |

**ROSARIO HERNANDEZ**
**4610 PITA DR**
**LAREDO, TX 78041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.286<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.45 |

**ROSCOE C SINGLETON**
**P O BOX 193**
**GREENSBURG, LA 70441**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.286<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.46 |

**ROSE MARY FRITZ TEST TR**
**MARY PRICE & REBECCA PENNIGNTON**
**TTEES FBO GEORGE C FRITZ**
**271 TEALWOOD DRIVE**
**COPPELL, TX 75019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.286<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |

**ROSE MARY PORTER WINELAND**
**PO BOX 83359**
**FAIRBANKS, AK 99708**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**
_____    Case number (if known) _____
             Name

| 3.286<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12.86 |
|---|---|---|---|

**ROSE W MCGUIN**
**112 GRAY STREET**
**GRAY, LA 70359**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.08 |
|---|---|---|---|

**ROSEMARY HOGAN KNIGHTEN**
**19389 W SHELTON RD**
**HAMMOND, LA 70401**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.59 |
|---|---|---|---|

**ROSEMARY LOBDELL KYLE**
**105 GRASSWALK CT**
**LAFAYETTE, LA 70508**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $605.66 |
|---|---|---|---|

**ROSIE BUTLER JACKSON**
**P O BOX 1033**
**AMITE, LA 70422**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.29 |
|---|---|---|---|

**ROSS EDMOND LEGER**
**P. O. BOX 355**
**POTH, TX 78147**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.30 |
|---|---|---|---|

**ROSS ERIC EDWARDS**
**761 KINGFISHER LANE**
**LEANDER, TX 78641**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                          Case number (if known) _____
          Name

---

**3.287 3**

**Nonpriority creditor's name and mailing address**
**ROSS HINTON**
**3414 CHERRY LANE**
**AUSTIN, TX 78703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$13.21

---

**3.287 4**

**Nonpriority creditor's name and mailing address**
**ROWLAND B KOLANDER**
**P. O. BOX 400**
**CHINA, TX 77613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$23.64

---

**3.287 5**

**Nonpriority creditor's name and mailing address**
**ROXANNE HUMPHREY**
**2708 SIXTH STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$5.15

---

**3.287 6**

**Nonpriority creditor's name and mailing address**
**ROY & MARY CLARK REV LIV TR**
**LAURA CLARK, TRUSTEE**
**739 S 10TH STREET**
**SAC CITY, IA 50583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$47.85

---

**3.287 7**

**Nonpriority creditor's name and mailing address**
**ROY BERTRAND AND MARIE**
**ELLAGENE RICHARD BERTRAND**
**119 CANTEY AVE**
**KAPLAN, LA 70548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$0.57

---

**3.287 8**

**Nonpriority creditor's name and mailing address**
**ROY ELWIN OVERLEY III**
**8008 ROYAL RD**
**KAPLAN, LA 70548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$0.14

---

Debtor **White Oak Resources VI, LLC**                                Case number (if known) _____
       Name

| 3.287 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,727.84 |

**ROY GRADY WHEELER**
**P O BOX 267**
**PLEASANTON, TX 78064**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35.03 |

**ROY LEE FRANCIONE**
**15127 EASTON PARK DR**
**HOUSTON, TX 77095**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.92 |

**ROYALTIES OF AMERICA MARKETING LLC**
**PO BOX 13240**
**ODESSA, TX 79768-3240**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60.21 |

**ROYALTY CLEARINGHOUSE LTD**
**701 BRAZOS STREET**
**SUITE 660**
**AUSTIN, TX 78701**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $87.81 |

**RSM LEGACY LP**
**701 BRAZOS STREET**
**SUITE 660**
**AUSTIN, TX 78701**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6.41 |

**RUBEN & MARIA M GARCIA**
**PO BOX 1733**
**LAREDO, TX 78044**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **White Oak Resources VI, LLC**                                    Case number (if known) _____

Name

---

| 3.288 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$173.04** |

**RUBY AARON**
**3629 WABASH AVE**
**CINCINNATI, OH 45207**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.41** |

**RUBY INEZ LEDOUX**
**290 W DAVE DUGAS RD**
**SULPHUR, LA 70663**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.04** |

**RUDOLPH LOUIS WILEY ESTATE**
**C/O TX UNCL PROP RPTG SYS-EFT**
**1682 WALL STREET**
**BEAUMONT, TX 77701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.03** |

**RUIZ INVESTMENTS**
**PO BOX 450505**
**LAREDO, TX 78045**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$279.51** |

**RUSCO SERVICES, INC.**
**1050 QCP PARK DRIVE**
**BROUSSARD, LA 70518**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.55** |

**RUSK CAPITAL MANAGEMENT LLC**
**7600 W TIDWELL RD., STE 800**
**HOUSTON, TX 77040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

---

**3.289**
**1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.68 |

**RUSSELL GILLS**
**18200 WESTFIELD PLACE DRIVE, Apt 1217**
**HOUSTON, TX 77090**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.289**
**2**

**Nonpriority creditor's name and mailing address**          $26.13

**RUSSELL JAMES GALLIER**
**AND ELIZABETH GALLIER**
**P. O. BOX 702**
**CHINA, TX 77613**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.289**
**3**

**Nonpriority creditor's name and mailing address**          $23.12

**RUSSELL ROBERTSON JR**
**P O BOX 1132**
**HAMMOND, LA 70404**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.289**
**4**

**Nonpriority creditor's name and mailing address**          $13.13

**RUSSELL SINGLETON**
**169 GERALDINE ROAD**
**GIBSON, LA 70356**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.289**
**5**

**Nonpriority creditor's name and mailing address**          $1.19

**RUTH E FRIEDE**
**3305 STARDUST DR.**
**AUSTIN, TX 78757**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.289**
**6**

**Nonpriority creditor's name and mailing address**          $2.81

**RUTH JOHNSON**
**3713 KERN STREET**
**SACRAMENTO, CA 95838**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                          Case number (if known) _____
_____
Name

---

| 3.289 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**RUTH M MCKENZIE**
**517 ELM**
**COON RAPIDS, IA 50058**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.06**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**RUTH MAGEE**
**19 OAK HILL PL**
**SAN ANTONIO, TX 78229-3962**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$1,012.87**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**RUTH MCMANUS WISE**
**3514 PLUMB**
**HOUSTON, TX 77005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$4.71**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**RUTH STERLING WHEELER**
**BOX 2281**
**WICHITA, KS 67201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$23.68**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**RUTH THOMAS ADAMS**
**234 GARROTSVILLE**
**HOUSTON, TX 77022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$4.01**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**RUTHERFORD JONES**
**C/O SHANTELL S MCPHERSON**
**PO BOX 734**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$8.77**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**　　　　　　　Case number (if known) _____
　　　　Name

---

| 3.290<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.67 |
|---|---|---|---|

**RYAN LANG ESPINOSA, A MINOR**
**%DAVID ANDREW ESPINOSA, GUARD.**
**1919 BRAZOS CROSSING**
**RICHMOND, TX 77469**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,739.73 |
|---|---|---|---|

**RYAN LLC**
**PO BOX 848351**
**DALLAS, TX 75284-8351**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.03 |
|---|---|---|---|

**RYEDALE LLC**
**C/O RIDDLE FAMILY TR SOLE MBR**
**4246 GOODFELLOW DRIVE**
**DALLAS, TX 75229**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.50 |
|---|---|---|---|

**S & C PROPERTIES**
**%JAY S FIKES OWNER**
**P.O. BOX 601295**
**DALLAS, TX 75360-1295**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**S & S OPERATING COMPANY, INC.**
**P. O. BOX 1250**
**WINNIE, TX 77665-1250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.59 |
|---|---|---|---|

**S HULON STERLING JR**
**1600 ELDRIDGE PARKWAY 3305**
**HOUSTON, TX 77077**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Case number (if known) _____

Name

---

**3.2909**

**Nonpriority creditor's name and mailing address**

S VAN WIE III
5428 COUNTY ROAD 1675
ODEM, TX 78370

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$4.49

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2910**

**Nonpriority creditor's name and mailing address**

SABINE ROYALTY TRUST
ARGENT TRUST CO, ESCROW AGENT &
TRUSTEE
P.O. BOX 678600
DALLAS, TX 75267-8600

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$53.18

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2911**

**Nonpriority creditor's name and mailing address**

SADIE BASS
3867 PRIEST LAKE DR
NASHVILLE, TN 37217

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$9.42

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2912**

**Nonpriority creditor's name and mailing address**

SAFESITE, INC.
9505 JOHNNY MORRIS ROAD
AUSTIN, TX 78724

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$517.50

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2913**

**Nonpriority creditor's name and mailing address**

SALINA ANTOINE
P O BOX 1521
GRAY, LA 70359

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$17.35

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2914**

**Nonpriority creditor's name and mailing address**

SALLY A MCCANDLESS
18119 EMERALD FOREST DR
SAN ANTONIO, TX 78259

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.52

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **White Oak Resources VI, LLC**                           Case number (if known) _____
            Name

---

| 3.291 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SALLY HALFACRE GRIMES**
**236 NEW HOPE ROAD**
**BOAZ, AL 35957**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$32.42

---

| 3.291 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SALLY OHRT LEINEN**
**1503 NOLL RD**
**MEYERSVILLE, TX, TX 77974**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.53

---

| 3.291 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAM A LUCE**
**& JULIA M LUCE M.D.**
**C/O LUCE RANCH**
**BLUE RIVER ROUTE**
**BLUE, AZ 85922**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$73.91

---

| 3.291 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAM SCALISI**
**P. O. BOX 131**
**CHINA, TX 77613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.32

---

| 3.291 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAMANTHA JOYCE SINGLETON**
**2538 NEW HOPE RD**
**GREENSBURG, LA 70441**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$11.71

---

| 3.292 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAMANTHA NICOLE LEE**
**913 MARILYN DR**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$56.68

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

| 3.292 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.20 |
|---|---|---|---|

**SAMANTHA PRICE FISCHER TRUST**
**P O BOX 130129**
**TYLER, TX 75713**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12.56 |
|---|---|---|---|

**SAMMY WRAY PEARSON**
**20523 CRESCENT POINTE PLACE**
**ASHBURN, VA 20147**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4.71 |
|---|---|---|---|

**SAMP MCMANUS**
**PO BOX 404**
**ANAHUAC, TX 77514**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2.01 |
|---|---|---|---|

**SAMUEL CRAWFORD YOCUM II**
**171 PIER AVE SUITE 303**
**SANTA MONICA, CA 90405**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2.22 |
|---|---|---|---|

**SAMUEL LEWIS GOLSON**
**2123 POPLAR PARK DR.**
**KINGWOOD, TX 77339**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.28 |
|---|---|---|---|

**SAMUEL N JOHNSON, JR 2013 FAMILY**
**TRUST**
**JAMES E MOORE, TRUSTEE**
**210 WEST REDWOOD CIRCLE**
**LAREDO, TX 78041**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number *(if known)* _____
          Name

---

**3.292 7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,434.61**
| **SAN ANTONIO STATE HOSPITAL**<br>**6711 S NEW BRAUNSFELS AVE**<br>**SAN ANTONIO, TX 78223** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.292 8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| **SAN ISIDRO ISD TAX OFFICE**<br>**LEONEL OLIVAREZ, CTA**<br>**PO BOX 10**<br>**San Isidro, TX 78588-0010** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.292 9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.81**
| **SAND HILLS ROYALTY LP**<br>**PO BOX 939**<br>**GEORGETOWN, TX 78627** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.293 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,041.55**
| **SANDRA BARNETTE LOVELL**<br>**C/O PATTY LOVELL**<br>**24 PUTNAM AVENUE**<br>**GLEN COVE, NY 11542** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.293 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.02**
| **SANDRA BARRERA**<br>**304 SOUTH KAIN**<br>**RIO GRANDE CITY, TX 78582** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.293 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.36**
| **SANDRA CAMILLE KIKER SHERMAN**<br>**P O BOX 357**<br>**CHINA, TX 77613** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor **White Oak Resources VI, LLC**                                    Case number (if known) _____
            Name

---

**3.293 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**SANDRA KAYE LEMAIRE**
**25638 CHESTNUT RD**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

**$0.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.293 4**

**Nonpriority creditor's name and mailing address**

**SANDRA MAE WILLIAMS**
**444 MUNDEN AVENUE**
**NORFOLK, VA 23505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

**$38.17**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.293 5**

**Nonpriority creditor's name and mailing address**

**SANDY BURCH-REMIGIO**
**181 BURCH ROAD**
**SHEPHERD, TX 77371**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.293 6**

**Nonpriority creditor's name and mailing address**

**SANDY ZIMMER**
**1769 NAGEL ROAD**
**VICTORIA, TX 77905**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

**$2.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.293 7**

**Nonpriority creditor's name and mailing address**

**SANTA FE MINERALS LLC**
**P.O. BOX 25204**
**DALLAS, TX 75225**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.293 8**

**Nonpriority creditor's name and mailing address**

**SANTA MARGARITA DE LA CRUZ**
**AND JUAN JOSE**
**10172 SAN LORENZO**
**DALLAS, TX 75228**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

**$3.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                 Case number (if known) _____
             Name

---

**3.2939**

**Nonpriority creditor's name and mailing address**

**SARA BATES CONNELL**
**3108 BRIARCLIFF CIRCLE**
**GAINESVILLE, TX 76240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$41.17**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2940**

**Nonpriority creditor's name and mailing address**

**SARA L KYGER**
**1010 PAMELA**
**HENDERSON, TX 75652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$38.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2941**

**Nonpriority creditor's name and mailing address**

**SARA R LITMAN**
**AND RAYMOND LITMAN**
**1701 PRICE STREET**
**LAREDO, TX 78043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$3.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2942**

**Nonpriority creditor's name and mailing address**

**SARAH F NICHOLAS**
**C/O DEBBIE MCKEE, POA**
**12620 CARNELIAN WAY**
**OKLAHOMA CITY, OK 73170**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$839.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2943**

**Nonpriority creditor's name and mailing address**

**SARAH G SMITH**
**2 WOODBRIAR LANE**
**ROCHESTER, NY 14627**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$12.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2944**

**Nonpriority creditor's name and mailing address**

**SARAH HELEN WILLIAMS PERRY**
**511 S. HACKBERRY ST.**
**PECOS, TX 79772**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                           Case number (if known) _____
_____
Name

---

| 3.294 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SARAH JO WITMER JONES**
**9802-B HUNDRED OAKS CIRCLE**
**AUSTIN, TX 78750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.79

---

| 3.294 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SARAH K RODDY**
**315 WEAVER LN**
**DUSON, LA 70529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.64

---

| 3.294 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SARAH LIGHT LYNE TRUST OF 2009**
**SARAH LIGHT LYNE TRUSTEE**
**P O BOX 714**
**COTULLA, TX 78014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$16.42

---

| 3.294 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SARATOGA ROYALTY LP**
**P O BOX 141356**
**DALLAS, TX 75214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$16.11

---

| 3.294 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SASSER ROYALTIES LLC**
**200 AUSTIN HWY #301**
**SAN ANTONIO, TX 78209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$18.21

---

| 3.295 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAVANNA JANE GOLSON**
**2123 POPLAR PARK DR.**
**KINGWOOD, TX 77339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.22

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
             Name

| | | |
|---|---|---|
| 3.295<br>1 | | |

**Nonpriority creditor's name and mailing address**
**SBG RESOURCES**
**15051 NOTTINGHAM LN**
**FRISCO, TX 75035**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

$31.16

---

| | | |
|---|---|---|
| 3.295<br>2 | | |

**Nonpriority creditor's name and mailing address**
**SCARLET R GORDON**
**USUFRUCT**
**140 MARGARET AVENUE**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

$40.16

---

| | | |
|---|---|---|
| 3.295<br>3 | | |

**Nonpriority creditor's name and mailing address**
**SCOTT CROW**
**7819 FRIARS CT**
**SPRING, TX 77379**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

$823.56

---

| | | |
|---|---|---|
| 3.295<br>4 | | |

**Nonpriority creditor's name and mailing address**
**SCOTT R LANDRY**
**3420 RIDGEWAY DR**
**METAIRIE, LA 70002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

$129.55

---

| | | |
|---|---|---|
| 3.295<br>5 | | |

**Nonpriority creditor's name and mailing address**
**SEBASTIAN BAIRD**
**1622 TERRACE HIGHWAY**
**BROUSSARD, LA 70518**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

$9.49

---

| | | |
|---|---|---|
| 3.295<br>6 | | |

**Nonpriority creditor's name and mailing address**
**SECURITY WELL SERVICE II LP**
**C/O HOBLIT DARLING RALLS HERNANDEZ**
**& HUD**
**ATTN MICHAEL D HUDLOW JR**
**802 N CARANCAHUA SUITE 2000**
**CORPUS CHRISTI, TX 78401-0037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2957**

**Nonpriority creditor's name and mailing address**

**SECURITY WELL SERVICE INC**
**ATTN LARRY DONAHO**
**690 NORTH HIGHWAY 16**
**FREER, TX 78357**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2958**

**Nonpriority creditor's name and mailing address**

**SECURITY WELL SERVICE MANAGEMENT**
**LLC**
**ATTN LARRY DONAHO**
**1800 NEWELL STREET**
**ALICE, TX 78332**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2959**

**Nonpriority creditor's name and mailing address**

**SEDIA ROSE BROUSSARD HOLLIER**
**801 N TRAHAN AVE**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$266.86**

---

**3.2960**

**Nonpriority creditor's name and mailing address**

**SERENITY RESOURCES LLC**
**P O BOX 5240**
**MIDLAND, TX 79704**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.18**

---

**3.2961**

**Nonpriority creditor's name and mailing address**

**SERGIO VALDEZ**
**PO BOX 1665**
**LAREDO WEBB, TX**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.41**

---

**3.2962**

**Nonpriority creditor's name and mailing address**

**SERVANDO GAJA RODRIGUEZ**
**C/O LYDIA DE MONTANO**
**30 ALVARADO AVE.**
**RANCHO VIEJO, TX 78575**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1,570.88**

---

Debtor   **White Oak Resources VI, LLC**                              Case number (if known) _____
               Name

---

**3.296
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$10,492.00** |

**SETTOON CONSTRUCTION, INC.**
**P. O. BOX 520**
**PIERRE PART, LA 70339**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296
4**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$14,366.32**

**SEYBURN ZORTHIAN TRUST**
**SEYBURN ZORTHIAN TRUSTEE**
**330 CARONDELET STREET**
**SUITE 400**
**NEW ORLEANS, LA 70130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296
5**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.02**

**SEYMOUR WEISS TESTAMENTARY TR**
**FBO SEYMOUR WEISS II-JPMORGAN**
**P O BOX 99084**
**FORT WORTH, TX 76199-0084**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296
6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.63**

**SHANNON EVE BROUSSARD**
**6 STERLING DR**
**CROWLEY, LA 70526**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296
7**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$8.77**

**SHANTELL SINGLETON MCPHERSON**
**PO BOX 734**
**AMELIA, LA 70340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296
8**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$16.19**

**SHARON A POMAR**
**P O BOX 450647**
**LAREDO, TX 78045**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| 3.296 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.55 |
|---|---|---|---|

**SHARON ANN FONTENOT**
PO BOX 361
CHINA, TX 77613

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.13 |
|---|---|---|---|

**SHARON ANN WELCH CONNER**
1467 BOSTIK RD
CAT SPRING, TX 78933

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.37 |
|---|---|---|---|

**SHARON CHAPMAN**
10702 ADLER DRIVE
BAYTOWN, TX 77523

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.98 |
|---|---|---|---|

**SHARON GAUTREAUX**
888 RUSSELL
BEDFORD, TX 76021

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.42 |
|---|---|---|---|

**SHARON GUERIN**
2806 NORWOOD LANE
VENICE, FL 34292

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.14 |
|---|---|---|---|

**SHARON HAHNE**
8513 HICKORY NUT GROVE RD
CARY, IL 60013

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

**3.297 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$4.30** |
| **SHARON LAVONNE PEAL** | ■ Contingent |
| **351 AMBER ASH DR** | ■ Unliquidated |
| **KYLE, TX 78640** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.297 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$2.19** |
| **SHARON SHORT IVERSEN** | ■ Contingent |
| **4445 WHISPERING CIRCLE N.** | ■ Unliquidated |
| **COLORADO SPRINGS, CO 80917** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.297 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$5.35** |
| **SHARONDA MAZES BURR** | ■ Contingent |
| **8532 WINDER WAY** | ■ Unliquidated |
| **MELBOURNE, FL 32940** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.297 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$0.27** |
| **SHARRAN HEBERT LENE** | ■ Contingent |
| **101 MISSION HILLS DR** | ■ Unliquidated |
| **BROUSSARD, LA 70518** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.297 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$12.64** |
| **SHAWN CONNER** | ■ Contingent |
| **12307 LITTLE EMILY WAY** | ■ Unliquidated |
| **AUSTIN, TX 78753** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.298 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$10.82** |
| **SHAWN HAYES** | ■ Contingent |
| **3603 THOMAS DR APT 2** | ■ Unliquidated |
| **HOUMA, LA 70363** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _Liability of White Oak Operating Company LLC_ |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor  **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.298<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.03 |
|---|---|---|---|

**SHAWNA FRANCIONE DILLAHUNT**
**315 E SILVERWOOD LN**
**GENSON, AZ 85602**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.68 |
|---|---|---|---|

**SHAWNA R PUTZIG**
**243 LAKE ARBOR DR**
**LAKE WORTH, FL 33461**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.64 |
|---|---|---|---|

**SHEILA HENDERSON**
**1620 1/2 E 83RD STREET**
**LOS ANGELES, CA 90001**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.74 |
|---|---|---|---|

**SHEILA LACY LOBDELL GILLIS**
**1038 SAINT PATRICK ST**
**LAYAETTE, LA 70506-3224**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.29 |
|---|---|---|---|

**SHEILA LEGER GOLSON**
**2123 POPLAR PARK DR**
**KINGWOOD, TX 77339**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.86 |
|---|---|---|---|

**SHELIA MARIE WILLIAMS**
**P O BOX 73**
**LABADIEVILLE, LA 70372**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                      Case number (*if known*) _____
_____
Name

---

**3.298 7**

**Nonpriority creditor's name and mailing address**
**SHELL OFFSHORE INC - JV RECEIPTS**
**P.O. BOX 7247-6265**
**PHILADELPHIA, PA 19170-6265**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ☐ No  ☐ Yes

**$37,990.54**

---

**3.298 8**

**Nonpriority creditor's name and mailing address**
**SHELTON FRANCES JANNISE**
**PO BOX 8811**
**LUMBERTON, TX 77657**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$9.00**

---

**3.298 9**

**Nonpriority creditor's name and mailing address**
**SHENDELLA SINGLETON**
**1017 WASHINGTON LANE**
**GREENSBURG, LA 70441**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$9.40**

---

**3.299 0**

**Nonpriority creditor's name and mailing address**
**SHERI MARIE JENKINS**
**P. O. BOX 1377**
**WINNIE, TX 77665**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$25.49**

---

**3.299 1**

**Nonpriority creditor's name and mailing address**
**SHERREE A SINGLETON**
**406 LEONA STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$2.96**

---

**3.299 2**

**Nonpriority creditor's name and mailing address**
**SHERRIE ANN COLEMAN VINCENT**
**329 DWAYNE DRIVE**
**DUSON, LA 70529**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$27.29**

---

Debtor __White Oak Resources VI, LLC_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.299<br>3 | |

**Nonpriority creditor's name and mailing address**
**SHERRY ALLRIDGE**
**4532 WEST BELLA ROSE STREET**
**TALLAHASSEE, FL 32305**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$4.77**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.299<br>4 | |

**Nonpriority creditor's name and mailing address**
**SHERRY L WATTS**
**P. O. BOX 800**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$3.80**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.299<br>5 | |

**Nonpriority creditor's name and mailing address**
**SHERRY R LEWIS**
**PO BOX 2658**
**EDWARDS, CO 81632-2658**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$27.42**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.299<br>6 | |

**Nonpriority creditor's name and mailing address**
**SHERRYL TALBOT SIMONEAUX**
**4567 HWY 1**
**NAPOLEONVILLE, LA 70390**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$87.97**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.299<br>7 | |

**Nonpriority creditor's name and mailing address**
**SHERYL SEWALT**
**P.O. BOX 2183**
**VICTORIA, TX 77902**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.77**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.299<br>8 | |

**Nonpriority creditor's name and mailing address**
**SHIMETIA MOORE**
**103 WHITE STREET**
**HAMMOND, LA 70403**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$3.86**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Liability of White Oak Operating Company LLC__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

| 3.299 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.03** |

**SHIRLEY ANN LAMBERTH**
RT 1 BOX 155-C
CAT SPRING, TX 78933

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.38** |

**SHIRLEY BLANCHARD LUKE**
8901 HWY 182 W
FRANKLIN, LA 70538

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.04** |

**SHIRLEY COMEAUX ELLIS**
4 LEWIS LANE
PEARL RIVER, LA 70452

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.42** |

**SHIRLEY COUSINS**
4515 BRIAR HOLLOW PL 218
HOUSTON, TX 77027

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,109.61** |

**SHIRLEY LEWALLEN, COUNTY TREAS**
ORANGE COUNTY COURTHOUSE
801 W. DIVISION
ORANGE, TX 77632

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.300 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.71** |

**SHIRLEY MAE MAXIE**
2943 DEL PASO BLVD
SACRAMENTO, CA 95815

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

**3.300 5**

**Nonpriority creditor's name and mailing address**

**SHOATS CREEK DEVELOPMENT INC.**
**C/O CT CORPORATION SYSTEMS**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.300 6**

**Nonpriority creditor's name and mailing address**

**SHONDA HOWARD**
**PO BOX 789**
**GRAY, LA 70359**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$4.30**

---

**3.300 7**

**Nonpriority creditor's name and mailing address**

**SHORELINE SOUTHEAST LLC**
**C/O DANIEL P HURLEY, REGISTERED**
**AGENT**
**400 EAST KALISTE SALOOM ROOD SUITE**
**2600**
**LAFAYETTE, LA 70050-8000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.300 8**

**Nonpriority creditor's name and mailing address**

**Siana Oil & Gas Co., LLC**
**c/o Reese Banker**
**Baker & Associates**
**950 Echo Ln Suite 300**
**Houston, TX 77024-2824**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.300 9**

**Nonpriority creditor's name and mailing address**

**SIBYL ANDRUS RUSSELL**
**545 KIRKLAND LN**
**PARIS, TX 75462-6569**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$4.03**

---

**3.301 0**

**Nonpriority creditor's name and mailing address**

**SIDLAND INTERNATIONAL LTD**
**C/O SIDNEY P LANDRY III**
**113 OIL CENTER DRIVE**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$129.55**

---

Debtor   **White Oak Resources VI, LLC**

Name
                                               Case number (if known)

---

**3.301 1**

**Nonpriority creditor's name and mailing address**
**SIDNEY COBURN**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.02

---

**3.301 2**

**Nonpriority creditor's name and mailing address**
**SIDNEY MADISE**
**4432 BRUNSWICK DRIVE**
**EIGHT MILES, AL 36613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$96.33

---

**3.301 3**

**Nonpriority creditor's name and mailing address**
**SIDNEY PIKE, IV**
**149 AINSLEY DRIVE**
**THIBODAUX, LA 70301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$16.21

---

**3.301 4**

**Nonpriority creditor's name and mailing address**
**SILVANO GUTIERREZ**
**PO BOX 1327**
**LAREDO, TX 78043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$5.01

---

**3.301 5**

**Nonpriority creditor's name and mailing address**
**SILVERADO OIL & GAS LLP**
**P. O. BOX 52308**
**TULSA, OK 74152-0308**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$88.18

---

**3.301 6**

**Nonpriority creditor's name and mailing address**
**SISTER DENISE BORDAGES TRUST**
**C/O CAPITAL ONE-BEAUMONT, TTE**
**P. O. BOX 3928**
**BEAUMONT, TX 77704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.97

---

Debtor    **White Oak Resources VI, LLC**                                   Case number (*if known*) _____
          Name

---

| 3.301 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.97 |
|---|---|---|---|

**SISTER EMILY BORDAGES TRUST**
**C/O CAPITAL ONE-BEAUMONT, TTE**
**P. O. BOX 3928**
**BEAUMONT, TX 77704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.97 |
|---|---|---|---|

**SISTER FRANCES M. BORDAGES TR**
**C/O CAPITAL ONE-BEAUMONT, TTE**
**P. O. BOX 3928**
**BEAUMONT, TX 77704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.97 |
|---|---|---|---|

**SISTER MARIE BORDAGES TRUST**
**C/O CAPITAL ONE-BEAUMONT, TTE**
**P. O. BOX 3928**
**BEAUMONT, TX 77704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.97 |
|---|---|---|---|

**SISTER RAPHAEL BORDAGES TRUST**
**C/O CAPITAL ONE-BEAUMONT, TTE**
**P. O. BOX 3928**
**BEAUMONT, TX 77704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38.08 |
|---|---|---|---|

**SKH GULF COAST PARTNERS LP**
**7700 SAN FELIPE STE 500**
**HOUSTON, TX 77063**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.32 |
|---|---|---|---|

**SONYA CELESTINE**
**1431 RAILROAD AVE**
**MORGAN CITY, LA 70380**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
               Name

---

| 3.302<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.16 |
|---|---|---|---|

**SONYA LYNN GORDON**
**2651 W NORTH BEND RD**
**CINCINNATI, OH 45239**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.86 |
|---|---|---|---|

**SONYA WASHINGTON TRUST**
**MARGARET JUDICE, TRUSTEE**
**P O BOX 592**
**FRANKLIN, LA 70538**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.22 |
|---|---|---|---|

**SOPHIE LEGER**
**P. O. BOX 355**
**POTH, TX 78147**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.96 |
|---|---|---|---|

**SOUTHWEST PETROLEUM CO LP**
**P.O. BOX 702377**
**DALLAS, TX 75370-2377**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SPIRIT OIL & GAS LP**
**PO BOX 500**
**MAGNOLIA, AR 71754-0500**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,738.00 |
|---|---|---|---|

**SPL, INC.**
**8850 INTERCHANGE DR**
**HOUSTON, TX 77225**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____          Case number *(if known)* _____
Name

| 3.302 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SQUARE MILE ENERGY LLC**
**5847 SAN FELIPE**
**SUITE 2900**
**HOUSTON, TX 77057-3010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 0 |
|---|

**Nonpriority creditor's name and mailing address**

**ST ELMO SMITH  JR**
**12718 FAIRBRIDGE LN.**
**CYPRESS, TX 77429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$24.65**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 1 |
|---|

**Nonpriority creditor's name and mailing address**

**ST ELMO SMITH JR**
**ET UX**
**DEBORAH D. SMITH**
**12718 FAIRBRIDGE LN.**
**CYPESS, TX 77429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **$19.96**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 2 |
|---|

**Nonpriority creditor's name and mailing address**

**ST. BERNARD PARISH SHERIFF'S OFFICE**
**SHERIFF JAMES POHLMANN**
**SHERIFF & EX-OFFICIO TAX COLLECTOR**
**PO BOX 168**
**Chalmette, LA 70044-0168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 3 |
|---|

**Nonpriority creditor's name and mailing address**

**ST. MARTIN PARISH TAC**
**ST. MARTIN PARISH SHERIFF R J THERIOT**
**P O BOX 247**
**Saint Martinville, LA 70582-0247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 4 |
|---|

**Nonpriority creditor's name and mailing address**

**ST. MARY PARISH TAC**
**MARK A HEBERT, SHERIFF**
**P. O. BOX 610**
**Patterson, LA 70392-6100**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                 **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
| | Name | | |

---

**3.303
5**

**Nonpriority creditor's name and mailing address**

**ST. PATRICK HOSPITAL
524 S RYAN ST.
LAKE CHARLES, LA 70601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$6.42**

---

**3.303
6**

**Nonpriority creditor's name and mailing address**

**STACY ABADIE LEDET
505 BALTUSROL CIRCLE
GARLAND, TX 75044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$0.51**

---

**3.303
7**

**Nonpriority creditor's name and mailing address**

**STACY RENEE HOBBS HAUGEBERG
2517 TWIN RIDGE COURT
BELTON, TX 76513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$16.93**

---

**3.303
8**

**Nonpriority creditor's name and mailing address**

**STACY S LEE
913 MARILYN DRIVE
LAFAYETTE, LA 70503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$83.29**

---

**3.303
9**

**Nonpriority creditor's name and mailing address**

**STACY TALBOT COMEAUX
137 RUE DE BEAUVILLE
NAPOLEONVILLE, LA 70390**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$87.97**

---

**3.304
0**

**Nonpriority creditor's name and mailing address**

**STAMFORD HOSPITAL
ONE HOSPITAL PLAZA
STAMFORD, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

**$6.42**

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.304 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.27 |

**STANLEY B. KLINE**
**24 LAKEWOOD COVE**
**VICKSBURG, MS 39180**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34.43 |

**STANLEY JOE WHITE**
**P.O. BOX 526**
**DUCK HILL, MS 38925**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.77 |

**STANLEY KUEHN**
**14208 LAURINBURG DR.**
**AUSTIN, TX 78717**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.54 |

**STANLEY T POLAK**
**16308 SMITH ST**
**HOUSTON, TX 77040**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41.05 |

**STARLYN JOY FRANCIONE TULL**
**2711 WOOD RD**
**TOLAR, TX 76476**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**STARR COUNTY TAX OFFICE**
**100 N. FM 3167**
**SUITE 201**
**Rio Grande City, TX 78582**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                           Case number (if known) _____
        Name

---

| 3.304 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$88.16** |
|---|---|---|---|

**STARRETT ROYALTY LLC**
**P O BOX 700093**
**TULSA, OK 74101-0093**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.02** |
|---|---|---|---|

**STARTEX PARTNERS LLC**
**5600 WEST LOVERS LANE**
**SUITE 312**
**DALLAS, TX 75209-4329**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,985.44** |
|---|---|---|---|

**STATE OF LOUISIANA**
**OFFICE OF MINERAL RESOURCES**
**P.O. DRAWER 2827**
**BATON ROUGE, LA 70821-2827**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STATE OF LOUISIANA**
**FOR THOMAS HARRIS**
**LOUISIANA OFFICE OF THE GOVERNOR**
**900 N 3RD ST**
**BATON ROUGE, LA 70802**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STATE OF LOUISIANA**
**FOR OFFICE OF COASTAL MANAGEMENT**
**LOUISIANA DEPT OF NATURAL**
**RESOURCES**
**P O BOX 94396**
**BATON ROUGE, LA 70804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STATE OF LOUISIANA**
**FOR LOUISIANA DEPT OF NATURAL**
**RESOURCES**
**ATTN JAMES B CANFIELD**
**P O BOX 94396**
**BATON ROUGE, LA 70804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
Name

Case number *(if known)* _____

---

| 3.305<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**STATE OF LOUISIANA**
**C/O LA DEPT OF JUSTICE**
**1885 N 3RD ST**
**BATON ROUGE, LA 70801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.305<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.85** |

**STELLA S VANDERWATER**
**RT 3 BOX 328**
**EUNICE, LA 70535**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.305<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.51** |

**STEPHANIE ABADIE MAXWELL**
**404 EASTBRIDGE DR**
**OVIEDO, FL 32765**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.305<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112.41** |

**STEPHANIE COMEAUX**
**5573 JORDAN RD**
**MARRERO, LA 70072**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.305<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.26** |

**STEPHANIE LEGER PADGETT**
**18017 WESTBURY RD.**
**BEAUMONT, TX 77713**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.305<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.33** |

**STEPHANIE N HATRIDGE**
**415 COLE STREET**
**CORPUS CHRISTI, TX 78404**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                              Case number (if known) _____
                    Name

| 3.305 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.37 |

**STEPHEN A COMEAUX**
**AND KATHLEEN GERDES COMEAUX, H/W**
**306 W BONAIRE DRIVE**
**LAFAYETTE, LA 70506**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $44.41 |

**STEPHEN BENJAMIN**
**14212 HENDERSON RD NE**
**BAINBRIDGE IS, WA 98110-3008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.70 |

**STEPHEN DWAYNE PAYNE**
**9206 TODD BRIDGE RD**
**OWENSBORO, KY 42301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.46 |

**STEPHEN E WILLIAMSON JR**
**819 OAKLODGE CT.**
**LEAGUE CITY, TX 77573-5581**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.97 |

**STEPHEN J GOSSELIN**
**4237 TOTTENHAM RD**
**CHARLOTTE, NC 28226-6619**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.57 |

**STEPHEN O STRAUB**
**944 AUSTIN HIGHWAY**
**SAN ANTONIO, TX 78209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

---

| 3.306 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54.93** |

**STEPHEN T CUDDY**
**189 N PARK DR**
**LEVITTOWN, PA 19054**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,630.50** |

**STERLINGS VACUUM SERVICE, LLC**
**P.O. BOX  188**
**BOLING, TX 77420**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$459.32** |

**STERN FAMILY FUND**
**%ALLFIRST BANK-LYN SOMERVILLE**
**1350 EYE ST, NW,  STE 200**
**WASHINGTON, DC 20005**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.89** |

**STEVE HELLSTROM**
**1213 GOLDENROD LANE**
**HOTTMAN ESTATES, IL 60195**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$183.76** |

**STEVE T THIBODAUX**
**5267 HOPEWELL VALLEY DRIVE**
**MORROW, OH 45152**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.63** |

**STEVEN BRUNSON**
**AND GLENDA BRUNSON**
**P. O. BOX 571**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                   Case number *(if known)* _____
                Name

---

**3.307 1**

**Nonpriority creditor's name and mailing address**

**STEVEN E PHILLIPS**
**P. O. BOX 367**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

$11.39

---

**3.307 2**

**Nonpriority creditor's name and mailing address**

**STEVEN E WATSON**
**5127 HEATHERCREST**
**HOUSTON, TX 77045**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

$32.11

---

**3.307 3**

**Nonpriority creditor's name and mailing address**

**STEVEN ELLIS JAMES**
**C/O LOIS J TAYLOR IND EX**
**11518 MOLTERE DR**
**HOUSTON, TX 77065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

$0.43

---

**3.307 4**

**Nonpriority creditor's name and mailing address**

**STEVEN HAYES**
**948 ST CHARLES STREET**
**THIBODAUX, LA 70301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

$6.02

---

**3.307 5**

**Nonpriority creditor's name and mailing address**

**STEVEN HOWARD**
**PO BOX 789**
**GRAY, LA 70359**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

$4.30

---

**3.307 6**

**Nonpriority creditor's name and mailing address**

**STEVEN JOSEPH NEEF**
**105 WESTCHESTER DR.**
**LAFAYETTE, LA 70506**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

$0.65

---

Debtor **White Oak Resources VI, LLC**                     Case number (if known) _____
       Name

---

| 3.307<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.92 |
|---|---|---|---|

**STEVEN L SEWALT**
**AND SHERYL D SEWALT**
**P O BOX 2183**
**VICTORIA, TX 77902-2183**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.17 |
|---|---|---|---|

**STEVEN N SPAW**
**1030 FM 3000 UNIT C**
**ELGIN, TX 78621**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.12 |
|---|---|---|---|

**STEVEN ROBERT SNOWDEN**
**4514 OAK GROVE CT**
**SAN ANGELO, TX 76904**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.43 |
|---|---|---|---|

**STEVEN SHORT**
**P O BOX 263**
**GIBSON, LA 70356**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.08 |
|---|---|---|---|

**STEVEN THIBODEAUX AND**
**DONNA THIBODEAUX**
**P. O. BOX 64**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232.95 |
|---|---|---|---|

**STONEWALL VAN WIE IV**
**137 COUNTY ROAD 395**
**MATHIS, TX 78368**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

| 3.308 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**STREAM FAMILTY TRUST, LLC**
**C/O MUDD BRUCHHAUS & KEATING LLC**
**422 E COLLEGE ST SUITE B**
**LAKE CHARLES, LA 70605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,624.27** |
|---|---|---|---|

**STRIKER (NON-PROGRAM INTERESTS)**
**ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.77** |
|---|---|---|---|

**STUART KUEHN**
**407 CLEAR CREEK COVE**
**CEDAR PARK, TX 78613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$749.74** |
|---|---|---|---|

**SUCCESSION OF BARBARA S EDISEN**
**PO BOX 7070**
**METAIRIE, LA 70010-7070**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$412.67** |
|---|---|---|---|

**SUCCESSORS OF ANTONIO MAYERS**
**ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.02** |
|---|---|---|---|

**SUE ELLEN CHAPMAN RUGGLES TRT**
**1615 RAMBLING STONE**
**RICHMOND, TX 77406**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.3089**

**Nonpriority creditor's name and mailing address**
SUE GRAVES STUBBS A TRUST
JOHN STUBBS/SUE CUTLER CO-TTEE
600 LOG HOUSE FARM LANE
BEDFORD, KY 40006

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$82.54**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**3.3090**

**Nonpriority creditor's name and mailing address**
SUE GRAVES STUBBS B TRUST
65 WESTOVER TERRACE
FORT WORTH, TX 76107

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$82.54**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**3.3091**

**Nonpriority creditor's name and mailing address**
SUE GRAVES STUBBS C TRUST
S CUTLER/K STUBBS JR CO-TTEES
29422 ONO BLVD
ORANGE BEACH, AL 36561

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$82.54**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**3.3092**

**Nonpriority creditor's name and mailing address**
SUE S THETFORD
13090 N 100TH DR
SUN CITY, AZ 85351

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$1,415.53**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**3.3093**

**Nonpriority creditor's name and mailing address**
SUE STUBBS CUTLER
65 WESTOVER TER
FORT WORTH, TX 76107-3106

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$82.54**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

**3.3094**

**Nonpriority creditor's name and mailing address**
SUMMERFIELD G ROBERTS FD
BK AMER/DD JACKSON CO TTEE
P O BOX 840738
DALLAS, TX 75284-0738

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.51**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.309
5**

**Nonpriority creditor's name and mailing address**

**SUN OPERATING LTD PARTNERSHIP
BY KERR-MCGEE CORP-MANAGING GP
PO BOX 730875
DALLAS, TX 75373-0875**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$296,438.28

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309
6**

**Nonpriority creditor's name and mailing address**

**SUNBELT RENTALS INDUSTRIAL
SERVICES LLC
P. O. BOX 409211
ATLANTA, GA 30384-9211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$5,140.09

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309
7**

**Nonpriority creditor's name and mailing address**

**SUNLAND PRODUCTION CO INC
C/O PARKER W MAXWELL
401 EDWARDS STREET SUITE 1600
SHREVEPORT, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company, LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309
8**

**Nonpriority creditor's name and mailing address**

**SUNSET PRODUCTION CORP
ATTN:  MR WAYNE E SWITZER
PO BOX 2239
GEORGETOWN, TX 78627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2,461.60

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309
9**

**Nonpriority creditor's name and mailing address**

**SUNSET PRODUCTION CORP
ATTN:  MR WAYNE E SWITZER
PO BOX 2239
GEORGETOWN, TX 78627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$173.37

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310
0**

**Nonpriority creditor's name and mailing address**

**SUNSHINE BROWN
1319 SOUTH ELM
HOPE, AR 71801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$4.89

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                     Case number (if known) _____
         Name

| | |
|---|---|
| 3.310 1 | |

**Nonpriority creditor's name and mailing address**

**SUSAN C TAYLOR**
**9202 CHIA VALLEY COURT**
**HOUSTON, TX 77089**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$13.28

---

| | |
|---|---|
| 3.310 2 | |

**Nonpriority creditor's name and mailing address**

**SUSAN FRANCIS HEARD**
**1103 BELMONT PARKWAY**
**AUSTIN, TX 78703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$16.13

---

| | |
|---|---|
| 3.310 3 | |

**Nonpriority creditor's name and mailing address**

**SUSAN L HAND**
**PO BOX 1005**
**HOOD RIVER, OR 97031-1005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$1,058.41

---

| | |
|---|---|
| 3.310 4 | |

**Nonpriority creditor's name and mailing address**

**SUSAN MCCAIN HINGER**
**319 ROSEHEART**
**SAN ANTONIO, TX 78259**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$1.92

---

| | |
|---|---|
| 3.310 5 | |

**Nonpriority creditor's name and mailing address**

**SUSAN NELSON**
**RT. 3, BOX 3256**
**THAYER, MO 65791**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$149.48

---

| | |
|---|---|
| 3.310 6 | |

**Nonpriority creditor's name and mailing address**

**SUSAN SHORT MCKNIGHT**
**110 DYKE CIRCLE**
**PAGOSA SPRINGS, CO 81147**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

$1.14

---

Debtor **White Oak Resources VI, LLC**                                    Case number (if known) _____
            Name

---

| 3.310 7 | | | $502.45 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SUSAN THOMAS HOSACK GOULD EXEMPT
TR
SUSAN THOMAS HOSACK GOULD
26850 CYNTHIA DR
SAN ANTONIO, TX 78266

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 8 | | | $3.18 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SUSANA CANTU
2102 S TEXAS
LAREDO, TX 78043

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 9 | | | $0.02 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SUSAN CANTU TRUST
GLORIA M CANTU TRUSTEE
1566 GODWIN ST
HOUSTON, TX 77023

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 0 | | | $2,124.86 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SUSPENDED OWNER TITLE ISSUE
T WILLIAMSON,PACKSTONE & CALTEX
C/O WHITE OAK OPERATING CO
16945 NORTHCHASE DR., #1700
HOUSTON, TX 77060

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 1 | | | $32.42 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SUZANNAH HALFACRE MORTON
1834 BLUESTONE COURT
AUBURN, AL 36830

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 2 | | | $0.27 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SUZANNE B CALDWELL
45 HALLERAN CRESCENT
REGINA

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                          Case number (*if known*) _____
     Name

---

| 3.311 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.70 |
|---|---|---|---|

**SUZANNE HERPIN CALLAHAN**
**364 DON DRIVE**
**JENNINGS, LA 70546**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.65 |
|---|---|---|---|

**SYBIL TYRRELL PATTEN**
**SP**
**333 TEXAS ST**
**SUITE 1120**
**SHREVEPORT, LA 71101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.04 |
|---|---|---|---|

**SYLVIA ESPINOZA ARELLANO**
**503 EAST BELVIDER ST**
**ST PAUL, MN 55107**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,532.60 |
|---|---|---|---|

**T F SERVICES, LLC**
**210 SERVICE ROAD**
**RAYNE, LA 70578**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,050.00 |
|---|---|---|---|

**T&A SERVICES OF BREAUX BRIDGE, LLC**
**1094 BERGERON RIGS RD**
**BREAUX BRIDGE, LA 70517**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.37 |
|---|---|---|---|

**TABITHA AMY CLAYTON**
**812 N AVENUE E**
**CROWLEY, LA 70526**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.311 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TACKS COMPRESSION LLC**
**1535 S MORGAN AVE.**
**BROUSSARD, LA 70518**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

**$9,095.01**

---

| 3.312 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TALLY PRODUCTION SYSTEMS, LLC**
**14485 US HIGHWAY 377 S**
**FORT WORTH, TX 76126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

**$697.68**

---

| 3.312 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TAMIKA CLARK**
**2301 WINDSPRINT WAY APT 505**
**ARLINGTON, TX 76014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

**$12.23**

---

| 3.312 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TAMIKO E LEMONIER**
**BY REPRESENTATION**
**2417 HARBOR CHASE DR**
**PEARLAND, TX 77584**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

**$13.78**

---

| 3.312 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TAMMY BALLARD**
**P.O. BOX 778**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

**$9.77**

---

| 3.312 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TAMMY MARIE COLEMAN**
**609 EAST BUTLER**
**RAYNE, LA 70578**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

**$28.75**

---

Debtor **White Oak Resources VI, LLC**
_____  Case number (if known) _____
Name

| 3.312 5 | | | | $9.04 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TANYA GOFF**
**240 RAVEN SAIDE**
**HOUMA, LA 70360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$9.04

---

| 3.312 6 | | | | $0.49 |

**Nonpriority creditor's name and mailing address**

**TANYA MARIE LEMAIRE**
**1248 VICTORIA DR**
**BROOKELAND, TX 75931**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.49

---

| 3.312 7 | | | | $452.31 |

**Nonpriority creditor's name and mailing address**

**TAS ROYALTY COMPANY**
**P O BOX 5279**
**AUSTIN, TX 78763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$452.31

---

| 3.312 8 | | | | $88.18 |

**Nonpriority creditor's name and mailing address**

**TAYBECS ROYALTIES LLC**
**PO BOX 220**
**JENKS, OK 74037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$88.18

---

| 3.312 9 | | | | $32.80 |

**Nonpriority creditor's name and mailing address**

**TAYLOR R CLARK**
**5900 SOUTHWEST PARKWAY**
**2-220**
**AUSTIN, TX 78735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$32.80

---

| 3.313 0 | | | | $0.44 |

**Nonpriority creditor's name and mailing address**

**TDS MINERAL PARTNERSHIP**
**ATTN: JAMES P. SWAIN, MAN PTR**
**P. O. BOX 5245**
**BEAUMONT, TX 77726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$0.44

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

**3.313 1**

**Nonpriority creditor's name and mailing address**
**TED A SPENCE**
**5312 WIDNER STRIP**
**MIDLAND, TX 79707**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$24.23

---

**3.313 2**

**Nonpriority creditor's name and mailing address**
**TER-MAR ENERGY LLC**
**P O BOX 368**
**GROVETON, TX 75845**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$186.56

---

**3.313 3**

**Nonpriority creditor's name and mailing address**
**TERRA SVCS INC**
**10578 RONALD LANE**
**NORTHGLENN, CO 80234**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$611.61

---

**3.313 4**

**Nonpriority creditor's name and mailing address**
**TERRANCE PAYTON**
**2648 DESTREHAN AVE A**
**HARVEY, LA 70058**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$12.23

---

**3.313 5**

**Nonpriority creditor's name and mailing address**
**TERRE VERTE COMPANY INC**
**PO BOX 90265**
**SAN DIEGO, CA 92169**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.12

---

**3.313 6**

**Nonpriority creditor's name and mailing address**
**TERREBONNE PARISH TAC**
**JERRY J. LARPENTER, SHERIFF**
**P O DRAWER 1670**
**Houma, LA 70361**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor **White Oak Resources VI, LLC**  Case number (if known) _____
Name

---

**3.313 7**

**Nonpriority creditor's name and mailing address**
**TERRI BAPTISTE**
**3388 HWY 316**
**GRAY, LA 70359**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.21

---

**3.313 8**

**Nonpriority creditor's name and mailing address**
**TERRI WILLIAMS SUMMERS**
**3481 WALNUT RIDGE**
**ATLANTA, GA 30349**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$38.17

---

**3.313 9**

**Nonpriority creditor's name and mailing address**
**TERRY DARDAR**
**1812 ELK STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$14.45

---

**3.314 0**

**Nonpriority creditor's name and mailing address**
**TERRY DOWELL OWENS**
**2025 HANOVER CIRLCE**
**BEAUMONT, TX 77706**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2,816.60

---

**3.314 1**

**Nonpriority creditor's name and mailing address**
**TERRY LEE CONNER**
**SEPARATE PROPERTY**
**13434 LEMAIRE HARTMAN RD**
**ABBEVILLE, LA 70510**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$30.84

---

**3.314 2**

**Nonpriority creditor's name and mailing address**
**TERRY LOU SCOTT**
**10 CLEEK CLUB**
**CODY, WY 82414**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$31.29

---

Debtor    **White Oak Resources VI, LLC**                                         Case number (if known) _____
          _____
          Name

| 3.314 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.73 |

**TERRY LYNN SANSOM**
**PO BOX 1104**
**WIMBERLEY, TX 78676**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.15 |

**TERRY LYNN SHELLEY ARMSTRONG**
**1700 EFFIE STREET**
**HOUMA, LA 70363**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.54 |

**TERRY R SINGLETON**
**3020 LIZABETH DRIVE**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.03 |

**TERRY STEVE JACKS SR**
**4645 SESSUMS RD.**
**SILSBEE, TX 77656**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.40 |

**TERRY VICTOR HIGGINBOTHAM**
**PO BOX 483**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.79 |

**TESSA PAULETTE SOUTHARD**
**PO BOX 3307**
**ALICE, TX 78333**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number *(if known)* _____
        Name

---

| 3.314 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TEVIS TREVILLE GREEN**
**718 SUNCREST DR**
**KEMP, TX 75143-8752**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$1.04**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TEXAS CO**
**C/O  KING & SPALDING**
**ATTN  ASHLEY C PARRISH**
**1700 PENNSYLVANIA AVE NW SUITE 200**
**WASHINGTON, DC 20006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TEXAS GAS MEASUREMENT SVCS, LLC**
**PO BOX 3216**
**EDINBURG, TX 78540**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,614.24**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Texas General Land Office**
**1700 Congress Ave**
**Austin, TX 78701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Texas Railroad Commission**
**1701 N. Congress**
**Austin, TX 78701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TEXAS STATE TREASURY F/A/O**
**P.O. BOX 12019**
**AUSTIN, TX 78711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$1.43**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.315 5**

**Nonpriority creditor's name and mailing address**

TEXAS STATE TREASURY UNCLAIMED PROPERTY
DIVISION F/A/O ESTATE OF ROBERT BRES
P.O. BOX 12019
AUSTIN, TX 78711

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$3.02**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.315 6**

**Nonpriority creditor's name and mailing address**

TEXAS WYOMING DRILLING
223 EAST COLLEGE STREET
GRAPEVINE, TX 76051

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$30,693.65**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.315 7**

**Nonpriority creditor's name and mailing address**

TEXCEL EXPLORATION INC
108 EAST SAM RAYBURN DR
BONHAM, TX 75418

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$7,856.42**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.315 8**

**Nonpriority creditor's name and mailing address**

TEXIE LEE SHAW MAGNUSSON
309 E DALE STREET
COLORADO CITY, CO 80903

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$1.05**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.315 9**

**Nonpriority creditor's name and mailing address**

TG ROYALTY
3220 BAMMEL LANE
HOUSTON, TX 77098

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$19.53**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.316 0**

**Nonpriority creditor's name and mailing address**

THAD FINLEY
2455 SALEM CEMETARY ROAD
LONOKE, AR 72086

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$1,517.92**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**  Case number *(if known)* _____
_____
Name

---

**3.316**
**1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1.71** |

**THARP MINERALS LP**
**3736 BEE CAVES RD STE 1 #128**
**WEST LAKE HILLS, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.316**
**2**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$1,311.46**

**THE BATTERTON FAMILY TRUST**
**GEORGE & LOIS BATTERTON TTEE**
**1804 CALLE DE LOS ALAMOS**
**SAN CLEMENTE, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.316**
**3**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$27.08**

**THE BEDFORD FAMILY TRUST**
**THOMAS CHRISTOPHER BEDFORD,**
**TRUSTEE**
**2206 E LAWTHER**
**DEER PARK, TX 77536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.316**
**4**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$17.42**

**THE CARLOS SMITH TRUST DATED**
**1-8-2016**
**LISA B. MOORE, TRUSTEE**
**8000 BROKEN BRANCH DRIVE**
**ROUND ROCK, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.316**
**5**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$0.33**

**THE CHRISTOPHER WILLIAM LEE TR**
**HARMON F ROY TRUSTEE**
**109 BRADBURY CROSSING**
**LAFAYETTE, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.316**
**6**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$0.01**

**THE DEWOODY LIVING TRUST JOSEPH P**
**AND**
**KIMBERLY A DEWOODY, COTRUSTEES**
**P O BOX 471288**
**FORT WORTH, TX 76147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

| 3.316 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.51 |
|---|---|---|---|

**THE DUPLANTIS-TAYLOR REV TRUST**
**19 MARBELLA COURT**
**PALM COAST, FL 32137**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.31 |
|---|---|---|---|

**THE ESTATE OF JAMES KOTZ**
**KIM KOTZ GONZALES, IND EXECUTRIX**
**15817 SOUR LAKE RD**
**BEAUMONT, TX 77713**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.65 |
|---|---|---|---|

**THE ESTATE OF JENNETTE M BREAUX**
**MICHAEL BREAUX, EXECUTOR**
**2215 FORMENTERA PLACE**
**LEAGUE CITY, TX 77573**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.88 |
|---|---|---|---|

**THE ESTATE OF JOSEPH J LARRIVIERE**
**101 PECK BLVD**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.63 |
|---|---|---|---|

**THE ESTATE OF TRAVIS SMITH**
**TRAVIS MARK SMITH, IND EXECUTOR**
**P O BOX 100369**
**FORT WORTH, TX 76185**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.34 |
|---|---|---|---|

**THE GOODHUE PROPERTY TRUST**
**REBA RENA GARRETT GOODHUE &**
**JOHN BROOKS GOODHUE II, CO**
**TRUSTEES**
**PO BOX 1196**
**SILSBEE, TX 77656**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.317 3**

**Nonpriority creditor's name and mailing address**

**THE HENRY FAMILY TRUST**
**RUE E HENRY TTEE**
**C/O WOODWAY FINANCIAL**
**10000 MEMORIAL DRIVE SUITE 650**
**HOUSTON, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$49.27**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.317 4**

**Nonpriority creditor's name and mailing address**

**THE JAMES MICHAEL LEE TRUST**
**HARMON F ROY TRUSTEE FOR**
**109 BRADBURY CROSSING**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.33**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.317 5**

**Nonpriority creditor's name and mailing address**

**THE JANE HOLLANDER TRUST**
**JANE HOLLANDER TRUSTEE**
**309 DARTMOOR ST**
**LAGUNA BEACH, CA 92651-1428**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$191.36**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.317 6**

**Nonpriority creditor's name and mailing address**

**THE KUNTZ FAMILY TR**
**LOUIS H KUNTZ OR BARBARA KUNTZ**
**TTEES**
**2118 HILLTOP CT**
**FULLERTON, CA 92831**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$116.62**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.317 7**

**Nonpriority creditor's name and mailing address**

**THE LAND & MINERAL COMPANY OF**
**TEXAS LLC**
**OF TEXAS LLC**
**P O BOX 1564**
**UVLADE, TX 78802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.81**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.317 8**

**Nonpriority creditor's name and mailing address**

**THE LAURIE L PERKINS REVOCABLE**
**TRUST**
**DATED APRIL 16TH, 2020**
**2530 E 31ST STREET**
**TULSA, OK 74105**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$6.96**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|
| **3.317 9** | |

**Nonpriority creditor's name and mailing address**

**THE LIVING BANK INTERNATIONAL**
**% MS KELLY PERDUE**
**4545 POST OAK PLACE DRIVE**
**SUITE 340**
**HOUSTON, TX 77027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._            **$36.91**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.318 0** | |

**Nonpriority creditor's name and mailing address**

**THE MAMIE MCFADDIN WARD**
**HERITAGE FOUNDATION**
**% CAPITAL ONE NATIONAL ASSOC ,TTEE**
**P. O. BOX 3928**
**BEAUMONT, TX 77704-3928**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._            **$1.19**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.318 1** | |

**Nonpriority creditor's name and mailing address**

**THE MCGHEE FOUNDATION**
**PO BOX 1829**
**MIDDLEBURG, VA 20118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._            **$9.90**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.318 2** | |

**Nonpriority creditor's name and mailing address**

**THE MICHAEL WILLIAM LEE JR TR**
**HARMON F ROY TRUSTEE**
**109 BRANDBURY CROSSING**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._            **$0.33**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.318 3** | |

**Nonpriority creditor's name and mailing address**

**THE NANCY CARMICHAEL TRUST**
**% JPMORGAN CHASE BANK**
**MAIL CODE TX1-1310**
**P. O. BOX 99084**
**FORT WORTH, TX 76199-0084**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._            **$11.69**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.318 4** | |

**Nonpriority creditor's name and mailing address**

**THE PETTY FAMILY LIMITED PARTNERSHIP**
**c/o HENNEMAN RAU KIRKLIN & SMITH LLP**
**815 WALKER ST SUITE 1440**
**HOUSTON, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._            **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Breach of Contract 5th Supplement To And Restatement of Security Agreement Dated June 5, 2012 (the "Agreement") and Well Plugging, Land Restoration, Reclamation, Remediation and Tolling Agreement Dated February 9, 2018

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **White Oak Resources VI, LLC**                                    Case number (if known) _____
            Name

---

**3.318
5**

**Nonpriority creditor's name and mailing address**

**THE RETRIEVE COMPANY**
**C/O MR RICHARD MCDUGALD**
**PO BOX 22266**
**HOUSTON, TX 77227-2266**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$73.68**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.318
6**

**Nonpriority creditor's name and mailing address**

**THE RICHARD D BIGGS TR**
**DATED 11/13/06**
**C/O RICHARD D. BIGGS, TRUSTEE**
**P O BOX 8351**
**BEND, OR 97708**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$75.97**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.318
7**

**Nonpriority creditor's name and mailing address**

**THE ROBERT V DAVIDSON TRUST**
**C/O JPMORGAN CHASE BANK NA**
**MAIL CODE TX1-1310**
**P. O. BOX 99084**
**FORT WORTH, TX 76199-0084**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$11.69**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.318
8**

**Nonpriority creditor's name and mailing address**

**THE RUTHERFORD PARTNERSHIP**
**ATTN LEGAL DEPARTMENT**
**C/O CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BARON ROUGE, LA 70815**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.318
9**

**Nonpriority creditor's name and mailing address**

**THE SEALY & SMITH FOUNDATION**
**2200 MARKET STREET, STE 500**
**GALVESTON, TX 77550-1532**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$3.66**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.319
0**

**Nonpriority creditor's name and mailing address**

**THE SEAWILLOW WARD STAFFORD TR**
**% CAPITAL ONE-BEAUMONT TRUSTEE**
**ATTN: TRUST DIVISION**
**PO BOX 3928**
**BEAUMONT, TX 77704-3928**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1.03**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.319 1**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$480.30** |
| **THE SHANNON GRAY, BARKER TRUST**<br>**SHANNON GRAY BARKER, TRUSTEE**<br>**P O BOX 368**<br>**ARDMORE, OK 76402** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.319 2**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,357.12** |
| **THE SUNFLOWER FOUNDATION INC**<br>**% PERI & ALVARADO CPA'S INC**<br>**PO BOX 22557**<br>**SANTA BARBARA, CA 93121-2557** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.319 3**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.97** |
| **THE TWYLA JEAN BIGGS TR**<br>**DATED 11/13/06**<br>**C/O TWYLA JEAN BIGGS, TRUSTEE**<br>**P O BOX 8351**<br>**BEND, OR 97708** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.319 4**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.24** |
| **THE WOMENS INSTITUTE OF HOUSTON**<br>**C/O MS ALIDA H WEBB**<br>**2202 AVALON PLACE**<br>**HOUSTON, TX 77019** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.319 5**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.10** |
| **THELMA D WEST**<br>**141 PRIVATE ROAD**<br>**COLMESNEIL, TX 75938** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.319 6**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,621.04** |
| **THELMA F G IMORE DOOL**<br>**ADDRESS UNKNOWN** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
          Name

---

| 3.319<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.57** |
|---|---|---|---|

**THELMA SAUCEDO GARCIA**
**805 SAN JOSE**
**LAREDO, TX 78040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.01** |
|---|---|---|---|

**THELMA THOMAS INMAN**
**ADDRESS UNKNOWN**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.51** |
|---|---|---|---|

**THEODORE D MORRISON III**
**110 TRENT DRIVE**
**TAYLORS, SC 29687-3990**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.27** |
|---|---|---|---|

**THERESA GASKINS**
**P O BOX 936**
**AMELIA, LA 70340**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.75** |
|---|---|---|---|

**THERESA M SINGLETON, INTERDICT**
**C/O CALVIN SINGLETON CURATOR**
**3076 HONOR LANE**
**TALLAHASSEE, FL 32301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.15** |
|---|---|---|---|

**THEUS INVESTMENT PROPERTIES, LLC**
**2514 OAK ALLEY BOULEVARD**
**MONROE, LA 71201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.320 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.11 |
|---|---|---|---|

**THOMAS AARON**
**11000 HARROW RD**
**NEW ORLEANS, LA 70127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.69 |
|---|---|---|---|

**THOMAS AND LAURA HOOK 2012**
**NON-LEGACY TRUST**
**2502 WESTGATE DRIVE**
**HOUSTON, TX 77019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101.17 |
|---|---|---|---|

**THOMAS BAKER JR**
**4751 CITRUS DR**
**NEW ORLEANS, LA 70127-3534**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.18 |
|---|---|---|---|

**THOMAS BORDAGES**
**C/O GEM BORDAGES**
**500 FERRY RD., APT 415**
**GALVESTON, TX 77550**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.41 |
|---|---|---|---|

**THOMAS C FROST III**
**PO BOX 172**
**BOERNE, TX 78006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.13 |
|---|---|---|---|

**THOMAS C STEWART**
**AND SANDRA P STEWART**
**111 BUFFALO RUN**
**LAFAYETTE, LA 70503**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3209**

**Nonpriority creditor's name and mailing address**

**THOMAS E BRANNAN**
**910 MCCLURE WAY**
**ERIE, CO 80516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.96

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3210**

**Nonpriority creditor's name and mailing address**

**THOMAS E. BELL**
**C/O TX UNCL PROP RPTG SYS-EFT**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$61.47

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3211**

**Nonpriority creditor's name and mailing address**

**THOMAS EMMETT FRANCIONE**
**P O BOX 326**
**FABENS, TX 79838**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$33.67

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3212**

**Nonpriority creditor's name and mailing address**

**THOMAS G FERGUSON**
**DIANA FERGUSON**
**P. O. BOX 2451**
**CANYON LAKE, TX 78133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$9.95

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3213**

**Nonpriority creditor's name and mailing address**

**THOMAS GREGG FERGUSON**
**P. O. BOX 2451**
**CANYON LAKE, TX 78133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$5.08

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3214**

**Nonpriority creditor's name and mailing address**

**THOMAS H. CHAPMAN, III TRUST**
**1615 RAMBLING STONE**
**RICHMOND, TX 77406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.02

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                                    Case number (if known) _____
　　　　　Name

---

| 3.321 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

THOMAS HINOJOSA
354 SAINT JULIE DR
SAN JOSE, CA 95119

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.43**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

THOMAS JARVIS HOLMES, JR.
P. O. BOX 56306
HOUSTON, TX 77256-6306

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.02**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

THOMAS L TALBOT JR
P.O. BOX 53908
LAFAYETTE, LA 70505

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$210.80**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

THOMAS LOU WHISENANT
129 DANUBE DRIVE
SAN ANTONIO, TX 78213

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$35.17**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

THOMAS LOUIS FORE, SR.
P. O. BOX 20467
COLORADO CITY, CO 81019-2421

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.37**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

THOMAS R MORRIS
PO BOX 2000
EDINBURG, TX 78540

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$5.20**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.322<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $832.22 |
|---|---|---|---|

**THOMAS RAY CARRIERE**
P.O. BOX 834
KAPLAN, LA 70548

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**THOMAS ROBERT ZILER**
**AND TERESA BRANCH COATS ZILER**
PO BOX 117
SCOTT, LA 70583

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.57 |
|---|---|---|---|

**THOMAS RODOLFO SANDOVAL AND WIFE**
**MARIA T**
2416 BOSTON
LAREDO, TX 78043

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.88 |
|---|---|---|---|

**THOMAS SINGLETON**
P O BOX 630
PINE GROVE, LA 70453

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $413.17 |
|---|---|---|---|

**THOMAS W HASTER**
6017 CALENDER RD
ARLINGTON, TX 76001

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.37 |
|---|---|---|---|

**THOMAS WILLIAM MCCORKLE**
5839 PATILLO CIRCLE
ORANGE, TX 77630

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __White Oak Resources VI, LLC_____   Case number (if known) _____
 　　　　　　Name

| 3.322 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**THOMAS Z MCDANIEL**
**334 REGENCY CIR**
**DUBLIN, GA 31021-4341**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$280.27**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**THOMPSON PETROLEUM CORPORATION**
**PROFIT SHARING PLAN**
**325 N ST PAUL, STE 4300**
**DALLAS, TX 75201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$20.83**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TIARA MONIQUE JOHNSON**
**PO BOX 1212**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$43.29**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TIERRA OIL COMPANY LLC**
**P.O BOX 1220**
**JUPITER, FL 33468-1220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$4.62**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TIFFINE ANN GREEN ROCHA**
**2635 W. ROME AVE**
**ANAHEIM, CA 92804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$20.56**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TIM BONIN**
**2015 LIVE OAK DR**
**BRUSLY, LA 70719**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$4.55**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
Name

Case number (if known) _____

---

**3.323 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.22 |
|---|---|---|

**TIM G CHESTEEN**
**606 WASHINGTON ST**
**NATCHEZ, MS 39120**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.323 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.71 |
|---|---|---|

**TIM KANE**
**107 CABO DEL SOL CT.**
**AUSTIN, TX 78738-1708**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.323 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,811.22 |
|---|---|---|

**TIMOTHY J BROWN**
**1002 BUENA VISTA #4**
**SAN CLEMENTE, CA 92672**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.323 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.77 |
|---|---|---|

**TINA ALMOND**
**PO BOX 22097**
**BEAUMONT, TX 77720**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.323 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.29 |
|---|---|---|

**TINA LIBSACK**
**150 ELBOW CREEK ROAD**
**LIVINGSTON, MT 59047**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.323 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.57 |
|---|---|---|

**TINA M SINGLETON**
**928 CHERRY ST**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____
        Name                                          Case number (if known) _____

| 3.323 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.91 |
|---|---|---|---|

**TISHA OEHMKE**
**3405 TILDEN ST**
**BRENTWOOD, MD 20722-1323**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

| 3.324 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.60 |
|---|---|---|---|

**TMC ENERGY LLC**
**60O JEFFERSON STREET**
**SUITE 1500**
**LAFAYETTE, LA 70501**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

| 3.324 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.22 |
|---|---|---|---|

**TOBI JANE VOAN FRANKFATHER**
**812 PRINCETON HILLS DR.**
**BRENTWOOD, TN 37027**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

| 3.324 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.41 |
|---|---|---|---|

**TOBIAS ZAREMBER**
**RT 3 BOX 3PV HWY 359**
**LOS ALTOS SUBDIVISION**
**LAREDO, TX 78043**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

| 3.324 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,366.13 |
|---|---|---|---|

**TOBY A ZORTHIAN REVOCABLE TRUST**
**TOBY ZORTHIAN TRUSTEE**
**330 CARONDELET STREET**
**SUITE 400**
**NEW ORLEANS, LA 70130**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

| 3.324 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.55 |
|---|---|---|---|

**TODD LUCAS SCOTT**
**33501 HUMBLE RD**
**GUEYDAN, LA 70542**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

Debtor   **White Oak Resources VI, LLC**                          Case number (if known) _____
         Name

---

| 3.324 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TOM K WARD**
**2238 BOLSOVER**
**HOUSTON, TX 77005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.44**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TOM ROBERTSON**
**110 RED STREET**
**GRAY, LA 70359**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$19.22**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TOMAS J MORALES**
**& GUMERCINDA MORALES**
**3217 SAN EDUARDO**
**LAREDO, TX 78040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.02**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TOMMIE LEE WHITE**
**P.O. BOX 144**
**DUCK HILL, MS 38925**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$34.43**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TOMMIE SUE WEST**
**PO BOX 726**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$2.35**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TOMMY A SUBLETT**
**1525 VICTORIA DRIVE**
**NACOGDOCHES, TX 75965**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.04**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                                    Case number (if known) _____
_____
Name

| 3.325 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10.30 |

**TOMMY E SHEETS**
**7544 FM 1960 RD EAST #56**
**HUMBLE, TX 77346-3127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6.18 |

**TOMMY G BENSON**
**AND SHIRLEY BENSON**
**PO BOX 4**
**1021 HOUSTON ST,**
**CHINA, TX 77613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17.14 |

**TOMMY L SMITH**
**1545 STEVENS AVE., #A**
**SAN GABRIEL, CA 91776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9.42 |

**TOMMY LYNN JACKS SR**
**C/O ROY M JACKS**
**4645 SESSUMS ROAD**
**SILSBEE, TX 77656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,619.37 |

**TOMMY ROBERTS**
**P O BOX 305**
**DRIPPING SPRINGS, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34.57 |

**TONETTE COMEAUX BROWN**
**256 BUTLER DRIVE**
**AVONDALE, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

| | |
|---|---|
| **3.325 7** | |

**Nonpriority creditor's name and mailing address**
**TONI LYNN NELSON**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$810.96**

---

| | |
|---|---|
| **3.325 8** | |

**Nonpriority creditor's name and mailing address**
**TONYA LOUELLA SINGLETON**
**2540 NEW HOPE ROAD**
**GREENSBURG, LA 70441**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$11.71**

---

| | |
|---|---|
| **3.325 9** | |

**Nonpriority creditor's name and mailing address**
**TORY MORGAN**
**1830 COW RUN COURT**
**SCHRIEVER, LA 70395**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$2.26**

---

| | |
|---|---|
| **3.326 0** | |

**Nonpriority creditor's name and mailing address**
**TOTAL PETROCHEMICALS & REFINING USA**
**FKA FINA OIL AND CHEMICAL COMPANY**
**C/O KEAN MILLER LLP**
**400 CONVENTION ST SUITE 400**
**BATON ROUGE, LA 70802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.326 1** | |

**Nonpriority creditor's name and mailing address**
**TOTAL PUMP & SUPPLY, LLC**
**P. O. BOX 548**
**81109 AVENIDA LOS CIRCOS**
**CARENCRO, LA 70520**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$2,686.60**

---

| | |
|---|---|
| **3.326 2** | |

**Nonpriority creditor's name and mailing address**
**TPG ENTERPRISES LLC**
**850 BRULE GUILLOT RD**
**81109 AVENIDA LOS CIRCOS**
**THIBODAUX, LA 70301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1,786.02**

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.326 3**

**Nonpriority creditor's name and mailing address**
**TRACEY LYNN MOORE MCKINNEY**
**514 ASHMEDE CT**
**ARLINGTON, TX 76013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$17.57**

---

**3.326 4**

**Nonpriority creditor's name and mailing address**
**TRACEY WILLIAMS SMITH**
**11070 MEAD ROAD, APT 1406**
**BATON ROUGE, LA 70816**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$63.11**

---

**3.326 5**

**Nonpriority creditor's name and mailing address**
**TRACY ADAMS MCCUEN**
**401 METAIRIE ROAD**
**APT # 414**
**METAIRIE, LA 70005-4303**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$321.76**

---

**3.326 6**

**Nonpriority creditor's name and mailing address**
**TRACY B CANNING**
**1223 SHALOM DRIVE**
**MYRTLE BEACH, SC 29588**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$35.20**

---

**3.326 7**

**Nonpriority creditor's name and mailing address**
**TRACY COMEAUX**
**470 JACKSON AVE**
**NEW ORLEANS, LA 70130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$112.41**

---

**3.326 8**

**Nonpriority creditor's name and mailing address**
**TRACY LEGER MCCUTCHIN**
**3218 SAN SEBASTIAN**
**CARROLLTON, TX 75006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$7.18**

---

Debtor   **White Oak Resources VI, LLC**                          Case number (if known) _____
_____
Name

---

**3.3269**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **$11.74**

**TRACY LYNN CALLAHAN**
**8930 ROYAL ROAD**                                                  ■ Contingent
**KAPLAM, LA 70548**
                                                                    ■ Unliquidated

Date(s) debt was incurred __                                         ■ Disputed

Last 4 digits of account number __                                   Basis for the claim:  Liability of White Oak Operating Company LLC

                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3270**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **$0.42**

**TRACY RODDY GIONFRIDDO**
**23 CHURCHILL RD**                                                  ■ Contingent
**WETHERSFIELD, CT 06109**
                                                                    ■ Unliquidated

Date(s) debt was incurred __                                         ■ Disputed

Last 4 digits of account number __                                   Basis for the claim:  Liability of White Oak Operating Company LLC

                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3271**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

**TRANSCO EXPLORATION CO**
**C/O KEAN MILLER**                                                  ■ Contingent
**ATTN MARK A MARIONMEAUX**
**P O BOX 3513**                                                     ■ Unliquidated
**BATON ROUGE, LA 70821**
                                                                    ■ Disputed

Date(s) debt was incurred __                                         Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3272**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

**TREK RESOURCES INC**
**C/O GORDON ARATA MONTGOMERY**                                      ■ Contingent
**2021 ST CHARLES AVE 40TH FLOOR**
**NEW ORLEANS, LA 70170**                                            ■ Unliquidated

                                                                    ■ Disputed
Date(s) debt was incurred __
                                                                    Basis for the claim:  Liability of White Oak Operating Company, LLC
Last 4 digits of account number __
                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3273**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **$9.32**

**TRENT MADISE**
**1431 RAILROAD AVE**                                                ■ Contingent
**MORGAN CITY, LA 70380**
                                                                    ■ Unliquidated
Date(s) debt was incurred __
                                                                    ■ Disputed
Last 4 digits of account number __
                                                                    Basis for the claim:  Liability of White Oak Operating Company LLC

                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3274**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **$20.76**

**TRINA PHERICE MARIE MOORE**
**P O BOX 1477**                                                     ■ Contingent
**NATALBANY, LA 70451**
                                                                    ■ Unliquidated
Date(s) debt was incurred __
                                                                    ■ Disputed
Last 4 digits of account number __
                                                                    Basis for the claim:  Liability of White Oak Operating Company LLC

                                                                    Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.327 5**

**Nonpriority creditor's name and mailing address**

TRINDA WHEELER
921 RIDGEPOINT CT, APT 64
BATON ROUGE, LA 70810

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$15.64**

---

**3.327 6**

**Nonpriority creditor's name and mailing address**

TRINICE SANDERS
17219 RUSH TRACE COURT
HOUSTON, TX 77095

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$72.23**

---

**3.327 7**

**Nonpriority creditor's name and mailing address**

TROY COMEAUX
232 TRAVIS DRIVE
AVONDALE, LA 70094

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$34.57**

---

**3.327 8**

**Nonpriority creditor's name and mailing address**

TROY DALE EDWARDS
164 OKLAHOMA
NEW BRAUNFELS, TX 78130

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$471.30**

---

**3.327 9**

**Nonpriority creditor's name and mailing address**

TROY MADISE
1431 RAILROAD AVE
MORGAN CITY, LA 70380

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$9.32**

---

**3.328 0**

**Nonpriority creditor's name and mailing address**

TROY MCKINNEY
AND KIM MCKINNEY, AS JOINT TENANTS
P O BOX 795
COLLINSVILLE, TX 76233

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.17**

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.328**
**1**

**Nonpriority creditor's name and mailing address**

**TRUNK BAY ROYALTY PARTNERS LTD**
**PO BOX 671099**
**DALLAS, TX 75367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$40.73

---

**3.328**
**2**

**Nonpriority creditor's name and mailing address**

**TRUST FBO JUDITH L CHIARA**
**U/A 13**
**180 MAIDEN LANE**
**NEW YORK, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$51.48

---

**3.328**
**3**

**Nonpriority creditor's name and mailing address**

**TSCHETTER PROPERTIES LTD PLBT INC**
**P.O. BOX 1140**
**WILSON, WY 83014-1140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.03

---

**3.328**
**4**

**Nonpriority creditor's name and mailing address**

**TSGT FRED B STERLING JR**
**PO BOX 873**
**BELLVILLE, TX 77418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$4.74

---

**3.328**
**5**

**Nonpriority creditor's name and mailing address**

**TUC THI RODRIQUEZ**
**8907 WESTBRAE GARDENS COURT**
**HOUSTON, TX 77031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$2.47

---

**3.328**
**6**

**Nonpriority creditor's name and mailing address**

**TUPELO PROPERTIES LLC; MOLLY**
**CEPPETELLI, CO EXEC&MANAGER**
**203 LAURALI DRIVE**
**KENNETT SQUARE, PA 19348**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3,521.17

---

Debtor    **White Oak Resources VI, LLC**
_____     Case number (if known) _____
             Name

| 3.328 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TWYLA M WILLIAMS**
**4109 24TH PLACE**
**TEMPLE HILLS, MD 20748**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$67.25**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TYLER OEHMKE**
**70 CASSELMAN PLACE**
**CHULA VISTA, CA 91910**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$117.86**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TYRONE AARON**
**689 FERRY ROAD**
**COLUMBIANA, AL 35051**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$32.11**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TYRONE HEARD**
**149 AINSLEY DRIVE**
**THIBODAUX, LA 70301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$32.43**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TYRONE L RICHARDSON**
**P O BOX 377**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$44.61**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TYRRELL FARMS INC**
**C/O THOMAS P TYRRELL**
**1788 OBRIEN AVE.**
**CLARION, IA 50525**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$63.07**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**                            Case number *(if known)* _____
_____
Name

| 3.329 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**3.329 3**

**Nonpriority creditor's name and mailing address**
**U.S. SPECIALTY INSURANCE CO**
**801 S. FIGUEROA ST., SUITE 700**
**LOS ANGELES, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **All accounts, general intangibles, good, inventory, deposit accounts and proceeds, etc.**

**Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329 4**

**Nonpriority creditor's name and mailing address**
**UNCLAIMED PROPERTY DIVISION**
**F/A/O MARY TOHILL GUSSIO**
**P.O. BOX 12019**
**AUSTIN, TX 78711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$5.95**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329 5**

**Nonpriority creditor's name and mailing address**
**UNCLAIMED PROPERTY SECTION**
**F/A/O HOPSON FAMILY TRUST**
**P.O. BOX 12019**
**AUSTIN, TX 78711-2019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$1.68**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329 6**

**Nonpriority creditor's name and mailing address**
**UNIDENTIFIED OWNERS-SWEET LAKE LAND #1**
**ADDRESS UNKNOWN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$1,423.19**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329 7**

**Nonpriority creditor's name and mailing address**
**UNITED INDEPENDENT SCHOOL DISTRICT**
**MONICA MADRIGAL, RTA**
**3501 E. SAUNDERS**
**Laredo, TX 78041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329 8**

**Nonpriority creditor's name and mailing address**
**UNKNOWN OWNER, LAS CIENEGAS LEASE 15825 09**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$1,680.08**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**
     Name

Case number (*if known*) _____

---

| 3.329 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38,128.71** |
|---|---|---|---|

**UNKNOWN OWNERSHIP**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.54** |
|---|---|---|---|

**UPLAND ENERGY INC.**
**P. O. BOX 2955**
**VICTORIA, TX 77902**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.75** |
|---|---|---|---|

**UPSTREAM ENERGY INC**
**1109 GRAND BOIS RD**
**BREAUX BRIDGE, LA 70517**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$115.79** |
|---|---|---|---|

**URUSLA RAFER**
**5255 MONTEREY CIRCLE UNIT #73**
**DELRAY BEACH, FL 33484**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$115,195.12** |
|---|---|---|---|

**USA COMPRESSION PARTNERS, LP**
**PO BOX 974206**
**DALLAS, TX 75397-4206**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.60** |
|---|---|---|---|

**VALERIE MCGUIN**
**134 MCGUIN COURT**
**GRAY, LA 70359**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.330 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VALERIE W SMITH TRUST**
**U/W LAWRENCE M WILLIAMS**
**PO BOX 13495**
**ARLINGTON, TX 76094-0929**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1,893.50

---

| 3.330 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VALLI ABEL**
**4808 TURQUESA DR.**
**SPICEWOOD, TX 78669**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$6.49

---

| 3.330 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VAN METER LLC**
**C/O THE VM PARTNERSHIP LLLP**
**6940 SOUTH HOLLY CIRCLE, #110**
**CENTENNIAL, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$467.40

---

| 3.330 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VAN OLIVER**
**3429 SOUTHWESTERN BLVD**
**DALLAS, TX 75225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$1.32

---

| 3.330 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VANESSA MOORE**
**103 WHITE STREET**
**HAMMOND, LA 70403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$3.86

---

| 3.331 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VAQUILLAS UNPROVEN MINERALS LTD**
**5810 SAN BERNARDO AVE, STE 101**
**LAREDO, TX 78041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

$84.96

---

Debtor   **White Oak Resources VI, LLC**                                Case number (if known) _____
         Name

| 3.331 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**VAST OIL INC**
**ATTN LEGAL DEPARTMENT**
**C/O REGISTERED AGENTS INC**
**201 RUE BEAUEGARD SUITE 202**
**LAFAYETTE, LA 70508**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.33** |
|---|---|---|---|

**VE PARTNERS LP**
**P O BOX 18380**
**GOLDEN, CO 80402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.77** |
|---|---|---|---|

**VELMA L BRYAN**
**700 W 40TH ST**
**KESWICK HOME C-254**
**BALTIMORE, MD 21211**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$487.05** |
|---|---|---|---|

**VELMA P. FOUX**
**P. O. BOX 193**
**CHINA, TX 77613**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.85** |
|---|---|---|---|

**VELMA SLOANE CANNON**
**BOX 833**
**DEQUINCY, LA 70633**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.20** |
|---|---|---|---|

**VENABLE ROYALTY LTD**
**PO BOX 171**
**TYLER, TX 75710-0171**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.331 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VERA ALLEN ELDER**
**875 ELGIE**
**BEAUMONT, TX 77705**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$9.47

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VERMILION PARISH TAC**
**VERMILION PH. SHERIFF OFFICE**
**P. O. BOX 307**
**Abbeville, LA 70511-0307**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VERMILION SHELL & LIMESTONE CO, INC.**
**P. O. DRAWER 130**
**2304 ARABELLE ST**
**ABBEVILLE, LA 70511-0130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$894.61

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VERNAL GAUTREAUX**
**6232 SAGEBRUSH RD**
**ORANGE, TX 77632-9605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$9.97

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VESTA LP**
**ATTN: HARA HUNT**
**PO BOX 554**
**CLIFTON, TX 76634**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.12

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VIANN OWENS DUNCAN**
**4522 OCEAN VIEW BLVD**
**LA CANADA, TX 91011**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

$10.57

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                          Case number (if known) _____
Name

---

| 3.332<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.01** |
|---|---|---|---|

**VICENTE SALINAS**
**& SANTIAGA SALINAS**
**312 LUCAS**
**PALACIOS, TX 77465**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112.40** |
|---|---|---|---|

**VICKIE LEE SMALL**
**330 JULIA STREET #211**
**NEW ORLEANS, LA 70130**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.47** |
|---|---|---|---|

**VICTOR K SCHROEDER JR**
**P.O. BOX 711**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$772.86** |
|---|---|---|---|

**VICTOR MEYER**
**2511 ESPLANADE AVE**
**NEW ORLEANS, LA 70119**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**VICTORIA COUNTY TAC**
**RENA SCHERER**
**P O BOX 2569**
**Victoria, TX 77902-2569**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.99** |
|---|---|---|---|

**VICTORIA HENDRICKS**
**3305 STARDUST DR.**
**AUSTIN, TX 78757**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.332 9**

**Nonpriority creditor's name and mailing address**
**VICTORIA RAE VANDERPOOL**
**3516 BROOKLINE LANE**
**FARMERS BRANCH, TX 75234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$292.58**

---

**3.333 0**

**Nonpriority creditor's name and mailing address**
**VICTORIA TRADING CO LLC**
**P. O. BOX 1077**
**EDINBURG, TX 78540-1077**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$5.91**

---

**3.333 1**

**Nonpriority creditor's name and mailing address**
**VIDA CAROLYN BARTLETT ROBERTSON**
**3766 ANTHONY FERRY RD**
**SULPHUR, LA 70663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$2.86**

---

**3.333 2**

**Nonpriority creditor's name and mailing address**
**VINCENT M GORDON**
**deceased, lka**
**7510 PETREA LANE**
**CHARLOTTE, NY 28227**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$648.99**

---

**3.333 3**

**Nonpriority creditor's name and mailing address**
**VINSON & ELKINS LLP**
**PO BOX 301019**
**DALLAS, TX 75303-1019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$511,659.90**

---

**3.333 4**

**Nonpriority creditor's name and mailing address**
**VIOLA ENDERLE**
**C/O TX UNCL PROP RPTG SYS-EFT**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$466.69**

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.3335**

**Nonpriority creditor's name and mailing address**

**VIOLET POTTER WILSON**
**ADDRESS UNKNOWN**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$183.33**

---

**3.3336**

**Nonpriority creditor's name and mailing address**

**VIRGINIA A RENER**
**215 ST PATRICK STREET**
**HOUMA, LA 70364**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$40.47**

---

**3.3337**

**Nonpriority creditor's name and mailing address**

**VIRGINIA ANN BEAVERS**
**111 GOOSE ISLAND DRIVE**
**GEORGETOWN, TX 78633**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1.79**

---

**3.3338**

**Nonpriority creditor's name and mailing address**

**VIRGINIA ANN WILSON RYAN**
**PO BOX 815**
**BIG SPRING, TX 79721**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$10.57**

---

**3.3339**

**Nonpriority creditor's name and mailing address**

**VIRGINIA BAIRD RUDDOCK**
**2599 PLANK ROAD**
**NORTH GARDEN, VA 22959-2417**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6.65**

---

**3.3340**

**Nonpriority creditor's name and mailing address**

**VIRGINIA GAJA RODRIGUEZ**
**C/O LYDIA DE MONTANO**
**30 ALVARADO AVE.**
**RANCHO VIEJO, TX 78575**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1,469.87**

---

Debtor  **White Oak Resources VI, LLC**

Name

Case number (if known) _____

---

| 3.334 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64.84 |

**VIRGINIA HALFACRE GEORGE**
P. O. BOX 542281
MERRITT ISLAND, FL 32954-2281

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.01 |

**VIRGINIA K AYRES TUA FBO LYDDIA ISGITT,**
TOBE LEONARD, TRUSTEE
8205 THORNWOOD ROAD
LOUISVILLE, KY 40220

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.02 |

**VIRGINIA K AYRES TUA FBO TIERNEY AYRES, TOBE LEONARD, TRUSTEE**
8205 THORNWOOD ROAD
LOUISVILLE, KY 40220

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5.84 |

**VIRGINIA KYLE HERRERA**
207 STEINER ROAD
LAFAYETTE, LA 70508

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.07 |

**VIRGINIA PAREDES**
RT3 BOX 115 LOSALTOS
LAREDO, TX 78043

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.30 |

**VIRGINIA S ALFRED**
TRUSTEE, THE ALFRED FAMILY TR
6765 CORPORATE BLVD, APT 7306
BATON ROUGE, LA 70809

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __White Oak Resources VI, LLC_____     Case number (if known) _____
           Name

| 3.334 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13.23 |

**VIRGINIA WILLIAMSON HATHEWAY**
**BY ELIZABETH CHEESBOROUGH, A-AIF**
**C/O MARIAN RIETH**
**122 CLARK LAKE RD.**
**DURHAM, NC 27707**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.18 |

**VIVIAN & VALERIE ALMEIDA TRUST**
**PO BOX 2726**
**LAREDO, TX 78044**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.16 |

**VIVIAN ARCENEAUX TULLOS**
**112 CHERBOURG CIR**
**LAFAYETTE, LA 70508**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,026.49 |

**VIVIAN BREAUX FLECKENSTEIN**
**UNKNOWN**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $89.31 |

**VIVIAN BREAUX RESOURCES LLC**
**% CAROLE & JOHN ECKERT**
**7 GLENWOOD DRIVE**
**OIL CITY, PA 16301**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17.04 |

**VIVIAN PEAL PILS**
**1801 BELLAMAH AVE NW #308**
**ALBUQUERQUE, NM 87104**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Liability of White Oak Operating Company LLC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**
_____    Case number (if known) _____
          Name

---

| 3.335.3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.20** |
| **VOLNEY R MCMANUS**<br>**1704 EDGEWOOD**<br>**LIBERTY, TX 77575** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.335.4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.57** |
| **VONTERRANCE COMEAUX JONES**<br>**232 TRAVIS DRIVE**<br>**AVONDALE, LA 70094** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.335.5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.19** |
| **VTF INC**<br>**P.O. BOX 503**<br>**MUENSTER, TX 76252** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.335.6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.63** |
| **W C CARTER**<br>**2567 RIATA LANE**<br>**HOUSTON, TX 77043-1833** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.335.7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.66** |
| **W C MCCLAIN**<br>**325 12 THOMPSON ST**<br>**CONROE, TX 77301** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.335.8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.29** |
| **W DEAN CHILCOAT VENTURES LTD**<br>**303 ANGUS**<br>**VICTORIA, TX 77904** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.335 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

W G WALLEY JR
819 BEAUMONT SAVINGS BLDG
BEAUMONT, TX 77701

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$174.05**

---

| 3.336 0 |
|---|

**Nonpriority creditor's name and mailing address**

W P CLAYTON
RT 1 BOX 714
EUNICE, LA 70535

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$7.13**

---

| 3.336 1 |
|---|

**Nonpriority creditor's name and mailing address**

W T ROBINSON
1131 PATRICIA DR
BOSSIER CITY, LA 71162

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$1.41**

---

| 3.336 2 |
|---|

**Nonpriority creditor's name and mailing address**

W. L. BORDAGES
1266 HARRIOT
BEAUMONT, TX 77705

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.97**

---

| 3.336 3 |
|---|

**Nonpriority creditor's name and mailing address**

WADE FINLEY SR
400 FINLEY LANE
LONOKE, AR 72086

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$24.65**

---

| 3.336 4 |
|---|

**Nonpriority creditor's name and mailing address**

WALDEN FAMILY TR
MARY WALDEN INDV/CO TRST
MARY GRAYSON WALDEN, CO TTEE
11553 S FLOWER MOUND WAY
PARKER, CO 80134

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$0.18**

---

Debtor   **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

---

**3.336 5**

**Nonpriority creditor's name and mailing address**
**WALKING X INC**
**PO BOX 175**
**WHITE FACE, TX 79379**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$10.21

---

**3.336 6**

**Nonpriority creditor's name and mailing address**
**WALKING X INC PARTNERSHIP III**
**PO BOX 175**
**WHITEFACE, TX 79379**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$7.54

---

**3.336 7**

**Nonpriority creditor's name and mailing address**
**WALLACE BAILEY**
**610 GROVE STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$7.49

---

**3.336 8**

**Nonpriority creditor's name and mailing address**
**WALLACE MOORE JR**
**709 WASHINGTON DR**
**HAMMOND, LA 70401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$3.86

---

**3.336 9**

**Nonpriority creditor's name and mailing address**
**WALTER D HASTER, JR**
**2805 N 42ND ST**
**WACO, TX 76710-2103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$271.35

---

**3.337 0**

**Nonpriority creditor's name and mailing address**
**WALTER G STERLING EST TRST**
**RUTH D STERLING TRUSTEE**
**1339 LEHMAN ST**
**HOUSTON, TX 77018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$23.68

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.337**
**1**

**Nonpriority creditor's name and mailing address**
**WALTER LEWIS SR**
**2825 VICTORIA ST APT #2**
**BEAUMONT, TX 77701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$194.72**

---

**3.337**
**2**

**Nonpriority creditor's name and mailing address**
**WALTER S COLLINS JR**
**10 HOUSTON ST**
**HOUMA, LA 70360**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$268.78**

---

**3.337**
**3**

**Nonpriority creditor's name and mailing address**
**WALTER W CHURCH**
**613 MORNINGSIDE DRIVE**
**SAN ANTONIO, TX 78209**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$3.97**

---

**3.337**
**4**

**Nonpriority creditor's name and mailing address**
**WANDA DESCHNER**
**VIALE OPITA OPPIO 46/A**
**ROMA**
**ITALY, DE 00174**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$6,409.70**

---

**3.337**
**5**

**Nonpriority creditor's name and mailing address**
**WANDA E T FARMER**
**RT 4 BOX 25**
**TERRELL, TX 75160**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$4.23**

---

**3.337**
**6**

**Nonpriority creditor's name and mailing address**
**WANDA KENDRICK**
**1215 GRETCHEN LANE**
**BOSSIER CITY, LA 71112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

**$2.33**

---

Debtor   **White Oak Resources VI, LLC**                    Case number (if known) _____
         Name

---

**3.337 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **WARD N ADKINS JR**<br>**5519 TUPPER LAKE**<br>**HOUSTON, TX 77056** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$124.56**

---

**3.337 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **WARDELL JOHNSON**<br>**487 KARLA DRIVE**<br>**THIBODAUX, LA 70301** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$10.82**

---

**3.337 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **WARDELL ROBERTS**<br>**4045 BAYOU BLACK DRIVE**<br>**HOUMA, LA 70360** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$51.91**

---

**3.338 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **WARNER DALE THAMM**<br>**& JANET THAMM**<br>**522 CABANA**<br>**VICTORIA, TX 77901** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$0.57**

---

**3.338 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **WARREN B LEACH**<br>**1437 BERING DR**<br>**HOUSTON, TX 77057** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$12.62**

---

**3.338 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **WARREN JOHN GUIDRY**<br>**321 MONTROSE AVE**<br>**LAFAYETTE, LA 70503** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$0.66**

---

Debtor      **White Oak Resources VI, LLC**                          Case number (if known) _____
            _____
            Name

| 3.338 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $519.03 |

**3.338 3**

Nonpriority creditor's name and mailing address

**WARREN JOINER LAJEUNE JR**
**1421 ELYSIN FIELDS AVE**
**NEW ORLEANS, LA 70117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$519.03

---

**3.338 4**

Nonpriority creditor's name and mailing address

**WARREN L STERN**
**AND SYLVIA W. STERN**
**816 FERN STREET**
**NEW ORLEANS, LA 70118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$0.89

---

**3.338 5**

Nonpriority creditor's name and mailing address

**WARREN MCGUIN JR**
**134 MCGUIN COURT**
**GRAY, LA 70359**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$3.62

---

**3.338 6**

Nonpriority creditor's name and mailing address

**WARREN TYLER**
**129 CANCIENNE RD, LOT F**
**NAPOLEONVILLE, LA 70390**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$3.86

---

**3.338 7**

Nonpriority creditor's name and mailing address

**WARREN VENTURES LTD**
**808 W WALL ST**
**MIDLAND, TX 79701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$42.00

---

**3.338 8**

Nonpriority creditor's name and mailing address

**WASHINGTON & LEE UNIVERSITY**
**C/O OFFICE OF COMPTROLLER**
**33 WASHINGTON N HALL**
**LEXINGTON, VA 24450**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No  ☐ Yes

$6.42

---

Debtor   **White Oak Resources VI, LLC**
_____     Case number (if known) _____
Name

| 3.338 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3.15 |
|---|---|---|---|

**WATKINS ROYALTIES, LLC**
**P.O. BOX 8929**
**MIDLAND, TX 79708**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5.96 |
|---|---|---|---|

**WAYNE A FIELDS**
**& PATRICIA FIELDS, JT TENANTS**
**PO BOX 21468**
**TULSA, OK 74121-1468**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40.05 |
|---|---|---|---|

**WAYNE HENDERSON JR**
**123 LEIGHTON QUARTER COURT RD**
**THIBODAUX, LA 70301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31.17 |
|---|---|---|---|

**WAYNE J AVANT JR**
**111 BILLEAUD LANE**
**LAFAYETTE, LA 70506**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.24 |
|---|---|---|---|

**WAYNE JUDE LEMAIRE**
**11824 LA HWY 3093**
**KAPLAN, LA 70548**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2.26 |
|---|---|---|---|

**WAYNE MORGAN**
**617 ST CHARLES STREET, APT #2**
**THIBODAUX, LA 70301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

---

**3.339
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**WEBB C.I.S.D.**
**SARA GARZA TAC**          ■ Contingent
**P. O. 206**                ■ Unliquidated
**Bruni, TX 78344-0206**     ■ Disputed

Date(s) debt was incurred _          Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.339
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**WEBB COUNTY TAX ASSESSOR**
**PATRICIA A BARRERA RTA**    ■ Contingent
**P O BOX 420128**           ■ Unliquidated
**Laredo, TX 78042-0128**    ■ Disputed

Date(s) debt was incurred _          Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.339
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$16,175.00**

**WEEKS ENVIRONMENTAL LLC**
**P. O. BOX 1169**           ■ Contingent
**PREMONT, TX 78375**        ■ Unliquidated
                             ■ Disputed

Date(s) debt was incurred _          Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.339
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**WEISER-BROWN OPERATING CO**
**P.O. BOX 500**             ■ Contingent
**MAGNOLIA, AR 71754-0500**  ■ Unliquidated
                             ■ Disputed

Date(s) debt was incurred _          Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.339
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$50.63**

**WELDON LEGER FAMILY TRUST**
**P. O. BOX 548**            ■ Contingent
**CHINA, TX 77613**          ■ Unliquidated
                             ■ Disputed

Date(s) debt was incurred _          Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.340
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.16**

**WELDON W WHISENANT**
**129 DANUBE**               ■ Contingent
**SAN ANTONIO, TX 78213**    ■ Unliquidated
                             ■ Disputed

Date(s) debt was incurred _          Basis for the claim:  Liability of White Oak Operating Company LLC

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number (if known) _____
        Name

| 3.340<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.69** |
|---|---|---|---|

**WENDELL COLE**
**302 ST. CHARLES BYPASS ROAD**
**THIBODAUX, LA 70301**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.340<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.49** |
|---|---|---|---|

**WENDELL PAUL CHEEK**
**23415 MAHOGANY**
**KAPLAN, LA 70548**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.340<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.80** |
|---|---|---|---|

**WENDELL ROBERT**
**2022 SAINT PAUL CHURCH RD**
**BROOKVILLE, MS 39739**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.340<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,419.46** |
|---|---|---|---|

**WENDLER, PLLC**
**820 GESSNER RD**
**SUITE 650**
**HOUSTON, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.340<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.62** |
|---|---|---|---|

**WENDY MCGUIN**
**144 CREST VIEW COURT**
**SCHRIEVER, LA 70395**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.340<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.41** |
|---|---|---|---|

**WENTZ PRODUCTION LLC**
**P.O. BOX 834**
**DAVIS, OK 73030**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.340 7**

**Nonpriority creditor's name and mailing address**
**WES WINN**
**P O BOX 7**
**BAYTOWN, TX 77522**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$3.79

---

**3.340 8**

**Nonpriority creditor's name and mailing address**
**WESTAN INC**
**3771 HIGHGROVE DR.**
**DALLAS, TX 75220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$2.80

---

**3.340 9**

**Nonpriority creditor's name and mailing address**
**WESTERN HARBOR ASSOCIATES, LLC**
**C/O ARTHUR F DUC MUSARRA**
**468 LEBRUN RD**
**AMHERST, NY 14226-4217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$0.45

---

**3.341 0**

**Nonpriority creditor's name and mailing address**
**WHARTON COUNTY TAX A/C**
**PATRICK L KUBALA TAC**
**P O BOX 189**
**Wharton, TX 77488**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.341 1**

**Nonpriority creditor's name and mailing address**
**WHITAKER F RIGGS IV**
**2618 NORTH PEREGRINE PLACE**
**BOISE, ID 83702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$946.72

---

**3.341 2**

**Nonpriority creditor's name and mailing address**
**WHITE OAK RESOURCES VI, LLC**
**16945 NORTHCHASE DR**
**STE 1700**
**Houston, TX 77060**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

$8,466,097.23

---

Debtor   **White Oak Resources VI, LLC**                    Case number (if known) _____
         Name

---

| 3.341 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WHITING OIL AND GAS CORP**
**1700 BROADWAY, STE 2300**
**DENVER, CO 80290**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**$50.36**

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WHITING PETROLEUM CORP**
**C/O CT CORPORATION SYSTEM**
**5615 CORPORATE BLVD SUITE 400B**
**BATON ROUGE, LA 70808**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Unknown**

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WHITNEY MADISE**
**21725 MOBLEY FARM DRIVE**
**LAYTONSVILLE, MD 20882**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**$96.33**

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WHITNEY RANK**
**17013 BLUEWATER LN**
**HUNTINGTON BEACH, CA 91720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**$162.94**

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WHYKINA SHORT**
**P O BOX 1472**
**GRAY, LA 70359**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**$4.43**

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**WILBERT GRANGER SR**
**215 ARIZONA STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**$389.22**

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **White Oak Resources VI, LLC**
_____
Name

Case number (if known) _____

---

| 3.341 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.08** |

**WILBERT JOHNSON**
**237 HWY 1014**
**NAPOLEONVILLE, LA 70390**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.96** |

**WILBERT SINGLETON III**
**406 LEONA STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.13** |

**WILBUR E ANDING**
**PO BOX 63**
**MONROE CITY, TX 77579**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.92** |

**WILFRED FORET JR**
**110 PELTIER DRIVE**
**RACELAND, LA 70394**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.19** |

**WILHELMINA E BURCH**
**200 E COWAN DR**
**HOUSTON, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$78.96** |

**WILL RAY LOVELESS**
**6210 FM 765 W**
**PAINT ROCK, TX 76866-3806**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____

Name

---

**3.342 5**

**Nonpriority creditor's name and mailing address**

**WILLA PETERS HUBBERD TRUST**
**FALCON INTL BANK, TTE**
**19230 STONE OAK PARKWAY**
**SAN ANTONIO, TX 78258**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$42.84**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342 6**

**Nonpriority creditor's name and mailing address**

**WILLETTE MORGAN**
**1400 MARTIN LUTHER KING DR, APT #14**
**THIBODAUX, LA 70301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$12.30**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342 7**

**Nonpriority creditor's name and mailing address**

**WILLIAM A AUSTIN III**
**ROUTE 1 BOX 196**
**BOONTON, NJ 07005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$35.21**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342 8**

**Nonpriority creditor's name and mailing address**

**WILLIAM A HOPKINS**
**3701 B OCEAN AVENUE**
**BRIGANTINE, NJ 08203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$18.90**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342 9**

**Nonpriority creditor's name and mailing address**

**WILLIAM A LANG**
**1014 BRIAR RIDGE DRIVE**
**HOUSTON, TX 77057-1126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$14.56**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343 0**

**Nonpriority creditor's name and mailing address**

**WILLIAM AARON**
**2236 LAUREL VALLEY DRIVE**
**LAPLACE, LA 70068**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$173.04**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**
     Name

Case number *(if known)*

---

**3.343**
**1**

**Nonpriority creditor's name and mailing address**

**WILLIAM ANDREW GILLIN TRUST**
**C/O WILLIAM D JORDAN, TTEE**
**17300 NORTH DALLAS PKWY**
**SUITE 2050**
**DALLAS, TX 75248**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$3.30

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.343**
**2**

**Nonpriority creditor's name and mailing address**

**WILLIAM ARNOLD GOWDER JR**
**P.O. BOX 30937**
**ANAHEIM, CA 92809-0231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$0.79

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.343**
**3**

**Nonpriority creditor's name and mailing address**

**WILLIAM ASHTON KYLE**
**P O BO 10911**
**NEW IBERIA, LA 70562**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$5.84

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.343**
**4**

**Nonpriority creditor's name and mailing address**

**WILLIAM B FUHRER**
**1438 OLD SPANISH TRAIL**
**BERWICK, LA 70342**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$539.97

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.343**
**5**

**Nonpriority creditor's name and mailing address**

**WILLIAM B LAWTON FAMILY PTSHIP ET AL**
**C/O MUDD BRUCHHAUS & KEATING LLC**
**422 E COLLEGE ST SUITE B**
**LAKE CHARLES, LA 70605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.343**
**6**

**Nonpriority creditor's name and mailing address**

**WILLIAM B. HOPSON, III &**
**MARJORIE C. HOPSON, LIFE TENANT**
**325 CONEJOS STREET**
**GRANBURY, TX 76048**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$1.60

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Liability of White Oak Operating Company LLC**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor **White Oak Resources VI, LLC**                    Case number (if known) _____
_____
Name

---

| 3.343 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WILLIAM B. MILLER, JR.,TTEE**
**19 ERBA LANE**
**SCOTTS VALLEY, CA 95066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $25.14

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WILLIAM BERNHARD TRUST 12**
**WILLIAM L. BERNHARD, ROBERT A**
**BERNHARD &**
**LAWRENCE BUTTENWIESER TRUSTEES**
**775 PARK AVENUE**
**NEW YORK, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $22.14

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WILLIAM BLAKE LARUE**
**PO BOX 3306**
**HOMER, AK 99603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $45.82

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WILLIAM BRES JR**
**C/O TEXAS UNCLAIMED PROPERTY**
**P.O. BOX 12019**
**AUSTIN, TX 78711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1.81

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WILLIAM CHRISTIAN CHUMNEY**
**702 E MAIN ST**
**BRONTE, TX 76933-2009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $18.35

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**WILLIAM E REES**
**555 COUNTY ROAD 505**
**MOUNTAIN HOME, AR 72653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1.79

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.344<br>3 | **$335.84** |

**Nonpriority creditor's name and mailing address**

**WILLIAM FRANK HAYNES**
**AND KATHERINE C HATNES**
**P. O. BOX 324**
**CHINA, TX 77613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.344<br>4 | **Unknown** |

**Nonpriority creditor's name and mailing address**

**WILLIAM G HELIS ESTATE**
**C/O TAYLOR PORTER ET AL**
**ATTN EDWARD D HUGHES**
**P O BOX 2471**
**BATON ROUGE, LA 70821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.344<br>5 | **$141.17** |

**Nonpriority creditor's name and mailing address**

**WILLIAM H GREEN**
**11152 WESTHEIMER RD**
**PMB 520**
**HOUSTON, TX 77042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.344<br>6 | **$0.51** |

**Nonpriority creditor's name and mailing address**

**WILLIAM HAROLD ARTHUR LEGACY**
**TRUST**
**322 BOERNE STAGE AIRFIELD**
**BOERNE, TX 78006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.344<br>7 | **$57.41** |

**Nonpriority creditor's name and mailing address**

**WILLIAM HOLDEN FROST**
**247 PRIMERA DR.**
**SAN ANTONIO, TX 78212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.344<br>8 | **$1.53** |

**Nonpriority creditor's name and mailing address**

**WILLIAM HOWARD CLAYTON**
**621 G**
**RAYNE, LA 70578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                         Case number (if known) _____
_____
Name

---

**3.3449**

**Nonpriority creditor's name and mailing address**

**WILLIAM IVEY NEXSEN III**
**1206 FULTON AVENUE**
**KINGSTREE, SC 29556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$16.21**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3450**

**Nonpriority creditor's name and mailing address**

**WILLIAM JOHNSON**
**P O BOX 180**
**PLATTENVILLE, LA 70393**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$5.08**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3451**

**Nonpriority creditor's name and mailing address**

**WILLIAM K YOUNG JR TRUST**
**C/O BANK OF AMERICA, TRUSTEE**
**PO BOX 840738**
**DALLAS, TX 75284**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$78.47**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3452**

**Nonpriority creditor's name and mailing address**

**WILLIAM KING STUBBS JR**
**600 LOG HOUSE FARM LANE**
**BEDFORD, KY 40006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$82.54**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3453**

**Nonpriority creditor's name and mailing address**

**WILLIAM L BERNHARD**
**775 PARK AVENUE**
**NEW YORK, NY 10021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$17.74**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3454**

**Nonpriority creditor's name and mailing address**

**WILLIAM L HOLLAND**
**SP**
**157 PINE ROCK ROAD**
**WINDER, GA 30680**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                         **$51.25**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____
Name                                                          Case number (if known) _____

---

| 3.345 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.12** |
| **WILLIAM L WELCH** **11026 WORTHAM BLVD** **HOUSTON, TX 77065** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.345 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
| **WILLIAM LEE JANNISE** **P. O. BOX 99** **CHINA, TX 77613-0099** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.345 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.64** |
| **WILLIAM M HOFFPAUIR** **134A STEINER RD** **LAFAYETTE, LA 70508-6002** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.345 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.32** |
| **WILLIAM M MARKS JR** **PO BOX 83666** **BATON ROUGE, LA 70884** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.345 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.58** |
| **WILLIAM NEEL MAYO TRUST** **WILLIAM NEEL MAYO TRUSTEE** **278 WEST SAN ANTONIO STREET** **NEW BRAUNFELS, TX 78130** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.346 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.08** |
| **WILLIAM R ECHOLS III PERSONAL REP** **OF ESTATE OF ROY ECHOLS JR** **1801 W. 10TH ST.** **SIOUX FALLS, SD 57104** | ■ Contingent ■ Unliquidated ■ Disputed | |
| Date(s) debt was incurred __ Last 4 digits of account number __ | Basis for the claim:  Liability of White Oak Operating Company LLC | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.346 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.06 |

**WILLIAM R YODER**
**C/O HACIENDA FORD**
**3010 W UNIVERSITY DR**
**EDINBURG, TX 78539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.88 |

**WILLIAM ROURKE JR**
**MARY & WILLIAM ROURKE JR,FAMTR TTS**
**TRUST DATED 4/30/09**
**P. O. BOX 390660**
**KEAUHOU, HI 96739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.25 |

**WILLIAM S PITTMAN III**
**1021 MCCLENDON DR.**
**TALLAHASSEE, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,224.02 |

**WILLIAM S TYRRELL SP**
**400 MOUNT AUBURN ST**
**CAIMBRIDGE, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.87 |

**WILLIAM STUART WITMER**
**2301 FOUNTAINVIEW DR #12**
**HOUSTON, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.346 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.33 |

**WILLIAM T COWART**
**511 MILL PLACE CT**
**SUGAR LAND, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **White Oak Resources VI, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.346 7**

**Nonpriority creditor's name and mailing address**

**WILLIAM THOMAS BEAVERS**
P. O. BOX 156
CHINA, TX 77613

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2.19

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346 8**

**Nonpriority creditor's name and mailing address**

**WILLIAM TRAVIS BOSQUET**
9432 SHARLA DR
RIVER RIDGE, LA 70123

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.20

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346 9**

**Nonpriority creditor's name and mailing address**

**WILLIAM WATSON STRAUB**
237 WHITEMARSH ROAD
ARDMORE, PA 19003

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$5.57

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347 0**

**Nonpriority creditor's name and mailing address**

**WILLIAM WESLEY SR**
128 RED ST
GRAY, LA 70359

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$12.86

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347 1**

**Nonpriority creditor's name and mailing address**

**Williams Inc.**
107 McGee Drive
Patterson, LA 70392

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Surety Bond

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347 2**

**Nonpriority creditor's name and mailing address**

**WILLIAMS LAND COMPANY LLC**
330 CARONDELET ST.
SUITE 400
NEW ORLEANS, LA 70130

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$9,183.72

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **White Oak Resources VI, LLC**                                    Case number *(if known)* _____
          Name

| 3.347 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $76.78 |

**WILLIARD J FOLEY JR**
**P O BOX 7**
**NAPOLEONVILLE, LA 70390**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $116.75 |

**WILLIARD WIGGINS**
**6573 BELVIN DRIVE**
**MACON, GA 31216**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.47 |

**WILLIE BAILEY**
**3514 STELLA RD**
**BROOKSHIRE, TX 77432**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22.27 |

**WILLIE HENDERSON**
**P O BOX 561**
**GIBSON, LA 70356**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $116.22 |

**WILLIE L AUSTIN**
**2700 WHITNEY AVE APT#663**
**HARVEY, LA 70058**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.347 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $124.54 |

**WILLIE LEE MOORE**
**P O BOX 244**
**NATALBANY, LA 70451**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.347 9 | **Nonpriority creditor's name and mailing address**<br>**WILLIE MAE WILSON HAYDON**<br>**PO BOX 5**<br>**DRIPPING SPRINGS, TX 78620**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.07** |

| | | |
|---|---|---|
| 3.348 0 | **Nonpriority creditor's name and mailing address**<br>**WILLIE MAXIE**<br>**14540 BEEKMAN RD**<br>**NEW ORLEANS, LA 70128**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No ☐ Yes | **$10.71** |

| | | |
|---|---|---|
| 3.348 1 | **Nonpriority creditor's name and mailing address**<br>**WILLIE MORGAN JR**<br>**715 KIWI STONE CIR**<br>**JACKSONVILLE, NC 28546**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No ☐ Yes | **$12.30** |

| | | |
|---|---|---|
| 3.348 2 | **Nonpriority creditor's name and mailing address**<br>**WILLIE WATSON JR**<br>**3230 BOYNTON DR**<br>**HOUSTON, TX 77045**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No ☐ Yes | **$173.09** |

| | | |
|---|---|---|
| 3.348 3 | **Nonpriority creditor's name and mailing address**<br>**WILLIS NOLAND TESTAMENTARY TR**<br>**FBO AMANDA NOLAND/L LANGLEY TS**<br>**205 W. COLLEGE STREET**<br>**LAKE CHARLES, LA 70605-1625**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No ☐ Yes | **$795.48** |

| | | |
|---|---|---|
| 3.348 4 | **Nonpriority creditor's name and mailing address**<br>**WILLORA LAIDACKER TRUST**<br>**GARY LAIDACKER, TRUSTEE**<br>**437 HACKBERRY DR**<br>**FATE, TX 75087-6778**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Liability of White Oak Operating Company LLC<br>Is the claim subject to offset? ■ No ☐ Yes | **$97.77** |

Debtor   **White Oak Resources VI, LLC**                                    Case number (if known)
_____
Name

---

**3.348
5**

**Nonpriority creditor's name and mailing address**

**WILLOW BERGERON KILLION**
**610 PILLETTE DRIVE #212**
**LAFAYETTE, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.348
6**

**Nonpriority creditor's name and mailing address**

**WILMA G BERGERON**
**P. O. BOX 364**
**CHINA, TX 77613**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$6.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.348
7**

**Nonpriority creditor's name and mailing address**

**WILMA SLOANE PAYNE**
**2143 ACADEMY DR**
**EUNICE, LA 70535**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$2.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.348
8**

**Nonpriority creditor's name and mailing address**

**WILSON BAILEY**
**P O BOX 654**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$7.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.348
9**

**Nonpriority creditor's name and mailing address**

**WILTZ D FUHRER**
**P O BOX 538**
**FRANKLIN, LA 70538**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$539.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.349
0**

**Nonpriority creditor's name and mailing address**

**WINDHAM STANDIFER WALLACE**
**PO BOX 579**
**BLANCO, TX 78606-0579**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____   Case number (if known) _____
Name

---

| 3.349 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.05 |
|---|---|---|---|

**WINNIE SMITH TRIPPET**
**P.O. BOX 871**
**COMFORT, TX 78013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.349 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57.25 |
|---|---|---|---|

**WLK RESOURCES LLC**
**JOHN DZUBINSKI, MNG MEMBER**
**5129 SUNMORE CIR STE #101**
**MIDLAND, TX 79707-5126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.349 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17.74 |
|---|---|---|---|

**WM. L. BERNHARD TRUST 9**
**WILLIAM L. BERNHARD, ROBERT A**
**BERNHARD,&**
**LAWRENCE BUTTENWIESER TRUSTEES**
**775 PARK AVENUE**
**NEW YORK, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.349 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $56.09 |
|---|---|---|---|

**WOODHAVEN ENERGY CORPORATION**
**JOHN DZUBINSKI, PRESIDENT**
**5129 SUNMORE CIRCLE SUITE #101**
**MIDLAND, TX 79707-5126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.349 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,380.58 |
|---|---|---|---|

**WOODSTONE RESOURCES,LLC**
**11726 BROKEN BOUGH CIRCLE**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.349 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.79 |
|---|---|---|---|

**WORTH W WITMER**
**C/O REBECCA W LORINO**
**2600-B NANTUCKET DR**
**HOUSTON, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | White Oak Resources VI, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.349**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **XCL LTD**<br>**FKA THE EXPLORATION COMPANY OF LOUISIANA**<br>**C/O LISHA G FALK**<br>**106 LAFAYETTE ST**<br>**YOUNGSVILLE, LA 70592-0719** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.349**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **XPLOR ENERGY OPERATING CO**<br>**C/O CAPITOL CORPORATE SERVICES INC.**<br>**8550 UNITED PLAZA BUILDING II SUITE 305**<br>**BATON ROUGE, LA 70809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.349**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **XTO ENERGY INC**<br>**FKA HUNT PETROLEUM (AEC) INC**<br>**C/O CORPORATION SERVICE COMPANY**<br>**320 SOMERULOS ST**<br>**BATON ROUGE, LA 70802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.350**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **XYTEX INC**<br>**ATTN LARRY DONAHO**<br>**690 NORTH HIGHWAY 16**<br>**FREER, TX 78357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.350**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $973.33 |
|---|---|---|
| **YGRIEGA ENERGY COMPANY, INC.**<br>**DBA Y-OIL FIELD SERVICES**<br>**PO BOX 250**<br>**LA BLANCA, TX 78558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.350**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.58 |
|---|---|---|
| **YOLANDA G JENKINS**<br>**1224 S MAGNOLIA ST**<br>**HAMMOND, LA 70403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** Liability of White Oak Operating Company LLC | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

Debtor **White Oak Resources VI, LLC**
_____
Name

Case number (*if known*) _____

---

| 3.350<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.08 |

**YOLANDA HENDERSON BANKS**
**P O BOX 1313**
**AMELIA, LA 70340**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.350<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.12 |

**YOLANDA P ORTIZ**
**911 AVENUE K**
**HOUSTON, TX 77587**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.350<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.19 |

**YOLANDA TATE**
**505 NEDERLAND**
**HOUMA, LA 70360**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.350<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.24 |

**YORBA OIL COMPANY LTD**
**P. O. BOX 1690**
**OJAI, CA 93024-1690**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.350<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**YORK ACIDIZING & CEMENTING LLC**
**C/O SETTLEPOU**
**ATTN KATHERINE L KILLINGSWORTH**
**3333 LEE PARKWAY 8TH FLOOR**
**DALLAS, TX 75219**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.350<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.35 |

**YVONNE BUSBY**
**P O BOX 14234**
**TALLAHASSEE, FL 32317**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liability of White Oak Operating Company LLC

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**                                     Case number (if known) _____
         Name

---

**3.3509**

**Nonpriority creditor's name and mailing address**

**YVONNE GODEAUX**
**P. O. BOX 203**
**CHINA, TX 77613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$24.05**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3510**

**Nonpriority creditor's name and mailing address**

**YVONNE ROBERT GARCIA**
**7758 BACON ROAD**
**WHITTIER, CA 90602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$10.84**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3511**

**Nonpriority creditor's name and mailing address**

**YVONNE SINGLETON MORRIS**
**1049 GRACE STREET**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$9.64**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3512**

**Nonpriority creditor's name and mailing address**

**YVONNE SINGLETON PAGE**
**94 PAGE LANE**
**HOLDEN, LA 70744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$46.88**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3513**

**Nonpriority creditor's name and mailing address**

**ZAMYRE & RENATO ESCAMILLA**
**PO BOX 2916**
**LAREDO, TX 78042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$6.41**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3514**

**Nonpriority creditor's name and mailing address**

**ZEBRA INVESTMENTS LTD**
**P O BOX 17706**
**SAN ANTONIO, TX 78217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$105.59**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Liability of White Oak Operating Company LLC_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **White Oak Resources VI, LLC**
_____      Case number (if known) _____
Name

---

| 3.351 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ZENOBIA E NEGRETE**
**2772 E 2ND ST APT 1-F**
**LONG BEACH, CA 90803**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

**$58.50**

---

| 3.351 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ZENOVIA WALLIS**
**6732 WOODLEY ROAD**
**DUNDALK, MD 21222**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

**$14.45**

---

| 3.351 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ZEUS & AQUILES CRUZ TRUST**
**MARIO CERVANTES GUERRA TRUSTEE**
**COMONFORT 1129**
**NUEVO LAREDO TAMP MEXICO, DE 88000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

**$6.41**

---

| 3.351 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ZOEY ELIZABETH LANDRY**
**JENNIFER BOURGEOIS CUSTODIAN**
**4773 HWY 1**
**RACELAND, LA 70394**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

**$11.12**

---

| 3.351 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ZONA B KING**
**26259 MESA PL**
**CARMEL, CA 93923**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

**$227.31**

---

| 3.352 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**ZORA GARDNER FLETCHER**
**2508 CROWN**
**ODESSA, TX 79763**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Liability of White Oak Operating Company LLC__

Is the claim subject to offset? ☐ No ☐ Yes

**$8.49**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Debtor      **White Oak Resources VI, LLC**                                    Case number (if known) _____
                    Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:      Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 13,120,056.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 13,120,056.89 |

**Fill in this information to identify the case:**

Debtor name **White Oak Resources VI, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Transition Services Agreement** | |
| State the term remaining | | |
| List the contract number of any government contract | | **405 Hackberry LLC**<br>**405 Lexington Avenue 59th Floor**<br>**New York, NY 10174** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Well Plugging, Land Restoration, Reclamation, Remediation and Tolling Agreement Petty Dos Hermanos Ranch, Webb County, Texas** | |
| State the term remaining | | |
| List the contract number of any government contract | | **PETTY BUSINESS ENTERPRISES, LP**<br>**1027 Austin Highway, Suite 200**<br>**San Antonio, TX 78209** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Payment and Indemnity Agreement Supplement** | |
| State the term remaining | | |
| List the contract number of any government contract | | **US Specialty Insurance Co**<br>**Attn Mike Schell**<br>**13403 Northwest Freeway**<br>**Houston, TX 77040** |

Debtor 1   **White Oak Resources VI, LLC**                                    Case number (*if known*) _____

First Name        Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | See attached Exhibit 1 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Various Contracts & Assign. of Interest** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | See attached Exhibit 2 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Various Marketing Contracts** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | See attached Exhibit 3 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Various Master Service Agreements** |

**WHITE OAK RESOURCES VI, LLC - LAND DEPARTMENT**
**UNRECORDED CONTRACTS and ASSIGNMENTS OF INTEREST:**
Schedule G Exhibit 1

| Description of Contract | Effective Date | Type of Contract | Grantor/Assignor/First Party | Grantee/Assignee/Second Party | Prospect/Field | State | Parish/County | Rec. Ref./Notes |
|---|---|---|---|---|---|---|---|---|
| ASSET PURCHASE AND SALE AGREEMENT | 8/23/2012 | PSA | CARRIZO OIL & GAS, INC. | WHITE OAK RESOURCES VI, LLC | MULTIPLE | MULTIPLE | MULTIPLE | |
| EXPLORATION AGREEMENT | 8/1/2000 | EXP AGR | SOUTHWESTERN ENERGY PRODUCTION CO | CENTURY ROYALTY, LLC | LAKE VERRET | LA | ASSUMPTION | |
| JOINT OPERATING AGREEMENT | 3/27/1997 | JOA | SOUTHWESTERN ENERGY PRODUCTION CO | OXY USA INC. | LAKE VERRET | LA | ASSUMPTION | |
| JOINT OPERATING AGREEMENT | 1/15/1999 | JOA | THE MERIDIAN RESOURCE & EXPLORATION COMPANY | BURLINGTON RESOURCES OIL & GAS COMPANY | RAMOS | LA | ASSUMPTION, ET AL | |
| JOINT OPERATING AGREEMENT | 8/1/2001 | JOA | THE MERIDIAN RESOURCE & EXPLORATION LLC | KERR-MCGEE ROCKY MOUNTAIN CORP, ET AL | RAMOS | LA | ASSUMPTION, ET AL | |
| JOINT OPERATING AGREEMENT | 12/9/2005 | JOA | EL PASO PRODUCTION COMPANY | MILAGRO DEVELOPMENT I, LP | KINGS DOME | LA | BIENVILLE | |
| PARTICIPATION AGREEMENT | 8/12/2014 | PA | SHORELINE SOUTHEAST, LLC, ET AL | MILAGRO PRODUCING, LLC ET AL | BACKRIDGE | LA | CAMERON | |
| PARTICIPATION AGREEMENT & JOA | 10/25/2005 | PA & JOA | MANTI SANDALWOOD, LTD, ET AL | PETROHAWK PROPERTIES, LP, ET AL | BACKRIDGE | LA | CAMERON | |
| JOINT OPERATING AGREEMENT | 11/21/1994 | JOA | CLIFFS OIL AND GAS CO, ET AL | GOODRICH OPERATING CO, ET AL | LITTLE CHENIER | LA | CAMERON | |
| PARTICIPATION AGREEMENT & JOA | 10/24/1990 | PA & JOA | GNC LIMITED PARTNERSHIP | CLIFFS OIL AND GAS CO, ET AL | LITTLE CHENIER | LA | CAMERON | |
| EXPLORATION AGREEMENT | 12/23/1993 | EXP AGR | TEXACO EXPLORATION AND PRODUCTION, ET AL | XCO PRODUCTION COMPANY, ET AL | SECOND BAYOU | LA | CAMERON | |
| GAS PURCHASE AGREEMENT | 1/15/2021 | GPA | WHITE OAK RESOURCES VI, LLC | HILCORP ENERGY I, LP | SECOND BAYOU | LA | CAMERON | |
| JOINT OPERATING AGREEMENT | 4/1/1997 | JOA | NEWFIELD EXPLORATION COMPANY | XCO PRODUCTION COMPANY, ET AL | SECOND BAYOU | LA | CAMERON | |
| JOINT OPERATING AGREEMENT | 8/15/1983 | JOA | PATRICK PETROLEUM CORPORATION | COMPREHENSIVE RESOURCES, ET AL | BAYOU BOEUF S | LA | LAFOURCHE | |
| JOINT OPERATING AGREEMENT | 6/16/1980 | PHA | DESPOT EXPLORATION, INC. | ENI EXPLORATION CO, ET AL | BRETON SOUND | LA | MULTIPLE | |
| PRODUCTION HANDLING AGREEMENT | 10/1/2003 | PHA | PETROHAWK ENERGY, PLATFORM OWNERS ET AL | SL 8191 OWNERS, ET AL | BRETON SOUND | LA | MULTIPLE | |
| OFFSHORE OPERATING AGREEMENT | 6/1/1990 | JOA | NEWFIELD EXPLORATION COMPANY | IWG CO. 5, ET AL | E CAMERON 330 | LA | OFFSHORE | |
| UNIT OPERATING AGREEMENT | 4/1/1998 | JOA | BP EXPLORATION & OIL INC. | SHELL DEEPWATER DEVELOPMENT, ET AL | MISSISSIPPI CANYON | LA | OFFSHORE | |
| PARTICIPATION AGREEMENT | 11/12/2004 | PA | SHELL OFFSHORE INC. | HOWARD ENERGY CO INC., ET AL | MISSISSIPPI CANYON | LA | OFFSHORE | |
| UNIT AGREEMENT FOR OCS MC BLOCK 899 UNIT | 4/22/1998 | UA | SECRETARY OF THE INTERIOR (BOEM) | BP EXPLORATION & OIL INC. | MISSISSIPPI CANYON | LA | OFFSHORE | |
| PRODUCTION HANDLING AGREEMENT | 8/29/2001 | PHA | BP EXPLORATION & OIL INC., ET AL | SHELL EXPLORATION, INC., ET AL | MISSISSIPPI CANYON | LA | OFFSHORE | |
| FARMOUT AGREEMENT & JOA | 8/17/1993 | FO | CHEVRON U.S.A. INC. | NEWFIELD EXPLORATION COMPANY | S TIMBALIER 111 | LA | OFFSHORE | |
| FARMOUT AGREEMENT AMENDMENT | 2/28/1994 | FO | CHEVRON U.S.A. INC. | NEWFIELD EXPLORATION COMPANY | S TIMBALIER 111 | LA | OFFSHORE | |
| JOINT EXPLORATION AGREEMENT | 4/16/2001 | JEA | 3TEC ENERGY CORPORATION | PALACE EXPLORATION CORPORATION | BRETON SOUND | LA | PLAQUEMINES | |
| JOINT OPERATING AGREEMENT | 4/1/2000 | JOA | 3TEC ENERGY CORPORATION | CONTINENTAL RESOURCES INC., ET AL | BRETON SOUND | LA | PLAQUEMINES | |
| JOINT OPERATING AGREEMENT | 1/4/1978 | JOA | AMERADA HESS CORPORATION | ETHYL DEVELOPMENT CORP, ET AL | MURPHY LAKE | LA | ST MARTIN | |
| JOINT OPERATING AGREEMENT | 3/1/2015 | JOA | WHITE OAK RESOURCES VI, LLC | PETSEC EXPLORATION AND PRODUCTION, LLC | MYSTIC BAYOU | LA | ST MARTIN | |
| SALTWATER DISPOSAL AGREEMENT | 12/1/2005 | LA | CALLON OFFSHORE PRODUCTION INC. | HELIS OIL & GAS COMPANY LLC | MYSTIC BAYOU | LA | ST MARTIN | |
| PARTICIPATION AGREEMENT | 3/23/2015 | PA & JOA | WHITE OAK RESOURCES VI, LLC | PETSEC EXPLORATION AND PRODUCTION, LLC | MYSTIC BAYOU | LA | ST MARTIN | |
| JOINT OPERATING AGREEMENT "CC" | 2/1/1970 | JOA | SHELL OIL COMPANY | CITIES SERVICE OIL COMPANY | WEST LAKE VERRET | LA | ST MARTIN | |
| JOINT OPERATING AGREEMENT "DD" | 2/1/1970 | JOA | SHELL OIL COMPANY | CITIES SERVICE OIL COMPANY | WEST LAKE VERRET | LA | ST MARTIN | |
| JOINT OPERATING AGREEMENT HH RA SU | 4/17/1984 | JOA | SHELL WESTERN E&P INC. | CITIES SERVICE OIL AND GAS CORP | WEST LAKE VERRET | LA | ST MARTIN | |
| JOINT OPERATING AGREEMENT | 10/15/2003 | JOA | THE WILLIAM G HELIS COMPANY, ET AL | HOUSTON ENERGY, LP, ET AL | WILLOW COVE | LA | ST MARTIN | |
| PARTICIPATION AGREEMENT | 10/1/2003 | PA | HOUSTON ENERGY, LP | THE WILLIAM G HELIS COMPANY, ET AL | WILLOW COVE | LA | ST MARTIN | |
| JOINT OPERATING AGREEMENT | 4/10/2005 | JOA | PALACE EXPLORATION COMPANY | CHALLENGER MINERALS INC., ET AL | BELLE ISLE | LA | ST MARY | |
| JOINT PARTICIPATION AGREEMENT & JOA | 4/15/2000 | PA & JOA | CABOT OIL & GAS CORPORATION | PALACE EXPLORATION COMPANY | BELLE ISLE | LA | ST MARY | |
| FARMOUT AGREEMENT | 7/28/2005 | FO | INTREPID ENERGY LLC | PETROHAWK PROPERTIES, LP, ET AL | GUEYDAN | LA | VERMILION | |
| FARMOUT AGREEMENT | 7/28/2005 | FO | J C PETROLEUM INC. | PETROHAWK PROPERTIES, LP, ET AL | GUEYDAN | LA | VERMILION | |
| FARMOUT AGREEMENT | 7/28/2005 | FO | ROCK EAGLE RANCH CORPORATION | PETROHAWK PROPERTIES, LP, ET AL | GUEYDAN | LA | VERMILION | |
| FARMOUT AGREEMENT | 7/28/2005 | FO | WARD ADKINS JR | PETROHAWK PROPERTIES, LP, ET AL | GUEYDAN | LA | VERMILION | |
| JOINT OPERATING AGREEMENT | 3/31/2000 | JOA | UNION OIL COMPANY OF CALIFORNIA | ANDEX RESOURCES, LLC | GUEYDAN | LA | VERMILION | |
| JOINT OPERATING AGREEMENT | 10/1/2003 | JOA | PROTON ENERGY LLC | LEGEND PETROLEUM LP, ET AL | GUEYDAN | LA | VERMILION | |
| JOINT OPERATING AGREEMENT | 6/16/2005 | JOA | CARRIZO OIL & GAS, INC. | BIG LAKE CORPORATION, ET AL | WRIGHT | LA | VERMILION | |
| PARTICIPATION AGREEMENT | 6/16/2005 | PA | BIG LAKE CORPORATION | CARRIZO OIL & GAS INC., ET AL | WRIGHT | LA | VERMILION | |
| PARTICIPATION AGREEMENT | 6/16/2005 | PA | CARRIZO OIL & GAS, INC. | ANDEX RESOURCES, ET AL | WRIGHT | LA | VERMILION | |
| PARTICIPATION AGREEMENT | 10/10/2005 | PA | CARRIZO OIL & GAS, INC. | ANDEX RESOURCES, ET AL | WRIGHT | LA | VERMILION | |
| JOINT OPERATING AGREEMENT | 1/3/1994 | JOA | GREAT RIVER OIL & GAS CORPORATION | MURPHY EXPLORATION & PROD CO., ET AL | WRIGHT NE | LA | VERMILION | |
| JOINT OPERATING AGREEMENT | 3/15/2003 | JOA | CAMTERRA RESOURCES PARTNERS, LTD | QUINTON B CARLILE, ET AL | HOLIDAY CREEK | MS | JEFFERSON-DAVIS | |
| JOINT OPERATING AGREEMENT | 10/10/1979 | JOA | GETTY OIL COMPANY | LOUIS ALFORD ET AL | GREENS CREEK | MS | MARION | |
| CONTRIBUTION AGREEMENT | 7/15/2015 | CONT. AGR | MILAGRO OIL & GAS, INC, ET AL | WHITE OAK RESOURCES VI, LLC | MULTIPLE | MULTIPLE | MULTIPLE | |
| JOINT OPERATING AGREEMENT | 4/1/1993 | JOA | HANSON MINERALS COMPANY | TEXACO EXPLORATION & PROD, ET AL | CYPRESS LANGHAM | TX | HARRIS | |
| ASSUMPTION AGREEMENT | 10/30/2015 | ASGMT | MILAGRO OIL & GAS, INC, ET AL | WHITE OAK RESOURCES VI, LLC | MULTIPLE | MULTIPLE | MULTIPLE | |

**WHITE OAK RESOURCES VI, LLC - LAND DEPARTMENT**
**UNRECORDED CONTRACTS and ASSIGNMENTS OF INTEREST:**
Schedule G Exhibit 1

| Description of Contract | Effective Date | Type of Contract | Grantor/Assignor/First Party | Grantee/Assignee/Second Party | Prospect/Field | State | Parish/County | Rec. Ref./Notes |
|---|---|---|---|---|---|---|---|---|
| EXPLORATION AREA AGREEMENT | 11/15/2005 | EXP AGR | METANO ENERGY, LP | PETROHAWK PROPERTIES, LP | COWBOY | TX | STARR | |
| FARMOUT AGREEMENT | 8/1/2007 | FO | CALTO OIL COMPANY | PETROHAWK PROPERTIES, LP | COWBOY | TX | STARR | |
| JOINT OPERATING AGREEMENT | 4/3/1972 | JOA | COASTAL STATES GAS PRODUCING CO | GREENBRIER 72 LIMITED, ET AL | COWBOY | TX | STARR | |
| JOINT OPERATING AGREEMENT | 11/1/2006 | JOA | PETROHAWK PROPERTIES, LP | METANO ENERGY, LP | COWBOY | TX | STARR | |
| PURCHASE AND SALE AGREEMENT | 5/28/2014 | PSA | MURPHY EXPLORATION & PRODUCTION CO, ET AL | WHITE OAK RESOURCES VI, LLC | MULTIPLE | LA | VERMILION | |
| PURCHASE AND SALE AGREEMENT | 11/4/2014 | PSA | CHROMA OIL & GAS, LP, ET AL | WHITE OAK RESOURCES VI, LLC | MULTIPLE | MULTIPLE | MULTIPLE | |
| PURCHASE AND SALE AGREEMENT | 8/1/2022 | PSA | WHITE OAK RESOURCES VI, LLC | SANCHEZ EXPLORATION COMPANY, LLC | MISSION VALLEY | TX | GOLIAD &VICTORIA | |
| PURCHASE AND SALE AGREEMENT | 3/31/2022 | PSA | WHITE OAK RESOURCES VI, LLC | ALDINE OIL AND GAS, LP | S CALLAGHAN | TX | WEBB | |
| PURCHASE AND SALE AGREEMENT | 5/29/2014 | PSA | PETROPOINT ENERGY OPERATING, LLC | WHITE OAK RESOURCES VI, LLC | MULTIPLE | TX | WEBB/ZAPATA | |
| PURCHASE AND SALE AGREEMENT | 6/29/2016 | PSA | APACHE CORPORATION | WHITE OAK RESOURCES VI, LLC | MAGNET WITHERS | TX | WHARTON | |
| PURCHASE AND SALE AGREEMENT | 5/3/2023 | PSA | WHITE OAK RESOURCES VI, LLC | 405 HACKBERRY, LLC | MULTIPLE | LA, TX | MULTIPLE | |
| TRANSITION SERVICES AGREEMENT | 3/31/2022 | TSA | WHITE OAK RESOURCES VI, LLC | ALDINE OIL AND GAS, LP | S CALLAGHAN | TX | WEBB | |

**WHITE OAK RESOURCES VI, LLC**
**MARKETING CONTRACTS**
**Schedule G Exhibit 2**

| Field | Gas Purchaser | Contract | Meter # | Term | Oil Purchaser | Contract | Meter # | Term |
|---|---|---|---|---|---|---|---|---|
| Ramos | Enlink Gas Marketing, LP | PUR01459 | 2118 | 30 day | Central Crude, INC | | 932320 | 30 day |
| China Townsite | Ballard Natural Gas LLC | | 16331-01 | 30 day | GulfMark | 52825 | U4341791 | 30 day |
| Gueydan - Alliance | Transco | | | 30 day | Plains Marketing | 8241-1003 | | 30 day |
| Gueydan - Noble | Enlink Gas Marketing, LP | PUR01544 | 199703 | 30 day | Phillips 66 | | V06131 | 30 day |
| Mystic Bayou | Enterprise Products Operating LLC | 569464 | A3088 | 30 day | Harvest Midstream | CWOOOP0001 | 10250 | 30 day |
| West Lake Verret | | | | | Shell Trading Company | CLP0003573 | Multiple | 30 day |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
| --- | --- |
| 2W Services LLC | 19-Oct-20 |
| A & B Valve & Piping System | 13-Dec-07 |
| A & W Flowback Solutions LLC | 20-Mar-19 |
| ABR Logistics, LLC | 11-Jan-16 |
| Acadiana Fittings & Supply, Inc. | 21-Apr-15 |
| Acadiana Shell & Limestone, Inc. | 24-Jan-08 |
| Acme Truck Line, Inc. | 13-Nov-03 |
| Action Oilfield Supply, Inc. | 25-Nov-02 |
| Action Production Services, LLC | 31-Oct-19 |
| ACTS Oilfield Services, LLC | 03-Nov-14 |
| Advanced Fire and Safety, LLC & Production Inland Crews, LLC | 06-Jan-16 |
| AES Drilling Fluids, LLC | 27-Mar-18 |
| Aggie Supply Company, Inc. | 01-Mar-10 |
| Air Exchange, LLC | 21-Jan-16 |
| Alert System Technologies | 30-Jun-06 |
| All American Trucking | 21-Jun-18 |
| All Phase Electrical Service, | 13-Jul-16 |
| Allgayer, Inc. | 21-Dec-09 |
| Amberscapes Inc. | 03-May-18 |
| American Coil Tubing | 03-Nov-21 |
| American Eagle Logistics LLC; Bennett Motor Express, LLC | 25-Jun-15 |
| AmeriGas Propane, L.P. | 13-Jan-20 |
| AMPOL - American Pollution Control Corporation | 20-Apr-04 |
| AmSpec LLC | 05-Feb-18 |
| Apex Companies, LLC | 25-Jan-17 |
| Archrock, Inc. | 15-May-18 |
| ARCK Production | 12-Jul-16 |
| Ard Well Service, LLC | 24-Jan-19 |
| Arnold Oil Company | 26-Jan-16 |
| Atlas Tubular, Inc. | 26-Sep-02 |
| Avensis Energy Services, LLC | 21-Dec-18 |
| Axip Energy Services, LP | 27-Oct-16 |
| A-Z Down Hole, Inc. | 21-Mar-18 |
| B & J Inc. | 17-Aug-17 |
| B & J Vacuum Tank Service Inc | 06-Mar-15 |
| B & S Services, Inc. | 04-Nov-03 |
| Badon's LLC | 28-May-20 |
| Bailey & Harley Services, LLC dba Merit Oilfield Services | 19-Nov-13 |
| Barbee Services Inc | 22-Jun-20 |
| BCS Fluids, LLC | 21-Feb-17 |
| BEC Oilfield Repairs; Marty Sulak | 09-Oct-15 |
| B-ENT KMATT, LLC | 25-Oct-17 |
| Bestest, Inc. | 12-Sep-02 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| Bobwhite Energy Services, LLC | 13-Jul-16 |
| Borets US, Inc. | 08-Oct-21 |
| Bosco Oilfield Services LLC | 09-Feb-18 |
| Bright Star Solutions, Inc. | 19-Sep-18 |
| Bristol, Inc. | 05-Dec-19 |
| Bryant Industrial Services | 16-Apr-12 |
| Buckhorn Services, LLC & Buckhorn Rentals LLC | 01-May-18 |
| Buss Mechanical Services | 20-Sep-02 |
| Byron Watson Trucking, Inc. | 02-Feb-08 |
| C.H. Fenstermaker & Associates | 10-Nov-10 |
| Calcasieu Rental, Inc. | 14-Jan-08 |
| Canary, LLC | 08-Dec-20 |
| Carlisle Energy Group | 03-Sep-19 |
| CDH Rentals, LLC | 22-Jun-15 |
| CEC Corrosion Services, LLC dba Wendel & Associates | 27-Jul-15 |
| Chandler Drilling, Inc. | 26-Aug-20 |
| Chapman Consulting, Inc. | 20-Jan-15 |
| Charles Holston, Inc. | 19-Apr-10 |
| Cinch Energy Services, LLC | 02-Mar-18 |
| Coastal Engine & Compression | 19-Jan-16 |
| Coastal Flow Gas Measurement, Inc. | 09-Dec-09 |
| Compact Pumping & Coil Specialists LLC | 08-Apr-19 |
| Cooper Electric Inc. | 11-Jul-16 |
| Crain Brothers, Inc. | 28-Nov-07 |
| Credence Services, Inc. | 19-Oct-18 |
| Crisco Swabbing Services, Inc. | 13-Nov-18 |
| CSI Compressco LP | 14-Apr-21 |
| CTI Fishing and Completions, Inc. | 14-Mar-19 |
| Curtis & Son Vacuum Service, Inc. | 09-Dec-20 |
| Dalton Crane LC | 12-Jul-16 |
| Dalton Trucking, Inc. | 29-Jul-20 |
| D-A-M Services, Inc. | 09-Feb-18 |
| Danos, LLC | 05-Jun-19 |
| Dayton Lease & Pipeline Services, Inc. | 09-May-08 |
| Dayton Sand, Clay & Construction | 11-Dec-18 |
| Delta Energy Consultants, LLC | 23-Sep-19 |
| Delta Oil Tools | 29-Oct-19 |
| Diamond Oilfield Supply, Inc. | 12-Oct-20 |
| Diamond R Services LLC | 08-Mar-13 |
| Dishman & Bennett Sepcialty Co., Inc., etal | 11-Mar-21 |
| Drover Energy Services | 10-Jul-16 |
| Duphill, Inc. | 09-Aug-05 |
| E & R Vacuum Truck Services LLC | 04-Apr-03 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|------|---------------|
| Eaton Oil Tools, Inc. | 10-Aug-15 |
| Echo Energy Services, LLC | 27-Jan-16 |
| Eminent Oil Tools, LLC | 30-Sep-14 |
| Energy Completion Services, L.P. | 12-Dec-16 |
| Energy Construction, Inc. | 18-Jan-16 |
| Ensolum LLC | 12-Jul-18 |
| Environmental Safety and Health Consulting Services, Inc. (ES&H) | 01-May-03 |
| Epic Lift Systems, LLC | 19-Jul-19 |
| Ermis Vacuum Service, LLC | 12-Feb-16 |
| Excalibur Rentals Inc. | 04-Mar-20 |
| Expanse Electrical Company, LLC | 29-Sep-17 |
| F.A.S. Environmental Svcs, LLC | 27-Jan-14 |
| Fab-Con, Inc | 05-Dec-13 |
| Fiberspar LinePipe LLC C/O Fiberspar Corporation | 28-Jan-14 |
| Fitzpatrick Tubing Service | 29-Feb-16 |
| Flatrock Compression, Ltd.. | 26-Aug-14 |
| Flex Oilfield Services, LLC | 25-Jun-19 |
| Flowco Production Solutions, LLC | 05-Aug-16 |
| Forefront Emergency Management, L.P. | 23-Nov-21 |
| Frank's International, LLC | 30-Mar-21 |
| G. W. Wireline, Inc. | 09-Oct-18 |
| Gas Processors, Inc. | 22-Jun-21 |
| Gaubert Oil Company Inc. | 03-Dec-07 |
| Genco Energy Services, Inc | 23-Apr-18 |
| George Metcalf Co., Inc. | 05-Oct-16 |
| Get Supply Specialties, LLC | 04-Jan-17 |
| Global Vessel & Tank | 12-Jul-16 |
| GM Compressor & Pump, Inc. | 31-Jul-18 |
| Gray Sales dba Lone Star Industries | 10-Sep-15 |
| Great Texas Compression, LLC | 18-Jan-16 |
| Greenchem Solutions, LLC | 19-Dec-19 |
| Ground Penetrating Radar Systems, LLC | 11-Feb-18 |
| Guichard Operating Co., Inc. | 01-May-13 |
| Gulf Coast Coil Tubing & Nitrogen, Inc | 11-Dec-07 |
| Gulf Coast Services, Ltd | 12-Jul-16 |
| gulf Offshore Rentals, LLC | 03-Feb-23 |
| GWC & Construction | 05-May-55 |
| Gyro Technologies, Inc. dba Vaughn Energy Services | 04-Oct-17 |
| Halliburton Energy Services, Inc. | 02-Jul-19 |
| Hamman Swabbing & Oilfield Service, Inc. | 12-Sep-02 |
| Harding Pump & Supply, Inc. | 26-Sep-02 |
| Henski Oilfield Services LLC | 04-Jun-18 |
| HOT Energy Services, Inc. | 01-Nov-18 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|------|---------------|
| Hub City Industries | 12-Aug-20 |
| Huskey Petroleum Services LLC | 21-Feb-19 |
| Hydro Spy LLC | 11-Dec-17 |
| Hydroflux Solutions Environmental Company LLC | 16-Nov-17 |
| Infinity Energy Services LLC | 05-Oct-16 |
| Innovex Downhole Solutions | 22-Jun-18 |
| Integrity Oilfield Services | 26-Nov-07 |
| Intracoastal Liquid Mud, Inc. | 22-Dec-03 |
| IronGate Energy Holdings, LLC | 09-Feb-18 |
| J & R Valley Oilfield Service, Inc. | 26-Nov-07 |
| J & X Trucking LLC dba J&X Energy LLC | 26-Oct-16 |
| J B Hunt Contracting | 24-Jul-18 |
| J J Well Services, LLC | 18-Aug-20 |
| Jacam Catalyst, LLC | 15-Jul-21 |
| JackRabbit Services, LLC | 13-Feb-20 |
| JC's Welding Service | 20-Dec-16 |
| JDG Welding & Oilfield Services, LLC | 29-Sep-20 |
| JH Walker Trucking | 05-Nov-19 |
| John W. Stone Oil Distributor | 26-Jan-10 |
| Jones & Allen | 12-Sep-02 |
| JT Swabbing Services, Inc. | 04-Oct-16 |
| Juan's Contract Gauging & Pumping Service; Juan Cruz Jr. dba | 21-Jul-03 |
| Kasper Pro Vac Sevices, Inc. | 12-Dec-18 |
| KDR Supply, Inc. | 12-Sep-02 |
| Key Energy Services | 12-Sep-02 |
| Kyle Chandler Services LLC dba K.C. Services | 17-May-19 |
| L & L Crane Service, Inc. | 21-Feb-17 |
| L&M Border Services, Inc. | 15-Jul-19 |
| Larry Doiron, LLC | 29-Jan-16 |
| Lases Company, Inc. | 16-Jan-04 |
| LGH, Inc | 18-Jan-16 |
| Louisiana Tank, Inc. | 26-Sep-02 |
| Lynx Pressure Solutions, LLC | 16-Jun-21 |
| Lynx Production Service Inc | 24-Nov-09 |
| Major Equipment Remediation Services, Inc. | 16-Feb-15 |
| Manco Vegetation Management, Inc. | 12-Feb-19 |
| Marshland Equipment Rentals, LLC | 18-Sep-20 |
| MasterFlow Technologies, LLC dba MFT Resources | 12-Mar-18 |
| McAda Drilling Fluids, Inc. | 30-Oct-17 |
| McBride Wireline Services | 19-Sep-18 |
| McKim & Creed, Inc. | 07-Oct-14 |
| McMahan Services, Ltd. | 19-Jul-16 |
| MidCo Field Services | 21-Jul-20 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
| --- | --- |
| Midco Supply Inc. | 14-Feb-03 |
| Mitchell Industries | 01-Jul-16 |
| Morales Machine Shop | 07-Nov-16 |
| Mo-Vac Service Co., Inc. | 26-Sep-02 |
| Navajo Fishing & Rental Tools | 19-Dec-07 |
| New Tech Global Environmental, LLC | 27-Mar-13 |
| Nine Energy Service | 17-May-21 |
| Oilfield Compression & Pump | 11-Nov-19 |
| Oilfield Innovators Limited, LLC | 04-Jun-18 |
| Oilfield Instrumentation USA | 11-Dec-07 |
| Orozco's Inc. | 16-Aug-22 |
| Paisano Service & Supply Inc | 12-Nov-03 |
| Parks Lease & Vacuum Service, Inc. | 20-Sep-02 |
| Partners In Drilling, LLC | 11-Feb-15 |
| Patriot Oilfield Services | 27-Nov-18 |
| Peters Welding Service; Gary Peters dba | 26-Sep-02 |
| Pettus Oilfield Supply | 14-Jul-16 |
| Pico Propane Operating LLC | 29-Sep-16 |
| PICO Technologies LLC | 25-Jul-17 |
| Pierce Oilfield Construction, LLC | 28-Jan-08 |
| Pintail Chemical Solutions; Chemco Chemical Solutions, LLC | 22-Jun-21 |
| Pioneer Oilfield Trucking, Inc. | 20-Sep-02 |
| Pipeline Construction & Maintenance, Inc. | 03-Dec-18 |
| Platinum Chemicals LLC | 26-Jun-12 |
| Power Torque Services, LLC | 18-Jun-10 |
| Premium Connection Services Inc | 30-Jan-20 |
| Premium Oilfield Services | 22-Mar-17 |
| Pro Field Services, Inc. | 09-Feb-05 |
| Production Facilities Equipment Company | 09-Apr-03 |
| Production Well Services of Texas, LLC | 08-Nov-18 |
| Professional NDT Services, Inc | 04-Jun-18 |
| Puttco Oilfield Services | 17-Sep-14 |
| Quail Tools, LP | 22-Mar-18 |
| Quality Energy Services | 03-Dec-07 |
| R.P.S. Cementing Comany LLC | 07-Mar-12 |
| Radley Electric, Inc., etal | 16-Jan-08 |
| Ranger Energy Services, LLC | 06-Jun-18 |
| Rathole Drilling, Inc. | 15-Feb-18 |
| Redfish Rental, Inc. | 02-Feb-08 |
| Refinery Specialties, Inc. | 21-Apr-15 |
| Reliable Production Service, LLC | 02-Dec-19 |
| REM Torque Test Inc. | 12-Mar-18 |
| Resin Systems, Inc. | 04-Feb-16 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| Rhame Pump Repair & Supply Inc | 06-Nov-03 |
| Rig Runner's Inc | 28-Dec-09 |
| Riotex Swabbing | 03-Oct-17 |
| Rodz Oilfield Repairs, LLC | 18-Jan-16 |
| Roustabouts, Inc. | 05-Oct-04 |
| RUSCO Operating, LLC | 11-Feb-18 |
| S & S Operating Co. | 23-Oct-03 |
| Safety First, LLC | 24-Sep-20 |
| Sandifer's LP Gas & Service CO | 02-Oct-20 |
| Scotco Inc. | 15-Feb-18 |
| Security Well Service, Inc. | 23-Jan-15 |
| Settoon Construction, Inc. | 28-Dec-09 |
| Settoon Dock Services; G&C Investment Properties LLC dba | 27-Jan-14 |
| Shadd Savoie Dba Roy Bailey Construction Inc. | 02-Jan-08 |
| Shivers Enterprises Inc | 26-Nov-07 |
| Shorty's Gauging; Guy Hester | 13-Oct-04 |
| Smith International, Inc. | 04-Nov-02 |
| Solid Iron Rentals LLC | 30-Jan-18 |
| Southern Specialty Solutions | 18-Jan-16 |
| Sterling's Vacuum Service, LLC | 14-Jun-18 |
| STI Trucking | 27-Jan-17 |
| Strategy Oilfield Services, Inc. | 04-Feb-16 |
| Stric Lan Companies Corporation | 19-Oct-15 |
| Strong Services LP | 28-May-20 |
| Super Heater LLC | 13-Feb-17 |
| Supreme Source Energy Services, Inc. | 12-Dec-17 |
| Suwannee Pipe & Supply Inc | 19-Jan-16 |
| T.F. Services, LLC | 20-Dec-21 |
| Tally Production Systems | 13-Jul-22 |
| Tanmar Rentals, LLC | 12-Jan-14 |
| Tanner Services, LLC | 12-May-09 |
| Terry Brandl Welding Inc | 31-Jul-18 |
| Texas Downhole Tools, LLC | 24-Feb-16 |
| Texas Gas Measurement Services, LLC | 23-Oct-17 |
| Texas Swabbing and Slickline, LLC | 11-Jul-19 |
| Tex-Isle Supply, Inc. | 23-Sep-19 |
| Thompson Electric Service, Inc. | 04-Feb-16 |
| Toledo Mudlogging, Inc | 21-Mar-18 |
| Toolpushers Supply Co | 04-Jun-18 |
| Total Pump & Supply, LLC | 07-Jan-13 |
| Trinity Environmental Services, LLC | 08-Feb-17 |
| Trinity Services and Consulting, LLC dba TSC Environmental | 22-Aug-16 |
| Trio Equipment & Rentals Services, LLC | 21-Jan-16 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| Triple C Production Services | 19-Jan-16 |
| Triple J Oilfield Services,Inc | 24-Sep-14 |
| Trussco Inc. | 02-Nov-04 |
| United Oilfield Services Inc | 13-May-03 |
| USA Compression Partners, LLC | 05-May-55 |
| UTEC | 25-Jan-21 |
| UV Logistics, LLC d/b/a United Vision Logistics | 25-May-11 |
| Vac Solutions, LLC | 15-Feb-18 |
| Vanguard Vacuum Trucks | 28-May-10 |
| Velocity Oilfield Services, Inc. | 04-Jun-18 |
| Viper Slickline Services | 11-Jul-16 |
| Viper Well Services, LLC | 25-Jul-17 |
| Wadeco Specialties | 06-Jul-18 |
| Warrior Directional Drilling, LLC | 12-Mar-18 |
| Water Energy Services, LLC | 07-May-19 |
| WCI Holdings; R360 Environmental Solutions, LLC | 13-Aug-15 |
| Weatherford U.S., L.P. | 05-May-55 |
| Wellbore Fishing & Rental Tools | 08-Feb-19 |
| Westwood Oil Tools, Inc. | 12-Sep-02 |
| Whitehead Resources Ltd. | 08-Feb-18 |
| Wild Well Control Inc | 11-Dec-07 |
| Wildcat Coiled Tubing, LLC | 03-Sep-19 |
| Wireline Rental Tools, LLC | 08-Apr-21 |
| Wood Group PSN Inc. | 07-Mar-16 |
| Wrangler Wireline, Inc. | 20-Jul-20 |
| Xytex, Inc. | 23-Jun-08 |
| Ygriega Energy Company, Inc. | 02-Apr-19 |
| York Acidizing & Cementing, Ltd. | 19-Apr-13 |
| 4-Star Tank Rental | 10-Nov-15 |
| A & T Well Service, Inc. | 03-Nov-02 |
| Aattaboy Pressure Testing, Inc. | 26-Nov-07 |
| ABC Nitrogen Service Corporation | 18-Nov-02 |
| AC Construction, Inc. | 20-Feb-15 |
| Acadian Contractors, Inc. | 26-Nov-07 |
| Acadiana Coating & Supply | 26-Nov-07 |
| ACI Lafayette, LLC Dba ACI Portable Toilets & Septic | 11-Dec-07 |
| Acid & Cementing Service, Inc. | 28-Oct-02 |
| Action Oilfield Services, Inc. | 08-Nov-10 |
| Action Production Services | 12-Nov-05 |
| Advanced Coiled Tubing, Inc. | 09-Oct-02 |
| Advanced Compression and Equiptment, LLC | 03-Apr-19 |
| Advanced Energy Services, Inc. | 22-Jan-19 |
| Advanced Fluid Technologies of LA, LLC | 20-Mar-12 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| Advanced Pipeline Services | 28-Aug-03 |
| Advanced Products, Inc. | 05-Oct-16 |
| Ainsworth Trucking, LP. | 27-Sep-02 |
| Air Pollution Controls, Inc. | 04-Feb-16 |
| Airbags, Inc. | 11-Oct-11 |
| AJM Welding Service & Repairs | 30-Oct-02 |
| Alford's Hot Oil | 25-Nov-02 |
| Alliance Energy Services, LLC | 11-Jul-18 |
| Allis-Chalmers Rental Tools, Inc. | 28-Aug-07 |
| Al's Lease Service | 30-Sep-14 |
| AMA Oilfield Repair | 13-Oct-14 |
| American Recovery, LLC | 22-Aug-22 |
| American Tank Co | 11-Dec-07 |
| American Tubing Testers | 20-Jan-20 |
| Anaya Welding and Lease Service Inc. | 18-Aug-16 |
| Anderson Measurement & Enterprises | 27-Jan-16 |
| Anderson Pollution Control Inc | 13-Nov-13 |
| ANU Works, Inc. DBA Stan's Airboat and Marsh Excavator Service | 03-Oct-17 |
| Apex TITAN, Inc. | 18-Dec-18 |
| Aqueos Corporation | 19-Mar-13 |
| Asher Engine Services | 25-Jan-16 |
| Aslan Energy, LLC | 05-Nov-19 |
| Atchafalaya Measurement, Inc. | 26-Nov-07 |
| A-Texian Compressor, Inc. | 25-Jan-16 |
| Axip Energy Services, LP | 03-Nov-10 |
| Azar Services, LLC | 25-Jan-17 |
| B & B Oilfield Services, Inc. | 21-Sep-15 |
| B & J Martin, Inc | 29-Mar-13 |
| B & L Pipeco Services, Inc. | 04-Dec-03 |
| B & P Swab Services, Inc. | 24-Aug-16 |
| B & T Swabbing LC | 10-Jul-03 |
| B&J Dock, LLC | 03-Oct-17 |
| B.W. Fishing Tools, LLC | 12-Sep-02 |
| Baker Oilfield Inc. | 19-Nov-07 |
| Basic Energy Services, Inc. | 22-Mar-04 |
| Basil Oil Field Service, Inc. | 05-Nov-15 |
| Basil Oilfield Service, Inc. | 21-Jan-16 |
| Basin Chemical Solutions, LLC | 29-Jul-21 |
| Bay, Ltd | 19-Jul-16 |
| Bayou Fire & Sprinklers, LLC | 21-Mar-19 |
| Bayou Fire and Sprinkler, Inc. | 12-Apr-17 |
| Bayou Marine & Construction, LLC | 18-Jul-06 |
| Beck Bros., Inc. | 16-Aug-16 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| Belaire's Welding, Inc. | 05-Dec-07 |
| Ben Crane Enterprises, LLC | 01-Mar-16 |
| Benchmark Logistics Inc | 22-Nov-10 |
| BEP Oilfield, L.L.C. | 12-Sep-02 |
| Bernardo Machine Works | 16-Sep-03 |
| Bertrands Gauging, LLC | 25-Nov-15 |
| BESCO (Benton Energy Service Company) | 12-Aug-19 |
| Bestway Oilfield, Inc. | 23-Mar-18 |
| Bison Energy Partners, Inc..; (BEP Oilfield) | 12-Sep-02 |
| BJ Guidry Construction Co, Inc. | 26-Nov-07 |
| BJ Services | 03-Mar-08 |
| Black Gold Services, LLC | 25-Apr-08 |
| Blackgold Services, Inc. | 15-Nov-18 |
| Blackie's Rental Tool & Supply Co., Inc. | 05-Feb-10 |
| Blackwater Diving, LLC | 28-Sep-15 |
| BLR Construction Co. | 27-May-05 |
| Blue Fin Transport, LLC | 28-Nov-07 |
| Bridgeport Tank Trucks, Inc. | 19-Jan-16 |
| Bruce Electrical Solutions, LLC | 19-Jul-16 |
| Buckhorn Petroleum Services, LLC | 10-Jun-21 |
| BWS Vacuum Service, Inc. | 03-Nov-02 |
| C & J Spec-Rent Services, Inc. | 15-Apr-03 |
| C C Forbes, LLC | 19-Jun-08 |
| C E Herpin Welding | 09-Feb-16 |
| C&B Consultants, Inc. | 11-Dec-07 |
| Caillou Island Towing Company Inc. | 02-Feb-15 |
| Cajun Well Services, Inc. | 26-Nov-07 |
| CAM Vacuum Oilfield Service, LLC | 26-Sep-02 |
| Canik Production Services LLC | 17-Oct-11 |
| Cannon Oilfield Services, LLC | 26-Jan-16 |
| Capital Well Service, LLC | 28-Dec-09 |
| Cardinal Services, LLC | 23-Sep-15 |
| Carr Environmental Group, Inc. | 12-Sep-02 |
| Casing Service & Equipment Inc | 22-Jul-03 |
| Cenizo Slickine Services, Inc. | 14-Oct-16 |
| Central Hydraulic, Inc. | 20-Sep-02 |
| Certified Oilfield Rentals, Inc. | 14-Jan-18 |
| CETCO Oilfield Services Company | 11-Jan-07 |
| Challenger Deepwell Servicing, Inc. | 28-Jul-16 |
| Chamar Construction, L.L.C. | 20-Sep-02 |
| Champion's Cinco Pipe & Supply, LLC | 15-Jan-16 |
| Chappell Safety, Inc. | 18-Jul-16 |
| Chem Spray South, Inc. | 04-Oct-16 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| ChemSync, Inc. | 29-Jan-16 |
| Churchwell Environmental Solutions; Brandt HHL Entr Inc. | 18-Jan-16 |
| CIC Construction Inc | 27-Jan-16 |
| CIMA Inspection LLC | 03-Dec-17 |
| Cimarron Engineering Corp. | 05-May-55 |
| Clariant Corporation | 27-Sep-02 |
| ClearWell Dynamics | 05-Feb-13 |
| Clementson, Inc. | 28-Dec-09 |
| CLS Fire & Safety, LLC | 29-Jan-16 |
| Coastal Chemical Co., L.L.C. | 06-Jan-20 |
| Coastal Packer And Service Tools | 08-Sep-15 |
| Coastal Supply | 26-Nov-07 |
| Commander Drilling Technologies, LLC | 12-Nov-14 |
| Conard Saltwater Transport | 08-May-17 |
| Concept Controls (USA) Inc. | 29-Feb-16 |
| Continental Production Services, Inc. | 10-Feb-10 |
| Control Concepts & Technology & Corp. | 02-Jan-03 |
| Cooke Slickline, LLC | 19-Jan-16 |
| Coonrod Electric Company, Inc. | 06-Nov-03 |
| Copperhead Energy Services LLC DBA Copperhead P&A | 08-Oct-13 |
| Copperhead Well Services LLC | 08-Oct-13 |
| Core Mineralogy, Inc. | 02-Oct-17 |
| Core Thru Tubing, LLC | 25-Jun-15 |
| Corsair Well Service LLC | 23-May-11 |
| Costa Verde Resources, LLC | 21-May-13 |
| Cowboy Tools, Inc. | 14-Nov-11 |
| CP International Inc. | 29-Feb-16 |
| Crosby Energy Services, Inc. | 08-Jan-16 |
| Cross Fire Express | 26-Jun-06 |
| Crown Oil Tools | 08-Jan-15 |
| CST Drilling Fluids, Inc. | 04-Jan-13 |
| CW Oilfield Sales Inc | 16-Sep-03 |
| Cypress Wellhead Services, Inc. | 16-Sep-03 |
| D & G Testers & Supply Inc. | 19-Apr-13 |
| D & S Lease Service Inc | 20-Jul-04 |
| David Moncivais, DBA D&D Resources | 14-Jan-18 |
| DBD Compressor Maintenance LLC | 25-Jun-15 |
| DC Oilfield Services, LLC | 21-Dec-09 |
| Delta Lab & Gas Testing, Inc. | 29-Sep-17 |
| Diamond B Industrial LLC | 28-Mar-12 |
| Dixie Electric, LLC | 29-Sep-17 |
| DLS LLC OCI, LLC | 07-Dec-16 |
| Doc Disposal, Inc. | 03-Mar-17 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| Dolphin Energy Equipment | 29-Oct-10 |
| Dorsal Services, Inc. | 09-Jan-09 |
| Dos Rios Inc | 04-Feb-03 |
| Double M Lease Service | 19-Sep-19 |
| Double Rafter H Construction Co., L.L.C. | 11-Dec-07 |
| Dover Artificial Lift Systems, LLC; ChampionX Corp. | 26-Feb-16 |
| Downhole Diagnostic LLC | 16-Jun-16 |
| Doyle's Electric Service Co., Inc. | 26-Sep-02 |
| Dransco Inc. | 26-Nov-07 |
| Drill Cuttings Disposal Company, LLC | 25-Jun-15 |
| Dru-Chem, Inc. | 12-Sep-02 |
| DSC Cartring, LLC dba Deep South Containers | 04-Jan-19 |
| Dual Trucking Inc. | 04-Feb-08 |
| Duke Controls, Inc. | 20-Nov-02 |
| Duncan Oilfield Construction | 19-Jan-16 |
| Durango Services, Inc. | 18-Aug-16 |
| Dynasty Energy Services | 28-Nov-16 |
| E C Hot Shot Service | 29-Jan-16 |
| Eagle Express Hot Shot Service | 04-Oct-16 |
| ECO Mud Disposal | 26-Sep-02 |
| Ecoserv, LLC | 19-Oct-15 |
| Eldridge Air Conditioning and Heating, Inc. | 26-Jul-16 |
| Elite Wellhead Solutions, LLC | 02-Aug-18 |
| Elliott Electric Supply, Inc. | 09-Feb-16 |
| EMS Energy Services | 05-Oct-17 |
| Environmental Equipment Inc. | 06-Nov-02 |
| Equipment Rentals & Service, LLC | 26-Jan-15 |
| Eric Thaxton DBA Quality Lease Operators | 29-Dec-15 |
| Excel Carbon & Alloy, LLC | 25-Jul-16 |
| Express Energy Services; Butch's Rat Hole & Anchor Services | 02-Jan-14 |
| F. J. Brown & Associates, Inc. | 08-Jan-10 |
| Fairway Transport, LLC | 28-Nov-07 |
| Fast Flow Pipe & Supply, Inc. | 26-Nov-07 |
| Fastorq, LLC | 22-Jun-15 |
| FBE Construction Ltd | 21-Oct-13 |
| FDF Energy Services, LLC | 26-Nov-07 |
| Five O'Clock Holdings LLC | 21-Mar-18 |
| Floquip, Inc. | 17-Jul-13 |
| Flow Chem Technologies LLC | 19-Dec-07 |
| Foam Master, LLC | 26-Mar-20 |
| Folse Production Services, Inc | 30-Jan-08 |
| Forbes Energy Services Ltd. | 04-Jan-13 |
| Friendly Trucking, LP | 04-Jan-13 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| Frisco Construction Co Inc | 29-Jan-10 |
| Frontier Services, Inc. | 12-Sep-02 |
| G & F Oilfield Services | 06-Apr-16 |
| G & L Well Service, Inc. | 21-Aug-07 |
| Galbraith Contracting, Inc. | 22-Oct-02 |
| Garber Brothers Inc | 21-Feb-18 |
| Gas Measurement Service | 21-Apr-03 |
| Gas Measurement Services, L.L.C. | 26-Aug-04 |
| Gate Guard Services | 19-Oct-15 |
| GE Oil & Gas | 30-Jan-17 |
| Genesis Wireline, LLC | 20-Feb-17 |
| Geo-Lab | 22-Jul-03 |
| Glenn Satco, Inc. Dba:  Satco, Inc. | 23-Jan-06 |
| Gly-Tech Services, Inc. - Harvey | 11-Dec-07 |
| Gorilla Rentals, LLC | 29-Jan-16 |
| Grable Oil Company LP | 05-Oct-16 |
| Gray Wireline Services | 17-Jul-03 |
| Greene's Energy Group | 27-Mar-13 |
| Greenwell Energy Solutions, LLC ; Prosource Consulting, LLC | 09-Mar-15 |
| Griffith Oilfield Services, Inc. | 18-Feb-10 |
| GT Oilfield Repair, Inc. | 04-Nov-02 |
| Gulf Coast Companies, Inc. | 12-Sep-02 |
| Gulf Coast Wireline | 02-Apr-15 |
| H & H Vacuum Truck Service | 13-Aug-07 |
| H & K Vacuum Truck, Inc., Dugga Boys Inc dba | 04-May-04 |
| Hanover Company | 18-Oct-02 |
| Harrison Production Services, | 03-Dec-02 |
| Hawkins Lease Service, Inc. | 06-Jan-10 |
| Heritage Well Supply | 13-Mar-13 |
| Hill Gaging, LLC | 04-Feb-15 |
| HIMARC Environmental Solutions, Inc. | 03-Oct-17 |
| Holloway Pumping Services Inc. | 16-Feb-18 |
| Hot Oil Units | 13-Feb-17 |
| Hy-Bon Engineering, Inc. | 29-Mar-16 |
| Infinity Valve and Supply | 26-Jan-05 |
| Inland Environmental & Remediation, L.P. | 05-Nov-03 |
| Inland Recycling LLC | 26-Jan-17 |
| Innovative Energy Services, Inc. | 08-Dec-09 |
| Inspection Services of America, Inc. | 03-Dec-07 |
| Intco, Inc. | 11-Feb-03 |
| Integrated Production Services, Inc. (IPS), a division of Superior Energy Services | 22-Feb-06 |
| International Lift Systems, LLC (ILS) | 24-Jan-06 |
| Island Operating Co., Inc. | 25-Feb-12 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| J & D Rentals & Services | 11-Dec-07 |
| J & G Trucking Co. | 12-Sep-02 |
| J & J Oilfield Electric Co., Inc. | 24-Feb-15 |
| J & J Pipe and Supply, Inc. | 12-Sep-02 |
| J&M Energy Services, LP; Marquez Drilling, LP | 02-Jan-13 |
| J.L.W. Express Services Inc | 04-Nov-02 |
| Jaguar Energy Services, LLC | 28-Jan-16 |
| Janic Directional Survey Inc | 08-Jan-15 |
| Janssen Lease Ser Inc. | 10-Jan-03 |
| Jerry's Rentals & Specialties | 19-Apr-13 |
| JG Solis Corp dba Liberty Pump & Supply Co. | 27-Jan-16 |
| Josh Trahan Construction LLC | 02-Aug-13 |
| JRB Service LLC | 27-Jan-17 |
| K & B Machine Works, Inc. | 11-Dec-07 |
| K & C Pneumatic & Salvage, LLC | 26-Nov-07 |
| K & R Operating, LLC | 19-Feb-03 |
| KBK Industries, LLC | 15-Dec-20 |
| Kelley Completion Services, L.L.C. DBA Intertek | 28-Jan-03 |
| Kel-Tech | 13-Jan-16 |
| KGM Express, Inc | 19-Jan-10 |
| KLX Energy Services LLC | 15-Mar-16 |
| Knighten Machine & Service Inc | 20-Sep-02 |
| Knox Oil Field Supply, Inc. | 25-Nov-02 |
| KOK Transport LLC | 01-Feb-21 |
| L & E Lift Systems, Inc. | 20-Sep-02 |
| L.M. Services | 07-Nov-02 |
| Laboratory Technology Inc | 11-Dec-07 |
| Landtel Communications, LLC | 12-Jul-06 |
| Lange Towing, Inc. | 08-Jul-03 |
| Leasco Oilfield Services LTD | 06-Feb-03 |
| Legend Energy Services, LLC | 31-Jan-17 |
| Leviathan Well Solutions, LP | 18-Nov-03 |
| Liberty Electric Company Inc | 12-Sep-02 |
| Lloyd's Gauging Services | 20-Nov-02 |
| Lobo Tubing Testers Inc. | 04-Nov-13 |
| Location Water Systems, LLC | 02-Jan-13 |
| Lone Star Coolers, Ltd. | 26-Nov-07 |
| Lone Star Industries, Gray Sales Inc dba | 15-Jan-19 |
| Longhorn Supply Co. | 11-Jan-08 |
| Loomis International | 05-Feb-14 |
| Louisiana Crane Company, LLC | 28-Dec-09 |
| Louisiana Machinery Co., LLC | 02-Nov-18 |
| Lufkin Industries, Inc. | 08-Oct-09 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| LynnDale Equipment Rental Service, Inc. | 06-May-08 |
| M & M Trucking | 06-Mar-13 |
| M & M Wireline & Offshore Services | 05-Dec-07 |
| M W Rentals & Services Inc | 19-Jun-18 |
| M&D Production Services | 17-Dec-14 |
| M&H Enterprises, Inc. dba M & H Energy Services | 05-May-55 |
| M. B. Energy LLC | 13-Jan-10 |
| M.C. Allstream LLC | 30-Sep-14 |
| Madisonville Service Contr. | 20-Jul-16 |
| Magic Industries Inc. | 30-Sep-19 |
| Magnolia Torque & Testing Inc | 19-Nov-07 |
| Marsh Directional, LLC | 07-Jul-15 |
| Matagorda Oilfield Spec. | 24-Dec-03 |
| Matthew Cloessner | 22-Oct-18 |
| Med-Loz Lease Services | 27-Jan-03 |
| Mendford Trucking; Mendford Trucking Oilfield Services, LLC | 06-Mar-15 |
| Merit Oilfield Services, Inc. | 11-Dec-07 |
| Mesa Southern CWS Acquisition, LP dba Mesa Southern Well Servicing, LP | 03-Aug-11 |
| MH&M Construction; Hector & Manuel Natividad dba | 22-Jan-13 |
| Milamore, Inc. | 29-Oct-21 |
| Miller Electric | 10-Nov-16 |
| Milton M. Cooke Company | 20-Sep-02 |
| Modern Crane Services | 21-Aug-07 |
| Monachem, Inc. | 27-Oct-15 |
| Moncla Marine, LLC | 25-Jun-10 |
| Moncla Well Service, Inc. | 03-Nov-02 |
| Montelongo Well Service, Inc. | 09-Jan-08 |
| Montez Electric Inc. | 13-Feb-17 |
| Multi-Chem Group, LLC | 20-Sep-02 |
| Murphy Energy Services LP | 29-Jun-06 |
| Murphy Swabbing II, L.P. dba Murphy Energy Services, LP | 18-Nov-05 |
| Mustang Gas Compression LLC | 05-May-55 |
| Mustang Production Services, Inc. | 26-Nov-07 |
| N R G Consultants Inc. | 28-May-03 |
| Nalco Company d/b/a Nalco Champion, an Ecolab Company | 02-Sep-14 |
| Natco Group | 04-Feb-08 |
| Neff Rental | 04-Jan-11 |
| New Energy Transport, Inc. | 19-Feb-16 |
| New Permian Hodco, Inc. | 21-Dec-09 |
| Newpark Drilling Fluids, LLC | 01-Feb-10 |
| Newpark Environmental Services, Inc./Newpark Resources, Inc. | 29-Jun-10 |
| Nitro Construction, LLC | 08-Jul-16 |
| Nitro Downhole LLC | 25-Oct-17 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| Nitrogen Specialty Co. | 05-Jul-05 |
| Noble Methane, Inc. | 22-Oct-02 |
| Noble Wireline Services LLC | 13-Oct-17 |
| Norcal Well Supply, Inc. | 20-Sep-02 |
| Nordon Corporation | 27-Jan-17 |
| North American Tubular Services, LLC | 08-Jun-16 |
| North Star Well Services | 24-Jan-17 |
| NTX Valve & Pump LLC | 26-Jan-16 |
| NXT Energy Services | 23-Sep-15 |
| NXT Oilfield Rentals, LLC | 23-Sep-15 |
| O.A.R., Inc. | 12-Apr-13 |
| Odessa Pumps & Equipment, Inc. | 12-Sep-02 |
| Offshore Air & Refrigeration, Inc.; Complete Oilfield Mgnt. & Maintenance dba | 28-Nov-07 |
| Oil & Gas Evaluations And Consulting, LLC | 04-Feb-15 |
| Oil Field Pump Specialists & Supply, Inc. | 09-Feb-17 |
| Oil Mop Environmental Solutions | 18-Mar-03 |
| Oil Patch Petroleum, Inc. | 08-Feb-18 |
| Oil States International | 23-Jan-14 |
| Oilfield Production Contractors, Inc. | 12-Mar-10 |
| Oilfield Professional Contractors, Inc. | 17-Apr-09 |
| Oilfield Treating Chemicals, Inc. | 04-Feb-03 |
| Onda-Lay Pipe & Rental, Inc. | 03-Oct-02 |
| One Choice Construction | 15-Feb-18 |
| Orange Oilfield Supply | 15-Oct-02 |
| Ortego Oil & Supply Co | 05-May-55 |
| Pablos Dehydration Services | 05-May-55 |
| Packers & Service Tools | 12-Jan-10 |
| Padre Tubular, Inc. | 19-Nov-07 |
| Paloma Lease Service Inc | 05-Oct-16 |
| Path Oilfield Services, LLC | 19-Jan-16 |
| Pat's P&A, Inc. | 16-Jun-08 |
| Paul Cormier Well Service Co. | 22-Jan-03 |
| Pellerin's Tubular Service | 24-Aug-04 |
| Pena Welding & Backhoe Service; Michael R. Pena | 20-Nov-02 |
| Performance Cleaning Services LLC | 17-Jun-15 |
| Permian Trucking & Hotshot Service | 05-Feb-09 |
| Petro Log International, Inc. | 19-Nov-07 |
| Petro Pump of South LA, Inc. | 09-Apr-12 |
| Petromac Vacuum Services, LLC | 01-Nov-10 |
| Pinnacle Oilfield Inspection Services LLC | 05-May-55 |
| Pipe Pros, LLC | 05-May-55 |
| Pipeline Accident Prevention Service (PAPS) | 05-Oct-17 |
| Pipeline Measurement Co. | 20-Sep-02 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| PJP4 Fluid Management, LLC | 10-Sep-14 |
| Platinum Energy Solutions Inc./Platinum Pressure Pumping | 28-Jan-13 |
| Platinum PTS II, LLC | 13-Feb-18 |
| Pool Company Texas Ltd. | 12-Sep-02 |
| Portland Welding & Machine Inc | 16-Oct-02 |
| PPI Engineering and Construction Services, LLC | 08-Jan-16 |
| Precision Production Services,  L.C. | 08-Jul-16 |
| Precision Pump & Valve II, Inc | 17-Nov-20 |
| Precision Tools & Machining | 28-Jan-08 |
| Precision Well Logging, Inc. | 18-Oct-16 |
| Preheat Inc | 19-Apr-10 |
| Premiere, Inc. | 30-Dec-13 |
| Premium Energy Services L.L.C | 19-Apr-07 |
| Pressure Control Specialties | 26-Feb-14 |
| Primed Up Nitrogen | 08-Mar-16 |
| Priority Energy Holdings, LLC | 18-Jan-16 |
| Process Solutions & Products | 26-Nov-07 |
| Production Enhancement Systems, LLC | 01-May-17 |
| Production Equipment Supply Company, Inc.; (PESCO) | 20-Sep-02 |
| Production String Services LLC | 06-Mar-17 |
| Production Wireline & Cased Hole Services | 10-Aug-04 |
| Professional Pumping Services | 25-Mar-13 |
| Professional Wireline Rentals, LLC | 23-Aug-04 |
| Prosper Operators Inc. | 13-Feb-08 |
| Pro-Stim Services, LLC | 04-Nov-14 |
| Protech Oil & Gas Services, LLC | 24-Apr-15 |
| Pruitt Production Services | 26-Jan-16 |
| Pump Flow Services, Inc. | 07-Jul-16 |
| Pumpelly Oil Co., LLC | 20-Feb-15 |
| Pure Flow Technologies, Inc. | 26-May-15 |
| Quality Lease Service, Inc. | 20-Sep-02 |
| Quality Preheat & Pressure Washers, Inc. | 03-Dec-12 |
| Quality Process Services, LLC | 03-Jun-10 |
| Quality Production Service, LLC | 06-May-03 |
| Quinn's Rental Services USA, LLC and Lee Specialties USA LLC | 24-Sep-15 |
| Quintana Energy Services LP | 04-Nov-16 |
| R & R Rental & Hotshot, Inc. | 05-Oct-16 |
| R P M Swabbing Service | 30-Dec-02 |
| Ramrod Trucking Inc | 29-Oct-15 |
| Ranger Specialty & Supply Control Systems, LLC | 26-Mar-08 |
| Raymond's Welding & Mach Shop | 29-Jan-16 |
| Ray's Mobile Homes, Ltd | 26-Sep-02 |
| Rebel Oilfield Production Services, LLC | 19-Nov-07 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| Red Energy Services, L.P. | 11-Feb-15 |
| Red Fox Environmental Services, Inc. | 03-Jun-16 |
| Remco Services, Inc. | 26-Sep-02 |
| Renae G Stanford Inc dba Stanford Trucking Line | 09-Nov-16 |
| Rex Mccord Welding Service | 11-Mar-03 |
| Rex's Maintenance Service | 20-Sep-02 |
| Rio Oilfield Supplies, Inc. | 04-Jan-08 |
| Robertson Oilfield Consulting | 06-Mar-15 |
| Rock Dicke Incorporated | 15-Feb-18 |
| Rod And Tubing Services, LLC | 26-Nov-07 |
| Romero Fishing & Rental Tools, LLC | 29-Sep-14 |
| Ronald Porterpan | 06-Feb-15 |
| Ronnie's Airboats Unlimited, LLC | 13-May-11 |
| Royal Wireline, Inc. | 05-Jul-05 |
| Roywell LLC | 12-Sep-02 |
| RSK Transport, LLC | 15-Jun-16 |
| Russell Bethke | 22-Apr-20 |
| RWI Construction, Inc. | 15-May-15 |
| S & K Oilfield Services, LLC | 22-Apr-16 |
| S K Backhoe Oilfield | 29-Jan-16 |
| S.W.A.P. Inc | 09-May-13 |
| Sabine Environmental Services, L.L.C. | 21-May-14 |
| Safety and Pressure Control Oil & Gas dba Alliance Oil & Gas Services | 02-Aug-16 |
| Sam's Oil Field Services, LLC | 11-Jan-08 |
| Sanders Trucking | 03-Apr-13 |
| SAR Protectors & Supply Co. Inc. | 04-Oct-16 |
| Sargent & Lillard Casing Pulling Inc. | 25-Jan-17 |
| Scout Energy Services, LLC | 26-Jun-15 |
| SDS Petroleum Consultants L.L.C. | 19-Sep-18 |
| Seifert Welding & Construction | 16-Jun-08 |
| Select Oilfield Services, LLC | 20-Nov-15 |
| Select Technologies; Select Chemicals, LLC | 26-Sep-02 |
| SEMPCheck Services, Inc dba NDTrak Technologies | 19-Nov-13 |
| Sentry Energy Solutions | 24-Jan-19 |
| Service Consulting & Management | 28-Dec-09 |
| Shale Tank Trucks; (Complete Production Services, Inc.) | 16-Dec-11 |
| Shamrock Equipment Rental, Coffing Eastman Inc. dba | 07-Mar-03 |
| Shell Morgan Landing, Inc. | 26-Nov-07 |
| Slyder Energy Solutions, LLC | 20-Jan-17 |
| Smith Oilfield Services, Inc. | 18-Jan-16 |
| Sooner Production Services, Inc. | 25-Jul-17 |
| Sour Lake Contracting, Inc. dba ROS Vaccum Service | 25-Nov-02 |
| South Central Cementers | 23-May-06 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| Southern Coil Tubing, L.L.C. | 09-May-14 |
| Southern Flow Companies | 04-Nov-02 |
| Southern Lease Service,  Ltd | 20-Sep-02 |
| Southern Supply Company | 29-Dec-15 |
| Southern Survey Services, LLC | 05-Feb-18 |
| Southern Texas Industrial Service Co. Inc. (STISCO) | 15-Apr-03 |
| Sparkman Industries Inc. | 28-May-03 |
| Specialty Oilfield Solutions, LTD | 15-Aug-07 |
| Specialty Rental Tools Inc | 08-Jan-04 |
| Spirit Drilling Fluids, LLC | 27-Sep-02 |
| Spirit Environmental | 18-Jan-17 |
| SPL, Inc.; Southern Petroleum Laboratories, Inc. | 11-Nov-11 |
| Stagg Marine, Inc.;Tiger Towing, Inc. | 09-Dec-02 |
| Steven's Specialty, Inc. | 05-Dec-07 |
| Stevie Page | 15-Feb-16 |
| Stewart Transport, LLC | 29-Sep-16 |
| Stokes & Speihler USA, Inc. | 05-May-55 |
| STRC Oilfield Technology, LLC | 18-Jan-16 |
| Streamline Production Services Inc. | 21-Feb-19 |
| Streamline Production Systems, LLC | 09-Dec-03 |
| Streamline Well Testing & Rental LLC | 24-Sep-20 |
| Stringers Oilfield Service, Inc. | 18-Jan-16 |
| STRYDER Construction & Pipeline, Inc. | 04-Feb-15 |
| Superior Energy Services, LLC | 22-Dec-09 |
| Sutton Pump & Supply, Inc. | 21-Oct-13 |
| Swamp Oilfield Construction | 11-Aug-15 |
| T&P Well Testers LLC | 11-Feb-19 |
| T. B. Moran Co. | 20-Sep-02 |
| T. Baker Smith & Son, Inc. | 19-Jan-16 |
| T.K. Stanley, Inc. | 20-Sep-02 |
| Tanner Companies, LLC; Tanner Construction Company, Inc. | 25-Jul-05 |
| Tarpon Rental, Inc. | 26-Nov-07 |
| Tate Supply Company | 22-Jan-03 |
| Teel's Maintenance & Supply Co | 28-Dec-09 |
| Tejas Lease Service, Ltd. | 29-Jan-10 |
| Terrebonne Wireline Services, Inc. | 24-Jan-03 |
| Tesco Corporation (US) | 29-Jan-10 |
| Tetra Production Testing Services, L.P. | 22-Oct-15 |
| Tetra Technologies Inc | 21-Jan-15 |
| Texas Hot Oilers, Inc. | 27-Mar-03 |
| Texas Hot Shot Co. | 26-Sep-02 |
| Texas Industrial Engine, Inc. | 12-Apr-13 |
| Tflow Measurement | 21-Oct-15 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|------|---------------|
| Thomas Energy Services, a Schlumberger Company | 03-Oct-02 |
| Tiger Well Service Inc. | 13-May-03 |
| Tillery Electric | 26-Jan-16 |
| Tim Simpson | 25-Mar-13 |
| TIMCO Services, Inc. | 07-Mar-08 |
| Tim's Wireline Service, Ltd. | 12-Jan-15 |
| TIW Corporation | 30-Aug-07 |
| Tong Specialty, Inc. | 20-Sep-02 |
| Top Notch Energy Services, Inc. | 30-Jun-06 |
| Torqued-Up Energy Services, Inc. | 12-Aug-14 |
| Total Production Services, Inc | 26-Sep-02 |
| TransTex Hunter, LLC | 27-Jan-16 |
| Triangle Petroleum Service | 04-Nov-02 |
| Trinity Tubing Testers, Inc. | 13-Feb-04 |
| Triple S Marine, LLC | 24-Sep-14 |
| Trusted Compliance, LLC | 02-Jul-19 |
| Tubing Rentals, Inc. | 13-Jan-10 |
| Tubular Solutions II, Inc. dba Tubular Solutions, Inc. | 25-Jun-15 |
| Tubular Synergy Group | 22-Jul-20 |
| Tubular Technology, Inc. | 19-Aug-03 |
| Tuff Services | 27-Jan-15 |
| Tullos Enterprises, LLC | 06-Oct-16 |
| Turbeco, Inc. dba Spidle Turbeco | 28-Dec-07 |
| Twin Tank Company, Inc. | 12-Feb-16 |
| TX Energy Services, LLC; Forbes Energy Services | 26-Nov-07 |
| United Surveys, Inc. | 20-Sep-02 |
| United Wellhead Services, Inc. | 06-May-03 |
| Universal Fishing and Rental Tools, INC | 21-Jun-04 |
| Unlimited Oilfield Services | 16-Feb-05 |
| US Oil Tools Inc. | 20-Feb-17 |
| USA Environment, L.P. | 09-Mar-04 |
| USA Mobile Crane, LLC | 28-Dec-09 |
| Valley Testing Services, LLC | 27-Sep-05 |
| Vault Pressure Control, LLC | 29-Dec-15 |
| Vegetation Control Services | 02-Jul-08 |
| Vegetation Management Specialists, Inc. | 11-Dec-07 |
| Venture Transport Logistics, LLC | 03-Dec-07 |
| Vesco Rental & Supply | 26-Nov-07 |
| VFD OnCall Automation | 06-Nov-17 |
| Victoria Fishing & Rental | 15-Apr-03 |
| W & W Services, Inc. | 23-Aug-05 |
| W. G. Services | 09-Jul-03 |
| Warrior Supply, Inc. | 15-Feb-16 |

**WHITE OAK RESOURCES VI, LLC**
**MASTER SERVICE AGREEMENT "MSA" CONTRACTS**
**Schedule G Exhibit 3**

| Name | Date MSA Recd |
|---|---|
| Waste Connections, Inc DBA Lacassine Oil Service | 15-Jul-09 |
| Watson Electric Co Inc | 22-Jan-13 |
| WCC Energy, LLC | 06-Mar-15 |
| Well Star Investments | 10-Apr-03 |
| Western Specialized Services | 20-Sep-02 |
| White's Dispatching Service | 12-May-15 |
| Willco Services, Inc. | 07-Aug-07 |
| William S Nichols Dba Nichols Contract Pumping | 09-Jan-08 |
| Willy Swan Welding | 03-Oct-02 |
| Wilson Supply Co | 29-Jan-08 |
| Winder Motor & Electric Supply Inc. | 19-Jan-16 |
| WS Energy Services | 01-May-20 |
| Young's A/C & Appliance Repair | 22-Oct-18 |
| Zealous Energy Services, LLC | 19-Oct-16 |
| Zedi US Inc. | 16-Dec-15 |
| Traco Production Services, Inc. | 28-Dec-09 |

**Fill in this information to identify the case:**

Debtor name __**White Oak Resources VI, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Orion Greyston Partners, LP** | P O Box 2216<br>Schenectady, NY 12301 | **U.S. SPECIALTY INSURANCE CO** | ■ D __**2.22**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **White Oak Energy V, LLC** | **16941 Northchase, Suite 1700**<br>**Houston, TX 77060** | **U.S. SPECIALTY INSURANCE CO** | ■ D __**2.22**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **White Oak Energy VI, LLC** | **16941 Northchase, Suite 1700**<br>**Houston, TX 77060** | **U.S. SPECIALTY INSURANCE CO** | ■ D __**2.22**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **White Oak Oil & Gas Partners LP** | **16941 Northchase, Suite 1700**<br>**Houston, TX 77060** | **U.S. SPECIALTY INSURANCE CO** | ■ D __**2.22**__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **White Oak Resources VI, LLC** | **16941 Northchase, Suite 1700**<br>**Houston, TX 77060** | **U.S. SPECIALTY INSURANCE CO** | ■ D __**2.22**__<br>☐ E/F _____<br>☐ G _____ |

Debtor **White Oak Resources VI, LLC**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name  **White Oak Resources VI, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$3,269,032.30** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$29,179,901.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$27,888,901.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor   **White Oak Resources VI, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached Exhibit SOFA 3 Listing Details of 90 Day Payments to Creditors** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached Exhibit SOFA 4/30 Payments to Insiders within 1 year** | | | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Buena Fe, LLC. v. White Oak Operating Company, LLC and White Oak Resources VI, LLC**<br>DC-180633 | **Surface Damages** | **381st Judicial District Court of Starr County, Texas**<br>**401 Britton Ave**<br>**Rio Grande City, TX 78582** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. **OD's Chula Vista, LLC v White Oak Resources VI, LLC and White Oak Operating Company, LLC**<br>DC-21-221 | **Claim for damages associated with lightning strike** | **229th Judicial District Court of Duval County, TX**<br>**400 E Gravis Ave**<br>**San Diego, TX 78384** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor   **White Oak Resources VI, LLC** _____   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **White Oak Operating Company, LLC and White Oak Resources VI, LLC v Siana Oil & Gas Co, LLC**<br>**2015-45224** | **Seeking outstanding joint interest billings and other damages** | **164th District Court**<br>**Harris County, TX**<br>**201 Caroline St 12th Floor**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Siana Oil & Gas Co, LLC v White Oak Operating Company, LLC  and White Oak Resources VI, LLC**<br>**01-21-00721** | **Appeal** | **Court of Appeals**<br>**First District of Texas**<br>**301 Fannin Street**<br>**Houston, TX 77002-2066** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **White Oak Resources VI, LLC and White Oak Operating Company, LLC v Pledger Operating Company, Inc.**<br>**2021-1387 B** | **Suit seeking performance** | **15th Judicial District Parish of**<br>**Lafayette, Louisiana**<br>**800 S Buchanan St.**<br>**Lafayette, LA 70502** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **White Oak Resources VI, LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **FUQUA & ASSOCIATES, P.C. 8558 KATY FREEWAY, STE. 119 Houston, TX 77024** | **Legal Services paid by White Oak Operating Company, LLC for joint representation with White Oak Resources VI, LLC and White Oak Resources Holdings, Inc.** | **4/28/2023 and 6/23/2023** | **$50,000.00** |
| | Email or website address **www.fuqualegal.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **MACCO Restructuring Group LLC 700 Milam Street Suite 1300 Houston, TX 77002** | **Financial Advisory Services paid by White Oak Operating Company, LLC provided jointly to White Oak Resources VI, LLC and White Oak Resources Holdings, Inc.** | **03/26/2023 $106,862.50 03/30/2023 $50,000.00 03/31/2023 $25,000.00 04/02/2023 $46,515.00 04/08/2023 $46,520.00 04/16/2023 $63,200.00 04/23/2023 $49,490.00 04/28/2023 $36,957.50 05/31/2023 $155,567.50 06/30/2023 $125,747.50 04/30/2023 $75,000.00** | **$732,292.50** |
| | Email or website address **https://www.macco.group/** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Jackson Walker LLP 1401 McKinney Suite 1900 Houston, TX 77010** | **Legal Services paid by White Oak Operating Company, LLC for joint representation with White Oak Resources VI, LLC and White Oak Resources Holdings, Inc.** | **03/20/2023 $50,000.00 04/30/2023 $50,000.00 04/30/2023 $25,000.00 05/31/2023 $25,000.00** | **$150,000.00** |
| | Email or website address **https://www.jw.com/** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor **White Oak Resources VI, LLC** _____   Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.4. | | 08/24/2022 $298,963.64 11/30/2022 $181,459.87 02/24/2023 $32,806.00 04/05/2023 $50,000.00 | |
| **Kirkland & Ellis LLP 4550 Travis Street Dallas, TX 75205** | **Legal Services paid by White Oak Operating Company, LLC for joint representation with White Oak Resources VI, LLC and White Oak Resources Holdings, Inc.** | | **$563,229.51** |
| Email or website address **https://www.kirkland.com/** | | | |
| Who made the payment, if not debtor? | | | |
| 11.5. **MP BOOT PETROLEUM ENGINEERING SERVICES 12030 Naughton St Houston, TX 77024** | **Engineering Services paid by White Oak Operating Company, LLC for joint representation with White Oak Resources VI LLC** | 04/09/2023 $13,550.00 04/16/2023 $4,012.00 | **$17,562.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.6. | | 03/31/2023 $12,757.50 04/09/2023 $21,060.00 04/15/2023 $33,480.00 04/22/2023 $17,145.00 04/28/2023 $11,610.00 05/31/2023 $32,400.00 06/30/2023 $21,262.50 | |
| **Drew McManigle MACCO Restructuring Group, LLC 700 Milam Street, Suite 1300 Houston, TX 77002** | **Chief Restructuring Officer fees paid by White Oak Operating Company, LLC for joint services with White Oak Resources VI, LLC and White Oak Resources Holdings, Inc.** | | **$149,715.00** |
| Email or website address **https://macco.group** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Debtor   **White Oak Resources VI, LLC**                     Case number *(if known)*

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **PEL Exploration 2022, LLC**<br>**Perdido Energy**<br>**Attn Joshua Holden**<br>**1020 Main Street Suite 1930**<br>**Houston, TX 77002** | **See attached Exhibit SOFA 13 PEL - Oil &**<br>**Gas Wells and Leases** | **2/4/2022** | **$6,800,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.2<br>. | **Aldine Oil & Gas LP**<br>**Attn; R. Michael Rayburn, Jr.**<br>**16945 Northchase Drive Suite**<br>**1700**<br>**Houston, TX 77060** | **See attached Exhibit SOFA Aldine - Oil &**<br>**Gas Leases and Wells** | **3/31/2022** | **$6,800,000.00** |
| | **Relationship to debtor**<br>**Affiliate of Insider** | | | |
| 13.3<br>. | **405 Hackberry LLC**<br>**Attn: Greg White**<br>**405 Lexington Avenue, 59th**<br>**Floor**<br>**New York, NY 10174** | **See attached Exh SOFA 13 HACKBERRY**<br>**- Oil & Gas Leases and Wells**<br>**Total purchase price was $48,826,175**<br>**with $1,800,000 paid by Chato Energy,**<br>**LLC for the Charenton Field Assets,**<br>**Sterling Sugars #1 and Guidroz SWD,**<br>**included in Exhibit SOFA 13**<br>**HACKBERRY.** | **5/4/2023** | **$47,026,175.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.4<br>. | **Terre Verte Co Inc.**<br>**Attn: Ryan Scott Clinton**<br>**P O Box 90265**<br>**San Diego, CA 92169** | **Bob West North ORRI** | **8/1/2021** | **$17,300.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.5<br>. | **DJC Holding Inc.**<br>**Attn David Collins**<br>**P O Box 80902**<br>**Rancho Santa Margarita, CA**<br>**92688** | **Ball Ranch ORRI** | **8/1/2021** | **$6,050.00** |
| | **Relationship to debtor**<br>**None** | | | |

Debtor    **White Oak Resources VI, LLC**                                         Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.6<br>. | **Maynard Properties**<br>**Attn William Maynard**<br>**923 Wade Hampton Dr**<br>**Houston, TX 77024** | **Liberty South East River Surface** | **9/1/2021** | **$40,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.7<br>. | **Envestments LLC**<br>**Attn Jason Harris**<br>**6900 Mesa Drive**<br>**Austin, TX 78731** | **White Point East Nonop** | **10/1/2021** | **$2,200.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.8<br>. | **Gregg Colton**<br>**65 South Pfeifferhorn Drive**<br>**Alpine, UT 84004** | **Coal Fire Creek** | **11/1/2021** | **$4,900.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.9<br>. | **Odun Oil & Gas**<br>**P O Box 100**<br>**Harper, TX 78631** | **Liberty South** | **11/1/2021** | **$550,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.1<br>0. | **Entertainment Royalty**<br>**Organization LLC**<br>**714 S Dearborn St 2nd Floor**<br>**Chicago, IL 60605** | **Liberty Co Mineral 270NPMA** | **1/1/22** | **$10,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.1<br>1. | **Haywood Minerals**<br>**Address Unknown** | **Liberty Co Minerals 429NPMA** | **1/1/22** | **$10,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.1<br>2. | **Non-Op LLC**<br>**P O BOx 641759**<br>**Los Angeles, CA 90064** | **Chalkey West** | **3/1/22** | **$75,000.00** |
| | Relationship to debtor<br>**None** | | | |

Debtor   **White Oak Resources VI, LLC**                          Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>3. | **Bass**<br>**Attn Mark Stanley**<br>**P O Box 7726**<br>**Beverly Hills, CA 90212** | **Perkins SE** | **3/1/22** | **$320,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.1<br>4. | **Chato Energy LLC**<br>**100 Glenborough Dr Suite 442**<br>**Houston, TX 77067** | **Charenton Field Assets, Sterling Sugars<br>#1 and Guidroz SWD (Purchase price was<br>$1,800,000, received payment of<br>$1,778,188.01 at closing).** | **5/4/2023** | **$1,800,000.00** |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **8736 Rosewood Rd**<br>**Kaplan, LA 70548** | **September 2022** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **White Oak Resources VI, LLC** | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **UHAUL Greenspoint Mall 11911 North Freeway Houston, TX 77060** | **White Oak Management** | **Documentation of O&G Leases, Assets and other proprietary data and information relating to oil and gas assets as well as miscellaneous office equipment and furniture.** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor **White Oak Resources VI, LLC** _____ Case number _(if known)_ _____

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Winterman / Bonus Field** | **Texas Railroad Commission**<br>**1701 N. Congress**<br>**Austin, TX 78701** | **Spill** | |
| **Backridge Field** | **Louisiana Department of Natural Resource**<br>**617 North Third Street**<br>**LaSalle Building, 9th Floor**<br>**Baton Rouge, LA 70802** | **Marsh Restoration** | |
| **Backridge Field** | **Louisiana Department of Natural Resource**<br>**617 North Third Street**<br>**LaSalle Building, 9th Floor**<br>**Baton Rouge, LA 70802** | **Compliance Order** | |
| **Magnet Withers Field** | **Texas Commission on Environmental Qualit**<br>**5425 Polk St H**<br>**Houston, TX 77023** | **Air Permit Violation** | |
| **Little Lake** | **Louisiana Department of Natural Resource**<br>**617 North Third Street**<br>**LaSalle Building, 9th Floor**<br>**Baton Rouge, LA 70802** | **Compliance Order** | |
| **Second Bayou** | **Louisiana Department of Natural Resource**<br>**617 North Third Street**<br>**LaSalle Building, 9th Floor**<br>**Baton Rouge, LA 70802** | **Dump Valve Leak** | |
| **Gueydan** | **Texas Railroad Commission**<br>**1701 N. Congress**<br>**Austin, TX 78701** | **Shut In** | |
| **Lake Verret** | **Louisiana Department of Natural Resource**<br>**617 North Third Street**<br>**LaSalle Building, 9th Floor**<br>**Baton Rouge, LA 70802** | **SWD MIPT** | |

Debtor   **White Oak Resources VI, LLC**                          Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **West Lake Verret** | **Louisiana Department of Natural Resource 617 North Third Street LaSalle Building, 9th Floor Baton Rouge, LA 70802** | **MIPT** | |
| **Mystic Bayou** | **Louisiana Department of Natural Resource 617 North Third Street LaSalle Building, 9th Floor Baton Rouge, LA 70802** | **MIPT** | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **White Oak Operating Company, LLC 16941 Northchase, Suite 1700 Houston, TX 77060** | | EIN:  **61-1407786** From-To  **Inception to Current** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Nicole Lytle** | **Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   **White Oak Resources VI, LLC** _____   Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Compton & Wendler PC**<br>**909 Fannin Street**<br>**Suite 3275**<br>**Houston, TX 77010** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **WO Resources VI Holdings, LLC** | **16941 Northchase, Suite 1700 Houston, TX 77060** | **Director/Manager** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Drew McManigle** | **700 Milam St, Suite 1300 Houston, TX 77002** | **CRO** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Thomas F. Isler** | | **President & CEO, Board Observer** | **5/4/2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **R. Michael Rayburn** | | **EVP, COO, & Secretary, Board Observer** | **5/4/2023** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Debtor   **White Oak Resources VI, LLC**                          Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **See attached Exhibit SOFA 4/30**<br>**Payments to Insiders within 1 year** | | | |
| | **Relationship to debtor** | | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **WO Resources VI Holdings, LLC** | **EIN:    85-1507660** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **White Oak Resources VI, LLC**                                          Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          07/17/2023

_____          **Drew McManigle**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **14**

**WHITE OAK RESOURCES VI LLC**
**SOFA 3 EXHIBIT**
**April 1, 2023 through June 30, 2023**

| Payee | Amount ($) |
|---|---|
| BGN INSURANCE GROUP | 571,449.40 |
| CHUCK HENRY | 25,000.00 |
| FORZA OPERATING | 17,129.41 |
| FTR | 83,568.22 |
| IPFS | 187,393.09 |
| MERRIMAN | 20,000.00 |
| MW FUEL | 27,452.36 |
| T HOOK | 20,000.00 |
| VINSON & ELKINS | 100,000.00 |
| **Grand Total** | **1,051,992.48** |

**WHITE OAK RESOURCES VI LLC**
**SOFA 4 / 30 EXHIBIT**

| Account Number | Account Name | Transaction Description | Payee | Amount | Date |
|---|---|---|---|---|---|
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 390,000.00 | 7/7/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 405,000.00 | 7/13/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 1,100,000.00 | 7/21/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 410,000.00 | 7/28/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 830,000.00 | 8/4/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 475,000.00 | 8/10/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 190,000.00 | 8/18/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 575,000.00 | 8/25/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 980,000.00 | 8/31/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 325,000.00 | 9/8/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 325,000.00 | 9/15/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 305,000.00 | 9/22/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 590,000.00 | 9/29/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 315,000.00 | 10/6/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 490,000.00 | 10/13/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 330,000.00 | 10/21/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 750,000.00 | 10/27/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 390,000.00 | 11/3/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 325,000.00 | 11/10/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 165,000.00 | 11/16/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 390,000.00 | 11/22/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 480,000.00 | 12/1/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 305,000.00 | 12/7/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 140,000.00 | 12/14/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 700,000.00 | 12/22/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 150,000.00 | 12/29/2022 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 540,000.00 | 1/5/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 500,000.00 | 1/24/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 175,000.00 | 1/30/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 645,000.00 | 2/3/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 125,000.00 | 2/9/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 610,000.00 | 2/23/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 545,000.00 | 3/2/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 25,000.00 | 3/9/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 600,000.00 | 3/23/2023 |

**WHITE OAK RESOURCES VI LLC**
**SOFA 4 / 30 EXHIBIT**

| Account Number | Account Name | Transaction Description | Payee | Amount | Date |
|---|---|---|---|---|---|
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 130,000.00 | 4/6/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 150,000.00 | 4/12/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 60,000.00 | 4/14/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 80,000.00 | 4/28/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 75,000.00 | 5/4/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 215,000.00 | 5/5/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 525,000.00 | 5/12/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 435,000.00 | 5/24/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 370,000.00 | 6/2/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 80,000.00 | 6/9/2023 |
| 5797201000 | WHITE OAK RESOURCES VI LLC DEP ACCT | Account Transfer | WHITE OAK OPERATING COMPANY | 165,000.00 | 6/16/2023 |
| | | | **TOTAL** | **17,880,000.00** | |

**SOFA 13 Exhibit 1- Sold to PEL Exploration**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY/PARISH | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| LIBBY & BLOUIN SWD #1 | 0.6000000 | | | | LAKE BOEUF SW | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO., LLC | 1705722882 |
| ROBU L RA SUA; L VALLEY PLTN #1 | 0.6000000 | 0.47749605 | | | LAKE BOEUF SW | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO., LLC | 1705722854 |
| JOHN B BAKER #1 (MIOGYP RA SUA) | 0.47120804 | 0.35919676 | | | E RICEVILLE | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711321829 |
| JOHN B BAKER #1 SWD | 0.47120804 | | | | E RICEVILLE | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711388121 |
| ARMSTRONG GAS UNIT #1 | 0.86895238 | 0.65187890 | | | PEVETO | TEXAS | ORANGE | WHITE OAK OPERATING CO, LLC | 4236130493 |
| ARMSTRONG GAS UNIT #1 SWD | 0.86895238 | | | | PEVETO | TEXAS | ORANGE | WHITE OAK OPERATING CO, LLC | 4236130974 |

* - APO Interest will only be shown if payout has not yet occurred.

Ex. A - 2

**SOFA 13 Exhibit 1- Sold to PEL Exploration**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|---------------|------|------|-----------|
| 172670001-000 | FANNIE LEE BABIN LEMOINE ETAL | DELTA LANDS EXPLORATION, INC. | 9/3/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 845488 |
| 172670002-000 | J DARWIN RICHARD, ETAL | DELTA LANDS EXPLORATION, INC. | 9/7/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 845489 |
| 172670003-000 | WILLIAM J MENGE, ET UX | DELTA LANDS EXPLORATION, INC. | 9/23/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 845494 |
| 172670004-000 | ROY LADAMS ET AL | DELTA LANDS EXPLORATION, INC. | 9/17/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 845499 |
| 172670005-001 | HAZEL ZERINGUE LEGENDRE ETAL | DELTA LANDS EXPLORATION, INC. | 12/8/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 858291 |
| 172670005-002 | GERARD BOURGEOIS | DELTA LANDS EXPLORATION, INC. | 12/8/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 851628 |
| 172670006-000 | LAUREL VALLEY PLANTATION INC | DELTA LANDS EXPLORATION, INC. | 7/9/2001 | LA | LAFOURCHE | LAKE BOEUF SW | | | 898865 |
| 172670007-000 | GEORGE J LANDECHE, ET UX | DELTA LANDS EXPLORATION, INC. | 1/28/1999 | LA | LAFOURCHE | LAKE BOEUF SW | | | 857140 |
| 172670008-000 | ROLAND J GAUBERT SR ET UX | DELTA LANDS EXPLORATION, INC. | 11/1/1999 | LA | LAFOURCHE | LAKE BOEUF SW | | | 866497 |
| 172670010-000 | LIBBY & BLOUIN LIMITED | DELTA LANDS EXPLORATION, INC. | 11/30/2001 | LA | LAFOURCHE | LAKE BOEUF SW | | | 909587 |
| 172670011-000 | LOUIS DEVILLIER, ET UX | DELTA LANDS EXPLORATION, INC. | 4/2/2001 | LA | LAFOURCHE | LAKE BOEUF SW | | | 893857 |
| 34274 | HUMBLE, ZEMA M. LEGER | GREAT RIVER OIL & GAS CORPORATION | 07/17/1989 | LA | VERMILION | E. RICEVILLE | | | 8907802 |
| 34275 | WOODS, CLIVEN P. | GREAT RIVER OIL & GAS CORPORATION | 07/20/1989 | LA | VERMILION | E. RICEVILLE | | | 8907803 |
| 34276 | WOODS, FARRELL JUDE; ETUX | GREAT RIVER OIL & GAS CORPORATION | 07/22/1989 | LA | VERMILION | E. RICEVILLE | | | 8907804 |
| 34277 | THACKSTON, PHILIP J.; ETUX | GREAT RIVER OIL & GAS CORPORATION | 07/22/1989 | LA | VERMILION | E. RICEVILLE | | | 8908027 |
| 34278 | PEGO, MARY P.; ETAL | GREAT RIVER OIL & GAS CORPORATION | 07/24/1989 | LA | VERMILION | E. RICEVILLE | | | 8907805 |
| 34280 | WOODS, JOSEPH LOIFY | GREAT RIVER OIL & GAS CORPORATION | 07/20/1989 | LA | VERMILION | E. RICEVILLE | | | 8907807 |
| 34281 | WOODS, JAMES J.; ETUX | GREAT RIVER OIL & GAS CORPORATION | 07/25/1989 | LA | VERMILION | E. RICEVILLE | | | 8907808 |
| 34282 | WOODS, NATHAN PAUL | GREAT RIVER OIL & GAS CORPORATION | 07/27/1989 | LA | VERMILION | E. RICEVILLE | | | 8907809 |
| 34283 | RICHARD, RENA TRAHAN | GREAT RIVER OIL & GAS CORPORATION | 07/26/1989 | LA | VERMILION | E. RICEVILLE | | | 8907810 |

Ex. A - 3

**SOFA 13 Exhibit 1- Sold to PEL Exploration**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 34284 | BREAUX, ELRIDA TRAHAN | GREAT RIVER OIL & GAS CORPORATION | 07/26/1989 | LA | VERMILION | E. RICEVILLE | | | 8908028 |
| 34285 | KARCHER, DELSA M. WOODS | GREAT RIVER OIL & GAS CORPORATION | 07/28/1989 | LA | VERMILION | E. RICEVILLE | | | 8908029 |
| 34287 | CURTIS, INZA G. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912022 |
| 34288 | CURTIS, CARL THOMAS | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912024 |
| 34289 | BAKER, CAROL NAN HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912025 |
| 34290 | BURDICK, CLARA EVELYN HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912026 |
| 34291 | CARWILE, ELIZABETH C | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912030 |
| 34292 | DREIER, JOYCE CLAMPITT | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912031 |
| 34293 | EVANS, CHARLES L | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912033 |
| 34294 | EVANS, DOROTHY ANTHON | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912032 |
| 34295 | GIBSON, ANNIE DEE NIX | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912038 |
| 34296 | GIBSON, SALLIE M. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912037 |
| 34297 | GIBSON, CURTIS D. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912036 |
| 34298 | GIBSON, DELLA G. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912028 |
| 34299 | HAIR, MILDRED E. H.; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912034 |
| 34300 | HARDEE JR., HENRY GRADY; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912035 |
| 34301 | HARDEE, GAY LEAH | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912039 |
| 34302 | HARDEE, DWIGHT SAXTON; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912021 |
| 34303 | HARDEE, LARRY LEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912023 |
| 34304 | HRUSKA, DIANNE HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912040 |

Ex. A - 4

**SOFA 13 Exhibit 1- Sold to PEL Exploration**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 34305 | LAMB, MARGARET EVANS; ET UX | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912041 |
| 34306 | SPEERS, W. HAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912027 |
| 34307 | TATUM, LUCILLE G.; ET VIR | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912029 |
| 34308 | CURTIS, INZA G. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912006 |
| 34309 | CURTIS, CARL THOMAS | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912012 |
| 34310 | BAKER, CAROL NAN HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912007 |
| 34311 | BURDICK, CLARA EVELYN HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912008 |
| 34312 | CARWILE, ELIZABETH C. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912010 |
| 34313 | DREIER, JOYCE CLAMPITT | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912013 |
| 34314 | EVANS, CHARLES L. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912017 |
| 34315 | EVANS, DOROTHY ANTHON | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912015 |
| 34316 | GIBSON, ANNIE DEE NIX | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912016 |
| 34317 | GIBSON, SALLIE M. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912020 |
| 34318 | GIBSON, CURTIS D. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912019 |
| 34319 | GIBSON, DELLA G. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912018 |
| 34320 | HAIR, MILDRED E. H.; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912014 |
| 34321 | HARDEE JR., HENRY GRADY; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912009 |
| 34322 | HARDEE, GAY LEAH | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912011 |
| 34323 | HARDEE, DWIGHT SAXTON; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912005 |
| 34324 | HARDEE, LARRY LEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912004 |

Ex. A - 5

**SOFA 13 Exhibit 1- Sold to PEL Exploration**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|---------------|------|------|-----------|
| 34325 | HRUSKA, DIANNE HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912003 |
| 34326 | LAMB, MARGARET EVANS; ET VIR | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912002 |
| 34327 | SPEERS, W. HAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912001 |
| 34328 | TATUM, LUCILLE G., ET VIR | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912000 |
| 34329 | THE JOSEPH ZAUNBRECHER TRUST | DWIGHT A. MUNCHRATH | 07/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912065 |
| 34330 | BAKER, JOHN B. ETUX | DWIGHT A. MUNCHARTH | 07/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8908582 |
| 34334 | MANCEAUX, LOIS M.; ETAL | ACADIANA RESOURCES, INC. | 04/23/1990 | LA | VERMILION | E. RICEVILLE | | | 9006019 |
| 34339 | LOUNSBERRY, ROBERT D.; ETUX | ACADIANA RESOURCES, INC. | 05/07/1990 | LA | VERMILION | E. RICEVILLE | | | 9006024 |
| 34367 | CONTINENTAL SAVINGS, AFSLA | GREAT RIVER OIL & GAS CORPORATION | 09/27/1990 | LA | VERMILION | E. RICEVILLE | | | 9010199 |
| | JOHN WARD STEPHENSON | CHAPMAN OIL COMPANY | 2/5/1981 | TX | ORANGE | PEVETO | 120 | 575 | |
| | ROBERT H. STELTER, ET UX, MEDORA ANN | CHAPMAN OIL COMPANY | 1/21/1982 | TX | ORANGE | PEVETO | 125 | 680 | |
| | KENNIE EDWIN GILSTRAP & LUCILLE WOMACK | CHAPMAN OIL COMPANY | 2/4/1982 | TX | ORANGE | PEVETO | 125 | 707 | |
| | KENNIE EDWIN GILSTRAP | CHAPMAN OIL COMPANY | 2/4/1982 | TX | ORANGE | PEVETO | 126 | 63 | |
| | WILLIAM BERTON BRADFORD, JR., ET UX | CHAPMAN OIL COMPANY | 1/26/1982 | TX | ORANGE | PEVETO | 126 | 67 | |
| | ROBERT CARLTON ARMSTRONG, SR., ET UX | CHAPMAN OIL COMPANY | 4/20/1982 | TX | ORANGE | PEVETO | 126 | 722 | |
| | CHARLES A. REYNOLDS, ET UX | CHAPMAN OIL COMPANY | 4/21/1982 | TX | ORANGE | PEVETO | 126 | 726 | |
| | ROBERT CARLTON ARMSTRONG, JR., ET UX | CHAPMAN OIL COMPANY | 4/20/1982 | TX | ORANGE | PEVETO | 126 | 730 | |
| | TESSIE MARGUERITE BRUCE | CHAPMAN OIL COMPANY | 4/22/1982 | TX | ORANGE | PEVETO | 126 | 756 | |
| | ROBERT L. JUDICE, ET UX | CHAPMAN OIL COMPANY | 4/27/1982 | TX | ORANGE | PEVETO | 126 | 883 | |
| | ELLA DEE WOMAC | CHAPMAN OIL COMPANY | 4/19/1982 | TX | ORANGE | PEVETO | 126 | 891 | |

Ex. A - 6

**SOFA 13 Exhibit 1- Sold to PEL Exploration**

|  |  |  |  |  |  |  |  | Reference |  |
|---|---|---|---|---|---|---|---|---|---|
| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page |
|  | RONALD LYNN ROBISON | CHAPMAN OIL COMPANY | 5/14/1982 | TX | ORANGE | PEVETO | 127 | 29 |
|  | JOHN A. STEPHENSON, ET UX | CHAPMAN OIL COMPANY | 4/29/1982 | TX | ORANGE | PEVETO | 127 | 199 |
|  | LEON T. BINGHAM, ET UX | CHAPMAN OIL COMPANY | 5/3/1982 | TX | ORANGE | PEVETO | 127 | 536 |
|  | MICHAEL FORD, ET UX, KAREN | CHAPMAN OIL COMPANY | 5/6/1982 | TX | ORANGE | PEVETO | 127 | 722 |
|  | DENZIL G. FORD, ET UX | CHAPMAN OIL COMPANY | 5/6/1982 | TX | ORANGE | PEVETO | 127 | 800 |
|  | LORA WELCH, ET AL | CHAPMAN OIL COMPANY | 6/1/1982 | TX | ORANGE | PEVETO | 127 | 980 |
|  | LEE FORD, ET UX, BOBBIE J. FORD | CHAPMAN OIL COMPANY | 5/6/1982 | TX | ORANGE | PEVETO | 127 | 995 |
|  | WALTER E. WILLEY | CHAPMAN OIL COMPANY | 6/30/1982 | TX | ORANGE | PEVETO | 128 | 259 |
|  | SAM ARTHUR ROBISON | CHAPMAN OIL COMPANY | 4/16/1982 | TX | ORANGE | PEVETO | 129 | 552 |
|  | ROSE MARIE MESCH | CHAPMAN OIL COMPANY | 5/5/1983 | TX | ORANGE | PEVETO | 131 | 830 |
|  | MAX W. BISHOP, ET UX, BOBBIE | CHAPMAN OIL COMPANY | 6/15/1983 | TX | ORANGE | PEVETO | 132 | 414 |
|  | JOHN D. MASTROVICH, ET UX, RACHEL | CHAPMAN OIL COMPANY | 7/1/1983 | TX | ORANGE | PEVETO | 132 | 622 |
|  | COUNTY OF ORANGE | CHAPMAN OIL COMPANY | 10/18/1983 | TX | ORANGE | PEVETO | 133 | 726 |

Ex. A - 7

EXHIBIT "B"

TO

PURCHASE AND SALE AGREEMENT

DATED FEBRUARY 4, 2022

BY AND BETWEEN
WHITE OAK RESOURCES VI, LLC, AS SELLER
AND PEL EXPLORATION, LLC, AS BUYER

**Allocated Values:**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO | Allocation of Value |
|---|---|---|---|---|---|---|---|---|---|---|
| LIBBY & BLOUIN SWD #1 | 0.6000000 | | | | LAKE BOEUF SW | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO., LLC | 1705722882 | $ 150,000 |
| ROBU L RA SUA; L VALLEY PLTN #1 | 0.6000000 | 0.47749605 | | | LAKE BOEUF SW | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO., LLC | 1705722854 | $ 450,000 |
| JOHN B BAKER #1 (MIOGYP RA SUA) | 0.47120804 | 0.35919676 | | | E RICEVILLE | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711321829 | $ 3,825,000 |
| JOHN B BAKER #1 SWD | 0.47120804 | | | | E RICEVILLE | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711388121 | $ 675,000 |
| ARMSTRONG GAS UNIT #1 | 0.86895238 | 0.65187890 | | | PEVETO | TEXAS | ORANGE | WHITE OAK OPERATING CO, LLC | 4236130493 | $ 1,445,000 |
| ARMSTRONG GAS UNIT #1 SWD | 0.86895238 | | | | PEVETO | TEXAS | ORANGE | WHITE OAK OPERATING CO, LLC | 4236130974 | $ 255,000 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | $ 6,800,000 |

Ex. B - 1

EXHIBIT "C"

TO

PURCHASE AND SALE AGREEMENT

DATED FEBRUARY 4, 2022

BY AND BETWEEN

WHITE OAK RESOURCES VI, LLC, AS SELLER

AND PEL EXPLORATION, LLC, AS BUYER

<u>ASSIGNMENT, CONVEYANCE AND BILL OF SALE</u>

STATE OF [ _____ ]       §

                                         KNOW ALL MEN BY THESE PRESENTS:

[COUNTY OF _____ ]      §

[PARISH OF _____ ]        §

THAT, subject to the terms, reservations and conditions hereinafter set forth, WHITE OAK RESOURCES VI, LLC (hereinafter referred to as "Assignor"), a Delaware limited liability company, whose address is 16945 Northchase Drive, Suite 1700, Houston, Texas 77060, for and in consideration of Ten and No/100 Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby GRANT, BARGAIN, SELL, CONVEY and ASSIGN unto PEL EXPLORATION 2022, LLC (hereinafter referred to as "Assignee"), whose address is 1021 Main Street, Suite 1930, Houston, TX 77002, all of Assignor's rights, titles and interests in and to the following (less and except for the "Excluded Assets" defined below, all of which are being retained by Assignor) (hereinafter referred to as the "Interests"):

        (a)      The undivided interests of Assignor and its subsidiaries in the oil, gas and mineral leases (the "Leases") described in <u>Exhibit "A"</u> attached hereto and made a part hereof for all purposes together with any and all other rights, titles, and interests of Assignor (and its subsidiaries) in and to the leasehold estates created thereby, including working interests, net revenue interests, record title interests, operating rights, overriding royalty interests and net profits interests, together with all top leases, amendments, renewals, extensions or ratifications thereof, and all other interests of Assignor of any kind or character in and to the such oil and gas leases (the "Leases");

(b)     Without limitation of the foregoing, all other right, title and interest (of whatever kind or character, whether legal or equitable, and whether vested or contingent) of Assignor (and its subsidiaries) in and to the oil, gas and other minerals in and under or that may be produced from the lands covered by the Leases (the "Lands"), the Leases, and all wells (the "Wells") located on the Lands, including, but not limited to, those wells described in Exhibit "A" (including interests in any other oil, gas and mineral leases covering such Lands and Wells, overriding royalties, production payments and net profits interests in such Lands, Leases or Wells, and fee mineral interests, fee royalty interests and other interests in such Lands, Leases or Wells) whether such Lands, Leases or Wells be described in a description set forth in such Exhibit "A", or be described in such Exhibit "A" by reference to another instrument (and without limitation by any depth limitations that may be set forth in such Exhibit "A" or in any such instrument so referred to for description), even though Assignor's (and its subsidiaries') interest in such Lands, Leases or Wells may be incorrectly described in, or omitted from, such Exhibit "A";

(c)     All rights, titles and interests of Assignor (and its subsidiaries) in and to, or otherwise derived from, all presently existing and valid oil, gas and/or mineral unitization, pooling, and/or communitization agreements, declarations and/or orders in and to the Lands, Leases or Wells covered and the units created thereby (including all units formed under orders, rules, regulations, or other official acts of any federal, state, or other authority having jurisdiction, voluntary unitization agreements, designations and/or declarations) relating to the properties described in paragraphs (a) and (b) above (collectively, with the Lands, Leases and Wells, the "Properties");

(d)     All rights, titles and interest of Assignor to the oil, gas, casinghead gas, condensate and other gaseous and liquid hydrocarbons produced and sold from the Properties on or after the Effective Date, together with all proceeds thereof and accounts attributable thereto;

(e)     All rights, titles and interests of Assignor (and its subsidiaries) in and to all presently existing and valid production sales (and sales related) contracts, operating agreements, and other agreements and contracts which relate to or bind any of the Properties, or which relate to the exploration, development, operation, or maintenance thereof or the treatment, storage, transportation or marketing of production therefrom or allocated thereto (herein collectively referred to as the "Contracts"); provided that "Contracts" shall exclude (i) any master service agreements, (ii) any contracts, agreements and instruments to the extent transfer is (A) restricted by their respective terms or third-party agreement, or (B) subject to payment of a fee or other consideration under any license agreement or other agreement, and for which no consent to transfer has been received or for which Assignee has not agreed in writing to pay the fee or other consideration, as applicable and (iii) the instruments constituting the Leases (defined above) and the Surface Contracts (defined below);

(f)     All easements, rights-of-way, surface leases and other surface rights, all permits and licenses, and all other appurtenances being used or held for use in connection with, or otherwise related to, the exploration, development, operation or maintenance of any of the Properties, or the treatment, storage, transportation or marketing of production therefrom or allocated thereto (hereinafter collectively referred to as the "Surface Contracts"), provided that

"Surface Contracts" shall exclude any of the foregoing to the extent transfer is (i) restricted by their respective terms or third-party agreement, or (ii) subject to payment of a fee or other consideration under any license agreement or other agreement, and for which no consent to transfer has been received or for which Assignee has not agreed in writing to pay the fee or other consideration, as applicable;

(g)     All rights, titles and interests of Assignor in and to all materials, supplies, machinery, equipment, improvements and other personal property and fixtures (including but not by way of limitation, all wells, wellhead equipment, pumping units, flowlines, tanks, buildings, injection facilities, saltwater disposal facilities, compression facilities, gathering systems, and other equipment) which relate primarily to the Properties and interests described above in paragraphs (a) – (f); and

(h)     All of Assignor's lease and land files, abstracts and title opinions, production records, well files, engineering files, accounting records (but not including general tax and general financial accounting records), non-proprietary seismic records and surveys, gravity maps, electric logs, geological or geophysical data and records, and other files, documents and records of every kind and description which relate to the Properties and interests described above in paragraphs (a) – (g); provided that Assignor shall have the right to retain copies of all such files and records and all of its proprietary due diligence land files.

As used herein, "Excluded Assets" means (A) all trade credits and all accounts, instruments and general intangibles (as such terms are defined in the Texas Uniform Commercial Code) attributable to the Interests with respect to any period of time prior to the Effective Date; (B) except to the extent relating to any of the Assumed Obligations, all claims and causes of action of Assignor (i) arising from acts, omissions or events, or damage to or destruction of Interests, occurring prior to the Effective Date, (ii) arising under or with respect to any contracts that are attributable to periods of time prior to the Effective Date (including claims for adjustments or refunds), or (iii) with respect to any of the Excluded Assets; (C) except to the extent relating to any of the Assumed Obligations for which Assignee has indemnification obligations to Assignor, all rights and interests of Seller (i) under any policy or agreement of insurance or indemnity, (ii) under any bond, or (iii) to any insurance or condemnation proceeds or awards arising, in each case, from acts, omissions or events, or damage to or destruction of Interests, occurring prior to the Effective Date; (D) all substances produced and sold from the Lands with respect to all periods prior to the Effective Date, together with all proceeds from or of such substances; (E) except to the extent relating to any of the Assumed Obligations for which Assignee has indemnification obligations to Assignor, claims of Assignor for refunds of or loss carry forwards with respect to (i) production or any other taxes attributable to any period prior to the Effective Date, (ii) income or franchise taxes, or (iii) any taxes attributable to the Excluded Assets; (F) all documents and instruments of Assignor that are protected by an attorney-client privilege other than title opinions; (G) data that cannot be disclosed or assigned to Assignee as a result of confidentiality arrangements under agreements with persons unaffiliated with Assignor; (H) all audit rights arising under any contracts or otherwise with respect to any period prior to the Effective Date or to any of the Excluded Assets; (I) all third-party equipment in which Assignor has no right, title or interest located on or used in connection with the Interests, including contractor equipment; (J) all corporate minute books, financial records,

other business records and tax records of Assignor; (K) all Suspended Funds; and (L) all (i) agreements and correspondence between Assignor and its representatives and any subsidiaries thereof relating to the transactions contemplated in this Agreement, (ii) lists of prospective purchasers for such transactions compiled by Assignor or its representatives, (iii) bids submitted by other prospective purchasers of the Interests, (iv) analyses by Assignor or its representatives of any bids submitted by any prospective purchaser, (v) correspondence between or among Assignor or its representatives, or either of their respective representatives, and any prospective purchaser other than Assignee, and (vi) correspondence between Assignor or its representatives, or any of their respective representatives with respect to any of the bids, the prospective purchasers, the engagement or activities of its representatives or the transactions contemplated in this Agreement.

Subject to all of Assignee's rights under the PSA, including without limitation, Assignee's rights to indemnification under Article X of the PSA, Assignee shall assume all of Assignor's plugging, replugging, abandonment, removal, disposal and restoration obligations associated with the Interests acquired hereunder. Assignee acknowledges that some oil field production equipment located on the Interests may contain asbestos and other man made material fibers (collectively, "MMMF") and/or naturally occurring radioactive material ("NORM"). In this regard, Assignee expressly understands that NORM may affix or attach itself to the inside of wells, materials and equipment as scale or in other forms, and that wells, materials and equipment located on the Assets described herein may contain NORM and that NORM-containing materials may be buried or have been otherwise disposed of on the Leases. Assignee also expressly understands that special procedures may be required for the removal and disposal of MMMF and NORM from the Properties where they may be found, and Assignee assumes such liabilities related thereto as set forth in the PSA.

**THE EXPRESS REPRESENTATIONS AND WARRANTIES OF ASSIGNOR CONTAINED IN THE PSA OR IN THIS ASSIGNMENT ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER REPRESENTATIONS AND WARRANTIES, EXPRESS, IMPLIED, STATUTORY, OR OTHERWISE, AND ASSIGNOR EXPRESSLY DISCLAIMS ANY AND ALL SUCH OTHER REPRESENTATIONS AND WARRANTIES. SUBJECT TO THE FOREGOING, AND EXCEPT FOR MATTERS OF FRAUD AND THE SPECIAL WARRANTY OF TITLE WITH RESPECT TO THE INTERESTS, THE INTERESTS SHALL BE CONVEYED PURSUANT HERETO WITHOUT ANY WARRANTY OR REPRESENTATION, WHETHER EXPRESS, IMPLIED, STATUTORY, OR OTHERWISE RELATING TO THE TITLE, CONDITION, QUANTITY, QUALITY, FITNESS FOR A PARTICULAR PURPOSE, CONFORMITY TO THE MODELS OR SAMPLES OF MATERIALS, MERCHANTABILITY OF ANY EQUIPMENT OR ITS FITNESS FOR ANY PURPOSE, OR FREEDOM FROM REDHIBITORY VICES, LATENT VICES OR DEFECTS, AND WITHOUT ANY OTHER EXPRESS, IMPLIED, STATUTORY, OR OTHER WARRANTY OR REPRESENTATION WHATSOEVER. ASSIGNEE SHALL, EXCEPT AS PROVIDED OTHERWISE HEREIN, ACCEPT ALL OF THE SAME "AS IS, WHERE IS". WITHOUT LIMITATION OF THE FOREGOING, EXCEPT FOR THE EXPRESS REPRESENTATIONS AND WARRANTIES OF ASSIGNOR CONTAINED IN THE PSA OR HEREIN, ASSIGNOR MAKES NO WARRANTY OR REPRESENTATION, EXPRESS, IMPLIED,**

**STATUTORY, OR OTHERWISE, AS TO THE ACCURACY OR COMPLETENESS OF ANY DATA, REPORTS, RECORDS, PROJECTIONS, INFORMATION, OR MATERIALS NOW HERETOFORE, OR HEREAFTER FURNISHED OR MADE AVAILABLE TO ASSIGNEE IN CONNECTION WITH THE PSA OR THIS ASSIGNMENT, INCLUDING, WITHOUT LIMITATION, THE CONTENTS, CHARACTER OR NATURE OF ANY DESCRIPTIVE MEMORANDUM OR ANY REPORT OF ANY PETROLEUM ENGINEER OR ANY GEOLOGICAL OR SEISMIC DATA OR INTERPRETATION RELATING TO THE INTERESTS, AND PRICING ASSUMPTIONS OR QUALITY OR QUANTITY OF HYDROCARBON RESERVES (IF ANY) ATTRIBUTABLE TO THE INTERESTS OR THE ABILITY OR POTENTIAL OF THE INTERESTS TO PRODUCE HYDROCARBONS, ANY ESTIMATES OF THE VALUE OF THE INTERESTS OR FUTURE REVENUES GENERATED BY THE INTERESTS, OR THE ENVIRONMENTAL CONDITION OF THE INTERESTS OR ANY OTHER MATERIALS FURNISHED OR MADE AVAILABLE TO ASSIGNEE BY ASSIGNOR, OR BY ASSIGNOR'S AGENTS OR REPRESENTATIVES OR THE MAINTENANCE, REPAIR, CONDITION, QUALITY, SUITABILITY, DESIGN OR MARKETABILITY OF ANY OF THE INTERESTS. ANY AND ALL SUCH DATA, RECORDS, REPORTS, PROJECTIONS, INFORMATION, AND OTHER MATERIALS (WRITTEN OR ORAL) FURNISHED BY ASSIGNOR OR OTHERWISE MADE AVAILABLE OR DISCLOSED TO ASSIGNEE ARE PROVIDED TO ASSIGNEE AS A CONVENIENCE AND SHALL NOT CREATE OR GIVE RISE TO ANY LIABILITY OF OR AGAINST ASSIGNOR, AND ANY RELIANCE ON OR USE OF THE SAME SHALL BE AT ASSIGNEE'S SOLE RISK TO THE MAXIMUM EXTENT PERMITTED BY LAW.**

This Assignment, Conveyance and Bill of Sale is made with warranty of Defensible Title by, through or under Assignor, but not otherwise, and with full subrogation and substitution in and to all covenants and warranties by others heretofore given or made in connection with the Interests.

Prior to the expiration of the period of time commencing as of the Closing Date and ending at 5:00 P.M. (central time) on the date that is eighteen months thereafter (the "Special Warranty Survival Period"), Assignee shall be entitled to furnish Assignor a Title Defect Notice meeting the requirements of Section 5.05(b) of the PSA (defined below) setting forth any and all matters which Assignee intends to assert as a breach of the special warranty of Defensible Title (the "Special Warranty") contained herein (collectively, the "Special Warranty Notices" and, individually, a "Special Warranty Notice").  Assignor shall have a reasonable opportunity, but not the obligation, to cure any breach of the Special Warranty asserted by Assignee pursuant to Section 5.05(h) of the PSA. Assignee shall reasonably cooperate with any attempt by Assignor to cure any such breach. For all purposes of the PSA, Assignee shall be deemed to have waived, and Assignor shall have no further liability for, any breach of the Special Warranty that Assignee fails to assert by a Special Warranty Notice given to Assignor before the expiration of the Special Warranty Survival Period.

Recovery by Assignee for any breach by Assignor of the Special Warranty shall be limited to an amount (without any interest accruing thereon) equal to the reduction to the Purchase Price to which Assignee would have been entitled had Assignee asserted the defect giving rise to such breach of the Special Warranty as a Title Defect prior to the Title Claim Date pursuant to Section

5.05(b) of the PSA and taking into account the last sentence of <u>Section 5.05(i)</u> of the PSA, and in no event shall that recovery exceed the Allocated Value of the affected Interest; provided however, that no recovery amount for any breach by Assignor of the Special Warranty shall be subject to either the Title Defect Threshold or the Title Defect Deductible.  Assignee shall not be entitled to recover any amount for any breach of the Special Warranty to the extent that the Purchase Price is or has been reduced for the same Title Defect pursuant to <u>Section 5.05</u> of the PSA.

Assignor shall have no liability for breach of the Special Warranty for matters for which and to the extent Assignee had knowledge prior to the Title Claim Date that such matters constituted a Title Defect under the PSA and failed to assert the same under the PSA prior to the Title Claim Date.  For the purposes of the previous sentence "knowledge" shall mean the actual knowledge after reasonable inquiry and investigation.

This instrument is made expressly subject to the terms and provisions of that certain Purchase and Sale Agreement ("<u>PSA</u>") dated February 4, 2022, by and between Assignor and Assignee. Capitalized terms used herein but not otherwise defined herein shall have the meanings given them in the PSA.

This instrument shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns, and all terms, provisions and reservations contained in this Assignment shall be deemed as covenants running with the land.

*[Remainder of Page Left Intentionally Blank; Signature Pages Follow]*

Ex. C-6

EXECUTED this _____ day of _____ but EFFECTIVE as of January 1, 2022 at 12:01 a.m., (the "<u>Effective Date</u>").

**<u>ASSIGNOR:</u>**

WHITE OAK RESOURCES VI, LLC

By: _____

    Thomas F. Isler, President

**<u>WITNESSED:</u>**[1]

_____
Name:

_____
Name:

STATE OF _____          §

                                 §

COUNTY OF _____       §

This instrument was acknowledged before me on the _____ day of _____, 2022 by Thomas F. Isler, President of WHITE OAK RESOURCES VI, LLC, a Delaware limited liability company, on behalf of said company.

                         _____

                         Notary Public in and for the State of Texas

---

[1] **<u>NTD</u>**: Witness signature blocks to be included in Louisiana conveyances.

Ex. C-7

**ASSIGNEE:**


PEL EXPLORATION 2022, LLC


By: _____

Name: Joshua Holden

Title: President and Secretary


**WITNESSED:**[2]


_____
Name:


_____
Name:

STATE OF _____                    §

                                       §

COUNTY OF _____                    §

     This instrument was acknowledged before me on the _____ day of _____, 2022 by Joshua Holden, President and Secretary of PEL EXPLORATION 2022, LLC, a Delaware limited liability company, on behalf of said company.


                 _____

                 Notary Public in and for the State of Texas

---

[2] **NTD**: Witness signature blocks to be included in Louisiana conveyances.

       Ex. C - 8

EXHIBIT "A"

TO

ASSIGNMENT, CONVEYANCE AND BILL OF SALE

DATED FEBRUARY 4, 2022

BY AND BETWEEN

WHITE OAK RESOURCES VI, LLC, AS ASSIGNOR

AND PEL EXPLORATION 2022, LLC, AS ASSIGNEE

**Exhibit A - Wells:**

| Well Name | Field Name | STATE | COUNTY/PARISH | OPERATOR | API NO |
|---|---|---|---|---|---|
| LIBBY & BLOUIN SWD #1 | LAKE BOEUF SW | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO., LLC | 1705722882 |
| ROBU L RA SUA; L VALLEY PLTN #1 | LAKE BOEUF SW | LOUISIANA | LAFOURCHE | WHITE OAK OPERATING CO., LLC | 1705722854 |
| JOHN B BAKER #1 (MIOGYP RA SUA) | E RICEVILLE | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711321829 |
| JOHN B BAKER #1 SWD | E RICEVILLE | LOUISIANA | VERMILION | WHITE OAK OPERATING CO, LLC | 1711388121 |
| ARMSTRONG GAS UNIT #1 | PEVETO | TEXAS | ORANGE | WHITE OAK OPERATING CO, LLC | 4236130493 |
| ARMSTRONG GAS UNIT #1 SWD | PEVETO | TEXAS | ORANGE | WHITE OAK OPERATING CO, LLC | 4236130974 |

Ex. C - 9

4883-7668-0198.8

**SOFA 13 Exhibit 1- Sold to PEL Exploration**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|--------------|------|------|-----------|
| 172670001-000 | FANNIE LEE BABIN LEMOINE ETAL | DELTA LANDS EXPLORATION, INC. | 9/3/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 845488 |
| 172670002-000 | J DARWIN RICHARD, ETAL | DELTA LANDS EXPLORATION, INC. | 9/7/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 845489 |
| 172670003-000 | WILLIAM J MENGE, ET UX | DELTA LANDS EXPLORATION, INC. | 9/23/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 845494 |
| 172670004-000 | ROY LADAMS ET AL | DELTA LANDS EXPLORATION, INC. | 9/17/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 845499 |
| 172670005-001 | HAZEL ZERINGUE LEGENDRE ETAL | DELTA LANDS EXPLORATION, INC. | 12/8/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 858291 |
| 172670005-002 | GERARD BOURGEOIS | DELTA LANDS EXPLORATION, INC. | 12/8/1998 | LA | LAFOURCHE | LAKE BOEUF SW | | | 851628 |
| 172670006-000 | LAUREL VALLEY PLANTATION INC | DELTA LANDS EXPLORATION, INC. | 7/9/2001 | LA | LAFOURCHE | LAKE BOEUF SW | | | 898865 |
| 172670007-000 | GEORGE J LANDECHE, ET UX | DELTA LANDS EXPLORATION, INC. | 1/28/1999 | LA | LAFOURCHE | LAKE BOEUF SW | | | 857140 |
| 172670008-000 | ROLAND J GAUBERT SR ET UX | DELTA LANDS EXPLORATION, INC. | 11/1/1999 | LA | LAFOURCHE | LAKE BOEUF SW | | | 866497 |
| 172670010-000 | LIBBY & BLOUIN LIMITED | DELTA LANDS EXPLORATION, INC. | 11/30/2001 | LA | LAFOURCHE | LAKE BOEUF SW | | | 909587 |
| 172670011-000 | LOUIS DEVILLIER, ET UX | DELTA LANDS EXPLORATION, INC. | 4/2/2001 | LA | LAFOURCHE | LAKE BOEUF SW | | | 893857 |
| 34274 | HUMBLE, ZEMA M. LEGER | GREAT RIVER OIL & GAS CORPORATION | 07/17/1989 | LA | VERMILION | E. RICEVILLE | | | 8907802 |
| 34275 | WOODS, CLIVEN P. | GREAT RIVER OIL & GAS CORPORATION | 07/20/1989 | LA | VERMILION | E. RICEVILLE | | | 8907803 |
| 34276 | WOODS, FARRELL JUDE; ETUX | GREAT RIVER OIL & GAS CORPORATION | 07/22/1989 | LA | VERMILION | E. RICEVILLE | | | 8907804 |
| 34277 | THACKSTON, PHILIP J.; ETUX | GREAT RIVER OIL & GAS CORPORATION | 07/22/1989 | LA | VERMILION | E. RICEVILLE | | | 8908027 |
| 34278 | PEGO, MARY P.; ETAL | GREAT RIVER OIL & GAS CORPORATION | 07/24/1989 | LA | VERMILION | E. RICEVILLE | | | 8907805 |
| 34280 | WOODS, JOSEPH LOIFY | GREAT RIVER OIL & GAS CORPORATION | 07/20/1989 | LA | VERMILION | E. RICEVILLE | | | 8907807 |
| 34281 | WOODS, JAMES J.; ETUX | GREAT RIVER OIL & GAS CORPORATION | 07/25/1989 | LA | VERMILION | E. RICEVILLE | | | 8907808 |
| 34282 | WOODS, NATHAN PAUL | GREAT RIVER OIL & GAS CORPORATION | 07/27/1989 | LA | VERMILION | E. RICEVILLE | | | 8907809 |
| 34283 | RICHARD, RENA TRAHAN | GREAT RIVER OIL & GAS CORPORATION | 07/26/1989 | LA | VERMILION | E. RICEVILLE | | | 8907810 |

Ex. C - 10

**SOFA 13 Exhibit 1- Sold to PEL Exploration**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|----|--------|--------------|------|------|-----------|
| 34284 | BREAUX, ELRIDA TRAHAN | GREAT RIVER OIL & GAS CORPORATION | 07/26/1989 | LA | VERMILION | E. RICEVILLE | | | 8908028 |
| 34285 | KARCHER, DELSA M. WOODS | GREAT RIVER OIL & GAS CORPORATION | 07/28/1989 | LA | VERMILION | E. RICEVILLE | | | 8908029 |
| 34287 | CURTIS, INZA G. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912022 |
| 34288 | CURTIS, CARL THOMAS | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912024 |
| 34289 | BAKER, CAROL NAN HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912025 |
| 34290 | BURDICK, CLARA EVELYN HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912026 |
| 34291 | CARWILE, ELIZABETH C | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912030 |
| 34292 | DREIER, JOYCE CLAMPITT | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912031 |
| 34293 | EVANS, CHARLES L | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912033 |
| 34294 | EVANS, DOROTHY ANTHON | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912032 |
| 34295 | GIBSON, ANNIE DEE NIX | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912038 |
| 34296 | GIBSON, SALLIE M. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912037 |
| 34297 | GIBSON, CURTIS D. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912036 |
| 34298 | GIBSON, DELLA G. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912028 |
| 34299 | HAIR, MILDRED E. H.; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912034 |
| 34300 | HARDEE JR., HENRY GRADY; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912035 |
| 34301 | HARDEE, GAY LEAH | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912039 |
| 34302 | HARDEE, DWIGHT SAXTON; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912021 |
| 34303 | HARDEE, LARRY LEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912023 |
| 34304 | HRUSKA, DIANNE HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912040 |

Ex. C - 11

**SOFA 13 Exhibit 1- Sold to PEL Exploration**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 34305 | LAMB, MARGARET EVANS; ET UX | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912041 |
| 34306 | SPEERS, W. HAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912027 |
| 34307 | TATUM, LUCILLE G.; ET VIR | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912029 |
| 34308 | CURTIS, INZA G. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912006 |
| 34309 | CURTIS, CARL THOMAS | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912012 |
| 34310 | BAKER, CAROL NAN HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912007 |
| 34311 | BURDICK, CLARA EVELYN HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912008 |
| 34312 | CARWILE, ELIZABETH C. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912010 |
| 34313 | DREIER, JOYCE CLAMPITT | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912013 |
| 34314 | EVANS, CHARLES L. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912017 |
| 34315 | EVANS, DOROTHY ANTHON | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912015 |
| 34316 | GIBSON, ANNIE DEE NIX | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912016 |
| 34317 | GIBSON, SALLIE M. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912020 |
| 34318 | GIBSON, CURTIS D. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912019 |
| 34319 | GIBSON, DELLA G. | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912018 |
| 34320 | HAIR, MILDRED E. H.; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912014 |
| 34321 | HARDEE JR., HENRY GRADY; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912009 |
| 34322 | HARDEE, GAY LEAH | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912011 |
| 34323 | HARDEE, DWIGHT SAXTON; ETAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912005 |
| 34324 | HARDEE, LARRY LEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912004 |

Ex. C - 12

**SOFA 13 Exhibit 1- Sold to PEL Exploration**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 34325 | HRUSKA, DIANNE HARDEE | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912003 |
| 34326 | LAMB, MARGARET EVANS; ET VIR | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912002 |
| 34327 | SPEERS, W. HAL | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912001 |
| 34328 | TATUM, LUCILLE G., ET VIR | DWIGHT A. MUNCHRATH | 10/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912000 |
| 34329 | THE JOSEPH ZAUNBRECHER TRUST | DWIGHT A. MUNCHRATH | 07/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8912065 |
| 34330 | BAKER, JOHN B. ETUX | DWIGHT A. MUNCHARTH | 07/05/1989 | LA | VERMILION | E. RICEVILLE | | | 8908582 |
| 34334 | MANCEAUX, LOIS M.; ETAL | ACADIANA RESOURCES, INC. | 04/23/1990 | LA | VERMILION | E. RICEVILLE | | | 9006019 |
| 34339 | LOUNSBERRY, ROBERT D.; ETUX | ACADIANA RESOURCES, INC. | 05/07/1990 | LA | VERMILION | E. RICEVILLE | | | 9006024 |
| 34367 | CONTINENTAL SAVINGS, AFSLA | GREAT RIVER OIL & GAS CORPORATION | 09/27/1990 | LA | VERMILION | E. RICEVILLE | | | 9010199 |
| | JOHN WARD STEPHENSON | CHAPMAN OIL COMPANY | 2/5/1981 | TX | ORANGE | PEVETO | 120 | 575 | |
| | ROBERT H. STELTER, ET UX, MEDORA ANN | CHAPMAN OIL COMPANY | 1/21/1982 | TX | ORANGE | PEVETO | 125 | 680 | |
| | KENNIE EDWIN GILSTRAP & LUCILLE WOMACK | CHAPMAN OIL COMPANY | 2/4/1982 | TX | ORANGE | PEVETO | 125 | 707 | |
| | KENNIE EDWIN GILSTRAP | CHAPMAN OIL COMPANY | 2/4/1982 | TX | ORANGE | PEVETO | 126 | 63 | |
| | WILLIAM BERTON BRADFORD, JR., ET UX | CHAPMAN OIL COMPANY | 1/26/1982 | TX | ORANGE | PEVETO | 126 | 67 | |
| | ROBERT CARLTON ARMSTRONG, SR., ET UX | CHAPMAN OIL COMPANY | 4/20/1982 | TX | ORANGE | PEVETO | 126 | 722 | |
| | CHARLES A. REYNOLDS, ET UX | CHAPMAN OIL COMPANY | 4/21/1982 | TX | ORANGE | PEVETO | 126 | 726 | |
| | ROBERT CARLTON ARMSTRONG, JR., ET UX | CHAPMAN OIL COMPANY | 4/20/1982 | TX | ORANGE | PEVETO | 126 | 730 | |
| | TESSIE MARGUERITE BRUCE | CHAPMAN OIL COMPANY | 4/22/1982 | TX | ORANGE | PEVETO | 126 | 756 | |
| | ROBERT L. JUDICE, ET UX | CHAPMAN OIL COMPANY | 4/27/1982 | TX | ORANGE | PEVETO | 126 | 883 | |
| | ELLA DEE WOMAC | CHAPMAN OIL COMPANY | 4/19/1982 | TX | ORANGE | PEVETO | 126 | 891 | |

Ex. C - 13

**SOFA 13 Exhibit 1- Sold to PEL Exploration**

| Lease | Lessor | Lessee | Lease date | ST | Parish | Prospect name | Book | Reference Page |
|-------|--------|--------|-----------|----|--------|---------------|------|------|
| | RONALD LYNN ROBISON | CHAPMAN OIL COMPANY | 5/14/1982 | TX | ORANGE | PEVETO | 127 | 29 |
| | JOHN A. STEPHENSON, ET UX | CHAPMAN OIL COMPANY | 4/29/1982 | TX | ORANGE | PEVETO | 127 | 199 |
| | LEON T. BINGHAM, ET UX | CHAPMAN OIL COMPANY | 5/3/1982 | TX | ORANGE | PEVETO | 127 | 536 |
| | MICHAEL FORD, ET UX, KAREN | CHAPMAN OIL COMPANY | 5/6/1982 | TX | ORANGE | PEVETO | 127 | 722 |
| | DENZIL G. FORD, ET UX | CHAPMAN OIL COMPANY | 5/6/1982 | TX | ORANGE | PEVETO | 127 | 800 |
| | LORA WELCH, ET AL | CHAPMAN OIL COMPANY | 6/1/1982 | TX | ORANGE | PEVETO | 127 | 980 |
| | LEE FORD, ET UX, BOBBIE J. FORD | CHAPMAN OIL COMPANY | 5/6/1982 | TX | ORANGE | PEVETO | 127 | 995 |
| | WALTER E. WILLEY | CHAPMAN OIL COMPANY | 6/30/1982 | TX | ORANGE | PEVETO | 128 | 259 |
| | SAM ARTHUR ROBISON | CHAPMAN OIL COMPANY | 4/16/1982 | TX | ORANGE | PEVETO | 129 | 552 |
| | ROSE MARIE MESCH | CHAPMAN OIL COMPANY | 5/5/1983 | TX | ORANGE | PEVETO | 131 | 830 |
| | MAX W. BISHOP, ET UX, BOBBIE | CHAPMAN OIL COMPANY | 6/15/1983 | TX | ORANGE | PEVETO | 132 | 414 |
| | JOHN D. MASTROVICH, ET UX, RACHEL | CHAPMAN OIL COMPANY | 7/1/1983 | TX | ORANGE | PEVETO | 132 | 622 |
| | COUNTY OF ORANGE | CHAPMAN OIL COMPANY | 10/18/1983 | TX | ORANGE | PEVETO | 133 | 726 |

Ex. C - 14

## SOFA 13 Exhibit 2 - Sold to ALDINE – Wells:

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| COATS 1 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247940217 |
| COATS 2 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247940218 |
| COATS 3 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247940320 |
| COATS 4 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247940318 |
| COATS 5 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247940319 |
| COATS 7 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247940468 |
| EL CORAZON RANCH 2 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247939479 |
| EL CORAZON RANCH 6 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247939623 |
| EL CORAZON RANCH 7 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247939668 |
| EL CORAZON RANCH 11 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247939613 |
| EL CORAZON RANCH 14 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247939788 |
| FINLEY JOE 3 | 1.00000000 | 0.75000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247940950 |
| GBGL AND C CO LTD 6 | 0.58333300 | 0.38541667 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935787 |
| GBGL AND C CO LTD 7 | 0.58333300 | 0.38541667 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935802 |
| GBGL AND C CO LTD 8 | 0.58333300 | 0.38541667 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935895 |
| GBGL AND C CO LTD 14 | 1.00000000 | 0.83083161 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247939720 |
| LUNDELL 205 #1 | 0.33333300 | 0.24713410 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | HILCORP ENERGY COMPANY | 4247934602 |
| S CALLAGHAN RANCH 24 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247934942 |
| S CALLAGHAN RANCH 4 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247931921 |
| S CALLAGHAN RANCH 8 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247934225 |
| S CALLAGHAN RANCH 12 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247934633 |

*APO Interest will only be shown if the payout has not yet occurred.
4860-8908-7759.11

## SOFA 13 Exhibit 2 - Sold to ALDINE – Wells:

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|-----------|----|----|---------|----------|------------|-------|--------|----------|--------|
| S CALLAGHAN RANCH 13 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247934632 |
| S CALLAGHAN RANCH 18 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247934728 |
| S CALLAGHAN RANCH 19 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247934717 |
| S CALLAGHAN RANCH 20 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935027 |
| S CALLAGHAN RANCH 26 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247934976 |
| S CALLAGHAN RANCH 30 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935133 |
| S CALLAGHAN RANCH 33 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935086 |
| S CALLAGHAN RANCH 41 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935185 |
| S CALLAGHAN RANCH 42 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935184 |
| S CALLAGHAN RANCH 43 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935208 |
| S CALLAGHAN RANCH 44 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935207 |
| S CALLAGHAN RANCH 46 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935220 |
| S CALLAGHAN RANCH 53 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935332 |
| S CALLAGHAN RANCH 57 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935369 |
| S CALLAGHAN RANCH 62 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935395 |
| S CALLAGHAN RANCH 71 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935453 |
| S CALLAGHAN RANCH 73 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935487 |
| S CALLAGHAN RANCH 74 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935483 |
| S CALLAGHAN RANCH 76 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935461 |
| S CALLAGHAN RANCH 78 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935460 |
| S CALLAGHAN RANCH 81 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935489 |

*APO Interest will only be shown if the payout has not yet occurred.
4860-8908-7759.11

## SOFA 13 Exhibit 2 - Sold to ALDINE – Wells:

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| S CALLAGHAN RANCH 85 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935530 |
| S CALLAGHAN RANCH 87 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935537 |
| S CALLAGHAN RANCH 93 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935636 |
| S CALLAGHAN RANCH 98 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935610 |
| S CALLAGHAN RANCH 100 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935600 |
| S CALLAGHAN RANCH 101 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935644 |
| S CALLAGHAN RANCH 102 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935647 |
| S CALLAGHAN RANCH 104 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO., LLC | 4247935677 |
| S CALLAGHAN RANCH 108 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247935684 |
| S CALLAGHAN RANCH 109 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247935688 |
| S CALLAGHAN RANCH 112 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247935705 |
| S CALLAGHAN RANCH 113 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247935749 |
| S CALLAGHAN RANCH 118 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247935839 |
| S CALLAGHAN RANCH 120T | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936041 |
| S CALLAGHAN RANCH 121 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936035 |
| S CALLAGHAN RANCH 124 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936050 |
| S CALLAGHAN RANCH 127 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936085 |
| S CALLAGHAN RANCH 129 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936103 |
| S CALLAGHAN RANCH 130 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936104 |

*APO Interest will only be shown if the payout has not yet occurred.
4860-8908-7759.11

**SOFA 13 Exhibit 2 - Sold to ALDINE – Wells:**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|-----------|-----|-----|---------|----------|------------|-------|--------|----------|--------|
| S CALLAGHAN RANCH 131 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936109 |
| S CALLAGHAN RANCH 132 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936124 |
| S CALLAGHAN RANCH 136 | 0.55555600 | 0.48611110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936191 |
| S CALLAGHAN RANCH 142 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936613 |
| S CALLAGHAN RANCH 143 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936627 |
| S CALLAGHAN RANCH 144 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936628 |
| S CALLAGHAN RANCH 146 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936638 |
| S CALLAGHAN RANCH 149 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936667 |
| S CALLAGHAN RANCH 150 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936672 |
| S CALLAGHAN RANCH 152 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936670 |
| S CALLAGHAN RANCH 153 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936681 |
| S CALLAGHAN RANCH 155 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936682 |
| S CALLAGHAN RANCH 159 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936730 |
| S CALLAGHAN RANCH 161 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936728 |
| S CALLAGHAN RANCH 164 | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247936793 |
| S CALLAGHAN RANCH 167 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247937046 |
| S CALLAGHAN RANCH 175 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247937379 |
| S CALLAGHAN RANCH 177 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247937820 |
| S CALLAGHAN RANCH 181 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938283 |

*APO Interest will only be shown if the payout has not yet occurred.
4860-8908-7759.11

## SOFA 13 Exhibit 2 - Sold to ALDINE – Wells:

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| S CALLAGHAN RANCH 183 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938248 |
| S CALLAGHAN RANCH 185 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938269 |
| S CALLAGHAN RANCH 191 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938304 |
| S CALLAGHAN RANCH 192 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938344 |
| S CALLAGHAN RANCH 193 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938330 |
| S CALLAGHAN RANCH 195 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938360 |
| S CALLAGHAN RANCH 200 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938383 |
| S CALLAGHAN RANCH 205 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938416 |
| S CALLAGHAN RANCH 209 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938397 |
| S CALLAGHAN RANCH 218 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938463 |
| S CALLAGHAN RANCH 226 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938617 |
| S CALLAGHAN RANCH 232 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939351 |
| S CALLAGHAN RANCH 234 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939352 |
| S CALLAGHAN RANCH 235 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939371 |
| S CALLAGHAN RANCH 236 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939527 |
| S CALLAGHAN RANCH 237 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939528 |
| S CALLAGHAN RANCH 238 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939531 |
| S CALLAGHAN RANCH 240 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939626 |
| S CALLAGHAN RANCH 242 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939607 |

*APO Interest will only be shown if the payout has not yet occurred.
4860-8908-7759.11

## SOFA 13 Exhibit 2 - Sold to ALDINE – Wells:

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|-----------|-----|-----|---------|----------|------------|-------|--------|----------|--------|
| S CALLAGHAN RANCH 243 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939654 |
| S CALLAGHAN RANCH 245 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939684 |
| S CALLAGHAN RANCH 246 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939679 |
| S CALLAGHAN RANCH 247 | 1.00000000 | 0.80625900 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939715 |
| S CALLAGHAN RANCH 249 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939680 |
| S CALLAGHAN RANCH 252 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939693 |
| S CALLAGHAN RANCH 254 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939732 |
| S CALLAGHAN RANCH 255 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939751 |
| S CALLAGHAN RANCH 256 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939752 |
| S CALLAGHAN RANCH 264 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939854 |
| S CALLAGHAN RANCH 265 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939821 |
| S CALLAGHAN RANCH 267 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939855 |
| S CALLAGHAN RANCH 270 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939864 |
| S CALLAGHAN RANCH 271 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939881 |
| S CALLAGHAN RANCH 273 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939904 |
| S CALLAGHAN RANCH 274 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939905 |
| S CALLAGHAN RANCH 275 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939914 |
| S CALLAGHAN RANCH 276 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939928 |
| S CALLAGHAN RANCH 278 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939943 |

*APO Interest will only be shown if the payout has not yet occurred.
4860-8908-7759.11

## SOFA 13 Exhibit 2 - Sold to ALDINE – Wells:

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|-----------|-----|-----|---------|----------|------------|-------|--------|----------|--------|
| S CALLAGHAN RANCH 279 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939956 |
| S CALLAGHAN RANCH 280 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939964 |
| S CALLAGHAN RANCH 281 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939968 |
| S CALLAGHAN RANCH 282 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940500 |
| S CALLAGHAN RANCH 283 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939979 |
| S CALLAGHAN RANCH 284 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940023 |
| S CALLAGHAN RANCH 287 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940038 |
| S CALLAGHAN RANCH 289 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940071 |
| S CALLAGHAN RANCH 292 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940076 |
| S CALLAGHAN RANCH 293 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940077 |
| S CALLAGHAN RANCH 295 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940093 |
| S CALLAGHAN RANCH 297 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940106 |
| S CALLAGHAN RANCH 298 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940118 |
| S CALLAGHAN RANCH 300 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940142 |
| S CALLAGHAN RANCH 301 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940156 |
| S CALLAGHAN RANCH 302 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940162 |
| S CALLAGHAN RANCH 303 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940167 |
| S CALLAGHAN RANCH 305 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940187 |
| S CALLAGHAN RANCH 306 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940224 |

*APO Interest will only be shown if the payout has not yet occurred.
4860-8908-7759.11

### SOFA 13 Exhibit 2 - Sold to ALDINE – Wells:

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| S CALLAGHAN RANCH 307 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940219 |
| S CALLAGHAN RANCH 308 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940220 |
| S CALLAGHAN RANCH 309 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940263 |
| S CALLAGHAN RANCH 310 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940243 |
| S CALLAGHAN RANCH 315 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940373 |
| S CALLAGHAN RANCH 319 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940380 |
| S CALLAGHAN RANCH 320 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940381 |
| S CALLAGHAN RANCH 322 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940420 |
| S CALLAGHAN RANCH 323 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940421 |
| S CALLAGHAN RANCH 325 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940440 |
| S CALLAGHAN RANCH 326 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940439 |
| S CALLAGHAN RANCH 327 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940455 |
| S CALLAGHAN RANCH 337 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940676 |
| S CALLAGHAN RANCH 338 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940584 |
| S CALLAGHAN RANCH 339 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940622 |
| S CALLAGHAN RANCH 340 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940623 |
| S CALLAGHAN RANCH 341 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940624 |
| S CALLAGHAN RANCH 343 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940826 |
| S CALLAGHAN RANCH 346 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940662 |

## SOFA 13 Exhibit 2 - Sold to ALDINE – Wells:

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| S CALLAGHAN RANCH 348 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940691 |
| S CALLAGHAN RANCH 351 | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940677 |
| S CALLAGHAN RANCH 117ST | 0.55555600 | 0.51281110 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247935831 |
| S CALLAGHAN RANCH 250ST | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247939682 |
| S CALLAGHAN RANCH 294R | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940107 |
| S CALLAGHAN RANCH 58R | 1.00000000 | 0.90170000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247935365 |
| S CALLAGHAN RANCH SWD 15 | 0.55555600 | | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247934721 |
| S CALLAGHAN RANCH SWD 25 | 0.55555600 | | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247934941 |
| STANFORD P H 5 | 1.00000000 | 1.00000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247938426 |
| STANFORD P H 6 | 1.00000000 | 1.00000000 | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247940140 |
| STANFORD P H 3 (OPS ONLY NO%) | | | | | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247934502 |
| WCSB 17 | 0.95000000 | 0.70930343 | 0.77166833 | 0.57103457 | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247942150 |
| WCSB 18 | 0.97647270 | 0.72923820 | 0.79603680 | 0.58906723 | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247942242 |
| WCSB 19 | 0.97000000 | 0.72444665 | 0.78791398 | 0.58005090 | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247942248 |
| WCSB 20 | 1.00000000 | 0.74716150 | 0.81228245 | 0.60108902 | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247942323 |
| WCSB 21 | 1.00000000 | 0.74716150 | 0.81228245 | 0.60108902 | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247942435 |
| WCSB 22 | 0.96500000 | 0.72050590 | 0.78791398 | 0.58305634 | S. CALLAGHAN RANCH | TEXAS | WEBB | WHITE OAK OPERATING CO, LLC | 4247942452 |

*APO Interest will only be shown if the payout has not yet occurred.
4860-8908-7759.11

## SOFA 13 Exhibit 2 - Sold to ALDINE – Oil and Gas Leases:

| Lease | Lessor | Lessee | Lease date | ST | County | Prospect name | Book | Page | Reference |
|-------|--------|--------|-----------|-----|--------|---------------|------|------|-----------|
| 100050 | MOBIL PRODUCING TEXAS & NEW MEXICO INC. | MICHAEL PETROLEUM CORPORATION | 01/01/98 | TX | WEBB | S. CALLAGHAN RANCH | 625 | 613 | 627278 |
| 100052 | CONOCO INC | MICHAEL PETROLEUM CORPORATION | 01/01/98 | TX | WEBB | S. CALLAGHAN RANCH | 618 | 287 | 625502 |
| 100055 | ENRON OIL & GAS COMPANY | MICHAEL PETROLEUM CORPORATION | 03/31/98 | TX | WEBB | S. CALLAGHAN RANCH | 618 | 245 | 625499 |
| 100057 | JUDY H. COATS ET AL | ROSETTA RESOURCES OPERATING, LP | 03/20/08 | TX | WEBB | S.C.R. - COATS | 2574 | 648 | 1002541 |
| 100067 | B. G. GARZA LAND & CATTLE CO., LTD., ET AL | ROSETTA RESOURCES OPERATING, LP | 01/01/06 | TX | WEBB | S.C.R. - EL CORAZON | 2010 | 891 | 907412 |
| 100056 | JOE B. FINLEY JR | ROSETTA RESOURCES OPERATING, LP | 08/17/07 | TX | WEBB | S.C.R. - FINLEY | 2449 | 827 | 980463 |
| 100053 | GUILLERMO BENAVIDES GARZA, TRUSTEE ET AL | MOBIL PRODUCING TX & NM, INC. | 02/01/91 | TX | WEBB | S.C.R.-GBGL | 1470 | 99 | 442844 |
| 100058 | LUNDELLS, INC. | FOREST OIL CORPORATION | 01/14/80 | TX | WEBB | S.C.R. - LUNDELL | 623 | 223 | 268254 |
| 100000 | WEBB COUNTY SCHOOL BOARD | A R SANCHEZ | 09/13/63 | TX | WEBB | S.C.R. - WCSB | 308 | 492 | 131982 |

S C R FIELD
4860-8908-7759.11

## SOFA 13 Exhibit 2 - Sold to ALDINE – Surface Use Agreements

| LEASE | LESSOR | LESEE | LEASE DATE | ST | COUNTY | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|-------|--------|-------|------------|----|--------|------------|----------|------|------|-----------|
| 250006 | JOSE SAUCEDO ET AL | CALPINE CORPORATION | 1/3/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 185 | 1357 | 545 | |
| 250007 | FRANCISCO NAVARRO ET UX | CALPINE CORPORATION | 1/3/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 185 | 1357 | 540 | |
| 250018 | ALFREDO GONZALES ET AL | CALPINE CORPORATION | 1/19/2004 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 226 | 1536 | 516 | |
| 250019 | JESUS CONTRERAS ET UX | ROSETTA RESOURCES OPERATING, LP | 12/8/2006 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 239 | 2253 | 277 | |
| 250023 | JOSE LUIS RODRIGUEZ | CALPINE CORPORATION | 1/3/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 185 | 1357 | 533 | |
| 250024 | RODOLFO A. TIENDA, SR. ET UX | CALPINE CORPORATION | 1/24/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 185 | 1357 | 528 | |
| 250025 | GRACIELA T. NOYOLA | CALPINE CORPORATION | 1/15/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 185 | 1357 | 521 | |
| 250026 | ISMAEL CORTEZ ET UX | CALPINE CORPORATION | 7/22/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 214 | 1500 | 896 | |
| 250027 | MARIO A. MARTINEZ | CALPINE CORPORATION | 5/27/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 20/410 | 1500 | 812 | |
| 250028 | SOCORRO M. REYES ET AL | CALPINE CORPORATION | 7/16/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 20/410 | 1500 | 779 | |
| 250029 | SALVADOR LOPEZ | CALPINE CORPORATION | 5/7/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 20/410 | 1500 | 819 | |
| 250030 | MARIA R. OCHOA | CALPINE CORPORATION | 8/7/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 18/410 | 1500 | 774 | |

## SOFA 13 Exhibit 2 - Sold to ALDINE – Surface Use Agreements

| LEASE | LESSOR | LESEE | LEASE DATE | ST | COUNTY | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 250031 | SANDRA DELGADO | CALPINE CORPORATION | 6/27/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 20/410 | 1500 | 769 | |
| 250032 | EDUARDO BENAVIDES | CALPINE CORPORATION | 7/17/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 200 | 1500 | 764 | |
| 250033 | VAQUILLAS RANCH COMPANY, LTD. | CALPINE NATURAL GAS, LP | 10/27/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH -STANFORD | 1500 | 731 | |
| 250034 | JUANITA BEATRIZ ROMERO | CALPINE CORPORATION | 5/27/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 209 | 1500 | 825 | |
| 250035 | JESUS A. GARCIA ET AL | CALPINE CORPORATION | 6/19/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 200 | 1500 | 745 | |
| 250036 | NARCISCO RAMOS ET UX | CALPINE CORPORATION | 5/22/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 209 | 1500 | 830 | |
| 250037 | GRACIELA T. NOYOLA | CALPINE CORPORATION | 6/6/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 209 | 1500 | 840 | |
| 250038 | DANIEL ALBERTO SALINAS ET AL | CALPINE CORPORATION | 9/23/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 214 | 1500 | 835 | |
| 250039 | VAQUILLAS RANCH COMPANY, LTD. | CALPINE NATURAL GAS, LP | 10/27/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 203 | 1500 | 702 | |
| 250040 | VAQUILLAS RANCH COMPANY, LTD. | CALPINE NATURAL GAS, LP | 10/27/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 194 | 1500 | 716 | |
| 250041 | MARTIN A. OCAMPO ET UX | CALPINE CORPORATION | 2/25/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250042 | HUISACHE CATTLE COMPANY | CALPINE NATURAL GAS, LP | 10/21/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 43/218 | 1500 | 750 | |

## SOFA 13 Exhibit 2 - Sold to ALDINE – Surface Use Agreements

| LEASE | LESSOR | LESEE | LEASE DATE | ST | COUNTY | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|-------|--------|-------|-----------|----|--------|-----------|----------|------|------|-----------|
| 250043 | LUIS FRANCISCO MALDONADO | CALPINE CORPORATION | 5/19/2004 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 195 | 1599 | 781 | |
| 250044 | 4-R MINERALS, LTD. | CALPINE CORPORATION | 6/24/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 183 | 1417 | 208 | |
| 250045 | ANA M. GARZA ET AL | CALPINE CORPORATION | 3/5/2004 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 226 | 1569 | 208 | |
| 250046 | 4-R MINERALS, LTD. | CALPINE CORPORATION | 6/24/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 193 | 1483 | 232 | |
| 250047 | ADRIANA DAVILA | CALPINE CORPORATION | 7/22/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 214 | 1500 | 850 | |
| 250048 | 4-R MINERALS, LTD. | CALPINE CORPORATION | 6/24/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 191 | 1483 | 224 | |
| 250049 | 4-R MINERALS, LTD. | CALPINE CORPORATION | 6/24/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 181 | 1483 | 215 | |
| 250050 | HERLINDA Y. HERRERA | CALPINE CORPORATION | 7/17/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 205 | 1500 | 791 | |
| 250051 | MARIA ANTONIA M. TENORIO | CALPINE CORPORATION | 4/17/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 195 | 1390 | 38 | |
| 250052 | MARCOS VALENZUELA ET UX | CALPINE CORPORATION | 1/17/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 185 | 1357 | 567 | |
| 250053 | NICOLAS GARZA ET UX | CALPINE CORPORATION | 2/11/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250054 | CARLOS MEDINA ET AL | CALPINE CORPORATION | 1/17/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 185 | 1357 | 560 | |

## SOFA 13 Exhibit 2 - Sold to ALDINE – Surface Use Agreements

| LEASE | LESSOR | LESEE | LEASE DATE | ST | COUNTY | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 250055 | ALFREDO NAVARRO ET UX | CALPINE CORPORATION | 1/3/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 185 | 1357 | 555 | |
| 250056 | HECTOR MARIO NIETO ET UX | CALPINE CORPORATION | 2/5/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250057 | RICARDO NAVARRO | CALPINE CORPORATION | 2/24/2004 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 229 | 1569 | 232 | |
| 250058 | JOSE FRANCISCO CERVANTES ET AL | CALPINE CORPORATION | 6/30/2005 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 230 | 1869 | 820 | |
| 250059 | ANA M. GARZA ET AL | CALPINE CORPORATION | 1/15/2004 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 226 | 1536 | 520 | |
| 250060 | ANDRES VALENZUELA | CALPINE CORPORATION | 1/17/2003 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 188 | 1358 | 724 | |
| 250062 | LUIS FRANCISCO MALDONADO | CALPINE CORPORATION | 5/19/2004 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 195 | 1599 | 786 | |
| 250063 | GERARDO GOMEZ | CALPINE CORPORATION | 2/18/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250064 | FERNANDO GOMEZ | CALPINE CORPORATION | 2/15/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250065 | PEDRO G. GUEVARA ET AL | CALPINE CORPORATION | 2/25/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250066 | ROLANDO GOMEZ | CALPINE CORPORATION | 7/16/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 205 | 1500 | 796 | |
| 250067 | JUAN BERNARDO RAMIREZ ET UX | CALPINE CORPORATION | 7/18/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 205 | 1500 | 805 | |

## SOFA 13 Exhibit 2 - Sold to ALDINE – Surface Use Agreements

| LEASE | LESSOR | LESEE | LEASE DATE | ST | COUNTY | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|-------|--------|-------|-----------|----|--------|-----------|----------|------|------|-----------|
| 250068 | JOSE A. DIAZ | CALPINE CORPORATION | 8/19/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 205 | 1500 | 786 | |
| 250069 | GENARO CONTRERAS ET UX | CALPINE CORPORATION | 7/21/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 214 | 1500 | 845 | |
| 250070 | ALMA NORA MORALES | CALPINE CORPORATION | 2/25/2004 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 229 | 1569 | 237 | |
| 250071 | ELIGIO FLORES ET AL | CALPINE CORPORATION | 2/20/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250072 | ROSA NAVARRO ET AL | CALPINE CORPORATION | 2/18/2004 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 229 | 1569 | 221 | |
| 250073 | JESUS V. SOLIZ ET UX | CALPINE CORPORATION | 2/5/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250075 | MARIO ALBERTO CANTU AVILA | CALPINE CORPORATION | 5/7/2003 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 205 | 1399 | 640 | |
| 250076 | JOSE A. DIAZ | CALPINE CORPORATION | 4/28/2003 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 205 | 1399 | 644 | |
| 250077 | PATRICK JAMES WHITMAN ET AL | CALPINE CORPORATION | 2/11/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250078 | MARIA G. RODRIGUEZ LIVING TRUST | CALPINE CORPORATION | 2/5/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250079 | CUITLAHUAC RODRIGUEZ | CALPINE CORPORATION | 2/4/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250080 | JOSE ALONZO, JR. ET UX | CALPINE CORPORATION | 2/11/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |

## SOFA 13 Exhibit 2 - Sold to ALDINE – Surface Use Agreements

| LEASE | LESSOR | LESEE | LEASE DATE | ST | COUNTY | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 250081 | JUAN MANUEL ZAPATA, JR. ET AL | CALPINE CORPORATION | 2/17/2003 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 188 | | | |
| 250082 | RAMON VALENZUELA | CALPINE CORPORATION | 1/17/2003 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 188 | 1358 | 727 | |
| 250083 | ALFREDO GONZALES ET AL | CALPINE CORPORATION | 3/26/2004 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 226 | 1569 | 203 | |
| 250084 | ALFREDO NAVARRO ET UX | CALPINE CORPORATION | 3/4/2004 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 226 | 1569 | 214 | |
| 250085 | SANTIAGO A. GARZA ET AL | ROSETTA RESOURCES OPERATING, LP | 10/31/2005 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 232 | 1958 | 472 | |
| 250086 | RAFAEL GUERRA, JR., ET AL | ROSETTA RESOURCES OPERATING, LP | 7/24/2006 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 240 | 2148 | 220 | |
| 250087 | CACTUS AND BRUSH, LP | ROSETTA RESOURCES OPERATING, LP | 9/13/2006 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 234 | | | |
| 250088 | OSCAR'S ENTERPRISE, INC. | ROSETTA RESOURCES OPERATING, LP | 10/13/2006 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 246 | 2210 | 775 | |
| 250089 | JESUS T. MEDINA ET UX | ROSETTA RESOURCES OPERATING, LP | 11/3/2006 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 24 | 2251 | 197 | |
| 250090 | OSCAR'S ENTERPRISE, INC. | ROSETTA RESOURCES OPERATING, LP | 10/13/2006 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 249 | 2210 | 779 | |
| 250091 | OSCAR'S ENTERPRISE, INC. | ROSETTA RESOURCES OPERATING, LP | 10/13/2006 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 244 | 2210 | 783 | |
| 250092 | ABELARDO RAMOS III | CALPINE NATURAL GAS, LP | 3/10/2005 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 231 | 1791 | 121 | |

## SOFA 13 Exhibit 2 - Sold to ALDINE – Surface Use Agreements

| LEASE | LESSOR | LESEE | LEASE DATE | ST | COUNTY | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|-------|--------|-------|-----------|----|--------|-----------|----------|------|------|-----------|
| 250093 | BERNARD L. PRIVETTE ET UX | ROSETTA RESOURCES OPERATING, LP | 7/11/2007 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 271 | | | |
| 250096 | JUDY H. COATS | ROSETTA RESOURCES OPERATING, LP | 5/1/2008 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - COATES | | | |
| 250097 | JUDY H. COATS | ROSETTA RESOURCES OPERATING, LP | 5/1/2008 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - COATES | | | |
| 250099 | CACTUS AND BRUSH, LP | ROSETTA RESOURCES OPERATING, LP | 1/10/2008 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 284 | | | |
| 250100 | CACTUS AND BRUSH, LP | ROSETTA RESOURCES OPERATING, LP | 1/29/2007 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 256 | | | |
| 250106 | JOSE MARIA SALDIVAR ET UX | CALPINE CORPORATION | 5/20/2003 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 205 | 1399 | 648 | |
| 250108 | OSCAR'S ENTERPRISE, INC. | ROSETTA RESOURCES OPERATING, LP | 12/18/2006 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 249 | 2284 | 368 | |
| 250109 | OSCAR'S ENTERPRISE, INC. | ROSETTA RESOURCES OPERATING, LP | 12/18/2006 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 246 | 2284 | 364 | |
| 250110 | RAFAEL GUERRA, JR. ET UX | ROSETTA RESOURCES OPERATING, LP | 1/9/2007 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 240 | 2284 | 360 | |
| 250113 | BERNARD L. PRIVETTE ET UX | ROSETTA RESOURCES OPERATING, LP | 3/5/2009 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 325 | 2729 | 571 | |
| 250114 | OSCAR'S ENTERPRISE, INC. | ROSETTA RESOURCES OPERATING, LP | 7/23/2010 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 25 | 2963 | 237 | |
| 250115 | HELIODORA S. SIERRA ET AL | ROSETTA RESOURCES OPERATING, LP | 4/20/2007 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 247 | 2407 | 717 | |

# SOFA 13 Exhibit 2 - Sold to ALDINE – Surface Use Agreements

| LEASE | LESSOR | LESEE | LEASE DATE | ST | COUNTY | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 250116 | MARIA ORTIZ ET AL | ROSETTA RESOURCES OPERATING, LP | 4/11/2007 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 247 | 2407 | 686 | |
| 250117 | LAURA E. MEDINA | ROSETTA RESOURCES OPERATING, LP | 4/10/2007 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 247 | 2407 | 681 | |
| 250118 | DAVID F. GUITIERREZ | ROSETTA RESOURCES OPERATING, LP | 7/23/2007 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 247 | 2407 | 692 | |
| 250119 | JUAN ANTONIO FIERRO | ROSETTA RESOURCES OPERATING, LP | 4/29/2007 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 247 | 2407 | 702 | |
| 250120 | ANTONIO RAMIRO PEREZ ET AL | ROSETTA RESOURCES OPERATING, LP | 7/24/2007 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 247 | 2407 | 697 | |
| 250121 | DAVID REYNA | ROSETTA RESOURCES OPERATING, LP | 5/9/2007 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 247 | 2407 | 707 | |
| 250122 | ROBERTO C. LOPEZ | ROSETTA RESOURCES OPERATING, LP | 4/24/2009 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 247 | 2407 | 712 | |
| 250124 | BERNARD L. PRIVETTE | ROSETTA RESOURCES OPERATING, LP | 12/30/2008 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 321 | 2706 | 622 | |
| 250125 | W. C. O'NEAL ET UX | ROSETTA RESOURCES OPERATING, LP | 3/4/2009 | TX | WEBB | ROW | S CALLAGHAN RANCH - SCR 325 | 2729 | 576 | |
| 250130 | CACTUS AND BRUSH, LP | ROSETTA RESOURCES OPERATING, LP | 3/13/2008 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 301 | | | |
| 250131 | HUISACHE CATTLE COMPANY, LTD. | PETROPOINT ENERGY OPERATING, LLC | 11/1/2012 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - WCSB | 3423 | 514 | |
| 250132 | COUNTY OF WEBB | PETROPOINT ENERGY OPERATING, LLC | 2/1/2013 | TX | WEBB | NOTICE | S CALLAGHAN RANCH - WCSB | 3423 | 517 | |

## SOFA 13 Exhibit 2 - Sold to ALDINE – Surface Use Agreements

| LEASE | LESSOR | LESEE | LEASE DATE | ST | COUNTY | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 250133 | 4-R MINERALS, LTD. | ROSETTA RESOURCES OPERATING, LP | 4/2/2008 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH | | | |
| 250134 | CLEMENTE R. RUIZ | ROSETTA RESOURCES OPERATING, LP | 1/15/2009 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 326 | 2706 | 636 | |
| 250135 | SRC- 185 | CALPINE CORPORATION | 3/6/2003 | TX | WEBB | AFFIDAVIT | S CALLAGHAN RANCH - SCR 185/60 | 1357 | 505 | |
| 250137 | W. C. O'NEAL ET UX | ROSETTA RESOURCES OPERATING, LP | 10/31/2008 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 325 | 2706 | 631 | |
| 250138 | GRETCHEN MCELROY ALLY ET AL | MOBIL PRODUCING TX & NM, INC. | 3/8/1991 | TX | WEBB | ROW | S CALLAGHAN RANCH - COATES | 1484 | 556 | |
| 250139 | 4-R MINERALS, LTD. | CALPINE CORPORATION | 2/4/2004 | TX | WEBB | SURFACE LEASE | S CALLAGHAN RANCH - SCR 226 | | | |
| 250146 | RENE RODRIGUEZ | ROSETTA RESOURCES OPERATING, LP | 2/22/2010 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 343 | 2900 | 389 | |
| 250147 | ALICIA AYALA CHINCHILLA | ROSETTA RESOURCES OPERATING, LP | 2/24/2010 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 343 | 2900 | 394 | |
| 250148 | ROSE ICELA MORALES | ROSETTA RESOURCES OPERATING, LP | 3/4/2010 | TX | WEBB | DAMAGE REL | S CALLAGHAN RANCH - SCR 343 | 2900 | 384 | |
| 250154 | CALLAGHAN RANCH, LTD. | MOBIL PRODUCING TX & NM, INC. | 2/1/1991 | TX | WEBB | ROW | S CALLAGHAN RANCH | 1473 | 51 | |
| | ALICE W. BARNES ESTATE | PHOENIX FUND, INC. | 9/5/1989 | TX | WEBB | ROW | S CALLAGHAN RANCH | | | |

4860-8908-7759.11

### SOFA 13 Exhibit 2 - Sold to ALDINE – Minerals and Royalty Interest:

| Lease | Grantor | Grantee | Lease date | ST | County | Prospect name | Book | Page | Reference |
|-------|---------|---------|------------|----|--------|---------------|------|------|-----------|
| 15015 | ENRON OIL & GAS COMPANY | MICHAEL PETROLEUM CORPORATION | 3/31/1998 | TX | WEBB | S. CALLAGHAN RANCH | 618 | 262 | 625500 |

**SOFA 13 Exhibit 3 - Oil & Gas Leases Sold to 405 HACKBERRY**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | PROSPECT NAME | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| MISS. CANYON | US DEPT OF INT. (BOEM) OCS-G 9895 | SHELL OFFSHORE INC. | 5/1/1988 | LA | PLAQUEMINES | OFFSHORE LA | 1105 | 747 | 200600000064 |
| | STERLING SUGARS, INC. | PALACE EXPLORATION COMPANY | 10/24/2001 | LA | ST MARY | CHARENTON | 44-Q | 57 | 275649 |
| TX1971001002-000 | KVTC TRUSTS BY JAMES W COLLINS TTEE | REICHMANN PETROLEUM | 7/20/2004 | TX | DUVAL | LOPEZ SE | 378 | 388 | 86460 |
| TX1861001002-000 | FROST NATIONAL BANK TRUSTEE | REICHMANN PETROLEUM CORP | 3/25/2005 | TX | DUVAL | LOPEZ SE | 394 | 364 | 088862 |
| TX1861001001-001 | KVTC TRUSTS BY JAMES W COLLINS TTEE | RICHMANN PETROLEUM CORPORATION | 5/15/2003 | TX | DUVAL | LOPEZ SE | 350 | 558 | 081934 |
| TX1971001001-000 | ESTATE OF PETER ATCHISON | REICHMANN PETROLEUM CORP. | 5/5/2004 | TX | DUVAL | LOPEZ SE | 373 | 575 | 085592 |
| TX1065-002-01 | ARCADIO GUERRA, JR., ET AL | J.L. COLLINS AND CO | 9/29/1937 | TX | HIDALGO | LA REFORMA | 22 | 509 | 8934 |
| TX1065-002-01 | ARCADIO GUERRA, JR., ET AL | J.L. COLLINS AND CO | 9/29/1937 | TX | STARR | LA REFORMA | 99 | 622 | |
| TX1065-003-01 | FRANCISCO B GUERRA ET UX | CHARLES E WOLCOTT | 3/26/1929 | TX | STARR | LA REFORMA | 62 | 398 | |
| TX1065-004-01 | RAFAEL A. GUERRA, ET AL | WYNN CROSBY ENERGY, INC. | 8/26/1997 | TX | HIDALGO | LA REFORMA | | | 621660 |
| TX1065-004-01 | Rafael A Guerra etal | WYNN CROSBY ENERGY, INC. | 8/26/1997 | TX | STARR | LA REFORMA | 789 | 280 | |
| TX1065-010-00 | GUERRA BROTHERS SUCCESSORS LTD | WYNN-CROSBY 1995 LTD AND EEX E&P COMPANY LP | 9/1/2003 | TX | HIDALGO | LA REFORMA | | | 1328699 |
| TX1065-010-00 | GUERRA BROTHERS SUCCESSORS LTD | WYNN-CROSBY 1995 LTD EEX E&P Company LP | 9/1/2003 | TX | STARR | LA REFORMA | 1002 | 187 | 238300 |
| TX1062-001-01 | CLEOPATRA M MULHOLLAND | FORNEY & COMPANY | 12/20/2000 | TX | STARR | NABORS(BRANNAN) | 884 | 479 | 213199 |
| TX1062-001-02 | JAMES E FOX | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 359 | 215142 |
| TX1062-001-03 | JO FOX | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 900 | 399 | 215975 |
| TX1062-001-04 | SUZETTE SMIETANKA FEHER | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 362 | 215143 |
| TX1062-001-06 | JOHN THOMAS KLINKEFUS | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 365 | 215144 |
| TX1062-001-07 | JOHN F. BRANNAN | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 371 | 215146 |
| TX1062-001-08 | PAUL T BRANNAN | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 383 | 215150 |
| TX1062-001-09 | ANGELINE BRANNAN KONFRST | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 380 | 215149 |

**SOFA 13 Exhibit 3 - Oil & Gas Leases Sold to 405 HACKBERRY**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | PROSPECT NAME | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| TX1062-001-10 | DONNA BRANNAN SMITH | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 389 | 215152 |
| TX1062-001-11 | MICHAEL E BRANNAN | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 377 | 215148 |
| TX1062-001-12 | VIRGINIA BRANNAN GIBLER | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 392 | 215153 |
| TX1062-001-13 | RICHARD WELCH | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 368 | 215145 |
| TX1062-001-14 | MARY ALICE BRANNAN WRIGHT | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 374 | 215147 |
| TX1062-001-15 | ROSALIE J BRANNAN | FORNEY & COMPANY | 6/15/2001 | TX | STARR | NABORS(SADDLEBACK) | 913 | 131 | 218834 |
| TX1062-001-16 | MARJORIE BRANNAN YOCHEM | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 386 | 215151 |
| TX1062-001-17 | MARY KAY BRANNAN | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 395 | 215154 |
| TX1062-001-18 | INA F BRANNAN | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 428 | 215165 |
| TX1062-001-19 | MICHAEL B NAGL | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 398 | 215155 |
| TX1062-001-20 | PEARL G BRANNAN, LIFE ESTATE | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 900 | 392 | 215973 |
| TX1062-001-21 | BARBARA ANN BRANNAN BELL | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 401 | 215156 |
| TX1062-001-22 | DAVID M BRANNAN | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 407 | 215158 |
| TX1062-001-23 | J PHILLIP BRANNAN | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 404 | 215157 |
| TX1062-001-24 | JOHN WAYNE MOUNTAIN | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 410 | 215159 |
| TX1062-001-25 | JANE M ROSOLIO | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 413 | 215160 |
| TX1062-001-26 | REBECCA JOAN BRANNAN BROOKS | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 425 | 215164 |
| TX1062-001-27 | BRANNAN IRREVOCABLE TRUST DTD 05/10/99 | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 903 | 110 | 216608 |
| TX1062-001-28 | MARILYN L WOLFE | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 422 | 215163 |
| TX1062-001-29 | DENNIS C HANSEN | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 903 | 104 | 216603 |
| TX1062-001-30 | DENISE HANSEN | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 903 | 106 | 216604 |

**SOFA 13 Exhibit 3 - Oil & Gas Leases Sold to 405 HACKBERRY**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | PROSPECT NAME | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| TX1062-001-31 | RICHARD MIDDLETON, LIFE ESTATE W/REMAINDER TO | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 903 | 111 | 216609 |
| TX1062-001-32 | JANICE GAITAN | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 903 | 119 | 216613 |
| TX1062-001-33 | JOLENE JOHNSTON | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 452 | 216612 |
| TX1062-001-34 | JEANNETTE BUCKALEW | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 903 | 120 | 216614 |
| TX1062-001-35 | KATHLEEN K MANATT | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 900 | 396 | 215974 |
| TX1062-002-01 | MICHAEL ROBERT ZIMMERMAN | FORNEY & COMPANY | 8/1/2001 | TX | STARR | NABORS(BRANNAN/HILL) | 906 | 234 | 217405 |
| TX1062-002-02 | PATRICIA HALL | FORNEY & COMPANY | 8/1/2001 | TX | STARR | NABORS(BRANNAN/HILL) | 906 | 762 | 217515 |
| TX1062-002-03 | RICHARD A HILL | FORNEY & COMPANY | 10/16/2001 | TX | STARR | NABORS(BRANNAN) | 913 | 138 | 218836 |
| TX1062-009-01 | RICHARD HILL AND ALAN HILL | EL PASO | 1/27/2006 | TX | STARR | NABORS(HILL) | 1093 | 164 | 255819 |
| TX1062-002-04 | ALAN L HILL | FORNEY & COMPANY | 10/1/2001 | TX | STARR | NABORS(BRANNAN) | 921 | 676 | 220794 |
| TX1062-002-05 | KATHERINE ANN SOVIK | FORNEY & COMPANY | 8/1/2001 | TX | STARR | NABORS(BRANNAN/HILL) | 906 | 240 | 217407 |
| TX1062-002-06 | DR CHRISTINE WRIGHT-ISAK | WYNN-CROSBY ENERGY, INC | 4/30/2004 | TX | STARR | NABORS(BRANNAN/HILL) | 1003 | 34 | 238497 |
| TX1062-002-07 | JEFFREY J WRIGHT | FORNEY & COMPANY | 8/1/2001 | TX | STARR | NABORS(BRANNAN/HILL) | 906 | 774 | 217519 |
| TX1062-002-08 | MATTHEW L WRIGHT | FORNEY & COMPANY | 8/1/2001 | TX | STARR | NABORS(BRANNAN/HILL) | 906 | 771 | 217518 |
| TX1062-002-09 | SHARON WRIGHT | FORNEY & COMPANY | 8/1/2001 | TX | STARR | NABORS(BRANNAN/HILL) | 906 | 765 | 217516 |
| TX1062-002-10 | ADRIENNE WRIGHT OERTLE | FORNEY & COMPANY | 8/1/2001 | TX | STARR | NABORS(BRANNAN/HILL) | 906 | 768 | 217517 |
| TX1062-002-11 | ROBERT MICHAEL HOLLERAN ET AL BECKA GRADY, MARGARET VELENTINA | WYNN-CROSBY ENERGY INC | 5/27/2004 | TX | STARR | NABORS(BRANNAN/HILL) | 1005 | 174 | 238940 |
| TX1062-002-12 | RONALD GRASHA | FORNEY & COMPANY | 8/1/2001 | TX | STARR | NABORS(BRANNAN/HILL) | 907 | 483 | 217646 |
| TX1062-002-13 | WILLIAM PAINTER, SR LIFE ESTATE | FORNEY & COMPANY | 8/1/2001 | TX | STARR | NABORS(BRANNAN/HILL) | 906 | 237 | 217406 |
| TX1062-003-01 | JAMES V BRANNAN | WINNIE LAND & MINERALS, INC | 3/8/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 502 | 202443 |
| TX1062-003-02 | JAMES E FOX | WINNIE LAND & MINERALS, INC | 3/8/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 522 | 202452 |

**SOFA 13 Exhibit 3 - Oil & Gas Leases Sold to 405 HACKBERRY**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | PROSPECT NAME | BOOK | PAGE | REFERENCE |
|-------|--------|--------|-----------|----|--------------|--------------|------|------|-----------|
| TX1062-003-03 | DONNA BRANNAN SMITH | WINNIE LAND & MINERALS, INC | 3/3/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 545 | 203698 |
| TX1062-003-04 | MARY ALICE BRANNAN WRIGHT | WINNIE LAND & MINERALS, INC | 3/8/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 554 | 203702 |
| TX1062-003-05 | ROSALIE J BRANNAN | WINNIE LAND & MINERALS, INC | 3/3/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 560 | 203705 |
| TX1062-003-06 | MICHAEL B NAGL | WINNIE LAND & MINERALS, INC | 3/8/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 567 | 203708 |
| TX1062-003-07 | JAMES V BRANNAN | WINNIE LAND & MINERALS, INC | 4/21/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 504 | 202444 |
| TX1062-003-08 | DONNA BRANNAN SMITH | WINNIE LAND & MINERALS, INC | 4/21/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 538 | 202460 |
| TX1062-003-09 | MARY ALICE BRANNAN WRIGHT | WINNIE LAND & MINERALS, INC | 4/21/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 551 | 203701 |
| TX1062-003-10 | ROSALIE J BRANNAN | WINNIE LAND & MINERALS, INC | 4/21/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 562 | 203706 |
| TX1062-003-11 | MICHAEL B NAGL | WINNIE LAND & MINERALS INC | 4/21/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 569 | 203709 |
| TX1062-003-12 | JAMES E FOX | WINNIE LAND & MINERALS, INC | 3/8/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 519 | 202451 |
| TX1062-003-13 | SMITH OIL COMPANY, INC | WINNIE LAND & MINERALS, INC | 6/22/1999 | TX | STARR | NABORS(CLEOPATRA) | 841 | 417 | 204533 |
| TX1062-003-14 | MCW ROYALTIES | WINNIE LAND & MINERALS, INC | 7/6/1999 | TX | STARR | NABORS(CLEOPATRA) | 841 | 422 | 204534 |
| TX1062-003-15 | JANE CASE BLACKFORD | WINNIE LAND & MINERALS, INC | 7/26/1999 | TX | STARR | NABORS(CLEOPATRA) | 841 | 412 | 204532 |
| TX1062-003-17 | DOROTHY BRANNAN | WINNIE LAND & MINERALS, INC | 2/15/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 498 | 202441 |
| TX1062-003-18 | MARY KAY BRANNAN | WINNIE LAND & MINERALS, INC | 3/4/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 513 | 202448 |
| TX1062-003-19 | PEARL G BRANNAN | WINNIE LAND & MINERALS INC | 3/9/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 511 | 202447 |
| TX1062-003-20 | INA F BRANNAN | WINNIE LAND & MINERALS, INC | 3/4/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 496 | 202440 |
| TX1062-003-21 | RICHARD MIDDLETON | WINNIE LAND & MINERALS, INC | 2/15/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 536 | 202459 |
| TX1062-003-22 | JANICE GAITAN | WINNIE LAND & MINERALS, INC | 2/15/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 526 | 202454 |
| TX1062-003-23 | MICHAEL E BRANNAN, BY AIF VIRGINIA GIBLER | WINNIE LAND & MINERALS, INC | 3/3/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 524 | 202453 |
| TX1062-003-24 | VIRGINIA GIBLER | WINNIE LAND & MINERALS, INC | 3/3/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 528 | 202455 |

**SOFA 13 Exhibit 3 - Oil & Gas Leases Sold to 405 HACKBERRY**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | PROSPECT NAME | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| TX1062-003-25 | ANGELINE BRANNAN KONFRST | WINNIE LAND & MINERALS, INC | 3/3/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 532 | 202457 |
| TX1062-003-26 | PAUL T BRANNAN | WINNIE LAND & MINERALS, INC | 3/3/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 517 | 202450 |
| TX1062-003-27 | JOHN F BRANNAN | WINNIE LAND & MINERALS, INC | 3/3/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 515 | 202449 |
| TX1062-003-28 | MARJORIE BRANNAN YOCHEM | WINNIE LAND & MINERALS, INC | 3/3/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 541 | 202461 |
| TX1062-003-29 | BARBARA ANN BELL | WINNIE LAND & MINERALS, INC | 3/9/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 509 | 202446 |
| TX1062-003-30 | J PHILLIP BRANNAN | WINNIE LAND & MINERALS, INC | 3/9/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 507 | 202445 |
| TX1062-003-31 | JOHN THOMAS KLINKEFUS | WINNIE LAND & MINERALS, INC | 3/4/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 530 | 202456 |
| TX1062-003-32 | DAVID M BRANNAN | WINNIE LAND & MINERALS, INC | 3/9/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 500 | 202442 |
| TX1062-003-33 | LORETTA MOUNTAIN, BY HER AGENT & AIF JANE M. ROSOLIO | WINNIE LAND & MINERALS, INC | 3/9/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 543 | 203697 |
| TX1062-003-34 | JOLENE JOHNSTON | WINNIE LAND & MINERALS, INC | 3/5/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 547 | 203699 |
| TX1062-003-35 | REBECCA J BROOKS | WINNIE LAND & MINERALS, INC | 5/5/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 556 | 203703 |
| TX1062-003-36 | DENNIS HANSEN | WINNIE LAND & MINERALS, INC | 4/16/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 549 | 203700 |
| TX1062-003-37 | DENISE HANSEN | WINNIE LAND & MINERALS, INC | 4/16/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 558 | 203704 |
| TX1062-003-38 | MARILYN LAVONNE WOLFE | WINNIE LAND & MINERALS, INC | 4/16/1999 | TX | STARR | NABORS(CLEOPATRA) | 837 | 565 | 203707 |
| TX1062-003-39 | KATHLEEN K MANATT | WINNIE LAND & MINERALS, INC | 7/26/1999 | TX | STARR | NABORS(CLEOPATRA) | 842 | 787 | 204849 |
| TX1062-003-40 | RICHARD WELCH | WINNIE LAND & MINERALS, INC | 7/28/1999 | TX | STARR | NABORS(CLEOPATRA) | 847 | 289 | 205764 |
| TX1062-003-41 | JO FOX | WINNIE LAND & MINERALS, INC | 7/5/1999 | TX | STARR | NABORS(CLEOPATRA) | 854 | 745 | 207289 |
| TX1062-003-42 | LINDA BESSEMER, INDV & SUCCESSOR TRUSTEE OF | WINNIE LAND & MINERALS, INC | 7/26/1999 | TX | STARR | NABORS(CLEOPATRA) | 847 | 286 | 205763 |
| TX1062-003-43 | JEANETTE BUCKALEW | WINNIE LAND & MINERALS, INC | 12/2/1999 | TX | STARR | NABORS(CLEOPATRA) | 854 | 743 | 207288 |
| TX1062-003-44 | SUSAN JANE WHEELOCK TRUST #040/024700 | WINNIE LAND & MINERALS, INC | 6/24/1999 | TX | STARR | NABORS(CLEOPATRA) | 841 | 427 | 204535 |
| TX1062-003-45 | COATES ENERGY TRUST ET AL COATES ENERGY INTERESTS LTD | PETROHAWK ENERGY CORPORATION | 3/1/2005 | TX | STARR | NABORS(CLEOPATRA) | 1036 | 302 | 245161 |

**SOFA 13 Exhibit 3 - Oil & Gas Leases Sold to 405 HACKBERRY**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | PROSPECT NAME | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| TX1062-003-46 | DORCHESTER MINERALS LP | PETROHAWK PROPERTIES LP | 8/3/2006 | TX | STARR | NABORS(CLEOPATRA) | 1112 | 740 | 259529 |
| TX1062-004-00 | COATES ENERGY TRUST & COATES ENERGY INTERESTS, LTD | PETROHAWK ENERGY CORPORATION | 7/12/2006 | TX | STARR | NABORS(CLEOPATRA) | 1106 | 665 | |
| | | | | | | | 1152 | 720 | |
| | | | | | | | 1227 | 372 | 00281151 |
| | | | | | | | 1261 | 295 | 00287948 |
| TX1062-010-01 | RICHARD A HILL ET AL ALAN L HILL | PETROHAWK PROPERTIES LP | 3/22/2007 | TX | STARR | NABORS(HILL) | 1144 | 638 | 265592 |
| TX1062-012-01 | CLEOPATRA M MULHOLLAND | FORNEY & COMPANY | 3/17/2001 | TX | STARR | NABORS(MULHOLLAND) | 896 | 257 | 215109 |
| TX1062-013-01 | 5H BROTHERS LP | METANO ENERGY LP | 12/1/2004 | TX | STARR | NABORS(HEARD #1,2) | 1036 | 571 | 245224 |
| TX1062-013-02 | LEANN BILLUPS ET AL | METANO ENERGY LP | 12/1/2004 | TX | STARR | NABORS(HEARD #1,2) | 1036 | 575 | 245225 |
| TX1062-014-01 | PIRTLE PROPERTIES LP | METANO ENERGY LP | 1/15/2005 | TX | STARR | NABORS(VALLE GRANDE) | 1036 | 620 | 245226 |
| TX1062-014-02 | OGDEN SHARON HUDNALL TRUST NO. 2 | METANO ENERGY LP | 1/15/2005 | TX | STARR | NABORS(VALLE GRANDE) | 1042 | 198 | 246316 |
| TX1062-014-03 | LOMETA HUDNALL COX TRUST NO. TWO | METANO ENERGY LP | 1/15/2005 | TX | STARR | NABORS(VALLE GRANDE) | 1042 | 194 | 246315 |
| TX1062-014-04 | FIVE WINDHAM LIMITED PARTNERSHIP ET AL | METANO ENERGY LP | 1/15/2005 | TX | STARR | NABORS(VALLE GRANDE) | 1046 | 47 | 247044 |
| TX1062-014-05 | ANN WINDHAM WALLACE VETTER | METANO ENERGY LP | 1/15/2005 | TX | STARR | NABORS(VALLE GRANDE) | 1046 | 51 | 247045 |
| TX1062-014-06 | DAVID ROBERT ALBERT | METANO ENERGY LP | 10/29/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 768 | 263662 |
| TX1062-014-07 | MARTHA H STYNER | METANO ENERGY LP | 10/29/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 764 | 263661 |
| TX1062-014-08 | JOHN JUDSON TURNER | METANO ENERGY LP | 11/15/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 760 | 263659 |
| TX1062-014-09 | THE ESTATE OF BILLY H GRAGG | METANO ENERGY LP | 10/29/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 773 | 263663 |
| TX1062-014-10 | JUDLYN TURNER MAUPIN | METANO ENERGY LP | 11/15/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 762 | 263660 |
| TX1062-014-11 | JOHN ROGERS POPE | METANO ENERGY LP | 11/15/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 756 | 263658 |
| TX1062-014-12 | RALPH EVANS | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 743 | 263652 |
| TX1062-014-13 | REGINA DARLENE FENTRESS ROBINSON | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 745 | 263653 |
| TX1062-014-14 | NORMA M LUELLEN | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 747 | 263654 |

**SOFA 13 Exhibit 3 - Oil & Gas Leases Sold to 405 HACKBERRY**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | PROSPECT NAME | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| TX1062-014-15 | DONALD BUCKBY | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 749 | 263655 |
| TX1062-014-16 | BENITA J BRATCHER | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 777 | 263664 |
| TX1062-014-17 | SARAH Q EVANS | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 779 | 263665 |
| TX1062-014-18 | KATRINA ANN KATRINA TRUST | METANO ENERGY LP | 12/14/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 799 | 263671 |
| TX1062-014-19 | ALVIN H LANE JR | METANO ENERGY LP | 12/14/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 795 | 263670 |
| TX1062-014-20 | D R GRAGG AND LEE ANN GRAGG RAINBOLT | METANO ENERGY LP | 12/12/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 791 | 263669 |
| TX1062-014-21 | NOEL CAMERON WOOLVERTON III | METANO ENERGY LP | 12/14/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 785 | 263667 |
| TX1062-014-22 | JERRY POPE BYNUM HERITAGE TRUST | METANO ENERGY LP | 12/6/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 751 | 263656 |
| TX1062-014-23 | SUSAN TURNER | METANO ENERGY LP | 11/15/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 754 | 263657 |
| TX1062-014-24 | HUNT FAMILY TRUST | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 788 | 263668 |
| TX1062-014-25 | JOHN D NORWOOD III | METANO ENERGY LP | 12/6/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 781 | 263666 |
| TX1062-014-26 | DAVID ALFORD | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 714 | 263642 |
| TX1062-014-27 | LAWRENCE CONSOLIDATED ENTERPRISE LTD | METANO ENERGY LP | 12/15/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 719 | 263643 |
| TX1062-014-28 | KATHRYN LYNN POLITES | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 734 | 263648 |
| TX1062-014-29 | CHERYL ANN ROBERTS | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 732 | 263647 |
| TX1062-014-30 | STEPHEN DEWAYNE PAYNE | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 730 | 263646 |
| TX1062-014-31 | CHARLES HAVEN PAYNE | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 739 | 263650 |
| TX1062-014-32 | CAROLYN FORD | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 741 | 263651 |
| TX1062-014-33 | BETTY LANE SOKOLIK | METANO ENERGY LP | 12/14/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 736 | 263649 |
| TX1062-014-34 | THE SUMMERLEE FOUNDATION | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1136 | 416 | 263925 |
| TX1062-014-35 | SAM T BRACKEN | METANO ENERGY LP | 1/24/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 722 | 263644 |

**SOFA 13 Exhibit 3 - Oil & Gas Leases Sold to 405 HACKBERRY**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | PROSPECT NAME | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| TX1062-014-36 | JOE R GRAGG | METANO ENERGY LP | 12/14/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1134 | 726 | 263645 |
| TX1062-014-37 | BRUCE MCMILLAN JR FOUNDATION INC | METANO ENERGY LP | 12/13/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1136 | 412 | 263924 |
| TX1062-014-38 | BANK OF AMERICA TRUSTEE | METANO ENERGY LP | 12/15/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1138 | 616 | 264391 |
| TX1062-014-39 | SUMMERFIELD G ROBERTS FOUNDATION | METANO ENERGY LP | 12/1/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1138 | 622 | 264392 |
| TX1062-014-40 | JAMES TAYLOR PIRTLE TRUST | METANO ENERGY LP | 12/15/2006 | TX | STARR | NABORS(VALLE GRANDE) | 1138 | 610 | 264390 |
| TX1062-014-41 | IDA B FAMILY LIMITED PARTNERSHIP | METANO ENERGY LP | 2/7/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1140 | 395 | 264755 |
| TX1062-014-42 | JEANNE S BRACKEN TRUST | METANO ENERGY LP | 1/24/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1140 | 391 | 264754 |
| TX1062-014-43 | SHIRLEY BRACKEN WILSON EVANS TRUST | METANO ENERGY LP | 1/24/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1140 | 387 | 264753 |
| TX1062-014-44 | GLENDA BRACKEN TRUST | METANO ENERGY LP | 1/24/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1140 | 383 | 264752 |
| TX1062-014-45 | MARY JON BRYAN | METANO ENERGY LP | 4/10/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1143 | 789 | 265432 |
| TX1062-014-46 | ROBERT S PIRTLE | METANO ENERGY LP | 5/1/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1149 | 296 | 266483 |
| TX1062-014-47 | MUCHER DESCENDANTS PARTNERSHIP | METANO ENERGY LP | 7/12/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1155 | 15 | 267525 |
| TX1062-014-48 | PATRICIA LEE CHAMBERS | METANO ENERGY LP | 7/23/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1159 | 642 | 268447 |
| TX1062-014-49 | JOHNNY PAUL PRICE FAMILY PARTNERSHIP LIMITED | METANO ENERGY LP | 8/15/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1159 | 645 | 268448 |
| TX1062-014-50 | SAMANTHA PRICE FISCHER TRUST ET AL | METANO ENERGY LP | 8/15/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1160 | 724 | 268642 |
| TX1062-014-51 | THOMAS J TAYLOR & ASSOCIATES | METANO ENERGY LP | 10/23/2007 | TX | STARR | NABORS(VALLE GRANDE) | 1178 | 63 | 271726 |
| TX7000010-07 | MCW ROYALTIES | WINNIE LAND & MINERALS, INC | 7/6/1999 | TX | STARR | NABORS(SADDLEBACK) | 841 | 422 | 204534 |
| TX7000016-24 | HANSEN DENNIS C | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 416 | 215161 |
| TX7000016-25 | HANSEN DENISE A | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 419 | 215162 |
| TX7000016-29 | BRANNAN IRREVOCABLE TRUST | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 431 | 215166 |
| TX7000016-30 | MIDDLETON RICHARD - LIFE EST | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 434 | 215167 |

**SOFA 13 Exhibit 3 - Oil & Gas Leases Sold to 405 HACKBERRY**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | PROSPECT NAME | BOOK | PAGE | REFERENCE |
|-------|--------|--------|-----------|-----|---------------|---------------|------|------|-----------|
| TX7000016-31 | GAITAN JANICE | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 449 | 215171 |
| TX7000016-33 | BUCKALEW JEANETTE | FORNEY & COMPANY | 2/14/2001 | TX | STARR | NABORS(BRANNAN) | 896 | 455 | 215173 |
| TX1062-003-16 | CLEOPATRA M MULHOLLAND | WINNIE LAND & MINERALS, INC | 3/2/1999 | TX | STARR | NABORS(CLEOPATRA) | 831 | 534 | 202458 |
| | DORCHESTER MINERALS LP | WYNN-CROSBY 1999 LTD | 10/1/2003 | TX | STARR | NABORS(CLEOPATRA) | 981 | 334 | 233819 |
| 100026 | J. C. MARTIN III, ET AL | MICHAEL PETROLEUM CORPORATION | 05/01/98 | TX | WEBB | SCHWARZ-ROTTERSMAN | 685 | 402 | 641269 |
| 100027 | J. C. MARTIN III, ET AL | SOUTH TEXAS EXPLORATION COMPANY | 02/18/74 | TX | WEBB | S..R.-J C MARTIN | 454 | 29 | 200095 |
| 100035 | LOIS S. ROTTERSMANN, ET AL | W. F. HOUSER | 01/16/74 | TX | WEBB | SCHWARZ-ROTTERSMAN | 450 | 167 | 198695 |
| TX1337-001-01 | COCKBURN OIL CORPORATION | KCS RESOURCES INC | 6/15/2006 | TX | WHARTON | MAGNET WITHERS | 675 | 437 | 267852 |
| TX1337-001-02 | TEXAS COAST ENERGY INC ET AL | KCS RESOURCES INC | 1/10/2007 | TX | WHARTON | MAGNET WITHERS | 687 | 205 | 270357 |
| TX1337-014-00 | STEVE G TYLER | MILAGRO PRODUCING,LLC | 5/5/2014 | TX | WHARTON | MAGNET WITHERS | 955 | 158 | 2014-00002440 |
| TX1337-046-00 | H C COCKBURN | COCKBURN OIL CORPORATION | 6/8/1934 | TX | WHARTON | MAGNET WITHERS | 111 | 297 | |
| TX1337-047-00 | HUDGINS OIL & GAS COMPANY | EXXON CORPORATION | 9/28/1984 | TX | WHARTON | MAGNET WITHERS | 658 | 39 | 60988 |
| TX1337-048-00 | UNITED BANK OF DENVER ET AL | EXXON CORPORATION | 9/28/1987 | TX | WHARTON | MAGNET WITHERS | 750 | 646 | 92452 |
| TX1337-049-00 | BLANCHE R BOEHNER | W E BELT JR | 9/17/1951 | TX | WHARTON | MAGNET WITHERS | 244 | 255 | |
| TX1337-050-00 | H E DEBRUHL | SHELL PETROLEUM CORPORATION | 6/1/1934 | TX | WHARTON | MAGNET WITHERS | 126 | 103 | |
| TX1337-051-00 | F W F OIL CORPORATION ET AL | A T MCDANNALD | 7/28/1939 | TX | WHARTON | MAGNET WITHERS | 143 | 171 | |
| 201217 | JOHN H. FRANZ AND WIFE, JULIA A. FRANZ | SHELL PETROLEUM CORPORATION | 2/23/1934 | TX | WHARTON | MAGNET WITHERS | 106 | 564 | |
| 93908 | MARY BANDY HAUCH | APACHE CORPORATION | 6/13/1990 | TX | WHARTON | MAGNET WITHERS | 836 | 746 | 118490 |
| 93909/A | W. H. BOCK AND WIFE, AGNES BOCK | CHARLIE HUDSON & ASSOCIATES, INC. | 6/13/1990 | TX | WHARTON | MAGNET WITHERS | 836 | 749 | 118491 |
| 93909/B | T. W. LANE | C. TREBES SASSER | 10/28/1987 | TX | WHARTON | MAGNET WITHERS | 751 | 713 | 92787 |
| 93909/C | NEDDIE ELEANOR JOHNSTON | C. TREBES SASSER | 10/28/1987 | TX | WHARTON | MAGNET WITHERS | 751 | 711 | 92788 |

**SOFA 13 Exhibit 3 - Oil & Gas Leases Sold to 405 HACKBERRY**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | PROSPECT NAME | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|
| 93959/B | LEROY H. CLAYBURN, ET UX. | APACHE CORPORATION | 7/18/1990 | TX | WHARTON | MAGNET WITHERS | 840 | 394 | 119722 |
| 93959/C | FLOWIE B. FENDLEY | APACHE CORPORATION | 9/14/1991 | TX | WHARTON | MAGNET WITHERS | 867 | 191 | 128135 |
| 93959/D | RICHARD E. DUNHAM | PETRUS ENERGY COMPANY | 10/15/1991 | TX | WHARTON | MAGNET WITHERS | 868 | 404 | 128555 |
| 201200 | TILLIE HOCHSCHEID | SHELL PETROLEUM CORPORATION | 6/13/1934 | TX | WHARTON | MAGNET WITHERS | 109 | 582 | - |
| 201215 | JOHN NORRIS AND WIFE, MRS. SUSIE NORRIS | DAVID WHITAKER | 5/24/1939 | TX | WHARTON | MAGNET WITHERS | 139 | 524 | - |
| 201933 | A.J. CHESNEY AND WIFE, CLARA MAE CHESNEY; ET AL. | SHELL PETROLEUM CORPORATION | 11/27/1936 | TX | WHARTON | MAGNET WITHERS | 126 | 496 | - |
| | DORIS ANN FLOYD | WHITE OAK RESOURCES VI, LLC | 9/23/16 | TX | WHARTON | MAGNET WITHERS | 1056 | 505 | 2017-00001953 |
| | P DWIGHT PURTELL LIVING TRUST | WHITE OAK RESOURCES VI, LLC | 9/23/16 | TX | WHARTON | MAGNET WITHERS | 1056 | 503 | 2017-00001951 |
| | NORTEX CORPORATION | WHITE OAK RESOURCES VI, LLC | 9/23/16 | TX | WHARTON | MAGNET WITHERS | 1056 | 504 | 2017-00001952 |

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Minerals and Royalty Interest**

| Grantor | Grantee | Lease date | ST | County: | Prospect name | Book | Page |
|---|---|---|---|---|---|---|---|
| A T MCDANNALD, ET AL | COCKBURN OIL CORPORATION | 11/24/1939 | TX | WHARTON | MAGNET WITHERS | 148 | 62 |
| J. M. FLAITZ, ET AL | EXXON COMPANY, U.S.A. | 9/25/1991 | TX | WHARTON | MAGNET WITHERS | 866 | 309 |
| SIDNEY A. PARKANS | EXXON COMPANY, U.S.A. | 10/8/1991 | TX | WHARTON | MAGNET WITHERS | 866 | 753 |
| ADOLPH SMITH | EXXON COMPANY, U.S.A. | 10/30/1991 | TX | WHARTON | MAGNET WITHERS | 868 | 510 |
| ROSALIE J. ROBERTS, A WIDOW AND THE SURVIVING SPOUSE OF MAYNARD SMITH, DECEASED | EXXON COMPANY, U.S.A. | 10/2/1995 | TX | WHARTON | MAGNET WITHERS | 160 | 233 |

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Surface and/or Fee Lands**

| Property ID | Property Name | County: | State: | Legal Description |
|---|---|---|---|---|
| R58945 | CR 106 Magnet - 3 ac | Wharton County | TX | 3 acres, more or less, out of Block 110 of the Missouri-Lincoln Trust Company's Resubdivision in the S. Castleman League No. 5, A-12 as more particularly described in that certain Deed dated January 25, 1943 by and between H. C. Cockburn as Grantor and Humble Oil & Refining Company, as Grantee recorded at Volume 161, Page391 of the records of Wharton County, Texas. |
| | | Wharton County | TX | All of seller's right, title, and interest, if any, in and to Lot 2 and 3 in Block 86, Missouri-Lincoln Trust Company's re-subdivision of land in the Sylvanus Castleman 5 League Grant, Abstract 12, Wharton County, Texas, as per plat recorded in Volume 37 following Page 640 of the Deed Records of Wharton County, Texas and being more particularly described in that ceratin Correction Term Deed dated 11/14/1986 by and between The Dow Chemical Company as Grantor and APD Company, as Grantee, recorded at Book 720, Page 164 of the records of Wharton County, Texas and that certain General Warranty Deed dated November 11, 2020 by and between Maria Lule and Luis Lule as Grantors and White Oak Resources VI, LLC, as Grantee recorded at Book 1197, Page 391 of the Deed Records of Wharton County, Texas. |

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Surface Use Agreement**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| DAM-0533-001 | JEAN ANN GUIDROZ MILLS, ET AL | ZINKE & TRUMBO, INC. | 2/1/2003 | LA | ST MARY | DAMAGE RELEASE | CHARENTON | | | |
| | STERLING SUGARS, INC | ZINKE & TRUMBO, INC | 3/21/2003 | LA | ST MARY | ROAD USE AGR | CHARENTON | 46-F | 68 | 282802 |
| DAM-0533-001 | JEAN ANN GUIDROZ MILLS, ET AL | WHITE OAK RESOURCES VI, LLC | 10/01/12 | LA | ST MARY | DAMAGE RELEASE - SWD | CHARENTON | | | |
| TX1861001001-001 TX1861001AGR-002 | IT MUST BE NICE OD FAMILY LP | REICHMANN PETROLEUM CORP | 9/1/2003 | TX | DUVAL | SURFACE LEASE | LOPEZ SE | 404 | 213 | |
| TX1861001003-000 | KVTC TRUSTS, ET AL | RICHMANN PETROLEUM CORP | 9/1/2003 | TX | DUVAL | SURFACE USE | LOPEZ SE | | | |
| TX1861001AGR-001 | WILLIAM R YODER | CARRIZO OIL & GAS INC. | 7/1/2007 | TX | DUVAL | SURFACE LEASE | LOPEZ SE | | | |
| TX1065-WR-01 | RAFAEL A GUERRA INDIV & TRUSTEE | CHAMPLIN OIL & REFINING CO | 09/10/63 | TX | HIDALGO | SURFACE | LA REFORMA | 1075 | 332-4 | |
| TX1065-SL-05 | GUERRA BROTHERS INCORPORATED | PG&E RESOURCES COMPANY | 05/16/94 | TX | HIDALGO | SURFACE | LA REFORMA | | | Doc # 388320 |
| TX1065-SL-06 | GUERRA BROTHERS MASTER PARTNERSHIP | MILAGRO PRODUCING LLC | 08/07/14 | TX | HIDALGO | SURFACE | LA REFORMA | | | Doc #2562833 |
| TX1065-SL-06 | BUENA FE, LLC | WHITE OAK RESOURCES VI, LLS | 10/26/20 | TX | HIDALGO | 5TH AMEND. SL (AMENDS SL-05) | LA REFORMA | | | Doc #3162671 |
| TX1065-SL-06 | BUENA FE, LLC | WHITE OAK RESOURCES VI, LLS | 10/26/20 | TX | STARR | 5TH AMEND. SL (AMENDS SL-05) | LA REFORMA | | | Doc #358638 |
| TX1065-SWD-04 | RAFAEL A GUERRA INDIV & TRUSTEE | CHAMPLIN PETROLEUM COMPANY | 01/02/70 | TX | HIDALGO | SURFACE (SWD) | LA REFORMA | 1254 | 215 | |
| TX1065-SWD-04 | RAFAEL A GUERRA INDIV & TRUSTEE | CHAMPLIN PETROLEUM COMPANY | 01/02/70 | TX | STARR | SURFACE (SWD) | LA REFORMA | 349 | 231 | |
| TX1065-SWD-04 | GUERRA BROTHERS SUCCESSORS, LTD | WHITE OAK RESOURCES VI, LLS | 10/26/20 | TX | HIDALGO | SURFACE (SWD) | LA REFORMA | | | Doc #3162670 |
| TX1065-SWD-04 | GUERRA BROTHERS SUCCESSORS, LTD | WHITE OAK RESOURCES VI, LLS | 10/26/20 | TX | STARR | SURFACE (SWD) | LA REFORMA | | | Doc #358637 |
| TX1065-SL-02 | NICEFORO PENA | WYNN-CROSBY ENERGY, INC. | 08/25/97 | TX | STARR | SURFACE  LEASE | LA REFORMA | 980 | 401 | |
| TX1065-SL-07 | MCALLEN LAND AND CATTLE CO., INC. | WHITE OAK RESOURCES VI, LLS | 01/12/18 | TX | STARR | SURFACE LEASE | LA REFORMA | 1534 | 651 | 340911 |
| TX1073-SL-01 | THOMAS D KOENEKE ET UX | MILAGRO EPXLORATION LLC | 08/01/08 | TX | STARR | SURFACE | NABORS (BRANNAN 1) | | | |
| TX1062-ROW-01 | ESTATE OF NED WESTMOLAND DECEASED & LILLIE WESTMOLAND | WYNN-CROSBY ENERGY INC | 11/14/00 | TX | STARR | RIGHT-OF-WAY | NABORS(CLEOPATRA) | 882 | 75 | |

SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Surface Use Agreement

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| TX1062-SL-01 | MALECHEK & WESTMOLAND FAMILY LP A TEXAS LMT PARTNERSHIP SUCCESSOR IN INTEREST TO THE ESTATE OF NED WESTMOLAND, DECEASED & ESTATE OF LILLIE WESTMOLAND, DECEASED | PETROHAWK PROPERTIES LP | 08/22/06 | TX | STARR | SURFACE | NABORS(CLEOPATRA) | 1118 | 526 | 260466 |
| TX1062-ROW-02 | THOMAS D KOENEKE ET UX ALICIA M KOENEKE | PETROHAWK OPERATING COMPANY | 10/04/06 | TX | STARR | RIGHT-OF-WAY | NABORS(CLEOPATRA) | 1119 | 653 | 260671 |
| TX1062-ROW-03 | MALECHEK & WESTMOLAND FAMILY LP SUCCESSOR IN INTEREST TO EST OF NED WESTMOLAND & LILLIE WESTMOLAND, DECEASED | PETROHAWK OPERATING COMPANY | 10/11/06 | TX | STARR | RIGHT-OF-WAY | NABORS(CLEOPATRA) | 1126 | 786 | 262133 |
| TX1062-ROW-04 | MALECHEK & WESTMOLAND FAMILY LP SUCCESSOR IN INTEREST TO EST OF NED WESTMOLAND & LILLIE WESTMOLAND, DECEASED | PETROHAWK OPERATING COMPANY | 10/11/06 | TX | STARR | RIGHT-OF-WAY | NABORS(CLEOPATRA) | 1126 | 791 | 262134 |
| TX1062-ROW-05 | MALECHEK & WESTMOLAND FAMILY LP SUCCESSOR IN INTEREST TO EST OF NED WESTMOLAND & LILLIE WESTMOLAND, DECEASED | PETROHAWK OPERATING COMPANY | 11/03/06 | TX | STARR | RIGHT-OF-WAY | NABORS(CLEOPATRA) | 1126 | 780 | 262132 |
| TX1062-SL-02 | THOMAS D KOENEKE | PETROHAWK PROPERTIES LP | 06/08/07 | TX | STARR | SURFACE | NABORS(MULHOLLAND) | | | |
| TX1062-SWD-01 | MALECHEK & WESTMOLAND FAMILY LP SUCCESSOR IN INTEREST TO EST OF NED WESTMOLAND & LILLIE WESTMOLAND, DECEASED | PETROHAWK PROPERTIES LP | 06/14/07 | TX | STARR | SALT WATER DISPOSAL | NABORS(SADDLEBACK) | | | |
| TX1062-ROW-06 | MALECHEK & WESTMOLAND FAMILY LP SUCCESSOR IN INTEREST TO EST OF NED WESTMOLAND & LILLIE WESTMOLAND, DECEASED | PETROHAWK OPERATING COMPANY | 03/29/07 | TX | STARR | RIGHT-OF-WAY | NABORS(CLEOPATRA) | 1142 | 170 | 265128 |
| | EST OF NED WESTMOLAND, DECEASED & LILLIE WESTMOLAND | WYNN-CROSBY ENERGY INC | 10/16/03 | TX | STARR | SURFACE | NABORS(CLEOPATRA) | | | |
| TX1337-ROW-01 | RMA FARMS | MILAGRO EXPLORATION LLC | 06/11/08 | TX | WHARTON | RIGHT-OF-WAY | MAGNET WITHERS | 755 | 800 | 2008-00006045 |
| TX1337-ROW-05 | CHARLIE R BOCK SR REVOCABLE LIVING TRUST | MILAGRO EXPLORATION LLC | 08/21/08 | TX | WHARTON | RIGHT-OF-WAY | MAGNET WITHERS | 757 | 446 | 2440290003 |
| 7124 & 68464 | H C COCKBURN | HUMBLE OIL & REFINING COMPANY | 11/01/39 | TX | WHARTON | SURFACE LEASE | MAGNET WITHERS | 142 | 558 | |
| 17096 | H C COCKBURN | HUMBLE OIL & REFINING COMPANY | 05/24/49 | TX | WHARTON | SURFACE LEASE | MAGNET WITHERS | 215 | 613 | |

SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Surface Use Agreement

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 17107 | R J PRASAIFKA | HUMBLE OIL & REFINING COMPANY | 05/20/49 | TX | WHARTON | PIPELINE ROW | MAGNET WITHERS | 215 | 614 | |
| 22387 | W H BOCK | HUMBLE OIL & REFINING COMPANY | 11/19/57 | TX | WHARTON | RIGHT OF WAY | MAGNET WITHERS | 244 | 441 | |
| 22388 | COCKBURN OIL CORPORATION | HUMBLE OIL & REFINING COMPANY | 11/20/51 | TX | WHARTON | RIGHT OF WAY | MAGNET WITHERS | 244 | 440 | |
| 22389 | DOROTHY ELIZABETH SHANNON | HUMBLE OIL & REFINING COMPANY | 11/19/51 | TX | WHARTON | RIGHT OF WAY | MAGNET WITHERS | 244 | 438 | |
| 24810 | ALLEN CRAIG, ET UX | HUMBLE OIL & REFINING COMPANY | 11/24/52 | TX | WHARTON | PIPELINE ROW | MAGNET WITHERS | 254 | 190 | |
| 24810 | H C COCKBURN | HUMBLE OIL & REFINING COMPANY | 11/26/52 | TX | WHARTON | PIPELINE ROW | MAGNET WITHERS | N/A | N/A | |
| 34296 | H C COCKBURN | HUMBLE OIL & REFINING COMPANY | 04/29/57 | TX | WHARTON | PIPELINE ROW | MAGNET WITHERS | 298 | 240 | |
| 37451 | W HAYDEN BOCK, ET UX | HUMBLE OIL & REFINING COMPANY | 12/04/58 | TX | WHARTON | PIPELINE ROW | MAGNET WITHERS | 311 | 107 | |
| 37493 | R J PRASIFKA | HUMBLE OIL & REFINING COMPANY | 12/05/58 | TX | WHARTON | PIPELINE ROW | MAGNET WITHERS | 311 | 110 | |
| 37933 | GULF COAST WATER COMPANY | HUMBLE OIL & REFINING COMPANY | 01/05/59 | TX | WHARTON | PIPELINE ROW | MAGNET WITHERS | 311 | 108 | |
| 40191 | DOROTHY C COCKBURN, INDVLY & AS IND EXECX | HUMBLE OIL & REFINING COMPANY | 10/31/60 | TX | WHARTON | SURFACE LEASE | MAGNET WITHERS | 326 | 583 | |
| 47592 | R J PRASIFKA | HUMBLE OIL & REFINING COMPANY | 03/15/65 | TX | WHARTON | PIPELINE ROW | MAGNET WITHERS | 364 | 453 | |
| 49693 | DOROTHY COCKBURN, INDVLY & AS IND EXECX & CO-TRUSTEE, ET AL | HUMBLE OIL & REFINING COMPANY | 09/14/66 | TX | WHARTON | SURFACE LEASE | MAGNET WITHERS | 378 | 211 | |
| 49693 | DOROTHY COCKBURN, INDVLY & AS IND EXECX & CO-TRUSTEE, ET AL | EXXON CORPORATION | 10/10/73 | TX | WHARTON | SURFACE LEASE | MAGNET WITHERS | 438 | 439 | |
| 50766 | DOROTHY COCKBURN, INDVLY & AS IND EXECX & CO-TRUSTEE, ET AL | HUMBLE OIL & REFINING COMPANY | 02/21/67 | TX | WHARTON | SURFACE LEASE | MAGNET WITHERS | 381 | 308 | |
| 54600 | DOROTHY COCKBURN, INDVLY & AS IND EXECX & CO-TRUSTEE, ET AL | HUMBLE OIL & REFINING COMPANY | 04/03/72 | TX | WHARTON | SWD AGREEMENT | MAGNET WITHERS | 424 | 593 | |
| 57698 | DOROTHY COCKBURN, INDVLY & AS IND EXECX & CO-TRUSTEE, ET AL | EXXON CORPORATION | 03/14/86 | TX | WHARTON | SWD AGREEMENT | MAGNET WITHERS | 701 | 392 | |
| 58282 | LOWER COLORADO RIVER AUTHORITY | EXXON CORPORATION | 09/22/77 | TX | WHARTON | PIPELINE ROW | MAGNET WITHERS | 489 | 132 | |
| 58282 | LOWER COLORADO RIVER AUTHORITY | EXXON CORPORATION | 08/18/92 | TX | WHARTON | PIPELINE ROW | MAGNET WITHERS | 31 | 160 | |
| 66702 | DOROTHY COCKBURN, INDVLY & AS IND EXECX & CO-TRUSTEE, ET AL | HUMBLE PIPELINE COMPANY | 12/03/69 | TX | WHARTON | SURFACE LEASE | MAGNET WITHERS | 404 | 286 | |
| 1026916 | DOROTHY COCKBURN, INDVLY & AS IND EXECX & CO-TRUSTEE, ET AL | HUMBLE PIPELINE COMPANY | 02/23/67 | TX | WHARTON | PIPELINE ROW | MAGNET WITHERS | 381 | 600 | |

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Surface Use Agreement**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | FRANZ FARM | MILAGRO EXPLORATION LLC | 04/11/08 | TX | WHARTON | RIGHT-OF-WAY | MAGNET WITHERS | | | |
| | GLENN CRISP & WIFE PAULINE CRISP | MILAGRO EXPLORATION LLC | 04/02/13 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | GLENN CRISP & WIFE PAULINE CRISP | MILAGRO EXPLORATION LLC | 01/15/14 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | RICHARD E SCHMIDT & WIFE MITZI SCHMIDT | MILAGRO EXPLORATION LLC | 02/02/10 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | RICHARD E SCHMIDT & WIFE MITZI SCHMIDT | MILAGRO EXPLORATION LLC | 07/16/12 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | RICHARD E SCHMIDT & WIFE MITZI SCHMIDT | MILAGRO EXPLORATION LLC | 05/27/14 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | JERRY SHIMEK | MILAGRO EXPLORATION LLC | 08/21/08 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | JERRY SHIMEK | MILAGRO EXPLORATION LLC | 01/15/15 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | SOUTHALL ASSOCIATES | MILAGRO EXPLORATION LLC | 01/29/13 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | SOUTHALL ASSOCIATES | MILAGRO EXPLORATION LLC | 01/29/13 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | SOUTHALL ASSOCIATES | MILAGRO EXPLORATION LLC | 07/15/13 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | SOUTHALL ASSOCIATES | MILAGRO EXPLORATION LLC | 07/15/13 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | SOUTHALL ASSOCIATES | MILAGRO EXPLORATION LLC | 01/20/15 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | SOUTHALL ASSOCIATES | MILAGRO EXPLORATION LLC | 09/01/12 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | SOUTHALL ASSOCIATES | MILAGRO EXPLORATION LLC | 04/03/08 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | SOUTHALL ASSOCIATES | MILAGRO EXPLORATION LLC | 05/01/10 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 01/16/09 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 05/04/12 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 08/05/08 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 09/25/08 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 01/17/13 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Surface Use Agreement**

| LEASE | LESSOR | LESSEE | LEASE DATE | ST | COUNTY/PARISH | LEASE TYPE | PROSPECT | BOOK | PAGE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 03/01/10 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 08/26/11 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 05/25/12 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 01/17/13 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 03/21/13 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 03/21/13 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 03/21/13 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 05/10/13 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 02/11/14 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 01/20/15 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 02/11/14 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 04/03/08 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 09/18/07 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 04/19/07 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 05/01/08 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 07/15/08 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| | TREYBIG INVESTMENTS, LTD. | MILAGRO EXPLORATION LLC | 02/11/14 | TX | WHARTON | SURFACE | MAGNET WITHERS | | | |
| TX1337-ROW-10 | CLARENCE EDWARD SOUTHALL SR. | WHITE OAK RESOURCES VI, LLC | 07/01/16 | TX | WHARTON | RIGHT OF WAY | MAGNET WITHERS | | | |
| FOUR CORNERS | TREYBIG INVESTMENTS, LP. | WHITE OAK RESOURCES VI, LLC | 06/01/17 | TX | WHARTON | SURFACE LS & SWD AGR | MAGNET WITHERS | | | |
| 4000798 | GARLAND R. BOCK AND WIFE, LINDA SUE BOCK | APACHE CORPORATION | 10/7/2009 | TX | WHARTON | PIPELINE EASEMENT | MAGNET WITHERS | 810 | 486 | |
| 93594 | HAYDEN BOCK | APC OPERATING PARTNERSHIP L.P. | 11/8/1988 | TX | WHARTON | RIGHT OF WAY | MAGNET WITHERS | 794 | 578 | |

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Wells:**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY/PARISH | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| MC OCS-G 09895 A002 | 0.12250000 | 0.10090940 | | | MISSISSIPPI CANYON 898 | OFFSHORE LA | PLAQUEMINES | SHELL OFFSHORE INC. | 6081741060 |
| GUIDROZ E J SWD #1 | 1.0000000 | | 0.71323529 | | CHARENTON | LOUISIANA | ST MARY | WHITE OAK OPERATING CO LLC | 1710188073 |
| STERLING SUGARS #1 | 0.71323529 | 0.56632353 | | | CHARENTON | LOUISIANA | ST MARY | WHITE OAK OPERATING CO LLC | 1710122163 |
| FROST BANK/PEAL RANCH UT 1 | 0.7339687500 | 0.55052095 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-39013 |
| J B PEAL #1 | 0.7615466250 | 0.57087367 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38787 |
| PEAL RANCH 1 | 0.4903700000 | 0.36785736 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38645 |
| PEAL RANCH 10 | 0.6190575000 | 0.48937298 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38853 |
| PEAL RANCH 11 | 0.4840625000 | 0.36313562 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38854 |
| PEAL RANCH 12 | 0.6190575000 | 0.48937298 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38889 |
| PEAL RANCH 13 | 0.4970575000 | 0.39787298 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38897 |
| PEAL RANCH 14 | 0.4840625000 | 0.36313562 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38898 |
| PEAL RANCH 2 | 0.5021200000 | 0.37667873 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38662 |
| PEAL RANCH 3 | 0.4970575000 | 0.37288185 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38687 |
| PEAL RANCH 4 | 0.4878125000 | 0.39093924 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38694 |
| PEAL RANCH 5 | 0.4970575000 | 0.37288185 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38699 |
| PEAL RANCH 6 | 0.4970575000 | 0.37288185 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38703 |
| PEAL RANCH 7 | 0.4970575000 | 0.37288185 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38762 |
| PETERS RANCH #1 | 0.5745937500 | 0.43094534 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38732 |
| PETERS RANCH #2 | 0.5675625000 | 0.42567190 | | | LOPEZ SE | TEXAS | DUVAL | WHITE OAK OPERATING CO, LLC | 42-131-38755 |
| GUERRA A B12 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221532481 |
| GUERRA B14 | 1.00000000 | 0.72500000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221533076 |
| GUERRA C-1 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221533008 |
| GUERRA C-2 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221533178 |
| GUERRA C-3 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221533246 |
| GUERRA D-10 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221533254 |
| GUERRA D-2 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221533379 |
| GUERRA D-6 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221533413 |
| GUERRA D-7 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221533517 |
| GUERRA D-9 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221533553 |

* - APO Interest will only be shown if payout has not yet occurred.                    1

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY- Wells:**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY/PARISH | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| GUERRA, A. "B" 10 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221532444 |
| GUERRA, A. "B" 13 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221532749 |
| GUERRA, A. "B" 8 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221532445 |
| GUERRA, A. "B" 9 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4221532420 |
| GUERRA A A7H, A7J | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242730186 |
| GUERRA A B7 SWD | 1.00000000 | | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242732297 |
| GUERRA A D3 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242733745 |
| GUERRA D11 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242734172 |
| GUERRA D-4 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242733780 |
| GUERRA D-5 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242733827 |
| GUERRA D-8 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242734127 |
| GUERRA FB B11D, B11F | 1.00000000 | 0.81269599 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242732299 |
| GUERRA FB B13D, B13F | 1.00000000 | 0.81269599 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242732300 |
| GUERRA FB B15C, B15T | 1.00000000 | 0.78730533 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242734331 |
| GUERRA FB B9D, B9F | 1.00000000 | | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242732260 |
| GUERRA FB F1 | 1.00000000 | 0.74999999 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242700771 |
| GUERRA, A UNIT 6 #1T. #1C | 1.00000000 | | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242780013 |
| GUERRA, A. "A" #11 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242733014 |
| GUERRA, A. A #12 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242733125 |
| GUERRA, D-1 | 1.00000000 | 0.75000000 | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242733715 |
| GUERRA, F.B. ESTATE "B" 12 | 1.00000000 | | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242732301 |
| GUERRA, F.B. ESTATE "B" 14 | 1.00000000 | | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242732985 |
| GUERRA, F.B. ESTATE "B" 5 | 1.00000000 | | | | LA REFORMA | TEXAS | HIDALGO/STARR | WHITE OAK OPERATING CO, LLC | 4242700767 |
| BRANNAN NO. 1 | 0.99581473 | | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734356 |
| BRANNAN, JOHN A7 | 0.99720982 | | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242733728 |

* - APO Interest will only be shown if payout has not yet occurred.                    2

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Wells:**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY/PARISH | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| CLEOPATRA 1 | 0.99893624 | 0.77684042 | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242733271 |
| CLEOPATRA 11 | 0.99893624 | 0.79497038 | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734563 |
| CLEOPATRA 2 SWD | 0.99893624 | | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242733307 |
| CLEOPATRA 3 | 0.99893624 | | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242733659 |
| CLEOPATRA 4 | 0.99893624 | 0.79497038 | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242733787 |
| CLEOPATRA 5 | 0.99893624 | 0.79497038 | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734016 |
| CLEOPATRA 6 | 0.99893624 | 0.79497038 | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734017 |
| CLEOPATRA 7 | 0.99893624 | | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734034 |
| CLEOPATRA 8 | 0.99893624 | 0.79497038 | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734077 |
| CLEOPATRA 9 | 0.99893624 | 0.79497038 | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734283 |
| HEARD #1 | 1.00000000 | 0.73250000 | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734094 |
| HEARD #2 (AKA JAY JACKS #2) | 1.00000000 | 0.73250000 | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734391 |
| HILL #1 | 1.00000000 | 0.78750000 | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734271 |
| HILL #3 | 1.00000000 | 0.78750000 | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734368 |
| MULHOLLAND 1 | 0.98325893 | | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734099 |
| VALLE GRANDE #1 | 0.81250000 | | | | NABORS | TEXAS | STARR | WHITE OAK OPERATING CO, LLC | 4242734175 |
| HIRSCH ESTATE 2188 B-3 | | 0.06485350 | 0.36250000 | 0.29585284 | SCHWARZ-ROTTERSMAN | TEXAS | WEBB | KILLAM OIL CO, LTD | 4247937458 |
| HIRSCH ESTATE J C-1 | 0.35250000 | 0.28763769 | | | SCHWARZ-ROTTERSMAN | TEXAS | WEBB | KILLAM OIL CO, LTD | 4247932908 |
| HIRSCH ESTATE J (1600) C-2 | 0.36250000 | 0.29585284 | | | SCHWARZ-ROTTERSMAN | TEXAS | WEBB | KILLAM OIL CO, LTD | 4247934947 |
| HIRSCH ESTATE J (197) D-1 | 0.35250000 | 0.28763769 | | | SCHWARZ-ROTTERSMAN | TEXAS | WEBB | KILLAM OIL CO, LTD | 4247933272 |
| HIRSCH ESTATE J 2188 B-2 | 0.36250000 | 0.29585284 | | | SCHWARZ-ROTTERSMAN | TEXAS | WEBB | KILLAM OIL CO, LTD | 4247935599 |
| MARTIN, J C GAS UNIT A-6 | 0.20000000 | 0.15000000 | | | SCHWARZ-ROTTERSMAN | TEXAS | WEBB | KILLAM OIL CO, LTD | 4247936802 |
| BERBERICH COCKBURN 1 T & C | | 0.00766670 | | | MAGNET WITHERS | TEXAS | WHARTON | HOUSTON GULF ENERGY CORP | 4248134428 |
| CDFGU 1-4 | 1.00000000 | 0.76606900 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134931 |
| CDFU 1-2 (FORMERLY HCC #143) | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134821 |

\* - APO Interest will only be shown if payout has not yet occurred.                                    3

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Wells:**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY/PARISH | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| CDFU 1-7 (FORMERLY HCC 174) | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135279 |
| CDFU 1-9 (FORMERLY HCC NO142) | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248133325 |
| COCKBURN H C 100 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248130674 |
| COCKBURN H C 102 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248130881 |
| COCKBURN H C 104 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248130846 |
| COCKBURN H C 105 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248131010 |
| COCKBURN H C 106 SWD | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248131020 |
| COCKBURN H C 107 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248131061 |
| COCKBURN H C 108 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248131071 |
| COCKBURN H C 109 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248131261 |
| COCKBURN H C 11 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102604 |
| COCKBURN H C 110 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132474 |
| COCKBURN H C 118 SWD | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132334 |
| COCKBURN H C 119 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132325 |
| COCKBURN H C 12 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102605 |
| COCKBURN H C 121 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132439 |
| COCKBURN H C 122 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132437 |
| COCKBURN H C 123 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132438 |
| COCKBURN H C 125 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132544 |
| COCKBURN H C 127 SWD | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132823 |
| COCKBURN H C 128 SWD | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132832 |
| COCKBURN H C 133 SWD | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132842 |
| COCKBURN H C 134 SWD | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132888 |
| COCKBURN H C 135 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132871 |
| COCKBURN H C 137 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248133118 |

* - APO Interest will only be shown if payout has not yet occurred.                    4

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Wells:**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY/PARISH | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| COCKBURN H C 138 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248133134 |
| COCKBURN H C 144 SWD | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134827 |
| COCKBURN H C 145 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134829 |
| COCKBURN H C 146 SWD | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134839 |
| COCKBURN H C 148 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134986 |
| COCKBURN H C 149 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134842 |
| COCKBURN H C 150 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134929 |
| COCKBURN H C 151 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134898 |
| COCKBURN H C 152 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134895 |
| COCKBURN H C 153 (FORMERLY CDFU 1-5) | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134988 |
| COCKBURN H C 154 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134964 |
| COCKBURN H C 155 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134899 |
| COCKBURN H C 156 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134995 |
| COCKBURN H C 157 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134970 |
| COCKBURN H C 158 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134987 |
| COCKBURN H C 159 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134984 |
| COCKBURN H C 16 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102589 |
| COCKBURN H C 160 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135235 |
| COCKBURN H C 161 | 1.00000000 | 0.83000000 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134968 |
| COCKBURN H C 162 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135297 |
| COCKBURN H C 163 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135224 |
| COCKBURN H C 164 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135050 |
| COCKBURN H C 165 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135049 |
| COCKBURN H C 166 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135123 |
| COCKBURN H C 167 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135242 |

\* - APO Interest will only be shown if payout has not yet occurred.                    5

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Wells:**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY/PARISH | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| COCKBURN H C 168 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135124 |
| COCKBURN H C 169 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135191 |
| COCKBURN H C 17 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102590 |
| COCKBURN H C 170 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135192 |
| COCKBURN H C 171 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135245 |
| COCKBURN H C 172R | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135208 |
| COCKBURN H C 173 RC | 1.00000000 | 0.83333330 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135254 |
| COCKBURN H C 175 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135280 |
| COCKBURN H C 176 (FORMERLY CDFU 1-6) | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135278 |
| COCKBURN H C 177 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135289 |
| COCKBURN H C 178 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135294 |
| COCKBURN H C 179 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135290 |
| COCKBURN H C 18 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248181471 |
| COCKBURN H C 180 (FORMERLY CDFU 1-8) | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135299 |
| COCKBURN H C 181 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135303 |
| COCKBURN H C 182 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135330 |
| COCKBURN H C 183 (FORMERLY CDFU 1-10) | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135306 |
| COCKBURN H C 184 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135325 |
| COCKBURN H C 186 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135327 |
| COCKBURN H C 187 SWD | 1.00000000 | - | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135339 |
| COCKBURN H C 188 (FORMERLY CDFGU 1-3) | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134930 |
| COCKBURN H C 189 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135026 |
| COCKBURN H C NO 193 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135403 |
| COCKBURN H C NO 194 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135404 |
| COCKBURN H C 196 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135422 |

* - APO Interest will only be shown if payout has not yet occurred.

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Wells:**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY/PARISH | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| COCKBURN H C 197 SWD | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135423 |
| COCKBURN H C 1A AKA CDFOU 1-1 | 1.00000000 | 0.76606900 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132184 |
| COCKBURN H C 2 A | | 0.05862625 | | | MAGNET WITHERS | TEXAS | WHARTON | CXL ENERGY LLC | 4248132387 |
| COCKBURN H C 200 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135427 |
| COCKBURN H C 201 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135441 |
| COCKBURN H C 202 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135442 |
| COCKBURN H C 203 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135446 |
| COCKBURN H C 204 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135448 |
| COCKBURN H C 205 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135461 |
| COCKBURN H C 206 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135460 |
| COCKBURN H C 207 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135465 |
| COCKBURN H C 208 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135466 |
| COCKBURN H C 214 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135469 |
| COCKBURN H C 215 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135468 |
| COCKBURN H C 216 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135473 |
| COCKBURN H C 217 | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135472 |
| COCKBURN H C 21 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102593 |
| COCKBURN H C 23 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102595 |
| COCKBURN H C 28 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102608 |
| COCKBURN H C 29 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102580 |
| COCKBURN H C 3 D SWD | 1.00000000 | - | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102585 |
| COCKBURN H C 30 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102581 |
| COCKBURN H C 33 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102586 |
| COCKBURN H C 39 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102577 |
| COCKBURN H C 41 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102575 |

* - APO Interest will only be shown if payout has not yet occurred.

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Wells:**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY/PARISH | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| COCKBURN H C 42 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102574 |
| COCKBURN H C 49 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102554 |
| COCKBURN H C 5 D | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102602 |
| COCKBURN H C 66 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248103365 |
| COCKBURN H C 7-D | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248132342 |
| COCKBURN H C 8D SWD (PREV 101) | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248130850 |
| COCKBURN H C 90 D F | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248130658 |
| COCKBURN H C 93D | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248130021 |
| COCKBURN H C 95 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248130267 |
| COCKBURN H C 98 D | 1.00000000 | 0.83333333 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248130391 |
| COCKBURN H C 99 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248130392 |
| COCKBURN H C 147 | 1.00000000 | 0.83333300 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248134985 |
| COCKBURN OIL UT 1 | | 0.09063930 | | | MAGNET WITHERS | TEXAS | WHARTON | RESOURCE EXPL & PROD, INC. | 4248133287 |
| COCKBURN OIL UT 2 | | 0.09063930 | | | MAGNET WITHERS | TEXAS | WHARTON | RESOURCE EXPL & PROD, INC. | 4248133441 |
| COCKBURN OIL UT 3 | | 0.09063930 | | | MAGNET WITHERS | TEXAS | WHARTON | RESOURCE EXPL & PROD, INC. | 4248134275 |
| E. MAGNET WITHERS UNIT NO. 2-1 SWD | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248133057 |
| FOUR CORNERS UNIT 1ST | 1.00000000 | - | 0.50000000 | - | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135063 |
| H C COCKBURN #2 | 1.00000000 | 0.55259250 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102634 |
| H E DEBRUHL #2 | 1.00000000 | - | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102635 |
| H E DEBRUHL #3 (SWD) | 1.00000000 | - | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248133373 |
| J H FRANZ #1 | 1.00000000 | 0.68750000 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248102613 |
| J H FRANZ #3 | 1.00000000 | 0.68750000 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248133374 |
| J H FRANZ #4 | 1.00000000 | 0.68750000 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248133392 |
| J H FRANZ #5 | 1.00000000 | 0.68750000 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248133478 |
| J H FRANZ #6 | 1.00000000 | 0.68750000 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248133706 |

* - APO Interest will only be shown if payout has not yet occurred.                                        8

**SOFA 13 Exhibit 3 - Sold to 405 HACKBERRY - Wells:**

| Well Name | WI | NRI | APO WI* | APO NRI* | Field Name | STATE | COUNTY/PARISH | OPERATOR | API NO |
|---|---|---|---|---|---|---|---|---|---|
| J H FRANZ #8 | 1.00000000 | 0.68750000 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135463 |
| J H FRANZ #9 | 1.00000000 | 0.68750000 | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135474 |
| EMW MIO4500L U1 #1/SWD (AKA 3 #1) | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248133143 |
| MARTI NORRIS #1A | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248103612 |
| PRASIFKA NO1 | | 0.02697680 | | | MAGNET WITHERS | TEXAS | WHARTON | HOUSTON GULF ENERGY CORP | 4248132763 |
| SHOTWELL 2 | 1.00000000 | | | | MAGNET WITHERS | TEXAS | WHARTON | WHITE OAK OPERATING CO LLC | 4248135476 |
| WEAKLEY COCKBURN UT 1 C | | 0.06679790 | | | MAGNET WITHERS | TEXAS | WHARTON | BLUE FLAME OPERATING COMPANY LLC | 4248134427 |
| WEAKLEY COCKBURN UT 1 T | | 0.05920920 | | | MAGNET WITHERS | TEXAS | WHARTON | BLUE FLAME OPERATING COMPANY LLC | 4248134427 |

\* - APO Interest will only be shown if payout has not yet occurred.

# United States Bankruptcy Court
## Southern District of Texas

In re   **White Oak Resources VI, LLC**            Case No.

Debtor(s)            Chapter      **7**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WO Resources VI Holdings, LLC**<br>**16941 Northchase, Suite 1700** | | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date        07/17/2023             Signature

**Drew McManigle**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Texas

In re   **White Oak Resources VI, LLC**

Debtor(s)

Case No. 

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **White Oak Resources VI, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**WO Resources VI Holdings, LLC**
**16941 Northchase, Suite 1700**

☐ None [*Check if applicable*]

07/17/23

Date

Richard L Fuqua II

Signature of Attorney or Litigant

Counsel for   **White Oak Resources VI, LLC**

**Fuqua & Associates PC**
**8558 Katy Fwy**
**Suite 119**
**Houston, TX 77024-1809**
**(713) 960-0277**